United States Bankruptcy Court
Middle District of Florida

In re:                                                             Case No. 18-06821-CCJ
Don Karl Juravin                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6        User: jmontero        Page 1 of 2        Date Rcvd: Nov 05, 2018
                            Form ID: 309A         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
```
db            +Don Karl Juravin,    15118 Pendio Drive,    Montverde, FL 34756-3606
27877656      +Anna Juravin,    15118 Pendio Drive,    Montverde, FL 34756-3606
27877657      +Bella Collina Property Owners Assoc Inc.,    c/o Aegis Community Mgmt Solutions, Inc.,
                8390 Championsgate Blvd., Suite 304,    Championsgate, FL 33896-8313
27877658       Ben-Zvi Law Firm,    23 Bar-Cochva,    Bnei-Brak, Israel
27877659      +Carl H. Settlemyer, III, Esq.,    Federal Trade Commission,    600 Pennsylvania Avenue NW,
                Mail Drop CC-10528,    Washington, DC 20580-0001
27877660       Dr. Free,    11 Walnut Street, #12350,    Green Cove Springs, FL 32043
27877663       Julia Kalatusha,    32 Borochov,    Tel Aviv, Israel
27877664      +Juvarin, Inc.,    P. O. Box 560510,    Montverde, FL 34756-0510
27877665      +Karan Arora,    12815 NW 45th Avenue,    Opa Locka, FL 33054-5100
27877669      +Must Cure Obesity Co.,    15118 Pendio Drive,    Montverde, FL 34756-3606
27877670       Noam Ben Zvi,    10/93 Rishon Lezion Street,    Petachtiachba, Israel
27877672      +PSR Developers, LLLP,    3900 Centennial Drive,    Suite C,    Midland, MI 48642-5996
27877671      +Paul B. Spelman, Esq.,    Federal Trade Commission,    600 Pennsylvania Avenue NW,
                Mail Drop CC-10528,    Washington, DC 20580-0001
27877673       Shay Zuckerman,    8 Babli Street,    Tel Aviv, Israel
27877674       Zuckerman & Co.,    c/o Shay Zuckerman,    HaYarkon St. 113,    Tel Aviv, Israel
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ddpowell@burr.com Nov 05 2018 23:49:02     Denise D Dell-Powell,
                Burr & Forman LLP,    200 S. Orange Avenue, Suite 800,    Orlando, FL  32801
tr            +E-mail/Text: dkennedy@iq7technology.com Nov 05 2018 23:50:54     Dennis D Kennedy,
                P. O. Box 541848,    Merritt Island, FL 32954-1848
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Nov 05 2018 23:49:44
                United States Trustee - ORL7/13,    Office of the United States Trustee,
                George C Young Federal Building,    400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
27877661       E-mail/Text: bankruptcy@ftc.gov Nov 05 2018 23:50:26     Federal Trade Commission,
                600 Pennsylvania Avenue NW,    Mail Crop CC-10528,    Washington, DC 20580
27877654       EDI: FLDEPREV.COM Nov 06 2018 04:33:00     Florida Department of Revenue,    Bankruptcy Unit,
                Post Office Box 6668,    Tallahassee FL 32314-6668
27877662       EDI: IRS.COM Nov 06 2018 04:38:00     Internal Revenue Service,
                Centralized Insolvency Operation,    Post Office Box 7346,    Philadelphia, PA 19101-7346
27877653      +E-mail/Text: Bankruptcy@laketax.com Nov 05 2018 23:49:21     Lake County Tax Collector,
                Attn:  Bob McKee,    Post Office Box 327,    Tavares FL 32778-0327
27877666      +EDI: DAIMLER.COM Nov 06 2018 04:38:00     Mercedes-Benz Financial,    PO Box 961,
                Roanoke, TX 76262-0961
27877668      +EDI: DAIMLER.COM Nov 06 2018 04:38:00     Mercedez-Benz Financial,    PO Box 961,
                Roanoke, TX 76262-0961
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27877655*      Internal Revenue Service,    Post Office Box 7346,    Philadelphia PA 19101-7346
27877667*     +Mercedes-Benz Financial,    P. O. Box 961,    Roanoke, TX 76262-0961
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-6          User: jmontero              Page 2 of 2                   Date Rcvd: Nov 05, 2018
                              Form ID: 309A               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2018 at the address(es) listed below:

          Denise D Dell-Powell    on behalf of Debtor Don Karl Juravin ddpowell@burr.com, dmartini@burr.com;ccrumrine@burr.com
          Dennis D Kennedy    trustee@ddkennedy.com, dkennedy@iq7technology.com
          United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov

                                                                                                         TOTAL: 3

| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Don Karl Juravin** | Social Security number or ITIN   **xxx–xx–0745** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | Date case filed for chapter   **7   10/31/18** |
| Case number:   **6:18–bk–06821–CCJ** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Don Karl Juravin | |
| 2. | **All other names used in the last 8 years** | aka Don Adi Juravin | |
| 3. | **Address** | 15118 Pendio Drive<br>Montverde, FL 34756 | |
| 4. | **Debtor's attorney**<br>Name and address | Denise D Dell–Powell<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801 | Contact phone (407) 540–6600<br>Email: ddpowell@burr.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954 | Contact phone (321) 455–9744 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy Clerk's Office** | George C. Young Federal Courthouse | Hours open: |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: November 4, 2018 |
| 7. **Meeting of creditors** | **December 4, 2018 at 10:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | **George C. Young Courthouse, Suite 1203–B, 400 West Washington Street, Orlando, FL 32801** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** February 4, 2019 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| 13. **Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day | |

except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029.