**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name                Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name                Middle Name                Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **6:18-bk-06821** |
| (if known) | |

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $    1,450,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................ | $    288,640.09 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................... | $    1,738,640.09 |

### Part 2:    Summarize Your Liabilities

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $    1,653,243.74 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $    111,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $    25,925,795.02 |
| | **Your total liabilities** | $    27,690,038.76 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $    25,640.62 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*................................................... | $    38,297.34 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Don Karl Juravin** _____        Case number *(if known)*  **6:18-bk-06821**

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. ..................................   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 111,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 190,000.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| | | |
| 9g. **Total.** Add lines 9a through 9f. | $ | 301,000.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | 6:18-bk-06821 |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

| 1.1 | | | What is the property? Check all that apply | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

**1.1**

15118 Pendio Drive
Street address, if available, or other description

Montverde        FL      34756-0000
City              State    ZIP Code

Lake
County

**What is the property? Check all that apply**

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other    **includes club membership which comes wit**

**Who has an interest in the property? Check one**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,450,000.00 | $1,450,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

**The property includes club membership ($40,000.00) which came with the house & can't be sold separately and an improvement allowance for improvements and repairs to the property of which approximately $10,000 remains.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................=>

| |
|---|
| $1,450,000.00 |

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Don Karl Juravin**                                              Case number *(if known)*    **6:18-bk-06821**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **Jeep** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| | Model: | |
|---|---|---|
| | Year: | **2014** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? *Check one*
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $17,000.00 | $17,000.00 |

| 3.2 | Make: | **Mercedes** |
|---|---|---|
| | Model: | **S560V** |
| | Year: | **2018** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $83,474.00 | $41,737.00 |

| 3.3 | Make: | **Mercedes** |
|---|---|---|
| | Model: | **GLS550W4** |
| | Year: | **2018** |
| | Approximate mileage: | |
| | Other information: | |

Who has an interest in the property? *Check one*
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $63,820.00 | $31,910.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>    **$90,647.00**

### Part 3:  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| 5 beds & nightstands, 2 dressers, 1 glass table, 3 coffee tables, 2 dining tables & chairs, 1 end table, woven outdoor, outdoor set, 3 sofa sets, 1 sofa set outdoor, 2 book/china cases, pool table, massage chair, 2 washing machines, 2 dryers, 2 refrigerators, dishwasher, oven and other household goods. | $6,900.00 |
|---|---|

| Debtor 1 | **Don Karl Juravin** | Case number *(if known)* | **6:18-bk-06821** |

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| TV: 2 x 55" + 1 projector and screen + 2 x 65" | $1,200.00 |

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| 2 handguns | $600.00 |

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Miscellaneous clothes | $500.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Miscellaneous | $300.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................

| $9,500.00 |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

| Debtor 1 | Don Karl Juravin | Case number *(if known)* | 6:18-bk-06821 |
|---|---|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
■ Yes.................................................................................................................

|  |  |  |
|---|---|---|
|  | Cash | $800.00 |

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes.....................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking Account | TD Bank | $2,617.35 |
| 17.2. | Checking | FL Community Bank | $100.00 |
| 17.3. | Checking | Transferwise $1,939 plus 665 Euro (1 EUR = 1.1313 USD on 10/31/18 or $752.31) | $2,691.31 |
| 17.4. | Checking | Ally Bank | $510.06 |
| 17.5. | Checking | Insight Credit Union | $1,595.00 |
| 17.6. | Checking | TD Ameritrade | $3,180.81 |
| 17.7. | Brokerage | TD Ameritrade (account frozen by Court Order in the FTC litigation - see #10 on the SOFA) | $90,638.95 |
| 17.8. | Checking | Bank of Ireland (EUROS) | $150.00 |
| 17.9. | Checking | AIB (EUROS) | $350.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................

Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Must Cure Obesity, Co | 100 | % | $0.00 |
| Juravin, Incorporated | 100 | % | $0.00 |

Debtor 1    **Don Karl Juravin**                                   Case number *(if known)*   **6:18-bk-06821**

| **Roca Labs Nutraceutical USA, Inc.** | 100 | % | $0.00 |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them.
               Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
               Type of account:           Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............           Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............           Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes.  Give specific information about them...

| **Domains - BellaCollina.reviews and bella-collina.club** | $0.00 |
|---|---|

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                           **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

Debtor 1    Don Karl Juravin                                    Case number *(if known)*    6:18-bk-06821

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
   benefits; unpaid loans you made to someone else

☐ No
☑ Yes.  Give specific information..

