## IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
## IN AND FOR LAKE COUNTY, FLORIDA

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company,

       Plaintiff,

v.                          CASE NO.:  2017-CA-0667

DON K. JURAVIN, a/k/a
DON ADI JURAVIN, an individual

       Defendant.

_____/

### AMENDED COMPLAINT

The plaintiff, DCS Real Estate Investments, LLC ("DCS"), by and through the undersigned counsel, sues the defendant Don K. Juravin, a/k/a Don Adi Juravin (the "defendant" or "Juravin"), and states as follows.

### Parties, Jurisdiction, and Venue

1.      This is a cause of action for damages in excess of $15,000.00, exclusive of costs, interest, and attorney fees, and is otherwise within the jurisdiction of the Court.

2.      DCS is a Florida limited liability company with its principal place of business in Palm Beach County, Florida, which at all times material hereto is authorized to conduct business and conducts business in Lake County, Florida.

3.      The defendant is an individual resident of Lake County, Florida.

4.      Jurisdiction over the defendant exists because the defendant resides and/or conducts business in Florida.

EXHIBIT "A"

5.      Venue is proper in Lake County, Florida, pursuant to §47.011, *Florida Statutes*, because the defendant resides in Lake County, Florida and the cause of action accrued in Lake County, Florida.

6.      DCS has performed or satisfied all conditions precedent to recovery against the defendant or, in the alternative, said conditions precedent have been waived or otherwise excused.

## Count I - Libel

7.      This is an action against the defendant for damages in an amount to be shown at trial, exclusive of interest, cost, and attorney fees for defaming DCS.

8.      DCS restates and realleges paragraphs 1 through 6 and incorporates them by reference.

9.      On numerous instances from late 2015 to present, the defendant published false and libelous statements online through various mediums about DCS and its related business entities. True and correct printouts of the defendant's false and defamatory statements (the "Juravin Statements") are attached hereto as Composite Exhibit "A."

10.     The Juravin Statements are false, fabricated, defamatory, and untruthful.

11.     The defendant is known for posting online statements similar to the Juravin Statements towards other Florida businesses.

12.     The defendant posts online statements under his name, "Don Juravin," and other pseudonyms including, but not limited to, "Don Adi Juravin," "Don Karl Juravin," "Don 'Don J' J.," "Nathan," and "Real Estate Agent."

13.     The defendant's false and libelous statements were published to third parties, typically in the form of fake online reviews as evidenced by Composite Exhibit "A."

2

14. The Juravin Statements were intentionally, knowingly, and maliciously made to third parties, made without reasonable care as to the truth or falsity of those statements, and made to inflict damages upon DCS, to tarnish DCS's reputation and business, and to damage DCS's future business relationships.

15. DCS and its related business entities have been injured and suffered damages including, without limitation, economic and non-economic damages as a result of the defendant's publication of the Juravin Statements.

Wherefore, DCS respectfully requests the Court to enter a Final Judgment in its favor and against the defendant, Don K. Juravin, a/k/a Don Adi Juravin, for all damages and equitable relief permitted by the Court including, but not limited to:

(a) All damages incurred by DCS as a result of the defendant's actions;

(b) Injunctive relief ordering the defendant to remove the previous false postings aimed at DCS and to stop posting defamatory reviews aimed at DCS; and

(c) Such additional relief as the Court deems appropriate.

### Count II – Tortious Interference With A Business Relationship

16. This is an action against the defendant for damages in an amount to be shown at trial, exclusive of interest, cost, and attorney fees for tortious interference with a business relationship.

17. DCS restates and realleges paragraphs 1 through 6 and incorporates them by reference.

18. Business relationships exist between DCS and purchasers and prospective of DCS property at Bella Collina ("Business Relationships").

19. The defendant has knowledge of these Business Relationships.

3

20.     On numerous occasions, the defendant has hung large banners ("the banners") on the defendant's property that slander and defame DCS. The banners contain false and defamatory information regarding DCS, DCS entities, and/or DCS personnel. A true and correct picture of the banner is attached hereto as Exhibit "B."

21.     The banners also violate certain rules set forth in the Second Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Bella Collina and Supplement Declaration (the "Declaration"), which governs DCS related property (i.e. Bella Collina) and actions taken towards DCS related property. Additionally, the defendant has affixed magnetic signs to a vehicle he drives in and around DCS's properties.

22.     The banners are visible from the road bordering the defendant's property. The magnetic signs on the vehicle are visible from DCS's properties.

