# IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
# IN AND FOR LAKE COUNTY, FLORIDA

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company; and THE
CLUB AT BELLA COLLINA, LLC, a Florida
Limited liability company,

    Plaintiffs,

v.                                                      CASE NO.: 2017-CA-0667

DON K. JURAVIN, a/k/a
DON ADI JURAVIN, an individual,

    Defendant.

_____/

## ORDER HOLDING DEFENDANT, DON K. JURAVIN, IN CIVIL CONTEMPT

**THIS CAUSE** came before the Court on the plaintiffs' Motion for Order to Show Cause Why Don K. Juravin Should Not Be Held in Contempt and Incorporated Memorandum of Law ("The plaintiffs' Motion for Civil Contempt"), filed on March 20, 2018, and the defendant's Emergency Motion for Clarification, for an Order to Show Cause Why Plaintiffs and Their Attorneys Should Not Be Held in Contempt, and for Sanctions, filed on March 16, 2018, and the Court having been fully advised, it is hereby:

**ORDERED AND ADJUDGED:**

    1.    The plaintiffs' Motion for Civil Contempt is GRANTED.

    2.    The defendant's Emergency Motion for Clarification, for an Order to Show Cause Why Plaintiffs and Their Attorneys Should Not Be Held in Contempt, and for Sanctions is DENIED without prejudice.

EXHIBIT "C"

3. The defendant, Don K. Juravin a/k/a Don Adi Juravin ("Juravin") is in violation of the Temporary Injunction Order ("Injunction Order"), entered by this Court on February 28, 2018.

4. As a result of Juravin's actions and/or omissions, Juravin is in Civil Contempt of this Court.

5. Juravin shall come into compliance with the Injunction Order on or before May 10, 2018 at 5:00 pm including, but not limited to, removing all content identified by the plaintiffs in Composite Exhibit "C" to the plaintiffs' Motion for Civil Contempt.

6. Failure to comply with paragraph 5 above shall result in a $500.00 per day monetary sanction (the "Monetary Sanction") against Juravin, payable to the plaintiffs, for Juravin's failure to comply with this Court's Injunction Order. The Monetary Sanction shall end once Juravin fully complies with the Injunction Order.

7. The plaintiffs are entitled to an award of their attorney fees and costs related to The plaintiffs' Motion for Civil Contempt and the hearing on The plaintiffs' Motion for Civil Contempt. The Court reserves jurisdiction as to the amount of attorney fees and costs awarded.

8. For clarity, the Injunction Order does not enjoin all of Juravin's online content that is critical of the plaintiffs or "Bella Collina." Rather, the following actions, posts, and activity are the only items enjoined by the Court in the Injunction Order:

> Therefore, Juravin, Juravin's officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this injunction are **ENJOINED** from maintaining or creating any content online, including but not limited to social media postings, that tag, electronically link, or associate the plaintiffs or "Bella Collina" with current or prospective customers, or include the terms "Mafia" or "Bullying" to describe the plaintiffs' businesses or relationships.

CASE NO.: 2017-CA-0667

**DONE AND ORDERED** in Lake County, Florida on this 17 day of May, 2018.

_____
The Honorable G. Richard Singeltary
CIRCUIT JUDGE

Copies furnished to counsel of record via the e-portal.

ORLDOCS 16129198 2

CASE NO.: 2017-CA-0667

3