**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA**

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company, THE CLUB
AT BELLA COLLINA, LLC, a Florida limited
liability company,

       Plaintiffs,

v.                                   CASE NO.:  2017-CA-0667

DON K. JURAVIN, a/k/a
DON ADI JURAVIN, an individual,

       Defendant.

_____/

## THE PLAINTIFFS' MOTION TO ENFORCE THE CIVIL CONTEMPT ORDER AND TEMPORARY INJUNCTION AGAINST THE DEFENDANT, DON K. JURAVIN

      The plaintiffs, DCS Real Estate Investments, LLC ("DCS") and The Club at Bella Collina, LLC (the "Club") (collectively the "plaintiffs"), move to enforce the civil contempt order and temporary injunction order against the defendant, Don K. Juravin, a/k/a Don Adi Juravin (the "defendant" or "Juravin"), and in support state as follows.

## INTRODUCTION

      Juravin continues to ignore this Court's authority and needs to be held accountable for his defiant actions. Juravin has maintained and/or created online content in violation of both the February 28, 2018 Temporary Injunction Order (the "Injunction Order") and the May 17, 2018 Order Holding Juravin in Civil Contempt (the "Contempt Order"). The plaintiffs, since the beginning of this lawsuit, simply want Juravin to comply with law, this Court's instruction, and to stop damaging the plaintiffs and their businesses. Juravin, however, refuses to comply with the Injunction Order and refuses to remit payment to the plaintiffs in accordance with the Contempt

1

Order. Thus, the plaintiffs respectfully request the Court to enforce its previously entered orders and for any other relief the Court deems appropriate.

## ARGUMENT

### a.  Content in Violation of the Contempt Order and Injunction Order

On February 28, 2018, the Court entered the Injunction Order against Juravin. A true and correct copy of the Injunction Order is attached as Exhibit "A." Paragraph 9 of the Injunction Order states in part:

> Therefore, Juravin, Juravin's officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this injunction are **ENJOINED** from maintaining or creating any content online, including but not limited to social media postings, that tag, electronically link, or associate the plaintiffs or "Bella Collina" with current or prospective customers, or include the terms "Mafia" or "Bullying' to describe the plaintiffs' business relationships.

After Juravin's repeated failure to comply with the Injunction Order, the Court entered an order holding Juravin in Civil Contempt. A true and correct copy of the Contempt Order is attached as Exhibit "B." The Contempt Order states in part:

> 4.      As a result of Juravin's actions and/or omissions, Juravin is in Civil Contempt of this Court.
>
> 5.      Juravin shall come into compliance with the Injunction Order on or before May 10, 2018 at 5:00 pm including, but not limited to, removing all content identified by the plaintiffs in Composite Exhibit "C" to the plaintiffs' Motion for Civil Contempt.
>
> 6.      Failure to comply with paragraph 5 above shall result in a $500.00 per day monetary sanction (the "Monetary Sanction") against Juravin, payable to the plaintiffs, for Juravin's failure to comply with this Court's Injunction Order. The Monetary Sanction shall end once Juravin fully complies with the Injunction Order.
>
> 7.      The plaintiffs are entitled to an award of their attorney fees and costs related to the plaintiffs' Motion for Civil Contempt and the hearing on the plaintiffs' Motion for Civil Contempt. The Court reserves jurisdiction as to the amount of attorney fees and costs awarded.

2

Unfortunately, Juravin failed and continues to fail to comply with the Contempt Order and Injunction Order.

Paragraph 5 of the Contempt Order is clear that Juravin must come into compliance with the Injunction Order, which includes but is not limited to, removing violating content identified in Composite Exhibit "C" to the plaintiffs' Motion for Civil Contempt. A true and correct copy of Composite Exhibit "C" to the plaintiffs' Motion for Civil Contempt is attached to this motion as Composite Exhibit "C."

As of May 14, 2018 at 5:00 pm, Juravin still maintained online content in violation of the Injunction Order. Verified screen captures of the infringing content are attached as Composite Exhibit "D." Composite Exhibit "D" shows the "Bella Collina Reviews" Facebook page as of May 14, 2018. More specifically, pages 52 and 59 show social media postings by Juravin that tag, electronically link, and/or associate the plaintiffs or "Bella Collina" with current or prospective customers—actions and content strictly prohibited by the Injunction Order. Also included in Composite Exhibit "D," are screen captures of Juravin's Google + webpage which includes a post associating Bella Collina with the mafia in violation of the Injunction and Contempt Orders. Thus, as of May 14, 2018 and pursuant to paragraph 6 of the Contempt Order, Juravin owes the plaintiffs $2,500.00 for Juravin's failure to comply with the Contempt Order and Injunction Order.

In addition to Composite Exhibit "D," Juravin has created and/or maintained other online content in violation of the Injunction Order and Contempt Order. To date, Juravin created and/or maintained online content in violation of the Injunction Order on 7 different websites, verified

screen captures of which are attached as Composite Exhibit "E."[1] The websites of Composite Exhibit "E" contain content that associate the plaintiffs or Bella Collina with the mafia and/or bullying in direct contravention of the Injunction and Contempt Orders. Regardless of ownership or access, Juravin cannot create online content or press releases in violation of the Injunction Order, distribute such to third parties, and then claim no responsibility for taking said content down or at least attempting to do so. The act of "creating" online content that violates the Injunction Order is the focus of the analysis and cannot be ignored by Juravin or the Court. Thus, pursuant to paragraph 6, Juravin owes at least $32,000.00 in monetary sanctions ("Sanctions") to the plaintiffs as a result of Juravin's failure to comply with the Injunction Order and paragraph 5 of the Contempt Order.

### b.  <u>The Plaintiffs are Entitled to Their Attorney Fees and Costs</u>

At the conclusion of the hearing on the plaintiffs' Motion for Civil Contempt, the Court granted the plaintiffs' entitlement to their attorney fees and costs. More specifically, paragraph 7 of the Contempt Order states, "[t]he plaintiffs are entitled to an award of their attorney fees and costs related to the plaintiffs' Motion for Civil Contempt and the hearing on the plaintiffs' Motion for Civil Contempt. The Court reserves jurisdiction as to the amount of attorney fees and costs awarded." On May 29, 2018, the plaintiffs sent a summary of attorney fees and costs they were seeking to Juravin in accordance with the Contempt Order. True and correct copies of the corresponding time entries and costs are attached as Composite Exhibit "F."

---

[1]  The domain names for the 6 websites are: (1) https://www.scoop.it/t/bariatric-surgery-by-geoff-lord/p/4094695396/2018/02/26/don-karl-juravin-fights-bella-collina-gag-order-and-wins; (2) https://icaremedicare.co.uk/bariatrics/don-karl-juravin-fights-bella-collina-gag-order-and-wins.html; (3) https://www.pinterest.com/paromsarkar123/ranjana/?sender=455004506011208328&invite_code=f5456838a28f46b0b4414950c0e1dfb0; (4) http://flcountry.com/don-karl-juravin-fights-bella-collina-gag-order-and-wins/; (5) https://www.acq5.com/post/don-karl-juravin-fights-bella-collina-gag-order-and-wins/; (6) https://www.pinterest.com/pin/760475087051906717/feedback/?invite_code=85ee69e4594f4e9599fab26cddcc2777&sender_id=455004506011208328; (7) https://www.google.com/search?q=Bella+Collina+Real+Estate&ie=utf-8&oe=utf-8&client=firefox-b-1-ab#lrd=0x88e785678b9a6a6d:0x3f651c806f813bf,1.

The total amount sought by the plaintiffs is $6,886.82. In response, Juravin objected to roughly half of the amount sought by the plaintiffs. Put simply, the time entries and costs attached as Composite Exhibit "F" are reasonable and the plaintiffs are entitled to said amount pursuant to the Contempt Order.

**c.**   **Juravin Has the Present Ability to Pay the Sanctions and Attorney Fees & Costs**

Before a court can enforce an order of contempt, it must first determine, by competent substantial evidence, that the contemnor has the present ability to pay from some available asset. *Whitby v. Infinity Radio, Inc.*, 961 So. 2d 349, 354 (Fla. 4th DCA 2007); *Buchanan v. Buchanan,* 932 So. 2d 270 (Fla. 2d DCA 2005); *Politz v. Booth,* 910 So. 2d 397, 398 (Fla. 4th DCA 2005). For a coercive fine, the court "must consider the offending party's financial resources and the seriousness of the burden on that particular party." *Johnson v. Bednar*, 573 So. 2d 822, 824 (Fla. 1991) (citing *United States v. United Mine Workers,* 330 U.S. 258, 304 (1947)). All sums from whatever source available to the contemnor-obligor must be considered by the court to determine their ability to pay the purge amount. *Sibley v. Sibley,* 833 So. 2d 847, 849 (Fla. 3d DCA 2002). "A court is required to consider all assets and property interests of the obligor, including cash as well as real property and business interests." *Koll v. Koll,* 812 So. 2d 529, 533 (Fla. 4th DCA 2002).

Juravin has the present ability to pay the Sanctions, attorney fees and costs, and any reasonable purge provision if a writ of bodily possession is issued. Juravin represents himself as a successful business owner of the "Gastric Bypass Alternative" process. Juravin lives in the luxurious Bella Collina community in a house worth millions of dollars. In a related lawsuit filed against Juravin by the Federal Trade Commission ("FTC"), it was revealed that Juravin has attempted to fraudulently transfer hundreds of thousands of dollars to separate accounts and sell

at least three cars, one of which being a Mercedes. True and correct copies of excerpts from the related federal FTC lawsuit and information related to Juravin's ability to pay sanctions are attached as Composite Exhibit "G." In short, Juravin has the ability to pay the Sanctions, attorney fees, and costs as a result of his reckless actions.

Wherefore, the plaintiffs, DCS Real Estate Investments, LLC, and The Club at Bella Collina, LLC, request the Court order (i) Juravin to pay the applicable Sanctions amount to the plaintiffs no later than 10 days from the date of the Order; (ii) Juravin to pay the attorney fees and costs, including those related to this motion, to the plaintiffs no later than 10 days from the date of the Order, (iii) Juravin to fully comply with the Injunction Order, Contempt Order, and this Court's directive, failure of which shall subject Juravin to a writ of bodily possession, and (iv) for such other relief as the Court deems appropriate.

*/s/ William C. Matthews*
MICHAEL D. CROSBIE, ESQ.
Florida Bar No. 72575
mcrosbie@shutts.com
WILLIAM C. MATTHEWS, ESQ.
Florida Bar No. 0112079
wmatthews@shutts.com
NICOLE L. BALLANTE, ESQ.
Florida Bar No. 0125356
nballante@shutts.com
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:  (407) 835-6796
Fax:  (407) 849-7275
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on July 11, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the Florida e-Portal system which will send a notice of electronic filing to all counsel of record.

/s/ William C. Matthews
William C. Matthews, Esq.

ORLDOCS 16213773 1 45937.0004

Filing # 68617539 E-Filed 02/28/2018 04:57:14 PM

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA**

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company, THE CLUB
AT BELLA COLLINA, LLC, a Florida limited
liability company,

       Plaintiffs,

vs.                        CASE NO.: 2017-CA-0667

DON K. JURAVIN, a/k/a
DON ADI JURAVIN, an individual,

       Defendant.

_____/

## TEMPORARY INJUNCTION

      Before the Court is the plaintiffs', DCS Real Estate Investments, LLC ("DCS") and The

Club at Bella Collina, LLC (the "Club") (together, the "plaintiffs"), Emergency Motion for

Temporary Injunction against the defendant, "Don K. Juravin, a/k/a Don Adi Juravin" (the

"defendant" or "Juravin"). Having reviewed the applicable filings, heard arguments from

counsel, taken testimony from witnesses and examined the evidence, and being otherwise fully

advised regarding the plaintiffs' Emergency Motion for Temporary Injunction, the Court

**ORDERS:**

      1.    The plaintiffs' Emergency Motion for Temporary Injunction is **GRANTED in**

**part.**

      2.    The plaintiffs' business models are sales based in nature and rely on, among other

things, reputation, referrals, and business relationships with third parties. The plaintiffs'

businesses are marketed online through various social media platforms including, but not limited

to, Facebook, Instagram, and Twitter.

1

**Exhibit "A"**

3.     The evidence shows that Juravin, through social media and other online media, intentionally and unjustifiably targeted the plaintiffs and the plaintiffs' business relationships. More specifically, by using the linking functions of Facebook, hashtags "#", and "@" symbols, Juravin tags and/or links current and prospective business and individuals that do business with the plaintiffs to Juravin's posts. The evidence provided to the Court at this juncture indicates that Juravin's conduct likely constitutes tortious interference with the plaintiffs' existing and prospective business relationships.

4.     The evidence demonstrates that as a result of Juravin's actions, the plaintiffs have established a likelihood of irreparable harm. Even if the plaintiffs prevail on the merits of the case, the plaintiffs have suffered and continue to suffer injuries to their businesses that cannot be adequately compensated. The Court finds that the defendant's conduct, which is directed at the plaintiffs' current and prospective business partners, is damaging in ways that are not easily repaired or calculated.

5.     The plaintiffs have no adequate remedy at law because the damages to the plaintiffs' businesses exist but will prove difficult to calculate. For example, companies or individuals who choose not to do business with, or use the services and facilities of, the plaintiffs, may not be discovered or revealed. Private decisions to avoid associating with Bella Collina are the type of damage for which injunctive relief exists.

6.     Although the plaintiffs may be able to prove some damages, conduct of the type described in the papers and the hearing tend to lead to incalculable damages. Put differently, the harm to the plaintiffs' current and prospective business relationships, as a result of Juravin's actions, are incalculable and thus the full measure of damages are "speculative and

2

unascertainable." *Zimmerman v. D.C.A. at Welleby, Inc.*, 505 So. 2d 1371, 1373 (Fla. 4th DCA 1987). The harm therefore is irreparable and the remedy at law inadequate. *Id.*

7.      The evidence demonstrates that the plaintiffs have a substantial likelihood of success on the merits on their tortious interference cause of action against Juravin. The plaintiffs have demonstrated, for purposes of this order, the existence of current or prospective business relationships, Juravin's knowledge of those relationships, Juravin's intentional and unjustifiable interference with those relationships, and damage to the plaintiffs as a result of Juravin's interference. The plaintiffs' witnesses both testified that Juravin's actions have had a deleterious effect on the plaintiffs' relationships with companies the plaintiffs' do business with or are hoping to do business with—at least those businesses the plaintiffs know of. Additionally, the evidence showed that Juravin was "virtually" entering the business locations (i.e., social media) of the plaintiffs' business partners by way of social media links. This conduct is the virtual equivalent of entering the plaintiffs' business partners' physical places of business.

8.      Furthermore, temporary injunctive relief promotes and protects the public interest because the plaintiffs are entitled to injunctive relief as a result of Juravin's tortious interference. This Court understands and respects the preeminence appropriately given to first amendment rights by the courts. Juravin's actions, however, constitute intentional interference with current and potential business relationships and the rights thus tortiously violated are entitled to protection by equitable intervention in the form of a temporary injunction. *Id.* at 1376; *see Chevaldina v. RKFL Mgmt, Inc.*, 133 So. 3d 1086, 1090 (Fla. 3d DCA 2014) (commenting on how injunctive relief is appropriate in limited situations where defamatory words are made in furtherance of the commission of another intentional tort). There is no injury to the public that outweighs the plaintiffs' right to injunctive relief. Moreover, the Court believes this order is

3

narrowly-tailored to address tortious interference while leaving untouched Juravin's right to communicate to the public at large. The plaintiffs retain the rights to seek damages for conduct they prove to constitute libel or slander, apart from tortious interference.

9.      Therefore, Juravin, Juravin's officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this injunction are **ENJOINED** from maintaining or creating any content online, including but not limited to social media postings, that tag, electronically link, or associate the plaintiffs or "Bella Collina" with current or prospective customers, or include the terms "Mafia" or "Bullying" to describe the plaintiffs' businesses or relationships.

10.     The plaintiffs shall post a bond of $5,000.00 pursuant to Rule 1.610, *Florida Rules of Civil Procedure*, an amount the Court deems adequate to compensate the defendant in the event the injunction is determined to have been wrongfully entered.

**IT IS FURTHER ORDERED AND ADJUDGED** that the above Temporary Injunction shall remain in effect until further order of this Court.

ORDERED in Chambers, at Lake County, Florida, this **28** day of February, 2018.

The Honorable G. Richard Singeltary
Circuit Judge

## CERTIFICATE OF SERVICE

I certify that on **Feb 28**, 2018, a copy of the foregoing was forwarded via electronic service to all counsel of record.

Judicial Assistant / Attorney

SERVICE VIA E-PORTAL

4

Filing # 72364555 E-Filed 05/18/2018 01:47:02 PM

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR LAKE COUNTY, FLORIDA**

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company; and THE
CLUB AT BELLA COLLINA, LLC, a Florida
Limited liability company,

       Plaintiffs,

v.                                      CASE NO.:  2017-CA-0667

DON K. JURAVIN, a/k/a
DON ADI JURAVIN, an individual,

       Defendant.

_____/

### ORDER HOLDING DEFENDANT, DON K. JURAVIN, IN CIVIL CONTEMPT

    **THIS CAUSE** came before the Court on the plaintiffs' Motion for Order to Show Cause

Why Don K. Juravin Should Not Be Held in Contempt and Incorporated Memorandum of Law

("The plaintiffs' Motion for Civil Contempt"), filed on March 20, 2018, and the defendant's

Emergency Motion for Clarification, for an Order to Show Cause Why Plaintiffs and Their

Attorneys Should Not Be Held in Contempt, and for Sanctions, filed on March 16, 2018, and the

Court having been fully advised, it is hereby:

**ORDERED AND ADJUDGED:**

    1.    The plaintiffs' Motion for Civil Contempt is GRANTED.

    2.    The defendant's Emergency Motion for Clarification, for an Order to Show Cause

Why Plaintiffs and Their Attorneys Should Not Be Held in Contempt, and for Sanctions is

DENIED without prejudice.

**Exhibit "B"**
1

3.    The defendant, Don K. Juravin a/k/a Don Adi Juravin ("Juravin") is in violation of the Temporary Injunction Order ("Injunction Order"), entered by this Court on February 28, 2018.

4.    As a result of Juravin's actions and/or omissions, Juravin is in Civil Contempt of this Court.

5.    Juravin shall come into compliance with the Injunction Order on or before May 10, 2018 at 5:00 pm including, but not limited to, removing all content identified by the plaintiffs in Composite Exhibit "C" to the plaintiffs' Motion for Civil Contempt.

6.    Failure to comply with paragraph 5 above shall result in a $500.00 per day monetary sanction (the "Monetary Sanction") against Juravin, payable to the plaintiffs, for Juravin's failure to comply with this Court's Injunction Order. The Monetary Sanction shall end once Juravin fully complies with the Injunction Order.

7.    The plaintiffs are entitled to an award of their attorney fees and costs related to The plaintiffs' Motion for Civil Contempt and the hearing on The plaintiffs' Motion for Civil Contempt. The Court reserves jurisdiction as to the amount of attorney fees and costs awarded.

8.    For clarity, the Injunction Order does not enjoin all of Juravin's online content that is critical of the plaintiffs or "Bella Collina." Rather, the following actions, posts, and activity are the only items enjoined by the Court in the Injunction Order:

> Therefore, Juravin, Juravin's officers, agents, servants, employees, and attorneys and those persons in active concert or participation with them who receive actual notice of this injunction are **ENJOINED** from maintaining or creating any content online, including but not limited to social media postings, that tag, electronically link, or associate the plaintiffs or "Bella Collina" with current or prospective customers, or include the terms "Mafia" or "Bullying" to describe the plaintiffs' businesses or relationships.

CASE NO.: 2017-CA-0667

**DONE AND ORDERED** in Lake County, Florida on this _17_ day of _May_ , 2018.

The Honorable G. Richard Singeltary
CIRCUIT JUDGE

Copies furnished to counsel of record via the e-portal.

ORLDOCS 16129198 2

CASE NO.:  2017-CA-0667

3



| | |
|---|---|
| Document title: | Tweets by Don Karl Juravin (@DonJuravin) – Twitter |
| Capture URL: | https://mobile.twitter.com/donjuravin?lang=en |
| Captured site IP: | 199.16.156.43 |
| Page loaded at (UTC): | Mon, 19 Mar 2018 18:17:07 GMT |
| Capture timestamp (UTC): | Mon, 19 Mar 2018 18:18:10 GMT |
| Capture tool: | v5.4.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Capture ID: | b50409b6-8ffd-4664-9389-668e162b8892 |
| User: | sb-mwilson |

PDF REFERENCE #:     jYeJyLHQWJcHFtZHn7VHsM

Composite Exhibit "C"

← **Don Karl Juravin**

# Don Karl Juravin



Inventor of the Gastric Bypass NO Surgery

**Gastric Bypass ALTERNATIVE** ®

 ( Follow )

**Don Karl Juravin**
@DonJuravin

#1 weight reduction expert in America for the obese 50 to 300 lbs of FAT. Inventor of the #GastricBypassALTERNATIVE #TheDON has helped 80,000 people in 8 years

⊙ Florida, USA   🔗 Juravin.com

**33** Following   **111,767** Followers

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

 **Don Karl Juravin** @DonJuravin · Mar 9                    ⌄
Everything is possible FB.com/groups/LOST100



GIF

♡    ⟲    ♡    ⬆

 **Don Karl Juravin** @DonJuravin · Mar 9                    ⌄
I view women to be smarter than men and stronger in most aspects of life (excluding lifting and some math).

Any special recognition that looks like "sympathy" for the weaker sex is not acceptable for me.

 Don Karl Juravin about Women's Day & Gal Gadot
www.youtube.com

♡    ⟲    ♡    ⬆



← **Don Karl Juravin**

Don Karl Juravin about Women's Day & Gal Gadot
www.youtube.com

**Don Karl Juravin** @DonJuravin · Mar 6
Chickens... how farmers are treated... not the chickens

Chickens: Last Week Tonight with John Oliver (HBO)
www.youtube.com

**Don Karl Juravin** @DonJuravin · Mar 5
To be successful you have to be delusional

Don Karl Juravin about the Israel global success - the Jewish
secret
www.youtube.com

## Who to follow

**-180 lbs NO Surgery**
@lost180
( Follow )

**Jeffery D. Chandler**
@solvemycrisis
( Follow )

**Beauty Hacks**
@beautypixs
( Follow )

Show more

**Don Karl Juravin** @DonJuravin · Mar 2
Praying in Jerusalem for the Gastric Bypass ALTERNATIVE 40,000 team
members and my other 500,000 followers.
May you achieve a healthy weight in any way.

Don Karl Juravin in Jerusalem praying for the Gastric Bypass
ALTERNATIVE group members - YouTube
youtube.com

← **Don Karl Juravin**

ALTERNATIVE group members - YouTube
youtube.com

♡    ⇄    ♡    ⬆

**Don Karl Juravin** @DonJuravin · Feb 26
Reminder of who @FedEx is and how much they don't care
youtu.be/IM3SRG7D21Y spread the word

♡    ⇄    ♡    ⬆

⇄ Don Karl Juravin Retweeted
**David Hogg** ✔ @davidhogg111 · Feb 24
Wait does @FedEx still support the NRA? Lets get this done tonight
#nraboycott @fedex

♡ 897    ⇄ 5.5K    ♡ 14.7K    ⬆

**Don Karl Juravin** @DonJuravin · Feb 19
This number is more accurate than BMI to indicate obesity
knowridge.com/2018/02/this-n... #SmartNews

This number is more accurate than BMI to indicate obesity
knowridge.com

♡    ⇄    ♡    ⬆

**Don Karl Juravin** @DonJuravin · Feb 11
Don Karl Juravin's invention #GastricBypassALTERNATIVE is a STRONG #1 (up
from #4) in the world on Google and up +2,550% in searches. It's The
#GastricBypassALTERNATIVE is Cheaper, safer & better than ANY
#WeightLossSurgery #GastricSleeve #GastricBypass or #BariatricSurgery

♡    ⇄    ♡    ⬆

**Don Karl Juravin** @DonJuravin · Feb 11

Don Karl Juravin Fights Bella Collina Gag Order and Wins
einnews.com

♡    ⇄    ♡    ⬆

**Don Karl Juravin** @DonJuravin · Feb 11
Don Karl Juravin Fights #BellaCollina Gag Order and Wins

Juravin and his family became the victims of "mafia tactics" carried by Bella
Collina and #RandallGreene who don't want world to know about it
@NickFaldoGolf @Marriott @WaltDisneyCo

Convicted Felon



| | |
|---|---|
| Document title: | Tweets by Don Karl Juravin (@DonJuravin) – Twitter |
| Capture URL: | https://mobile.twitter.com/donjuravin?lang=en |
| Captured site IP: | 199.16.156.43 |
| Page loaded at (UTC): | Mon, 19 Mar 2018 18:17:07 GMT |
| Capture timestamp (UTC): | Mon, 19 Mar 2018 18:18:32 GMT |
| Capture tool: | v5.4.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 2 |
| Capture ID: | 73c6663c-fc29-49c5-b726-98127a037868 |
| User: | sb-mwilson |

PDF REFERENCE #:          hCmryYZJFcscHSpUcoUJuj

← **Don Karl Juravin**

 **Donald J. Trump** ✔ @realDonaldTrump · Dec 19
Congratulations to Paul Ryan, Kevin McCarthy, Kevin Brady, Steve Scalise,
Cathy McMorris Rodgers and all great House Republicans who voted in favor
of cutting your taxes!

💬 29.2K      ⟲ 24.4K      ♡ 127K

 **Don Karl Juravin** @DonJuravin · Nov 29
** Let's stop the bullies **

My legal team filed SLAPP motion #BellaCollina (#DwightSchar #RickArrighi
#RandallGreene #PaulSimonson) which feels like "Mafia" tactics to scare its
residents. NOT the place you want to live in.

bella-collina.reviews/courts-lawsuit...

Facebook.com/Bella.collina....

**STOP Bella Collina bullying
its residents**



**Bella Collina Florida
has been accused of
fraud, racketeering,
embezzlement,
mafia tactics**

# ST🖐P
# BULLYING

Search: Rick Arrighi **(Convicted felon),** Dwight Schar **(the boss),**
Randall Greene **(accused of real-estate fraud)**

💬      ⟲ 501      ♡ 88

 **Don Karl Juravin** @DonJuravin · Nov 25
Our President is ego maniac

**TIME** ✔ @TIME
The President is incorrect about how we choose Person of the Year. TIME
does not comment on our choice until publication, which is December 6.





| | |
|---|---|
| Document title: | Tweets by Bella Collina REVIEW (@BellaCollina_FL) – Twitter |
| Capture URL: | https://mobile.twitter.com/bellacollina_fl |
| Captured site IP: | 199.16.156.43 |
| Page loaded at (UTC): | Mon, 19 Mar 2018 18:15:55 GMT |
| Capture timestamp (UTC): | Mon, 19 Mar 2018 18:16:57 GMT |
| Capture tool: | v5.4.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 13 |
| Capture ID: | 2faa33db-e2a9-4075-bd85-ca36023c9945 |
| User: | sb-mwilson |

PDF REFERENCE #:      7obvR87fG175eUMtoo8nFk

← Bella Collina REVIEW

## Real Bella Collina REVIEWS

How dangerous are Richard Arrighi, Randall F. Green & Dwight Schar?
400-500 lawsuits! **JINEX WITH BAD LUCK?**
SCAM + Racketeering + FRAUD



⚙ ( Follow )

### Bella Collina REVIEW
@BellaCollina_FL

Why is #BellaCollina JINXED with BAD LUCK? Why ~EVERYONE is losing money?
#FRAUD? #SCAM? Who are #RandallGreene & #RickArrighi? Learn from my experience

⊙ Montverde, FL   🔗 Bella-Collina.REVIEWS

**82** Following   **24,779** Followers

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

Bella Collina REVIEW @BellaCollina_FL · Feb 25
Bella Collina houses become cheap rentals at a possible loss to home owners
bellacollinareviews.wordpress.com/2018/02/25/bel... via @wordpressdotcom



Bella Collina houses become cheap rentals at a possible loss to
home owners
bellacollinareviews.wordpress.com

♡ 2

Bella Collina REVIEW @BellaCollina_FL · Feb 11
Don Karl Juravin Fights #BellaCollina Gag Order and Wins
Juravin and his family became the victims of "mafia tactics" carried by Bella
Collina and #RandallGreene who don't want world to know about it
@NickFaldoGolf @Marriott @WaltDisneyCo

einnews.com/pr_news/431243...



know the REAL FACTS

← **Bella Collina REVIEW**

einnews.com/pr_news/451243...



↺1    ♡ 1    ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Dec 29

$5,000 waterfront lot value and $213 sf can't sell for many years in Bella Collina. I'm no real estate expert... read more: bella-collina.reviews/homes-lots/500... and facebook.com/Bella.collina.... and decide for yourself why the prices are so low in this ghost town 45 min from Orlando.

| Date | Event | Price | | Price History | Tax History | |
|---|---|---|---|---|---|---|
| 02/16/16 | Listed for sale | $2,250,000 | | | | |
| 10/07/15 | Listing removed | $1,995,000 | | DATE | EVENT | PRICE |
| 04/17/15 | Listed for sale | $1,995,000 | | 12/28/17 | Listing removed | $1,575,000 |
| 01/25/12 | Listing removed | $1,760,000 | | 12/26/17 | Listed for sale | $1,575,000  -50.0% |
| 05/27/11 | Price change | $1,760,000 | | 04/30/16 | Listing removed | $2,250,000 |
| 27/10 | Sold | $1,150,000 | | | | |
| 04/10 | Listing removed | $1,725,000 | | **15011 Pendio Dr,** | | |
| 25/10 | Listed for sale | $1,725,000 | | **Montverde, FL 34756** | | |
| 20/06 | Sold | $1,800,000 | | 5 beds · 5.5 baths · 7,392 sqft | | |

💬    ↺ 87    ♡ 79    ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Dec 19

15 years od bad communications in Bella Collina ghost town and only 5-7% of the lots are really occupied with real families calling #BellaCollina "home". Only 1 internet provider is willing to service this ghost town... 45 min far > Orlando

@DonJuravin

bella-collina.reviews/homes-lots/com...





Document title: Tweets by Bella Collina REVIEW (@BellaCollina_FL) – Twitter
Capture URL: https://mobile.twitter.com/bellacollina_fl
Capture timestamp (UTC): Mon, 19 Mar 2018 18:16:57 GMT

← **Bella Collina REVIEW**



Montverde, Florida

**15 years and
only 5% occupancy of
real families calling it
"home"**

**90-95% are deserted lots
or unoccupied homes**

**Constant internet issues
and no cellular at home**

Don Karl Juravin

♡ 4          ⟲ 133          ♡ 108          ⬆

**Who to follow**

 **Dustin Hollenbeck**
@runneriv33                                   ( Follow )

Show more



**Bella Collina REVIEW** @BellaCollina_FL · Dec 12
@HomesByDana          ⌄
♡ 1          ⟲          ♡          ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 12
@HomesByDana          ⌄
♡          ⟲          ♡          ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 6
Dwight Schar and Ex-Felon Richard Arrighi at Bella Collina. #DwightSchar
@Redskins @NFL franchise. Richard Arrighi is a convicted felon and
orchestrated one of the biggest public thefts in Massachusetts history.          ⌄

Bella-Collina.REVIEWS
facebook.com/Bella.collina....





← **Bella Collina REVIEW**



🗨 1       ⟲ 1.2K       ♡ 21       📤

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
@PaulBrinkmann
🗨 1       ⟲       ♡       📤

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
@PaulBrinkmann
🗨       ⟲       ♡       📤

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
@PaulBrinkmann
🗨       ⟲       ♡       📤

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
@PaulBrinkmann
🗨       ⟲       ♡       📤

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
@PaulBrinkmann
🗨       ⟲       ♡ 1       📤

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
Only suckers would want to live in a ghost town like #BellaCollinawhere the
residents are being scared and extorted. That's how it feels living in
#BellaCollina and that's one of the reasons it has 5-7% real occupancy in 15
years.

← Bella Collina REVIEW



Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1

**Bella Collina REVIEW** @BellaCollina_FL.
This letter is exactly what you would expect from the MAFIA and it was done by #RandallGreene the POA president of #BellaCollina or his associate the convicted felon Rick Arrighi.

Show this thread

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Dec 1
This letter is exactly what you would expect from the MAFIA and it was done by #RandallGreene the POA president of #BellaCollina or his associate the convicted felon Rick Arrighi.

Would want to get a #wedding in the #BellaCollinaClub that is associated with is behavior. JINXED.



← **Bella Collina REVIEW**

## What kind of developer/POA will humiliate its residents like this?!

*This couple was probably threatened MAFIA STYLE*

Paul Simonson
DCS Real Estate Investment, LLC
C/O The Club at Bella Collina
16155 Vetta Drive
Bella Collina, Florida 34756

Bella Collina Golf and 4 others

Show this thread

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 25
How badly are lot or home owners lose money in #BellaCollina?
Total cost of lot: $548,000 (potentially $600,000)
Sold lately (2015): $22,000
*Total LOSS: $526,000

It feels like #BellaCollina continues being JINXED with BAD LUCK
*facebook.com/Bella.collina....
Bella-Collina.REVIEWS



| | $/SQFT | SOURCE |
|---|---|---|
| | .1% | -- | Public Record |
| | | -- | Public Record |

ella Collina FL

💬 10    🔁 1.2K    ♡ 1    ⬆

Show this thread

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 23
STOP the #BellaCollina bullies against its residents. A SLAPP was filled today.
#RickArrighi (convicted felon) #DwightSchar (the "boss") #RandalGreene
(accused of real-estate fraud) @poshableevents @LeslieAnneWade
@The_Pocket_PA @RevJacGrimes @duPontHOMES bella-
collina.reviews/courts-lawsuit...

STOP Bella Collina bullying
its residents

Bella Collina Florida
has been accused of



← **Bella Collina REVIEW**



**its residents**

**Bella Collina Florida has been accused of fraud, racketeering, embezzlement, mafia tactics**

# ST🖐P BULLYING

Search: Rick Arrighi **(Convicted felon)**, Dwight Schar **(the boss)**, Randall Greene **(accused of real-estate fraud)**

Bella Collina Events and 2 others

♡ 6    ↻ 27    ♡ 20

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 23
Bella Collina property owners, in lawsuit, allege racketeering

 Bella Collina property owners, in lawsuit, allege racketeering
orlandosentinel.com

💬 1    ↻ 25    ♡ 44    ↥

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 11
#DwightSchar, #RandallGreene, #RickArrighi in alleged RACKETEERING in #BellaCollina real estate agents that don't tell their clients are taking a big RISK

#wedding in Bella Collina? Read it. Feel it's JINEX with history of BAD LUCK?

orlandosentinel.com/business/brink...



