**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT,
IN AND FOR LAKE COUNTY, FLORIDA**

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company, THE CLUB
AT BELLA COLLINA, LLC, a Florida limited
liability company,

        Plaintiff,

v.,                                          Case No.: 2017-CA-000667

DON K. JURAVIN a/k/a
DON ADI JURAVIN, an individual,

        Defendant.
_____/

**SUGGESTION OF BANKRUPTCY UNDER CHAPTER 7**

        DEFENDANT DON K. JURAVIN, herein, by and through undersigned counsel, file this Suggestion of Bankruptcy under Chapter 7 of Title 11, U.S. Code, and states:

        1.      Don K. Juravin, (the "Debtor") filed a petition under Chapter 7, Title 11, U.S. Code in the United States Bankruptcy Court, Middle District of Florida, on the 31st day of October 2018 under Case No. 6:18-bk-06821. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A".

        2.      Effective with the filing of said petition, all property, both real and personal of said Debtor, became subject to the jurisdiction of the United States Bankruptcy Court, Middle District of Florida, pursuant to the provisions of the Act of Congress relating to bankruptcy, Title 11, U.S. Code.

        3.      The filing of a Chapter 7 proceeding operates as an automatic stay of the commencement or continuation of any actions against the Debtor, including this action or the enforcement of any judgment against said Debtor.

Dated: November 1, 2018

Respectfully submitted,

/s/ *April S. Goodwin*
April S. Goodwin, Esquire
Florida Bar. No. 0502537
THE GOODWIN FIRM
801 West Bay Drive, Suite 705
Largo, FL 39770
Telephone: (727) 316-5333
april@goowin-firm.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November 2018, I electronically filed the foregoing with the Sarasota County of the Court by using the Florida E-File Portal which will send notice of electronic filing of the foregoing to counsel of record.

/s/ *April S. Goodwin*
April S. Goodwin, Esquire
Florida Bar. No. 0502537

United States Bankruptcy Court
Middle District of Florida

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/31/2018 at 6:38 PM and filed on 10/31/2018.

**Don Karl Juravin**
15118 Pendio Drive
Montverde, FL 34756
SSN / ITIN: xxx-xx-0745
*aka* **Don Adi Juravin**

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Denise D Dell-Powell**<br>Burr & Forman LLP<br>200 S. Orange Avenue, Suite 800<br>Orlando, FL 32801<br>(407) 540-6600 | **Dennis D Kennedy**<br>P. O. Box 541848<br>Merritt Island, FL 32954<br>(321) 455-9744 |

The case was assigned case number 6:18-bk-06821-CCJ to Judge Cynthia C. Jackson.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.flmb.uscourts.gov or at the Clerk's Office, George C. Young Federal Courthouse, 400 West Washington Street, Suite 5100, Orlando, FL 32801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Sheryl L. Loesch
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/01/2018 09:42:21 | | | |
| **PACER Login:** | agoodwin:4467207:0 | **Client Code:** | MCO |
| **Description:** | Notice of Filing | **Search Criteria:** | 6:18-bk-06821-CCJ |

| Billable Pages: | 1 | Cost: | 0.10 |
|---|---|---|---|