UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.:  6:18-bk-06821-CCJ

DON KARL JURAVIN,                                        Chapter 7
aka DON ADI JURAVIN

     Debtor.
_____/

## DEBTOR'S MOTION TO CONTINUE HEARING

Debtor, Don Karl Juravin ("Debtor"), by and through his undersigned counsel, hereby moves this Court for entry of an Order continuing the hearing set forth tomorrow, April 9, 2019 at 2:00 p.m.  As grounds therefore, the Debtor states as follows:

1. A hearing on the following matters is scheduled for April 9, 2019 at 2:00 p.m.

    a. Objection to Production of Documents by Trustee Pursuant to Subpoena Issued by DC Real Estate Investments, LLC Directed to Trustee and Motion for Protective Order (Doc. 51);

    b. Objection to Production of Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Association, Inc. Directed to Trustee and Motion for Protective Order (Doc. 62);

    c. Omnibus Objection to Subpoenas by Trustee and Motion for Protective Order (Doc. 69); and

    d. Objection to Subpoenas by Trustee and Motion to Quash Subpoenas and for Protective Order (Doc. 72).

2. Burr & Forman, LLP ("Burr") are counsel of record for the Debtor.  However, Denise Dell-Powell is the only attorney who has entered an appearance on behalf of the Debtor.  No other Burr attorney is as familiar with the issues pending in this case as Ms. Dell-Powell.

3. Effective as of today, Monday, April 8, 2019, Debtor's counsel, Denise Dell-Powell, is no longer affiliated with Burr & Forman LLP ("Burr").

4. To date, the Debtor has not informed Ms. Dell-Powell or Burr whether he intends to have his files transferred with Ms. Dell-Powell to her new law firm, or to have Burr continue to represent him in this matter. As a result, there is uncertainty regarding whether Burr will continue to represent the Debtor.

5. Additionally, Ms. Dell-Powell has a family medical emergency that prevents her from attending the hearing scheduled for tomorrow afternoon.

6. For the foregoing reasons, the Debtor and undersigned counsel request a brief continuance of the hearing set for tomorrow.

7. Undersigned counsel has spoken with counsel for each of the Chapter 7 Trustee, the Bella Collina Property Owners' Association, and DSC Real Estate Investments, LLC, respectively, regarding the relief requested herein, and such counsel have represented they may not oppose a brief continuance provided that the Court schedules a continued hearing date in open court tomorrow during the scheduled hearing time.

WHEREFORE, the Debtor, through undersigned counsel, requests an Order continuing the April 9, 2019 hearing, and for such other and further relief the court deems just and proper.

Dated this 8th day of April, 2019.

    */s/ Christopher R. Thompson*
Christopher R. Thompson
Florida Bar No. 93102
Email: crthompson@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, FL 32801
Telephone: (407) 540-6600
Facsimile: (407) 540-6601
*Attorneys for Debtor*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on April 8, 2019 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and via e-mail to Mercedes-Benz Financial Services USA, LLC (support@bkservicing.com).

                */s/ Christopher R. Thompson*
                Christopher R. Thompson