

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/16/2019 02:00 PM

COURTROOM   6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-CCJ** | 7 | 10/31/2018 |

**Chapter 7**

**DEBTOR:**   Don Juravin

**DEBTOR ATTY:**   Jonathan Sykes

**TRUSTEE:**   Dennis Kennedy

**HEARING:**

Preliminary Hearings
(1) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by DCS Real Estate Investments, LLC Directed to Trustee and Motion for Protective Order (Doc #51)
(2) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Assoc Directed to Trustee and Motion for Protective Order (Doc #62)
(3) Omnibus Objection by Debtor to Subpoenas by Trustee and Motion for Protective Order (Doc #69)
(4) Objection by Debtor to Subpoenas by Trustee and Motion to Quash Subpoenas and for Protective Order (Doc #72)
Note: Con't from 4/9/19
341 Meeting Con't to 5/7/19 at 11:30
Upcoming Hearing 5/14/19 at 1:45 re: Jt Motion to Relief from Stay by Bela Collina Property Owener's Assoc and DCS Real Estate Investmnts (Doc #76) filed 3/29/19
Pending Motion(s) filed w/neg ntc:
(1) Motion by DCS Real Estate Investment, LLC's for Further Enlargement of Time Within Which to File a Complaint Objecting to Debtor's Discharge Pursuant to U.S.C. Section 727 and Dischargeability of Debt

Pursuant to 11 U.S.C. Section 533 (Doc #78) filed 4/2/19
(2) Second Motion by Bella collina Property Owners Assoc to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt (Doc #79) filed 4/2/19
Related Adv 19-ap-30-CCJ
.

**APPEARANCES:**: Brad Saxton/Lauren Reynolds: Trustee Atty; David Landis: DCS Real Estate Investments Atty; William Matthews: Bella Collina Property Owners Atty; Jonathan Sykes: Debtor Atty;

**RULING:**
Preliminary Hearings: (1) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by DCS Real Estate Investments, LLC Directed to Trustee and Motion for Protective Order   (Doc #51) - cont. in open court to 5/14/2019 at 1:45 p.m. - rescheduled to June 11, 2019 at 2:00 p.m.;   (2) Objection by Debtor to Production of
Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Assoc
Directed to Trustee and Motion for Protective Order   (Doc #62) -    cont. in open court to 5/14/2019 at 1:45 p.m. - rescheduled to June 11, 2019 at 2:00 p.m.;   (3) Omnibus Objection by Debtor to Subpoenas by Trustee and Motion for Protective Order   (Doc #69) - cont. in open court to 5/14/2019 at 1:45 p.m. - rescheduled to June 11, 2019 at 2:00 p.m.;   (4) Objection by Debtor to Subpoenas by Trustee and Motion to Quash Subpoenas
and for Protective Order   (Doc #72) -    cont. in open court to 5/14/2019 at 1:45 p.m. - rescheduled to June 11, 2019 at 2:00 p.m.
(5) Ore Tenus Motion by Burr Forman to Withdraw As Counsel for Debtor   - Granted with 14 days for debtor to object-   Court to prepare order and direct debtor to retain counsel (gww)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.