ORDERED.

Dated: April 18, 2019

_Cynthia C. Jackson_
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Don Karl Juravin,                                  Case No. 6:18-bk-06821-CCJ
                                                   Chapter 7

    Debtor.
_____/

ORDER GRANTING ORE TENUS MOTION
BY BURR & FORMAN LLP TO WITHDRAW AS COUNSEL
FOR THE DEBTOR, ESTABLISHING DEADLINE FOR DEBTOR
TO RETAIN COUNSEL AND CONTINUING ALL MATTERS TO JUNE 11, 2019

This case came before the Court for hearing on April 16, 2019, to consider the Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by DCS Real Estate Investments, LLC (Doc. No. 51), the Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Association Inc. (Doc. No. 62), the Omnibus Objection by Debtor to Subpoenas by Trustee and Motion for Protective Order (Doc. No. 69) and the Objection by Debtor to Subpoenas by Trustee and Motion to Quash Subpoenas and for Protective Order (Doc. No. 72)(collectively the "Debtor's Objections"). At the hearing, Burr & Forman LLP ("Burr & Forman") made an *ore tenus* motion to withdraw as counsel for the Debtor (the "Motion to Withdraw"). The Debtor was not present at the hearing. The

interested parties present at the hearing do not oppose the Motion to Withdraw. For the reasons stated in open court it is:

ORDERED:

1. The Motion to Withdraw is granted.

2. The law firm of Burr & Forman is relieved of any further duty as counsel for the Debtor.

3. The Debtor may file an objection to the Motion to Withdraw within 14 days from the entry of this order.

4. Within 45 days from the entry of this order, the Debtor shall either (i) retain new counsel who files a notice of appearance in this case, or (ii) file a notice stating that the Debtor intends to proceed *pro se* in this case.

5. All future filings should be served on the Debtor, Don Karl Juravin at 15118 Pendio Drive, Montverde, FL 34756 until further notice.

6. **A continued hearing on the Debtor's Objections (Doc. No. 51, 62, 69, 72) is scheduled for June 11 , 2019 at 2:00 p.m. in Courtroom 6D, 6th Floor, George C. Young Courthouse, 400 W. Washington St., Orlando FL 32801, before the Honorable Cynthia C. Jackson.**

The Clerk is directed to serve a copy of this order on all interested parties.