ORDERED.

Dated: May 01, 2019

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                         Case No. 6:18-bk-06821-CCJ
                                               Chapter 7
DON KARL JURAVIN

           Debtor.
_____/

**ORDER GRANTING SECOND MOTION FOR EXTENSION OF
TIME WITHIN WHICH TO FILE A COMPLAINT
OBJECTING TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727**

THIS CASE came on for consideration upon the *Second Motion for Extension of Time Within Which to File a Complaint Objecting to Debtor's Discharge Under 11 U.S.C. §727* ("Motion") (Doc. No. 75) filed by the Chapter 7 Trustee, Dennis D. Kennedy ("Trustee"). The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 21 days from the date set forth on the proof of service attached to the Motion, plus an additional three days for service. No party filed an objection to the Motion within the time permitted, and the Court therefore considers the matter to be unopposed. Accordingly, it is

ORDERED:

1.     The Motion (Doc. No. 75) is **GRANTED**.

2.	The Trustee shall have an additional extension of time of sixty (60) days within which the Trustee may file a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727, through and including June 3, 2019.

Bradley M. Saxton, Esquire is directed to serve a copy of this Order on interested parties who are non CM/ECF users and file a proof of service within 3 days of entry of the Order.