**[Doabtsty]** [Order Abating Relief from Stay]

ORDERED.

**Dated: May 21, 2019**

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Don Karl Juravin
aka Don Adi Juravin

Case No. 6:18−bk−06821−CCJ
Chapter 7

_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Creditor Bella Collina Property Owner's Association, Inc. Document 106 (the "Motion"). After a review of the Motion, the Court determines that the motion is deficient as follows:

The prescribed filing fee of $181.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C. § 1930 was not paid.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.