FILED

MAY 21 2019

Clerk, U.S. Bankruptcy,
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**Don Karl Juravin**
    Aka DON ADI JURAVIN      CASE NO. 6:18-bk-06821-CCJ

Chapter 7

**Debtor,**
_____/

## DEBTOR DON KARL JURAVIN'S
## MOTION TO STAY PROCEEDINGS

Debtor, Don Karl Juravin ("Juravin"), files this Motion to Stay Proceedings and states as follows:

1. I am the debtor in the above-captioned case.

2. I was represented by Burr & Forman in this case from the beginning.

3. About two weeks ago I received the order from the Court in case number dated April 22, 2019 stating Burr & Forman had withdrawn from the case.

4. I did not receive advance notice that Burr & Forman wanted to withdraw from the case.

5. I have been looking for a new attorney, but this case is complicated and there is over 26 million dollars at stake. Therefore, I need time to find a qualified attorney and a way to pay for them.

6. I require an additional 90 days from today's date to find and retain a new attorney in this case.

7. This motion is not made for purposes of delay and neither party will be prejudiced if the stay is granted.

8.      On May 21, 2019 I spoke with the attorney for the trustee and advised him I would be filing this Motion. He did not say whether or not he objected.

WHEREFORE, I respectfully request that the Court enter an Order granting Defendant Don Karl Juravin 90 days from today's date, Monday August 19, 2019, to obtain a new attorney in this case.

Dated:  May 21, 2019

/s/  
Don Karl Juravin  
15118 Pendio Drive  
Monteverde, FL 34756  
don@juravin.com  
Defendant/Debtor

*Prepared with the Assistance of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2019 I filed the foregoing document with the Clerk of the Court and e-mailed a copy to Brad Saxton, Esq., counsel for the Trustee, BSaxton@whww.com, Robyn Marie Severs, attorney for Bella Collina Property Owner's Association, Inc., rsevers@beckerlawyers.com, Marc J Randazza, mjr@randazza.com, attorney for Consumer Opinion Corp., William C. Matthews, attorney for Bella Collina Property Owner's Association, Inc. and DCS Real Estate Investments, LLC, wmatthews@shutts.com, David M. Landis, attorney for DCS Real Estate Investments, LLC, dlandis@mateerharbert.com, and, Michael P. Mora, mmora@ftc.gov, Federal Trade Commission.

/s/  
Don Karl Juravin