[Doabtsty] [Order Abating Relief from Stay]

ORDERED.

Dated: June 6, 2019

*Cynthia C. Jackson*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Don Karl Juravin
aka Don Adi Juravin

Case No. 6:18−bk−06821−CCJ
Chapter 7

_____ Debtor* _____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Bella Collina Property Owner's Assoc Inc Document [Doc. #] 120 (the "Motion"). After a review of the Motion, the Court determines that the motion is deficient as follows:

> The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002−4.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.