

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/11/2019 02:00 PM

COURTROOM   6D, 6th Floor

**HONORABLE CYNTHIA JACKSON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-CCJ** | 7 | 10/31/2018 |

**Chapter 7**

**DEBTOR:**   Don Juravin

**DEBTOR ATTY:**   Aldo Bartolone

**TRUSTEE:**   Dennis Kennedy

**HEARING:**

Preliminary Hearings
(1) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by DCS Real Estate Investments, LLC Directed to Trustee and Motion for Protective Order (Doc #51)
(2) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Assoc Directed to Trustee and Motion for Protective Order (Doc #62)
(3) Omnibus Objection by Debtor to Subpoenas by Trustee and Motion for Protective Order (Doc #69)
(4) Objection by Debtor to Subpoenas by Trustee and Motion to Quash Subpoenas and for Protective Order (Doc #72)
(5) Second Motion by Bella Collina Property Owner's to Extend Time 60 Days to Object to Discharge or to Determine Dischargeability of a Debt (Doc #79)
(6) Motion by Don Juravin to Stay Proceedings (Doc #108)
Note: Con't from 4/9/19; 4/16/19
Pending Motion(s): filed with neg ntc:
Second Amended Motion by Bella Collina Property Owner's Assoc for Relief from Stay Re: 15118 Pendio Drive, Montverde, Fl 34756 (Doc #123) filed 6/7/19

Related Adv 19-ap-30-CCJ, Federal Trade Commission vs. Don Juravin
.

**APPEARANCES:**: Also Bartolone: Debtor Atty; Brad Saxton: Trustee Atty; Lauren Reynolds: Trustee Atty; David Landis: DCS Real Estate Investmnts, LLC Atty;   Will Matthews: Bella Collina Property Owner's Assoc, Inc   Atty

**RULING:** (1) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by DCS Real Estate Investments, LLC Directed to Trustee and Motion for Protective Order   (Doc #51) - AGREED ORDER TO BE SUBMITTED BY PARTIES AS DISCUSSED IN OPEN COURT.       (2) Objection by Debtor to Production of Documents by Trustee Pursuant to Subpoena Issued by Bella Collina Property Owner's Assoc Directed to Trustee and Motion for Protective Order   (Doc #62) - AGREED ORDER TO BE SUBMITTED BY PARTIES AS DISCUSSED IN OPEN COURT.
(3) Omnibus Objection by Debtor to Subpoenas by Trustee and Motion for Protective Order   (Doc #69) - AGREED AS DISCUSSED IN OPEN COURT. GO BACK TWO YEARS PRE PETITION AS TO BUSINESS, FINANCIALS, LAWSUIT(S) AND MONEY; NON-PRIVILEGE DOCS & PRIVILEGE LOG; PRIVILEGE DOCS TO BE VIEWED IN -CAMERA BEFORE INTRODUCED TO PARTIES; ORDER BY BARTOLONE.
(4) Objection by Debtor to Subpoenas by Trustee and Motion to Quash Subpoenas and for Protective Order   (Doc #72) - AGREED AS DISCUSSED IN OPEN COURT. GO BACK TWO YEARS PRE PETITION AS TO BUSINESS, FINANCIALS, LAWSUIT(S) AND MONEY; NON-PRIVILEGE DOCS & PRIVILEGE LOG; PRIVILEGE DOCS TO BE VIEWED IN -CAMERA BEFORE INTRODUCED TO PARTIES; ORDER BY BARTOLONE.
(5) Second Motion by Bella Collina Property Owner's to Extend Time 60 Days to Object to Discharge or to Determine Dischargeability of a Debt  (Doc #79) - AGREED ORDER TIME EXTENDED TO AUGUST 2, 2019; ORDER BY MATTHEWS.       (6) Motion by Don Juravin to Stay Proceedings   (Doc #108) - DENIED AS MOOT; ORDER BY BARTOLONE.
 (7) Ore Tenus Motion by Debtor to Compel Turnover of Files -   GRANTED; ORDER BY BARTOLONE .      (8) Agreed Motion by DCS Real Estate Investments, LLC to Objection to Discharge or to Determine Dischargeability of a Debt   (Doc #119) - GRANTED, TIME EXTENDED TO AUGUST 2, 2019; ORDER BY LANDIS.     (WC)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.