**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 18-06821    Judge: Cynthia C. Jackson    Trustee Name: Dennis D. Kennedy
Case Name: Juravin, Don Karl    Date Filed (f) or Converted (c): 10/31/2018 (f)
341(a) Meeting Date: 12/04/2018
For Period Ending: 03/31/2019    Claims Bar Date: 04/26/2019

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 15118 Pendio Drive Montverde FL 34756-0000 | 1,450,000.00 | 0.00 | | 0.00 | FA |
| 2. | 2014 Jeep | 17,000.00 | 0.00 | | 0.00 | FA |
| 3. | 5 beds & nightstands, 2 dressers, 1 glass table, 3 coffee tables, 2 dining tables & chairs, 1 end table, woven outdoor, outdoor set, 3 sofa sets, 1 sofa set outdoor, 2 book/china cases, pool table, massage chair, 2 washing machines, 2 dryers, 2 refrigerators, dishwasher, oven | 6,900.00 | 0.00 | | 0.00 | FA |
| 4. | TV: 2 x 55" + 1 projector and screen + 2 x 65" | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. | 2 handguns | 600.00 | 0.00 | | 0.00 | FA |
| 6. | Miscellaneous clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 9. | Checking Account TD Bank | 2,617.35 | 0.00 | | 0.00 | FA |
| 10. | Checking FL Community Bank | 100.00 | 0.00 | | 0.00 | FA |
| 11. | Transferwise ($1,939 plus 665 Euro) | 2,691.31 | 0.00 | | 0.00 | FA |
| 12. | Must Cure Obesity, Co 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 13. | Juravin, Incorporated 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 14. | Roca Labs Nutraceutical USA, Inc. 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 15. | Andrew Hill - $10,000 loan | 10,000.00 | 0.00 | | 0.00 | FA |
| 16. | Term Life Insurance - Genworth Policy No. xxxxxx5142 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 17. | Term Life Insurance - Banner Policy No. xxxxx5582 (will end in 2020) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 18-06821  
Case Name: Juravin, Don Karl  
For Period Ending: 03/31/2019

Judge: Cynthia C. Jackson

Trustee Name: Dennis D. Kennedy  
Date Filed (f) or Converted (c): 10/31/2018 (f)  
341(a) Meeting Date: 12/04/2018  
Claims Bar Date: 04/26/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18. Homeowner Insurance - St. Johns N/A | 0.00 | 0.00 | | 0.00 | FA |
| 19. Health Insurance - Cigna family | 0.00 | 0.00 | | 0.00 | FA |
| 20. Term Life Insurance - Banner Policy No. xxxxx8813 (will end in 2021) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 21. TermLife Insurance - AIG Policy No. xxxxxx8312 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 22. Don K. Jurivan, Ania Juravin, Levia Juravin and Ynes v. Community Watch 17-CA-2178 5th Circuit Lake Co FL | Unknown | 0.00 | | 0.00 | FA |
| 23. Don K. Juravin, Plaintiff v. Richard Arrighi, Randall Greene, The Club at Bella Collina LLC 2018-CA-001607 | Unknown | 0.00 | | 0.00 | FA |
| 24. Potential claims against Andrew Hill, Esq. for malpractice for misrepresenting; breach of employment (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. Potential claims against Erin Wanner and Stockworth Realty Group (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. Potential claims against Paul Simonson and Dwight Schar 2018-CA-001607 (u) | Unknown | 0.00 | | 0.00 | FA |
| 27. Potential claims against PayPal Inc., Mastercard International, Inc. and Chase (u) | Unknown | 0.00 | | 0.00 | FA |
| 28. Must Cure Obesity, Co. & Don Karl Juravin v. Johnson, Circuit Court, Orange Co FL 18-CA-2412 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29. Although I have listed all known accounts, just in case there is any bank accounts that I cannot access (u) | 7,500.00 | 0.00 | | 0.00 | FA |
| 30. Mercedes Benz of Tampa (subject to Asset Freeze Order in FTC litigation) (u) | 16,000.00 | 0.00 | | 16,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-06821 | Judge: Cynthia C. Jackson | Trustee Name: Dennis D. Kennedy |
|---|---|---|
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 10/31/2018 (f) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2019 | | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 31. Funds held in the trust account of Glenn A. Reid, Esq. (subject to Asset Freeze Order in FTC litigation) (u) | 34,841.00 | 0.00 | | 0.00 | FA |
| 32. PayPal Account (1099k issued to me for this account, subject to Asset Freeze Order in FTC litigation) (u) | 11,580.97 | 0.00 | | 0.00 | FA |
| 33. Bella Collina Club membership (currently not allowed access to club) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34. 2018 Mercedes S560V (u) | 83,474.00 | 0.00 | | 0.00 | 0.00 |
| 35. 2018 Mercedes GLS550W4 (u) | 63,820.00 | 0.00 | | 0.00 | FA |
| 36. Checking Ally Bank (u) | 510.06 | 0.00 | | 0.00 | FA |
| 37. Checking Insight Credit Union (u) | 1,595.00 | 0.00 | | 0.00 | FA |
| 38. Checking TD Ameritrade (u) | 3,180.81 | 0.00 | | 3,180.81 | FA |
| 39. TD Ameritrade (account frozen by Court Order FTC litigation) (u) | 90,638.95 | 0.00 | | 90,641.46 | FA |
| 40. Bank of Ireland (Euros) (u) | 150.00 | 0.00 | | 0.00 | FA |
| 41. AIB (Euros) (u) | 350.00 | 0.00 | | 0.00 | FA |
| 42. Potential claims against Sandra Antico, Nickolas Antico and Jenna Antico for theft | Unknown | 0.00 | | 0.00 | FA |
| 43. FTC v. Roca Labs Inc 15-CV-02231-MSS-CPT (u) | 0.00 | 0.00 | | 4,293.50 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 18-06821 | Judge: Cynthia C. Jackson |
| Case Name: Juravin, Don Karl | Trustee Name: Dennis D. Kennedy |
| | Date Filed (f) or Converted (c): 10/31/2018 (f) |
| | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2019 | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,806,349.45 | 0.00 | | 114,115.77 | 0.00 |

Re Prop. #2   amount changed per amended schedules Doc# 17 1-16-19
Re Prop. #11   amended per Doc# 17 1-16-19
Re Prop. #24   per Doc# 17 01-16-19
Re Prop. #25   per Doc# 17 01-16-19
Re Prop. #26   per Doc# 17 01-16-19
Re Prop. #27   per Doc# 17 01-16-19
Re Prop. #28   per Doc# 17 01-16-19
Re Prop. #29   per Doc# 17 01-16-19
Re Prop. #30   per Doc# 17 01-16-19
Re Prop. #31   per Doc# 17 01-16-19
Re Prop. #32   per Doc# 17 01-16-19
Re Prop. #33   per Doc# 17 01-16-19
Re Prop. #34   per Doc# 17 01-16-19
Re Prop. #35   per Doc# 17 01-16-19
Re Prop. #36   per Doc# 17 01-16-19
Re Prop. #37   per Doc# 17 01-16-19
Re Prop. #38   per Doc# 17 01-16-19
Re Prop. #39   per Doc# 17 01-16-19
Re Prop. #40   per Doc# 17 01-16-19
Re Prop. #41   per Doc# 17 01-16-19

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04-27-19 DK - Have yet to conclude 341 meeting. In the process of subpoenaing records from different banks. Will likely continued 341 meeting until all documents are provided.
02-22-19 - Cert of Serv Doc# 61 for Order Doc# 53
02-15-19 - Application to Employ Forensic Accountant Doc# 50
01-24-19 - Cert of Serv Doc# 25 for Order Doc# 22
01-17-19 - Application and Declaration to employ Ewald as Appraiser Doc# 19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 18-06821 | **Judge:** Cynthia C. Jackson   **Trustee Name:** Dennis D. Kennedy |
| **Case Name:** Juravin, Don Karl | **Date Filed (f) or Converted (c):** 10/31/2018 (f) |
| | **341(a) Meeting Date:** 12/04/2018 |
| **For Period Ending:** 03/31/2019 | **Claims Bar Date:** 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 12/31/2020    **Current Projected Date of Final Report(TFR) :**

**Trustee's Signature**   /s/Dennis D. Kennedy        **Date:** 06/24/2019
Dennis D. Kennedy
P O Box 541848
Merritt Island, FL 32954
Phone : (321) 455-9744

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-06821 | | Trustee Name: | Dennis D. Kennedy |
| Case Name: | Juravin, Don Karl | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******4857 Checking Account |
| Taxpayer ID No: | **-***9921 | | Blanket bond (per case limit): | 21,701,000.00 |
| For Period Ending: | 3/31/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/22/2019 | [38] | TD Ameritrade Clearing | Turnover of account | 1229-000 | 3,180.81 | | 3,180.81 |
| 01/22/2019 | [39] | TD Ameritrade Clearing | Turnover of account | 1229-000 | 90,641.46 | | 93,822.27 |
| 01/22/2019 | [30] | Mercedes Benz & Infiniti of Tampa | Turnover of account | 1229-000 | 16,000.00 | | 109,822.27 |
| 03/22/2019 | [43] | Citibank NA | Turnover of Freeze order asset 15-cv-02231 FTC v Roca Labs Inc. | 1249-000 | 4,293.50 | | 114,115.77 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 114,115.77 | 0.00 |
| | **COLUMN TOTALS** | 114,115.77 | 0.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 114,115.77 | 0.00 |
| | Less: Payments to Debtors | | 0.00 |
| | **Net** | 114,115.77 | 0.00 |

| | | | | |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 114,115.77 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: | 0.00 | ******4857 Checking Account | 114,115.77 | 0.00 | |
| All Accounts Net: | 114,115.77 | **Net Totals** | 114,115.77 | 0.00 | 114,115.77 |