UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-CCJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## SECOND MOTION TO COMPEL TURNOVER OF DEBTOR'S FILES FROM BURR & FORMAN, LLP

The Debtor, Don Karl Juravin, by and through undersigned counsel, hereby files this Second Motion to Compel Turnover of Debtor's Files From Burr & Forman, LLP, and in support thereof further states as follows:

1.    On April 16, 2019, the law firm of Burr & Forman, LLP ("Burr") made an *Ore Tenus* Motion to Withdraw as Counsel for the Debtor (Doc. No. 94).

2.    An Order was entered granting the motion to withdraw on April 22, 2019 (Doc. No. 97).

3.    On June 1, 2019, the Debtor retained the services of the undersigned, at which time a notice of appearance was entered.

4.    Subsequent to the undersigned's retention, request was made to Burr to turn over all files pertaining to the Debtor.

5.    There is an apparent dispute between the Debtor and Burr, and Burr is making turnover of the files contingent upon reaching an agreement.

6.    At a hearing held on June 11, 2019, the undersigned made an *Ore Tenus* Motion to Compel Turnover of the Debtor's Files from Burr, giving them 7 days from the date of the order to turn over the files to the undersigned (the "Turnover Order") (Doc. No. 125).

7.    Upon entry of the Turnover Order, the undersigned served a copy on Burr by e-mail.

8.     To date, the files have not been turned over to the undersigned by Burr.

9.     The Debtor is materially and substantially prejudiced by the failure of Burr to turn over the files of the Debtor.

10.    The Chapter 7 Trustee is unable to conduct the Section 341 Meeting of Creditors since there are documents that have not been produced, which are in the possession of Burr.

11.    The Debtor seeks an Order of this Court compelling Burr to turn over all files in their possession, custody or control of Burr relating to the Debtor.

WHEREFORE, the Debtor, Don Karl Juravin, respectfully requests this Honorable Court enter an Order: (i) compelling Burr & Forman LLP to turn over to the undersigned all documents in their possession, custody or control relating to the Debtor; and (ii) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and Electronic Mail on Christopher Thompson, Esq. & Eric Golden, Esq. of Burr & Forman, LLP (crthompson@burr.com & egolden@burr.com), and Bradley Saxton, Esq. of Winderweedle, Haines, Ward & Woodman, P.A. (bsaxton@whww.com), and by United States Mail, first class and postage prepaid, on Dennis D. Kennedy, Chapter 7 Trustee, P.O. Box 541848, Merritt Island, Florida 32954, and Don Karl Juravin, 15118 Pendio Drive, Montverde, Florida 34756, this 15th day of July, 2019.

      /s/ Aldo G. Bartolone, Jr.
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 294-4440
Facsimile: (407) 287-5544
E-mail: aldo@bartolonelaw.com
Attorneys for Debtor