UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-CCJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11

The Debtor, DON KARL JURAVIN, by and through undersigned counsel, and pursuant to 11 U.S.C. § 706(a) and Fed. R. Bankr. P. 1017(f), hereby files this Motion to Convert to Chapter 11, and in support thereof further state as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 31, 2018 (the "Petition Date").

2. The Debtor seeks entry of an Order by this Court converting this case from one administered under Chapter 7 to one administered under Chapter 11 of the Bankruptcy Code.

3. Since the filing of the original petition, the Debtor has realized increased household income, resulting in greater disposable income, and desires to propose, in good faith, a plan to repay his debts and retain his property.

4. The right to conversion under Section 706(a) of the Bankruptcy Code is presumptive and should be granted in the absence of extreme circumstances. *In re: Marrama*, 313 B.R. 525, 531 (B.A.P. 1st Cir. 2004).

5. The United States Supreme Court in *Marrama v. Citizens Bank (In re Marrama)*, 549 U.S. 365, 374 (2007), held that:

> The class of honest but unfortunate debtors who do possess an absolute right to convert their cases from Chapter 7 to Chapter 13 includes the vast majority of the hundreds of thousands of individuals who file Chapter 7 petitions each year. Congress sought to give these individuals the chance to repay their debts should they acquire the means to do so.

6. Most jurisdictions have held that the *Marrama* decision applies equally to debtors seeking conversion to Chapter 11 and not just debtors seeking conversion to Chapter 13. *In re Woodruff*, 580 B.R. 291, 296 (Bankr. M.D. Ga. 2018). See also *Levesque v. Shapiro (In re Levesque)*, 473 B.R. 331, 339 (B.A.P. 9th Cir. 2012) ("[T]he language of § 706(a) applies the same whether the chose chapter for conversion is chapter 11 or chapter 13."); *In re Miller*, 496 B.R. 469, 476 (Bankr. E.D. Tenn. 2013) (apply *Marrama* where the debtor sough to convert to Chapter 11).

7. The Debtor in this case must seek conversion to Chapter 11 rather than Chapter 13 because he does not qualify as a Chapter 13 debtor due to the jurisdictional limits set forth in 11 U.S.C. § 109(e)[1].

8. No significant or material prejudice will inure to the creditors as a result of the conversion, and thus, the Debtor should be permitted an opportunity to have his case administered under Chapter 11 of the Bankruptcy Code. See *In re: Kuhn*, 322 B.R. 377 (Bankr. N.D. Ind. 2005). More significantly, the creditors will receive a greater benefit by the Debtor's conversion to Chapter 11, as the creditors would receive *de minimis* distributions in Chapter 7, but will receive their *pro rata* share of the Debtor's projected disposable income in the Chapter 11.

---

[1] On the Petition Date, the Debtor owed $1,512,894.00 in secured debt , $111,000 in unsecured priority tax debts, and $26,106,549.74 in unsecured debt.

9. After a careful review of household income, there is disposable income which would, under the totality of the circumstances, require Debtor to fund a Chapter 11 Plan.

10. The Debtor has not previously converted this bankruptcy case.

WHEREFORE, the Debtor, DON KARL JURAVIN, respectfully requests this Honorable Court enter an Order: (a) granting this Motion to Convert Case to Chapter 11; (b) permitting the Debtor fourteen (14) days to file all amended schedules and statements; (c) extending and/or reimposing the automatic stay imposed under 11 U.S.C. § 362 as to all creditors; and (d) granting any such further relief this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtors' Motion to Convert Case to Chapter 11 was served via the CM/ECF system and United States first class mail postage prepaid, on all Parties-In-Interest on the attached Mailing Matrix, this 13th day of September, 2019.

                                                  */s/ Aldo G. Bartolone, Jr.*
                                                  ALDO G. BARTOLONE, JR.
                                                  Florida Bar No. 173134
                                                  BARTOLONE LAW, PLLC
                                                  1030 N. Orange Ave., Suite 300
                                                  Orlando, Florida 32801
                                                  Telephone: (407) 294-4440
                                                  Facsimile: (407) 287-5544
                                                  E-mail: aldo@bartolonelaw.com
                                                  *Attorneys for Debtor*

```
Label Matrix for local noticing          Bella Collina Property Owner's Associat    DCS Real Estate Investments, LLC
113A-6                                   c/o Becker & Poliakoff                     636 U.S. Hwhy One
Case 6:18-bk-06821-CCJ                   100 Whetstone Place                        Suite 100
Middle District of Florida               Suite 302                                  North Palm Beach, FL 33408-4611
Orlando                                  Saint Augustine, FL 32086-5775
Fri Sep 13 11:58:10 EDT 2019

Mercedes-Benz Financial Services USA LLC Anna Juravin                               Bella Collina Property Owner's Associat
c/o Ed Gezel                             15118 Pendio Drive                         c/o William C Matthews, Esq.
Bk Servicing, LLC                        Montverde, FL 34756-3606                   Shutts & Bowen LLP
PO Box 131265                                                                       300 S. Orange Avenue, Suite 1600
Roseville, MN 55113-0011                                                            Orlando, FL 32801-3382


Bella Collina Property Owners Assoc Inc. Ben-Zvi Law Firm                           Carl H. Settlemyer, III, Esq.
c/o Aegis Community Mgmt Solutions, Inc. 23 Bar-Cochva                              Federal Trade Commission
8390 Championsgate Blvd., Suite 304      Bnei-Brak, Israel                          600 Pennsylvania Avenue NW
Championsgate, FL 33896-8313                                                        Mail Drop CC-10528
                                                                                    Washington, DC 20580-0001


Citibank, N.A.                           Consumer Opinion Corp.                     DCS Real Estate Investments, LLC
701 East 60th Street North               c/o Randazza Legal Group                   c/o David M. Landis, Esq.
Sioux Falls, SD 57104-0493               2764 Lake Sahara Drive, Suite 109          PO Box 2854
                                         Las Vegas, NV 89117-3400                   Orlando, FL 32802-2854


Dr. Free                                 (p)FEDERAL TRADE COMMISSION                Florida Department of Revenue
11 Walnut Street, #12350                 ASSOCIATE DIRECTOR                         Bankruptcy Unit
Green Cove Springs, FL 32043             DIVISION OF ENFORCEMENT                    Post Office Box 6668
                                         600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122  Tallahassee FL 32314-6668
                                         WASHINGTON DC 20580-0001


Internal Revenue Service                 Internal Revenue Service                   Julia Kalatusha
Centralized Insolvency Operation         Post Office Box 7346                       32 Borochov
Post Office Box 7346                     Philadelphia PA 19101-7346                 Tel Aviv, Israel
Philadelphia, PA 19101-7346


Juvarin, Inc.                            Karan Arora                                Lake County Tax Collector
P. O. Box 560510                         12815 NW 45th Avenue                       Attn:  Bob McKee
Montverde, FL 34756-0510                 Opa Locka, FL 33054-5100                   Post Office Box 327
                                                                                    Tavares FL 32778-0327


Mercedes-Benz Financial                  Mercedez-Benz Financial                    Must Cure Obesity Co.
P. O. Box 961                            PO Box 961                                 15118 Pendio Drive
Roanoke, TX 76262-0961                   Roanoke, TX 76262-0961                     Montverde, FL 34756-3606


Noam Ben Zvi                             Opinion Corp.                              PSR Developers, LLLP
10/93 Rishon Lezion Street               c/o Randazza Legal Group                   3900 Centennial Drive
Petachtiachba, Israel                    2764 Lake Sahara Drive, Suite 109          Suite C
                                         Las Vegas, NV 89117-3400                   Midland, MI 48642-5996


Paul B. Spelman, Esq.                    Shay Zuckerman                             United States Trustee - ORL7/13
Federal Trade Commission                 8 Babli Street                             Office of the United States Trustee
600 Pennsylvania Avenue NW               Tel Aviv, Israel                           George C Young Federal Building
Mail Drop CC-10528                                                                  400 West Washington Street, Suite 1100
Washington, DC 20580-0001                                                           Orlando, FL 32801-2210
```

| | | |
|---|---|---|
| Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954-1848 |
| Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 | Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Crop CC-10528
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Consumer Opinion Corp. | (u)Opinion Corp. | (d)Mercedes-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38