UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-CCJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### <u>CHAPTER 11 CASE MANAGEMENT SUMMARY IN AN INDIVIDUAL CASE</u>

The Debtor, DON KARL JURAVIN (the "Debtor"), hereby files his Chapter 11 Case Management Summary and states as follows:

### I.      Description of the Debtor's Business

The Debtor is employed by United Medical Group International, Inc. as a sales and marketing representative.

The Debtor also owns several corporations:

      (a)      Must Cure Obesity, Co. (100%);

      (b)      Juravin, Incorporated (100%);

      (c)      Roca Labs Nutraceutical USA, Inc. (100%); and

      (d)      First Global Health Corporation (100%)

The corporations are active with the Florida Department of State, Division of Corporations, however, they are not conducting any significant business.

### II.      Location of Debtor's Operations and Whether Leased or Owned

The Debtor owns, as tenants by the entirety, homestead property located at 15118 Pendio Drive, Montverde, Florida 34756.

### III.    Reasons for Filing Chapter 11

The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 31, 2018, following the entry of a final judgment in the amount of $25,246,000.00, in an action by the Federal Trade Commission, Case No. 8:15-cv-02231-MSS-TBM, that was pending in the United States District Court, Middle District of Florida, Tampa Division.

### IV.    List of officers and directors and their salaries and benefits at the time of filing and during the 1 year prior to filing.

N/A.

### V.    Debtor's Annual Gross Revenues

The Debtor's annual gross income is approximately $196,200[1].

### VI.    Amounts Owed to Various Classes of Creditors

Priority creditors.  As of the petition date, the Debtor owed the Internal Revenue Service approximately $111,000.00.

Secured creditors.  As of the petition date, the Debtor owed the following secured debts:

| | | |
|---|---|---|
| (a) | PSR Developers, LLLP: | $1,312,894.00 |
| (b) | Bella Collina POA: | $6,644.18 |
| (c) | Internal Revenue Services: | $180,000.00 |
| (d) | Mercedes Benz Financial: | $90,271.71 |
| (e) | Mercedes Benz Financial: | $43,443.28 |

Unsecured creditors.  As of the Petition Date, the Debtor owed approximately $25,925,795.02 in general unsecured claims, of which $25,246,000.00 arises from the final judgment obtained by the Federal Trade Commission against the Debtor.

---

[1]  This is the Debtor's annual gross income as of the conversion date, September 16, 2019.

## VII.    General Description and Approximate Value of the
Debtor's Current and Fixed Assets

The Debtor's assets consist of ownership of his primary residence and the business entities

listed in Section I above.  The total value of all of Debtor's assets is approximately $1,800,000.00.

## VIII.    Number of Employees and Amounts of Wages Owed as of Petition Date

N/A.

## IX.    Status of Debtor's Payroll and Sales Tax Obligation

N/A.

## X.    Anticipated Emergency Relief to be Requested Within 14 Days of Petition Date

The Debtor does not anticipate filing any emergency motions.

## XI.    Debtor's Strategic Objectives

The Debtor is in the process of weighing his various options and strategies to successfully

emerge from this Chapter 11 bankruptcy case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Chapter 11 Case Management

Summary was served via the CM/ECF or by U.S. Mail, first class and postage prepaid, on all

Parties-In-Interest listed on the attached Mailing Matrix, this 29th day of September, 2019.


        */s/ Aldo G. Bartolone, Jr.*
        ALDO G. BARTOLONE, JR.
        Florida Bar No. 173134
        BARTOLONE LAW, PLLC
        1030 N. Orange Ave., Suite 300
        Orlando, Florida 32801
        Telephone: (407) 294-4440
        Facsimile: (407) 287-5544
        E-mail: aldo@bartolonelaw.com
        *Attorneys for Debtor*

Label Matrix for local noticing
113A-6
Case 6:18-bk-06821-CCJ
Middle District of Florida
Orlando
Sun Sep 29 18:36:18 EDT 2019

Bella Collina Property Owner's Associat
c/o Becker & Poliakoff
100 Whetstone Place
Suite 302
Saint Augustine, FL 32086-5775

DCS Real Estate Investments, LLC
636 U.S. Hwhy One
Suite 100
North Palm Beach, FL 33408-4611

Mercedes-Benz Financial Services USA LLC
c/o Ed Gezel
Bk Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

Anna Juravin
15118 Pendio Drive
Montverde, FL 34756-3606

Bella Collina Property Owner's Associat
c/o William C Matthews, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1600
Orlando, FL 32801-3382

Bella Collina Property Owners Assoc Inc.
c/o Aegis Community Mgmt Solutions, Inc.
8390 Championsgate Blvd., Suite 304
Championsgate, FL 33896-8313

Ben-Zvi Law Firm
23 Bar-Cochva
Bnei-Brak, Israel

Carl H. Settlemyer, III, Esq.
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Drop CC-10528
Washington, DC 20580-0001

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Consumer Opinion Corp.
c/o Randazza Legal Group
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117-3400

DCS Real Estate Investments, LLC
c/o David M. Landis, Esq.
PO Box 2854
Orlando, FL 32802-2854

Dr. Free
11 Walnut Street, #12350
Green Cove Springs, FL 32043

(p)FEDERAL TRADE COMMISSION
ASSOCIATE DIRECTOR
DIVISION OF ENFORCEMENT
600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122
WASHINGTON DC 20580-0001

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Julia Kalatusha
32 Borochov
Tel Aviv, Israel

Juvarin, Inc.
P. O. Box 560510
Montverde, FL 34756-0510

Karan Arora
12815 NW 45th Avenue
Opa Locka, FL 33054-5100

Lake County Tax Collector
Attn:  Bob McKee
Post Office Box 327
Tavares FL 32778-0327

Mercedes-Benz Financial
P. O. Box 961
Roanoke, TX 76262-0961

Mercedez-Benz Financial
PO Box 961
Roanoke, TX 76262-0961

Must Cure Obesity Co.
15118 Pendio Drive
Montverde, FL 34756-3606

Noam Ben Zvi
10/93 Rishon Lezion Street
Petachtiachba, Israel

Opinion Corp.
c/o Randazza Legal Group
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117-3400

PSR Developers, LLLP
3900 Centennial Drive
Suite C
Midland, MI 48642-5996

Paul B. Spelman, Esq.
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Drop CC-10528
Washington, DC 20580-0001

Secretary of the Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20220-0001

Shay Zuckerman
8 Babli Street
Tel Aviv, Israel

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326-1382

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

United States Trustee - ORL7/13
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Zuckerman & Co.
c/o Shay Zuckerman
HaYarkon St. 113
Tel Aviv, Israel

Aldo G Bartolone Jr
Bartolone Law, PLLC
1030 North Orange Avenue, Suite 300
Orlando, FL 32801-1004

Dennis D. Kennedy
Post Office Box 541848
Merritt Island, FL 32954-1848

Don Karl Juravin
15118 Pendio Drive
Montverde, FL 34756-3606

Hal Levenberg
Yip Associates
One Biscayne Tower
2 S. Biscayne Boulevard, Suite 2690
Miami, FL 33131-1815

Robert H Ewald
Ewald Enterprises, Inc.
12472 Lake Underhill Road
Suite 312
Orlando, FL 32828-7144

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Crop CC-10528
Washington, DC 20580

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Consumer Opinion Corp.

(u)Opinion Corp.

(d)Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

(d)Mercedes-Benz Financial
PO Box 961
Roanoke, TX 76262-0961

End of Label Matrix
Mailable recipients    38
Bypassed recipients     5
Total                  43