# UNITED STATES BANKRUPTCY COURT

Middle    **DISTRICT OF**    Florida

Orlando    **DIVISION**

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER:  6:18-bk-6821-CCJ |
| | } | |
| | } | |
| DON KARL JURAVIN | } | **JUDGE**   Cynthia C. Jackson |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM    09/16/2019    TO    09/30/2019

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    10/29/2016

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
15118 Pendio Drive
Montverde, FL  34756

Tel.  813-810-5100

Attorney's Address
and Phone Number:
1030 N. Orange Avenue
Suite 300
Orlando, FL 32801
Bar No.  173134
Tel.  407-294-4440

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: | Don K Juravin |
| Case Number: | 6:18-bk-6821-CCJ |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month 09/30/2019 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 0 | |
| CASH- Beginning of Month (Business) | 0 | |
| | | |
| Total Household Receipts | 14,522.06 | |
| Total Business Receipts | 0 | |
| Total Receipts | 14,522.06 | |
| | | |
| Total Household Disbursements | 3,222.20 | |
| Total Business Disbursements | 10,691.96 | |
| Total Disbursements | 13,914.16 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 607.90 | |
| | | |
| CASH- End of Month (Individual) | 11,299.86 | |
| CASH- End of Month (Business) | 1,296.79 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 13,914.16 | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | (665.96) | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 13,248.20 | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___30___ day of ___Oct___ 20_19_        _____
                                                Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| | 0 | Total |
| CASH - Beginning of Month | | |
| | | |
| CASH RECEIPTS | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | .50 | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 14,521.56 | |
| | | |
| TOTAL RECEIPTS | 14,522.06 | |
| | | |
| CASH DISBURSEMENTS | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | 3,222.20 | |
| | | |
| | | |
| | | |
| Total Household Disbursements | 3,222.20 | |
| | | |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | 11,299.86 | |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| MUST CURE OBESITY CO. | Month 09/01/2019 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 414.33 | |
| | | |
| **BUSINESS CASH RECEIPTS** | 0 | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 2,222.20 | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | 2,636.53 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 222.20 | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | 13.00 | |
| Other (attach schedule) | 2,000.00 | |
| | | |
| **Total Business Disbursements** | 2,235.20 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 401.33 | |

MONTHLY OPERATING REPORT –
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | |
| 7. Are any post-petition state or federal income taxes past due? | | |
| 8. Are any post-petition state or local sales taxes past due? | | |
| 9. Are any post-petition real estate taxes past due? | | |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? 14,521.56 | | |
| 11. Are any wage payments past due? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information<br>TD Bank | Account<br>#1 | Account<br>#2 | Account<br>#3 | Account<br>#4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | TD Bank | |
| Account Number: | 434-5481107 | 434-5481735 | 434-5480802 | |
| Purpose of Account (Business/Personal) | Personal | Business | Business | |
| Type of Account (e.g. checking) | Checking | Checking | Checking | |
| | | | | |
| 1.  Balance per Bank Statement | 14,521.56 | 414.33 | 352.22 | |
| 2.  ADD: Deposits not credited (attach list to this report) | .50 | 2,222.20 | 9,000.00 | |
| 3.  SUBTRACT: Outstanding Checks (attach list) | (3,222.20) | (2,235.20) | (8,456.76) | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | 11,299.86 | 401.33 | 895.46 | |
| TOTAL OF ALL ACCOUNTS | | | | $ 12,596.65 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of<br>Purchase | Type of<br>Instrument | Purchase<br>Price | Current<br>Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3A

CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD BANK |
|---|---|
| Account Number | 434-5481107 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 09/16 | TRANSFER TO ACCOUNT 4345481735 | LOAN TO MUST CURE OBESITY | 222.20 |
| ACH | 09/17 | TRANSFER TO ACCOUNT 4345480802 | LOAN TO JURAVIN INC | 1,000.00 |
| ACH | 09/17 | TRANSFER TO ACCOUNT 4345481735 | LOAN TO MUST CURE OBESITY | 2,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 3,222.20 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK |
|---|---|
| Account Number | 434-5481735 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ATM | 09/16 | ATM WITHDRAW | SHAREHOLDER DISTRIBUTION | 222.20 |
| N/A | 09/16 | BANK FEE | BANK FEE | 13.00 |
| ACH | 09/19 | AMERICAN EXPRESS | CREDIT CARD PAYMENT | 2,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 2,235.20 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK |
|---|---|
| Account Number | 434-5480802 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ATM | 09/17 | ATM WITHDRAW | SHAREHOLDER DISTRIBUTION | 443.76 |
|  | 09/17 | BANK FEES | BANK FEES | 13.00 |
| ACH | 09/19 | AMERICAN EXPRESS | CREDIT CARD PAYMENT | 8,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL | $ 8,456.76 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

|  |
|---|
|  |
|  |
|  |
|  |
|  |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | |
| Plus:  Billings During the Month | 0 | |
| Less: Collections During the Month | 0 | |
| Adjustments or WriteOffs* | 0 | |
| Accounts Receivable Ending Balance** | 0 | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES N/A | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less:  Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
|---|---|---|---|
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |

8:37 PM

10/29/19

# JURAVIN INC
## Reconciliation Detail
### TD Bank #0802, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/17/2019 | | ATM Withdraw | X | -443.76 | -443.76 |
| Check | 09/17/2019 | | Bank Fees | X | -3.00 | -446.76 |
| Check | 09/19/2019 | | American Express | X | -8,000.00 | -8,446.76 |
| Check | 09/19/2019 | | Bank Fees | X | -10.00 | -8,456.76 |
| Total Checks and Payments | | | | | -8,456.76 | -8,456.76 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 08/31/2019 | | | X | 352.22 | 352.22 |
| Transfer | 09/17/2019 | | | X | 1,000.00 | 1,352.22 |
| Transfer | 09/18/2019 | | | X | 8,000.00 | 9,352.22 |
| Total Deposits and Credits | | | | | 9,352.22 | 9,352.22 |
| Total Cleared Transactions | | | | | 895.46 | 895.46 |
| Cleared Balance | | | | | 895.46 | 895.46 |
| Register Balance as of 09/30/2019 | | | | | 895.46 | 895.46 |
| **Ending Balance** | | | | | **895.46** | **895.46** |

8:40 PM

10/29/19

# DON K JURVIN
## Reconciliation Detail
### TD DIP#1107, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 09/16/2019 | | Must Cure Obesity | X | -222.20 | -222.20 |
| Check | 09/17/2019 | | Must Cure Obesity | X | -2,000.00 | -2,222.20 |
| Check | 09/17/2019 | | Juravin Inc | X | -1,000.00 | -3,222.20 |
| Total Checks and Payments | | | | | -3,222.20 | -3,222.20 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 09/16/2019 | | | X | 14,521.56 | 14,521.56 |
| Deposit | 09/30/2019 | | | X | 0.50 | 14,522.06 |
| Total Deposits and Credits | | | | | 14,522.06 | 14,522.06 |
| Total Cleared Transactions | | | | | 11,299.86 | 11,299.86 |
| Cleared Balance | | | | | 11,299.86 | 11,299.86 |
| Register Balance as of 09/30/2019 | | | | | 11,299.86 | 11,299.86 |
| **Ending Balance** | | | | | **11,299.86** | **11,299.86** |

8:39 PM

10/29/19

# Must Cure Obesity Co
## Reconciliation Detail
### TD Bank #1735, Period Ending 09/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 0.00 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 4 items** | | | | | | |
| Check | 09/16/2019 | | | X | -3.00 | -3.00 |
| Check | 09/19/2019 | | American Express | X | -2,000.00 | -2,003.00 |
| Check | 09/30/2019 | | Cash withdraw ATM | X | -222.20 | -2,225.20 |
| Check | 09/30/2019 | | Bank Fees | X | -10.00 | -2,235.20 |
| Total Checks and Payments | | | | | -2,235.20 | -2,235.20 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 08/31/2019 | | | X | 414.33 | 414.33 |
| Transfer | 09/16/2019 | | | X | 222.20 | 636.53 |
| Transfer | 09/17/2019 | | | X | 2,000.00 | 2,636.53 |
| Total Deposits and Credits | | | | | 2,636.53 | 2,636.53 |
| Total Cleared Transactions | | | | | 401.33 | 401.33 |
| **Cleared Balance** | | | | | 401.33 | 401.33 |
| Register Balance as of 09/30/2019 | | | | | 401.33 | 401.33 |
| **Ending Balance** | | | | | **401.33** | **401.33** |


## TD Bank
America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

MUST CURE OBESITY CO
15118 PENDIO DR
MONTVERDE FL 34756

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | 4345481735-713-E-*** |
| Primary Account #: | 434-5481735 |

**TD now accepts Real Time Payments!**
We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## TD Business Simple Checking
MUST CURE OBESITY CO

Account # 434-5481735

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 414.33 | Average Collected Balance | 546.16 |
| Electronic Deposits | 2,222.20 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,225.20 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 10.00 | Days in Period | 30 |
| Ending Balance | 401.33 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 222.20 |
| 09/17 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 2,000.00 |
| | Subtotal: | 2,222.20 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | NONTD ATM DEBIT, AUT 091419 DDA WITHDRAW<br>FRANKFURTER SPARKASSE    F HAUPTST    D EU<br>4085404018481691 | 222.20 |
| 09/16 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 09/19 | CCD DEBIT, AMEX EPAYMENT ACH PMT W3740 | 2,000.00 |
| | Subtotal: | 2,225.20 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 401.33 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | − | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

MUST CURE OBESITY CO

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | 4345481735-713-E-*** |
| Primary Account #: | 434-5481735 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 414.33 | 09/19 | 411.33 |
| 09/16 | 411.33 | 09/30 | 401.33 |
| 09/17 | 2,411.33 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

JURAVIN INCORPORATED
15118 PENDIO DR
MONTVERDE FL 34756

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

## TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

## TD Business Simple Checking

JURAVIN INCORPORATED                                            Account # 434-5480802

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 352.22 | Average Collected Balance | 877.06 |
| Electronic Deposits | 9,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 8,446.76 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 10.00 | Days in Period | 30 |
| Ending Balance | 895.46 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 1,000.00 |
| 09/18 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 8,000.00 |
| | Subtotal: | 9,000.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17 | NONTD ATM DEBIT, AUT 091719 DDA WITHDRAW<br>KREISSPARKASSE GELNHAUS    KSK B ORB1    D EU<br>4085404018650923 | 443.76 |
| 09/17 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 09/19 | CCD DEBIT, AMEX EPAYMENT ACH PMT W3616 | 8,000.00 |
| | Subtotal: | 8,446.76 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance                895.46
_____

② Total Deposits        +
_____

③ Sub Total
_____

④ Total Withdrawals      -
_____

⑤ Adjusted Balance
_____

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Total Deposits** |  | ② | |  |  | **Total Withdrawals** |  | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

JURAVIN INCORPORATED

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Sep 01 2019-Sep 30 2019 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 352.22 | 09/19 | 905.46 |
| 09/17 | 905.46 | 09/30 | 895.46 |
| 09/18 | 8,905.46 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

DON K JURAVIN
15118 PENDIO DR
MONTVERDE FL  34756-3606

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Aug 18 2019-Sep 17 2019 |
| Cust Ref #: | 4345481107-651-E-*** |
| Primary Account #: | 434-5481107 |

### TD now accepts Real Time Payments!

We're pleased to announce that TD will soon accept Real Time Payments (RTPs), which means you can receive certain electronic payments sent through RTP almost immediately. This is good news for consumers, businesses, and government agencies who use RTPs. As a TD Customer, you are automatically enrolled. Please be advised that you may not send or receive RTPs on behalf of a person who is not a resident of, or otherwise residing in, the United States. Please visit tdbank.com/RTP to learn more.

### TD Premier Checking

DON K JURAVIN

Account # 434-5481107

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 9,293.71 | Average Collected Balance | 11,737.32 |
| Deposits | 5,000.00 | Interest Earned This Period | 0.50 |
| Electronic Deposits | 39,546.80 | Interest Paid Year-to-Date | 4.00 |
| Other Credits | 0.50 | Annual Percentage Yield Earned | 0.05% |
| | | Days in Period | 31 |
| Electronic Payments | 42,541.15 | | |
| Ending Balance | 11,299.86 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/20 | MOBILE DEPOSIT | | 5,000.00 |
| | | Subtotal: | 5,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/27 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481735 | | 25,800.00 |
| 08/30 | ACH DEPOSIT, UNITED MEDICAL G PAYROLL ****0000-0339-0 | | 7,548.40 |
| 09/13 | ACH DEPOSIT, UNITED MEDICAL G PAYROLL ****0000-0339-0 | | 6,198.40 |
| | | Subtotal: | 39,546.80 |

**Other Credits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/17 | INTEREST PAID | | 0.50 |
| | | Subtotal: | 0.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| Ending Balance | 11,299.86 |
| Total Deposits | + |
| Sub Total | |
| Total Withdrawals | |
| Adjusted Balance | |

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include.

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain. If you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON K JURAVIN

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Aug 18 2019-Sep 17 2019 |
| Cust Ref #: | 4345481107-651-E-*** |
| Primary Account #: | 434-5481107 |

DAILY ACCOUNT ACTIVITY

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | ELECTRONIC PMT-WEB, DISCOVER BANK NET/MOBILE ****965792 | 2,000.00 |
| 08/27 | eTransfer Debit, Online Xfer<br>Transfer to CK 4363085527 | 3,690.00 |
| 08/27 | TDBANK BILL PAY CHECK, PSR DEVELOPERS<br>CHECK# 995010 | 9,000.00 |
| 08/27 | TDBANK BILL PAY CHECK,<br>AEGIS COMMUNITY MGMT SOLUTIONS<br>CHECK# 995011 | 1,200.00 |
| 08/28 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W5074 | 1,914.49 |
| 08/28 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W4836 | 6,258.40 |
| 08/29 | ELECTRONIC PMT-WEB, DISCOVER BANK ETRANSFER ****541479 | 10,000.00 |
| 09/04 | ACH DEBIT, AM GEN LIFE INS ONLINE PMT CKF****16223NEG | 4,771.06 |
| 09/12 | ACH DEBIT, BANNER BILL PAY ****0394748 | 485.00 |
| 09/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481735 | 222.20 |
| 09/17 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345480802 | 1,000.00 |
| 09/17 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481735 | 2,000.00 |
| | Subtotal: | 42,541.15 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/17 | 9,293.71 | 08/30 | 13,579.22 |
| 08/20 | 14,293.71 | 09/04 | 8,808.16 |
| 08/21 | 12,293.71 | 09/12 | 8,323.16 |
| 08/27 | 24,203.71 | 09/13 | 14,521.56 |
| 08/28 | 16,030.82 | 09/16 | 14,299.36 |
| 08/29 | 6,030.82 | 09/17 | 11,299.86 |