Fill in this information to identify the case:

Debtor Name ___Don Karh Juravin___

United States Bankruptcy Court for the: ___Middle___ District of ___Florida___
(State)

Case number: ___18-6821___

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ___10/31/2019___, on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Juravin Inc | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  Don Karl JURAVIN                    Case number  18-6821

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
    MM / DD / YYYY

**For Individual Debtors:**

X _____[signature]_____         X _____
Signature of Debtor 1                     Signature of Debtor 2

DON JURAVIN                               _____
Printed name of Debtor 1                  Printed name of Debtor 2

Date 12/9/2019                            Date _____
    MM / DD / YYYY                            MM / DD / YYYY

See Attached

Debtor Name  DON KACK JURAVIN           Case number  18-6821

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]    Juravin Inc.

See attached

Debtor Name  DON KARL JURAVIN          Case number  18-6821

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of [date]  Juravin Inc.**

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

See Attached

6:06 PM  
12/08/19  
Accrual Basis

# JURAVIN INC
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| TD Bank #0802 | 528.00 |
| **Total Checking/Savings** | 528.00 |
| **Total Current Assets** | 528.00 |
| **TOTAL ASSETS** | **528.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| American Express#5003 | 13,423.24 |
| **Total Credit Cards** | 13,423.24 |
| **Total Current Liabilities** | 13,423.24 |
| **Total Liabilities** | 13,423.24 |
| **Equity** | |
| Capital Stock | 1,000.00 |
| Retained Earnings | -14,056.00 |
| Shareholder Distributions | 4,474.76 |
| Net Income | -4,314.00 |
| **Total Equity** | -12,895.24 |
| **TOTAL LIABILITIES & EQUITY** | **528.00** |

Debtor Name  Don Karl Juravin                                Case number  18-6821

### Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]


        See Attached

1:53 PM
12/06/19
Accrual Basis

## JURAVIN INC
## Profit & Loss
### October 2019

|  | Oct 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales/ Income | 12,000.00 |
| **Total Income** | 12,000.00 |
| **Expense** | |
| Advertising | 984.83 |
| Automobile | 69.28 |
| Bank Fees | 10.00 |
| Contract Labor | 1,249.34 |
| Internet / Cable | 90.99 |
| Meals | 113.41 |
| Office Expense | 1,766.49 |
| Travel | 118.08 |
| **Total Expense** | 4,402.42 |
| **Net Ordinary Income** | 7,597.58 |
| **Net Income** | 7,597.58 |

1:53 PM
12/06/19
Accrual Basis

# JURAVIN INC
## Profit & Loss
### January through October 2019

|  | Jan - Oct ... |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Sales/ Income | 12,103.99 |
| **Total Income** | 12,103.99 |
| **Expense** | |
| Advertising | 14,687.38 |
| Automobile | 972.17 |
| Bank Fees | 108.00 |
| Contract Labor | 4,827.30 |
| Dues & Subscriptions | 250.00 |
| Internet / Cable | 690.06 |
| Meals | 1,010.67 |
| Office Expense | 7,894.00 |
| Postage | 192.42 |
| Professional Services | 6.00 |
| Telephone | 1,009.29 |
| Tolls / Parking | 20.67 |
| Travel | 6,770.91 |
| **Total Expense** | 38,438.87 |
| **Net Ordinary Income** | -26,334.88 |
| **Net Income** | -26,334.88 |

6:07 PM
12/08/19
Accrual Basis

# JURAVIN INC
# Profit & Loss
January through December 2018

|  | Jan - De... |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Other Income | 3,008.00 |
| Sales/ Income | 91,280.00 |
| **Total Income** | 94,288.00 |
| **Expense** | |
| Advertising | 27,489.00 |
| Bank Fees | 396.00 |
| Cable & Internet | 183.00 |
| Commission & Fees | 150.00 |
| Computer Software Supplies | 910.00 |
| Dues & Subscriptions | 2,444.00 |
| Entertainment | 109.00 |
| Insurance | 3,969.00 |
| Legal & Professional Fees | 12,878.00 |
| Meals | 5,220.00 |
| Office Expense | 3,805.00 |
| Office Supplies | 3,364.00 |
| Postage | 3,549.00 |
| Promotional | 189.00 |
| Repairs and Maintenance | 364.00 |
| Research Expenses | 558.00 |
| Taxes and Licenses | 152.00 |
| Telephone | 5,642.00 |
| Travel | 24,537.00 |
| Utilties | 2,694.00 |
| **Total Expense** | 98,602.00 |
| **Net Ordinary Income** | -4,314.00 |
| **Net Income** | **-4,314.00** |

Debtor Name  Don Karl Juravin                    Case number  18-6821

### Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

      See Attached

1:56 PM
12/06/19

# JURAVIN INC
## Statement of Cash Flows
### January through October 2019

|  | Jan - Oct 19 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -26,334.88 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| American Express#5003 | -456.02 |
| Loan From MCO | -7,044.18 |
| Loan From Shareholder- | 23,704.55 |
| Net cash provided by Operating Activities | -10,130.53 |
| **FINANCING ACTIVITIES** |  |
| Shareholder Distributions | 21,192.42 |
| Net cash provided by Financing Activities | 21,192.42 |
| Net cash increase for period | 11,061.89 |
| Cash at beginning of period | 423.57 |
| Cash at end of period | 11,485.46 |

Debtor Name  Don Karl Juravin          Case number  18-6821

## Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name  DON KARL JUAQUIN          Case number  18-6821

## Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name  Doo Kael Juaxoin          Case number  18-6821

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Not Applicable

Doo Kael Juaxoin          18-6821

Debtor Name  Don Karl Juravin                    Case number  18-6821

## Exhibit D: Allocation of Tax Liabilities and Assets

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

See "Income Taxes" section of the General Notes of the Periodic Report

Debtor Name  Don Kiel Juawin          Case number  186891

# Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Don Kiel Juawin                          186891