**[Dntchrg]** [District Notice of Hearing]

### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:

Don Karl Juravin
aka Don Adi Juravin

Case No. 6:18−bk−06821−KJ
Chapter 11

_____    Debtor*    _____/

### NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN THAT:

1. A preliminary hearing in this case will be held on January 9, 2020, at 01:00 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 on the following matter:

(1)Emergency Motion for Protective Order (2)Agreed Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt. to Dismiss Case and/or Object to Discharge (3)Agreed Motion to Extend Time to Object to Discharge or to Determine (Document No. 220, 221, 222) filed by (1)Interested Party Anna Juravin (2)Creditor DCS Real Estate Investments, LLC (3)Creditor Bella Collina Property Owner's Association, Inc.

2. The Court may continue this matter upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

FOR THE COURT

Dated: December 19, 2019

Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.