# UNITED STATES BANKRUPTCY COURT
## _Mindle_ DISTRICT OF _Florida_
### _Orlando_ DIVISION

IN RE:                                    }        CASE NUMBER: 6:18-bk-6821-
                                          }
Don Karl Juravin                          }
                                          }        JUDGE
                                          }
DEBTOR.                                   }        CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
#### FOR THE PERIOD
FROM        11/01/2019        TO    11/30/2019

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _12/20/19_

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
_15118 Pendio Drive_
_Montverde, FL 34756_

Tel. _813-810-5100_

Attorney's Address
and Phone Number:
_1030 N. Orange Avenue_
_Suite 300_
_Orlando, FL  32801_
Bar No. _173134_
Tel. _407-294-4440_

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee.
Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm.
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Don K Juravin |
|---|---|
| Case Number: | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this rept.

| | Month 11/30/2019 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 13,300.09 | 24,599.89 |
| CASH- Beginning of Month (Business) | 15,072.26 | 16,461.96 |
| | | |
| Total Household Receipts | 32,372.50 | 79,084.71 |
| Total Business Receipts | 70,772.26 | 121,672.26 |
| Total Receipts | 103,144.80 | 200,756.97 |
| | | |
| Total Household Disbursements | 14,829.60 | 48,241.84 |
| Total Business Disbursements | 51,432.24 | 99,341.64 |
| Total Disbursements | 66,261.84 | 147,583.48 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 36,882.92 | 65,863.05 |
| | | |
| CASH- End of Month (Individual) | 17,542.90 | 42,142.85 |
| CASH- End of Month (Business) | 19,340.02 | 35,709.07 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 66,261.84 | 147,583.48 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | (1,166.84) | (8,440.38) |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 65,095.00 | 139,143.10 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____.

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| - | 11/30/2019 | Total |
| **CASH   Beginning of Month** | 13,300.09 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 19,072.41 | 31,469.21 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | .62 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| | | |
| Other (specify) (attach list to this report) | | 34,314.91 |
| **TOTAL RECEIPTS** | 32,372.50 | 65,784.74 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | 600.00 |
| Gifts | | |
| Household Expenses/Food/Clothing | 1,441.79 | 1,491.54 |
| Household Repairs & Maintenance | | |
| Insurance | 661.00 | 11,231.00 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 236.21 | 236.21 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,325.50 | 1,795.79 |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325.00 | 325.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | 10,840.10 | 32,562.30. |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 14,829.60 | 48,241.84 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 17,542.90 | 17,542.90 |

MONTHLY OPERATING REPORT –
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | |
| 7. | Are any post-petition state or federal income taxes past due? | | |
| 8. | Are any post-petition state or local sales taxes past due? | | |
| 9. | Are any post-petition real estate taxes past due? | | |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | |
| 11. | Are any wage payments past due? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| MUST CURE OBESITY CO. | Month 11/30/2019 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 3,032.99 | 414.33 |
| | | |
| BUSINESS CASH RECEIPTS | 0 | |
| Cash Sales | 24,300 | 42,300.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 11,500 | 14,122.20 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| Total Business Receipts | 38,832.99 | 56,836.53 |
| | | |
| BUSINESS CASH DISBURSEMENTS | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 20,018.80 | 20,241.00 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | 20.00 |
| Vehicle Expenses | 47.95 | 2,330.78 |
| Travel & Entertainment | | 182.21 |
| Repairs and Maintenance | | |
| Supplies | 2.81 | 1,910.65 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | 91.34 | 311.96 |
| Bank Charges | 35.00 | 58.00 |
| Other (attach schedule) | 1,841.91 | 14,986.75 |
| | | |
| Total Business Disbursements | 22,037.81 | 40,041.35 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 16,795.18 | 16,795.18 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| JURAVIN INC | Month 11/30/2019 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 11,485.46 | 352.22 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 19,900 | 31,900 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 20,000.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 9,000 |
| | | |
| **Total Business Receipts** | 31,385.46 | 61,252.22 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 8,000 | 15,051.34 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | 213.40 | 1,462.74 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | 90.99 |
| Insurance | | |
| Vehicle Expenses | 124.40 | 194.18 |
| Travel & Entertainment | | 118.08 |
| Repairs and Maintenance | | |
| Supplies | 97.00 | 1,863.49 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | 1,124.31 | 1,124.31 |
| Advertising | 2,886.89 | 3,871.72 |
| Bank Charges | 10.00 | 33.00 |
| Other (attach schedule) | 16,912.93 | 35,426.34 |
| | | |
| **Total Business Disbursements** | 29,369.43 | 59,236.19 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2)** | 2,016.03 | 2,016.03 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| FIRST GLOBAL HEALTH CORPORATION | Month 11/30/2019 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 553.81 | 678.36 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 500.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | 553.81 | 624.55 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | 25.00 | 95.74 |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | 25.00 | 95.74 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 528.81 | 528.81 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information<br>TD Bank | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 434-5481107 | 434-5481735 | 434-5480802 | 436-7787153 |
| Purpose of Account (Business/Personal) | Personal | Business | Business | Business |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | | 3,032.99 | 11,485.46 | 533.81 |
| 2. ADD: Deposits not credited (attach list to this report) | 19,072.41 | 35,800 | 19,900 | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 14,4829.60 | 22,037.80 | 29,369.43 | 25.00 |
| 5. Month End Balance (Must Agree with Books) | 17,542.90 | 16,795.18 | 2,016.03 | 528.81 |
| TOTAL OF ALL ACCOUNTS | | | | $ 36,882.92 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD BANK |
|---|---|
| Account Number | 434-5481107 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 801 | 10/19 | TOP SELECT ACADEMY | VOLLEYBALL | 500 |
| 803 | 10/21 | US TRUSTEE | BANKRUPTCY FEES | 325 |
| 804 | 11/6 | BELL COLLINA CCD | UTILITIES | 623.50 |
| ACH | 10/21 | AMERICAN EXPRESS | CREDIT CARD PAYMENT | 10,000.00 |
| ACH | 10/21 | TRANSFER ACCT #5527 | UNIVERSAL/ ERROR REIMBURSEMENT | 825.40 |
| ACH | | VARIOUS SEE ATTACHED REGISTER | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 14,829.60 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

MONTHLY OPERATING REPORT -
INDIVIDUAL

**ATTACHMENT NO. 3B**

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TO BANK / MUST CURE OBESITY CO |
|---|---|
| Account Number | 434-5481735 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/12 | WORKNHIRE | VISA VENDOR PAYMENT | 2.81 |
| ACH | 11/22 | AMERICAN EXPRESS | PAYMENT | 2,000 |
| ACH | 11/22 | TRANSFER ACCOUNT #1107 | TRANSFER FUNDS PERSONAL ACCOUNT | 2,000 |
| ACH | 11/25 | ACH BATCH SETTLEMENT | PAYROLL | 11,000 |
| ACH | 11/29 | TRANSFER ACCOUNT #1107 | TRANSFER FUNDS PERSONAL ACCOUNT | 7,000 |
| | 11/26 | WIRE TRANSFER FEE | ACH BACH CHARGE WIRE TRANSFER | 25.00 |
| | 11/29 | MAINTENANCE FEE | BANK FEES | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 22,037.81 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK /JURAVIN INC |
|---|---|
| Account Number | 434-5480802 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 11/05 | TRANSFER 4645481197 | TRANSFER FUNDS | 8,000 |
| ACH | 11/22 | TRANSFER 4345481735 | TRANSFER FUNDS | 11,500 |
| ACH | 11/22 | AMERICAN EXPRESS | CREDIT CARD PAYMENT | 9,859.43 |
| | 10/31 | BANK FEES | BANK FEES | 10 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 29,369.43 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | |
| Plus:  Billings During the Month | 0 | |
| Less: Collections During the Month | 0 | |
| Adjustments or WriteOffs* | 0 | |
| Accounts Receivable Ending Balance** | 0 | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\*  Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES N/A | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | . | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*  The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



**Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO
15118 PENDIO DR
MONTVERDE FL  34756-3606

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 18 2019-Nov 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

## Chapter 11 Checking

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

Account # 434-5481107

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 13,300.09 | Average Collected Balance | 8,645.38 |
| Electronic Deposits | 19,072.41 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 4.12 |
| Checks Paid | 1,448.50 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 13,381.10 | Days in Period | 31 |
| Ending Balance | 17,542.90 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | ACH DEPOSIT, DISCOVER BANK PREARRANGE ****965792 | 3,215.02 |
| 10/30 | CCD DEPOSIT, STRIPE TRANSFER ST-N3I6H3G0S4B4 | 2.39 |
| 11/04 | ACH DEPOSIT, UNITED MEDICAL G PAYROLL ****0000-0339-0 | 2,441.98 |
| 11/05 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345480802 | 8,000.00 |
| 11/12 | CCD DEPOSIT, STRIPE TRANSFER ST-J0U4X2G1Q4J0 | 0.04 |
| 11/15 | ACH DEPOSIT, UNITED MEDICAL G PAYROLL ****0000-0339-0 | 5,412.98 |
| | Subtotal: | 19,072.41 |

**Checks Paid**   No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 10/21 | 801 | 500.00 | 11/15 | 804 | 623.50 |
| 10/28 | 803* | 325.00 | | | |
| | | | | Subtotal: | 1,448.50 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/21 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W4576 | 10,000.00 |
| 10/21 | eTransfer Debit, Online Xfer<br>Transfer to CK 4363085527 | 825.40 |
| 10/21 | DEBIT POS, *****30057969529, AUT 102119 DDA PURCHASE<br>PUBLIX          CLERMONT      * FL | 87.85 |
| 10/21 | DEBIT POS, *****30057969529, AUT 102119 DDA PURCH W/CB<br>PUBLIX          CLERMONT      * FL | 57.50 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 17,542.90 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 18 2019-Nov 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | ELECTRONIC PMT-TEL, RLI INSURANCE INSURANCE 3527507 | 661.00 |
| 10/23 | DEBIT POS, *****30057969529, AUT 102319 DDA PURCHASE<br>USPS PO 1 17101 PORTER    MONTVERDE    * FL | 14.70 |
| 10/24 | DEBIT POS, *****30057969529, AUT 102419 DDA PURCH W/CB<br>PUBLIX          CLERMONT    * FL | 115.58 |
| 10/24 | DEBIT CARD PURCHASE, *****30057969529, AUT 102219 VISA DDA PUR<br>CITATION PROCESSING CENT   949 7526937  * CA | 30.50 |
| 10/25 | DEBIT CARD PURCHASE, *****30057969529, AUT 102419 VISA DDA PUR<br>ALLSTAR CLIPS BARBER SHO   CLERMONT    * FL | 24.00 |
| 10/28 | DEBIT POS, *****30057969529, AUT 102719 DDA PURCHASE<br>PUBLIX          CLERMONT    * FL | 121.17 |
| 10/28 | DEBIT POS, *****30057969529, AUT 102719 DDA PURCH W/CB<br>TARGET T 2660 EAST HW    CLERMONT    * FL | 114.58 |
| 10/28 | DEBIT CARD PURCHASE, *****30057969529, AUT 102619 VISA DDA PUR<br>22 BRIO MILLENIA      ORLANDO    * FL | 75.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30057969529, AUT 102419 VISA DDA PUR<br>PHO SAIGON II        CLERMONT    * FL | 15.00 |
| 10/28 | DEBIT CARD PURCHASE, *****30057969529, AUT 102619 VISA DDA PUR<br>HAAGEN DAZS  774     ORLANDO    * FL | 7.41 |
| 10/28 | DEBIT CARD PURCHASE, *****30057969529, AUT 102519 VISA DDA PUR<br>DUNKIN  350310 Q35    CLERMONT    * FL | 5.29 |
| 10/29 | DEBIT CARD PURCHASE, *****30057969529, AUT 102719 VISA DDA PUR<br>SUSHI STORM         CLERMONT    * FL | 41.20 |
| 10/30 | DEBIT CARD PURCHASE, *****30057969529, AUT 102919 VISA DDA PUR<br>TARGET    00022640    WINTER GARDEN * FL | 54.35 |
| 10/31 | DEBIT CARD PURCHASE, *****30057969529, AUT 103019 VISA DDA PUR<br>AMZN MKTP US MG97K77O3    AMZN COM BILL * WA | 195.83 |
| 10/31 | DEBIT CARD PURCHASE, *****30057969529, AUT 102919 VISA DDA PUR<br>LONGHORN STEAK00053264    WINTER GARDEN * FL | 46.18 |
| 11/05 | ACH DEBIT, DUKEENERGY-FL CUST BILLS ****625051 | 702.00 |
| 11/07 | DEBIT POS, *****30057969529, AUT 110719 DDA PURCH W/CB<br>PUBLIX          CLERMONT    * FL | 128.74 |
| 11/08 | DEBIT POS, *****30057969529, AUT 110819 DDA PURCHASE<br>PUBLIX          CLERMONT    * FL | 7.50 |
| 11/08 | DEBIT POS, *****30057969529, AUT 110819 DDA PURCHASE<br>PUBLIX          CLERMONT    * FL | 4.19 |
| 11/12 | DEBIT CARD PURCHASE, *****30057969529, AUT 110819 VISA DDA PUR<br>BAR LOUIE I DRIVE      ORLANDO    * FL | 30.00 |
| 11/12 | DEBIT CARD PURCHASE, *****30057969529, AUT 110819 VISA DDA PUR<br>BACKHAUS GERMANY BAKERY   ORLANDO    * FL | 9.75 |
| 11/12 | DEBIT CARD PURCHASE, *****30057969529, AUT 110819 VISA DDA PUR<br>HAAGEN DAZS  1312     ORLANDO    * FL | 6.38 |

Subtotal:    13,381.10

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Oct 18 2019-Nov 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 10/17 | 13,300.09 | 10/31 | 3,199.96 |
| 10/21 | 1,829.34 | 11/04 | 5,641.94 |
| 10/23 | 1,153.64 | 11/05 | 12,939.94 |
| 10/24 | 1,007.56 | 11/07 | 12,811.20 |
| 10/25 | 4,198.58 | 11/08 | 12,799.51 |
| 10/28 | 3,535.13 | 11/12 | 12,753.42 |
| 10/29 | 3,493.93 | 11/15 | 17,542.90 |
| 10/30 | 3,441.97 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 18 2019-Nov 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

---

Don Karl Juravin
DIP Case No. 6:18-bk-06821
15118 Pendio Dr
Bella Collina, FL 34756-3606

801

10/19/2019

Pay to the Order of: Top Select Academy      $ 500.-
five hundred dollars      Dollars

TD Bank

Re: deposit volleyball      Don

⑈067014822⑈ 434548 1107⑈      0801

#801          10/21          $500.00

---

Don Karl Juravin      Acc # 306 190 68.21
DIP Case No. 6:18-bk-06821      803
15118 Pendio Dr
Bella Collina, FL 34756-3606

10/21/2019

Pay to the Order of: U.S. Trustee      $ 325.-
three hundred twenty five      Dollars

TD Bank

For:      Den

⑈067014822⑈ 434548 1107⑈      0803

#803          10/28          $325.00

---

Don Karl Juravin
DIP Case No. 6:18-bk-06821
15118 Pendio Dr
Bella Collina, FL 34756-3606

804

Nov 6m19

Pay to the Order of: Bella Collina CDD      $ 623.50
Six hundred twenty three dollars 50/Dollars

TD Bank

For: 01-100924  activity bill      Don

⑈067014822⑈ 434548 1107⑈      0804

#804          11/15          $623.50

4:41 PM

12/18/19

# DON K JURVIN
## Reconciliation Detail
### TD DIP#1107, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 13,300.09 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| Check | 11/30/2019 | | Juravin Inc | X | -10,000.00 | -10,000.00 |
| Check | 11/30/2019 | | | X | -2,410.35 | -12,410.35 |
| Check | 11/30/2019 | | | X | -825.40 | -13,235.75 |
| Check | 11/30/2019 | 804 | Bella Collina CDD | X | -623.50 | -13,859.25 |
| Check | 11/30/2019 | 801 | Top Secrect Academy | X | -500.00 | -14,359.25 |
| Check | 11/30/2019 | 803 | US Trustee | X | -325.00 | -14,684.25 |
| Check | 11/30/2019 | | Publix | X | -87.85 | -14,772.10 |
| Check | 11/30/2019 | | Publix | X | -57.50 | -14,829.60 |
| | Total Checks and Payments | | | | -14,829.60 | -14,829.60 |
| | **Deposits and Credits - 1 item** | | | | | |
| Deposit | 11/30/2019 | | | X | 19,072.41 | 19,072.41 |
| | Total Deposits and Credits | | | | 19,072.41 | 19,072.41 |
| | Total Cleared Transactions | | | | 4,242.81 | 4,242.81 |
| Cleared Balance | | | | | 4,242.81 | 17,542.90 |
| Register Balance as of 11/30/2019 | | | | | 4,242.81 | 17,542.90 |
| **Ending Balance** | | | | | **4,242.81** | **17,542.90** |

 **Bank**

America's Most Convenient Bank®          E          STATEMENT OF ACCOUNT

MUST CURE OBESITY CO
15118 PENDIO DR
MONTVERDE FL  34756

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4345481735-713-E-*** |
| Primary Account #: | 434-5481735 |

## TD Business Simple Checking

MUST CURE OBESITY CO                                    Account # 434-5481735

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,032.99 | Average Collected Balance | 7,380.37 |
| Electronic Deposits | 13,300.00 | Interest Earned This Period | 0.00 |
| Other Credits | 22,500.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 22,002.81 | Days in Period | 30 |
| Other Withdrawals | 25.00 | | |
| Service Charges | 10.00 | | |
| Ending Balance | 16,795.18 | | |

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | CTX DEPOSIT, UNITED MEDICAL G SENDER 442449908 | 1,800.00 |
| 11/22 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345480802 | 11,500.00 |
| | Subtotal: | 13,300.00 |

#### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | WIRE TRANSFER INCOMING, UNITED MEDICAL GROUP INTERNATIONAL, | 22,500.00 |
| | Subtotal: | 22,500.00 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | DEBIT CARD PURCHASE, AUT 110919 VISA DDA PUR<br>WORKNHIRE          NOIDA       I ND<br>4085404018481691 | 2.81 |
| 11/22 | CCD DEBIT, AMEX EPAYMENT ACH PMT W2142 | 2,000.00 |
| 11/22 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 2,000.00 |
| 11/25 | ACH SETTLEMENT, ACH BATCH<br>MUST CURE OBESIT | 11,000.00 |
| 11/29 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 7,000.00 |
| | Subtotal: | 22,002.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 16,795.18 |
| ❷ Total Deposits + | |
| ❸ Sub Total | |
| ❹ Total Withdrawals - | |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MUST CURE OBESITY CO

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4345481735-713-E-*** |
| Primary Account #: | 434-5481735 |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/26 | WIRE TRANSFER FEE | 15.00 |
| 11/26 | ACH BATCH CHARGE, ACH CHARGE SBIB | 10.00 |
| | Subtotal: | 25.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 3,032.99 | 11/25 | 1,330.18 |
| 11/12 | 3,030.18 | 11/26 | 23,805.18 |
| 11/14 | 4,830.18 | 11/29 | 16,795.18 |
| 11/22 | 12,330.18 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

11:17 AM

12/19/19

Accrual Basis

# MUST CURE OBESITY CO
## Transactions by Account
### As of November 30, 2019

| Type | Date | Num | Adj | Name | Memo | Clr | Split |
|------|------|-----|-----|------|------|-----|-------|
| **Shareholder Distributions** | | | | | | | |
| Check | 11/30/2019 | | | | -MULTIPLE- | | TD Bank #1735 |
| Transfer | 11/30/2019 | | | | DON DISCO... | | AMEX #1005 |
| Total Shareholder Distributions | | | | | | | |
| **TOTAL** | | | | | | | |

11:17 AM
12/19/19
Accrual Basis

# MUST CURE OBESITY CO
## Transactions by Account
As of November 30, 2019

| Debit | Credit | Balance |
|---|---|---|
| | | -106,217.10 |
| 9,000.00 | | -115,217.10 |
| | 18.80 | -115,198.30 |
| 9,000.00 | 18.80 | -115,198.30 |
| 9,000.00 | 18.80 | -115,198.30 |

3:08 PM

12/18/19

# MUST CURE OBESITY CO
## Reconciliation Detail
### TD Bank #1735, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3,032.99 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| General Journal | 01/01/2018 | 6 | | X | -3,898.00 | -3,898.00 |
| Check | 11/30/2019 | | | X | -22,002.81 | -25,900.81 |
| Check | 11/30/2019 | | | X | -35.00 | -25,935.81 |
| Total Checks and Payments | | | | | -25,935.81 | -25,935.81 |
| | | | | | | |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 01/01/2019 | 8 | | X | 3,898.00 | 3,898.00 |
| Deposit | 11/30/2019 | | | X | 35,800.00 | 39,698.00 |
| Total Deposits and Credits | | | | | 39,698.00 | 39,698.00 |
| Total Cleared Transactions | | | | | 13,762.19 | 13,762.19 |
| **Cleared Balance** | | | | | 13,762.19 | 16,795.18 |
| Register Balance as of 11/30/2019 | | | | | 13,762.19 | 16,795.18 |
| **Ending Balance** | | | | | **13,762.19** | **16,795.18** |



**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

JURAVIN INCORPORATED
15118 PENDIO DR
MONTVERDE FL  34756

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

## TD Business Simple Checking

JURAVIN INCORPORATED

Account # 434-5480802

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 11,485.46 | Average Collected Balance | 15,254.29 |
| Electronic Deposits | 19,900.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 29,359.43 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 10.00 | Days in Period | 30 |
| Ending Balance | 2,016.03 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | CCD DEPOSIT, UNITED MEDICAL G ACH PMT 5233106341 | 17,500.00 |
| 11/14 | CTX DEPOSIT, UNITED MEDICAL G SENDER 442449898 | 2,400.00 |
| | Subtotal: | 19,900.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 8,000.00 |
| 11/22 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481735 | 11,500.00 |
| 11/22 | CCD DEBIT, AMEX EPAYMENT ACH PMT W1072 | 9,859.43 |
| | Subtotal: | 29,359.43 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 11,485.46 | 11/14 | 23,385.46 |
| 11/04 | 28,985.46 | 11/22 | 2,026.03 |
| 11/05 | 20,985.46 | 11/29 | 2,016.03 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶** Ending Balance _____ 2,016.03

**❷** Total Deposits + _____

**❸** Sub Total _____

**❹** Total Withdrawals - _____

**❺** Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we send you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

2:31 PM

12/18/19

# JURAVIN INC
## Reconciliation Detail
### TD Bank #0802, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 11,061.89 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 2 items** | | | | | | |
| General Journal | 01/01/2019 | 9 | | X | -104.43 | -104.43 |
| Check | 11/29/2019 | | | X | -29,369.43 | -29,473.86 |
| Total Checks and Payments | | | | | -29,473.86 | -29,473.86 |
| **Deposits and Credits - 2 items** | | | | | | |
| General Journal | 12/31/2018 | 5 | | X | 528.00 | 528.00 |
| Deposit | 11/30/2019 | | | X | 19,900.00 | 20,428.00 |
| Total Deposits and Credits | | | | | 20,428.00 | 20,428.00 |
| Total Cleared Transactions | | | | | -9,045.86 | -9,045.86 |
| **Cleared Balance** | | | | | -9,045.86 | 2,016.03 |
| Register Balance as of 11/30/2019 | | | | | -9,045.86 | 2,016.03 |
| **Ending Balance** | | | | | **-9,045.86** | **2,016.03** |

2:33 PM

12/18/19

# JURAVIN INC
## Reconciliation Detail
### American Express#5003, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 13,967.22 |
| **Cleared Transactions** | | | | | | |
| **Charges and Cash Advances - 51 items** | | | | | | |
| Credit Card Charge | 11/29/2019 | | BEST BUY | X | -1,124.31 | -1,124.31 |
| Credit Card Charge | 11/29/2019 | | Facebook | X | -400.00 | -1,524.31 |
| Credit Card Charge | 11/29/2019 | | Facebook | X | -250.00 | -1,774.31 |
| Credit Card Charge | 11/29/2019 | | Liquid Web | X | -194.65 | -1,968.96 |
| Credit Card Charge | 11/29/2019 | | Facebook | X | -175.00 | -2,143.96 |
| Credit Card Charge | 11/29/2019 | | Facebook | X | -125.00 | -2,268.96 |
| Credit Card Charge | 11/29/2019 | | Facebook | X | -125.00 | -2,393.96 |
| Credit Card Charge | 11/29/2019 | | Paynoeer | X | -123.71 | -2,517.67 |
| Credit Card Charge | 11/29/2019 | | Name.co | X | -109.99 | -2,627.66 |
| Credit Card Charge | 11/29/2019 | | 7-11 | X | -57.19 | -2,684.85 |
| Credit Card Charge | 11/29/2019 | | Paypal | X | -50.00 | -2,734.85 |
| Credit Card Charge | 11/29/2019 | | Google | X | -47.61 | -2,782.46 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -36.28 | -2,818.74 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -36.21 | -2,854.95 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -35.84 | -2,890.79 |
| Credit Card Charge | 11/29/2019 | | Cragilist | X | -35.00 | -2,925.79 |
| Credit Card Charge | 11/29/2019 | | Paynoeer | X | -25.77 | -2,951.56 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -22.07 | -2,973.63 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -21.98 | -2,995.61 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -21.83 | -3,017.44 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -21.80 | -3,039.24 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -21.65 | -3,060.89 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -21.61 | -3,082.50 |
| Credit Card Charge | 11/29/2019 | | Paynoeer | X | -20.62 | -3,103.12 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -15.49 | -3,118.61 |
| Credit Card Charge | 11/29/2019 | | Paypal | X | -12.00 | -3,130.61 |
| Credit Card Charge | 11/29/2019 | | Google | X | -9.99 | -3,140.60 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -9.44 | -3,150.04 |
| Credit Card Charge | 11/29/2019 | | Twitter Ads | X | -9.37 | -3,159.41 |
| Credit Card Charge | 11/29/2019 | | Google | X | -7.99 | -3,167.40 |
| Credit Card Charge | 11/29/2019 | | Canva | X | -1.00 | -3,168.40 |
| Credit Card Charge | 11/29/2019 | | Canva | X | -1.00 | -3,169.40 |
| Credit Card Charge | 11/29/2019 | | Canva | X | -1.00 | -3,170.40 |
| Credit Card Charge | 11/29/2019 | | Canva | X | -1.00 | -3,171.40 |
| Credit Card Charge | 11/29/2019 | | Canva | X | -1.00 | -3,172.40 |
| Credit Card Charge | 11/30/2019 | | MB | X | -1,610.28 | -4,782.68 |
| Credit Card Charge | 11/30/2019 | | | X | -1,166.84 | -5,949.52 |
| Credit Card Charge | 11/30/2019 | | Corinneweav | X | -370.00 | -6,319.52 |
| Credit Card Charge | 11/30/2019 | | Facebook | X | -249.43 | -6,568.95 |
| Credit Card Charge | 11/30/2019 | | Google | X | -210.02 | -6,778.97 |
| Credit Card Charge | 11/30/2019 | | Paynoeer | X | -105.15 | -6,884.12 |
| Credit Card Charge | 11/30/2019 | | Spectrum | X | -74.99 | -6,959.11 |
| Credit Card Charge | 11/30/2019 | | Shell | X | -67.71 | -7,026.82 |
| Credit Card Charge | 11/30/2019 | | Paynoeer | X | -61.86 | -7,088.68 |
| Credit Card Charge | 11/30/2019 | | Google | X | -60.00 | -7,148.68 |
| Credit Card Charge | 11/30/2019 | | Google | X | -50.00 | -7,198.68 |
| Credit Card Charge | 11/30/2019 | | Twitter Ads | X | -35.88 | -7,234.56 |
| Credit Card Charge | 11/30/2019 | | Twitter Ads | X | -22.04 | -7,256.60 |
| Credit Card Charge | 11/30/2019 | | Twitter Ads | X | -21.74 | -7,278.34 |
| Credit Card Charge | 11/30/2019 | | Monti Ask.com | X | -19.84 | -7,298.18 |
| Credit Card Charge | 11/30/2019 | | MB | X | -15.00 | -7,313.18 |
| | | | Total Charges and Cash Advances | | -7,313.18 | -7,313.18 |

2:33 PM

12/18/19

# JURAVIN INC
## Reconciliation Detail
### American Express#5003, Period Ending 11/30/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Payments and Credits - 4 Items** | | | | | | |
| Check | 10/30/2019 | | American Express | X | 11,000.00 | 11,000.00 |
| Credit Card Credit | 11/29/2019 | | | X | 1,668.20 | 12,668.20 |
| Transfer | 11/29/2019 | | | X | 4,042.90 | 16,711.10 |
| Check | 11/29/2019 | | | X | 9,859.43 | 26,570.53 |
| Total Cleared Transactions | | | | | 19,257.35 | 19,257.35 |
| Cleared Balance | | | | | -19,257.35 | -5,290.13 |
| Register Balance as of 11/30/2019 | | | | | -19,257.35 | -5,290.13 |
| **Ending Balance** | | | | | **-19,257.35** | **-5,290.13** |

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FIRST GLOBAL HEALTH CORPORATION
15118 PENDIO DR
BELLA COLLINA FL  34756

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Nov 01 2019-Nov 30 2019 |
| Cust Ref #: | 4367787153-717-E-*** |
| Primary Account #: | 436-7787153 |

## TD Business Convenience Plus

FIRST GLOBAL HEALTH CORPORATION

Account # 436-7787153

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 553.81 | Average Collected Balance | 553.81 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 25.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 528.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |

### DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | MAINTENANCE FEE | 25.00 |
| | Subtotal: | 25.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 553.81 | 11/29 | 528.81 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:                2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① | Ending Balance | | 528.81 |
| ② | Total Deposits | + | |
| ③ | Sub Total | | |
| ④ | Total Withdrawals | - | |
| ⑤ | Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.