UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**OBJECTION TO CLAIM NO. 1 OF CONSUMER OPINION CORP.**

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 N. Orange Avenue, Suite 300, Orlando, Florida 32801, and any other appropriate persons within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The Debtor, Don Karl Juravin, by and through undersigned counsel, hereby files this Objection to Claim Number 1 of Consumer Opinion Corp., and in support thereof further states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 31, 2018 (the "Petition Date").  On September 16, 2019, this case was converted to Chapter 11 (the "Conversion Date").

2. On January 7, 2019, Consumer Opinion Corp. ("COC") filed Proof of Claim Number 1, alleging a general unsecured claim in the amount of $481,806.98.

3. As the basis for its claim, COC alleges that there was a violation of Fla. Stat. § 501.201

(Florida's Deceptive and Unfair Trade Practices Act) and malicious prosecution, as a result of a lawsuit filed against COC by Roca Labs, Inc.

4.  Roca Labs, Inc. filed a lawsuit against COC in the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:14-cv-02096-VMC-EAJ (the "Roca Labs Lawsuit").

5.  While COC may have a claim against Roca Labs, Inc. for its statutory and common law claims, the Debtor was not a party to the Roca Labs Lawsuit, and no claims were made by or against the Debtor in the Roca Labs Lawsuit.

6.  COC is not a creditor of the Debtor.

WHEREFORE, the Debtor, Don Karl Juravin, respectfully request this Honorable Court enter an Order: (a) sustaining this Objection to Claim No. 1 of Consumer Opinion Corp.; (b) disallowing and/or striking Claim No. 1 of Consumer Opinion Corp. and (c) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served in accordance with F.R.B.P. 7004, on all parties listed on the attached Service List, this 31st day of December, 2019.

>  ___/s/ Aldo G. Bartolone, Jr._____
> ALDO G. BARTOLONE, JR.
> Florida Bar No. 173134
> BARTOLONE LAW, PLLC
> 1030 N. Orange Ave., Suite 300
> Orlando, Florida 32801
> Telephone: (407) 294-4440
> Facsimile: (407) 287-5544
> E-mail: aldo@bartolonelaw.com
> *Attorney for Debtor*

**SERVICE LIST**

Consumer Opinion Corp.
Attn: Michael Podolsky, Agent
1204 Avenue U, Suite 1080
Brooklyn, NY  11229

Randazza Legal Group, PLC
2764 Lake Sahara Drive
Suite 109
Las Vegas, NV  89117

Miriam G. Suarez, Esq.
Trial Attorney
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL  32801

Don Karl Juravin
15118 Pendio Drive
Montverde, FL  34756