

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/14/2020 01:30 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-KSJ** | **11** | **10/31/2018** |

**Chapter 11**

**DEBTOR:**     Don Juravin

**DEBTOR ATTY:   Aldo Bartolone**

**TRUSTEE:       NA**

**HEARING:**

PRELIMINARY HEARING
1) Trustee's Motion for Relief From Order Converting Case from Chapter 7 to Chapter 11 and to Condition Turnover of Property
              on Payment of Administrative Expenses (Doc #185)
2) Debtor's Motion for Turnover of Property specifically: Funds Being Held by Dennis D. Kennedy, Chapter 7 Trustee (Doc #191)
Response by Trustee in Opposition to Debtor's Motion for Turnover (Doc #196)
3)   Debtor's Objection to Final Application of Winderweedle, for Attorney's Fees and Expenses as Counsel for Chapter 7 Trustee
              for the Period of December 4, 2018 through Date of Application (Doc #207)
Final Application (Doc #192)
4) Bella Collina's Motion for Rehearing and/or Clarification of Order Granting in Part and Denying in Part Creditor's Motion for
              Relief from Stay for Violation of Restrictive Covenants (Doc #209)
5)   Anna Juravin's Emergency Motion for Protective Order (Doc #220)
6)   Creditor DCS' Agreed Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt. to Dismiss
              Case and/or Object to Discharge (Doc #221)
7)   Bella Collina's Agreed Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt. to Dismiss
              Case and/or Object to Discharge (Doc #222)
Note:
Plan (Doc #232) and Disclosure Statement (Doc #233) filed 1/3/2020
Related AP 19-30 FTC v Juravin, 2 day Trial prev set for 4/1-4/2/2020
Case Converted to Chapter 11; 341 concluded 12/9/19
Proofs of Claims due by1/4/2020
Chapter 11 Case Summary (Doc #181) filed 9/25/19
Pending:
1) Agreed Motion by DCS Real Estate to Extend Time to Object to Debtor's Property Claimed Exempt thru 2/8/20, filed 1/7/20
              (Doc #235)
2) Agreed Motion by Bella Collina to Extend Time to Objection to Property Claimed Exempt thru 2/8/20, filed 1/7/20 (Doc #236)
3) Application for Compensation Quantum Meruit Compensation for Chapter 7 Trustee for Dennis D. Kennedy, Trustee Chapter 7,
              Fee: $9,175.00, Expenses: $27.95. (Doc #194)
4) First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Yip
Associates, as Forensic Accountants to Dennis D. Kennedy, Chapter 7 Trustee Nunc Pro Tunc to February 3, 2019 (Doc #201)

5) Objections by Debtor to Claims 1, 2, 6, and 11 filed w/ neg ntc 12/31/19 (Docs 228, 229, 230, 231)

No Action Taken as of 9/17/19

1) Ch 7 Trustee's Motion to Sell Property (Doc #167)

Objection by Debtor to Trustee's Motion to Approve Sale (Doc #173)

2) Second Motion by Debtor to Compel Turnover of Debtor's Files From Burr & Forman, LLP (Doc #147)


**APPEARANCES:**: Aldo Bartolone (Debtor Atty); Miriam Suarez (UST Atty); Will Matthews & Robyn Severs (Bella Collina Assoc. Atty); David Landis (DCS Real Estate Atty); Brad Saxton (Ch. 7 Trustee Kennedy Atty); Michael Mora (FTC Atty);
**RULING:**
PRELIMINARY HEARING:

1) Trustee's Motion for Relief From Order Converting Case from Chapter 7 to Chapter 11 and to Condition Turnover of Property on Payment of Administrative Expenses (Doc #185) -   Granted in part pursuant to parties agreement announced in open court; Order by Bartolone;


2) Debtor's Motion for Turnover of Property specifically: Funds Being Held by Dennis D. Kennedy, Chapter 7 Trustee (Doc #191) - Granted in part pursuant to parties agreement announced in open court; Order by Bartolone

3)   Debtor's Objection to Final Application of Winderweedle, for Attorney's Fees and Expenses as Counsel for Chapter 7 Trustee for the Period of December 4, 2018 through Date of Application (Doc #207) and Final Application (Doc #192) -   Continued to 3/11/20 at 2:45 p.m. (AOCNFNG)

4) Bella Collina's Motion for Rehearing and/or Clarification of Order Granting in Part and Denying in Part Creditor's Motion for Relief from Stay for Violation of Restrictive Covenants (Doc #209) -   Granted as discussed, Bella Collina to file estimated claim by 2/14/20; Order by Severs ;


5)   Anna Juravin's Emergency Motion for Protective Order (Doc #220) -   Denied as moot, Anna Juravin directed to attend examination; Order by Landis;

6)   Creditor DCS' Agreed Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt. to Dismiss Case and/or Object to Discharge (Doc #221) -   Granted until 2/28/20; Order by Landis;

7)   Bella Collina's Agreed Motion to Extend Time to Object to Discharge or to Determine Dischargeability of a Debt. to Dismiss Case and/or Object to Discharge (Doc #222) -   Granted until 2/28/20; Order by Matthews;

8) Ore Tenus Motion by Debtor to Combine Disclosure Statement and Confirmation Hearing -   Granted - Order by Bartolone, Combined Disclosure Statement and Confirmation hearing will be set for 3/11/20 at 2:45 p.m.. (***CM to prepare Order Conditionally Approving Disclosure Statement and Setting Confirmation 61ord02b***);

9) Agreed Motion by DCS Real Estate to Extend Time to Object to Debtor's Property Claimed Exempt thru 2/8/20 (Doc #235) - Granted until 2/28/20; Order by Landis;

10) Agreed Motion by Bella Collina to Extend Time to Objection to Property Claimed Exempt thru 2/8/20  (Doc #236) -   Granted until 2/28/20; Order by Matthews;

11) Application for Compensation Quantum Meruit Compensation for Chapter 7 Trustee for Dennis D. Kennedy, Trustee Chapter 7, Fee: $9,175.00, Expenses: $27.95. (Doc #194) -   Continued to 3/11/20 at 2:45 p.m. (AOCNFNG);

12) First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Yip Associates, as Forensic Accountants to Dennis D. Kennedy, Chapter 7 Trustee Nunc Pro Tunc to February 3, 2019 (Doc #201) - Continued to 3/11/20 at 2:45 p.m. (AOCNFNG);


13) Ch 7 Trustee's Motion to Sell Property (Doc #167) -   Denied as moot; Order by Bartolone;


14) Second Motion by Debtor to Compel Turnover of Debtor's Files From Burr & Forman, LLP (Doc #147) -   Withdrawn in Open Court ;

15) Motion by Debtor for Referral to Mediation with Bella Collina and DCS Real Estate (Doc. # 239) -   Denied; Order by Bartolone ; (jk)

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.