# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF Florida

Middle

Orlando

### DIVISION

IN RE:                                                  }    CASE NUMBER: *18-6821*
    Don KARL JUARIN                              }
                                      }
                                       }    JUDGE
                                       }
    DEBTOR.                                        }    CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM     12/01/2019       TO    12/31/2019

    Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:    10/29/2016

                                              Attorney for Debtor

Debtor's Address
and Phone Number:
   15118 PERDIDO DRIVE
   MONTVERDE, FL 34756

Tel. 813-810-5100

Attorney's Address
and Phone Number:
   1030 N. ORANGE AVENUE
   SUITE 300
   ORLANDO FL 3289
Bar No. 173134
Tel. 407-294-4440

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)     Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | Don K Juravin |
|---|---|
| Case Number: | 18-06821 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc.

| | Month 12/31/2019 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 17,542.90 | 41,142.79 |
| CASH- Beginning of Month (Business) | 19,340.02 | 32,801.98 |
| | | |
| Total Household Receipts | 20,082.41 | 99,167.12 |
| Total Business Receipts | 73,228.99 | 194,901.25 |
| Total Receipts | 130,194.32 | 330,951.29 |
| | | |
| Total Household Disbursements | 23,419.05 | 71,660.89 |
| Total Business Disbursements | 87,504.86 | 186,846.50 |
| Total Disbursements | 110,923.91 | 258,507.39 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 19,270.41 | 85,133.46 |
| | | |
| CASH- End of Month (Individual) | 14,206.26 | 56,349.08 |
| CASH- End of Month (Business) | 5,114.15 | 40,823.22 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 110,923.91 | 258,507.39 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | (36,500.00) | (44,940.38) |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 74,423.91 | 213,567.01 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____.

_Debtor's Signature_

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative |
|---|---|---|
| - | 12/31/2019 | Total |
| CASH   Beginning of Month | 17,542.90 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 20,082.41 | 51,551.21 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | .41 | 1.03 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| | | |
| Other (specify) (attach list to this report) | | 34,314.91 |
| **TOTAL RECEIPTS** | 37,625.31 | 85,867.15 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | 600.00 | 1,200.00 |
| Gifts | | |
| Household Expenses/Food/Clothing | 11,948.73 | 13,440.27 |
| Household Repairs & Maintenance | | |
| Insurance | 4,771.06 | 16,002.06 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 72.26 | 308.47 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 702.00 | 2,497.79 |
| Vehicle | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | 325.00 | 650.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | 5,000.00 | 37,562.30 |
| | | |
| REIMBURSEMENT BOND $5,000 | | |
| | | |
| **Total Household Disbursements** | 23,419.02 | 71,660.89 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 14,206.26 | 14,206.26 |

MONTHLY OPERATING REPORT –
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | |
| 7. | Are any post-petition state or federal income taxes past due? | | |
| 8. | Are any post-petition state or local sales taxes past due? | | |
| 9. | Are any post-petition real estate taxes past due? | | |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | |
| 11. | Are any wage payments past due? | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | |
| 2. | Are all premium payments current? | | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| |
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____ |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| MUST CURE OBESITY CO. | Month 12/31/2019 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 16,795.18 | 414.33 |
|  |  |  |
| BUSINESS CASH RECEIPTS | 0 |  |
| Cash Sales | 29,800.00 | 72,100.00 |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) | 350.00, | 14,472.20 |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) | 1,064.00, | 1064.00 |
| $1,064-Credit Card Return/Credit Insurance |  |  |
| Total Business Receipts | 48,009.18 | 88,050.53 |
|  |  |  |
| BUSINESS CASH DISBURSEMENTS |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 36,500 | 56,741.00 |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  | 20.00 |
| Vehicle Expenses | 4,269.02 | 6,599.80 |
| Travel & Entertainment |  | 182.21 |
| Repairs and Maintenance |  |  |
| Supplies | 520.08 | 2,430.73 |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising | 4,537.88 | 4,849.84 |
| Bank Charges | 45.00 | 103.00 |
| Other (attach schedule) | 2,112.94 | 17,099.69 |
|  |  |  |
| Total Business Disbursements | 47,984.92 | 88,026.27 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 24.26 | 24.26 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| JURAVIN INC | Month 12/31/2019 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 2,016.03 | 352.22 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 2,400.00 | 34,300.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 9,500.00 | 29,500.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 29,064.99 | 38,064.99 |
| | | |
| **Total Business Receipts** | 43,031.02 | 102,267.21 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | 15,051.34 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | 319.02 | 1,781.76 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | 90.99 |
| Insurance | 5,134.22 | 5,134.22 |
| Vehicle Expenses | | 194.18 |
| Travel & Entertainment | | 118.08 |
| Repairs and Maintenance | | |
| Supplies | 1,44.95 | 3,308.44 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | 1,781.63 | 2,905.94 |
| Advertising | 6,881.48 | 10,753.20 |
| Bank Charges | 10.00 | 43.00 |
| Other (attach schedule) | 23,948.64 | 59,374.98 |
| | | |
| **Total Business Disbursements** | 39,519.94 | 98,756.13 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 3,511.08 | 3,511.08 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| FIRST GLOBAL HEALTH CORPORATION | Month 12/31/2019 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 528.81 | 124.55 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 1,000.00 | 1,500 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 50.00 | 50.00 |
| | | |
| **Total Business Receipts** | 1,578.81 | 1,674.55 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | 95.74 |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | 0.00 | 95.74 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | 1,578.81 | 1,578.81 |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information<br>TD Bank | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 434-5481107 | 434-5481735 | 434-5480802 | 436-7787153 |
| Purpose of Account (Business/Personal) | Personal | Business | Business | Business |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| | | | | |
| 1. Balance per Bank Statement | | 16,795.18 | 2,016.03 | 528.81 |
| 2. ADD: Deposits not credited (attach list to this report) | 20,082.41 | 31,214.00 | 41,014.99 | 1,050.00 |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | 23,419.05 | 47,984.92 | 39,519.94 | 0.00 |
| 5. Month End Balance (Must Agree with Books) | 14,206.26 | 24.26 | 3,511.08 | 1,578.81 |
| TOTAL OF ALL ACCOUNTS | | | | $ 19,320.41 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD BANK |
|---|---|
| Account Number | 434-5481107 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 800 | 12/13 | ANNA JURAVIN | HOUSEHOLD EXPENSES | 9600.72 |
| 805 | 11/19 | US TRUSTEE | BANKRUPTCY FEES | 325.00 |
| 806 | 11/19 | BELL COLLINA CCD | HOA | 785.36 |
| 807 | 11/18 | ANNA JURAVIN | REIMBURSEMENT BOND | 5,000.00 |
| ACH | 11/18 | PUBLIX | HOUSEHOLD FOOD | 81.32 |
| ACH | 11/19 | VARIOUS SEE ATTACHED REGISTER | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 23,419.05 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK / MUST CURE OBESITY |
|---|---|
| Account Number | 434-5481735 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 12/02 | TRANSFER #0802 | LOAN FROM MCO TO JURAVIN INC | 350 |
| ACH | 12/02 | COSTCO | GAS | 50.85 |
| ACH | 12/09 | SOAR HIGH | OFFICE EXPENSE | 204.99 |
| ACH | 12/10 | ACH BATCH SETTLEMENT | PAYROLL | 8,550 |
| ACH | 12/11 | TRANSFER ACCOUNT #0802 | TRANSFER FUNDS JURAVIN INC | 4,750 |
|  | 12/11 | COSTCO | OFFICE EXPENSE | 520.08 |
| ACH | 12/16 | TRANSFER ACCT#0802 | TRANSFER FUNDS JURAVIN INC | 1,800 |
|  | 12/31 | BANK FEES | BANK FEES | 10 |
| ACH | 12/11 | ACH | CHARGES | 10.00 |
| ACH | 12/27 | WIRE TRANSFER | PAYROLL | 28,000 |
|  | 12/27 | WIRE FEE | WIRE FEE | 25 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL | 46,920.92 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

|  |
|---|
|  |
|  |
|  |
|  |
|  |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK / FIRST GLOBAL HEALTH CORPORATION |
| --- | --- |
| Account Number | 436-7787153 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
| | | | NO ACTIVITY | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | |
| Plus: Billings During the Month | 0 | |
| Less: Collections During the Month | 0 | |
| Adjustments or WriteOffs* | 0 | |
| Accounts Receivable Ending Balance** | 0 | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES N/A | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD BANK JURAVIN INC |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | 434-5480802 |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| ACH | 12/03 | COSTCO | OFFICE SUPPLIES | 1,444.95 |
| ACH | 12/03 | COSTCO | COMPUTER / RETURNED ITEM | 1,064.99 |
| ACH | 12/11 | TRANSFER #1735 | LOAN TO MCO | 350.00 |
| ACH | 12/26 | AMEX | AMEX PAYMENT | 7,000 |
| ACH | 12/31 | AMEX | AMEX PAYMENT | 1,000 |
| ACH | 12/31 | GOOWIN | LEGAL FEES | 650 |
| ACH | 12/27 | UNITED HEALTH | REVERSE DEPOSIT / ERROR | 28,000 |
| | 12/31 | BANK FEES | BANK FEES | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 39,519.94 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## DON K JURVIN

1/19/2020 3:40 PM

Register: TD DIP#1107
From 12/01/2019 through 12/31/2019
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Payment | C | Deposit | Balance |
|------|--------|-------|---------|------|---------|---|---------|---------|
| 12/17/2019 | | | -split- | Deposit | | X | 20,082.41 | 37,625.31 |
| 12/17/2019 | | Publix | Household Expense / Food/ Cloth | | 81.32 | X | | 37,543.99 |
| 12/17/2019 | | Am. Gen Life Insurance | Insurance Expense | | 4,771.06 | X | | 32,772.93 |
| 12/17/2019 | | Dollar Tree | Household Expense / Food/ Cloth | | 79.89 | X | | 32,693.04 |
| 12/17/2019 | | Texas RoadHOuse | Meals and Entertainment | | 36.76 | X | | 32,656.28 |
| 12/17/2019 | | Epic Theatres of Clermont | Meals and Entertainment | | 10.50 | X | | 32,645.78 |
| 12/17/2019 | | Costoco | Household Expense / Food/ Cloth | | 325.56 | X | | 32,320.22 |
| 12/17/2019 | | Costoco | Household Expense / Food/ Cloth | | 120.00 | X | | 32,200.22 |
| 12/17/2019 | | Publix | Household Expense / Food/ Cloth | | 72.17 | X | | 32,128.05 |
| 12/17/2019 | | Costoco | Household Expense / Food/ Cloth | | 31.93 | X | | 32,096.12 |
| 12/17/2019 | | AAshirwad Indian Cusine | Meals and Entertainment | | 25.00 | X | | 32,071.12 |
| 12/17/2019 | | | Donation | | 600.00 | X | | 31,471.12 |
| 12/17/2019 | | Costoco | Household Expense / Food/ Cloth | | 200.44 | X | | 31,270.68 |
| 12/17/2019 | | Duke Engergy | Utilities | | 702.00 | X | | 30,568.68 |
| 12/17/2019 | | Costoco | Household Expense / Food/ Cloth | | 265.21 | X | | 30,303.47 |
| 12/17/2019 | | Intuit | Household Expense / Food/ Cloth | | 298.12 | X | | 30,005.35 |
| 12/17/2019 | | Publix | Household Expense / Food/ Cloth | | 67.39 | X | | 29,937.96 |
| 12/17/2019 | | Petco | Household Expense / Food/ Cloth | | 20.62 | X | | 29,917.34 |
| 12/17/2019 | 800 | Anna Juravin | Household Expense / Food/ Cloth | REIMBURSEMENT | 9,600.72 | X | | 20,316.62 |
| 12/17/2019 | 805 | US Trustee | Bankruptcy | | 325.00 | X | | 19,991.62 |
| 12/17/2019 | 806 | Bella Collina CDD | Household Expense / Food/ Cloth | HOA | 785.36 | X | | 19,206.26 |
| 12/17/2019 | 807 | Anna Juravin | Other | BOND REIMBURS... | 5,000.00 | X | | 14,206.26 |

3:41 PM
01/19/20

# DON K JURVIN
## Reconciliation Detail
### TD DIP#1107, Period Ending 12/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 17,542.90 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 21 items** | | | | | | |
| Check | 12/17/2019 | 800 | Anna Juravin | X | -9,600.72 | -9,600.72 |
| Check | 12/17/2019 | 807 | Anna Juravin | X | -5,000.00 | -14,600.72 |
| Check | 12/17/2019 | | Am. Gen Life Insura... | X | -4,771.06 | -19,371.78 |
| Check | 12/17/2019 | 806 | Bella Collina CDD | X | -785.36 | -20,157.14 |
| Check | 12/17/2019 | | Duke Engergy | X | -702.00 | -20,859.14 |
| Check | 12/17/2019 | | | X | -600.00 | -21,459.14 |
| Check | 12/17/2019 | | Costoco | X | -325.56 | -21,784.70 |
| Check | 12/17/2019 | 805 | US Trustee | X | -325.00 | -22,109.70 |
| Check | 12/17/2019 | | Intuit | X | -298.12 | -22,407.82 |
| Check | 12/17/2019 | | Costoco | X | -265.21 | -22,673.03 |
| Check | 12/17/2019 | | Costoco | X | -200.44 | -22,873.47 |
| Check | 12/17/2019 | | Costoco | X | -120.00 | -22,993.47 |
| Check | 12/17/2019 | | Publix | X | -81.32 | -23,074.79 |
| Check | 12/17/2019 | | Dollar Tree | X | -79.89 | -23,154.68 |
| Check | 12/17/2019 | | Publix | X | -72.17 | -23,226.85 |
| Check | 12/17/2019 | | Publix | X | -67.39 | -23,294.24 |
| Check | 12/17/2019 | | Texas RoadHOuse | X | -36.76 | -23,331.00 |
| Check | 12/17/2019 | | Costoco | X | -31.93 | -23,362.93 |
| Check | 12/17/2019 | | AAshirwad Indian C... | X | -25.00 | -23,387.93 |
| Check | 12/17/2019 | | Petco | X | -20.62 | -23,408.55 |
| Check | 12/17/2019 | | Epic Theatres of Cle... | X | -10.50 | -23,419.05 |
| | | | Total Checks and Payments | | -23,419.05 | -23,419.05 |
| | **Deposits and Credits - 1 item** | | | | | |
| Deposit | 12/17/2019 | | | X | 20,082.41 | 20,082.41 |
| | | | Total Deposits and Credits | | 20,082.41 | 20,082.41 |
| | | | Total Cleared Transactions | | -3,336.64 | -3,336.64 |
| **Cleared Balance** | | | | | -3,336.64 | 14,206.26 |
| Register Balance as of 12/31/2019 | | | | | -3,336.64 | 14,206.26 |
| **Ending Balance** | | | | | **-3,336.64** | **14,206.26** |



**Bank**

America's Most Convenient Bank®                E        STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO
15118 PENDIO DR
MONTVERDE FL  34756-3606

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Nov 18 2019-Dec 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

## Chapter 11 Checking

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

Account # 434-5481107

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 17,542.90 | Average Collected Balance | 10,997.45 |
| Electronic Deposits | 20,082.41 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 4.12 |
| Checks Paid | 15,711.08 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 7,707.97 | Days in Period | 30 |
| Ending Balance | 14,206.26 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481735 | 2,000.00 |
| 11/29 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481735 | 7,000.00 |
| 12/09 | CCD DEPOSIT, STRIPE TRANSFER ST-N1T1F3M1I6H7 | 0.41 |
| 12/13 | ACH DEPOSIT, MUST CURE OBESIT PAYROLL ***-*3-0745 | 5,541.00 |
| 12/16 | ACH DEPOSIT, MUST CURE OBESIT PAYROLL ***-*3-0745 | 5,541.00 |
| | Subtotal: | 20,082.41 |

**Checks Paid**     No. Checks: 4          *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/13 | 800 | 9,600.72 | 11/19 | 806 | 785.36 |
| 11/19 | 805* | 325.00 | 11/18 | 807 | 5,000.00 |
| | | | | Subtotal: | 15,711.08 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/18 | DEBIT POS, *****30057969529, AUT 111819 DDA PURCH W/CB<br>PUBLIX          CLERMONT       * FL | 81.32 |
| 11/19 | ACH DEBIT, AM GEN LIFE INS ONLINE PMT CKF****61381NEG | 4,771.06 |
| 11/21 | DEBIT POS, *****30057969529, AUT 112119 DDA PURCHASE<br>PETCO 2799      CLERMONT       * FL | 20.62 |
| 11/22 | DEBIT POS, *****30057969529, AUT 112119 DDA PURCH W/CB<br>DOLLAR TR 2375 S HIGHW     CLERMONT      * FL | 79.89 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ❶ Ending Balance | 14,206.26 |
| ❷ Total Deposits | + |
| ❸ Sub Total | |
| ❹ Total Withdrawals | - |
| ❺ Adjusted Balance | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Nov 18 2019-Dec 17 2019 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | DEBIT CARD PURCHASE, *****30057969529, AUT 112019 VISA DDA PUR<br>TEXAS ROADHOUSE 2509    CLERMONT    * FL | 36.76 |
| 11/22 | DEBIT CARD PURCHASE, *****30057969529, AUT 112019 VISA DDA PUR<br>EPIC THEATRES OF CLERMON    DELAND    * FL | 10.50 |
| 11/25 | DEBIT POS, *****30057969529, AUT 112419 DDA PURCH W/CB<br>COSTCO WHSE 1235    ORLANDO    * FL | 325.56 |
| 11/25 | DEBIT POS, *****30057969529, AUT 112419 DDA PURCH W/CB<br>COSTCO WHSE 1235    ORLANDO    * FL | 120.00 |
| 11/25 | DEBIT POS, *****30057969529, AUT 112519 DDA PURCH W/CB<br>PUBLIX    CLERMONT    * FL | 72.17 |
| 11/25 | DEBIT POS, *****30057969529, AUT 112419 DDA PURCHASE<br>COSTCO WHSE 1235    ORLANDO    * FL | 31.93 |
| 11/25 | DEBIT CARD PURCHASE, *****30057969529, AUT 112419 VISA DDA PUR<br>AASHIRWAD INDIAN CUISINE    ORLANDO    * FL | 25.00 |
| 11/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4363085527 | 600.00 |
| 12/03 | DEBIT POS, *****30057969529, AUT 120219 DDA PURCH W/CB<br>COSTCO WHSE 1235    ORLANDO    * FL | 200.44 |
| 12/05 | ACH DEBIT, DUKEENERGY-FL CUST BILLS ****625051 | 702.00 |
| 12/05 | DEBIT POS, *****30057969529, AUT 120519 DDA PURCH W/CB<br>COSTCO WHSE 0185    WINTER PARK    * FL | 265.21 |
| 12/09 | DEBIT POS, *****30057969529, AUT 120919 DDA PURCHASE<br>INTUIT PAYME IN POOL    CLERMONT    * FL | 298.12 |
| 12/09 | DEBIT POS, *****30057969529, AUT 120919 DDA PURCH W/CB<br>PUBLIX    CLERMONT    * FL | 67.39 |
| | Subtotal: | 7,707.97 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/17 | 17,542.90 | 11/29 | 14,257.73 |
| 11/18 | 12,461.58 | 12/03 | 14,057.29 |
| 11/19 | 6,580.16 | 12/05 | 13,090.08 |
| 11/21 | 6,559.54 | 12/09 | 12,724.98 |
| 11/22 | 8,432.39 | 12/13 | 8,665.26 |
| 11/25 | 7,857.73 | 12/16 | 14,206.26 |
| 11/26 | 7,257.73 | | |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender