UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  Case No. 6:18-bk-06821

DON KARL JURAVIN,  Chapter 11

    Debtor

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

RALPH STRZALKOWSKI AND AMBER ROBINSON OF FLORIDA RIGHTS LAW FIRM hereby notice this Honorable Court of their appearance on behalf of non-party ANNA JURAVIN, who has been subpoenaed for deposition and production of documents in the above-styled bankruptcy matter. Counsel request that copies of all future notices, pleadings, orders, and other papers served in this matter should be sent to the following emails and address:

    Ralph Strzalkowski
    Amber Robinson
    695 Central Ave Ste. 264
    St. Petersburg, FL 33701
    arobinson@arobinsonlawfirm.com
    rs@lawyeronwheels.org

Dated this 6th day of February 2020.

Respectfully Submitted,

/s/ Amber Robinson

_____

Amber Robinson, Esq.
Florida Rights Law Firm
Fla. Bar No. 0107215
695 Central Ave Ste. 264
St. Petersburg, FL 33701
arobinson@arobinsonlawfirm.com (813) 613-2400 (phone)
(727) 362-1979 (fax)
*Counsel for Defendants*

/s/ Ralph Strzalkowski

_____

Ralph Strzalkowski, Esq.
Florida Bar No. 89248

Florida Rights Law Firm
695 Central Ave Ste. 264
St. Petersburg, FL 33701
rs@lawyeronwheels.org
(352) 262-9593 (phone)
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

BECKER & POLIAKOFF, P.A.
*Attorney for Plaintiff* 111 N. Orange Avenue, Suite 1400
Orlando, FL 32801 Telephone: (407) 875-0955 Fax: (407) 999-2209
*phowell@beckerlawyers.com*
*bmcdowell@beckerlawyers.com*
*nspeth@beckerlawyers.com*
*orlefile@beckerlawyers.com*

By: /s/ AMBER ROBINSON