UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                    Case No. 6:18-bk-06821-CCJ

DON KARL JURAVIN                                          Chapter 11

    Debtor.
_____/

### NOTICE OF EXAMINATION DUCES TECUM, PURSUANT TO RULE 2004, OF ANNA JURAVIN

**CREDITOR,** DCS REAL ESTATE INVESTMENTS, LLC, ("DCS") by and through its undersigned counsel and pursuant to Fed.R.Bank.P.2004, hereby gives notice that it will conduct the examination of ANNA JURAVIN upon oral examination at the offices of Mateer & Harbert, P.A., on December 5, 2019, at 9:30 a.m. before US Legal Support (court reporter), or some other officer duly authorized by law to take examinations, continuing from day to day until completion. The examination is being taken for the purpose of discovery and for use at any hearing or trial or for such other purpose as are permitted under the applicable rules.

The deponent is also requested to produce the documents listed on the attached Exhibit "A" for inspection and copying on December 5, 2019.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of November 2019, a true copy of the foregoing has been sent via:

*Electronic Transmission to:*
United States Trustee, c/o Miriam G. Suarez, Esquire, Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 N. Orange Ave., Suite 300, Orlando, FL 32801

Bradley M. Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789

*United States Mail to:*

Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756

*/s/David M. Landis*
DAVID M. LANDIS
Florida Bar Number 193094
Mateer & Harbert, P.A.
225 East Robinson Street, Suite 600
Post Office Box 2854
Orlando, Florida 32802-2854
Telephone: (407) 425-9044
Facsimile: (407) 423-2016
dlandis@mateerharbert.com
Attorneys for Creditor, DCS Real Estate
 Investments, LLC

## EXHIBIT "A"

1. All books and records of United Medical Group International, LLC, including but not limited to, Articles of Organization, Operating Agreement, banking and financial information including checkbooks and registers, deposit and withdrawal records, bank statements, and payroll records.

2. Any and all documents evidencing an agreement between you and Don Karl Juravin, relating to the obligations of you and him insofar as payment of household and other expenses for you, Don Karl Juravin, and your children.

3. Any pre-nuptial or post-nuptial agreement between you and Don Karl Juravin.

4. Any and all records relating to the ownership, or possession of any and all personal property owned by you and/or you and Don Karl Juravin, located at 15118 Pendio Drive, Montverde, FL 34756, or at any other location.

5. All records of household expenses for 15118 Pendio Drive, Montverde, FL 34756, beginning October 31, 2018 through the date of service of this subpoena duces tecum.

6. Records of any and all expenses for travel for you, Don Karl Juravin, and your children commencing October 31, 2018 through the date of service of this subpoena duces tecum.

7. Copy of promissory note and mortgage executed by you and Don Karl Juravin secured by 15118 Pendio Drive, Montverde, FL 34756 in favor PSR Developers, LLLP.

8. Records relating to any and all payments on the mortgage obligation secured by the residence at 15118 Pendio Drive, Montverde, FL 34756, commencing October 31, 2018 through the date of service of this subpoena duces tecum.

9. All loan documents relating to the obligation in favor of Mercedes Benz Financial secured by a Mercedes Benz vehicle on which you have co-signed as an obligor.

4843-6542-3019, v. 1