Mailing Address 15118 Pendio Dr.
Montverde 34756, FL

Telephone
813 500 9055

STATE OF FLORIDA

COUNTY OF LAKE

The instrument was acknowledged before me on this 5th day of February, 2020,
by Amanda Diaram Ramtahal

____ Personally Known

✓ Produced Identification          NOTARY PUBLIC/DEPUTY CLERK

✓ Drivers License No. J-615-040-80-594-0

AMANDA DIARAM RAMTAHAL
Notary Public - State of Florida
Commission # GG 939435
My Comm. Expires Dec 12, 2023

Print, type, or stamp commissioned

name of notary or deputy clerk

## AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared ANNA JURAVIN who, upon being duly sworn, deposes and says (List statements in numerical order that Affiant is swearing to)

1. My name is Anna Juravin, my husband is Don Karl Juravin, the Debtor.
2. In December of 2015 I moved to the Bella Collina Community with my husband, Don, and our three daughters, Karin (12), Levia (7) and Ynes (4). My husband was born in the Holy Land. He is the son of a Holocaust survivors' family and he served in the Israeli military.
3. In my understanding DCS Real Estate that is pushing for my deposition has financial, management and ownership ties with the Bella Collina Community.
4. Since my husband decided to speak out against Bella Collina and its poor management standards, we have experienced threats and intimidation as well as multiple lawsuits initiated by Bella Collina and related companies.
5. I believe that DCS insisting on my deposition is just another way for them to pressure my husband and try to silence him.
6. During the first nine months after moving into Bella Collina we tried to fix problems in Bella Collina. We realized that Bella Collina was not living up to its potential and the reasons why Bella Collina is labeled a "ghost town" and is doing so poorly under its management. When we realized that no one in Bella Collina cared, my husband placed an honest review online.

7. We are both immigrants, all we care about is a safe and peaceful place where we can raise our daughters.

8. After my husband posted his critique, the staff made our family, my kids, their pets a target of retaliation for the last three years. Moreover, their men directly targeted my husband's business thereby hurting thousands of obese people needing his help.

9. Bella Collina was also a Defendant in a class action. Other residents joined together accusing the management of: Illegally blocking the residents from entering the community. Illegally blocking the local school bus from picking up resident's kids, forcing her to go through the rain and the heat to the highway. Sending her a mug in a mafia-like fashion, with a note saying "We know where you live." Defaming an officer of the law and an attorney, spying on a reporter that came to my house.

10. I feel we are constantly being watched. They spied on me, my husband, my kids and our visitors. They illegally investigated our visitors and tried to scare them.

11. We were threatened with having our water service disconnected.

12. After my husband posted his review, attacks on my husband's business and vicious antisemitic online posts have started. My husband's phone was spammed with tens of thousands of text messages, making his phone unusable. We received prank calls from numbers with fake IDs. My privacy was invaded.

13. Bella Collina staff refused to provide us basic community services for over three years while continuing to charge us.

14. The community used an artillery of law firms to scare my husband from using his rights to free speech and singled out our property for made up HOA violations for the sole

purpose of retaliation. They have targeted me, personally, as a woman, an immigrant and a mother.

15. Five tires on our cars have been mysteriously damaged over a period of six months in Bella Collina.

16. My car was keyed up in Bella Collina and down culprits unknown.

17. We had mysterious visitors to our property at night trying to scare us with loud noises multiple times and destroying our yard.

18. Our daughters were also targeted. They were banned from attending their end of school party, which was hosted in the Club by the pool. Moreover, they threatened our friends because they took my girls to join with their daughter.
I had to remove my kids' volleyball net from my yard while other Bella Collina residents are allowed to have it.

19. They also targeted our pets informing the authorities we abandoned our cats and allegedly left the country while we were not home.

20. Bella Collina is not a busy community, random acts of vandalism just don't happen here. It's pretty secluded.

21. To make sure we "get the message", the pool cord was "mysteriously" cut draining it completely. Creating damage and sending a message, like one the mafia would send, that we are not safe in Bella Collina, and that my husband should shut up and stop telling the truth.

22. The men illegally placed hidden cameras in the community targeting our family and refusing to inform us about their location.

23. The staff illegally announced that my husband, Don, was "dangerous" to the club because he placed an honest review online. As a result, they banned him, me and my daughters from Bella Collina's Club for almost four years while continuing to charge club fees. We paid the club fees for the first few months and then had to stop your abuse of making up the rules.

24. In return, they have used that fake accumulated debt to place a lien on our house.

25. They placed a lien on our house as a result of "unpaid club dues." for which they illegally refused us service for more than three years.

26. In a Court hearing, they claimed that my family was going to flee a lawsuit to Ireland, never to return. More than a year passed, and yet we still are here.

27. This deposition is just another step in the long chain of abuse.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this petition and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

_____
Signature of Petitioner