| | |
|---|---|
| Andrew Hill - $10,000 loan & funds being held in trust of $8,928.12 (subject to Asset Freeze Order in FTC case). | $10,000.00 |
| Department of Financial Services, State of Florida, Division of Unclaimed Property, Acct. Nos XXXXX7466, XXXXX0762, XXXXX7116, XXXXX7117, XXXXX3618, XXXXX4363, XXXXX3498. | Unknown |
| Uncashed Check No. 2956 from Florida Center for Orthopaedics Inc. dated 11/23/16 | $134.55 |
| Uncashed Check No. 40327665 from Cigna dated 9/15/16 | $617.32 |
| Uncashed Check No. 34153519 from Capital One dated 12/23/16 | $1,416.33 |
| Uncashed Check No. 35361262 from Capital One dated 3/23/17 | $3,769.44 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Term Life Insurance - Genworth Policy No. xxxxxx5142 | Anna Juravin | $0.00 |
| Term Life Insurance - Banner Policy No. xxxxx5582  (will end in 2020) | Anna Juravin | $0.00 |
| Homeowner Insurance - St. Johns | N/A | $0.00 |
| Health Insurance  - Cigna | family | $0.00 |
| Term Life Insurance - Banner Policy No. xxxxx8813 (will end in 2021) | Anna Juravin | $0.00 |
| TermLife Insurance - AIG Policy No. xxxxxx8312 | Anna Juravin | $0.00 |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.

☑ No

Debtor 1    Don Karl Juravin                                      Case number *(if known)*   6:18-bk-06821

- ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    - ☐ No
    - ■ Yes.  Describe each claim.........

| | |
|---|---|
| Don K. Jurivan, Ania Juravin, Levia Juravin and Ynes Juravin, Plaintiffs v. Community Watch Solutions, LLC, Case No. 17-CA-2178, pending inthe 5th Judicial Circuit, In and For Lake County, FLorida | Unknown |
| Don K. Juravin, Plaintiff, v. Richard Arrighi, Randall Greene, The Club at Bella Collina, LLC, Bella Collina Property Owner's Association, Keith Clarke, Paul Lebreux, and DCS Real Estate Investments, LLC, Case No. 2018-CA-001607, pending in the 5th Judicial Circuit, in and for Lake County, Florida | Unknown |
| Potential claims against Andrew Hill, Esq. for malpractice for misrepresenting he filed a lawsuit against PayPal and was prosecuting the lawsuit when no lawsuit had been filed; breach of employment agreement, and breach of Promissory Note. | Unknown |
| Potential claims against Erin Wanner and Stockworth Realty Group, who sold the Debtor his personal residence for failure to disclose conditions and problematic history in the Bella Collina community that were know to them. | Unknown |
| Potential claims against Paul Simonson and Dwight Schar for harassment, vandalism, threats to me and defamation (see generally claims in Case No. 2018-CA-001607). | Unknown |
| Potential claims against PayPal, Inc., Mastercard International, Incorporated and Chase Paymentech Solutions, LLC for breach of contract, breach of the implied covenant of good faith and fair dealing, tortious interference with a business relationship (current & potential), violation of FDUTPA, breach of fiduciary duties, liable per se, slander of credit, conversion, accounting and injunctive relief. | Unknown |
| Must Cure Obesity, Co. & Don Karl Jurivan v. Johnson, Circuit Court, Orange County, FL, Case No. 18-CA-2412. | $0.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    - ☐ No
    - ■ Yes.  Describe each claim.........

| | |
|---|---|
| None | $0.00 |

35. **Any financial assets you did not already list**
    - ☐ No
    - ■ Yes.  Give specific information..

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Don Karl Juravin**                                                     Case number *(if known)*    **6:18-bk-06821**

| | |
|---|---|
| Although I have listed all known accounts, just in case there is any bank accounts that I cannot access and that I am not aware is still open, I am including this amount to cover any funds in any such account(s). | $7,500.00 |
| Mercedes Benz of Tampa (subject to Asset Freeze Order in the FTC litigation see # 10 in the SOFA) | $16,000.00 |
| Funds held in the trust account of Glenn A. Reid, Esquire (Subject to Asset Freeze Order in the FTC litigation, see # 10 in the SOFA). | $34,841.00 |
| PayPal Account (1099k issued to me for this account, but may not be my funds.  Subject to Asset Freeze Order in the FTC litigation, see #10 of the SOFA). | $11,580.97 |

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here................................................................................................................

| |
|---|
| $188,493.09 |

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
    If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest In That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| | |
|---|---|
| Bella Collina Club membership (currently not allowed access to club) which came with the house and cannot be sold separately from the house.  Club membership is required to live in the community | $0.00 |

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................................

| |
|---|
| $0.00 |

| Debtor 1 | Don Karl Juravin | | Case number *(if known)* | 6:18-bk-06821 |
|---|---|---|---|---|

| **Part 8:** | **List the Totals of Each Part of this Form** | | |
|---|---|---|---|

| 55. | Part 1: Total real estate, line 2 ................................................................................................................. | | | $1,450,000.00 |
|---|---|---|---|---|
| 56. | Part 2: Total vehicles, line 5 | $90,647.00 | | |
| 57. | Part 3: Total personal and household items, line 15 | $9,500.00 | | |
| 58. | Part 4: Total financial assets, line 36 | $188,493.09 | | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | | |
| 61. | Part 7: Total other property not listed, line 54 | + $0.00 | | |
| 62. | Total personal property. Add lines 56 through 61... | $288,640.09 | Copy personal property total | $288,640.09 |
| 63. | Total of all property on Schedule A/B. Add line 55 + line 62 | | | $1,738,640.09 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **6:18-bk-06821** |
| (if known) | |

■ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **15118 Pendio Drive Montverde, FL 34756  Lake County**<br>**The property includes club membership ($40,000.00) which came with the house & can't be sold separately and an improvement allowance for improvements and repairs to the property of which approximately $1**<br>Line from *Schedule A/B*: **1.1** | $1,450,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **15118 Pendio Drive Montverde, FL 34756  Lake County**<br>**The property includes club membership ($40,000.00) which came with the house & can't be sold separately and an improvement allowance for improvements and repairs to the property of which approximately $1**<br>Line from *Schedule A/B*: **1.1** | $1,450,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| **2014 Jeep**<br>Line from *Schedule A/B*: **3.1** | $17,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |

Debtor 1   **Don Karl Juravin**                                       Case number (if known)   **6:18-bk-06821**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 5 beds & nightstands, 2 dressers, 1 glass table, 3 coffee tables, 2 dining tables & chairs, 1 end table, woven outdoor, outdoor set, 3 sofa sets, 1 sofa set outdoor, 2 book/china cases, pool table, massage chair, 2 washing machines, 2 dryers, 2 refrigerato<br>Line from *Schedule A/B*: 6.1 | $6,900.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| TV: 2 x 55" + 1 projector and screen + 2 x 65"<br>Line from *Schedule A/B*: 7.1 | $1,200.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| 2 handguns<br>Line from *Schedule A/B*: 10.1 | $600.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Miscellaneous clothes<br>Line from *Schedule A/B*: 11.1 | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Miscellaneous<br>Line from *Schedule A/B*: 12.1 | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| Cash<br>Line from *Schedule A/B*: 16.1 | $800.00 | ■ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Checking Account: TD Bank<br>Line from *Schedule A/B*: 17.1 | $2,617.35 | ■ $2,617.35<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Checking: FL Community Bank<br>Line from *Schedule A/B*: 17.2 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Checking: Transferwise $1,939 plus 665 Euro (1 EUR = 1.1313 USD on 10/31/18 or $752.31)<br>Line from *Schedule A/B*: 17.3 | $2,691.31 | ■ $2,691.31<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Checking: Ally Bank<br>Line from *Schedule A/B*: 17.4 | $510.06 | ■ $510.06<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| Checking: Insight Credit Union<br>Line from *Schedule A/B*: 17.5 | $1,595.00 | ■ $1,595.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |

Debtor 1    **Don Karl Juravin**                                    Case number (if known)    **6:18-bk-06821**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brokerage: TD Ameritrade (account frozen by Court Order in the FTC litigation - see #10 on the SOFA)**<br>Line from *Schedule A/B*: **17.7** | $90,638.95 | ■       $90,638.95<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| **Checking: Bank of Ireland (EUROS)**<br>Line from *Schedule A/B*: **17.8** | $150.00 | ■       $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| **Checking: AIB (EUROS)**<br>Line from *Schedule A/B*: **17.9** | $350.00 | ■       $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |
| **Term Life Insurance - Genworth Policy No. xxxxxx5142**<br>**Beneficiary: Anna Juravin**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |
| **Term Life Insurance - Banner Policy No. xxxxx5582  (will end in 2020)**<br>**Beneficiary: Anna Juravin**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |
| **Term Life Insurance - Banner Policy No. xxxxx8813 (will end in 2021)**<br>**Beneficiary: Anna Juravin**<br>Line from *Schedule A/B*: **31.5** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |
| **TermLife Insurance - AIG Policy No. xxxxxx8312**<br>**Beneficiary: Anna Juravin**<br>Line from *Schedule A/B*: **31.6** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.14 |
| **PayPal Account (1099k issued to me for this account, but may not be my funds.  Subject to Asset Freeze Order in the FTC litigation, see #10 of the SOFA).**<br>Line from *Schedule A/B*: **35.4** | $11,580.97 | ■       $11,580.97<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(b) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No

    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐  No

        ■  Yes

**Fill in this information to identify your case:**

Debtor 1    **Don Karl Juravin**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **6:18-bk-06821**
(if known)

☑ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Bella Collina Prop.<br>Owners<br><sub>Creditor's Name</sub> | Describe the property that secures the claim: | $6,644.18 | $1,450,000.00 | $6,644.18 |

**Bella Collina Property Owner**
**c/o Aegis Community Manageme**
**8390 Championsgate Blvd., Su**
**Championsgate, FL 33896**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

| 15118 Pendio Drive Montverde, FL 34756  Lake County |
|---|

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)    Claim of Lien (services not received)

Date debt was incurred    **1/3/16 - 6/3/18**        Last 4 digits of account number    **N/A**

| **2.2** Internal Revenue Service<br><sub>Creditor's Name</sub> | Describe the property that secures the claim: | $180,000.00 | $1,450,000.00 | $62,894.00 |
|---|---|---|---|---|

**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

| 15118 Pendio Drive Montverde, FL 34756  Lake County - estimated amount per accountant |
|---|

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Debtor 1  **Don Karl Juravin**
    First Name        Middle Name        Last Name           Case number (if known)  **6:18-bk-06821**

☐ Check if this claim relates to a      ☑ Other (including a right to offset)    **Business Debt - Recorded lien is in fact amount of**
community debt                                        **$784,175.45, but the estimated current amount due is**
                                                 **$200 (2014 & 2015 Form 1040 Taxes)**

Date debt was incurred  **2014-2016**      Last 4 digits of account number _____

---

| **2.3** | **Mercedes-Benz Financial** | Describe the property that secures the claim: | $90,271.71 | $83,474.00 | $6,822.46 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**2018 Mercedes S560V**

P. O. Box 961
Roanoke, TX 76262
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **11/29/2017**      Last 4 digits of account number  **3001**

---

| **2.4** | **Mercedes-Benz Financial** | Describe the property that secures the claim: | $43,443.28 | $63,820.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**2018 Mercedes GLS550W4**

P. O. Box 961
Roanoke, TX 76262
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **08/10/2017**      Last 4 digits of account number  **9001**

---

| **2.5** | **PSR Developers, LLLP** | Describe the property that secures the claim: | $1,312,894.00 | $1,450,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:
**15118 Pendio Drive Montverde, FL 34756  Lake County**

3900 Centennial Drive
Suite C
Midland, MI 48642
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **January 8, 2016**      Last 4 digits of account number _____

---

Official Form 106D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

| Debtor 1 | Don Karl Juravin | | | Case number (if known) | 6:18-bk-06821 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,653,243.74 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,653,243.74 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Don Karl Juravin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **6:18-bk-06821** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    - ☐ No. Go to Part 2.
    - ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | $111,000.0 | | |

| | | | | |
|---|---|---|---|---|
| **2.1** | **Internal Revenue Service** | Last 4 digits of account number _____ _____ _____ **0** | **$111,000.00** | **$0.00** |
| | Priority Creditor's Name | When was the debt incurred?  **2018** | | |

Number Street City State Zip Code
**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply
- ■ Debtor 1 only          ☐ Contingent
- ☐ Debtor 2 only          ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only       ☐ Disputed
- ☐ At least one of the debtors and another    **Type of PRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community debt**    ☐ Domestic support obligations

**Is the claim subject to offset?**
- ■ No          ■ Taxes and certain other debts you owe the government
- ☐ Yes         ☐ Claims for death or personal injury while you were intoxicated
                ☐ Other. Specify _____
                **Business Debt - Estimated 2018 income tax
                liability given by accountant as of filing date**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    - ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1   **Don Karl Juravin**                                    Case number (if known)    **6:18-bk-06821**

---

| 4.1 | **Anna Juravin**<br>Nonpriority Creditor's Name | Last 4 digits of account number    **N/A** | **$29,595.02** |
|---|---|---|---|

**15118 Pendio Drive**
**Montverde, FL 34756**
Number Street City State Zip Code

**When was the debt incurred?**    **2017-2018**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Reimbursement of agreed household and family expenses**

---

| 4.2 | **Ben-Zvi Law Firm**<br>Nonpriority Creditor's Name | Last 4 digits of account number    **N/A** | **$48,000.00** |
|---|---|---|---|

**23 Bar-Cochva**
**Bnei-Brak, Israel**
Number Street City State Zip Code

**When was the debt incurred?**    **2016-2018**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **estimated legal fees (amt. given by law firm)**

---

| 4.3 | **Dr. Free**<br>Nonpriority Creditor's Name | Last 4 digits of account number    **N/A** | **$32,000.00** |
|---|---|---|---|

**11 Walnut Street, #12350**
**Green Cove Springs, FL 32043**
Number Street City State Zip Code

**When was the debt incurred?**    **2018**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business Debt - advisory services related to Must Cure Obesity, Co.**

---

Debtor 1   **Don Karl Juravin**                                Case number (if known)   **6:18-bk-06821**

---

| 4.4 | **Federal Trade Commission** | Last 4 digits of account number | **N/A** | **$25,246,000.00** |

Nonpriority Creditor's Name
**600 Pennsylvania Avenue NW**
**Mail Crop CC-10528**
**Washington, DC 20580**
Number Street City State Zip Code

When was the debt incurred?   **various**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - pending lawsuit - Judgment against Debtor related to business activities**

---

| 4.5 | **Julia Kalatusha** | Last 4 digits of account number | **N/A** | **$190,000.00** |

Nonpriority Creditor's Name
**32 Borochov**
**Tel Aviv, Israel**
Number Street City State Zip Code

When was the debt incurred?   **2004-2018**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
■ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Alimony in discussion**

---

| 4.6 | **Karan Arora** | Last 4 digits of account number | | **$200,000.00** |

Nonpriority Creditor's Name
**12815 NW 45th Avenue**
**Opa Locka, FL 33054**
Number Street City State Zip Code

When was the debt incurred?   **9/10/18**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt (partial) Promissory Note (Must Cure Obesity is co-obligor)- Face Amount of $500,001.00, but only $200,000 has been advanced plus interest.**

---

Debtor 1    **Don Karl Juravin**                          Case number (if known)    **6:18-bk-06821**

| 4.7 | **Noam Ben Zvi** | Last 4 digits of account number | **N/A** | **$8,200.00** |

Nonpriority Creditor's Name

**10/93 Rishon Lezion Street**
**Petachtiachba, Israel**          When was the debt incurred?    **2016-2018**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt          ☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Personal Loan**

---

| 4.8 | **Shay Zuckerman** | Last 4 digits of account number | | **$172,000.00** |

Nonpriority Creditor's Name

**HaYarkon St. 113**
**Tel Aviv, Israel**          When was the debt incurred?    **12/28/2017**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ Check if this claim is for a community debt          ☐ Student loans

Is the claim subject to offset?          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify    **Promissory Note**

---

### Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Carl H. Settlemyer, III, Esq.**
**Federal Trade Commission**
**600 Pennsylvania Avenue NW**
**Mail Drop CC-10528**
**Washington, DC 20580**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Paul B. Spelman, Esq.**
**Federal Trade Commission**
**600 Pennsylvania Avenue NW**
**Mail Drop CC-10528**
**Washington, DC 20580**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):          ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| | 6a.   Domestic support obligations | 6a.   $ | 0.00 |
| **Total** | | | |

Debtor 1   **Don Karl Juravin**                                  Case number (if known)   **6:18-bk-06821**

| | | | | | |
|---|---|---|---|---|---|
| claims from Part 1 | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 111,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 111,000.00 |

| | | | | Total Claim | |
|---|---|---|---|---|---|
| | 6f. | **Student loans** | 6f. | $ | 0.00 |
| Total claims from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 190,000.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 25,735,795.02 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 25,925,795.02 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **6:18-bk-06821** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1   Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262 | Car loan for 2018 S560V owned by the Debtor and Juravin, Incorporated, Debtor is Co-Owner and Co-Obligor |
| 2.2   Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262 | Car loan for GLS 550104 owned by the Debtor and Juravin, Incorporated. Debtor is Co-Owner and Co-Obligor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Don Karl Juravin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **6:18-bk-06821** | | |
| (if known) | | | |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

*Column 1:* **Your codebtor**
Name, Number, Street, City, State and ZIP Code

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.1  **Anna Juravin**
**15118 Pendio Drive**
**Montverde, FL 34756**

■ Schedule D, line  **2.5**
☐ Schedule E/F, line _____
☐ Schedule G _____
**PSR Developers, LLLP**

3.2  **Juravin, Incorporated**
**15118 Pendio Drive**
**Montverde, FL 34756**

■ Schedule D, line  **2.3**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mercedes-Benz Financial**

3.3  **Juravin, Incorporated**
**15118 Pendio Drive**
**Montverde, FL 34756**

■ Schedule D, line  **2.4**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Mercedes-Benz Financial**

Debtor 1  **Don Karl Juravin**                                    Case number *(if known)*  **6:18-bk-06821**

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

**3.4**  Juravin, Incorporated<br>15118 Pendio Dr<br>Montverde, FL 34756<br>Co-defendant

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Federal Trade Commission**

---

**3.5**  Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Karan Arora**

---

**3.6**  Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Dr. Free**

---

**3.7**  Must Cure Obesity, Co.<br>508 N. Hudson St.<br>Orlando, FL 32835<br>Co-Defendant

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Federal Trade Commission**

---

**3.8**  Roca Labs Nutraceutical USA, Inc.<br>5849 Lynn Lake Drive South, Unit A<br>Saint Petersburg, FL 33712<br>Co-Defendant

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Federal Trade Commission**

---

**3.9**  Juravin, Incorporated<br>15118 Pendio Drive<br>Montverde, FL 34756

☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.1__<br>**Mercedes-Benz Financial**

---

**3.10**  Juravin, Incorporated<br>15118 Pendio Drive<br>Montverde, FL 34756

☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G __2.2__<br>**Mercedes-Benz Financial**

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (If known) | **6:18-bk-06821** |

Check if this is:

☐ An amended filing *(filled)*

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents names.

    ☑ Yes.    Fill out this information for each dependent...........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No |
| Daughter | 8 | ☑ Yes |
| | | ☐ No |
| Daughter | 10 | ☑ Yes |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | |
|---|---|---:|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 6,830.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. $ | 1,250.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 433.34 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 250.00 |
| 5.  Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1   **Don Karl Juravin**                                    Case number (if known)   **6:18-bk-06821**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 700.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 80.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 600.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 3,000.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 2,334.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 400.00 |
| 10. | **Personal care products and services** | 10. $ | 50.00 |
| 11. | **Medical and dental expenses** | 11. $ | 500.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 1,500.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 2,917.00 |
| | 15b. Health insurance | 15b. $ | 1,300.00 |
| | 15c. Vehicle insurance | 15c. $ | 375.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:   **IRS Lien** | 16. $ | 15,000.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:   **Bella Collina Club dues (not paying b/c in litigation)** | 21. +$ | 428.00 |

| | | |
|---|---|---:|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $   38,297.34 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $   38,297.34 |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $   25,640.62 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$   38,297.34 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $   -12,656.72 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.     Explain here: **IRS lien - will try to work out a different payment plan with the IRS to pay less each month.**

**Fill in this information to identify your case:**

Debtor 1    **Don Karl Juravin**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **6:18-bk-06821**
(if known)

■ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  */s/ Don Karl Juravin*                    X _____
   **Don Karl Juravin**                          Signature of Debtor 2
   Signature of Debtor 1

Date  **January 14, 2019**                    Date _____

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | **6:18-bk-06821** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **4136 Roberts Point Circle Sarasota, FL 34242** | From-To: **2011 - 12/2015** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Don Karl Juravin**                                    Case number *(if known)*   **6:18-bk-06821**

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $251,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $234,438.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br>■ Operating a business | $158,914.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross Income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2017 ) | Interest / Dividends | $3.00 | | |
| For the calendar year before that: (January 1 to December 31, 2016 ) | Interest / Dividends | $12,105.00 | | |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
■ **No.**   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1 __Don Karl Juravin__                                    Case number (if known) __6:18-bk-06821__

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642 | 8/9/2018,<br>9/12/2018 and<br>9/13/2018 | $52,000.00 | $1,312,894.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Interal Revenue Service<br>Central Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | On or around the 15th day of the month in Aug., Sept. and Oct. of 2018 | $45,000.00 | $200,000.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other__Taxes__ |
| Life Insurance Companies -<br>Premium pymts<br>various addresses | 9/13/18 | $10,570.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☑ Other__Life Insurance - plan premium pymts__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
☑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756 | 9/2018 | $28,292.00 | $0.00 | Tax return offset innocent spouse |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

Debtor 1    **Don Karl Juravin**                                                    Case number *(if known)*    **6:18-bk-06821**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Federal Trade Commission v Roca Labs, Inc., et al**<br>8:15-cv-02231-MSS-TBM | **Injunctive and Other Relief Sought** | **U.S. District Court, Middle District FL**<br>Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Bella Collina Property Owners Association, Inc. v Don K. Juravin, et al**<br>2017-CC-001748 | Civil | **County Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>500 W. Main Street, 1st Floor<br>Tavares, FL 32778 | ☐ Pending<br>■ On appeal<br>☐ Concluded<br><br>**Maintenance of lawn in accordance with the association** |
| **Bella Collina Property Owners Association, Inc. v Don K. Juravin, et al**<br>35-2017-SC-004004 | Civil | **County Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>550 W. Main Street<br>Tavares, FL 32778 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Payment of Club dues and foreclosure of lien for same** |
| **DCS Real Estate Investments, LLC v Don K. Juravin aka Don Adi Juravin**<br>2017-CA-0667 | Civil | **Circuit Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>550 W. Main Street<br>Tavares, FL 32778 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**For injunctive and other relief** |
| **Bella Collina Property Owners Association, Inc. v Don K. Juravin aka Don Adi Juravin, et al**<br>2017-CA-000979 | Civil | **Circuit Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>500 W. Main Street<br>Tavares, FL 32778 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**For injunctive and other relief** |
| **Don K. Juravin v The Club at Bella Collina, LLC, et al**<br>2018-CA-001607 | Civil | **Circuit Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>550 W. Main Street<br>Tavares, FL 32778 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Various claims** |
| **Don K. Juravin, et al. v Community Watch Solutions, LLC**<br>17-CA-2178 | Civil | **Circuit Court Fifth Judicial Circuit**<br>Lake County Courthouse<br>550 W. Main Street<br>Tavares, FL 32778 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Infringment of Rights** |
| **Don Karl Juravin, et al v Hermes Eraclides, et al**<br>18-CA-5126 | civil | **Circuit Court Twelfth Judicial Circuit**<br>Sarasota County Justice Center<br>2071 Ringling Blvd<br>Sarasota, FL 34237 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Leg Case** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Don Karl Juravin**                                      Case number (*if known*)   **6:18-bk-06821**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Zachary Lake, on behalf of himself and all other similarly situated and the general public v Roca Labs, Inc., et al**<br>**BC559016** | Class Action | **Superior Court of California Central Dis**<br>320 W. Temple Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Must Cure Obesity, Co. and Juravin, et al v Johnson**<br>**18-CA-2412** | civil | **Circuit Court Ninth Judicial Circuit**<br>**Orange County Courthouse**<br>425 N. Orange Avenue<br>Orlando, FL 32801 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ☐ No. Go to line 11.
   ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Federal Trade Commission**<br>**600 Pennsylvania Avenue NW**<br>**Mail Drop CC-10528**<br>**Washington, DC 20580** | **The Court in the FTC litigation ordered that certain accounts of the Debtor be frozen as set forth below:**<br>TD Ameritrade acct - $90,639.95<br>Andrew Hill, Esquire Trust Account - $8,928.12<br>Glenn A. Reid, Equire Trust Account - $34,841.00<br>PayPal Acct - $11,580.97 (1099k issued to Debtor, may not be his funds)<br>Mercedes Benz of Tampa - $16,000.00<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | 10/2017 | $161,990.04 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   ■ No
   ☐ Yes

Debtor 1   **Don Karl Juravin**                                    Case number *(if known)*   **6:18-bk-06821**

---

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   - ☐ No
   - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **See right** | **Other than my wife and children, I have not given any other gifts of more than $600 per person** | | $0.00 |
| Person's relationship to you: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   - ■ No
   - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
   - ☐ No
   - ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Denise D. Dell-Powell, Esq.** **Burr & Forman LLP** **200 S. Orange Avenue, Suite 800** **Orlando, FL 32801** **ddpowell@burr.com** | **Check** | **October 24, 2018** | **$35,000.00** |

---

Debtor 1  **Don Karl Juravin**                                    Case number *(if known)*  **6:18-bk-06821**

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property<br>transferred | Date payment<br>or transfer was<br>made | Amount of<br>payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|
| **Fifth Third Bank**<br>**Clermont, FL** | XXXX-4858 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 04/2018 | $327.00 |
| **SunTrust**<br>**P. P. Box 305183**<br>**Nashville, TN 37230-5183** | XXXX-9588 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 7/9/18 | $1,000.00 |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

Debtor 1  **Don Karl Juravin**                                    Case number *(if known)*  **6:18-bk-06821**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

    ---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ No
    ☐ Yes.  Fill in the details.

    | Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

    ---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|

    ---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1   Don Karl Juravin                                          Case number *(if known)*   6:18-bk-06821

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐   No. None of the above applies.  Go to Part 12.

■   Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Must Cure Obesity, Co.<br>PO Box 560150<br>Montverde, FL 34756 | Weight loss program<br><br>Hal Hershkowitz | EIN:  59-3658482<br><br>From-To  12/24/2014 to present |
| Juravin, Incorporated<br>PO Box 560150<br>Montverde, FL 34756 | Advertising, marketing and development<br><br>Hal Hershkowitz | EIN:  46-4280755<br><br>From-To  12/20/2013 to present |
| Roca Labs Nutraceutical USA, Inc.<br>5849 Lynn Lake Drive South, Unit A<br>Saint Petersburg, FL 33712 | No longer operating<br><br>Hal Hershkowitz | EIN:  46-4273829<br><br>From-To  1999 - present |

28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐   No
■   Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Crop CC-10528<br>Washington, DC 20580 | Since Oct. 2015 to Oct. 2018, the Debtor has provided bank statements and credit card statements to the FTC on a monthly basis, as part of the FTC litigation. |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Don Karl Juravin                                          _____
Don Karl Juravin                                             Signature of Debtor 2
Signature of Debtor 1

Date   January 14, 2019                                       Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Don Karl Juravin** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **6:18-bk-06821** |

■ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Mercedes-Benz Financial**<br><br>Description of property securing debt: **2018 Mercedes S560V** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Mercedes-Benz Financial**<br><br>Description of property securing debt: **2018 Mercedes GLS550W4** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **PSR Developers, LLLP**<br><br>Description of property: **15118 Pendio Drive Montverde, FL 34756  Lake County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108                    Statement of Intention for Individuals Filing Under Chapter 7                    page 1

Debtor 1  __Don Karl Juravin__                                    Case number (*if known*)  __6:18-bk-06821__

| property securing debt: | The property includes club membership ($40,000.00) which came with the house & can't be sold separately and an improvement allowance for improvements and repairs to the property of which | ☐ Retain the property and [explain]: |
|---|---|---|

---

### Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

---

### Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  __/s/ Don Karl Juravin__                                    X  _____
   **Don Karl Juravin**                                          Signature of Debtor 2
   Signature of Debtor 1

Date  __January 14, 2019__                                     Date  _____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

*In re*:                                                Case No.:  6:18-bk-06821-CCJ

DON KARL JURAVIN,                          Chapter 7
Aka DON ADI JURAVIN

      Debtor.

_____/

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that true and correct copies of Amended Summary of Assets &

Liabilities, Schedules A-B, C, D, E/F, G, H, J, Statement of Financial Affairs and Declaration

About an Individual Debtor's Schedules were served on January 16, 2018 via electronic notice

through CM/ECF system to all parties registered to receive notices via CM/ECF and via U.S. Mail,

postage pre-paid, to all non-ECF participants on the attached matrix on January 16, 2018.

Dated:  January 16, 2019.

                                      */s/Denise D. Dell-Powell*_____
                                      Denise Dell-Powell, Esquire
                                      Florida Bar No. 0890472
                                      Email:  ddpowell@burr.com
                                                  dmartinicchio@burr.com
                                                ccrumrine@burr.com
                                      BURR & FORMAN LLP
                                      200 South Orange Avenue, Suite 800
                                      Orlando, Florida 32801
                                      Telephone: (407) 540-6607
                                      Facsimile: (407) 540-6601
                                      *Attorneys for Debtor, Don Karl Juravin*

32836387 v1

Label Matrix for local noticing
113A-6
Case 6:18-bk-06821-CCJ
Middle District of Florida
Orlando
Wed Jan 16 10:02:01 EST 2019

Bella Collina Property Owner's Associat
c/o Becker & Poliakoff
100 Whetstone Place
Suite 302
Saint Augustine, FL 32086-5775

DCS Real Estate Investments, LLC
636 U.S. Hwhy One
Suite 100
North Palm Beach, FL 33408-4611

Mercedes-Benz Financial Services USA LLC
c/o Ed Gezel
Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Anna Juravin
15118 Pendio Drive
Montverde, FL 34756-3606

Bella Collina Property Owners Assoc Inc.
c/o Aegis Community Mgmt Solutions, Inc.
8390 Championsgate Blvd., Suite 304
Championsgate, FL 33896-8313

Ben-Zvi Law Firm
23 Bar-Cochva
Bnei-Brak, Israel

Carl H. Settlemyer, III, Esq.
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Drop CC-10528
Washington, DC 20580-0001

Consumer Opinion Corp.
c/o Randazza Legal Group
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117-3400

DCS Real Estate Investments, LLC
c/o David M. Landis, Esq.
PO Box 2854
Orlando, FL 32802-2854

Dr. Free
11 Walnut Street, #12350
Green Cove Springs, FL 32043

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Julia Kalatusha
32 Borochov
Tel Aviv, Israel

Juvarin, Inc.
P. O. Box 560510
Montverde, FL 34756-0510

Karan Arora
12815 NW 45th Avenue
Opa Locka, FL 33054-5100

Lake County Tax Collector
Attn: Bob McKee
Post Office Box 327
Tavares FL 32778-0327

Mercedes-Benz Financial
P. O. Box 961
Roanoke, TX 76262-0961

Mercedez-Benz Financial
PO Box 961
Roanoke, TX 76262-0961

Must Cure Obesity Co.
15118 Pendio Drive
Montverde, FL 34756-3606

Noam Ben Zvi
10/93 Rishon Lezion Street
Petachtiachba, Israel

Opinion Corp.
c/o Randazza Legal Group
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117-3400

PSR Developers, LLLP
3900 Centennial Drive
Suite C
Midland, MI 48642-5996

Paul B. Spelman, Esq.
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Drop CC-10528
Washington, DC 20580-0001

Shay Zuckerman
8 Babli Street
Tel Aviv, Israel

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Zuckerman & Co.
c/o Shay Zuckerman
HaYarkon St. 113
Tel Aviv, Israel

Denise D Dell-Powell
Burr & Forman LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801-6404

Dennis D Kennedy
P. O. Box 541848
Merritt Island, FL 32954-1848

Don Karl Juravin
15118 Pendio Drive
Montverde, FL 34756-3606

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Crop CC-10528
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Mercedes-Benz Financial
PO Box 961
Roanoke, TX 76262-0961

End of Label Matrix
Mailable recipients    31
Bypassed recipients     1
Total                  32