23.     DCS has suffered irreparable harm as a result of the defendant's actions. The defendant has negatively affected DCS's ability to sell DCS property. Purchasers and prospective purchasers of DCS property are dissuaded from buying DCS property because of the defendant's banners and actions, including his false online posts.

24.     As a result of the defendant's actions, the defendant has intentionally and unjustifiably interfered with the Business Relationships.

25.     DCS has suffered damages as a result of the defendant's interference with the Business Relationships.

26.     Monetary damages alone, are inadequate to compensate DCS for the irreparable harm and injury caused by the defendant. An equitable remedy is warranted considering the balance of hardships between DCS and the defendant, and an equitable remedy would not disserve the public interest.

4

Wherefore, DCS respectfully requests the Court to enter a Final Judgment in its favor and against the defendant, Don K. Juravin, a/k/a Don Adi Juravin, for all damages and equitable relief permitted by the Court including, but not limited to:

(a) All damages incurred by DCS as a result of the defendant's actions;

(b) Temporary and permanent injunctive relief; and

(c) Such additional relief as the Court deems appropriate.

Dated this 7th day of July, 2017.

/s/ William C. Matthews
MICHAEL D. CROSBIE, ESQ.
Florida Bar No. 72575
mcrosbie@shutts.com
WILLIAM C. MATTHEWS, ESQ.
Florida Bar No. 0112079
wmatthews@shutts.com
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
Telephone:  (407) 835-6796
Fax:  (407) 849-7275
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on July 7, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Florida ePortal system which will send a notice of electronic filing to all counsel of record.

/s/ William C. Matthews
WILLIAM C. MATTHEWS, ESQ.

ORLDOCS 15499601 3 45937.0004

5

← Google reviews

**Response from the owner**

3 months ago

Thank you, Andrew! We hope to see you at The Spa soon!

**Don J**
in the last week

★★★★★ It feels "trashy" when you see trash, small and big, almost all the time. The club is great.

👍 Helpful?

**Response from the owner**

3 months ago

Don, thank you for your review. It is unfortunate you do not believe the community to be secure. If you still have concerns, please contact the general manager at 407-469-4999 to discuss further.

**Domenico Castaldo**
3 months ago

★★★★★ Great experience at one of the most beautiful places in Orlando.  The spa and staff was AMAZING.  I would definitely recommend this experience.

👍 Helpful?

**Response from the owner**

COMPOSITE EXHIBIT "A"

●○○○ Verizon 🤖    10:36 AM    92%

← Google reviews

venue for corporate and social clients as well as golf tournaments...it DOES NOT disappoint.

👍 Helpful?

**Response from the owner**
3 months ago

Thank you, Paula! We appreciate your thoughts and we hope to see you soon.

**Don Juravin**
in the last week

⭐⭐⭐⭐⭐ Not what I thought Bella COllina should be: trash and toilets on the pavements and street and cars parked on the grass like in the cheap neighbourhoods

👍 Helpful?

**Response from the owner**
3 months ago

Don, thank you for your comments. We apologize your question was not answered when you first contacted us. Please contact our general manager at 407-469-4999 if you are interested in talking more about the pricing and our golf experience.

**Ken Peacock**
3 months ago



← Google reviews

👍 Helpful?

**Response from the owner**
3 months ago

Thank you, Andrew! We hope to see you at The Spa soon!



**Don J**
in the last week

★★☆☆☆  It feels "trashy" when you see trash, small and big, almost all the time. The club is great.



👍 Helpful?

**Response from the owner**
3 months ago

Don, thank you for your review. It is unfortunate you do not believe the community to be secure. If you still have concerns, please contact the general manager at 407-469-4999 to discuss further.



**Domenico Castaldo**
3 months ago

★★★★★  Great experience at one of the most beautiful places in Orlando.  The spa and staff was AMAZING.  I would definitely recommend this experience.

👍 Helpful?

**Response from the owner**

← Google reviews

**Response from the owner**

3 months ago

Thank you, Paula! We appreciate your thoughts and we hope to see you soon.



**Don Juravin**
in the last week

★ ☆ ☆ ☆ ☆  Not what I thought Bella COllina should be: trash and toilets on the pavements and street and cars parked on the grass like in the cheap neighbourhoods





👍 Helpful?

**Response from the owner**

3 months ago

Don, thank you for your comments. We apologize your question was not answered when you first contacted us. Please contact our general manager at 407-469-4999 if you are interested in talking more about the pricing and our golf experience.



**Ken Peacock**
3 months ago

★★★★★  Stunningly beautiful clubhouse, gorgeous panoramic 360 degree views, challenging championship golf course designed by Nick Faldo, large pool & pool bar, clay court tennis courts, fitness center, spa, & top notch dining. Bella Collina has it all & easy to see why its so popular for weddings.

👍 Helpful?

# Bella Collina Golf Club

15920 County Rd 455, Montverde, FL



**4.5** ★★★★★   35 reviews

Sort by: Most helpful ▾

---



**Russ Jaeger**
2 months ago

★★★★★ The layout is unlike any other course in Central Florida. The course is challenging and the greens are fast. You'd better practice your sand game as it lines all the fairways and protects all the greens.  We'll definitely play it again.

👍 Helpful?

**Response from the owner** 2 months ago
Russ your compliments are appreciated. We take pride in our course and look forward to your return.



**Don Karl Juravin**
a month ago

★ ☆ ☆ ☆ ☆  I read many negative review and some good.

Golf course terrible, bad greens like putting on shag carpet until you get to 10 ... More



👍 1

**Response from the owner** 3 weeks ago
ANOTHER FAKE REVIEW BY Don Juravin a.k.a. Adi Juravin a.k.a. Don Karl Juravin.

---

https://www.google.com/search?q=Don+Juravin+Florida&source=lnms&sa=X&ved=0ahUKEwi
ZsrmshuvSAhXDwVQKHa-
HA6oQ_AUIBygA&biw=1333&bih=683&dpr=1.08#q=Bella+Collina,+Florida&*&lrd=0x88e7
85686457171f:0xa287cdbee5a9dbe9,1,&spf=1704



# Don "Don J" J.

Montverde, FL

**4 Friends**   **16 Reviews**   **3 Photos**

"Paying Attention to details"

**Don's Profile**

- Profile Overview
- Friends
- Reviews
- Business Photos
- Compliments

## Reviews

Sort by: **Date** ▾

**The Spa at Bella Collina**
$$$ · Day Spas
15920 County Rd
Montverde, FL 34756

⭐⭐ 12/27/2016

Very expensive and not worth it. The Bella Collina community is kind of ghost town anyways so driving so far for this spa does not make sense when it's so expensive.

Was this review ...?

😡 Useful 2   😊 Funny 8   😎 Cool

https://www.yelp.com/user_details?userid=vHeDQrSgXsizgl49XsxO4g

All reviews › Home Construction and Repair › Bella Collina 8

# Bella Collina - Randall Greene involved in alleged racketeering

⊙ 16355 Vetta Dr, Montverde, FL 34756, USA

by anonymous        Mar 13        6 comments

**NOT RESOLVED**

Randall F.Greene is being sued for alleged racketeering (dishonest and fraudulent business dealings), embezzling and conspiracy in Florida court case in case 6:17-cv-00364.

Bella Collina, managed by Randall Green, has many property owners feeling they were SCAMMED and DEFRAUDED. Randall Greene, aren't commenting to the newspaper about the allegations and accusations.

The Orlando Sentinel also found that, despite Randall Greene's claims for new construction in

‹ Previous review
Experienced Bella Collina Property Ow...

2014 "but there's been little new construction visible on satellite photos." "The Defendants illegally usurped control of the POA.The POA, without member authorization, then filed 400 fraudulent lawsuits for the collection of invalid special assessments, which coerced lot owners to surrender their lots," the lawsuit says.

Review about: Bella Collina Mamagement.

I didn't like: Randall f greene racketeering, Randall greene racketeering, Randall greene scam, Randall greene embezelment, Randall greene fraud.

Review #1020542 is a subjective opinion of a user.

## Had an Experience with Bella Collina?          Submit review

## Comments Previous review
Experienced Bella Collina Property Ow...

All reviews › Other › Bella Collina 8

# Bella Collina homes (Florida) FRAUD

⊙ 15920 County Rd 455, Montverde, FL
34756, USA

by anonymous       Feb 09       22 comments

**NOT RESOLVED**

I was allured to invest in Bella
Collina.Here are the real facts
about Bella Collina homes located
in Montverde, Florida: Almost
EVERYONE who invested in the
properties there lost money.

A lot of money. Million of Dollars.
It is claimed that the entire
"project" of Bella Collina started
as a SCAM and deceptive hype
where victims paid over
$1,000,000 for land.

According to ONE of the lawsuits,
the alleged fraud consisted of
false representations, deceptively
created impressions of false
values, artificially created scarce
supply of properties and

memberships, and artificially high demand based upon fake illusory real estate sales.The lawsuit accuses the builders or sellers of defrauding investors and purchasers at 10 properties in Florida, including Bella Collina, 15920 County Road 455.

Review about: Bella Collina Homes.

I didn't like: Bella collina scam, Real estate fraud, Deceptive advertising bella collina.

Review #1005245 is a subjective opinion of a user.

BELLA COLLINA SCAM

BELLA COLLINA PROPERTIES

BELLA COLLINA FRAUD

BELLA COLLINA HOMES FRAUD

**Had an Experience with Bella Collina?**    Submit review

# Comments

‹ **Previous review**

Long Term Bella Collina Owner

**Comment as anonymous or Login**

**Post Comment**

**Jerry**    Apr 03    #1311165

This is another dumb post by Don Adi Juravin who lives in Bella Collina and is fighting with the owners there. You can always tell when Don writes something, his writing skills in English are atrocious. Don, next time you write this, say that you were "lured" not "allured". This Juravin guy has his hands full now because the IRS has a $785,000.00 personal judgement on him and the FTC just filed for a $ 25 million dollar personal judgement as well. Good luck Don Adi Juravin....by the way, why do you use some many aliases? What, or whom are you hiding from?

Reply                          Helpful?    Yes 1    No 0

**Perry**    Mar 14    ⦾ Orlando, Florida, United States    #1302511

I am a real estate agent who sells at Bella Collina and my buyers are familiar with the dead beats who brought about the lawsuit. They are just angry that the POA is suing them for years of not paying their bills. In addition, the lawyer that filed the lawsuit, E. Timothy McCoulogh has several legal malpractice claims against him in addition to filing bankruptcy last year.

The agents and the community appreciate what the developer and POA have done to get the project back in order. The only reason why you are attacking Randall Greene is because he is the front face of their legal complaints to collect money rightfully owed to the POA and you are obviously ignorant about the real Bella Collina story.

Reply‹ Previous review                          Helpful?    Yes 3    No 3

Long Term Bella Collina Owner

**Nathan**   to Perry   Mar 20   ⦿ Atlanta, Georgia, United States   #1304830

Hey Perry,

Are you telling your potential buyers about the $40,000 and $80,000 TRAP and the $8,000 a year TRAP forever?

Are you telling them that the lot is actually worth $5,000 because that's what DCS Real Estate Holdings and Dwight C. Schar paid for them. Do the math.

A lot in Bella Collina is worth $5,000 and when you SCAM a home buyer to pay mare than that you can be DEFRAUDING them.

Them customers the truth!

Reply                                    Helpful?   **Yes 1**   **No 2**

**Real Estate Agent**   Mar 14   ⦿ Atlanta, Georgia, United States   #1302450

Again this Bella Collina place is being sued and this time it's Randall Greene being accused of alleged dishonest and fraudulent business dealings and the newspapers write:

Bella Collina property owners, in lawsuit, allege racketeering

"The Defendants illegally usurped control of the POA. The POA, without member authorization, then filed 400 fraudulent lawsuits for the collection of invalid special assessments, which coerced lot owners to surrender their lots," the lawsuit says.

FRAUD and scams continue to be the theme of Bella Collina. No real estate with conscious should sell property there.

Soon, real estate agents will be sued for selling and recommending Bella Collina real estate.

‹ Previous review

Long Term Bella Collina Owner

**Reply**                     Helpful?    **Yes 4**    **No 3**

**Nathan**   to Real Estate Agent   Mar 20   ⊚ Atlanta, Georgia,
United States   #1304831

I read that dude.

These real estate agents are SCAMMING
customers. What you don't know is that I
researched and a lot in Bella Collina is worth
$5,000. That is real market value.

Someone ought to shout it load and to every real
estate that tries to DEFRAUD home buyers into
paying a lot for more than that.

**Reply**                     Helpful?    **Yes 1**    **No 0**

**Ray**   to Nathan   Apr 02   ⊚ Washington, District Of
Columbia, United States   #1310785

This comment was posted by Don Adi Juravin
who is a little man angry at the world. Good
luck with the $25 million dollar judgement
from the US government and the $1 million
dollar plus lien from the IRS!

**Reply**                     Helpful?    **Yes 2**    **No 0**

**Rick Giancomo**   Mar 11   ⊚ Mount Laurel, New Jersey, United
States   #1301507

I went to Bella Collina last week to look at a home to build
as I am being transferred to Orlando from NY/NJ for my
job. I was really impressed at what I saw. The course was
in top condition and there were a lot of homes under
construction. That's a great sign and I am going to move
forward.

I have read some of these reviews that are bad and
googled the name of the alleged poster, this character,
Don Juravan. What I noticed is he posts crazy things all

‹ Previous review

Long Term Bella Collina Owner