**Orlando Sentinel**

# Bella Collina property owners, in lawsuit, allege racketeering



💬 2    ↻ 190    ♡ 34    ↥

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 10
REAL life in #BellaCollina today (not the one they sell you). Looks UGLY, NO #luxury at all NO rules here. Cars parked on the grass, in the entrance, on the pavement.. always be like this in Bella Collina because the POA is controlled by #DCSdevelopment the residents have NO SAY





← **Bella Collina REVIEW**

 REAL life in #BellaCollina today (not the one they sell you). LOOKS UGLY, NO #luxury at all NO rules here. Cars parked on the grass, in the entrance, on the pavement.. always be like this in Bella Collina because the POA is controlled by #DCSdevelopment the residents have NO SAY



Bella Collina Golf and 3 others

💬          ⬇ 116          ♡ 55          ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 9
Does NOT feel safe in Bella Collina Florida: "Shameless" #RichardArrighi, known associate of #RandallGreene, convicted of embezzlement. Both are involved in managing #BellaCollina, #DCSmanagement #BellaCollinaClub or #BellaCollinaEvents facebook.com/Bella.collina....



JARIES    BUY & SELL    CUSTOME 

-year term

💬 3          ⬇ 321          ♡          ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 7
I live in the REAL #BellaCollina UGLY - cars always parked everywhere, toilets and trash and BAD management Bella-Collina.REVIEWS

  

Document title: Tweets by Bella Collina REVIEW (@BellaCollina_FL) – Twitter
Capture URL: https://mobile.twitter.com/bellacollina_fl
Capture timestamp (UTC): Mon, 19 Mar 2018 18:16:57 GMT

← **Bella Collina REVIEW**



💬    ↻ 132    ♡    ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 6
Can you trust #BellaCOllina POA president Randall F. Greene accused of #FRAUDULENT #RealEstate act? Christina Greene in #RandallGreene

> 40. All of the Defendants acted with intent creditors of Alfresco, through the transfers
>
> 41. The transfer of the Pendio Property from violation of Fla. Stat. § 726.105.
>
> 42. The transfer of the Pendio Property from D is a fraudulent transfer in violation of Fla.

Bella Collina Golf and BellaCollinaClub

💬 2    ↻ 52    ♡ 1    ⬆

Show this thread

 **Bella Collina REVIEW** @BellaCollina_FL · Nov 6
Pond Siena in #BellaCollina getting crowded w no-privacy houses and alligators that can reach the shared backyards, pools, and houses





💬    ↻ 203    ♡    ⬆

← **Bella Collina REVIEW**

**Bella Collina REVIEW** @BellaCollina_FL · Nov 6
@Diaz777William @duPontHOMES @A_RoseDesigns @iCMPB @kjer26
@ShaniquaArts @Inspire_Wedding @HeartGalleryCFL @poshableevents
@RegalLuxury

♡         ♺         ♡         ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Nov 6           ⌄
@susanstripling @marknessmith @THENICKBRADLEY @SeltzerFilms
@GOLFRealtyBUZZ @Kevinhaime @orlandoharpist @weddingbridess
@ericandjessnews

♡         ♺         ♡         ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Nov 6           ⌄
@LemusCinema @BelgianGolfer @MiguelVeega @theDJDoctor
@TAXIiNORLANDOFL

♡         ♺         ♡         ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Nov 6           ⌄
@123cashnow @KarenArlick @RealEstate_100 @CrosbyAssocs @farrellrealty1
@BrianHeafy @NickFaldo006 @hankerso @michaellangeod
@weddingperfectt

♡         ♺         ♡         ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Oct 31           ⌄
facebook.com/Bella.collina....

♡         ♺         ♡         ⬆

Show this thread

**Bella Collina REVIEW** @BellaCollina_FL · Oct 31           ⌄
"Slick Rick" manages #BellaCollina Club #RickArrighi The Crooks, Their Greed,
Their Mistresses & The Crime. Nice...
bostonmagazine.com/2006/05/15/the...





← **Bella Collina REVIEW**



# The Crooks, Their Greed, Their Mistresses & The Crime

💬 4    🔁 3.9K    ♡ 1.1K    ⬆

Show this thread

 **Bella Collina REVIEW** @BellaCollina_FL · Oct 31    ∨
Who are the "builders" in #BellaCollina?
What's their background?
Can you REALLY know who they are?
Years of toilets on the streets?
Soon



💬 1    🔁 313    ♡    ⬆

Show this thread

 **Bella Collina REVIEW** @BellaCollina_FL · Oct 28    ∨
#BellaCollina is still ~ghost town #JINEX w #BadLuck after 15 years maybe 5-7% occupied w real families SCAM? Fraud?

 Bella Collina Reviewed & Exposed by Fraud Ranger
www.youtube.com

💬 1    🔁 973    ♡ 63    ⬆

 **Bella Collina REVIEW** @BellaCollina_FL · Oct 26    ∨
We thank @FraudRanger for EXPOSING SCAMS and we welcome followers of @DonJuravin in our expedition EXPOSING @BellaCollina_RE @BellaCollina



**Exposing SCAMS !** @FraudRanger

← **Bella Collina REVIEW**

www.youtube.com

♡ 1    ⇄ 973    ♡ 63    ⬆

**Bella Collina REVIEW** @BellaCollina_FL · Oct 26
We thank @FraudRanger for EXPOSING SCAMS and we welcome followers of @DonJuravin in our expedition EXPOSING @BellaCollina_RE @BellaCollina    ⌄



**Exposing SCAMS !** @FraudRanger
Follow & share @BellaCollina_FL in EXPOSING Randall F. Green (accused of RACKETEERING), Richard Arrighi (convicted felon) with Dwight Schar

**Convicted Felon**
# FRAUD
**managing**

♡    ⇄ 766    ♡ 183    ⬆

**Bella Collina REVIEW** @BellaCollina_FL · Oct 23
facebook.com/Bella.collina....



♡ 1    ⇄ 1.6K    ♡ 366    ⬆





| | |
|---|---|
| Document title: | Bella Collina Reviews - Home |
| Capture URL: | https://www.facebook.com/Bella.collina.reviews/?rc=p |
| Captured site IP: | 31.13.69.228 |
| Page loaded at (UTC): | Mon, 19 Mar 2018 18:05:50 GMT |
| Capture timestamp (UTC): | Mon, 19 Mar 2018 18:13:16 GMT |
| Capture tool: | v5.4.5 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 46 |
| Capture ID: | 3617c1dd-b140-452a-b52e-521ba0dc5d56 |
| User: | sb-mwilson |

PDF REFERENCE #:        cPeDLqDyzWE1yyWQAaERTT

f | Bella Collina Reviews | 🔍     🍁 Pepe   Home   Find Friends

# Convicted Felon
# F R A U D

**Bella Collina**
**REVIEWS**



## Bella Collina Reviews
@Bella.collina.reviews

**Home**

About

Photos

Community

Posts

👍 Like    🔖 Follow    🏴 Save   ⋯       [ Learn More ]   [ ✉ Send Message ]

✏ Status   📷 Photo/Video               🌐 ▾    **Community in Montverde, Florida**

👤   Write something on this Page...

### Community             See All

👍   10,437 people like this

📶   10,530 people follow this

**Photos**

### About             See All

🕐   Typically replies within a day
     Send Message

🌐   Bella-Collina REVIEWS

▭   Community · Cause · Real Estate

ⓘ   Impressum

✏   Suggest Edits

**Team Members**

👤   Don Juravin

**Pages liked by this Page**



🏠   Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch     [ + ]

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018

**ce / Tax History**

History   Tax History

| | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| /18 | Listed for sale | $600,000 | $187 | TARA MOORE REA... |
| /14 | Sold | $403,000 | $126 | Public Record |

**Vinci Way**     $8,000

See All

**Posts**

 **Bella Collina Reviews** added 2 new photos.
February 26 at 3:19pm · Montverde, FL · 🌐

JINXED and BAD LUCK is continuing for already 15 years

Chat (Off)    ⚙ ✏ ⛶



f | Bella Collina Reviews [🔍] | Pepe  Home  Find Friends | ⚙ ⚙ ?

👍 Like   ✔ Follow   💾 Save

Learn More    🗨 Send Message

**Bella Collina Reviews** added 2 new photos.
February 26 at 3:19pm · Montverde, FL · 🌐

JINXED and BAD LUCK is continuing for already 15 years

"Street of dreams" in Bella Collina goes again to foreclosure and sets the price of $135 to $150 per sf in Bella Collina.

Don Karl Juravin
Reporting from Bella Collina



### 16639 Arezo Ct, Montverde, FL 34756

⊙ FORECLOSURE
**$1,599,900**
Foreclosure Estimate $1,503,625

5 beds · 9 baths · 10,617 sqft          EST. MORTGAGE

| 02/16/18 | Price change | $1,599,900 | -5.9% | $150 |
| 12/18/17 | Price change | $1,699,900 | -5.6% | $160 |
| 10/31/17 | Price change | $1,799,900 | -12.7% | $169 |
| 07/26/17 | Listed for sale | $2,062,500 | -64.9% | $194 |
| 12/31/15 | Sold | $5,870,100 | +4.4% | $552 |

👍 Like        💬 Comment        ↪ Share

⊙ 36

 Write a comment...
Press Enter to post        😊 📷 🖼 🎁

**Bella Collina Reviews** added 2 new photos.
March 14 at 11:16am · 🌐

While prices are going DOWN in Bella Collina, a comparable house in the same zip code 34756 is going UP

Bella Collina seems to be JINXED with BAD LUCK for 15 years with only 5-7% of the homes occupied by families that can call it first home.

https://www.zillow.com/.../X1-SS-1.../1_rs/1_fr/103328064_zpld/...



Buying but need to sell first? Get Instant Offers for your home

Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Community in Montverde, Florida

Community                    See All
👥 10,437 people like this
🔊 10,530 people follow this

About                        See All
🕐 Typically replies within a day
   Send Message
📧 Bella-Collina.REVIEWS
🏷 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

Team Members
 Don Juravin

Pages liked by this Page
 Ryan Homes Building ...  👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)                    ⚙ 🗹 🖳



f  Bella Collina Reviews                    🔍          ⚜ Pepe   Home   Find Friends

Like   🔊 Follow   💾 Save   •••

## Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Buying but need to sell first? Get Instant Offers for your home

## Price / Tax History

Price History   Tax History

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|------|-------|-------|--------|--------|
| 03/13/18 | Listed for sale | $600,000  +48.1% | $187 | TARA MOORE REA... |
| 08/07/14 | Sold | $405,000 | $126 | Public Record |

👍 Like          💬 Comment          ↪ Share

See All

Posts

 **Bella Collina Reviews**
March 10 at 1:55am · 🌐

Bella Collina management is desperately trying to sell cheaper small houses next to the noisy wedding venue called "Bella Collina Club".

These prices are inflated to start with as Bella Collina was accused in court in the last 15 years.

Inflated prices mean that the developer makes money but the home buyer would lose when he/she would sell. Bella Collina also desperately giving away club memberships and dues which many in this community don't see a great value to it.

 **Saved Search**

We found 2 results matching your search.


● NEW CONSTRUCTION
**$762,000**
4 bd, 5.0 ba, 3,094 sqft
16328 Vetta Dr, Montverde, FL
Reduced from $835,000


● NEW CONSTRUCTION
**$625,600**
3 bd, 4.0 ba, 2,647 sqft
16324 Vetta Dr, Montverde, FL
Reduced from $689,000

Learn More          💬 Send Message

Community in Montverde, Florida

**Community**                    See All
👍 10,437 people like this
🔊 10,530 people follow this

**About**                    See All
🕐 Typically replies within a day
   Send Message
🏠 Bella-Collina.REVIEWS
💬 Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
 Don Juravin

Pages liked by this Page

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch          +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)



**Bella Collina REVIEWS**

## Bella Collina Reviews

@Bella.collina.reviews

Home

About

Photos

Community

Posts

f Bella Collina Reviews

🔍 Pepe  Home  Find Friends

👍 Like  🔊 Follow  💾 Save  •••

$625,600
3 bd, 4.0 ba, 2,647 sqft
16324 Vetta Dr, Montverde, FL

👍 Like    💬 Comment    ➲ Share

**Bella Collina Reviews** added 2 new photos.
March 9 at 3:21am · Montverde, FL · 👁

A sucker paid one million Dollars and practically and financially lost ALL OF IT. Maybe even more than $1,000,000 when considering tax, dues, fees, cost of money and alternative.

Then another paid a ridiculous $75,000 and is probably stuck with paying fees, dues, and taxes.

I may be wrong so check for yourself: https://www.zillow.com/
.../28.593321,-81.64685,28.5628.../14_zm/





**16328 Pendio Dr, Montverde, FL 34756**

SOLD: $75,000

| DATE | EVENT | PRICE | | $/SQFT | SOURCE | |
|------|-------|-------|---|--------|--------|---|
| 07/05/17 | Sold | $75,000 | -21.0% | -- | Public Record | ⚑ |
| 05/31/17 | Listing removed | $94,900 | | -- | MACERA REALTY ... | |
| 05/24/17 | Price change | $94,900 | -9.5% | -- | Hudson & Marsh... | |
| 04/23/17 | Listed for sale | $104,900 | -89.4% | -- | MACERA REALTY ... | ⚑ |
| | | | | | Public | |

👍 Like    💬 Comment    ➲ Share

**Bella Collina Reviews**
March 9 at 3:16am · 👁

How much a waterfront lot is worth in Bella Collina?

$1,000 according to Zillow's recent sales

https://www.zillow.com/.../28.599443,-81.642495,28.568.../14_zm/



Learn More    🗨 Send Message

Community in Montverde, Florida

**Community**    See All

👥 10,437 people like this

🔊 10,530 people follow this

**About**    See All

🕐 Typically replies within a day
Send Message

🏠 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✎ Suggest Edits

**Team Members**

Don Juravin

**Pages liked by this Page**

Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

Chat (Off)

f  Bella Collina Reviews                    Q            ♦ Pepe   Home   Find Friends



# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

👍 Like    ➕ Follow    💾 Save    •••

Home
About
Photos
Community
Posts

### 15341 Pendio Dr, Montverde, FL 34756
1.15 acres

*Note: This property is not currently for sale or for rent. The description below may be from a previous listing.*

1.1+ Acre Lakefront home-site  Bella Collina is the quintessential private golf club community in which to build your custom home. Situated amongst spring-fed Lake Siena and Lake Apopka in the rare rolling hills of Montverde, this 1,900-acre oasis is unlike any other membership-only community in Florida.Bella Collina a 24-hour Guard gated community, offers breathtaking views from every angle from the rolling hills to the waterfront backyard. Bella Collina offers a Nick Faldo designed
More ∨

SOLD: $1,000

👍 Like    💬 Comment    ➪ Share

 **Bella Collina Reviews**
March 5 at 8:31pm · 🌐

Bella Collina GOLF
Greens and bunkers in horrible shape such a shame nice layout and clubhouse

Andy Cao
Source: https://www.facebook.com/andy.cao.../posts/10214196025203819/0 

 **Andy Cao** reviewed Bella Collina · 🌐
July 16, 2017 · 🌐

## Greens and bunkers in horrible shape such a shame nice layout and clubhouse

👍 Like    💬 Comment    ➪ Share

👍 Like    💬 Comment    ➪ Share

 **Bella Collina Reviews** added 2 new photos.
March 2 at 4.14pm · Montverde, FL · 🌐

Prices continue to drop in Bella Collina and investors continue to lose money. Millions.

In this case, $2.1 million Dollars probably because for 15 year Bella Collina is JINXED with BAD LUCK and more than 500 lawsuits and it's simply not a place to be with your family..... 45 minutes from downtown Orlando.

This Bella Collina home dropped its price by 50% which is a loss of $5 million Dollars.

Don Kari Juravin

---

Learn More        💬 Send Message

Community in Montverde, Florida

**Community**                          See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                              See All

⊙ Typically replies within a day
Send Message

🌐 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✎ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...  👍 Like 

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

Chat (Off)



f  Bella Collina Reviews                    🔍          💬 Pepe   Home  Find Friends

👍 Like   🔗 Follow   💾 Save   ⋯

place to be with your family.... 45 minutes from downtown Orlando.

This Bella Collina home dropped its price by 50% which is a loss of $5 million Dollars.

Don Karl Juravin
Resident

Learn more and see the entire listing: https://www.zillow.com/.. /X1-SS-1...1/1_rs/1_fr/103390013_zpid/...

**Bella Collina Reviews**

@Bella.collina.reviews

Home

About

Photos

Community

Posts

# io Dr,
# L 34756

## ,609 sqft
## Price History

| DATE | EVENT | PRICE |
|------|-------|-------|
| 03/01/18 | Price change | $5,899,999 |
| 09/27/17 | Back on market | $7,999,999 |
| 01/19/17 | Listing removed | $11,000,000 |

👍 Like      💬 Comment      ↪ Share

 27

Write a comment...            😊 📷 📷 😀

Press Enter to post

**Bella Collina Reviews**
February 28 at 9:13am · 🌐

And another price inflation by Dwight Schar and his henchmen Randall Greene Richard Arrighi (a mastermind convicted felon).

Bella Collina has accused in court of such scams already 15 years ago.

In this case, listing a house for sale at double the price of what Zillow estimates the house to be worth. If that is not enough, the builder has to pay some "bribe" of 8% I think to DCS Management or one of the multiple companies that sucks the money out of the community and then, DESPERATELY, club fees in the value of sometimes 10-12% of the house are given for FREE.

Altogether, another 20% of the inflated house price.

That's one of the reasons why Bella Collina lot and homeowners almost ALWAYS have lost money in Bella Collina. Big time loses.

This house is located probably next to the very laud wedding venue called Bella Collina Club and probably stuck next it there is another house with little privacy.

Learn More   💬 Send Message

Community in Montverde, Florida

**Community**                           See All

👥 10,437 people like this

🔔 10,530 people follow this

**About**                               See All

🕐 Typically replies within a day
    Send Message

 Bella-Collina.REVIEWS

📋 Community · Cause · Real Estate

ⓘ Impressum

📝 Suggest Edits

**Team Members**

👤 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch                     +

Privacy · Terms · Advertising · Ad Choices ▷·
Cookies · More ·
Facebook © 2018

Chat (Off)                              ⚙ ✎ ⚏

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

f  Bella Collina Reviews                              🔍        👥 Pepe   Home   Find Friends

# Bella Collina REVIEWS

👍 Like   ➕ Follow   🔖 Save   •••

**Learn More**   💬 Send Message

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

ALWAYS have lost money in Bella Collina. Big time loses.
This house is located probably next to the very laud wedding venue called Bella Collina Club and probably stuck next it there is another house with little privacy.
Check it out for yourself: https://www.zillow.com/.../X1-SS-
.../1_rs/1_fr/2091230654_zpid/...

## 16012 Trivoli Cir
**Montverde, FL 34756**
4 beds · 6 baths · 3,548 sqft

● NEW CONSTRUCTION
**$899,000**
Price cut: -$51,000 (2/27)
Zestimate®: $443,458

👍 Like      💬 Comment      ➦ Share

 **Bella Collina Reviews** added 3 new photos.    •••
February 27 at 3:55am · Montverde, FL · 🌐

Bella Collina home at $130 to $150 per sf
Another sucker fell for the Bella Collina "sales tour" and thought he/she may be living in the Bella Collina Club which is actually a.... wedding venue and not so much for the residents.

He/she and lost $4.2 million or 75% of his money. Actually, including other costs, probably 80 to 85% of his money which is not uncommon.

Many lot and home owners have lost 80% of their money in Bella Collina.
By: Don Karl Juravin a resident
Feel free to correct any mistake 😕

| DATE | EVENT | PRICE | | $/SQFT | S |
|------|-------|-------|------|--------|---|
| 02/16/18 | Price change | $1,599,900 | -5.9% | $150 | B SI |
| 12/18/17 | Price change | $1,699,900 | -5.6% | $160 | B SI |
| 10/31/17 | Price change | $1,799,900 | -12.7% | $169 | B SI |
| 07/26/17 | Listed for sale | $2,062,500 | -64.9% | $194 | B SI |



**$/SQFT**

**$150**

**Arezo Ct,**
**rde, FL 34756**
● FORECLOSU
**$1,599,**

👍 Like      💬 Comment      ➦ Share

❤️ 54

 Write a comment...    😊 📷 🖼️ 👾

Press Enter to post

---

**Community in Montverde, Florida**

**Community**                          See All
👍 10,437 people like this
🔊 10,530 people follow this

**About**                              See All
💬 Typically replies within a day
   Send Message
🏠 Bella-Collina.REVIEWS
🏢 Community · Cause · Real Estate
ⓘ Impressum
✏️ Suggest Edits

**Team Members**
   Don Juravin

**Pages liked by this Page**
   Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) ·    +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

  Bella Collina Reviews    🔍          🌸 Pepe   Home   Find Friends

# Bella Collina REVIEWS

👍 Like   🔗 Follow   🔖 Save   ...

 Learn More    Send Message

❤️ 54

**Bella Collina Reviews**
@Bella.collina.reviews

**Home**
About
Photos
Community
Posts

Write a comment...
Press Enter to post.

**Bella Collina Reviews** shared a link.
February 25 at 10:37pm · 🌐



🏠 FOR RENT

## 16812 Vinci Way.
**Bella Collina houses become cheap rentals at a possible loss to home owners**
Bella Collina houses becoming rentals at a loss rate (even below Zillow rate). Going for a cheap losing 4% annual rather than 8-10% a year. Not the only rentals in this...
BELLACOLLINAREVIEWS.WORDPRESS.COM

👍 Like    💬 Comment    ↗ Share

❤️ 31

Write a comment...
Press Enter to post.

**Bella Collina Reviews** added 2 new photos.
February 24 at 3:04pm · 🌐

Sell off in Bella Collina: on the market for 555 days with a price drop of $650,000 (!) and yet... NO BUYERS

Nick Faldo Network Nick Faldo Golf Course - Belek/Turkey Cornelia Diamond Golf Resort & Spa Marriott Hotels Marriott Vacation Club

### Price History

| DATE | EVENT | PRICE | | |
|------|-------|-------|---|---|
| 12/06/17 | Price change | $1,050,000 | -29.8% | |
| 03/24/17 | Price change | $1,495,000 | -6.0% | |
| 02/28/17 | Price change | $1,590,000 | -6.4% | |
| 08/17/16 | Listed for sale | $1,699,000 | +112% | |

Community in Montverde, Florida

**Community**                                    See All
👍 10,437 people like this
📶 10,530 people follow this

**About**                                         See All
⟳ Typically replies within a day
   **Send Message**
✉ Bella-Collina.REVIEWS
▭ Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
 Don Juravin

**Pages liked by this Page**
Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ·
Facebook © 2018

Chat (Off)

f | Bella Collina Reviews | 🔍 · Pepe · Home · Find Friends



# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

👍 Like · 🏳 Follow · 🔖 Save · •••

Learn More · Send Message

Community in Montverde, Florida

**Community** · See All

🔟 10,437 people like this

🔊 10,530 people follow this

**About** · See All

⊙ Typically replies within a day
  Send Message
⊕ Bella-Collina.REVIEWS
✉ Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

**Team Members**
Don Juravin

**Pages liked by this Page**
Ryan Homes Building ... 👍 Like

---

Listed for sale $1,099,000    ⓑ bing

☐ Buying but need to sell first? Get Instant Offers for your home

16020 Pendio Dr ● FOR SALE

👍 Like · 💬 Comment · ↪ Share

👍 50

⊙ Write a comment...
Press Enter to post

😊 📷 GIF 🖼

---

**Bella Collina Reviews**
February 24 at 2:57pm · 🌐    •••

Lot value drop dramatically in Bella Collina while other communities it just goes up

https://www.zillow.com/.../X1.dash.SS.dash.1lfqhbp.../1_rs/1_fr/

**Tax History**
Find assessor information on the county website

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | CHANGE |
|------|----------------|--------|----------------|--------|
| 2016 | $4,174 | +6.8% | $138,000 | +9.5% |
| 2015 | $3,905 | +10.9% | $126,000 | +27.3% |
| 2014 | $3,520 | +300.0% | $99,000 | +15.1% |
| 2013 | $880 | -26.3% | $86,000 | +6.8% |
| 2012 | $1,194 | -10.4% | $80,500 | -10.6% |
| 2011 | $1,333 | -30.7% | $90,000 | -28.4% |
| 2010 | $1,924 | +57.4% | $127,500 | +57.5% |
| 2009 | $4,522 | -38.1% | $600,000 | +19.1% |
| 2008 | $7,304 | -30.9% | $485,000 | -30.7% |
| 2007 | $10,568 | -8.2% | $700,000 | •• |

👍 Like · 💬 Comment · ↪ Share

👍 50

 Write a comment...
Press Enter to post

😊 📷 GIF 🖼

---

**Bella Collina Reviews**
February 24 at 2:35pm · 🌐    •••

Is Bella Collina becomes a rental community?

This new house couldn't sell probably and was therefore offered as a rental next to the noisy wedding venue called "Bella Collina CLUB".




English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT



🔍 | 👤 Pepe   Home   Find Friends



👍 Like   🔊 Follow   💾 Save   ···

Learn More   ✉ Send Message

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Is Bella Collina becomes a rental community?

This new house couldn't sell probably and was therefore offered as a rental next to the noisy wedding venue called "Bella Collina CLUB".

The wedding venue is so noisy that I can hear it from far away so I would image that anyone who fell for buying a house next to the wedding venue is.... suffering.

PS
Correct me if I'm wrong on any of the posts




### 15923 Vetta Dr,
Montverde, FL 34756
4 beds · 4 baths · 4,040 sqft

 
⊕ FOR RENT
**$5,200** /mo
Rent Zestimate' $5,209 /mo
List your rental on Zillow. It's free!

👍 Like   💬 Comment   ↪ Share

 50

 Write a comment...
Press Enter to post   😊 📷 GIF 👍

**Bella Collina Reviews**
February 24 at 2:28pm · ···

Property values seem to drop further in Bella Collina when houses are rented so cheaply and yet no one rents them for more than 2 months.

Is it because Bella Collina is 45 minutes from downtown Orlando?

https://www.zillow.com/.../X1-SS1dvj9sz3f6a.../2091704599_zpid/...



### Vinci Way
Montverde, FL 34756
4 beds · 5 baths · 6,505 sqft

⊕ FOR RENT
**$8,800** /mo
List your rental on Zillow. It's free!

👍 Like   💬 Comment   ↪ Share

Community in Montverde, Florida

**Community**                                    See All
 10,437 people like this
🔊 10,530 people follow this

**About**                                        See All
💬 Typically replies within a day
   Send Message
🌐 Bella-Collina.REVIEWS
👥 Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch                      +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

🔍 Bella Collina Reviews                          Pepe   Home   Find Friends

👍 Like    ➡ Follow    🔖 Save   •••

**4 beds · 5 baths · 6,505 sqft**

👍 Like        💬 Comment        ↗ Share



👍 48

😊 📷 🎞 🐵 Write a comment...

*Press Enter to post*

 **Bella Collina Reviews** shared Michelle Robinson's post.   •••
February 12 · 🌐

BTW, I'm Don Karl Juravin, the inventor of the Gastric Bypass
ALTERNATIVE. I save lives and improve them (80,000 of them).

https://www.facebook.com/groups/Lost100/permalink/1787189591575038/



**Michelle Robinson** ▶ Gastric Bypass ALTERNATIVE - NO surgery
February 12 · Melbourne, FL · 🌐

Down 10 sizes in 4 months. From a size 22 to a size 12. I began GBA on October 5
and have lost 70 lbs. I can't believe the difference in how I look and feel.

👍 Like        💬 Comment        ↗ Share

👍 1
                                                            Chronological ▾

 **Bella Collina Reviews** This lady started at 580 lbs
https://www.facebook.com/groups/Lost100/permalink/17871923982
41424/

**Rachel Gordon** shared Gastric Bypass ALTERNATIVE - NO
surgery's live video to the group: Gastric Bypass ALTERNATIVE
- NO surgery.
February 12 · 🌐

---

**Bella Collina
Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts

---

**Learn More**    💬 Send Message

Community in Montverde, Florida

**Community**                    See All

👥 10,437 people like this

🔔 10,530 people follow this

**About**                        See All

🕐 Typically replies within a day
**Send Message**

🌐 Bella-Collina.REVIEWS

💬 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...  👍 Like

English (US) · Español · Português (Brasil) ·   +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)



f  Bella Collina Reviews                    🔍        👑 Pepe    Home    Find Friends

# Bella Collina REVIEWS

👍 Like    🔗 Follow    🔖 Save    ···

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Rachel Gordon shared Gastric Bypass ALTERNATIVE - NO surgery's live video to the group: Gastric Bypass ALTERNATIVE - NO surgery
February 12 · 

OMG! 157 lbs LOST in 6 months WITHOUT surgery

Jennifer Cooper-Gonzales: How am I doing it?

gastric.care/LOST100
My advice, even if you get qualified, don't do it unless you are fully committed or it will be a waste of money

If you are determined, it's better than any bariatric surgery

Talk to others FB.com/groups/LOST100



01:18:02

9,822 Views

**Gastric Bypass ALTERNATIVE - NO surgery** was live.
February 12 ·                                    🔗 Follow

OMG! 157 lbs in 6 months WITHOUT surgeryJennifer Cooper-Gonzales: How am I doing it? gastric.care/LOST100My advice, even if you get qualified, don't do it unless you are fully committed or it will be a waste of money. If you are determined, it's better than any bariatric surgeryTalk to others FB.com/groups/LOST100

Like · Reply · 5w



**Bella Collina Reviews**
https://www.facebook.com/groups/Lost100/permalink/16574769578 79636/

 

---

Community in Montverde, Florida

**Community**                            See All

👥  10,437 people like this

🔗  10,530 people follow this

**About**                                See All

  Typically replies within a day
    Send Message

🌐  Bella-Collina.REVIEWS

🗨  Community · Cause · Real Estate

ⓘ  Impressum

✏  Suggest Edits

**Team Members**

  Don Juravin

**Pages liked by this Page**

  Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Facebook © 2018

Chat (Off)

Learn More        📞 Send Message



**Bella Collina Reviews**

f  Bella Collina Reviews                    Q              Pepe   Home   Find Friends

Like   Follow   Save   ...

## Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

100lbs down!!

**Allie Grace ▶ Gastric Bypass ALTERNATIVE - NO surgery**
February 26, 2017 ·

I have lost 100lbs using Gastric Bypass Alternative in 6 months! This regimen works & I am living proof of that fact!

Like   Reply   5w

Write a comment...
Press Enter to post

**Bella Collina Reviews** added 2 new photos.
February 11 ·

Instead of supporting the residents of Bella Collina, #RandallGreene the POA president (#DwightSchar hatchman) is using mafia tactics to retaliate against residents who express their true honest opinion about the community.

How can Bella Collina residents put up with a PAO president that hurts the residents he is supposedly in charge of improving their lives?

Multiple restraining orders were filed against Randall Greene in court by families living in Bella Collina.

How can Disney, Marriott Hotels or Nick Faldo Network Nick Faldo do ANY business with Dwight Schar when Randall Greene is involved?

Despite Randall Greene's trolling and trying to hurt "anonymously" Don Juravin, a resident of Balla Collina who expressed a truly honest opinion of the life in Bella Collina:

Don Karl Juravin's invention #GastricBypassALTERNATIVE is a STRONG #1 (up from #4) in the world on Google and up +2,550% in searches. It's The #GastricBypassALTERNATIVE is Cheaper, safer & better than ANY #WeightLossSurgery #GastricSleeve #GastricBypass or #BariatricSurgery

Learn More    Send Message

Community in Montverde, Florida

**Community**                          See All
10,437 people like this
10,530 people follow this

**About**                              See All
Typically replies within a day
Send Message
Bella-Collina.REVIEWS
Community · Cause · Real Estate
Impressum
Suggest Edits

**Team Members**
Don Juravin

**Pages liked by this Page**
Ryan Homes Building ...    Like

English (US) · Español · Português (Brasil)    +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More ·
Facebook © 2018

60,500                    5

22,200                    -

74,000                    6

**humiliate its residents like this?!**

*This couple was probably thre...*
*MAFIA st...*

Paul Simonson
DCS Real Estate Investment, LLC
C/O The Club at Bella Collina

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT



 Bella Collina Reviews    🔍     Pepe     Home    Find Friends  

# Bella Collina REVIEWS

👍 Like    🔊 Follow    🔖 Save    ···

**Bella Collina Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts

turned into my worst nightmare. I lost this vacation share to my ex-husband in a divorce. Long story short...he wasn't able to get my name off the loan but remained paying the loan for the past 6 years. We have technically been loyal customers to Marriott for over 10 years. Apparently there was an error online stating that the loan was paid to $0. My ex making sure it was paid called to make sure he didn't owe anything else. The representative stated that yes you do still have a balance and my ex paid it. But little did we know, they reported him 30 days late. And since my name is still on it even all these years later it got reported on my credit report. It lowered my score by 60 points! my impeccable record is now ruined. I called Marriott in hopes that being a loyal customer for so long with never a late payment in site they would sympathize to help me and write a letter to have this removed from my report. Especially since via divorce decree it was not my responsibility anymore. The supervisor I spoke to was not only mean but completely un sympatethic as i cried into the phone in hopes we could work something out. I started a new life. I have since re married and we are in the process of buying our first home together for our newborn. Now because they refuse to even try and help me they have literally ruined my life. As I now can't purchase the home of our dreams that we have been searching to find for over a year now. I would hope that no one else ever has the experience I have had. These people are monsters.

Like · Reply · 1w

Write a comment...
Press Enter to post.

😊 📷 GIF 🎁

**Bella Collina Reviews**
February 4 · 🌎

Lake Apopka - Bella Collina
youtu.be/1B6kxKFatAc

 **Bella Collina Reviewed & Exposed by Fraud Ranger**
Many home buyers in Bella Collina Florida feel they were...
YOUTUBE.COM

👍 Like    💬 Comment    ➤ Share

 195    Chronological ▼

5Reviewed.com such a great fanpage
Like · Reply · 5w

Write a comment...
Press Enter to post.

😊 📷 📷 🎁

**Bella Collina Reviews** added 3 new photos.
February 3 · 🌎

Home Buyers BEWARE!

Bella Collina was accused in court already for price manipulation and price inflation.

Can this be another one?

While there is evidence that homes in Bella Collina are sold for LESS than Zillow estimates, and while property values seem to continue and fall in Bella Collina, "suddenly" a property that is estimated at $913k was sold for twice that amount by..... Bella Collina itself....

Looking at the relatively large inventory of homes at only ~200 sf. some

---

Community in Montverde, Florida

**Community**    See All

👍 **10,437** people like this

🔊 **10,530** people follow this

**About**    See All

🕐 Typically replies within a day
Send Message

🌐 Bella-Collina.REVIEWS

🏷️ Community · Cause · Real Estate

ⓘ Impressum

✏️ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)    ⚙️ ✏️ 👥



f  Bella Collina Reviews                    🔍        🌸 Pepe    Home    Find Friends

👍 Like   🔖 Follow   💾 Save   ···

Zillow estimates, and while property values seem to continue and fall in Bella
Collina, "suddenly" a property that is estimated at $913k was sold for twice
that amount by..... Bella Collina itself....

Looking at the relatively large inventory of homes at only ~200 sf, some
waiting for 250 days to be sold, it makes you wonder who is the sucker that
bought the house and if she/he is real.

BTW, it seems that this is another lot owner in Bella Collina that lost his shirt
buying the "dreams" and "lifestyle" that Bella Collina salespeople have been
selling for 15 years.... from tax assessment of $1.1 million to merely $115K in
10 years. Considering that the lot owner had to pay dues, interest, taxes,
etc.. it's fair to estimate that he/she LOST EVERYTHING and more in Bella
Collina.

## Bella Collina Reviews

@Bella.collina.reviews

Home

About

Photos

Community

Posts

Community in Montverde, Florida

**Community**                          See All

👍  10,437 people like this

📶  10,530 people follow this

**About**                              See All

⏱  Typically replies within a day
    Send Message

🌐  Bella-Collina.REVIEWS

💬  Community · Cause · Real Estate

ⓘ  Impressum

✏️  Suggest Edits

**Team Members**

👤  Don Juravin

**Pages liked by this Page**

🏠  Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018

## te for this house is $913,551, wh

## y $42,153 in the last 30 days. Th

## vas $4,454. The tax assessment

## increase of 27.4% over the pre









ce / Tax History

| EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|

**41 Pendio Dr,**
**ntverde, FL 34756**
ds · 6 baths · 4,747 sqft

👍 Like        💬 Comment        ↗ Share

👍👍 103

 Write a comment...                    😊 📷 GIF 😀
Press Enter to post

### Bella Collina Reviews
January 25 · 🌐                                   ···

The Bella Collina is a stunning venue but the food is TERRIBLE!!

My husband and I got married here a few weeks ago. I've been in love with
the venue for years and was very excited to have my wedding there, but I
was hesitant because they don't allow you to use any outside catering.

My family is Jamaican so I knew I wanted Jamaican style food and before
we signed the contract, we were told they could prepare any style of food
with some direction. When we went for our food tasting in January, 2017, we
were pleasantly surprised that the food tasted like authentic Jamaican food!
We were told they had recently hired a Jamaican chef so we were very
excited about the menu and had a hard time pairing it down because
everything was so good

Chat (Off)

f  Bella Collina Reviews                          🔍                    ❤ Pape   Home   Find Friends

# Bella Collina REVIEWS

👍 Like   🔊 Follow   💾 Save   •••

## Bella Collina Reviews
@Bella.collina.reviews

**Home**

**About**

**Photos**

**Community**

**Posts**

with some direction. When we went for our food tasting in January, 2017, we were pleasantly surprised that the food tasted like authentic Jamaican food! We were told they had recently hired a Jamaican chef so we were very excited about the menu and had a hard time pairing it down because everything was so good.

However, on the day of the our wedding, our guests were served food that tasted NOTHING like what was presented to us at our tasting. The food had absolutely no flavor. My husband and I noticed it immediately and on our way to take more photos, we overheard guests asking the staff for seasoning salt. We were SO embarrassed!!

Nevertheless we were determined to enjoy the rest of the night with our family and friends and we did just that! We left for our honeymoon the next day and after being in Greece for a few days and getting settled, we decided to email Gina, Melanie, Stacy and staff at the Bella Collina to express our dissatisfaction.

They asked to speak with us over the phone and when we spoke their response was "why didn't you say anything the night of the wedding?" So they expected us to stop in the middle of our wedding to confront them about how disappointed we were in the food and try to resolve the matter during the limited time we had to spend with our friends and family who flew from all around the world to celebrate with us.

Absolutely ridiculous! Although the venue is stunning, I would not recommend it to anyone who is concerned with enjoying good food at their wedding. We spent THOUSANDS of dollars on food that no one enjoyed.

Christine Stanley

https://www.facebook.com/christine.okoye...

 **Christine Stanley** reviewed Bella Collina — September 4, 2017 ·

**The Bella Collina is a stunning venue but the food is TERRIBLE!!** My husband and I got married here a few weeks ago. I've been in love with the venue for years and was very excited to have my wedding there, but I was hesitant because they don't allow you to use any outside catering. My family is Jamaican so I knew I wanted Jamaican style food and before we signed the contract, we were told they could prepare any style of food with some direction. When we went for our food tast... See More

👍 Like        💬 Comment        ➤ Share

😊 You and 1 other

 **Don Juravin** How bad was the food in the wedding in Bella Collina?
Like · Reply · Thursday, January 25 at 5:55pm

👍 Like        💬 Comment        ➤ Share

👍🏆 68

 ✍ Write a comment...                    😊 📷 🎁 GIF
Press Enter to post

 **Bella Collina Reviews** added 2 new photos.
January 25 · Montverde, FL ·

Looks like homeowners in Bella Collina continue to lose money as Bella Collina continues it's JINXED with BAD LUCK already 15 years.

Why would any developer want to risk his money here?

Randall Greene (accused of Mafia tactics retaliation against Bella Collina residents) and Richard Arrighi (convicted felon) are running the Bella Collina Club and community and DESPERATELY placing sales signs 

---

**Learn More**       💬 Send Message

Community in Montverde, Florida

### Community                          See All
👍 10,437 people like this
🔊 10,530 people follow this

### About                             See All
⏱ Typically replies within a day
   **Send Message**
📧 Bella-Collina.REVIEWS
🏷 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

### Team Members
 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

# Bella Collina REVIEWS

Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

👍 Like    Follow    Save    ⋯

Why would any developer want to risk his money here?

Randall Greene (accused of Mafia tactics retaliation against Bella Collina residents) and Richard Arrighi (convicted felon) are running the Bella Collina Club and community and DESPERATELY placing sales signs EVERYWHERE they can trying to TRAP more homeowners.

Here the latest LOSSER in Bella Collina who seems to desperately want to get rid of his house below $200 sf (for what seems a fancy description) or bellow even low Zillow estimate and yet NO BUYERS.

It seems like the seller is willing to calculate the lot for FREE at $ZERO and pay the ridiculous $40,000 "club" (it's a wedding venue) fees and give even more.... and still NO SALE for 236 days.

While the rest of the real estate market is booming Bella Collina continues it's JINXED with BAD LUCK with Randall Green and Richard Arrighi management despite the desperate marketing moves and endless cheap signage.

You can see even the ~60% price drop in the tax assessment

Marriott Vacation Club Marriott Hotels Disney

Source: https://www.zillow.com/.../X1-SS-1l.../1_rs/1_fr/89865536_zpid/

## Pendio Dr,
rde, FL 34756

baths · 5,132 sqft

Tuscan styled house. Seller will pay
fee and two years of sports membership.

**FOR SAL**
$1,05
Price cut: -$
Zestimate*: $

**EST. MORT**
$4,166/
Get pre-q

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT |
|------|----------------|--------|----------------|
| 2016 | $17,710 | +42.0% | $707,933 |
| 2015 | $12,473 | -2.1% | $703,012 |
| 2014 | $12,746 | +37.5% | $697,433 |
| 2013 | $9,273 | +0.2% | $669,836 |
| 2012 | $9,253 | +1.7% | $661,460 |
| 2011 | $9,102 | -22.0% | $651,984 |
| 2010 | $11,675 | -56.7% | $811,074 |

👍 Like        💬 Comment        ➦ Share

😊😆😍 125

Write a comment...    😊 📷 🅖 🎁

Press Enter to post

**Bella Collina Reviews**
January 22 · 🌐

It was another airplane noisy day over Bella Collina Florida. Not something the real estate agent will tell you.

It's not really too often but not something that a "luxury" community should

---

Community in Montverde, Florida

**Community**    See All

👥 10,431 people like this

📶 10,530 people follow this

**About**    See All

🕐 Typically replies within a day
Send Message

🌐 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✎ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

f  Bella Collina Reviews                    🔍          Pepe  Home  Find Friends

👍 Like    🔖 Follow    📑 Save    ⋯

Learn More        Send Message

It was another airplane noisy day over Bella Collina Florida. Not something the real estate agent will tell you.

It's not really too often but not something that a "luxury" community should have.

A few days ago, it was also noisy from a wedding event. Bella Collina is becoming noisier and yet a ghost town when it comes to occupancy



👍 Like            💬 Comment            ↗ Share

👍❤ 50

  Write a comment...          😊 📷 GIF 😀

Press Enter to post

**Bella Collina Reviews**
January 16 · 🌐                                      ⋯

Scam? Fraud?

Bella Collina was accused in court already for inflating prices. Is this another one?

While Zillow estimate at $2.5 which is in accordance with other properties when comparing sf, "someone" placed the inflated listed of $7mil

For the last 15 years Bella Collina was accused of scams or frauds and now, with Dwight Schar running the show using Randall Greene (accused of a fraudulent real estate like "stealing a house") and the convicted felon Richard Arrighi, things are even worse.

This is a house that was sold for a fair market value then of $1.6 mil in 2012, only a few years ago giving Bella Collina real estate an estimated price of $120 to $210 per sf and consequently, a value of $5,000 for a waterfront lot.

To prove my point: the tax estimate has not changed much since 2012 when it was sold for only $1.6 mil

To be clear, lake Siena is only big pond with alligators and I believe it's an artificial one and no one will ski or swim in it.

Even the larger lot in Bella Collina is still kissing another lot with almost NO PRIVACY.

Don Karl Juravin
Resident of Bella Collina

Community in Montverde, Florida

**Community**                                      See All
👥 10,437 people like this
🔊 10,530 people follow this

**About**                                          See All
🕐 Typically replies within a day
   Send Message
🌐 Bella-Collina.REVIEWS
🗂 Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
🧑 Don Juravin

**Pages liked by this Page**
🏠 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch                    +

Privacy  Terms  Advertising  Ad Choices ▷
Cookies  More ·
Facebook © 2018

Chat (Off)                                    ⚙ ☑ ⚎



Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Bella Collina Reviews

f | Bella Collina Reviews

Pepe   Home   Find Friends

👍 Like    🔊 Follow    💾 Save    ···

Even the larger lot in Bella Collina is still kissing another lot with almost NO PRIVACY.

Don Karl Juravin
Resident of Bella Collina

Source:
https://www.zillow.com/.../X1-SS-1l.../1_rs/1_fr/89865294_zpid/...

### 16716 Artimino Loop, Montverde, FL 34756

📷 FOR SALE
**$7,000,000**
Zestimate®: $2,570,249

7 beds · 9 baths · 12,481 sqft

EST. MORTGAGE

👍 Like          💬 Comment          ↗ Share

⊙ 119                                         Chronological ▾

 Arthur Avington Hey read
http://www.facebook.com/374635792601881

Like · Reply · 8w

 Write a comment...            ☺ 📷 GIF 🙂

Press Enter to post

 Learn More    💬 Send Message

Community in Montverde, Florida

**Community**                                    See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                        See All

⊙ Typically replies within a day
Send Message

✉ Bella-Collina.REVIEWS

💬 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

Pages liked by this Page

 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

Bella Collina Reviews added 4 new photos.
January 15 · 🌐

2 years (707 days) on the market - Bella Collina properties just don't sell when you look at this example

First on the market in 2014 for $2.75 and constantly dropping the price to only $1.8mil for 6,500 sf waterfront and yet no one buys.

That's $1,000,000 drop in price or almost 40% price drop and yet... NO BUYER.

Is Bella Collina JINXED with BAD LUCK already 15 years despite the very hard trying of Randall Greene & Richard Arrighi? Is Randall Greene or Richard Arrighi (convicted felon) bringing the BAD LUCK on Bella Collina?

Overwhelming Bella Collina with SALE signs (even in the men's locker and hot tub...) simply does not remove the JINX from Bella Collina

Even the tax assessment dropped by almost 40%

Don Karl Juravin
Resident of Bella Collina

Source to check: https://www.zillow.com/
.../28.631767,-81.610823,2.../12_zm/1_fr/



Buying but need to sell first? Get Instant Offers for your home

Chat (Off)



f  Bella Collina Reviews                    🔍         ♕ Pepe    Home    Find Friends

👍 Like   🔊 Follow   💾 Save   ••• |

# Bella Collina REVIEWS

## Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

🙂 Buying but need to sell first? Get Instant Offers for your home

### 16321 Pendio Dr.
⏺ FOR SALE

| | | $917,693 | $917,693 |
| | | $910,410 | $910,410 |
| | | $896,956 | $896,956 |
| | | $898,690 | $898,690 |
| | | $946,980 | $946,980 |

👍 Like        💬 Comment        ↪ Share

👍👍 78

 Write a comment...
Press Enter to post                    🙂 📷 GIF 🙂

 **Bella Collina Reviews**                    •••
January 14 · 🌐

Another lot owner lost $1,500,000 + interest + taxes + dues + lost opportunity .... to an estimated $2,000,000

From a $1,560,000 (which many believed to be a scam) to a more realistic value of $44,000 for 2.25 acre which is less than $20k per acre.

The new house is an attempt by Bella Collina to raise the continued falling prices as seen in previous posts which further proves that a lot in Bella Collina is worth $5,000.

Why will only a sucker pay more than $5,000 for a lot?
Because if the cost of a new luxury construction is $300 to $500 sf then many homes lots in Bella Collina are simply worth.... nothing?

Don Karl Juravin
Resident in Bella Collina and like many others, TRAPPED

PS
If anyone thinks my math is wrong, please advice

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 03/01/11 | Sold | $44,000 | -97.2% | $6 | Public Record 🏴 |
| 09/30/09 | Sold: Foreclosed to lender | ·· | | ·· | Public Record 🏴 |
| 07/08/05 | Sold | $1,560,000 | | $233 | Public Record 🏴 |

👍 Like        💬 Comment        ↪ Share

👍 100

 Write a comment...
Press Enter to post                    🙂 📷 GIF 🙂

 **Bella Collina Reviews**                    •••
January 12 · 🌐

Another #Losser in #BellaCollina: potentially $2,000,000 on a single lot

---

Learn More        ⦿ Send Message

Community in Montverde, Florida

### Community                    See All
👍 10,437 people like this
🔊 10,530 people follow this

### About                    See All
⊙ Typically replies within a day
   Send Message
✉ Bella-Collina.REVIEWS
🗪 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

### Team Members
 Don Juravin

### Pages liked by this Page
 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ⓘ · Cookies · More ·
Facebook © 2018

Chat (Off)                    ⚙ ✎ 🔔

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

f  Bella Collina Reviews    Q    Pepe   Home   Find Friends



👍 Like   ➤ Follow   🔖 Save   ⋯

Learn More   ✉ Send Message

**Bella Collina Reviews**
January 12 · 🌐

Another #Losser in #BellaCollina: potentially $2,000,000 on a single lot

Does he feel that Bella Collina is JINXED with BAD LUCK?

https://www.zillow.com/.../28.592642,-81.64582,2.../14_zm/0_mmm/

**Price History**

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|------|-------|-------|--------|--------|
| 06/13/17 | Listed for sale | $650,000 | -48.0% | KELLER WILLIAM... 🚩 |
| 04/26/05 | Sold | $1,250,900 | | Public Record 🚩 |

**Tax History**

Find assessor information on the county website

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | CHANGE |
|------|----------------|--------|----------------|--------|
| 2016 | $3,773 | -- | $126,500 | +9.6% |
| 2015 | $3,773 | +10.4% | $115,500 | +40.0% |
| 2014 | $3,420 | +324% | $82,500 | +56.4% |
| 2013 | $807 | -22.3% | $55,000 | -21.4% |
| 2012 | $1,038 | -22.1% | $70,000 | -22.2% |
| 2011 | $1,333 | -52.9% | $90,000 | -52% |
| 2010 | $2,830 | -53.1% | $187,500 | -53.1% |
| 2009 | $6,030 | -22.3% | $400,000 | -22.3% |
| 2008 | $7,756 | -52.4% | $515,000 | -52.3% |
| 2007 | $16,306 | -8.2% | $1,080,000 | -- |
| 2006 | $17,754 | -1% | $1,080,000 | -- |
| 2005 | $17,934 | -- | $1,080,000 | -- |
| 2004 | | -- | | -- |

👍 Like    💬 Comment    ➤ Share

👍❤️ 64

 Write a comment...    😊 📷 🖼 🎁
Press Enter to post.

**Bella Collina Reviews**
January 7 · 🌐

Richard Arrighi (Rick Arrighi) a manager or key figure in running Bella Collina is a CONVICTED FELON.

Richard Arrighi, in what prosecutors are calling the worst case of public corruption in state history was sentenced to three years in prison and ordered to repay $540,000 yesterday for his part in the scheme that swindled the state Treasury of $9.4 million.

Bella Collina CLUB, which is actually a WEDDING venue, is or was managed by this convicted felon.

So... what does it tell you about the membership approval in Bella Collina if a CONVICTED FELON may be part of the approval process?

Source: http://www.southcoasttoday.com/arti.../20010927/news/309279960

Community in Montverde, Florida

**Community**    See All
👍 10,437 people like this
🔊 10,530 people follow this

**About**    See All
⊙ Typically replies within a day
  Send Message
📧 Bella-Collina.REVIEWS
💬 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...  👍 Like

English (US) · Español · Português (Brasil)    +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts



So... what does it tell you about the membership approval in Bella Collina if a CONVICTED FELON may be part of the approval process?

Source: http://www.southcoasttoday.com/arti.../20010927/news/309279960



**Convicted Felon**

# F R A U D



**managing Bella Collina**

👍 Like          💬 Comment          ↗ Share

😊😮 129

 Write a comment...          😊 📷 📷 🎞️

Press Enter to post

---

 **Bella Collina Reviews** added 4 new photos — at 📍 Bella Collina Reviews.

January 5 · Montverde, FL ·

Are houses in Bella Collina sold BELOW Zillow estimates?!

Is it a CHEAP type of a new building or simply the lots in Bella Collina are sold/valued at $5,000?

Either way #BellaCollina in Florida doesn't seem to be real "luxury" to me because buyers are willing to pay for a brand new house in Bella Collina either:

A. $5,000 per lot of 1.23 acres AND $212 per sf based on the 7,985 sf "Total sf. ft" ad for the

C. *The Bella Collina lot is valued at $5,000 and the entire house is built for less than $300 sf...

Bella Collina houses & Club is almost ALWAYS on some desperate "SALE" giving free memberships and club dues. Don't forget that the guy involved in managing (and probably also approving members...) is Rick Arrighi, a convicted Felon in white-collar crime/s.

What does it do to the already low home values or to the lots that were just selling for $22k?)

I'm Don Juravin, a resident of Bella Collina and this is the math I would do if I'm to buy a house. I was "blinded" and misled by the salespeople and real estate agent. Don't let it happen to you!

*after incentives, club fees, and membership, etc.


*Free Bella Collina Club Membership For 3 Years**

1350 PENDIO DR. BELLA COLLINA, FL

---

Right column:

Community in Montverde, Florida

**Community**          See All

👍 10,437 people like this

🔔 10,530 people follow this

**About**          See All

🕐 Typically replies within a day
Send Message

🌐 Bella-Collina.REVIEWS

🏷️ Community · Cause · Real Estate

ⓘ Impressum

✏️ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...  👍 Like 

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ⓘ·
Cookies · More ·
Facebook © 2018

f    Bella Collina Reviews                                    🔍          Pepe    Home    Find Friends

# Bella Collina REVIEWS

👍 Like    ➕ Follow    🔖 Save    ...

**Bella Collina Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts





Dr,
4756

2 sqft

👍 Like          💬 Comment          ↗ Share

👍❤️😮 142

 Write a comment...

*Press Enter to post*

 **Bella Collina Reviews** added 18 new photos.
December 29, 2017 ·

Another $5,000 lot value, waterfront lot, in Bella Collina

Offered at $1.58 million for 7,400 s.f which is only $213 per sf and almost NOTHING for the waterfront LOT (I estimate it at $5,000) and still this property has not sold for 7 years!

7 years on the market, Bella Collina waterfront property at only $213 and no value for the lot and yet NO buyers.

The owner bought it for $1.8 mil and forced to lose $650k (36%)

------------------

I'm no real estate expert but it seems like residents don't really like living in BELLA COLLINA and realizing that the pictures of Bella Collina Club (which is mainly a wedding venue) is NOT the REALL BELLA COLLINA (attached are pictures of what living in Bella Collina looks like - TRASHY)

Anyone who wants to challenge the FACTS only is welcome to comment below (spammers will be deleted)

Don Karl Juravin
A Bella Collina resident
https://Bella-Collina.REVIEWS

Source: https://www.zillow.com/.../X1.dash.SS.dash.1lfqhbp.../1_rs/1_fr/

## Price / Tax History

Price History        Tax History

---

Community in Montverde, Florida

**Community**                    See All

👥 10,437 people like this

🔔 10,530 people follow this

**About**                        See All

💬 Typically replies within a day
   **Send Message**

🌐 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✏️ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

  

Bella Collina Reviews

👍 Pepe    Home    Find Friends

👍 Like    🔊 Follow    💾 Save    …



**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Learn More    💬 Send Message

# Price / Tax History

Price History    Tax History

| DATE | EVENT | PRICE |
|------|-------|-------|
| 12/28/17 | Listing removed | $1,575,000 |
| 12/26/17 | Listed for sale | $1,575,000 | −30.0% |
| 04/30/16 | Listing removed | $2,250,000 |



Sold    $
Listing removed    $
Listed for sale    $
Sold    $

15011 Pendio Dr,
Montverde, FL 34756

 +15

👍 Like    💬 Comment    ↗ Share

⏱ 113    Chronological ▾

 5Reviewed.com biggest technology fan
Like · Reply · 11w

 Write a comment…    😊 📷 GIF 😀
Press Enter to post

 **Bella Collina Reviews** added 19 new photos.    …
December 24, 2017 · ⏱

Bella Collina houses becoming rentals at a loss rate (even below Zillow rate).

Going for a cheap losing 4% annual rather than 8-10% a year.

Not the only rentals in this remote location (45 minutes from downtown Orlando and not 20 min as advertised). Why do residents not maintain their residence in Bella Collina?!

Maybe because buyers are fooled to think that the "Club", which is merely a wedding venue, is where they are going to live…. while actually, they get to live in a much trashier neighborhood of the REALL #BellaCollina see pictures.



Community in Montverde, Florida

**Community**    See All

👍 10,437 people like this
🔊 10,530 people follow this

**About**    See All

⟳ Typically replies within a day
   Send Message
🏢 Bella-Collina.REVIEWS
💬 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building …  👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch    +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT



f  Bella Collina Reviews                                          🔍          Pepe    Home    Find Friends



Learn More        💬 Send Message

# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

👍 Like      🔔 Follow      📌 Save      •••



**16812 Vinci Way,**
**Montverde, FL 34756**

● FOR RENT
**$8,800** /mo
Rent Zestimate® $9,378 /mo

House Realty Group

+16

Community in Montverde, Florida

## Community                                    See All

👥  10,437 people like this
🔊  10,530 people follow this

## About                                         See All

⊙  Typically replies within a day
    **Send Message**
◉  Bella-Collina.REVIEWS
☷  Community · Cause · Real Estate
ⓘ  Impressum
✎  Suggest Edits

### Team Members

  Don Juravin

👍 Like           💬 Comment           ➦ Share

 50

1 Share

  Write a comment...
Press Enter to post.

😊 📷 🎞 😀

**Bella Collina Reviews**
December 18, 2017 · 🌐

Repeated internet failures in Bella Collina ghost town

Though Bella Collina was established 15 years ago, only 1 internet provider is willing to service this ghost town. Even then with a lot of problems and repeated issues.

When I moved to Bella Collina not long ago, I encountered many internet connection issues and it seems like Spectrum is not really liking this remote community.

Without the internet, I can't have cellular connection or telephone at all... You guessed it right. Ghost town Bella Collina has not been taken seriously also by the cellular carriers.

So much so, that when Bella Collina community doesn't have an internet connection, there is no communication AT ALL with the gate and even less security for this unsecured remote community.

How remote? 45 minutes from downtown Disney and not 20-25 minutes as Bella Collina sales deceivably advertise.

How much of a ghost town? only 5-7% of the lots are really occupied with real families calling Bella Collina "home"

https://bella-collina.reviews/.../communication-problems-bel.../

Don Karl Juravin (resident of Bella Collina, Montverde, Florida)



**GHOST TOWN**

**BELLA COLLINA**
Montverde, Florida

**15 years and**
**only 5% occupancy of**

### Pages liked by this Page

  Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ·
Facebook © 2018

Chat (Off)                           ⚙ ✎ 👥

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

f  Bella Collina Reviews                    Q          🔍 Pepe   Home  Find Friends

👍 Like    🔖 Follow    📑 Save ...



# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts

COLLINA
Montverde, Florida

**15 years and only 5% occupancy of** real families calling it "home"

**90-95% are deserted lots or unoccupied homes**

**Constant internet issues and no cellular at home**

Don Karl Juravin

SPOOKY

👍 Like          💬 Comment          ➤ Share

  209                                   Chronological ▾

45 Shares

 **Anna Marie Wawrzyczek huhu**
Like · Reply · See Translation · 12w

✏️ Write a comment...          😊 📷 📷 🎁
Press Enter to post.

**Bella Collina Reviews**                                          ...
December 11, 2017 · 🌐

Look at who is involved in managing Bella Collina Club and Bella Collina Weddings.

Can Richard Arrighi, a convicted felon who stole money from the Treasury by the one to possibly be the one to "approve" you to the Bella Collina Club?

Well, he is not the only manager in Bella Collina accused of being involved in crocket, illegal, fraudulent or scam in Bella Collina since its inception in 2002-2003

http://www.mass.gov/.../appeals-court-affirms-lower-court-dec...

https://Bella-Collina.reviews



## Appeals Court Affirms Lower Court Decision...
The Massachusetts Appeals Court affirmed a Superior Court decision finding that Hanover Insurance Co. (Hanover) must pay the Commonwealth $415,000, or all of the remaining funds that have not yet been recovered from the theft of millions of...
MASS.GOV

👍 Like          💬 Comment          ➤ Share

---

Community in Montverde, Florida

**Community**                              See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                  See All

⊙ Typically replies within a day
   **Send Message**

🏠 Bella-Collina.REVIEWS

💬 Community · Cause · Real Estate

ⓘ Impressum

✏️ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) ·   +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies  More ·
Facebook © 2018

Chat (Off)                          ⚙️ ☑️ 🔅





MASS.GOV

👍 Like          💬 Comment          ↗ Share

👍❤ 189

28 Shares

 Write a comment...
Press Enter to post.

**Bella Collina Reviews**
December 10, 2017 · 🌐

LOOK WHO IS BUILDING HOMES AT BELLA COLLINA

ALAN J TARPELL GRAND THEFT PROBABLE CAUSE AFFIDAVIT FILED IN 2006

"Based upon the foregoing, I have probable cause to believe that Alan Tarpell, acting on behalf of Rocking Horse Estates, LLC, committed the offense of Grand Theft > $100,000.00 in violation of F.S.S. 12.014(1)(b)(2)(a)1 when he used land deposit monies belonging to the partners of Northlake Ventures, LLC in the amount of $412,000.00 for purchase of paying interest on...
Continue Reading



ALAN JAY TARPELL

👍 Like          💬 Comment          ↗ Share

👍❤ 155

 Write a comment...
Press Enter to post.

**Bella Collina Reviews**
December 8, 2017 · 🌐

Dwight Schar, Washington Redskins Owner, teams up with Ex-Felon and Mastermind of Massachusetts Treasury Heist to build luxury homes in Bella Collina, Florida

Orlando, Florida; Dwight Schar's DCS Investment Holdings, the new owner of Bella Collina since 2012 has teamed up with Ex-Felon Richard Arrighi of Phoenix Companies to build Custom Estate Homes in its 1900 acre development.

According to sources, Dwight Schar's DCS Investment Holdings is focused on the rebirth of the Bella Collina Real Estate through relationships that include former ex-felon Richard Arrighi of Phoenix Companies FL.

Arrighi, a key figure in what prosecutors called the worst case of public corruption in Massachusetts history was sentenced to three years in prison and ordered to repay $540,000 for his part in the scheme that swindled the

---

Learn More          💬 Send Message

Community in Montverde, Florida

**Community**                              See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                  See All

⊙ Typically replies within a day
   Send Message

⊙ Bella-Collina.REVIEWS

⊡ Community · Cause · Real Estate

ⓘ Impressum

✎ Suggest Edits

**Team Members**

 Don Juravin

Pages liked by this Page

 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

Chat (Off)

f   Bella Collina Reviews                    🔍          Pepe   Home   Find Friends



Learn More          Send Message

**Bella Collina Reviews**
@Bella.collina.reviews

👍 Like    🔖 Follow    💾 Save    ···

include former ex-felon Richard Arrighi of Phoenix Companies FL.

Arrighi, a key figure in what prosecutors called the worst case of public corruption in Massachusetts history was sentenced to three years in prison and ordered to repay $540,000 for his part in the scheme that swindled the Massachusetts Treasury of $9.4 million. Criminal Bureau of Economic Crimes Division reports that Arrighi pleaded guilty to Conspiracy to Aid in the Concealment of Stolen Property, to Aiding the Concealment of Stolen Property, to Failure to File Fiduciary Tax Returns, and to Filing False Tax Returns. He was sentenced to three years in the House of Correction and five years of probation and ordered to pay $540,000 in restitution to the Commonwealth.

According to Division of Corporations, State of Florida, Arrighi is the managing member of Phoenix Companies. The company's website identifies Alan J Tarpell as Vice President and refers to Keith Clarke as a "fourth generation builder". Tarpell has been associated with numerous and now (defunct) companies and has had a personal relationship with Arrighi which predates his sentencing in 2002. According to Palm Beach Public Records, Tarpell has filed a chapter 13 Bankruptcy, faces numerous lawsuits, arrest records, and has several active judgments which exceed $1 million dollars.

Bella Collina lists Phoenix Companies on its corporate website as its builder. Crime Fighters has attempted several times to contact Phoenix Companies but no phone call has been returned. Oh well .... who says crime doesn't pay.

http://crimefighters.kinja.com/dwight-schar-washington-reds...



**Dwight Schar, Washington Redskins Owner, teams up with Ex-Felon and Mastermind of Massachusetts Treasury Heist to build luxury homes in Bella Collina, Florida**
CRIMEFIGHTERS.KINJA.COM

👍 Like         💬 Comment         ↗ Share

 101

 Write a comment...          😊 📷 🎁 👍

Press enter to post.

**Bella Collina Reviews** added 4 new photos.
December 8, 2017 · 🌐

Alan Tarpell and Ex-Felon Richard Arrighi building homes in Bella Collina under the name Phoenix Companies Fl.

Warning! Alan Tarpell of Phoenix Company is building homes in Bella Collina. Phoenix Companies is owned and managed by ex-felon Richard Arrighi.

Look who's building homes in Orlando's Bella Collina Community. Ex-con Richard Arrighi and Alan Jay Tarpell....
Continue Reading

**homes in Bella Collina under the name Phoenix Companies Fl.**

 Alan Tarpell

Community in Montverde, Florida

**Community**                                    See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                        See All

⊙ Typically replies within a day
  Send Message

💬 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

Pages liked by this Page

🏛 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)



🔵f  Bella Collina Reviews                     🔍          🌐 Pepe    Home    Find Friends



👍 Like    🔵 Follow    🔖 Save    •••

### Companies Fl.

 Alan Tarpell

**Warning! Alan Tarpell of Phoenix Company is building homes in Bella Collina. Phoenix Companies is owned and managed by ex-felon Richard Arrighi.**

**Bella Collina Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts

**Look who's building homes in Orlando's Bella Collina Community.**





 Like          💬 Comment          ↗ Share 

🔴😮 196

 Write a comment...
Press Enter to post

 **Bella Collina Reviews** added 5 new photos.     •••
December 6, 2017 · 🌐

Anyone knows more about this:

"YUP .. Phoenix Companies is a scam. They tried this same real estate scam in Port St Lucie (Tesoro) Left many of us out of alot of money. The game is to hype the realestate and get the first buyers to spread the word. Then it all comes crashing. Bella Collina is the next bubble in Orlando. Just wait and see."

I found it here:
https://www.reddit.com/.../exgolfer_erin_wanner_marketing_ho.../

PS
These pictures are the #RealBellaCollina and not the one the sales people show you

## marketing homes for Ex-Con man, Richard A

hRealEstate
ve gold   report   crosspost

## They tried this same real estate scam in Port St Lu(
ayne the realestate and get the first buyers to spre;

---

**Learn More**        💬 Send Message

Community in Montverde, Florida

**Community**                            See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                See All

🕐 Typically replies within a day
   Send Message

💬 Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

Pages liked by this Page

🏠 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)                          ⚙ 📝 ⛶

f | Bella Collina Reviews | 🔍        👥 Pepe    Home    Find Friends



👍 Like   🔊 Follow   🔖 Save   •••          [ Learn More ]   👤 Send Message

**They tried this same real estate scam in Port St Lu** ...
**hype the realestate and get the first buyers to sprea** ...
**ble in Orlando. Just wait and see.**


+2

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

 Like     Comment     Share

 92

Write a comment...
Press Enter to post

😊 📷 GIF 😀

**Bella Collina Reviews**
December 6, 2017 · 🌐

Dwight Schar and Ex-Felon Richard Arrighi at Bella Collina Orlando.

Dwight Schar and ex-felon Richard Arrighi are building homes just outside of
Orlando, Florida in an upscale gated community called Bella Collina. Schar
is well known for his philanthropy and part ownership of the Washington
Redskins NFL franchise. Richard Arrighi is a convicted felon and
orchestrated one of the biggest public thefts in Massachusetts history.

Dwight Schar Acquires Bella Collina

According to the Orlando Sentinel, Dwight Schar acquired Bella Collina via
his DCS Investment Holding Company. The acquisition took place around
2013. Schar's company has partnered with Phoenix Companies, (owned and
managed by Arrighi according to Florida's division of corporations).

Dwight Schar, Richard Arrighi and Bella Collina

According to its public website, Bella Collina lists Phoenix Companies as its
premiere builder. The announcement fails to mention the names of any of
the principals associated with Phoenix Companies FI? However,
Crimefighters has discovered that the company is in-fact owned by Ex-Felon
Richard Arrighi. According to Phoenix Companies website, Alan Tarpell is
named as its vice president. Tarpell has been linked to numerous
businesses in the State of Florida including BHD and Rocking Horse
Estates, LLC. Several reports and sources indicate that Tarpell has been
investigated for charges of grand theft exceeding an amount of $400,000.
Sunbiz.org lists numerous outstanding judgments against Tarpell that
exceed $1,000,000 and most recently Tarpell has been arrested and booked
in Orange County, Florida for failure to submit to a bal.

Dwight Schar is an American Icon and Business Success Story

Dwight Schar is, by all account, an American icon and hero. Mr. Schar has
built a Real Estate Empire, is a generous philanthropist to great causes and
is a successful businessman. Richard Arrighi is an ex-felon, former criminal
and has been barred from the practice of law in the State of Massachusetts.

Dwight Schar, Arrighi and Alan Tarpell at Bella Collina

Arrighi continues to surround himself with questionable people like Alan

---

Community in Montverde, Florida

**Community**                                    See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                                        See All

⊙ Typically replies within a day
   Send Message

 Bella-Collina.REVIEWS

⊡ Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...    Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch                      +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)                                    ⚙ ☑ ⚏

f  Bella Collina Reviews  🔍          👤 Pepe   Home   Find Friends

# Bella Collina REVIEWS

Learn More          Send Message

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

👍 Like    🔊 Follow    🔖 Save ▾    •••

and has been barred from the practice of law in the State of Massachusetts.

Dwight Schar, Arrighi and Alan Tarpell at Bella Collina

Arrighi continues to surround himself with questionable people like Alan Tarpell who faces numerous lawsuits, has outstanding judgments, arrest records and has allegedly stole hundreds of thousands of dollars from various investors in the State of Florida.

Bella Collina is a beautiful gated upscale community. The residents and future home owners deserve a little better than the likes of Arrighi and Tarpell. Don't you think so Dwight Schar.

http://crimefighters.kinja.com/dwight-schar-and-ex-felon-ri...

More in: https://Bella-Collina.REVIEWS

Community in Montverde, Florida

**Community**                    See All

🏛 10,437 people like this

🔊 10,530 people follow this

**About**                    See All

⊙ Typically replies within a day
  Send Message

✉ Bella-Collina.REVIEWS

🏷 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

Pages liked by this Page

 Ryan Homes Building ...   👍 Like 

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018


Dwight Schar and Ex-Felon Richard Arrighi at Bella Collina Orlando.


Dwight Schar and Ex-Felon Ri Bella Collina Orlando.

❯

👍 Like          💬 Comment          ➤ Share

 177

 Write a comment...          😊 📷 📷 ⊕
Press Enter to post

 **Bella Collina Reviews**
November 30, 2017 · 🌐

This letter is exactly what you would expect from the MAFIA and it was done by Randall Greene the POA president of #BellaCollina or his associate the convicted felon Rick Arrighi. Dwight Schar??

Threatening and extorting residents is WRONG. This feels like MAFIA.

How do the #Marriot or #Disney are doing business with them?! We will check with their real estate them....

Marriott Hotels Disney

This looks like a proof of #BellaCollina MAFIA way of running this community. It's headed by #RandallGreene and #PaulSimonson who use tactics that can be viewed as extortion or pressure on residents and then "proudly" exhibiting the victims to scare others.

#BellaCollina is a scary ghost town!

This a proof. A caring POA will NEVER do that. #RickArrighi convicted felon.

Read more: https://Bella-Collina.REVIEWS

Chat (Off)          ⚙ ✍ 👥

**Bella Collina Reviews** | Pape Home Find Friends

Learn More    Send Message

👍 Like    Follow    Save

#Bella collina is a scary ghost town!
This a proof. A caring POA will NEVER do that. #RickArrighi convicted felon
Read more: https://Bella-Collina.REVIEWS

## Bella Collina Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

# THE BELLA COLLINA MAFIA THREATENING ITS RESIDENTS
## What kind of developer/POA will humiliate its residents like this?!

*This couple was probably threatened MAFIA STYLE*

Paul Simonsen
DCS Real Estate Investment, LLC
C/O The Club at Bella Collina
16555 Vista Drive
Bella Collina, Florida 34756

Re: CS Business Systems et.al. v. DCS Real Estate Investments, LLC et. al.
Case No.: 5:17-cv-36-OC-40-PRL
M.D. Florida

Dear Mr. Simonsen:

We apologize for the filing of the Federal Complaint, and all of our Federal Claims have been dismissed. Had we understood those claims, we would have never participated.

Sincerely,
Blet Sutherin
Kathryn Sutherin

Rick Arrighi (convicted felon) is involved in Bella Collina management

👍 Like    💬 Comment    ↪ Share

😊😮 157                                      Chronological ▾

View 1 more comment

**Lizabeth Darcy** Hey we have a class action going on in VA against Mr. Dwight Scharr bad things coming
Like · Reply · 14w

**Lizabeth Darcy** It all links to Donald Trump 😉 I hope that you realize that its linked to the Veterans Administration and properties in NYC and Fla. Its also linked to China HNA properties Anthony scaramucci and skycapital 😉
Like · Reply · 14w                                      💬 1

Write a comment...                                      😊 📷 📹 😀

Press Enter to post.

**Bella Collina Reviews** shared their post.
November 27, 2017 · 🌐

# STOP Bella Collina bullying its residents

Community in Montverde, Florida

### Community                                      See All
👍 10,437 people like this
🔔 10,580 people follow this

### About                                      See All
🕐 Typically replies within a day
   Send Message
🌐 Bella-Collina.REVIEWS
🏷 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

### Team Members
   Don Juravin

### Pages liked by this Page
   Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

Chat (Off)                                      ⚙ ✎ ⚒

f  Bella Collina Reviews                    Q            Pepe   Home   Find Friends

# Bella Collina REVIEWS

Like    Follow    Save    ...

*consider the cost of money + interest rate + club membership + club dues + taxes + POA fees +++

https://www.zillow.com/.../28.596504,-81.643.../14_zm/1_rs/1_fr/

**Bella Collina Reviews**
@Bella.collina.reviews

Home

About

Photos

Community

Posts



e / Tax History

story      Tax History

EVENT      PRICE

5    Sold       $31,100  -95.%

/05   Sold       $750,000

## Bella Collina FL

 Like     Comment      Share

126

 Write a comment...

Press Enter to post

**Bella Collina Reviews**
November 26, 2017 ·

Property assessment price dropped consistently by 90%

https://www.zillow.com/.../28.59438,-81.655063,28.../16_zm/1_fr/

### Tax History

Find assessor information on the county website

| YEAR | PROPERTY TAXES | CHANGE | TAX ASSESSMENT | C |
|------|----------------|--------|----------------|---|
| 2016 | $3,445 | -- | $115,000 | |
| 2015 | $3,445 | +5.8% | $105,000 | |
| 2014 | $3,319 | +35.5% | $75,000 | |
| 2013 | $734 | -29.4% | $50,000 | |
| 2012 | $1,038 | -22.1% | $70,000 | |
| 2011 | $1,333 | -52.9% | $90,000 | |
| 2010 | $2,830 | -53.1% | $187,500 | |
| 2009 | $6,030 | -22.3% | $400,000 | |
| 2008 | $7,756 | -54.4% | $515,000 | |
| 2007 | $16,985 | -8.2% | $1,125,000 | |
| 2006 | $18,494 | -4.8% | $1,125,000 | |
| 2005 | $19,429 | -- | $1,170,000 | |
| 2004 | -- | -- | -- | |

 Like     Comment      Share

358

---

Learn More       Send Message

Community in Montverde, Florida

**Community**                    See All

10,437 people like this

10,530 people follow this

**About**                        See All

Typically replies within a day
**Send Message**

Bella-Collina.REVIEWS

Community · Cause · Real Estate

Impressum

Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

Ryan Homes Building ...    Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More ·
Facebook © 2018

Chat (Off)



f Bella Collina Reviews 🔍    Pepe  Home  Find Friends

👍 Like   🔖 Follow   💾 Save   ···

Learn More   ✉ Send Message

👍 Like        💬 Comment        ↪ Share

Community in Montverde, Florida

358

**Community**    See All

Write a comment...    😊 📷 🎞 🎁

10,437 people like this

Press Enter to post

10,530 people follow this

### Bella Collina Reviews
@Bella.collina.reviews

**About**    See All

**Home**

Typically replies within a day
Send Message

**About**

Bella-Collina.REVIEWS

**Photos**

Community · Cause · Real Estate

**Community**

Impressum

**Posts**

Suggest Edits

**Bella Collina Reviews** added 4 new photos.
November 25, 2017 ·

What the value of a lot in Bella Collina?

If you ask me, an experienced resident living in Bella Collina, I would say "NO more than $5,000"

However, I found on Zillow that lots sold for $22,000

As I read it, houses sold here lately, at the relatively peek times, at $140 to $190 per sf assuming the land is at... no value.

You have to ignore certain listings with price manipulations of which Bella Collina have been accused of in the past in court.

Any real estate agent trying to sell in #BellaCollina MUST inform the client that there are maybe 600 lots or more available already 15 years and that there is only 5-7% REAL full time family occupancy in what's known as "ghost town" Bella Collina.

**Team Members**

Don Juravin

**Pages liked by this Page**

Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ·
Facebook © 2018







👍 Like        💬 Comment        ↪ Share

150                                    Chronological ▾

**Bella Collina Reviews** Another $1,000,000 #HugeLoss in #BellaCollina #RealEstate or maybe even $1,200,000. A very prime lot location by the water is going for $24k and the seller lost more than $1,000,000 all together.
https://www.zillow.com/.../28.580913,-81.652504.28.../15.zm/

Chat (Off)    ⚙ ✎ ▦



 

Bella Collina Reviews

f  Bella Collina Reviews                          Q          Pepe   Home   Find Friends

Learn More     Send Message

# Bella Collina REVIEWS

Bella Collina Reviews Another $1,000,000 #HugeLoss in #BellaCollina #RealEstate or maybe even $1,200,000. A very prime lot location by the water is going for $24k and the seller lost more than $1,000,000 all together.

https://www.zillow.com/.../28.580913,-81.652504,28.../15_zm/

See similar estimates:
https://www.facebook.com/Bella.collina.reviews/posts/30783510637 0593

More: https://Bella-Collina.REVIEWS

**Community in Montverde, Florida**

Price / Tax History

**Community**                    See All

10,437 people like this

10,530 people follow this

Like · Reply · 16w · Edited

**About**                        See All

Typically replies within a day
Send Message

Bella-Collina.REVIEWS

Community · Cause · Real Estate

Impressum

Suggest Edits

Write a comment...
Press Enter to post.

**Team Members**

Don Juravin

**Bella Collina Reviews** added 3 new photos.
November 25, 2017 ·

**Pages liked by this Page**

Ryan Homes Building ...   Like

How badly are lot or home owners lose money in Bella Collina?

*Total cost of lot: $548,000 (potentially $600,000)
Sold lately (2015): $22,000

Total LOSS: $526,000

Reason: probably the investor was blinded by the look of #BellaCollinaClub not even realing that it's mainly a noisy wedding venue

(*Bought for $278,000 in 04 + probably had to pay $40,000 for the "club" + about $50,000 in dues + about $40,000 in taxes + estimated of money LOSS $140,000 = $548,000 + the tax the owner had to pay on money earned and paid in Bella Collina fees which are not deductible + lost opportunities. Numbers are estimated and rounded)

My real estate agent Stockworth Realty Group FAILED to tell me many facts about #BellaCollina and it's history of alleged #FRAUD, real estate losses and the fact that after 15 years only 5% are really family lived in.

https://www.zillow.com/.../28.596693,-81.643.../14_zm/1_rs/1_fr/

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More ·
Facebook © 2018

**ice / Tax History**

| Tax History | Tax History |
|---|---|

| DATE | EVENT | PRICE | $/SQFT | SOURCE |
|---|---|---|---|---|
| 1/23/15 | Sold | $21,920 · -92.1% | -- | Public Record |
| 1/06/04 | Sold | $277,900 | -- | Public Record |


ella Collina P̶ Pendio Dr, ...erde, FL 34756

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT

# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Bella Collina Reviews

| Like | Follow | Save | ... |

**ella Collina F**
**Pendio Dr,**
**rde, FL 34756**
**-- baths · -- sqft**

Dr, Montverde, FL is a single fa
st sold for $21,920 in April 2019

| Like | Comment | Share |

😀😆😮 276

Write a comment...
Press Enter to

**Bella Collina Reviews** added 3 new photos.
November 25, 2017 · 🌎

Lots in Bella Collina... history of accused #FRAUD, maybe 400 lawsuits and prices falling dramatically.

Seller of this lot is trying for 2 years to sell this lot and now dropped the price by to almost HALF (42%) and yet no sell for this "prime" and #LakeFront Bella Collina property.

Meanwhile, this lot owner probably had to pay some $5,000 club fees and $3,600 in tax EVERY YEAR + pay bank interest. All together, estimated $10,000 of annual losses.

Buyer: check first if this property will not require you to pay "developer fees" of about 8% (to #DCSManagement or a related entity which is associated, in some form, with #RandallGreene, #DwightSchar or #RickArrighi). In addition to $40,000 to $80,00 and about $5,000 a year forever.

*number are rounded for illustration purposes

Source: https://www.zillow.com/.../28.588686,-81.64921,28.../14_zm/1_fr/

https://Bella-Collina.REVIEW

$29,900  -93.6%        $199,000  -20.1%

$249,000

--

**Community in Montverde, Florida**

**Community**                                    See All
🖧 10,437 people like this
🔊 10,530 people follow this

**About**                                         See All
🕐 Typically replies within a day
   **Send Message**
🌐 Bella-Collina.REVIEWS
🏷 Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

**Team Members**
   Don Jonavin

**Pages liked by this Page**
   Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ▷·
Cookies · More ·
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT



**Bella Collina Reviews**
@Bella.collina.reviews

Home
About
Photos
Community
Posts

👍 Like    Follow    Save ▾

$249,000

$249,000  -28.7%

$467,900

$349,000

👍 Like        💬 Comment        ↪ Share

😀😲 79                    23 Shares

 Write a comment...

Bella Collina Reviews added 4 new photos.
November 25, 2017 · 🌐

Bella Collina is still JINXED with BAD LUCK

Foreclosures continue and investors continue to lose money. This time, about $4 million

Top house in #BellaCollina "Street of Dreams" may go for about $140 sf.

That is, assuming that the prime land by the "lake" Siena more like a big pond with aligators) is valued about $5,000 (which makes sense if you consider that the entire Bella Collina with about 400 lots, the club and the golf course were acquired for only $12mil)

Looking at the purchase and sale price you get the feeling that only SUCKERS fall for #BellaCollina. For 15 years this community has been promoted as a "deal" and for 15 year almost all lost tens or hundreds or MILLIONS $.

https://www.zillow.com/.../28.638773,-81.603957,2.../12_zm/1_fr/

## Price History

| DATE | EVENT | PRICE | | $/SQFT |
|------|-------|-------|---|--------|
| 10/31/17 | Price change | $1,799,900 | -12.7% | $169 |
| 07/26/17 | Listed for sale | $2,062,500 | -64.9% | $194 |
| 12/21/15 | Sold | $5,870,100 | +4.4% | $552 |
| 10/30/06 | Sold | $5,622,000 | | $529 |

Learn More        Send Message

Community in Montverde, Florida

**Community**                    See All

👍 10,437 people like this

🔊 10,530 people follow this

**About**                        See All

🕐 Typically replies within a day
   Send Message

🌐 Bella-Collina.REVIEWS

📧 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

Don Juravin

Pages liked by this Page

 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ▾
Facebook © 2018

Chat (Off)

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Mon, 19 Mar 2018 18:13:16 GMT



**Bella Collina REVIEWS**

Bella Collina
Reviews
@Bella.collina.reviews

Home
About
Photos
Community
Posts

Like    Follow    Save    ···

⬤⬤⬤ 196

347 Shares

Ankita Kashyap nice
Like · Reply · 9w

Write a comment...
Press Enter to post

**Bella Collina Reviews** added 8 new photos.
November 10, 2017 · ✎

This is REAL life in #BellaCollina today (not the one they sell you). Looks
UGLY, NO #luxury at all - NO rules here.

Cars parked on the grass, in the entrance, on the pavement.. always be like
this in Bella Collina because the POA is controlled by #DCSdevelopment the
residents have NO SAY

N0 wonder that since 2002 (15 years!) only 5% or so is really occupied by
families as their primary home.

I'm Don Karl Juravin and I'm a resident here. I was blinded by the catalog,
pictures, videos and sales pitch. They showed me "paradise" but not the
truth.

Just look at the "Mafia" way the Maserati is parked on the pavement...
almost everything here feels "Mafia" (read the lawsuits to understand)

#BellaCollina #BellaCollinaClub #BellaCollinaGolf are a TRAP. Read all the
post and look at the pictures and make your own mind up. This is REAL and
it's UGLY.

+5

Like    Comment    Share

⬤⬤ 168

Write a comment...

Chronological ▾

Community in Montverde, Florida

**Community**                          See All
🏠 10,437 people like this
🔊 10,530 people follow this

**About**                              See All
ⓘ Typically replies within a day
    Send Message
🌐 Bella-Collina.REVIEWS
📁 Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
    Don Juravin

**Pages liked by this Page**
    Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil)    +
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ⓘ
Cookies · More ▾
Facebook © 2018

Learn More    Send Message

Chat (Off)



**Bella Collina REVIEWS**

Bella Collina Reviews

@Bella.collina.reviews

Home
About
Photos
Community
Posts

f  Bella Collina Reviews  🔍                    Pepe    Home    Find Friends

👍 Like   🔊 Follow   💾 Save   ...

😊 168

Write a comment...  😊 📷 GIF 👍
Press Enter to post

**Bella Collina Reviews**
November 9, 2017 · ⊛                                        ...

** Does NOT feel safe in Bella Collina Florida **

"Shameless" Rick Arrighi Convicted Embezzler

Richard C. Arrighi, known associate of Randall Greene, convicted of
embezzlement. Both are involved in managing #BellaCollina,
#DCSmanagement or #BellaCollinaClub.

A known associate of POA Board member Randall Greene and staff
member of Bella Collina POA Board, Richard C. Arrighi, was convicted of
embezzlement in the State of New York. Having "shown no remorse for his
actions", according to The Sun Chronicle, prosecutors in his case asked for
an 8-year sentence and $700,000 in restitution for his victims.

Arrighi was convicted for concealing stolen property, and being part of a
scheme to raid the U.S. Treasury. According to prosecutors "he was the
spoke in the wheel" in the scheme to defraud over $9 million dollars. The
sentencing judge in the case stated that "(Arrighi) has been shameless right
up to the present". Even the grandmother to his child has called him "a
pathetic liar."

Richard Arrighi has been considered by some members at Bella Collina as
the POA's "right hand man".

Arrighi is seen on almost a daily basis at the Bella Collina Golf Club with
POA Board member and developer Randall Greene. Perhaps Greene
should take the advice of prosecutor Gerald
Leone who stated after the sentencing of accomplice Joe Malone that
"Malone's mistake was placing his trust and confidence in someone like
Richard Arrighi".

Considering that the POA Board is responsible for the Bella Collina property
owners dues and fees in the millions of dollars, perhaps it would be wise to
make sure Arrighi doesn't bankrupt the property owners and the Association.

Source: http://www.thesunchronicle.com/.../article_73c1c9b4-a731-5083...

#RickArrighi #RandallGreene #BellaCollina #BellaCollinaClub
#BellaCollinaGolf #BellaCollinaWedding

BOSTON --- A key figure in what prosecutors are calling the worst case of public
corruption in state history was sentenced to three years in prison and ordered to repay
$540,000 Wednesday for his part in the scheme that swindled the state Treasury of
$9.4 million.

Prosecutors, saying Richard C. Arrighi has shown no remorse for his actions, had asked
for an eight-year sentence and $700,000 in restitution.

Arrighi, 43, formerly of Attleboro, pleaded guilty last month to concealing stolen
property and filing false income tax returns as part of a scheme to raid the Treasury's
unclaimed check fund of $1.6 million.

👍 Like        💬 Comment        ↪ Share

😊❤️😊 319                                    Chronological ▼

658 Shares

Learn More        Send Message

Community in Montverde, Florida

**Community**                                              See All

👍 10,437 people like this
🔊 10,530 people follow this

**About**                                                 See All

⊙ Typically replies within a day
   Send Message
⊙ Bella-Collina.REVIEWS
✉ Community · Cause · Real Estate
ⓘ Impressum
✏ Suggest Edits

**Team Members**
   Don Juravin

**Pages liked by this Page**
   Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ▷ ·
Cookies · More ·
Facebook © 2018

Chat (Off)



f | Bella Collina Reviews | 🔍 | 🗿 Pepe   Home   Find Friends

# Bella Collina REVIEWS

👍 Like   🔊 Follow   🔖 Save   •••

**Bella Collina Reviews**
@Bella.collina.reviews

**Home**
About
Photos
Community
Posts

Learn More      Send Message

**Community in Montverde, Florida**

😊😊😊 319

658 Shares

Chronological ▾


Analeade Analeafg пост 😊 3
Like · Reply · 16w

Sheraz Maqsood nyc
Like · Reply · 16w

Jean Carlo M Lourido not
Like · Reply · 14w

Sdghjsgdjaw Sdhfsifl utijgtjgbkjh
Like · Reply · 12w


كريم محمد
جميل
Like · Reply · See Translation · 12w


Juliana Silva este
Like · Reply · See Translation · 11w


Aslı Taşyürek kljksj
Like · Reply · 10w


Madhu Kumar Hi its good
Like · Reply · 9w

ابيلات ومسابقات
ئ
Like · Reply · 8w

Write a comment...   😊 📷 🌇 GIF 🎁
Press Enter to post

**Community**                                          See All
👥 10,437 people like this
🔊 10,530 people follow this

**About**                                              See All
⊙ Typically replies within a day
  Send Message
🌐 Bella-Collina.REVIEWS
▢ Community · Cause · Real Estate
ⓘ Impressum
✎ Suggest Edits

**Team Members**
 Don Juravin

**Pages liked by this Page**
 Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch                      + 

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

**Bella Collina Reviews** added 19 new photos.
November 8, 2017 · 🕓

I live in the REAL #BellaCollina and it looks and feels UGLY >>

Cars always parked everywhere
Toilets close to the streets
Trash is on the streets 5-6 days of the week
BAD management

WATCH the pictures: this is NOT luxury living but "sales deception" that made hundreds of investors LOSE millions $

That's why from unsuccessfully trying to sell houses of millions of $, Bella Collina is now sellings cheap small house of $470's.... next to the noisy #wedding and #club and crammed next to each other for "wanna be" buyers.

I was charmed and blinded by what the real estate agent showed me... #BellaCollinaClub is beautiful but not useful at all and NOT worth $40,000 + $5,000 a year forever. It's a #wedding venue and NOT YOUR club. It's a SALES office and try to get a birthdate party for a kid and the price is $2,000 to $5,000.

In real life you DON'T live in the #BellaCollinaClub but in the UGLY Bella Collina that I'm seeing everyday. It's not expected to change.

WATCH the pictures: this is NOT luxury living. These UGLY containers are a what you see on a daily basis and management cares mainly... to take your

Chat (Off)                    ⚙ ✎ ⠿

🔍 Bella Collina Reviews

👍 Like    🔖 Follow    💾 Save    ▾    Pepe    Home    Find Friends

# Bella Collina REVIEWS

**Bella Collina Reviews**
@Bella.collina.reviews

**Home**

About

Photos

Community

Posts

Learn More    💬 Send Message

In real life you DON'T live in the #BellaCollinaClub but in the UGLY Bella Collina that I'm seeing everyday. It's not expected to change.

WATCH the pictures: this is NOT luxury living. These UGLY containers are a what you see on a daily basis and management cares mainly... to take your money. That's why Bella Collina has been accused of SCAM & FRAUD since 2002 and that's why it still feels like a GHOST TOWN with only maybe 5% of the lots occupied by families that can call Bella Collina year round "home".

#BellaCollinaClub is managed or associated with a convicted felon and the POA president, #RandallGreene (Randall F. Greene), his wife Christina Green and Randall Greene brother in law have been accused of FRAUDULENT real estate act.

Most lot/home owners have been involved in some legal proceeding and feel TRAPPED, SCAMMED, DEFRAUDED by #DCSmanagement (DCS management) managed by #DwightSchar.

https://Bella-Collina.REVIEWS https://twitter.com/BellaCollina_FL



👍 Like        💬 Comment        ↗ Share

👍❤ 453

👤 Write a comment...    😊 📷 GIF 🎨
Press Enter to post

 **Bella Collina Reviews**
November 2, 2017 · 🌐

#BellaCollinaClub manager sentenced to 3 years

(#RickArrighi and #RandallGreene involved in the management and POA of #BellaCollina)

"A key figure in what prosecutors are calling the worst case of public corruption in state history was sentenced to three years in prison.............for his part in the scheme that swindled the state Treasury of $9.4 million."

**Community in Montverde, Florida**

**Community**    See All

👍 10,437 people like this

📶 10,530 people follow this

**About**    See All

🕐 Typically replies within a day
   Send Message

🌐 Bella-Collina.REVIEWS

💬 Community · Cause · Real Estate

ⓘ Impressum

✏ Suggest Edits

**Team Members**

 Don Juravin

**Pages liked by this Page**

 Ryan Homes Building ...    👍 Like

English (US) · Español · Português (Brasil)
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷
Cookies · More ▾
Facebook © 2018

Chat (Off)    ⚙ 📝 ≡





Document title:            Don Juravin

Capture URL:               https://www.facebook.com/juravin

Captured site IP:          31.13.69.228

Page loaded at (UTC):      Mon, 19 Mar 2018 18:19:08 GMT

Capture timestamp (UTC):   Mon, 19 Mar 2018 18:20:19 GMT

Capture tool:              v5.4.5

Collection server IP:      52.7.109.102

Browser engine:            Chrome/62.0.3202.9

Operating system:          Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:                5

Capture ID:                26538049-e7ab-4c64-a35a-6125825f58eb

User:                      sb-mwilson

PDF REFERENCE #:        2gVtwN76FkEAwkvsEVTWDA



f    Don Juravin    🔍          ⊛ Pepe    Home    Find Friends

# Don Juravin
## (Don Karl Juravin)

⌕ Follow    💬 Message    ···

Timeline    About    Friends    Photos    More ▾

Follow Don to get his public posts in your News Feed.    ⧉ Follow

 1,253 Followers

### ⊙ Intro

Everything: American, controversial, healthy, smart and beautiful and surprising.

🎓 Studied Pre-Med Biology/Chemistry at Gonzaga University

♡ Married

🏳 Manages Bella Collina Reviews



### ⊙ Photos



---

 **Don Juravin**
March 9 at 3:24pm · ⊛

Everything is possible FB.com/groups/LOST100



👍 Like                    ↪ Share

 **Don Juravin**
March 5 at 5:23pm · ⊛

To be successful you have to be... delusional

 **Don Karl Juravin about the Israel global success - the Jewish secret**
Huzpa is the key to the Israeli success around the world. I think I...
YOUTUBE.COM

👍 Like                    ↪ Share

Chat (Off)

 f | Don Juravin                    Q          Pepe   Home   Find Friends

 YOUTUBE.COM

Don Juravin · Timeline ▾ · Recent ▾

### Intro

Everything: American, controversial, healthy, smart and beautiful and surprising.

- Studied Pre-Med Biology/Chemistry at Gonzaga University
- Married
- Manages Bella Collina Reviews



### Photos



### Friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ·
Facebook © 2018

 👍 Like                    ↪ Share

**Don Juravin**
February 11 · 🌐

I'm Don Karl Juravin, the inventor of the Gastric Bypass ALTERNATIVE and I save lives

https://www.facebook.com/groups/Lost100/permalink/1787189591575038/



**Michelle Robinson** ▶ Gastric Bypass ALTERNATIVE - NO surgery
February 11 · Melbourne, FL · 🌐

Down 10 sizes in 4 months. From a size 22 to a size 12. I began GBA on October 5 and have lost 70 lbs. I can't believe the difference in how I look and feel.

 👍 Like                    ↪ Share

👍 3

**Don Juravin**
February 11 · 🌐

https://www.einnews.com/.../don-karl-juravin-fights-bella-col...



Chat (Off)

 Don Juravin

Pepe    Home    Find Friends

 Don Juravin · Timeline ▾ · Recent ▾

**Intro**

Everything: American, controversial, healthy, smart and beautiful and surprising.

🎓 Studied Pre-Med Biology/Chemistry at Gonzaga University

♡ Married

⚑ Manages Bella Collina Reviews



Don Karl Juravin Fights Bella Collina Gag Order and Wins

Mr. Juravin and his family became the victims of "mafia tactics" carried by Bella Collina and Randall Greene who don't want world to know about it

EINNEWS.COM

👍 Like    ➦ Share

😊😊👍 129

**Don Juravin**
February 5 · 🌐

I conducted most extensive study on obesity causes in America. Interesting. Thanks to Dr. Marcus Free.


Why are you overweight?

Causes of obesity in America 2018: 67% of Americans feel "fat" and 41% blame themselves for lack of exercise

2,005 Americans answered frankly "Why am I overweight?" 41% of the women declared not to be overweight while 58% of the men insisted that they are not

EINNEWS.COM

👍 Like    ➦ Share

👍 2

**Photos**



**Friends**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

**Don Juravin** shared Tina Simpson's post.
December 20, 2017 · 🌐



Chat (Off)

 Don Juravin [Q]

**Don Juravin** | Timeline ▾ | Recent ▾

**Intro**

Everything: American, controversial, healthy, smart and beautiful and surprising.

Studied Pre-Med Biology/Chemistry at Gonzaga University

Married

Manages Bella Collina Reviews





**Tina Simpson ▸ Gastric Bypass ALTERNATIVE - NO surgery**
December 18, 2017 · ✺

90+ pounds gone in 8 months! Stopped all meds for diabetics, lipids, blood pressure & hidradenitis suppurativa, a rare skin disorder.

👍 Like          ➤ Share

**Photos**

 



 

👍😍 6

1 Share



**Don Juravin** shared Bella Collina Reviews's post.
November 27, 2017 · ✺

# STOP Bella Collina bullying its residents

**Bella Collina Florida has been accused of fraud, racketeering, embezzlement, mafia tactics**


ST🖐P BULLYING

Search: Rick Arrighi **(Convicted felon)**, Dwight Schar **(the boss)**, Randall Greene **(accused of real-estate fraud)**

**Bella Collina Reviews**
November 22, 2017 · ✺

👍 Like Page

** Let's stop the bullies **

Today, my legal team filed a motion to dismiss the defamation lawsuit Collina, on the grounds that the case is an illegal "SLAPP" (Strategic.

**Friends**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch          [+]

Privacy · Terms · Advertising · Ad Choices [▸] · Cookies · More ·
Facebook © 2018

Chat (Off)



**Composite Exhibit "D"**

  

f  Bella Collina Reviews    🔍    Pepe  Home  Find Friends



👍 Like   🔗 Follow   ➦ Share   ···



+16

👍 Like         💬 Comment         ➦ Share

Learn More     Send Message

Community in Montverde, Florida

**Community**                    See All

👍 10,314 people like this

🔗 10,406 people follow this

**Bella Collina Reviews**
@Bella.collina.reviews

**Home**
About
Photos
Community
Posts

 449

Write a comment...                    ☺ 📷 GIF 😊
Press Enter to post.

 Bella Collina Reviews
November 2, 2017 · 🌐

#BellaCollinaClub manager sentenced to 3 years

(#RickArrighi and #RandallGreene involved in the management and POA of #BellaCollina)

"A key figure in what prosecutors are calling the worst case of public corruption in state history was sentenced to three years in prison.............for his part in the scheme that swindled the state Treasury of $9.4 million."

What is Arrighi's involvement with #DwightSchar Washington Redskins? How involved is he in the management of Bella Collina? Is a convicted felon seriously approving the Bella Collina Club applications?!?!

"A key figure in what prosecutors are calling the worst case of public #corruption in state history was sentenced to three years in prison.............for his part in the scheme that swindled the state Treasury of $9.4 million."

http://www.thesunchronicle.com/.../article_73c1c9b4-a731-5083...

**Arrighi gets 3-year term**

BOSTON — A key figure in what prosecutors are calling the worst case of public corruption in state history was sentenced to three years in prison and ordered to repay

THESUNCHRONICLE.COM

👍 Like         💬 Comment         ➦ Share

 810                          Oldest ▾

 **Bella Collina Reviews** Lee Janzen Bella Collina Bella Collina Events Bella Collina Bella Collina Real Estate Town of Montverde Stockworth Realty Group West Palm Beach, Florida Rahter Justin Pekarek The Julie Bettosini Team at Stockworth Realty Group Linnette Sanzalone Thomas Sara Cohen Mark Allen Hayes Jason Schmidt Melanie Lewis Linda Loudon Michele Ronsisvalle Jodi Rutmann Hayes Karen Raiti Thigpen Lisa Colvin Holaday Chandra Garbarino Bill Fuqua Jesse Thomas Rottinghaus Michelle Rovik Ivette M. Blanco Alison Gilmore Forbes Melissa Koepplinger Kyle Davis Erin Wanner John Berry Drew Ross Irhelma Verwey Pieterse Amy C. DuBois @linnette.sanzalone



**About**                    See All

⟲ Typically replies within a day
   **Send Message**

🌐 Bella-Collina.REVIEWS

▭ Community · Cause · Real Estate

ⓘ Impressum

✎ Suggest Edits

**Team Members**

 Don Juravin

**Pages Liked by This Page**

Ryan Homes Building ...   👍 Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch                    +

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2018

Chat (Off)                    ⚙ ✎ 👥 

Document title: Bella Collina Reviews - Home
Capture URL: https://www.facebook.com/Bella.collina.reviews/?rc=p
Capture timestamp (UTC): Fri, 11 May 2018 18:41:37 GMT



Scooped by GeoffLord
onto bariatric surgery

## Don Karl Juravin Fights Bella Collina Gag Order and Wins

February 26, 1:21 AM

Compare Affordable Gastric Band Surgery overseas gastric sleeve surgery in France Don Karl Juravin Fights Bella Collina Gag Order and WinsMr. Juravin and his family became the victims of â"mafia tacticsâ carried by Bella Collina and Randall Greene who don't want world to know about it. MONTVERDE, FLORIDA, UNITED STATES, February 9, 2018 /EINPresswire.com/ -- Don Karl Juravin is the inventor of the Gastric Bypass ALTERNATIVEÂ®,�...See all stories on this topic https://icaremedicare.co.uk/bariatrics/don-karl-juravin-fights-bella-collina-gag-order-and-wins.html/

**Composite Exhibit "E"**

Document title: Don Karl Juravin Fights Bella Collina Gag Order...
Capture URL: https://www.scoop.it/t/bariatric-surgery-by-geoff-lord/p/4094695396/2018/02/26/don-karl-juravin-fights-bella-collina-gag-order-and-wins

# I Care Medicare Cosmetic Surgery

Contact Us :-
frenchcosmeticsurgery@gmail.com

🏠  Home   Blog   Testimonials   Contact Us   Medical Loans   Weight Loss   News

## Don Karl Juravin Fights Bella Collina Gag Order and Wins

Posted on February 12, 2018  · by Geoff Lord Posted in Weight Loss ·

Compare Affordable Gastric Band Surgery overseas

gastric sleeve surgery in France

**Don Karl Juravin Fights Bella Collina Gag Order and Wins**

Mr. Juravin and his family became the victims of âœmafia tacticsâ carried by Bella Collina and Randall Greene who don't want world to know about it. MONTVERDE, FLORIDA, UNITED STATES, February 9, 2018 /EINPresswire.com/ — Don Karl Juravin is the inventor of the Gastric Bypass ALTERNATIVEÂ®, …
See all stories on this topic

http://www.youtube.com/watch?v=

🏷 bariatric surgery   🏷 gastric band   🏷 gastric bypass surgery   🏷 loans for surgery   🏷 weight loss surgery finance

---

« Type 2 Diabetes and Weight Loss – Be a Little Healthier Today Than You Were Yesterday

Apollo Endosurgery, Inc. (APEN) Analysts See $-0.33 EPS »

## Leave a comment

You must be logged in to post a comment.

### Pages

- Blog
- Contact Us
- Cookie Policy
- Gastric Band Surgery France
- Laser Clinics (France) Ltd Medical Surgical Loans
- Privacy Policy
- Terms
- Testimonials

### Archives

- May 2018
- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017

### Categories

- News (4)
- Weight Loss (1,642)

### WordPress

- Log in
- WordPress

## Pages

- Blog
- Contact Us
- Cookie Policy
- Gastric Band Surgery France
- Laser Clinics (France) Ltd

Medical Surgical Loans

- Privacy Policy
- Terms
- Testimonials

## Archives

- May 2018
- April 2018
- March 2018
- February 2018
- January 2018
- December 2017
- November 2017
- October 2017
- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017
- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016
- May 2016
- April 2016
- March 2016
- February 2016
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- May 2014
- April 2014
- March 2014
- January 2014

## Categories

- News (4)
- Weight Loss (1,642)

## WordPress

- Log in
- WordPress

Terms  |  Privacy Policy  |  Cookie Policy

© I Care Medicare Cosmetic Surgery

Wordpress SEO Plugin by Wordpress SEO Plugin

Document title: Don Karl Juravin Fights Bella Collina Gag Order and Wins | I Care Medicare Cosmetic Surgery
Capture URL: https://icaremedicare.co.uk/bariatrics/don-karl-juravin-fights-bella-collina-gag-order-and-wins.html/

Heads up! We updated our Privacy Policy and Terms of Service to make them clearer and to address some new privacy laws in Europe. Click Accept to let us know you're okay with the updates. Learn more

Accept

  Search

Home    Explore    Page     

# ranjana

6 Pins · 1 follower

     

Randall F. Greene EXPOSED with everything to know - Bella Collina REAL Reviews

Randall F. Greene EXPOSED with everything to know - Bella Collina REAL Reviews

+

?

Privacy

# FLORIDA COUNTRY MUSIC SCENE

EVERYTHING COUNTRY MUSIC IN THE GREAT STATE OF FLORIDA

Home   ›   Country Music News   ›   Don Karl Juravin Fights Bella Collina Gag Order and Wins

# Don Karl Juravin Fights Bella Collina Gag Order and Wins

🕔 February 9, 2018    👤 flcountry    🗀 Country Music News    💬 0



f          🐦          📌          G+







#CountryMusic

Paulisapatricukes Retweeted

**Vintage Radio Man**
@VintageRadioMan

ebay.com/itm/Near-Mint-   #Instrument
#SUZUKI #electronicmusic #genre
#ClassicalMusic #countrymusic #ROCKMUSIC
#POPMUSIC #Contemporary #accompaniment
#RhythmSection #Latin #DrumSection #piano
#guitar #AllInOne #adapter #BEGINNERS
#BuyNow



♡   [→                                    2h

AsFarAsTheEyeCanSee Retweeted

**Big Beard Films**



Embed                              View on Twitter



JUNE 2018




**Events Guide**

JUNE 2018


**DIAMOND DIXIE - CORAL SKY AMPHITHEATRE (CRUZAN AMPHITHEATRE)**
AWESOME COUNTRY DUO FROM ORLANDO


**DIAMOND DIXIE - YELLOW DOG EATS**
AWESOME COUNTRY DUO FROM ORLANDO


**NEON SUMMER - SHARK BAR**
GREAT COUNTRY VOCAL GROUP


**NEON SUMMER - BLUE MONKEY**
GREAT COUNTRY VOCAL GROUP

JULY 2018


**NEON SUMMER - SHARK BAR**
GREAT COUNTRY VOCAL GROUP

AUGUST 2018


**NEON SUMMER - WHISKEY PARK**
GREAT COUNTRY VOCAL GROUP


**NEON SUMMER - SHARK BAR**
GREAT COUNTRY VOCAL GROUP


**NEON SUMMER - SHARK BAR**
GREAT COUNTRY VOCAL GROUP

SEPTEMBER 2018

*No Events*

OCTOBER 2018


**NEON SUMMER - WHISKEY PARK**
GREAT COUNTRY VOCAL GROUP

NOVEMBER 2018

*No Events*

DECEMBER 2018

Residents fight Bella Collina & Randall Greene mafia tactics

*Mr. Juravin and his family became the victims of "mafia tactics" carried by Bella Collina and Randall Greene who don't want world to know about it*

MONTVERDE, FLORIDA, UNITED STATES, February 9, 2018 /EINPresswire.com/ — Don Karl Juravin is the inventor of the Gastric Bypass ALTERNATIVE®, a revolutionary, non-surgical weight loss regimen that allows users to achieve a healthy weight, without resorting to potentially dangerous surgery. 500,000 people on social media follow Juravin and his life saving invention.

Juravin seems to fight for everything he believes is right. He does it without compromise, utilizing his own time and money for the benefit of others. He frequently reminds his legal team: Non sibi, sed patriae (not for self, but for country), which also happens to be the motto of the U.S. Navy.

According to Juravin, in 2015, he and his family were lured by Stockworth Realty to buy a house in the Bella Collina development, located near Orlando. The Stockworth agent made what turned out to be a deceptive presentation, and did not reveal the dark history of Bella Collina, which included more than 400 lawsuits, and accusations of the use of "mafia tactics" by Bella Collina management, through Randall Greene, an agent of the developer. Instead, he was assured that this was a once in a lifetime opportunity and that the community was "very reputable." Richard Arrighi, another developer agent who is a disbarred attorney and convicted felon, finalized the sale from his workplace office in the Bella Collina Country Club, and the family moved in.

During 2016, the Juravin family learned that the Bella Collina Country Club is little more than a noisy venue for weddings and business events, rather than a luxury country club for the Bella Collina residents. Juravin learned that facilities that are not routinely part of these events are allowed to fall into disrepair. For example, the club's pool is found to be cold, dirty, and deserted. The "club" is actually a sales office, not community oriented, and the family of a 7-year-old girl was asked to pay thousands of dollars for a birthday party.

In contrast to the club's glossy, highly-advertised wedding venue, Juravin found the Bella Collina residential area to be neglected and uncared for. His family experienced Bella Collina as "trashy", with workers' cars parked everywhere, construction debris scattered throughout the property, and the entire development poorly managed.



deserted. The "club" is actually a sales office, not community oriented, and the family of a 7-year-old girl was asked to pay thousands of dollars for a birthday party.

In contrast to the club's glossy, highly-advertised wedding venue, Juravin found the Bella Collina residential area to be neglected and uncared for. His family experienced Bella Collina as "trashy", with workers' cars parked everywhere, construction debris scattered throughout the property, and the entire development poorly managed.

Caring deeply about the community he calls home, Mr. Juravin approached Bella Collina management and offered practical solutions. These included improved lighting at the entrance to the "ghost town" development, and replacing an old, dangerous security call box that shocked anyone who used it. When Bella Collina's management showed no interest in making even minor necessary improvements over the course of a year, Juravin took action to finally get the management's attention: he wrote an insider Google review, with supporting pictures and documentation, of the "trashy" side of Bella Collina.

Shortly after voicing his concerns, Mr. Juravin and his family became the victims of "mafia tactics": the family's visitors were harassed at the security gate, fixtures in the backyard of their home were mysteriously broken, and the pump equipment that operated their pool was vandalized. Harassing text messages soon followed from "burner" mobile phones, from area codes all across the country.

Randall Greene, who was accused in court of stealing a house through a fraudulent real estate transaction, manages Bella Collina with the help of Richard Arrighi, an attorney who was disbarred after he was convicted of fraudulently stealing millions of dollars from the state of Massachusetts. Both are involved with Dwight Schar, a billionaire real estate developer and part owner of the Washington Redskins. Schar is perceived by Juravin, as well as others in the community, as the head shot-caller in Bella Collina, while Randall Greene is his henchman.

And Juravin was not alone. Similar horror stories of retaliation against other residents who dared to stand up for their rights soon made their way to the Juravin family.

In a classic tale of David and Goliath, Juravin strived to make the public aware of the bad experiences shared by Bella Collina residents and lot owners. Dwight Schar, with the aid of Randall Greene and an army of lawyers, sought to silence Juravin by petitioning for a court order.

At a recent hearing that took place in Lake County Circuit Court in front of Judge Richard Singletary, Bella Collina retreated from its previous request for a complete "gag order" that would prohibit Juravin from voicing any negative opinions about Bella Collina. Instead, Bella Collina now asks the Court to prevent Juravin from using phrases such as "mafia tactics" in connection with Bella Collina, as well as the use of hashtags identifying those with whom Bella Collina and Schar have business connections (such as #NickFaldo, #LeeJanzen #Marriott. and #Disney) which Mr. Juravin uses to inform them about what is happening in this community.

Juravin states that his win in court is a victory for all community residents who are fed up with bad community management. He believes that Judge Singletary will understand that granting Bella Collina's request would infringe on Mr. Juravin's rights under the First Amendment.

Site: https://bella-collina.reviews
Facebook page: https://facebook.com/Bella.collina.reviews/
Twitter: https://twitter.com/BellaCollina_FL



PARK
GREAT COUNTRY VOCAL GROUP

NOVEMBER 2018

*No Events*

DECEMBER 2018



**NEON SUMMER - WHISKEY PARK**
GREAT COUNTRY VOCAL GROUP

JANUARY 2019

*No Events*

FEBRUARY 2019

*No Events*

MARCH 2019

*No Events*

APRIL 2019

*No Events*

MAY 2019

*No Events*

**POPULAR NEWS**



Remember When Chris Stapleton Covered Tom Petty at the Ryman?



bad community management. He believes that Judge Singletary will understand that granting Bella Collina's request would infringe on Mr. Juravin's rights under the First Amendment.

Site: https://bella-collina.reviews
Facebook page: https://facebook.com/Bella.collina.reviews/
Twitter: https://twitter.com/BellaCollina_FL

Andrew Hill
Must Cure Obesity
407-800-2213
email us here

Bella Collina and lake Apopka

[embedded content]

This Article Was Originally Posted at www.einnews.com

https://www.einnews.com/pr_news/431243933/don-karl-juravin-fights-bella-collina-gag-order-and-wins?ref=rss&ecode=N1bP1tH84J233sYs

         G+

PREVIOUS ARTICLE                                    NEXT ARTICLE

BE THE FIRST TO COMMENT

## Leave a Reply

Your email address will not be published.

Comment

Name *

Email *

Website



SummitMedia/Louisville's Rick Owen Set To Retire



KIZN/Boise Adds Shawnda McNeal For Mornings, Middays



Brad Paisley's visual album.

Name *

Email *

Website

**POST COMMENT**

☐ Notify me of follow-up comments by email.

☐ Notify me of new posts by email.



Brad Paisley's visual album, Love and War, now available on YouTube



iHeartMedia Names Drew Salamon RVP/Sales For Virginia-Carolina Region



Apple Responds To Call For FM In iPhones From FCC Chairman Pai







| | |
|---|---|
| Document title: | Bella Collina Real Estate - Google Search |
| Capture URL: | https://www.google.com/search?client=firefox-b-1-ab&ei=oR1FW4GyKpq9jwTH46zgAg&q=Bella+Collina+Real+Estate&oq=Bella+Collina+Real+Estate&gs_l=psy-ab.3..35i39k1j0i22i30k1l5.18652.18652.0.20013.1.1.0.0.0.0.91.91.1.1.0....0...1c.1.64.psy-ab..0.1.90....0.o1m9y_qZFMw#lrd=0x88e785678b9a6a6d:0x3f651c806f813bf,1,,, |
| Captured site IP: | 172.217.15.68 |
| Page loaded at (UTC): | Tue, 10 Jul 2018 20:57:27 GMT |
| Capture timestamp (UTC): | Tue, 10 Jul 2018 21:17:24 GMT |
| Capture tool: | v6.7.0 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Capture ID: | 26374cf5-db6d-4c28-bb7d-4f346178f848 |
| User: | sb-cynthia |

PDF REFERENCE #:         aUtDMvE7sj6qsAKRtnMXVZ

✕

# Bella Collina Real Estate

16355 Vetta Dr, Montverde, FL

[✎ Write a review]

3.0 ★★★☆☆  4 reviews                                          Sort by: Most relevant ▾

 **J Girls**
Local Guide · 37 reviews · 15 photos

★☆☆☆☆  a year ago

The look of Bella Collina is deceiving. We know because we live here. It's a ghost town over 10 years. Almost everyone who bought here lost money. Check Google for Bella Collina FRAUD and watch the video.

Owners are TRAPPED into $8,000 of annual fees for very little worth. Stay away!

 Like

**Response from the owner** a year ago
ANOTHER FAKE REVIEW BY Don Juravin a.k.a. Adi Juravin a.k.a. Don Karl Juravin. Mr. Juravin is known for posting fake and bogus reviews under different names such as Don J, J Girls, Don Karl Juravin. The Club at Bella Collina has hired legal counsel at Shutts and Bowen to pursue Mr. Juravin for these actions. Please google all of Mr. Juravin's names and you will see for yourself about all of his legal issues after his indictment in Israel and his current legal troubles with the U.S. Federal Government. The letter bellow is from Shutts and Bowen for the public's review. Dear Mr. Juravin: This firm represents DCS Real Estate Investments, LLC, and related entities ("DCS"). Our client has provided us with examples of reviews you posted on "Google Reviews." Based on the information it collected, DCS concludes that your reviews are false and misleading. And you, of all people, should know the harm that can come from inaccurate online reviews. You claim, for example, that Bella Collina is "trashy," and post a picture of a Lake County garbage container. The review is intentionally false, as the garbage can is yours. You placed it at the curb. In fact, I understand that you indiscriminately leave your can at the curb, without respect to the appropriate collection date. You mislead the public by falsely reviewing a problem that you created. Similarly, your complaints about parked cars and construction dumpsters are either false or intentionally misleading. The image of the two vehicles shows that they rest on a driveway, not in the grass as you claim. The photo of the construction dumpster is just that - a construction dumpster. In summary, your reviews are false. DCS demands that you permanently remove the reviews by December 23, 2016, at 12:00p, and post no future false or misleading information. DCS understands that you are professionally familiar with the potential risks associated with continuing this conduct. DCS will not extend you the courtesy of a private request again. Very truly yours, SHUTTS & BOWEN LLP

 **Don Karl Juravin**
Local Guide · 102 reviews · 73 photos

★☆☆☆☆  11 months ago

Bella Collina homes is a FAILURE and was sued for SCAM and FRAUD endless times in the last 15 years.

Bella Collina is JINEX with BAD LUCK

 

Document title: Bella Collina Real Estate - Google Search
Capture URL: https://www.google.com/search?client=firefox-b-1-ab&amp;ei=oR1FW4GyKpq9jwTH46zgAg&amp;q=Bella+Collina+Real+Estate&amp;oq=Bella+Collina...
Capture timestamp (UTC): Tue, 10 Jul 2018 21:17:24 GMT                                    Page 1 of 2

✕

# Bella Collina Real Estate

16355 Vetta Dr, Montverde, FL

3.0 ★★★⯪ ☆  4 reviews

Write a review

Sort by: Most relevant ▾

 **J Girls**
Local Guide · 37 reviews · 15 photos

★ ⯪ ☆ ☆ ☆  a year ago

The look of Bella Collina is deceiving. We know because we live here. It's a ghost town over 10 years. Almost everyone who bought here lost money. Check Google for Bella Collina FRAUD and watch the video.

Owners are TRAPPED into $8,000 of annual fees for very little worth. Stay away!

 Like

**Response from the owner** a year ago

ANOTHER FAKE REVIEW BY Don Juravin a.k.a. Adi Juravin a.k.a. Don Karl Juravin. Mr. Juravin is known for posting fake and bogus reviews under different names such as Don J, J Girls, Don Karl Juravin. The Club at Bella Collina has hired legal counsel at Shutts and Bowen to pursue Mr. Juravin for these actions. Please google all of Mr. Juravin's names and you will see for yourself about all of his legal issues after his indictment in Israel and his current legal troubles with the U.S. Federal Government. The letter bellow is from Shutts and Bowen for the public's review. Dear Mr. Juravin: This firm represents DCS Real Estate Investments, LLC, and related entities ("DCS"). Our client has provided us with examples of reviews you posted on "Google Reviews." Based on the information it collected, DCS concludes that your reviews are false and misleading. And you, of all people, should know the harm that can come from inaccurate online reviews. You claim, for example, that Bella Collina is "trashy," and post a picture of a Lake County garbage container. The review is intentionally false, as the garbage can is yours. You placed it at the curb. In fact, I understand that you indiscriminately leave your can at the curb, without respect to the appropriate collection date. You mislead the public by falsely reviewing a problem that you created. Similarly, your complaints about parked cars and construction dumpsters are either false or intentionally misleading. The image of the two vehicles shows that they rest on a driveway, not in the grass as you claim. The photo of the construction dumpster is just that - a construction dumpster. In summary, your reviews are false. DCS demands that you permanently remove the reviews by December 23, 2016, at 12:00p, and post no future false or misleading information. DCS understands that you are professionally familiar with the potential risks associated with continuing this conduct. DCS will not extend you the courtesy of a private request again. Very truly yours, SHUTTS & BOWEN LLP

 **Don Karl Juravin**
Local Guide · 102 reviews · 73 photos

★ ☆ ☆ ☆ ☆  11 months ago

Bella Collina homes is a FAILURE and was sued for SCAM and FRAUD endless times in the last 15 years.

Bella Collina is JINEX with BAD LUCK

 



Mr. Juravin and his family became the victims of "mafia tactics" carried by Bella Collina and Randall Greene who don't want world to know about it MONTVERDE, FLORIDA, UNITED STATES, February 9, 2018 /EINPresswire.com/ -- Don Karl Juravin is ...
Read More

About ACQ5          Privacy Policy                              © 2018 ACQ5 - All Rights Reserved

Contact Us          Cookie Compliance                          ACQ5 is published under license from the
                    Editorial Policy                           Mergergals International Group Ltd

Heads up! We updated our Privacy Policy and Terms of Service to make them clearer and to address some new privacy laws in Europe. Click Accept to let us know you're okay with the updates. Learn more

Accept

  Search

Home Explore  Pepe  

Send    Save



STOP Bella Collina bullying its residents

Bella Collina Florida has been accused of fraud, racketeering, embezzlement, mafia tactics



Search: Rick Arrighi (Convicted felon), Dwight Schar (the boss), Randall Greene (accused of real-estate fraud)

Visit

 Chhabi Roy saved to kobir6

Christina Greene    ✕

  



## What do you think about this idea?

+

?

Privacy

Document title: (4) Pinterest
Capture URL: https://www.pinterest.com/pin/760475087051906717/feedback/?invite_code=85ee69e4594f4e9599fab26cddcc2777&amp;sender_id=4550045060112083{

| Date | Name | Billed Amt | Michael D. Crosbie Hrs Billed | Michael D. Crosbie Amt Billed | William C. Matthews Hrs Billed | William C. Matthews Amt Billed | Nicole Ballante Hrs Billed | Nicole Ballante Amt Billed | Hourly Rate | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/16/2018 | [6453] Crosbie, Michael D. | $166.00 | 0.40 | $166.00 | | | | | $415 | Strategize regarding motion for order to show cause why defendant shouldn't be held in contempt of Court. |
| 3/19/2018 | [6453] Crosbie, Michael D. | $498.00 | 1.20 | $498.00 | | | | | $415 | Receive and review multiple emails from Mr. Greene; review and revise draft motion for contempt; receive and review defendant's motion for contempt. |
| 3/20/2018 | [6453] Crosbie, Michael D. | $124.50 | 0.30 | $124.50 | | | | | $415 | Final review of contempt motion. |
| 3/19/2018 | [6933] Ballante, Nicole | $808.50 | | | | | 3.30 | $808.50 | $245 | Draft motion for show cause order; research and analysis of case law re: violation of temporary injunctions; review Juravin's online activity and highlight instances where he is still in violation of the injunction for attachment to the motion. |
| 3/22/2018 | [6933] Ballante, Nicole | $24.50 | | | | | 0.10 | $24.50 | $245 | Correspondence with Andrew Hill re: setting motion for order to show cause for hearing. |
| 3/23/2018 | [6933] Ballante, Nicole | $49.00 | | | | | 0.20 | $49.00 | $245 | Correspondence with Andrew Hill and Randall Greene. |
| 3/27/2018 | [6453] Crosbie, Michael D. | $41.50 | 0.10 | $41.50 | | | | | $415 | Review correspondence regarding hearing. |
| 4/25/2018 | [6830] Matthews, William C. | $130.00 | | | 0.50 | $130.00 | | | $260 | Review Notice of Hearing and our Motion for Order to Show Cause Why Don Juravin Should Not be Held in Contemp and Incorporated Memorandum of Law in preparation for upcoming hearing (0.6); |
| 4/25/2018 | [6453] Crosbie, Michael D. | $166.00 | 0.40 | $166.00 | | | | | $415 | Review texts regarding Juravin and McCullough; confer with Mr. Greene regarding witness and deposition. |
| 4/26/2018 | [6453] Crosbie, Michael D. | $332.00 | 0.80 | $332.00 | | | | | $415 | Review hearing notebook and cases to be sent to judge; consider use of texts and new witness at hearing. |
| 4/26/2018 | [6830] Matthews, William C. | $104.00 | | | 0.40 | $104.00 | | | $260 | Assist and assemble hearing notebook in preparation for upcoming Motion to Show Cause hearing (0.4); Research and review additional case law to help supplement Show Cause arguments (0.4). |
| 4/30/2018 | [6830] Matthews, William C. | $104.00 | | | 0.40 | $104.00 | | | $260 | Phone call |
| 5/1/2018 | [6830] Matthews, William C. | $52.00 | | | 0.20 | $52.00 | | | $260 | Phone call with Randall Greene regarding phone call and possible affidavit |
| 5/1/2018 | [6453] Crosbie, Michael D. | $124.50 | 0.30 | $124.50 | | | | | $415 | Receive and review notes and documents from |
| 5/2/2018 | [6453] Crosbie, Michael D. | $249.00 | 0.60 | $249.00 | | | | | $415 | Confer with Attorney Matthews regarding hearing; evaluate evidence for hearing. |
| 5/3/2018 | [6830] Matthews, William C. | $104.00 | | | 0.40 | $104.00 | | | $260 | Plan and prepare for upcoming evidentiary hearing on DCS's Motion to Show Cause Why Juravin Should Not Be Held in Contempt (0.4). |
| 5/3/2018 | [6830] Matthews, William C. | $78.00 | | | 0.30 | $78.00 | | | $260 | Review and analyze hearing notebook in preparation for upcoming evidentiary hearing (0.3). |
| 5/4/2018 | [6830] Matthews, William C. | $52.00 | | | 0.20 | $52.00 | | | $260 | Phone call with client regarding Monday's hearing on the Motion for Order to Show Cause Why Juravin Should Not Be Held in Contempt (0.2). |
| 5/4/2018 | [6830] Matthews, William C. | $364.00 | | | 1.40 | $364.00 | | | $260 | Plan and prepare for evidentiary hearing on DCS's Motion for Order to Show Cause against Juravin (1.4). |
| 5/4/2018 | [6830] Matthews, William C. | $104.00 | | | 0.40 | $104.00 | | | $260 | Review and analyze Facebook, Twitter, and other accounts in preparation for upcoming evidentiary hearing (0.4). |
| 5/1/2018 | [6933] Ballante, Nicole | $24.50 | | | | | 0.10 | $24.50 | $245 | Telephone correspondence with Randall Greene re: hearing on Juravin's contempt of court for violation of the injunction. |
| 5/5/2018 | [6830] Matthews, William C. | $312.00 | | | 1.20 | $312.00 | | | $260 | Plan and prepare for upcoming evidentiary hearing by reviewing posts by the defendant that fail to comply with the Injunction Order and preparing argument outline (1.2). |

**Composite Exhibit "F"**

| Date | Name | Billed Amt | Michael D. Crosbie Hrs Billed | Michael D. Crosbie Amt Billed | William C. Matthews Hrs Billed | William C. Matthews Amt Billed | Nicole Ballante Hrs Billed | Nicole Ballante Amt Billed | Hourly Rate | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/7/2018 | [6830] Matthews, William C. | $1,274.00 | | | 4.90 | $1,274.00 | | | $260 | Plan and prepare for upcoming Motion for Order to Show Cause Why Juravin Should Not Be Held in Contempt by reviewing printouts of updated screen grabs for Exhibit C to the Motion (1.4); Plan and prepare direct of Randall Greene including the reviewing exhibits with Mr. Greene (0.2); Appear for and argue the Motion for Order to Show Cause and obtain an Order enforcing the injunction, awarding us fees and costs, and adding a cure provision of $500 a day after May 10 if the infringing content is not taken down (1.3); Travel to and from Orlando office to the hearing (2.0). |
| 5/7/2018 | [6933] Ballante, Nicole | $73.50 | | | | | 0.30 | $73.50 | $245 | Prepare exhibits in preparation for hearing on contempt motion. |
| 5/7/2018 | [6453] Crosbie, Michael D. | $1,037.50 | 2.50 | $1,037.50 | | | | | $415 | Travel to and from Tavares; attend hearing on motion for contempt. |
| | | $6,397.00 | 6.60 | $2,739.00 | 10.30 | $2,678.00 | 4.00 | $980.00 | | |

| Matter Time Summary | Hours Billed | Hourly Rate | Total Billed |
|---|---|---|---|
| Crosbie, Michael D. | 6.60 | $415.00 | $2,739.00 |
| Matthews, William C. | 11.60 | $260.00 | $3,016.00 |
| Ballante, Nicole | 4.0 | $245.00 | $980.00 |
| | 22.2 | | $6,735.00 |

| Date | Billed Amt | Expenses |
|------|-----------|----------|
| 4/9/2018 | $146.07 | Westlaw Research by: William Matthews 03/22, 23/2018 |
| 4/17/2018 | $2.21 | Long Distance Call |
| 4/25/2018 | $0.50 | Photocopies; 2 |
| 4/26/2018 | $22.50 | Photocopies; 90 |
| 4/26/2018 | $5.50 | Photocopies; 22 |
| 4/27/2018 | $1.00 | Photocopies; 4 |
| 4/27/2018 | $10.50 | Photocopies; 42 |
| 4/27/2018 | $68.25 | Photocopies; 273 |
| 4/27/2018 | $1.50 | Photocopies; 6 |
| 4/27/2018 | $27.00 | Photocopies; 108 |
| 4/27/2018 | $57.00 | Photocopies; 228 |
| 4/26/2018 | $8.85 | Ship to: Hon G. Richard Singeltary |
| 5/1/2018 | $1.70 | Long Distance Call |
| 5/7/2018 | $98.00 | Photocopies; 392 |
| 5/7/2018 | $39.24 | Travel to Lake County Judicial Center to attend hearing on May 7, 2018 (72 miles R/T) |
| Total: | $489.82 | |



**Composite Exhibit "G"**

LAKE COUNTY PROPERTY APPRAISER



**Lake County Property Appraiser's Office**

INTERNATIONAL AWARD WINNER!
*IAAO Public Information Award*
"A Website that Is Transparent and Easily Understood"



INTERNATIONAL ASSOCIATION
of ASSESSING OFFICERS
*Valuing the World*

G Select Language ▼

## Navigation Sidebar

- MAIN
- ADDRESS CHANGE
- EXEMPTIONS
- REPORT FRAUD
- PROPERTY SEARCH
- MAP SEARCH
- SALES SEARCH
- TAX ESTIMATOR
- TAX & MILLAGE DATA
- FORMS
- BUDGET
- EMPLOYMENT
- OUR OFFICES
- LINKS
- VALUE ADJ BOARD
- COMMENTS

## PROPERTY RECORD CARD

 Map of Property   Eagle's Eye View   Proposed Tax Notice   Tax Bill   Print Options

### General Information

| | | | |
|---|---|---|---|
| Owner Name: | JURAVIN DON K & ANNA | Alternate Key: | 3825714 |
| Mailing Address: | 15118 PENDIO DR | Parcel Number: | 12-22-26-050000027000 |
| | MONTVERDE, FL 34756 | Millage Group and City: | BC03 (UNINCORPORATED) |
| | *Update Mailing Address* | Total Certified Millage Rate: | 14.52 |
| | | Trash/Recycling/Water/Info: | *My Public Services Map* |
| Property Location: | 15118 PENDIO DR | | |
| | MONTVERDE FL 34756 | Property Name: | *Submit Property Name* |
| | *Update Property Location* | | |
| | | School Locator: | *School and Bus Map* |
| Property Description: | BELLA COLLINA SUB LOT 270 BEING IN 13-22-26 PB 51 PG 31-49 | | |
| | ORB 4727 PG 1039 | | |

NOTE: This property description is a condensed/abbreviated version of the original description as recorded on deeds or other legal instruments in the public records of the Lake County Clerk of Court. It may not include the Public Land Survey System's Section, Township, Range Information or the county in which the property is located. It is intended to represent the land boundary only and does not include easements or other interests of record. This description should not be used for purposes of conveying property title. The Property Appraiser assumes no responsibility for the consequences of inappropriate uses or interpretations of the property description.



**OUR OFFICES**

**Main Office**
320 W. Main Street
Tavares, FL 32778-3831
(352) 253-2150
(Fax 253-2155)

**Lady Lake**
902 Avenida Central
The Villages, FL 32159
(352) 750-4545
(Fax 750-2796)

### Land Data

| Line | Land Use | Frontage | Depth | Notes | No. Units | Type | Class Value | Land Value |
|---|---|---|---|---|---|---|---|---|
| 1 | SINGLE FAMILY (0100) | 0 | 0 | | 1 | LT | $0.00 | $250,000.00 |

### Residential Building(s)

**Building 001**

| | | | |
|---|---|---|---|
| Residential | Single Family | Building Value: $1,111,473.00 | |

**Summary**

| | | | |
|---|---|---|---|
| Year Built: 2009 | Total Living Area: 6893 | Central A/C: Yes | Attached Garage: Yes |
| Bedrooms: 5 | Full Bathrooms: 6 | Half Bathrooms: 1 | Fireplaces: 2 |

*Incorrect Bedroom, Bath, or other information?*

**Section(s)**

| Section No. | Section Type | Ext. Wall Type | No. Stories | Floor Area | Finished Attic | Basement | Basement Finished | Map Color |
|---|---|---|---|---|---|---|---|---|
| 1 | FINISHED LIVING AREA (FLA) | Stucco/Brick (003) | 1 | 4861 | N | 0% | 0% | |
| 2 | GARAGE (GCF) | Stucco/Brick (003) | 1 | 1208 | N | 0% | 0% | |
| 3 | OPEN PORCH (OPF) | No Wall Type (000) | 1 | 75 | N | 0% | 0% | |
| 4 | SCREEN PORCH (SPF) | No Wall Type (000) | 1 | 1314 | N | 0% | 0% | |
| 5 | OPEN PORCH (OPF) | No Wall Type (000) | 1 | 256 | N | 0% | 0% | |
| 6 | FINISHED UPPER STORY (FUS) | Wood (001) | 1 | 2032 | N | 0% | 0% | |

View Larger / Print / Save

## Miscellaneous Improvements

| No. | Type | No. Units | Unit Type | Year | Depreciated Value |
|---|---|---|---|---|---|
| 0001 | SWIMMING POOL (POL) | 812 | SF | 2010 | $21,051.00 |
| 0002 | POOL DECKING (PLD) | 1642 | SF | 2010 | $9,629.00 |
| 0003 | HOT TUB / SPA (HTB) | 1 | UT | 2010 | $3,296.00 |
| 0005 | POOL UPGRADE (PUG) | 1 | UT | 2010 | $8,500.00 |
| 0006 | RESIDENTIAL MISC ITEM (RMX) | 1 | UT | 2010 | $6,976.00 |

## Sales History



Not intended to be a complete chain of title. Additional official book/page numbers may be listed in the property description above and/or recorded and indexed with y this link to search all documents by owner's name.

| Book/Page | Sale Date | Instrument | Qualified/Unqualified | Vacant/Improved | Sale Price |
|---|---|---|---|---|---|
| 4727 / 1039 | 1/8/2016 | Warranty Deed | Qualified | Improved | $1,700,000.00 |
| 4840 / 2008 | 5/28/2015 | Warranty Deed | Qualified | Improved | $1,200,000.00 |
| 3545 / 1329 | 11/21/2007 | Warranty Deed | Qualified | Vacant | $360,000.00 |
| 2632 / 751 | 8/7/2004 | Warranty Deed | Qualified | Vacant | $289,900.00 |

*Click here to search for mortgages, liens, and other legal documents.* ⓘ

## Values and Estimated Ad Valorem Taxes ⓘ

**Values shown are 2018 'Working Values' subject to change.**
The Market Value listed below is not intended to represent the anticipated selling price of the property and should not be relied upon by any individual or entity as a determination of current market value.

| Tax Authority | Market Value | Assessed Value | Taxable Value | Millage | Estimated Taxes |
|---|---|---|---|---|---|
| LAKE COUNTY BCC GENERAL FUND | $1,410,925 | $1,064,185 | $1,014,185 | 5.11000 | $5,190.60 |
| LAKE COUNTY MSTU AMBULANCE | $1,410,925 | $1,064,185 | $1,014,185 | 0.46290 | $469.47 |
| LAKE COUNTY MSTU FIRE | $1,410,925 | $1,064,185 | $1,014,185 | 0.47040 | $477.07 |
| SCHOOL BOARD STATE | $1,410,925 | $1,064,185 | $1,039,185 | 4.35500 | $4,525.65 |
| SCHOOL BOARD LOCAL | $1,410,925 | $1,064,185 | $1,039,185 | 2.24800 | $2,336.09 |
| LAKE COUNTY MSTU STORMWATER | $1,410,925 | $1,064,185 | $1,014,185 | 0.49570 | $502.73 |
| ST JOHNS RIVER FL WATER MGMT DIST | $1,410,925 | $1,064,185 | $1,014,185 | 0.27240 | $276.26 |
| LAKE COUNTY VOTED DEBT SERVICE | $1,410,925 | $1,064,185 | $1,014,185 | 0.15240 | $154.56 |
| LAKE COUNTY WATER AUTHORITY | $1,410,925 | $1,064,185 | $1,014,185 | 0.25540 | $259.02 |
| SOUTH LAKE HOSPITAL DIST | $1,410,925 | $1,064,185 | $1,014,185 | 0.68980 | $699.58 |
| | | | | Total: 14.52 | Total: $14,891.03 |

## Exemptions Information

This property is also receiving the following exemptions and/or classifications

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>ROCA LABS, INC., a corporation; ROCA LABS NUTRACEUTICAL USA, INC., a corporation; MUST CURE OBESITY, CO., a corporation; JURAVIN, INCORPORATED, a corporation; ZERO CALORIE LABS, INC., a corporation; DON JURAVIN, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., Must Cure Obesity, Co., and Juravin, Incorporated; and GEORGE C. WHITING, individually and as an officer of Roca Labs, Inc., Roca Labs Nutraceutical USA, Inc., and Zero Calorie Labs, Inc.,<br><br>    Defendants. | Case No.  8:15-cv-02231-MSS-TBM |

**PLAINTIFF FEDERAL TRADE COMMISSION'S OPPOSITION TO
DEFENDANTS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING
THE SALE OF FROZEN ASSETS (SPECIFICALLY A 2014 MERCEDES-BENZ)**

The Court should deny Defendants' Motion for Entry of an Order Authorizing the

Sale of Frozen Assets (Dkt. 180).[1] It is riddled with material omissions and misstatements

that are plainly at odds with Defendants' previous representations, as well as new documents

the FTC has obtained from the Mercedes dealership that dealt with Juravin regarding the

vehicles at issue. The most notable omission is that Defendants already sold the frozen 2014

Mercedes SL550 convertible (the "SL550") in May 2017 and thus are asking the Court to

---

[1] Defendants Don Juravin ("Juravin") and Juravin, Incorporated filed the Motion. For brevity, the FTC will refer to the parties filing the motion as "Defendants."

1

approve the sale retroactively. Defendants have apparently decided that it is easier to get

forgiveness than permission. The circumstances, discussed below, not only support an order

denying the Motion and requiring additional equity from Defendants' vehicle sales be frozen

in the Mercedes dealer's account or in their attorney's trust account. They also suggest that

the Court should issue an order to show cause why Juravin should not be held in contempt of

both the Stipulated Preliminary Injunction Freezing Assets ("Stipulated Asset Freeze PI")

(Dkt. 90) entered on September 13, 2016 and the Preliminary Injunction entered on October

29, 2015 (Dkt. 38).

## I.    Background: Defendants Seek Retroactive Approval of their Sales of Frozen Cars

In their Motion, Defendants, neglect to discuss the Stipulated Asset Freeze PI from

which they again seek relief,[2] distort the facts giving rise to the Motion, and notably fail to

swear to the assertions they make. The net impression of their Motion is highly misleading.

A fuller view of the material facts and sequence of events shows that Defendants' depiction

is unreliable and disingenuous, at best. Set forth below are: a detailed discussion of the Court

orders restricting Defendants' disposition of assets; a more comprehensive account than

Defendants presented of communications between counsel and of discovery relating to the

sale of the SL550; and a chronological summary of what documents produced by the

Mercedes dealer reveal about Defendants' actual transactions relating to the frozen SL550

and 2016 Kia Sedona.

---

[2] The Stipulated Asset Freeze PI applies to all Defendants except George Whiting. On April 7, 2017, the Court denied (Dkt. 152) Defendants' October 2016 motion (Dkt. 94) for release of frozen funds to pay attorney fees. On April 13, 2017, the Court denied (Dkt. 155) Defendants' March 2017 motion (Dkt. 115) to vacate the Stipulated Asset Freeze PI.

### A. Orders Limiting Defendants' Sale and Disposition of Assets

Since this case began, Defendants have stipulated to, and the Court has entered,

orders that restrict Defendants' disposition of their assets to preserve such assets for possible

restitution to injured consumers. In response to the FTC's September 24, 2015 Motion for

Noticed Temporary Restraining Order (Dkt. 6), Defendants stipulated to a Temporary

Restraining Order (TRO) that the Court entered on September 29, 2015 (Dkt. 13).

Defendants then largely stipulated to the Preliminary Injunction the Court entered on October

29, 2015 ("October 2015 PI") (Dkt. 38), which supplanted the TRO. Both orders enjoined

Defendants from, among other things, selling, transferring, liquidating, dissipating, or

otherwise disposing of their assets except for "those assets that are used for actual, ordinary,

and necessary business or living expenses that Defendants reasonably incur, including

reasonable legal expenses." Dkt. 13, PageID 1045-55; Dkt. 38, PageID 1575. The October

2015 PI also required Defendants to provide a monthly accounting of their income and

expenditures.[3]

The FTC learned in the summer of 2016 that Defendant Juravin attempted to

circumvent that order's asset preservation requirements by: (1) transferring hundreds of

thousands of dollars to a sham entity, Jugaad Co., that he directed his subordinate, Jenna

Antico, to set up in her name; (2) directing Ms. Antico to create fictitious invoices for the

money; (3) attempting to fraudulently transfer ownership of the SL550 to Ms. Antico with

the intention of reclaiming it at a later date; and (4) trying to get Ms. Antico to sign a

---

[3] "For the duration of this Order, Defendants shall create and maintain a monthly balance sheet and accounting of any income and any withdrawal, transfer, encumbrance, or other dissipation of assets for actual, ordinary, and necessary business or living expenses. . . ." Dkt. 38, PageID 1575.

fraudulent $1 million promissory note. The FTC filed a motion seeking temporary relief and modifying the PI to impose an asset freeze, with a declaration from Ms. Antico. Dkt. 69.[4]

Following that motion, Defendants stipulated to a Temporary Restraining Order freezing assets held in Jugaad Co. accounts and the Court entered that order on August 22, 2016. Dkt. 75. Defendants (excluding Defendant George Whiting) then stipulated to the September 13, 2016 Stipulated Asset Freeze PI which, with a few exceptions, froze Defendants' assets existing at the time, including their vehicles. Dkt. 90, PageID 1961-63.[5] As Juravin testified during his September 9, 2016 asset deposition, these vehicles consisted of the SL550, a 2014 Jeep Wrangler Unlimited Sport ("Jeep"), and a 2016 Kia Sedona SXL ("Kia"). See **Exhibit A** (Juravin Sept. 9, 2016 deposition Tr. 20:1 – 22:9; 53:19 – 54:14; 73:7-11). The Stipulated Asset Freeze PI also requires that Defendants continue to comply with all provisions of the October 2015 PI. Dkt. 90, PageID 1970-71.

### B. In Communications with the FTC, Defendants Misrepresented the Status of Their Vehicles

Defendants' current Motion indicates, without expressly saying so, that they want to sell the SL550 and the Kia and acquire a brand new 2018 Mercedes GLS550 at the sales price of $88,655, with payments exceeding $1000 per month over five years. Dkt. 180-1, PageID 7552, 7558. Prior to their Motion, Defendants had not advised the FTC of plans to

---

[4] These circumstances are also discussed in the April 13, 2017 order (Dkt. 155) denying Defendants' motion to vacate the Stipulated Asset Freeze PI.

[5] The Court was authorized to enter the Stipulated Asset Freeze PI to preserve the possibility of monetary relief for consumers. *See, e.g., FTC v. IAB Mktg. Assoc., LP*, 746 F.3d 1228, 1234-35 (11th Cir. 2014) (affirming preliminary injunction freezing assets); *see also* Dkt. 152, PageID 5681 (order denying Defendants' motion to release frozen funds).

sell the Kia or to acquire a new Mercedes GLS550.[6] As described below, however, they had engaged in efforts since at least May 2017 to sell the SL550.

A third party advised FTC counsel in May 2017 that the SL550 had been towed from Juravin's home. **Exhibit B** (Settlemyer Declaration) ¶5. The FTC also learned in May that one of Defendants' former law firms had obtained judgments against Defendants and put liens on Defendants' SL550, Kia, and Jeep in April. See **Exhibit B** ¶6, Att. 1, at 1-3.[7]

To learn more about status of the SL550, the FTC served interrogatories on Juravin (pursuant to section VI of the Stipulated Asset Freeze PI) on June 6, 2017. Juravin's verified answers (dated June 30, 2017, **Exhibit C** hereto) stated that "[t]he location of the fully operational SL550 is Mercedes-Benz of Tampa," and that Juravin "has engaged in no transactions relating to the Mercedes SL550 since September 12, 2016."[8] **Exhibit C**, at 6.

Concurrent with Juravin's interrogatory answers, Defendants' counsel emailed FTC counsel at 11:04 pm on June 29, 2017 stating that Juravin planned to sell the SL550 unilaterally:

---

[6] Defendants assert that they advised FTC counsel on June 29, 2017 that Juravin needed to trade in the SL550 to "obtain a safe, reliable vehicle for his wife and two young children. . . ." Dkt. 180, PageID 7549. FTC counsel recalls no such discussion. **Exhibit B** ¶9. There is also no basis to infer from Defendants' Motion or the relevant documents that their frozen 2016 Kia, for example, was not a safe, reliable vehicle.

[7] Online records from the Florida Department of Highway Safety and Motor Vehicles for the SL550 retrieved on May 30, 2017 listed liens held by Bank of America and Solomon Law Group. Records retrieved on August 11, 2017 for the SL550 listed none. **Exhibit B**, Att. 1, at 1 and 4.

[8] To resolve a discovery dispute, FTC counsel agreed that Juravin would provide a substantive answer to this interrogatory with the understanding that the "transactions" in which the FTC was interested were those "relating to any ownership interest in the car." **Exhibit B**, Att. 2, at 2; see also **Exhibit C** at 4.

Additionally, Mercedes-Benz of Tampa has offered to broker a deal for the car in question on consignment with the purchase price of [$]58,000. The purchase price lien payoff for this vehicle is $25,591.33. This would be a liquidation of the current and ever depreciating equity in the amount of $32,408.67. Additionally, the loan for the vehicle is a monthly finance expense that would be eliminated.

Hearing no objection by 5:00 pm on Monday, July 3, 2017, Mr. Juravin will commence with this sale of the Mercedes SL550.

**Exhibit B**, Att. 2, at 2.

FTC counsel replied the next day, objecting to the proposed sale and noting that it would require Court approval:

[W]e will evaluate your proposal relating to the sale of the vehicle but, until we have had an adequate opportunity to do so, we object to the proposed sale. Note that because the subject of the proposed transaction is an asset frozen by the Court's September 13, 2016 preliminary injunction [Dkt. 90], the proposed sale and disposition of the proceeds is covered by section I.A. of that order and will require prior approval by the Court. Moreover, if we agree to any such sale, it will be after a meaningful opportunity to evaluate the proposal and conduct our due diligence, not based on a negative option email attempting to impose an unreasonable deadline for us to meet.

**Exhibit B**, Att. 2, at 1.

Defendants' counsel replied, "[a]s to the vehicle, I will proceed directly to the Court for leave." **Exhibit B**, Att. 2, at 1. Defendants did not proceed directly to the Court for leave, however. Counsel did not raise the contemplated sale of the SL550 again until August 10, 2017, when he emailed FTC counsel stating: "[T]he Mercedes SLK *has been sold* to alleviate Mr. Juravin's monthly expenses. Please advise how you prefer the proceeds of the sale to be held as the liquidated asset at issue is frozen under the Court's Order." **Exhibit B**, Att. 2, at 10 (emphasis added). Defendants supplied no accounting for the proceeds. FTC counsel replied on August 11:

"Although Mr. Juravin sold the vehicle without Court approval in violation of Section

I.A. of the Asset Freeze order [Dkt. 90], all proceeds from the sale must remain

frozen. We ask that you deposit the proceeds in your attorney trust account pending

final resolution of this matter . . . ." **Exhibit B**, Att. 2, at 9.[9]

On August 15, 2017, the FTC served interrogatories and a request for the

production of documents on Juravin (again, pursuant to section VI of the Stipulated

Asset Freeze PI) seeking information about the sale of the SL550. **Exhibit B**, Att. 3.

Defendants' counsel acknowledged receipt of the discovery requests and stated: "I am

expecting to receive possession of the cashier's check for the equity of the car."

**Exhibit B**, Att. 2, at 7. Defendants' Motion to authorize sale of the SL550 followed

on August 16. Defendants did not supply responses to the interrogatories and request

for production (**Exhibit B** ¶4), which were due on August 22 and 25, respectively.

### C. Documents from Mercedes-Benz of Tampa

On August 17, 2017, in an attempt to clarify matters, the FTC served

subpoenas for documents on Mercedes-Benz of Tampa ("MBOT"). Excerpts from

MBOT's production (and certification of records) are attached as **Exhibit D**.[10] These

---

[9] Defendants' Motion states that "despite being advised of the trade-in of the vehicle in June 2017, the FTC is now threatening Mr. Juravin with a motion for an order to show cause on the trade-in of the vehicle." Dkt. 180, PageID 7549 ¶10. The FTC, however: was not previously "advised" of the trade-in by the June 29 and 30, 2017 email exchange described above, or otherwise (**Exhibit B** ¶¶7-8 and Att. 2); and the FTC had not specifically threatened Juravin with a motion to show cause on the trade-in (**Exhibit B** ¶9). The FTC has previously advised Defendants' counsel that sale of the SL550 without Court approval would violate the Stipulated Asset Freeze PI, but threatened a motion to show cause arising from Defendants' failure to provide or even respond to requests for the accounting for June 2017 required by section V.A. of the October 2015 PI. **Exhibit B**, Att. 2, at 5-6, 9.

[10] Documents have been redacted to remove personally identifiable information.

documents illuminate the true nature of the transaction for which Defendants now

seek retroactive approval. The documents show that Juravin sold the SL550 to MBOT

on May 11, 2017 for $58,000, the <u>same</u> value for which MBOT had appraised it in

April 2016, contradicting Defendants' assertion that the car was "quickly

depreciating" [Dkt. 180, PageID 7549].

- MTOB appraised the value of the SL550 on April 22, <u>**2016**</u> at $58,000,

  more than one year ago. **Exhibit D,** at 20.

- Juravin obtained a "Payoff Quote" from Bank of America on May 5, 2017

  for $25,567.79. **Exhibit D,** at 21.

- Juravin signed a "Wholesale Order" to sell the SL550 to MBOT for

  $58,000, with a payoff to Bank of America for $25,567.79.[11] **Exhibit D,** at

  19.

- Juravin signed, under penalty of perjury, several power of attorney

  documents appointing MBOT as his attorney-in-fact as of May 11, 2017 to

  transfer title and satisfy any liens on the SL550; the document identified

  MBOT (below the declaration) as the "purchaser". **Exhibit D,** at 24-25.

The documents also show that on or about May 11, 2017 MBOT issued a

check to pay off the Bank of America lien on the SL550, leaving Juravin $32,408.67

in equity. He used most of that amount, without Court permission, as a down payment

---

[11] The payoff amount quoted in the Composite Exhibit to Defendants' Motion was $25,591.33 as of May 8, 2017. PageID 7560; see also **Exhibit D,** at 16.

on a new car in May 2017, three months before Defendants filed their Motion.

- MBOT issued a payoff check for $25,591.33 to Bank of America on May
  11, 2017 and shipped it via FedEx on May 16, 2017. **Exhibit D,** at 17, 23.

- MBOT prepared a "Used Vehicle Purchase Form" dated May 11, 2017
  showing that $25,591.33 from sale of the SL550 was to be paid to Bank of
  America and $7409 was to be paid out in a "Check to Cust,"[12] with an
  additional note "Leave alone 24,999.67 for preorder car." **Exhibit D,** at
  15.

Further, the documents reveal that Juravin already had a $16,000 credit with

MBOT dating back to May 2016 that he did not disclose to the FTC in his required

monthly reporting or in discovery prior to the asset freeze (**Exhibit B** ¶12).

- As of June 5, 2017, Juravin's account with MBOT showed that
  $40,999.67 – including $24,999.67 credited on May 12, 2017 from equity
  for sale of the SL550, and also $16,000 credited on May 23, **2016** with the
  notation "NEXT-CAR" – had been applied to "PREORDER-CAR."[13]
  **Exhibit D,** at 22; see also **Exhibit D,** at 10.

The documents also show that on August 10, 2017, Juravin obtained several

_____

[12] MBOT documents show that a check in that amount payable to Juravin was issued on May 11, 2017, but was apparently voided and not sent. **Exhibit D** at 18.

[13] MBOT's records indicate that the $16,000 credit was not to be applied in the final Retail Purchase Agreement. Thus, it is the understanding of FTC counsel that those funds remain with MBOT. **Exhibit B** ¶10. Because the $16,000 is an asset of Juravin's existing at the time the Court entered the Stipulated Asset Freeze PI on September 13, 2016, those funds are frozen. Counsel for the FTC has advised counsel for MBOT that the $16,000 credit in Juravin's favor should be treated in accordance with the Stipulated Asset Freeze PI. **Exhibit B** ¶11.

appraisals from MBOT for the SL550 and the Kia that, strangely, show the value of

the cars changing by thousands of dollars in the course of an hour.

- An August 10, 2017, 12:28 pm detailed MBOT appraisal of the SL550

  shows an appraised value of $58,000. **Exhibit D,** at 11. Defendants

  obtained another MBOT appraisal of the SL550, submitted to the Court

  with Dkt. 180-1, showing an appraised value of $51,200 as of 12:27 pm

  that same day. PageID 7561.

- An August 10, 2017, 11:49 am detailed MBOT appraisal of the Kia shows

  an appraised value of $28,000. **Exhibit D,** at 6. Defendants obtained

  another MBOT appraisal of the Kia, submitted with Dkt. 180-1, showing

  an appraised value of $34,800 as of 12:26 pm that same day. PageID 7562.

The documents further show that Juravin sold the Kia on August 10, 2017,

that the trade-in allowance for the SL550 was $5,000 less than the May 11 sales price

and the detailed August 10 appraisal, and that the trade-in allowance for the Kia was

$5,000 more than the detailed August 10 appraisal. They also show that Juravin

agreed use the combined equity of those two cars, along with additional financing, to

buy a new 2018 Mercedes GLS550 for $88,655 and make monthly payments of

$1036, including interest, over five years.

- Juravin signed a document under penalty of perjury on August 10, 2017

  appointing MBOT as his attorney in fact to transfer title and satisfy liens

  on the Kia. **Exhibit D,** at 7.

- On the afternoon of August 10, 2017, Juravin signed a Retail Purchase

Agreement (an unsigned version of which Defendants submitted to the Court in Dkt. 180-1) to buy a new 2018 Mercedes GLS550 for the price of $88,655. The trade-in allowances for the SL550 and Kia are shown as $53,000 and $33,000, respectively. The combined "Equity Amount" shown for the two trade-ins is $34,921.67. **Exhibit D,** at 8-9.

- Juravin signed a Retail Installment Sale Contract (an unsigned version of which Defendants submitted to the Court in Dkt. 180-1) for the new 2018 Mercedes GLS550 on the same day, requiring 60 monthly payments of $1036.55 starting September 25, 2017, with a total finance charge of $7094. **Exhibit D,** at 12-14.

- Juravin also signed an Application for Certificate of Title (an unsigned version of which Defendants submitted to the Court in Dkt. 180-1) that day for the new 2018 Mercedes GLS550 to be issued jointly in his name and the name of Juravin, Incorporated.[14] **Exhibit D,** at 2-3.

- On August 16, 2017, MBOT issued a check for $25,487 to Kia Financial, with reference to Juravin's Kia Sedona, and sent it to Kia Motor Finance via FedEx on August 18, 2017. **Exhibit D** at 4-5.

## II.    Argument: The Court Should Deny the Relief Requested, Order that the Equity from Sales of Both Vehicles Remain Frozen, and Issue an Order to Show Cause

Defendants are asking the Court for retroactive leave to sell a frozen SL550 that, according to dealership documents and Defendants' communications to the FTC, "has been

---

[14] Based on information provided by counsel for MBOT, the new Mercedes had not yet been turned over to Defendants as of August 25, 2017. **Exhibit B** ¶13.

sold." Defendants' Motion does not reveal any equitable or other good reason supporting a
change in the Stipulated Asset Freeze PI to grant the requested relief. *See* Dkt. 155, PageID
6220, citing *Canal Auth. of Fla. v. Callaway*, 489 F.2d 567, 578 (5th Cir. 1974). Defendants
do not show how the course of action for which they seek approval would be in the interest
of maintaining assets for consumer redress. *Cf. SEC v. Total Wealth Mgmt., Inc.*, 2017 WL
395480, No. 15-cv-0226 (S.D. Cal. Jan. 30, 2017) (denying motion to sell condominium and
boat and to deposit net proceeds with court-appointed receiver; sale was primarily intended
to benefit defendant, who did not demonstrate that lifting freeze was in interest of investors;
court unwilling to take risk on proposed arrangement giving defendant "complete discretion"
to conduct sale of property). Under these circumstances, the Court would be justified in
denying the requested relief and in issuing an order to show cause why Juravin should not be
held in contempt of the Stipulated Asset Freeze PI. *See SEC v. Homa*, 2000 U.S. Dist. LEXIS
16933, at *4, 24-25, No. 99-c-6895 (N.D. Ill. Nov. 13, 2000) (order for defendant to show
cause for selling frozen asset for which he sought retroactive court approval to sell; defendant
held in contempt).

Defendants have displayed their lack of candor and disregard for the Stipulated Asset
Freeze PI in other ways. They assert in their Motion that as of late June 2017 the SL550 was
"inoperable" (Dkt. 180, PageID 7548). To the contrary, Juravin's contemporaneous sworn
interrogatory answer states that the car was "fully operational." **Exhibit C,** at 6. Moreover,
Defendants appear to have already sold the frozen 2016 Kia Sedona, but they have never
discussed a sale of the Kia with FTC counsel, and do not discuss it in their Motion. The
equity on the Kia is also a frozen asset. Instead, Defendants appear to have entered into an

agreement to purchase a new 2018 Mercedes GLS550 for $88,655, to which they would apply the combined equity of $34,921.67 from their sales of the SL550 and the Kia, and finance the balance by paying $1036 per month (including interest) for five years under a financing agreement. Again, they do not discuss this purchase in their Motion; nor is it evident how this new, lavish monthly expenditure on a luxury car is consistent with Juravin's purported need "to alleviate" the monthly expense of the SL550.[15]

Defendants not only failed to disclose to the Court in their Motion that they already sold the SL550 on May 11, 2017. The relevant documents contradict Juravin's interrogatory answer (verified on June 30, 2017) stating that he had not engaged in any transactions relating to an ownership interest in the vehicle since September 12, 2016. **Exhibit C**, at 6. He had, in fact, already sold the car to MBOT, and MBOT had paid off the Bank of America lien on the SL550, both transactions that relate to ownership interests in the car.

Also disturbing is the fact that Defendants have clearly presented the Court a cherry-picked appraisal of the SL550 – for $5,000 less than the price MBOT actually paid Juravin for it in May – to support the false narrative that the vehicle was rapidly diminishing in value. There is no basis for Defendants' assertion that "[b]etween May 2017 and August 2017, the vehicle's value decreased an additional $6,800." Dkt. 180, PageID 7548. As the appraisals cited above clearly show, the $58,000 appraised value of the SL550 was unchanged between April 2016 and the date Juravin sold it on May 11, 2017, and even as of August 10, 2017.

---

[15] It is also unclear how such an expense would be an "ordinary," "necessary," or "reasonably incur[red]" business or living expense within the meaning of the October 2015 PI. *Cf. SEC v. Forte*, 598 F. Supp. 2d 689, 694 (E.D. Pa. 2009) (denying request to release "excessive" amounts of frozen funds to pay for luxuries; summarizing supporting cases denying release of frozen funds to pay for extravagant expenses and luxury items; defendant did not limit request to "necessary" living expenses and failed to provide documentation supporting request).

Finally, Defendants' machinations to sell the frozen vehicles to acquire a new, luxury

car has revealed that Juravin parked $16,000 with MBOT and did not disclose this asset as

required by the October 2015 PI, nor did he disclose it in the lead-up to issuance of the

Stipulated Asset Freeze PI (**Exhibit B** ¶12).  As the Court found in entering the Stipulated

Asset Freeze PI, "immediate and irreparable damage to this Court's ability to grant effective

final relief for consumers (including monetary restitution, rescission, disgorgement, or

refunds) will occur from the sale, transfer, destruction, or other disposition or concealment by

Defendants of their assets." Dkt. 90, PageID 1958. The Court should not reward Defendants'

pronounced lack of candor and efforts to obfuscate their order violations by retroactively

validating the vehicle sales and blessing the purchase of an expensive new vehicle.

## III.    Conclusion

For the foregoing reasons, the FTC requests that the Court deny Defendants' Motion

and, at a minimum, order that the full equity ($34,921.67) from Defendants' sale of both the

SL550 and the Kia be held by MBOT, or deposited in Defendants' counsel's trust account,

and frozen pending resolution of this case. The Court should also issue an order to show

cause why Defendant Don Juravin should not be held in contempt for:  sale of the two

frozen vehicles without the Court's prior authorization in violation of the Stipulated Asset

Freeze PI; and failing to properly account for his income, withdrawals, transfers and

encumbrances – including the $16,000 parked with MBOT and sale of the SL550 – in

violation of the October 2015 PI.

Respectfully submitted,

*/s/ Carl H. Settlemyer, III*
CARL H. SETTLEMYER, III
(Trial Counsel)
PAUL B. SPELMAN
MICHAEL J. DAVIS
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Drop CC-10528
Washington, DC 20580
202-326-2019, -2487, -2458  (Tel.)
202-326-3259 (Fax)
csettlemyer@ftc.gov
pspelman@ftc.gov
mdavis@ftc.gov
*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 30th day of August, 2017, I electronically filed the foregoing

**Plaintiff Federal Trade Commission's Opposition to Defendants' Motion For Entry of**

**an Order Authorizing the Sale of Frozen Assets (specifically a 2014 Mercedes-Benz)**

with the Clerk of the Court by using the CM/ECF filing system, and this document will be

served electronically through same to counsel for all parties of record.

*/s/Carl H. Settlemyer, III*
Attorney

## EXHIBIT LIST

**FTC's Opposition to Defendants' Motion for Entry of an Order Authorizing the Sale of Frozen Assets (Specifically a 2014 Mercedes-Benz)**

| Exhibit Number | Title |
| --- | --- |
| Exhibit A | Excerpts from Don Juravin's Asset Deposition dated September 9, 2016 |
| Exhibit B | Declaration of Carl H. Settlemyer, III, dated August 30, 2017<br>    Attachment 1 - Florida DHSMV printouts<br>    Attachment 2 - Email correspondence between Carl Settlemyer and Glenn A. Reid, counsel for Defendants<br>    Attachment 3 - August 15, 2017 Interrogatories and Request for Production of Documents to Don Juravin |
| Exhibit C | Don Juravin's Second Responses and Objections to Plaintiff's Vehicle Interrogatories to Don Juravin |
| Exhibit D | Document Production of Mercedes Benz of Tampa |

# EXHIBIT A

# Excerpts from Don Juravin's Asset Deposition dated September 9, 2016

EXHIBIT A

# In the Matter of:

# FTC v. Roca Labs, Inc., et al.

*September 9, 2016*
*Don Juravin*

**Condensed Transcript with Word Index**



For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

Juravin

FTC v. Roca Labs, Inc., et al.                     EXHIBIT A   9/9/2016

---

**1**

                          INDEX
1
2  DEPONENT:
3  Called by the Plaintiff:
4  DON JURAVIN
5      Direct (Spelman) ..................... 4
       Certificate of Oath .................. 170
6      Certificate of Reporter .............. 171
       Errata ............................... 172
7
8
9
10                       EXHIBITS
11 NO.    DESCRIPTION                          PAGE
12  1     FTC Financial Statement               7
    2     Business Disclosure Forms            10
13  3     Supplemental Disclosure              22
    4     Residential Contract for Sale & Purchase  28
14  5     Chase Bank Statement 8216            34
    6     Chase Bank Screen Shots              64
15  7     Chase Bank Statement 7028            87
    8     Contract for Services                91
16  9     Ameritrade Snapshot                  97
    10    Ameritrade Statement 12/1/15-12/31/15  102
17  11    Ameritrade Statement 7/1/16-7/31/16  110
    12    7/14/16 Letters                      131
18  13    E-mail Chain                         136
    14    Promissory Note                      150
19  15    Invoice                              151
    16    Contract for Services                153
20  17    Silicon Web Services Invoice         156
    18    Plaintiff's Second Request for       157
21        Production
22
23
24
25

---

**2**

1            UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
2                   TAMPA DIVISION
3   ---------------------------      :
    FEDERAL TRADE                     :
4   COMMISSION,                       :
                                      :
5           Plaintiff,    : Civil  8:15-cv-02231-MSS-TBM
                          : No.
6   vs.                               :
                                      :
7   ROCA LABS, INC., a                :
    corporation; ROCA LABS           :
8   NUTRACEUTICAL USA, INC.,          :
    a corporation; MUST CURE         :
9   OBESITY, CO., a                   :
    corporation; JURAVIN,            :
10  INCORPORATED, a                   :
    corporation; DON                 :
11  JURAVIN, individually            :
    and as an officer of             :
12  Roca Labs, Inc., Roca            :
    Labs Nutraceutical USA,          :
13  Inc.; Must Cure Obesity,         :
    Co., and Juravin,                :
14  Incorporated; and GEORGE         :
    WHITING, individually            :
15  and as an officer of             :
    Roca Labs, Inc., Roca            :
16  Labs Nutraceutical USA,          :
    Inc., and Zero Calorie           :
17  Labs, Inc.                        :
                                      :
18           Defendants.              :
    ---------------------------      :
19
20  DEPOSITION OF: DON JURAVIN
21  TAKEN AT:       Shumaker, Loop & Kendrick, LLP
                    101 East Kennedy Boulevard
22                  Suite 2800
                    Tampa, Florida
23  DATE & TIME:    Friday, September 9, 2016
                    9:28 a.m.
24
25  REPORTED BY:    Linda LauBach, RPR, CLR
                    Notary Public

---

**3**

1   APPEARANCES:
2      Counsel for Plaintiff:
3         PAUL B. SPELMAN, ESQUIRE
          and
4         CARL H. SETTLEMYER, III, ESQUIRE
          Federal Trade Commission
5         600 Pennsylvania Avenue, Northwest
          Washington, DC 20580
6         (202) 326-2019
          pspelman@ftc.gov
7         csettlemyer@ftc.gov
8
9      Counsel for Defendants:
10        SUZETTE MARTENY, ESQUIRE
          Shumaker, Loop & Kendrick, LLP
11        101 East Kennedy Boulevard
          Suite 2800
12        Tampa, Florida 33602
          (813) 229-7600
13        smarteny@slk-law.com
14     Counsel for Defendant Don Juravin:
15        RAY C. LOPEZ, ESQUIRE
          Lopez and Rossi
16        115 South Albany Avenue
          Tampa, Florida 33606
17        (813) 221-4455
          rclopezlaw@verizon.net
18
19
20
21        Pursuant to notice, the deposition of DON
22  JURAVIN, was taken on behalf of the Plaintiff for
23  discovery purposes, for use as evidence at trial, or both
24  or for such other purposes as are permitted under the
25  applicable and governing rules.

---

**4**

1                   PROCEEDINGS
2        MR. SPELMAN:  So we're here in connection with
3   FTC versus Roca Labs, et al., case No. 15-cv-02231,
4   in the United States District Court for the Middle
5   District of Florida.
6        Now, if you could, swear the witness in.
7        (Witness sworn.)
8        THE WITNESS:  I do.
9        MR. SPELMAN:  And if we could have everybody
10  just say their names for the record.
11       MR. SETTLEMYER:  Carl Settlemyer, counsel for
12  the Federal Trade Commission.
13       MR. SPELMAN:  Paul Spelman, counsel for the
14  Federal Trade Commission.
15       THE WITNESS:  Don Juravin, defendant.
16       MR. LOPEZ:  Ray Lopez, counsel for Don Juravin.
17       MS. MARTENY:  Suzette Marteny, counsel for
18  defendants.
19                   DON JURAVIN,
20  being duly sworn to tell the truth, the whole truth and
21  nothing but the truth, was examined and testified as
22  follows:
23                 DIRECT EXAMINATION
24  BY MR. SPELMAN:
25       Q.  Okay.  Do you understand that you have taken an

---

Juravin

FTC v. Roca Labs, Inc., et al.

EXHIBIT A    9/9/2016

---

17

1          Redacted
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

19

1          A.  Because in the short, I can tell you that my
2     kids are my assets.  My wife is the liability, if that
3     would solve --
4          Q.  I just mean --
5               MR. SETTLEMYER:  We're talking about cash and
6          stocks?
7               MR. SPELMAN:  Yes.
8     BY MR. SPELMAN:
9          Q.  Let me just move on because we're going to go
10    through some of these things individually, so we'll just
11    move on.
12         A.  Because my assets -- my assets are basically
13    some -- the car; the house, 200,000; and the -- in the
14    bank, really almost nothing; and I guess that's about it
15    that I can think about as far as assets.
16         Q.  Okay.  Let me move on.  Do you have the first
17    exhibit?
18         A.  This one (indicating)?
19         Q.  Yes.  If you could turn back to the first
20    exhibit and look at the page where you list the vehicles.
21    I believe it's page 5 in the end.  If you start from the
22    back, you'll see the page numbers.  The page numbers are
23    different.  It's page 5 of the attachments that you guys
24    sent.
25         A.  I got it.

---

18

1          Redacted
2
3
4
5
6
7
8
9
10         Q.  How much -- do you have any idea how much -- if
11    you didn't owe those debts, how much cash and assets you
12    would have?
13         A.  Okay.  You are asking me -- you are asking me
14    that my total assets without liabilities.  You want me to
15    ignore the liabilities?
16         Q.  Right.
17         A.  And you want me to go just to the assets?
18         Q.  Right.
19         A.  You want me to list my assets of current?
20         Q.  I'm trying to get an estimate, if you have an
21    estimate, of your assets; and I'm not including cars or
22    your house or anything like that.  I'm just talking
23    about --
24         A.  So you want to talk about my kids?
25         Q.  No.  That's --

---

20

1          Q.  Okay.  When you submitted this form to the
2     Federal Trade Commission, were these all the vehicles
3     that you owned?
4          A.  As of the end of September or beginning of
5     October last year, yes, it looks like it.
6          Q.  How many of these vehicles do you still own?
7          A.  The Jeep and the last one -- the last two.
8          Q.  The last two.  What happened to the top two?
9          A.  I --
10              MR. LOPEZ:  Object and instruct my client not
11         to answer based on his Fifth Amendment privilege.
12    BY MR. SPELMAN:
13         Q.  You have to say something.
14         A.  Fifth Amendment.
15         Q.  Okay.  Is this correct as far as the status of
16    the Jeep Wrangler, that it's worth about 38,000 and that
17    you don't own -- you don't owe any money on it?
18         A.  It's not worth 38.  I don't know why -- it's
19    not worth 38.
20         Q.  How much would you say it's worth now?
21         A.  Roughly, without looking at something, if I
22    want to sell it, probably 25.  I don't think it's worth
23    that.
24         Q.  And the Mercedes, how much is that worth at
25    this time would you guess?

---

5 (Pages 17 to 20)

Juravin

FTC v. Roca Labs, Inc., et al.                          EXHIBIT A    9/9/2016

---

21

1      A.  They don't want to take it even.
2      Q.  Who's "they"?
3      A.  The dealers.  Because they want me just to put
4   it on consignment.  They don't know.  42.
5      Q.  And do you owe anything on the Mercedes?
6      A.  Yes.
7      Q.  Because it doesn't say you owe anything on the
8   Mercedes.
9      A.  Then it's a mistake.
10     Q.  How much do you owe on the Mercedes?
11     A.  I think about 35.
12     Q.  Who do you owe that to?
13     A.  Bank of America.
14     Q.  Okay.
15     A.  I should have got rid of it long ago because I
16  don't drive it and it costs money.
17        MR. SETTLEMYER:  Can I ask a clarification?
18  Are we talking about the 2014 --
19        MR. SPELMAN:  Yes.
20        MR. SETTLEMYER:  -- Mercedes --
21        THE WITNESS:  Yes.
22        MR. SETTLEMYER:  -- SL550 on the bottom of page
23     5?
24  BY MR. SPELMAN:
25     Q.  Is that a convertible?

---

23

1                    Redacted

---

22

1      A.  Yes.  It's problematic.  They don't -- they
2   don't want to take it.  It has maybe a book value of 50
3   something; but, in reality, it's worth probably 42 or 43.
4      Q.  Do you know how many miles it has on it?
5      A.  It keep it less than 10.  I don't drive it at
6   all because less than 10, it has some psychological
7   thing; and I'm not driving it therefore.
8      Q.  It becomes harder to resell?
9      A.  Yes.
10                   Redacted

---

24

1                    Redacted

---

6 (Pages 21 to 24)

Juravin

FTC v. Roca Labs, Inc., et al.                                           EXHIBIT A    9/9/2016

| | | |
|---|---|---|
| | 53 | |

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19   **Q.   Is Roca Labs Nutraceutical still operational?**
20   A.  No, no, no.
21   **Q.   Does it have any assets?**
22   A.  No.  I think -- I think that what you counted
23   as my assets, and I found it a month ago, what you
24   counted as my asset, it belongs to Roca Labs -- Roca Labs
25   Nutraceutical, the Jeep.

---

55

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

54

1   **Q.   The Jeep?**
2   A.  Yes.  It was my intention for the first time --
3   **Q.   The Jeep Wrangler?**
4   A.  Yes.  It was my intention -- I found it about a
5   month ago that I -- when I wanted to pay for the title or
6   whatever it's called when you pay the annual.  So,
7   actually, I found out that they didn't let me do it
8   because it's not yours.  But I said, Yes, it is but, no,
9   it's written under this name.
10   **Q.   Uh-huh.**
11   A.  So when they look in the Sunbiz, they saw that
12   actually I'm not authorized on Nutraceutical, so actually
13   it's mine.  So I'll have him transfer it to my name or
14   whatever.

Redacted

15
16
17
18
19
20
21
22
23
24
25

---

56

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

14 (Pages 53 to 56)

Juravin

FTC v. Roca Labs, Inc., et al.                                          EXHIBIT A    9/9/2016

---

73

1
2
3
4
5        **Q. Does she pay for her everyday expenses or do**
6        **you?**
7            A.  No.  We have a mutual card.  But she has a
8        company car.  She's taking the boxes to the post office,
9        and she has a Kia that she takes boxes to the post
10       office.  Now we had the storm, so they use the car for
11       sandbags and stuff like that.
12                          Redacted
13
14
15
16
17
18
19
20
21
22
23
24
25

Redacted

---

75

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

74

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

76

Redacted

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

19 (Pages 73 to 76)

# EXHIBIT B

# Declaration of Carl H. Settlemyer, III, dated August 30, 2017

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.  8:15-cv-02231-MSS-TBM |
| Plaintiff, | |
| v. | |
| ROCA LABS, INC., a corporation; *et al.*, | |
| Defendants. | |

**DECLARATION OF CARL H. SETTLEMYER, III, COUNSEL FOR PLAINTIFF,
FEDERAL TRADE COMMISSION, PURSUANT TO 28 U.S.C. § 1746**

I, Carl H. Settlemyer, III, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am an attorney representing Plaintiff Federal Trade Commission ("FTC" or

"Commission") in this action and have personal knowledge of the matters discussed

below.

2.    **Attachment 1** to this declaration contains true and correct copies of records I

retrieved and printed from the official website of the Florida Department of Highway

Safety and Motor Vehicles on the dates shown in the printouts.

3.    **Attachment 2** to this declaration contains true and correct copies of email threads

between me and counsel for Defendants, Glenn A. Reid, showing messages I sent to

and received from Mr. Reid on the dates indicated in the messages.

4.    **Attachment 3** to this declaration contains true and correct copies of interrogatories

and a request for production of documents to Don Juravin the FTC served by email

1

on August 15, 2017. FTC counsel has not received any response to these discovery requests.

5.   In May 2017, a third party advised FTC counsel that Juravin's 2014 Mercedes SL550 ("SL550") had been towed from Juravin's home.

6.   In May 2017, FTC counsel also became aware that Solomon Law Group, PA had placed liens on three vehicles owned by Juravin or his companies. FTC counsel had been advised by the firm that it had provided legal services to Juravin in the past, that Juravin owed the firm for unpaid legal bills, and that the firm had obtained monetary judgments against Jurvain.

7.   FTC counsel first learned, during a June 6, 2017 telephone discussion with Mr. Reid, about Juravin's contemplated sale of the SL550. Mr. Reid advised that Juravin was exploring options to liquidate the SL550 in order to stop having to make payments on it and to pay off liens on it. I advised Mr. Reid that the FTC would be open to discussing options about the vehicle, but that it was frozen under the Court's September 2016 Order.

8.   After Mr. Reid's June 30, 2017 email to me (attached), Defendants did not raise the topic of sale of the SL550 again until Mr. Reid's August 10, 2017 email to me (attached).

9.   I do not recall any communications in which FTC counsel was advised prior to Defendants' August 16, 2017 motion that Defendants contemplated selling their Kia Sedona, buying a new Mercedes GLS550, or trading in the SL550 to obtain a new

vehicle for Juravin's wife and children. Nor had FTC counsel specifically threatened Juravin with an order to show cause relating to such trade in.

10. Mercedes-Benz of Tampa ("MBOT") produced documents relating to the SL550 in response to a subpoena the FTC served on August 17, 2017. Counsel for MBOT's parent company, Asbury Automotive Group, advised me in an August 25, 2017 phone conversation that a $16,000 credit in Juravin's account, shown in the documents produced, dated back to May 2016 and was still on account with the company.

11. I advised counsel for MBOT that if the $16,000 balance pre-dated entry of the Court's September 2016 asset freeze order, which was sent to MBOT with the subpoena, the company should treat that as a frozen asset in accordance with the asset freeze order.

12. Juravin had not previously advised FTC counsel that $16,000 was being held on account for him by MBOT either in Defendants' monthly accounting or in Juravin's disclosures made prior to entry of the Court's September 2016 asset freeze order.

13. Counsel for MBOT advised me that, as of August 25, 2017, the new Mercedes GLS550 that Juravin had ordered had not yet been delivered to Juravin.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2017 in Washington, DC

Carl H. Settlemyer, III

# EXHIBIT B
# Attachment 1

# Florida DHSMV printouts

EXHIBIT B, Att. 1, Page 1 of 6

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | WDDJK7DA3EF023910 | Year/Make: | 2014 MERCEDES-BENZ FOR CARS AND VANS |
| Previous Title State: | FLORIDA | Registration Expiration Date: | |
| Title: | 112852806 | Title Issue Date: | 4/25/2017 |
| Title Status: | ACTIVE | Title Print Date: | 4/28/2017 |
| Odometer Reading/Status: | 15 ACTUAL MILEAGE | Odometer Date: | 9/7/2013 |
| Color: | RED | Vehicle Type: | AUTO |
| Net Weight: | 3,866 | Owner Information: | 1 owner |
| Electronic Title with Electronic Lien | | Salvage: | |
| Brands: | | | |

| Lien Information | | | |
|---|---|---|---|
| Name | Address | Date | Receipt Date |
| BANK OF AMERICA NA | PO BOX 2759 JACKSONVILLE, FL 32203- 2759 | 9/07/2013 | 9/16/2013 |
| THE SOLOMON LAW GROUP PA | 1881 W KENNEDY BLVD STE D TAMPA, FL 33606-0000 | 4/24/2017 | 4/25/2017 |

**If any of the information on this record needs to be corrected,** please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



EXHIBIT B, Att. 1, Page 2 of 6

## Vehicle Information Check

| Vehicle Information: | | |
|---|---|---|
| Vehicle Identification Number: | KNDME5C15G6108867 | Year/Make: | 2016 KIA |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 6/30/2018 |
| Title: | 121591965 | Title Issue Date: | 4/25/2017 |
| Title Status: | ACTIVE | Title Print Date: | 4/28/2017 |
| Odometer Reading/Status: | 67 ACTUAL MILEAGE | Odometer Date: | 12/24/2015 |
| Color: | BLACK | Vehicle Type: | AUTO |
| Net Weight: | 4,720 | Owner Information: | 2 owners joined by 'OR' |
| Electronic Title with Electronic Lien | | Salvage: | |
| Brands: | | | |

| Lien Information | | | |
|---|---|---|---|
| Name | Address | Date | Receipt Date |
| HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINANCE | PO BOX 105436 ATLANTA, GA 30348- 5436 | 12/24/2015 | 1/08/2016 |
| THE SOLOMON LAW GROUP PA | 1881 W KENNEDY BLVD STE D TAMPA, FL 33606-0000 | 4/24/2017 | 4/25/2017 |

**If any of the information on this record needs to be corrected,** please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



EXHIBIT B, Att. 1, Page 3 of 6

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | 1C4BJWDG8EL230021 | Year/Make: | 2014 JEEP BY FCA US LLC (FKA CHRYSLER GROUP LLC) |
| Previous Title State: | | Registration Expiration Date: | 6/30/2018 |
| Title: | 115206237 | Title Issue Date: | 4/25/2017 |
| Title Status: | DUPLICATE TITLE WITH LIEN | Title Print Date: | 4/28/2017 |
| Odometer Reading/Status: | 128 ACTUAL MILEAGE | Odometer Date: | 5/12/2014 |
| Color: | BLACK | Vehicle Type: | AUTO |
| Net Weight: | 4,124 | Owner Information: | 2 owners joined by 'OR' |
| Electronic Title with Electronic Lien | | Salvage: | |
| Brands: | | | |

| Lien Information | | | |
|---|---|---|---|
| Name | Address | Date | Receipt Date |
| THE SOLOMON LAW GROUP PA | 1881 W KENNEDY BLVD STE D TAMPA, FL 33606-0000 | 4/24/2017 | 4/25/2017 |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



6/1/2017

<span style="color:red">EXHIBIT B, Att. 1, Page 4 of 6</span>

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | WDDJK7DA3EF023910 | **Year/Make:** | 2014 MERCEDES-BENZ FOR CARS AND VANS |
| **Previous Title State:** | FLORIDA | **Registration Expiration Date:** | 8/1/2018 |
| **Title:** | 112852806 | **Title Issue Date:** | 7/7/2017 |
| **Title Status:** | ACTIVE | **Title Print Date:** | 7/7/2017 |
| **Odometer Reading/Status:** | 8,073 ACTUAL MILEAGE | **Odometer Date:** | 5/11/2017 |
| **Color:** | RED | **Vehicle Type:** | AUTO |
| **Net Weight:** | 3,866 | **Owner Information:** | 1 owner |
| Paper Title | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected,** please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



EXHIBIT B, Att. 1, Page 5 of 6

### Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| Vehicle Identification Number: | KNDME5C15G6108867 | Year/Make: | 2016 KIA |
| Previous Title State: | FLORIDA | Registration Expiration Date: | 6/30/2018 |
| Title: | 121591965 | Title Issue Date: | 6/20/2017 |
| Title Status: | ACTIVE | Title Print Date: | 6/23/2017 |
| Odometer Reading/Status: | 67 ACTUAL MILEAGE | Odometer Date: | 12/24/2015 |
| Color: | BLACK | Vehicle Type: | AUTO |
| Net Weight: | 4,720 | Owner Information: | 2 owners joined by 'OR' |
| Electronic Title with Electronic Lien | | Salvage: | |
| Brands: | | | |

| Lien Information | | | |
|---|---|---|---|
| Name | Address | Date | Receipt Date |
| HYUNDAI CAPITAL AMERICA DBA KIA MOTORS FINANCE | PO BOX 105436 ATLANTA, GA 30348- 5436 | 12/24/2015 | 1/08/2016 |

**If any of the information on this record needs to be corrected,** please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



EXHIBIT B, Att. 1, Page 6 of 6

## Vehicle Information Check

| Vehicle Information: | | | |
|---|---|---|---|
| **Vehicle Identification Number:** | 1C4BJWDG8EL230021 | **Year/Make:** | 2014 JEEP BY FCA US LLC (FKA CHRYSLER GROUP LLC) |
| **Previous Title State:** | FLORIDA | **Registration Expiration Date:** | 8/1/2018 |
| **Title:** | 115206237 | **Title Issue Date:** | 8/11/2017 |
| **Title Status:** | ACTIVE | **Title Print Date:** | |
| **Odometer Reading/Status:** | 1,500 ACTUAL MILEAGE | **Odometer Date:** | 8/11/2017 |
| **Color:** | BLACK | **Vehicle Type:** | AUTO |
| **Net Weight:** | 4,124 | **Owner Information:** | 1 owner |
| Electronic Title | | **Salvage:** | |
| **Brands:** | | | |

| Lien Information |
|---|
| There is no lien on this vehicle. |

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.

**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.



# EXHIBIT D

## Document Production of Mercedes Benz of Tampa

EXHIBIT D, Page 1 of 25

## CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to 28 U.S.C. § 1746

1.  I, _Ivelisse Torres_ , have personal knowledge of the facts set forth below

    and am competent to testify as follows:

2.  I have authority to certify the authenticity of the records produced by _Mercedes Benz of Tampa_

    and emailed to Carl Settlemyer of the Federal Trade Commission on August 24, 2017.

3.  The documents produced by _Mercedes Benz of Tampa_ are originals or true copies of

    records of regularly conducted activity that:

    a)  Were made at or near the time of the occurrence of the matters set forth by, or

        from information transmitted by, a person with knowledge of those matters;

    b)  Were kept in the course of the regularly conducted activity of

    _Mercedes Benz of Tampa_ and

    c)  Were made by the regularly conducted activity as a regular practice of

    _Mercedes Benz of Tampa_


I certify under penalty of perjury that the foregoing is true and correct.

Executed on _August 25th_ , 2017.

_Signature_

REBECCA ANNE CASE
MY COMMISSION # FF 973446
EXPIRES: March 21, 2020
Bonded Thru Notary Public Underwriters

Case 6:18-bk-06821-KSJ    Doc 76-4    Filed 03/29/19    Page 143 of 166
Case 8:15-cv-02231-MSS-TBM    Document 182-5    Filed 08/30/17    Page 3 of 26 PageID 7662

EXHIBIT D, Page 2 of 25

FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DEAL# 341061
CUST# 63156382
**APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: [X] ORIGINAL  [ ] TRANSFER  VEHICLE TYPE: [X] MOTOR VEHICLE  [ ] MOBILE HOME  [ ] VESSEL  OFF-HIGHWAY VEHICLE: [ ] ATV  [ ] ROV  [ ] MC

### 1 — OWNER / APPLICANT INFORMATION

Customer Number: REDACTED 382

Check this box if you are requesting the certificate of title to be printed. [ ]

Are you a Florida resident? Owner [X] yes [ ] no  Co-Owner [X] yes [ ] no
Are you on aliens? [ ] yes [X] no  [ ] yes [X] no

Unit Number: ___   Fleet Number: ___

[X] OR  [ ] AND  NOTE: When joint ownership, please indicate if "or" and "is to be shown on title when issued. If neither box is checked, the title will be issued with "and".

If applicable: [ ] Life Estate/Remainder Person  [ ] Tenancy By the Entirety  [ ] With Rights of Survivorship  [ ] Owner's County of Residence: LAKE

Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name):
JURAVIN INCORPORATED

Owner's Email Address: @juravin.com

Date of Birth: REDACTED  Sex: ___  FL Driver License or FEID/Suffix #: REDACTED

Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name):
DON KARL JURAVIN

Co-Owner/Lessee's Email Address:

Date of Birth: REDACTED  Sex: M  FL Driver License or FEID/Suffix #: REDACTED

Owner's Mailing Address (Mandatory unless a member of the Military):
REDACTED

City: MONTVERDE  State: FL  Zip: REDACTED

Co-Owner/Lessee's Mailing Address (Mandatory unless a member of the Military):
REDACTED

City: MONTVERDE  State: FL  Zip: REDACTED

Co-Owner/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military):
REDACTED

City: MONTVERDE  State: FL  Zip: REDACTED

Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots.

City: ___  State: ___  Zip: ___

Mail To Customer Name (if different From Above Owner):

Mail To Customer's Email Address:

Date of Birth: ___  Sex: ___  FL Driver License or FEID/Suffix #: ___

Mail To Customer Address (if different From Above Mailing Address):

City: ___  State: ___  Zip: ___

### 2 — MOTOR VEHICLE, MOBILE HOME OR VESSEL DESCRIPTION

Vehicle/Vessel Identification Number: REDACTED 3154

Make/Manufacturer: Mercedes-

Year: 2018  Body: __  Color: BLUE

Florida Title Number: MSD

Previous State of Issue: ___  License Plate/Vessel Registration Number: REDACTED

Weight: 3405  Length: __ Ft __ In.

BHP/CC: __  GVW/LOC: __

VAN USE, IF APPLICABLE: [ ] PASSENGER  [ ] OTHER

DRAFT OF VESSEL (The depth of water a vessel draws)  FT.: __  IN.: __
*For all vessels 26' or more in length and all sailboats

TYPE:
[ ] Open Motorboat  [ ] Houseboat  [ ] Personal Watercraft
[ ] Cabin Motorboat  [ ] Pontoon  [ ] Canoe
[ ] Auxiliary Sailboat  [ ] Airboat  [ ] Other ___
[ ] Inflatable  [ ] Sailboat  [ ] Other ___

HULL MATERIAL:
[ ] Wood  [ ] Aluminum
[ ] Fiberglass  [ ] Steel
[ ] Wood/Fiberglass
[ ] Other ___

PROPULSION:
[ ] Outboard  [ ] Sail
[ ] Inboard  [ ] Air Propelled
[ ] Inboard/Outboard
[ ] Other ___  Specify ___

FUEL:
[ ] Gas  [ ] Diesel
[ ] Electric  [ ] Other
Specify ___

USE OF VESSEL:
[ ] Recreational (Pleasure)  [ ] Commercial Blue Crab  [ ] Commercial Stone Crab  [ ] Government  [ ] Commercial Sponge
[ ] Dealer/Manuf.  [ ] Commercial Fish  [ ] Commercial Live Bait  [ ] Commercial Shrimp Recip.  [ ] Commercial Charter  [ ] Commercial Oyster
[ ] Hire (Livery)  [ ] Commercial Mackerel  [ ] Commercial Shrimp Non-Recip.  [ ] Commercial Oyster  [ ] Commercial Spiny Lobster

Previously Federally Documented Vessel, Attach Copy of:
[ ] U.S. Coast Guard Release From Documentation Form; or  [ ] Copy of Cancelled Documentation Papers

State of Principal Use: ___

PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: ___

### 3 — BRANDS, USAGE AND TYPE (Check Applicable Boxes)

[ ] SHORT TERM LEASE  [ ] LONG TERM LEASE  [ ] REBUILT  [ ] POLICE VEHICLE  [ ] PRIVATE USE  [ ] TAXI-CAB  [ ] FLOOD  [ ] LEV  [ ] CUSTOM
[ ] ASSEMBLED FROM PARTS  [ ] BONDED TITLE  [ ] KIT CAR  [ ] GLIDER KIT  [ ] MANUF. BUY BACK  [ ] REPLICA  [ ] AUTONOMOUS  [ ] ELECTRIC  [ ] STREET ROD

### 4 — LIENHOLDER INFORMATION

CHECK IF ELT CUSTOMER ► [ ] FEID #  [ ] DL # and Sex and Date of Birth  [ ] DMV Account #: 222392039

Date of Birth: 08/10/2017

Lienholder's Name: MBFS

Lienholder's Email Address:

Lienholder's Address: PO BOX 997542

City: SACRAMENTO  State: CA  Zip: 95899

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign:
[ ] (Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.

(Signature of Lienholder's Representative)

### 5 — TRANSFER TYPE

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
[X] SALE  [ ] GIFT  [ ] REPOSSESSION  [ ] COURT ORDER  [ ] OTHER (SPECIFY)

DATE ACQUIRED: 08 / 10 / 2017

### 6 — ODOMETER DECLARATION

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS [ ] 5 or [ ] 6 DIGIT ODOMETER NOW READS ___ , ___ 5 .XX (NO TENTHS) MILES, DATE READ 08 / 10 / 2017 and I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

[X] 1. REFLECTS ACTUAL MILEAGE.  [ ] 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.  [ ] 3. IS NOT THE ACTUAL MILEAGE.

### 7 — DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER/AGENT SIGNATURE |
|---|---|---|---|---|
| 59--1197700 | 08/10/2017 | VF10013811 | 242.10 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2014 | Mercedes-Benz | | WDDJK7DA3EF023910 |

HSMV 82040 – REV. 12/12    www.flhsmv.gov

Case 6:18-bk-06821-KSJ    Doc 76-4    Filed 03/29/19    Page 144 of 166
Case 8:15-cv-02231-MSS-TBM    Document 182-5    Filed 08/30/17    Page 4 of 26 PageID 7663

EXHIBIT D, Page 3 of 25

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **REDACTED** 3154 (Vehicle Identification Number)

DATE: 08/10/2017    SIGNATURE _____    PRINTED NAME _____

Law Enforcement Officer or Florida Dealer/Agency Name **MERCEDES-BENZ OF TAMPA**    Badge # or Florida Dealer # _____    Notary Stamp or Seal

FL DMV/Tax Collector Employee _____    Florida Compliance Examiner/Inspector Badge or ID Number _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ (Print, Type or Stamp)    NOTARY'S SIGNATURE _____

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION   I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE    CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER _____

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL    SALES TAX REGISTRATION NUMBER _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE  ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN HUSBAND AND WIFE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.
☐ OTHER: (EXPLAIN) _____

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.   (More than one form HSMV 82040 may be used for additional signatures.)
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)    Date 08/10/2017    SIGNATURE OF APPLICANT (CO-OWNER)    Date 08/10/2017

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ (Name of Deceased) _____ died on _____ (Date)

☐ testate (with a will)    ☐ Intestate (without a will) and left the surviving heir(s) named below.
☐ When applicable, the heir(s) (named below) certifies that certificate of title is lost or destroyed.
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s) _____    Signature of Spouse, Co-owner or Heir(s) _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____ Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 12/12



CHECK
CONTROL NO.    1124928         ISSUED BY: Gemma_Crescencia_Manalo    PAGE 1C

| INVOICE STOCK NO. | INVOICE DATE | PURCHASE ORDER NO. | COMMENT/V.I.N. | AMOUNT | DISCOUNT/ ACCOUNT NO. | NET AMOUNT |
|---|---|---|---|---|---|---|
|  | 081617 | | KIA - SEDONA - 2016 - VIN: KNDME5C15G6108867 LIEN P/O DON JURAVIN - REDACTED OBO: DLEVY | REDACTED | | 25,487.00 -25,487.00 25,487.00 |

TOTAL    REDACTED    25,487.00

DETACH AT PERFORATION BEFORE DEPOSITING CHECK                    REMITTANCE ADVICE

COURTESY AUTOGROUP

Courtesy Toyota, CJD, KIA
9210 Adamo Drive
Tampa, FL 33619
(813) 246-5421

Mercedes-Benz & Infiniti of Tampa
4400 N. Dale Mabry Hwy
Tampa, FL 33614
(813) 870-0010

Courtesy Nissan, Hyundai, PM Honda
3900 W. Hillsborough Ave
Tampa, FL 33614
(813) 870-3333

WELLS FARGO

1124928    64-975
            612

| DATE | PAY THIS AMOUNT | | AMOUNT OF CHECK |
|---|---|---|---|
| 16AUG17 | ******25,487 DOLLARS 00 CENTS | | *****25,487.00 |

P025

Courtesy Tampa, Brandon, Palm Harbor

TO THE ORDER OF

KIA FINANCIAL
1501 N PLANO ROAD
RICHARDSON TX 75081

BY ****NOT NEGOTIABLE ***
BY ***********************
        AUTHORIZED SIGNATURE

FILE COPY

EXHIBIT D, Page 5 of 25

Page 1 of 1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000. e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
2900 Apalachee Parkway - Tallahassee, 32399-0810
MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE

HSMV 82995 (REV. 10/11)S

DEAL# 341061
STK # JB003154
CUST# ████ 082
FORM# 23540 (Instructions on Reverse Side)

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fine or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| KNDME5C15G6108867 | 2016 | KIA | SEDONA | WG | |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We,  JURAVIN INCORPORATED - DON KARL JURAVIN   appoint   MERCEDES-BENZ OF TAMPA
(Print, Seller's Name)                              (Print Name of Dealership / Business)

as of  08/10/2017  as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
(Date)

described above, exactly as stated in the following disclosure.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☑ 6 DIGIT ODOMETER NOW READS |0|2|2|,|5|0|9| XX| (NO TENTHS) MILES,
DATE READ  08 / 10 /17 , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                        WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

TRANSFEROR (Seller):

Seller's Signature _____     Seller's Printed Name   JURAVIN INCORPORATED

Co Seller's Signature _____     Co Seller's Printed Name _____

Seller's Street Address  REDACTED     City  MONTVERDE    State  FL   Zip  REDACTED

TRANSFEREE (Purchaser):

Purchaser's Signature _____     Purchaser's Printed Name   MERCEDES-BENZ OF TAMPA

Purchaser's Dealership Name _____     Dealer License No.  VF10013811
(Print Name of Dealership/Business)

Business Address  4400 N DALE MABRY HIGHWAY    City  TAMPA    State  FL   Zip  33614

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
(Print Purchaser's Name)                    (Print Name of Dealership / Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
(Date)

to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS |_|_|_|,|_|_|_| XX| (NO TENTHS) MILES,
DATE READ ___ /___ /___ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                        WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

TRANSFEROR (Seller):

Seller's Signature _____     Seller's Printed Name _____
                                        (For Dealership / Business)

Business Address _____     City _____   State ___ Zip ___

TRANSFEREE (Purchaser):

Purchaser's Signature _____     Purchaser's Printed Name _____

Co Purchaser's Signature _____     Co Purchaser's Printed Name _____

Purchaser's Name _____     Street Address _____

City _____     State ___ Zip ___

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, _____ , hereby certify that the mileage I have disclosed on the title document is
(Print Name of Person exercising above power(s) of attorney)

consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described
above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned
documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____     Date _____     Printed Name _____

Street Address _____     City _____     State ___ Zip ___

ORIGINAL: DMS Copy (with Title)        COPY #1: Dealer/Business        COPY #2: Part A Seller

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

**Mercedes-Benz**

**Mercedes-Benz of Tampa**
4400 N. Dale Mabry Highway, Tampa, FL 33614
Phone: (813) 870-0010

**RETAIL PURCHASE AGREEMENT**

EXHIBIT D Page 8 of 25

DEAL NO: 341061
CUST NO: REDACTED 382

F&I MGR:
STK#: JB003154
08/10/2017 02:33 pm

I hereby agree to purchase from you under the following terms and conditions: ☒ NEW   ☐ USED   ☐ DEMONSTRATOR   ☐ PRIOR RENTAL/LEASE

| YEAR | MAKE | MODEL | | COLOR | TRIM | | SALESPERSON | | DATE |
|------|------|-------|--|-------|------|--|-------------|--|------|
| 2018 | Mercedes | GLS550 4MATI | 2890/Blue | | | MARK A GRAY | | 08/10/2017 |

ODOMETER READING: 5

| VIN NUMBER | | | | PURCHASER'S NAME (Please Print) |
|---|---|---|---|---|
| REDACTED | | 3154 | | JURAVIN INCORPORATED  DON KARL JURAVIN |

| STOCK NO. | NO. OF CYLINDERS | BODY STYLE | Address |
|---|---|---|---|
| JB003154 | | | REDACTED |

City: MONTVERDE   County: LAKE   State: FL   Zip Code: REDACTED

**LIEN AND INSURANCE INFORMATION**

Residence Phone: REDACTED   Business Phone - Extension: REDACTED

| LIENHOLDER | | |
|---|---|---|
| MBFS | | |

| INSURANCE AGENT | PHONE # | |
|---|---|---|
| CHUBB | 908/903-2000 | |

| INSURANCE CO. | POLICY # |
|---|---|
| CHUBB | REDACTED |

LH NO.

| | CASH PRICE OF VEHICLE: | 88655.00 |
|---|---|---|
| | DEALER INSTALLED EQUIPMENT: | N/A |

**WARRANTY STATEMENT**

We are selling this Vehicle to you "AS-IS" and we expressly disclaim all warranties, express and implied, including any implied warranties of merchantability and fitness for a particular purpose, unless the box beside the "Used Vehicle Limited Warranty Applies" is marked below, or we enter into a service contract with you at the time of, or within 90 days of, the date of this transaction. Any warranties by a manufacturer or supplier other than our Dealership are theirs, not ours, and only such manufacturer or supplier shall be liable for performance under such warranties. We neither assume nor authorize any other person to assume for us any liability in connection with the sale of the Vehicle and the related goods and services. Oral promises or affirmations of fact will not be recognized and shall not be construed as a warranty of any kind.

**CONTRACTUAL DISCLOSURE STATEMENT (USED VEHICLES ONLY)** The information you see on the window form for this Vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale. Traducción española: Vea el torso.

☐ Used Vehicle Limited Warranty Applies. We are providing the attached Used Vehicle Limited Warranty in connection with this transaction. Any implied warranties apply for the duration of the Limited Warranty.

| | | | |
|---|---|---|---|
| | | + | N/A |
| | | + | N/A |
| | | + | N/A |
| PRICE INCLUDING ACCESSORIES: | | | 88655.00 |
| ADDITIONAL ITEMS: | | + | N/A |
| | | + | N/A |
| | | + | N/A |
| TOTAL INCLUDING ACCESSORIES: | | | 88655.00 |
| LESS TRADE-IN ALLOWANCE: | | | 86000.00 |
| TRADE DIFFERENCE: | | = | 2655.00 |
| FLA TIRE FEE: | | | 5.00 |
| BATTERY FEE: | | | 1.50 |

**DESCRIPTION OF TRADE-IN VEHICLE 1**

| Odometer Reading | Make | Color | Cyl |
|---|---|---|---|
| 8073 | Mercedes-B | RED/Red | |

| Year | Model | Body Type | License No. |
|---|---|---|---|
| 2014 | SL550 | CV | EF023910 |

| Serial Number | | License No. |
|---|---|---|
| WDDJK7DA3EF023910 | | |

Balance Owed To:

Quoted By:

Good To:

| Tel. # | | Account No. | | Title # |
|---|---|---|---|---|

| Trade-In Allowance | Balance Owed | Equity Amount Positive ☒ |
|---|---|---|
| 53000.00 | 25591.33 | 27408.67 ☐ Negative* |

**DESCRIPTION OF TRADE-IN VEHICLE 2**

| Odometer Reading | Make | Color | Cyl |
|---|---|---|---|
| 22509 | KIA | ABP/Black | |

| Year | Model | Body Type | Stock No. |
|---|---|---|---|
| 2016 | SEDONA | WG | G6108867 |

| Serial Number | | License No. |
|---|---|---|
| KNDME5C15G6108867 | | e1679 |

Balance Owed To:

Quoted By:

Good To:

| Tel. # | | Account No. | | Title # |
|---|---|---|---|---|

| Trade-In Allowance | Balance Owed | Equity Amount Positive ☒ |
|---|---|---|
| 33000.00 | 25487.00 | 7513.00 ☐ Negative* |

**\*NEGATIVE EQUITY:** I am aware and understand that if the Balance Owed on my Trade-In(s) exceeds the Trade-In Allowance from the Dealer, the difference (known as the "Negative Equity") will be added to and included in the Cash Balance Due on the Vehicle.

X _____   X _____

**TRADE-IN BALANCE OWED:** I understand that the amount of the Balance Owed on my Trade-In(s) listed above is an estimate only and is subject to verification. Upon verification by the Lienholder, the actual payoff figure will be compared to the above estimate. If the actual figure is less than the estimated figure, the Dealership will refund the difference to me upon receipt of the title with the lien properly released. If the actual figure is greater than the estimated figure, I agree to pay the difference to the Dealership within 48 hours of notification that the shortage exists. If I fail to do so, the Dealership will place a lien on the Vehicle.

☐ Security Deposit Included in Payoff   ☐ Security Deposit not Included in Payoff

I further agree that the Representations Regarding the Trade-In Vehicle in Paragraph 7 on the reverse side are true and correct.

X _____   X _____

| PREDELIVERY SERVICE FEE\*\*: This charge represents costs and profits to the Dealer for items such as inspecting, cleaning and adjusting vehicles and preparing documents related to the sale. | | + | 699.00 |
|---|---|---|---|
| AMOUNT TAXABLE ON VEHICLE: | | = | 3360.50 |
| SALES TAX -6.00 STATE & COUNTY %: 1.00 | | + | 242.10 |
| PLUS BALANCE OWED ON TRADE-IN (Includes any Negative Equity\*) | | + | 51078.33 |
| ESTIMATE - COST OF LICENSE PLATE AND/OR TRANSFER OR PLATE MAY VARY | | | 125.00 |
| MVWEA | | | 2.00 |
| PRIVATE TAG AGENCY FEES (Includes costs and profits to the Dealer and private tag agency): | | | 98.00 |
| CASH BALANCE DUE ON VEHICLE: | | = | 54905.93 |
| REBATE: | | | N/A |
| DEPOSIT: | | | N/A |
| CASH ON DELIVERY: | | | N/A |
| UNPAID CASH PRICE OF VEHICLE: | | | 54905.93 |
| DOCUMENTARY STAMP TAXES: | | + | 192.85 |
| OPTIONAL GAP WAIVER: | | + | N/A |
| OPTIONAL SERVICE CONTRACT: | | + | N/A |
| OPTIONAL MAINTENANCE PLAN: | | + | N/A |
| OPTIONAL ROAD HAZARD PLAN: | | + | N/A |
| TAXES ON OPTIONAL SVC. CONT./MAINT. PLAN: | | + | N/A |
| | | + | N/A |
| | | + | N/A |
| AMOUNT FINANCED: | AMOUNT DUE DEALER: | | 55098.78 |

\*\*The Dealership's Predelivery Service Fee is in accordance with Florida Statute § 501.976(18) and is not included within any other listed or suggested prices for the Vehicle. This Predelivery Service Fee does not include payment for the preparation of legal documents. If you have any questions or concerns about these documents, you are strongly encouraged to consult with an attorney of your choosing before signing any documents or completing this transaction.

CONDITIONAL DELIVERY AGREEMENT/SELLER'S RIGHT TO CANCEL: If Purchaser and Co-Purchaser sign here, the provisions of the Conditional Delivery Agreement/Seller's Right to Cancel section on the reverse side, which gives the Seller the right to cancel within 30 days, will apply. See Paragraphs 9 and 20 on the back of this Agreement. Purchaser and Co-Purchaser agree that the Dealership may immediately cancel this Agreement, and modify, rescind, or revoke any offer, if it is sold prior to assignment of the Retail Installment Sales Contract to a financial institution.

X _____   X _____

THE VALID AND COLLECTIBLE LIABILITY INSURANCE AND PERSONAL INJURY PROTECTION INSURANCE OF ANY AUTHORIZED (RENTAL OR LEASING) DRIVER IS PRIMARY FOR THE LIMITS OF LIABILITY AND PERSONAL INJURY PROTECTION COVERAGE REQUIRED BY § 324.021(7) AND 627.736, FLORIDA STATUTES. I understand that I am contractually incurring a liability by agreeing to shift primary liability for the Vehicle up to my full policy limits to my insurance carrier.

X _____   X _____

Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

X _____   X _____

AGREEMENT ON MANDATORY ARBITRATION: Purchaser(s) and Dealer ("Parties") agree to resolve by binding arbitration any Dispute that arises between them. Any controversy or claim, other than individual claims filed and properly within the jurisdiction of a small claims or equivalent state court, shall be submitted to the AAA, 1633 Broadway, 10th Floor, New York, New York, 10019, or other established ADR Agency agreed to by the parties. For more information about the arbitration process and rules, visit www.adr.org or contact the Organization directly. BY SIGNING BELOW, I ACKNOWLEDGE I HAVE READ THE AGREEMENT TO ARBITRATE, WHICH IS INCORPORATED HEREIN, AND AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THE AGREEMENT TO ARBITRATE. THE PARTIES UNDERSTAND THAT EXCEPT FOR THOSE DISPUTES SPECIFICALLY EXEMPTED FROM ARBITRATION, THEY ARE WAIVING THEIR RIGHT TO A JURY TRIAL AND THEIR RIGHT TO BRING OR PARTICIPATE IN ANY CLASS ACTION OR MULTI-PLAINTIFF ACTION IN COURT OR THROUGH ARBITRATION AND THAT THEIR RIGHTS TO DISCOVERY AND APPEAL ARE LIMITED.

X _____

The front and back of this Agreement and any documents which are part of this transaction or incorporated herein comprise the entire agreement affecting this Retail Purchase Agreement and no other agreement or understanding of any nature concerning the same has been made or entered into, or will be recognized. I have read all the terms and conditions of this Agreement, and agree to them as if they were printed above my signature. I further acknowledge that I am 18 years of age or older and received a copy of this Agreement. This Agreement shall not become binding until signed and accepted by an Authorized Dealership Representative.

ACCEPTED BY: _____

| DEALERSHIP REPRESENTATIVE | DATE 08/10/2017 | C.M. | PURCHASER SIGNATURE | DATE 08/10/2017 |

CO-PURCHASER SIGNATURE        DATE 08/10/2017

Page 1

08/15/2017 06:58 AM

Company: 635, MERCEDES BENZ OF TAMPA
Control Detail Report
Include History:YES / Include Future Postings:YES / Include GL Work in Process:NO / Include Ending Balance:YES / Include Bal Forward:YES

Control
382                      Total $
                         -48,408.67

| Account | | Account Description | Control | Control Description |
|---|---|---|---|---|
| 71 | | Vehicle Receivables | 382 | JURAVIN INCORPORATED |

| Account | Journal | Reference | Acctg. Date | Amount $ | Control2 |
|---|---|---|---|---|---|
| 001 | 10 | 331676 | 03/23/2016 | 36,360.87 | GA220844 |
| 001 | 10 | 331676 | 03/25/2016 | -200.00 | |
| 001 | 10 | 331676 | 03/25/2016 | -36,160.87 | |
| 001 | 10 | 331676 | 05/23/2016 | -16,000.00 | NEXT-CAR |
| 001 | 10 | 331676 | 01/13/2017 | .00 | ORDERCAR-PERTO |
| 001 | 71 | EF023910 | 05/12/2017 | -24,999.67 | PREORDER-CAR |
| 001 | 71 | EF023910 | 08/15/2017 | -7,409.00 | |

Total $
-48,408.67

Control                                      Total $
382                                          -48,408.67

♦ 2017 CDK Global, LLC. All rights reserved.

CDK Drive



**LAW  553-FL-ARB-eps-14 5/14**    EXHIBIT D, Page 12 of 25

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

Dealer Number _____    Contract Number __399712__    341061

| Buyer Name and Address | Co-Buyer Name and Address | Seller - Creditor (Name and Address) |
|---|---|---|
| JURAVIN INCORPORATED REDACTED MONTVERDE, FL REDACTED LAKE | DON KARL JURAVIN REDACTED MONTVERDE FL REDACTED LAKE | MERCEDES-BENZ OF TAMPA 4400 N DALE MABRY HIGHWAY TAMPA, FL 33614 813/870 0010 |
| Buyer's Birth Month: REDACTED | Co-Buyer's Birth Month: REDACTED | |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller-Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at the Base Rate of __4.7900__ % per year. The Truth-In-Lending Disclosures below are part of this contract.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2018 | Mercedes-Benz GLS550 4 | N/A | REDACTED 3154 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

We agree that we advised you whether, based on seller's knowledge, the vehicle was titled, registered, or used as a taxicab, police vehicle, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 34921.67 | Returned Payment Charge: If any check or other payment instrument you give us is dishonored or any electronic payment you make is returned unpaid, you will pay a charge of $25 if the payment amount is $50 or less; $30 if the payment amount is over $50 but not more than $300; $40 if the payment amount is over $300; or such amount as permitted by law. |
|---|---|---|---|---|---|
| 4.79 % | $ 7094.22 | $ 55098.78 | $ 62193.00 | $ 97114.67 | |
| | | | | | Florida documentary stamp tax required by law in the amount of $ 192.85 has been paid or will be paid directly to the Department of Revenue. |

(e) means an estimate

Certificate of Registration No. _____

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 1036.55 | Monthly beginning 09/25/2017 |
| N/A | N/A | N/A |
| Or As Follows: N/A | | |

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

**APPLICABLE LAW**
Federal law and the law of the state of our address shown above apply to this contract.

**Late Charge.** If payment is not received in full within __10__ days after it is due, you will pay a late charge of __5__ % of each installment.
**Prepayment.** If you pay off all your debt early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, prepayment penalties, any required repayment in full before the scheduled date and security interest.

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ __N/A__ and is also shown in item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.
You authorize us to purchase Vendor's or Lender's Single Interest Insurance.
Buyer Signs X __N/A__    Co-Buyer Signs X __N/A__    Date: _____

| Trade-In Vehicle | | Trade-In Vehicle | |
|---|---|---|---|
| Year __2014__ | Make __Mercedes-Benz__ | Year __2016__ | Make __KIA__ |
| Model __SL550__ | | Model __SEDONA__ | |
| VIN __WDDJK7DA3EF023910__ | | VIN __KNDME5C15G6108867__ | |
| Gross Trade-In Allowance $ 53000.00 | | Gross Trade-In Allowance $ 33000.00 | |
| Payoff Made by Seller $ 25591.33 (e) | | Payoff Made by Seller $ 25487.00 (e) | |
| Lienholder __N/A__ | | Lienholder __N/A__ | |

You assign to Seller all of your rights, title and interest in such trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, short term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.
Buyer Initials X _Don_    Co-Buyer Initials X _Don_

Trade-In Payoff Agreement Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the trade-in payoff amount shown above and in Item 2 of the Itemization of Amount Financed as the Pay Off Made by Seller. You understand that the amount quoted is an estimate.
Seller agrees to pay the payoff amount shown above in Item 2 to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown above and in Item 2 you must pay the excess on demand. If the actual payoff amount is less than the amount shown above and in Item 2 Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 4 of this contract, any assignee of this contract will not be obligated to pay the Pay Off Made by Seller shown above and in Item 2 or any refund.

Buyer Signature X _Don_    Co-Buyer Signature X _Don_

Buyer Initials X _Don_    Co-Buyer Initials X _Don_

08/10/2017, 02:33 pm

Case 6:18-bk-06821-KSJ   Doc 76-4   Filed 03/29/19   Page 154 of 166
Case 8:15-cv-02231-MSS-TBM   Document 182-5   Filed 08/30/17   Page 14 of 26 PageID 7673

Page 3 of 25

**OTHER IMPORTANT AGREEMENTS**

1. **FINANCE CHARGE AND PAYMENTS**
   a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.
   b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.
   c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.
   d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on our behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.
   e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.
   If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

2. **YOUR OTHER PROMISES TO US**
   a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.
   b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.
   c. **Security Interest.**
   You give us a security interest in:
   • The vehicle and all parts or goods put on it;
   • All money or goods received (proceeds) for the vehicle;
   • All insurance, maintenance, service, or other contracts we finance for you; and
   • All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.
   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.
   d. **Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must

pay. The charge will be the premium of the insurance and a finance charge at the Base Rate at the law permits. We show the limits of this coverage on page 1. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.
   e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**
   a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
   If you pay late, we may also take the steps described below.
   b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
   • You do not pay any payment on time;
   • You give false, incomplete, or misleading information on a credit application;
   • You start a proceeding in bankruptcy or one is started against you or your property; or
   • You break any agreements in this contract.
   The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.
   c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.
   d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.
   e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.
   f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
   We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.
   g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **WARRANTIES SELLER DISCLAIMS**
   **Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
   This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

## ARBITRATION PROVISION
### PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website. Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

---

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on page 4, which gives the Seller the right to cancel if Seller is unable to assign this contract within _____N/A_____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ _____N/A_____ per day from the date of cancellation until the vehicle is returned or repossessed.

X _____   X _____
Buyer Signs                 Co-Buyer Signs

---

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _____    Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See the rest of this contract for other important agreements.

**NOTICE TO THE BUYER: a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read all pages of this contract, including the arbitration provision above, before signing below. You confirm that you received a completely-filled-in copy when you signed it.

Buyer Signs X _____ Date 08/10/2017   Co-Buyer Signs X _____ Date 08/10/2017
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____
Seller Signs  MERCEDES-BENZ OF TAMPA   Date 08/10/2017  By X _____   Title _____

Seller assigns its interest in this contract to  MBFS _____   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse    ☑ Assigned without recourse    ☐ Assigned with limited recourse
Seller  MERCEDES-BENZ OF TAMPA   By _____   Title _____

---

*(handwritten)* (Check to Cust) 7409.00

*(handwritten)* Leave alone. 24999.67

*(handwritten)* for prior car.

EXHIBIT D, Page 15 of 25

**ASBURY**
AUTOMOTIVE GROUP

## Used Vehicle Purchase Form

*(handwritten top right)* No, if Sale Buyer Order must be attached!

| Date: | 5/11/2017 | Dealership: | 635 - Mercedes-Benz of Tampa |
|---|---|---|---|
| Company#: | 635 | Contact: | |

| Purchased From: | DON JURAVIN |
|---|---|
| Address | REDACTED |
| | MONTEVERDE, FL REDACTED |

| Payment Method: | PAYOFF | (ACH, Payoff, Check to Customer) |
|---|---|---|

### Incoming Vehicle

| Year: | 2014 | Make: | MERCEDES-BENZ | Model | SL |
|---|---|---|---|---|---|
| VIN: | WDDJK7DA3EF023910 | Stock #: | EF023910 | Miles: | 8073 |
| ACV/Purchase Amt: | $58,000.00 | Color: | RED | Int Color: | BEIGE |

### Payment Instructions for Payoff

| Lienholder: | Bank of America |
|---|---|
| Name on Account: | | Account # | |
| Payoff Address: | |
| Payoff Amount: | 25591.33 | Good Till Date: | |

### GL Coding for Payoff

| Co# | *GL Account | Control 1 | Control 2 | *Amount | Description |
|---|---|---|---|---|---|
| 635 | REDACTED | EF023910 | | 25591.33 | |
| 635 | | | | - | |

### GL Coding for Check

| Co# | *GL Account | Control 1 | Control 2 | Amount | Description |
|---|---|---|---|---|---|
| 635 | REDACTED | EF023910 | | 7409.00 | |
| 635 | | | | | |

| ABG 600 - PRINT TO CHECK PRINTER #  4 | 33000.33 |
|---|---|

| Special Handling | |
|---|---|

### Supporting Documents

| ☑ Odometer Statement Signed | ☐ Title in House (if no payoff) | ☐ Copy of Title Check to verify no secondary lien |
|---|---|---|
| ☐ Secure POA & Reassignment Completed | ☐ Copy of Driver's License | ☐ Carfax ☐ Appraisel |

### Approvals

| Sales Manager | *(signature)* | Date: |
|---|---|---|

Rev 2/24/2014

Case 6:18-bk-06821-KSJ    Doc 76-4    Filed 03/29/19    Page 157 of 166
Case 8:15-cv-02231-MSS-TBM    Document 182-5    Filed 08/30/17    Page 17 of 26 PageID 7676
Payoff Instructions                                                    Page 1 of 1

EXHIBIT D, Page 16 of 25

Dealertrack 

Retail Payoff Instructions

This is restricted, and/or confidential information intended only for the designated recipient.

**Bank of America**
**Merrill Lynch**

**Customer Information**

DON A JURAVIN
REDACTED
SARASOTA FL REDACTED

**Vehicle Information**

2014 MERCEDES SL550

VIN: WDDJK7DA3EF023910

**Payoff Instructions**

- As of 05/08/2017 payoff amount good through 05/18/2017 is $25,591.33. The daily finance charge is 1.811. This quote is good through 05/18/2017.

  This payoff amount does not include any fees that may accrue or any payments that may be returned.

- Please provide the address where we should send the title/lien release.

- To ensure timely release:

   - Send check prior to payoff good through date.
   - Note customer's name, account # or VIN on payoff check.
   - Make checks payable to Bank of America.
   - The payoff amount should be sent to:

**U.S. Mail - Please address to below:**

Bank of America, N.A.
PO Box 15220
Wilmington, DE 19886-5220

**Overnight Delivery - All loan accounts**

Bank of America, FL9-600-02-26. Attn: Payoff Processing
9000 Southside Blvd., Bldg 600, Jacksonville, FL 32256

For questions regarding the information displayed in this form, please contact a Customer Service Representative at 1-800-215-6195.

EXHIBIT 13, Page 17 of 25

| CHECK CONTROL NO. | 1116396 | | ISSUED BY: Amber_Wood | | | PAGE 1C |
|---|---|---|---|---|---|---|

| INVOICE STOCK NO. | INVOICE DATE | PURCHASE ORDER NO. | COMMENT/V.I.N. | AMOUNT | DISCOUNT/ ACCOUNT NO. | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 051117 | PAYOFF-DON JURAVIN 2014 MB SL EF023910 OBO JSIMON | | | | 25,591.33 |
| | | | | | | 0.00 |
| | | | | | REDACTED | -25,591.33 |
| | | | | | REDACTED | 25,591.33 |

X

Reviewed by:

MAY 10 2017

IVELISSE TORRES

| | | | | TOTAL | REDACTED | 25,591.33 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK

REMITTANCE ADVICE

**COURTESY** AUTOGROUP

Courtesy Toyota, CJD, KIA
9210 Adamo Drive
Tampa, FL 33619
(813) 246-5421

Mercedes-Benz & Infiniti of Tampa
4400 N. Dale Mabry Hwy
Tampa, FL 33614
(813) 870-0010

Courtesy Nissan, Hyundai, PH Honda
3800 W. Hillsborough Ave
Tampa, FL 33614
(813) 870-3333

WELLS FARGO

1116396    64-975 / 612

| DATE | PAY THIS AMOUNT | AMOUNT OF CHECK |
|---|---|---|
| 11MAY17 | ******25,591 DOLLARS 33 CENTS | *****25,591.33 |

Courtesy Tampa, Brandon, Palm Harbor

TO THE ORDER OF    BANK OF AMERICA

BY ***********************
*** NOT NEGOTIABLE ***
BY ***********************

AUTHORIZED SIGNATURE

FILE COPY

EXHIBIT D, Page 18 of 25

| CHECK CONTROL NO. | | 1116397 | | ISSUED BY: Amber_Wood | | Courtesy Tampa, Brandon, Palm Harbor | | PAGE 1C |
|---|---|---|---|---|---|---|---|---|
| INVOICE STOCK NO. | INVOICE DATE | PURCHASE ORDER NO. | COMMENT/V.I.N. | | AMOUNT | DISCOUNT/ ACCOUNT NO. | | NET AMOUNT |
| | 051117 | | CHECK TO CUSTOMER-UC PURCHASE 2014 MB SL EF023910 OBO JSIMON | | | | | 7,409.00 |
| | | | | | | | | 0.00 |
| | | | | | REDACTED | | | -7,409.00 |
| | | | | | REDACTED | | | 7,409.00 |
| | | | | | | | TOTAL 1101010 | | 7,409.00 |

DETACH AT PERFORATION BEFORE DEPOSITING CHECK
AD-98195BL (4-02)   The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
REMITTANCE ADVICE

DOCUMENT CONTAINS A COLORED BACKGROUND ON WHITE PAPER, A SECURITY BACKER READING "ORIGINAL DOCUMENT". DO NOT CASH IF ANY FEATURE IS MISSING

**COURTESY** AUTO GROUP

Courtesy Toyota, CJD, KIA
9210 Adamo Drive
Tampa, FL 33619
(813) 246-5421

Mercedes-Benz & Infiniti of Tampa
4400 N. Dale Mabry Hwy
Tampa, FL 33614
(813) 870-0010

Courtesy Nissan, Hyundai, PH Honda
3800 W. Hillsborough Ave
Tampa, FL 33614
(813) 870-3333

WELLS FARGO

1116397    64-975 / 612

| DATE | PAY THIS AMOUNT | | | | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 11MAY17 | *******7,409 | DOLLARS | 00 | CENTS | ******7,409.00 |

63156389

Courtesy Tampa, Brandon, Palm Harbor

TO THE ORDER OF

DON JURAVIN
REDACTED
MONTVERDE FL    REDACTED

BY _____

BY _____
AUTHORIZED SIGNATURE

⑈000⑈1116397⑈⑈ ⑉061209756: 207990008716511⑈

## WHOLESALE ORDER

3462

MERCEDES BENZ OF TAMPA
4636 N. Mabry Hwy.
Tampa, FL 33614
(813) 870-0010

STOCK # _____

☑ BUY    ☐ SELL    DATE _____

SALE PRICE **58,000**

CUSTOMER **Don Juravin**    PH # ( )

ADDRESS **Montverde, FL** REDACTED

YEAR **14**   MAKE **Mercedes**   MODEL **SL**   ☐ AUTO ☐ MANUAL ☐ SUNROOF ☐ LEATHER  REDACTED

Color ___ / ___ Miles    Body ☐ 2 DOOR ☐ 4 DOOR

VIN # **WDDJK7DA3EF023910**

PAYOFF TO **Bank of America** AMOUNT **25,569.71** ☐ BUYER ☐ SELLER DUE

ADDRESS _____   ACCT # _____

PHONE _____   GOOD THRU _____ VERFD _____

### (SOLD AS IS)

### REGISTRATION TITLE WARRANTY

THE SELLER COVENANTS WITH THE PURCHASER, THAT HE IS THE TRUE AND LAWFUL OWNER OF SAID DESCRIBED AUTOMOBILE; THAT THE SAME IS FREE FROM ALL ENCUMBRANCES; THAT HE HAS GOOD RIGHT AND FULL POWER TO SELL THE SAME AS AFORESAID AND THAT HE WARRANT AND DEFEND THE SAME AGAINST THE LAWFUL CLAIM AND DEMANDS OF ALL PERSON.

This sale is solely a transaction between the buying and selling dealers – no warranty on mechanical or physical condition of car.

Seller (Sign Here) _____

Buyer (Sign Here) _____

The Purchaser agrees to purchase this vehicle for the price shown provided the vehicle is found to be as recommended, that before settling for the vehicle to check the serial and/or engine numbers on the vehicle with those on the title; to check the actual condition of the vehicle with its description and all the recommendation, if any; that upon making settlement in cash or by check in lieu of cash to consider the transaction fully consummated; that no stop payment of this check shall be honored; and any stop payment order or check which is returned marked "insufficient funds" shall be deemed by the parties to be prima facie evidence of fraud existing at the time the transaction was consummated and shall be construed by the parties as an intent to defraud in order to consummate the transaction. The purchasing dealer and selling dealer agree that this registration and title warranty shall be of the same force and effect as though personally signed by them even though it only contains their representatives' signature.

---

## ODOMETER DISCLOSURE STATEMENT

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership of a vehicle. Failure to complete an odometer disclosure statement or providing a false statement may result in fines and/or imprisonment.

I, **MERCEDES BENZ OF TAMPA** state that the odometer
    TRANSFEROR'S NAME - SELLER - PRINT

now reads **8673** (no tenths) miles (of the vehicle described below) and I hereby certify that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that, to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
    WARNING – ODOMETER DISCREPANCY.

### VEHICLE IDENTIFICATION

| MAKE | MODEL | BODY TYPE | YEAR |
|---|---|---|---|
| | | | |

VEHICLE NUMBER _____

### TRANSFEROR'S (SELLER) INFORMATION

TRANSFEROR'S PRINTED NAME (SELLER)
**MERCEDES BENZ OF TAMPA**

TRANSFEROR'S STREET ADDRESS
**4636 N. Dale Mabry Hwy.**

| CITY | STATE | ZIP |
|---|---|---|
| Tampa | FL | 33614 |

AUTHORIZED SIGNATURE    X _____ TRANSFEROR'S SIGNATURE (SELLER)

DATE STATEMENT SIGNED    X _____ PRINTED NAME OF PERSON SIGNING

### TRANSFEREE'S (BUYER) INFORMATION

TRANSFEREE'S PRINTED NAME (BUYER) _____

TRANSFEREE'S STREET ADDRESS _____

| CITY | STATE | ZIP CODE |
|---|---|---|
| | | |

### RECEIPT OF COPY ACKNOWLEDGED BY TRANSFEREE'S (BUYER)

TRANSFEREE'S SIGNATURE - BUYER _____   DATE SIGNED _____

PRINTED NAME OF PERSON SIGNING
X _____

EXHIBIT D, Page 20 of 25



FU 045447

 **Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

EXHIBIT D, Page 21 of 25
Installment Loan/Fixed Rate Option
Payoff Quote

Loan/Fixed Rate Option Number ~~REDACTED~~785

**Account Title** DON A JURAVIN

**Payoff Quote**
**As of** 05/05/2017

| | | |
|---|---|---|
| Current Principal Balance | $ | 25,517.09 |
| Interest Due | + | $50.70 |
| Late Fees Due | + | $0.00 |
| Other Fees/BPP* Fees Due | + | $0.00 |
| Credit Life Due | + | |
| Credit Life Rebate | - | $0.00 |
| Credit Disability (A & H) Rebate | - | $0.00 |
| Bank Placed Collateral Insurance Rebate | - | $0.00 |
| Bank Placed Flood Insurance Rebate | - | $0.00 |
| Other Rebate/BPP* Rebate | - | $0.00 |
| Balance | $ | 25,567.79 |
| Prepayment Penalty Fee | + | $0.00 |
| Payoff Amount | $ | 25,567.79 |
| Daily Finance Charge | $ | 1.81 |

This loan account payoff quote reflects transactions posted as of 05/05/2017                . These figures are subject to change.

Collateral securing this loan may also secure other obligations owed to the Bank. For information on the total payoff amount required to release collateral, please call the Customer Service Center at 1-800-432-1000

* BPP above refers to the optional Borrowers Protection™ Plan

BANK OF AMERICA
WESTSHORE MALL
100 N. WESTSHORE BLVD.
TAMPA, FL 33609
813-288-2100

NNC
00-14-9021M 06-2001

06/05/2017 10:27 AM                    Company: 635   MERCEDES BENZ OF TAMPA                          Page 1
                    Accounting Schedule Report 398 - CUSTOMER DEPOSITS AND AR VEHCL - DETAIL
                    Include Current Month:YES / Include Post-ahead Month:YES / Include Zero-balanced Controls:NO

| A/R Cust | Cntl Name | Days | Amount $ | 1243200 $ | 1123001 $ | Cntl2 |
|----------|-----------|------|----------|-----------|-----------|-------|
| REDACTED 382 | JURAVIN INC | 378 | -40,999.67 | .00 | -40,999.67 | PREORDER-CAR |

| Jrn | Refer | Acctg Dt | Acct | Amount $ | Cntl2 | Post Desc |
|-----|-------|----------|------|----------|-------|-----------|
| 10 | 331676 | 05/23/2016 | 1123001 | -16,000.00 | NEXT-CAR | GA220844 MB S550 NEXT-CAR |
| 10 | 331676 | 01/13/2017 | 1123001 | .00 | ORDERCAR-PERTOM | GA220844 MB S550 ORDERCAR |
| 71 | EF023910 | 05/12/2017 | 1123001 | -24,999.67 | PREORDER-CAR | PRE-ORDER-C |

Case 6:18-bk-06821-KSJ    Doc 76-4    Filed 03/29/19    Page 164 of 166
Case 8:15-cv-02231-MSS-TBM    Document 182-5    Filed 08/30/17    Page 24 of 26 PageID 7683
Page 2 of 2

EXHIBIT D, Page 23 of 25

 Shipment Receipt

**Address Information**

Ship to:
PAYOFF DEPARTMENT
BANK OF AMERICA
9000 SOUTHSIDE BLVD
BLDG 600

JACKSONVILLE, FL
32256
US
8002156195

Ship from:
Jodi Simon
Asbury Automotive
4400 N. Dale Mabry Hwy.

Tampa, FL
33614
US
8138700010

**Shipment Information:**
Tracking no.: 779152695812
Ship date: 05/16/2017
Estimated shipping charges: 6.21 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Standard Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: MB OF TAMPA-795
Your reference:  PLEASE USE REF FIELDS BELOW
P.O. no.: PAYOFF CHECK FOR
Invoice no.: DON JURAVIN
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

HSMV 82995 (REV. 10/11)S

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

(Instructions on Reverse Side)

EXHIBIT D, Page 24 of 25

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| WDDJK1DA3EF023910 | 2014 | merz | | | |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, Don Juravin _____ (Print Seller's Name) appoint Mercedes Benz of Tampa (Print Name of Dealership / Business)

as of 5/11/17 _____ (Date) as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐8,073 ☐☐ (NO TENTHS) MILES, DATE READ 05/11/17 , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _____ Seller's Printed Name Don Juravin

Co Seller's Signature _____ Co Seller's Printed Name _____

Seller's Street Address REDACTED     City Montverde State FL Zip REDACTED

**TRANSFEREE (Purchaser)**

Purchaser's Signature _____ Purchaser's Printed Name Anika Graham / Mercedes Benz of Tampa

Purchaser's Dealership Name _____ (Print Name of Dealership/Business) Dealer License No. VF10013811

Business Address 4400 N Dale Mabry Hwy City Tampa State FL Zip 33614

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ (Print Purchaser's Name) appoint _____ (Print Name of Dealership / Business)

as of _____ (Date) as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

WARNING: Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ ☐☐ (NO TENTHS) MILES, DATE READ __ /__ /__ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _____ (For Dealership / Business) Seller's Printed Name _____ (For Dealership / Business)

Business Address _____ City _____ State _____ Zip _____

**TRANSFEREE (Purchaser)**

Purchaser's Signature _____ Purchaser's Printed Name _____

Co Purchaser's Signature _____ Co Purchaser's Printed Name _____

Purchaser's Name _____ Street Address _____

City _____ State _____ Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Anika Graham _____ (Print Name of Person exercising above power(s) of attorney) , hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____ Date 7/10/17 Printed Name Anika Graham

Street Address _____ City _____ State _____ Zip _____

**ORIGINAL:DMS Copy (with Title)**     **GOLD COPY:Dealer/Business**     **YELLOW COPY:Part A Seller**

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT

HSMV 82995 (REV. 10/11)S

(Instructions on Reverse Side)

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

EXHIBIT D, Page 25 of 25

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| DDJKJDA3EFO23910 | 2014 | merz | | | |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, Don Juravin (Print Seller's Name) appoint Mercedes Benz of Tampa (Print Name of Dealership / Business)

as of 5/11/17 (Date) as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐8,073 xx (NO TENTHS) MILES, DATE READ 5/11/17, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.
WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature DON J   Seller's Printed Name Don Juravin

Co Seller's Signature _____   Co Seller's Printed Name _____

Seller's Street Address **REDACTED**   City Monteverde   State FL   Zip **REDACTED**

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____   Purchaser's Printed Name Mercedes Benz of Tampa

Purchaser's Dealership Name _____   Dealer License No. VF10013811

Business Address 4400 N state mabry hwy   City Tampa   State FL   Zip 33614

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ (Print Purchaser's Name) appoint _____ (Print Name of Dealership / Business)

as of _____ (Date) as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐☐☐☐ xx (NO TENTHS) MILES, DATE READ __/__/__, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.
WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____   Seller's Printed Name _____
(For Dealership / Business)   (For Dealership / Business)

Business Address _____   City _____   State _____   Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____   Purchaser's Printed Name _____

Co Purchaser's Signature _____   Co Purchaser's Printed Name _____

Purchaser's Name _____   Street Address _____

City _____   State _____   Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT** (Person completing Part C must be the same person transferring information and signing the title.)

I, Anika Graham (Print Name of Person exercising above power(s) of attorney), hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature _____   Date 10/30/17   Printed Name Anika Graham

Street Address _____   City _____   State _____   Zip _____

**ORIGINAL:DMS Copy (with Title)**   **GOLD COPY:Dealer/Business**   **YELLOW COPY:Part A Seller**

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT