## UNITED STATES BANKRUPTCY COURT

__Middle__    **DISTRICT OF**    __Florida__

__Orlando__    **DIVISION**

| | | |
|---|---|---|
| IN RE: | } | **CASE NUMBER:**   18-6821 |
| | } | |
| Don Karl Juravin | } | |
| | } | **JUDGE** |
| | } | |
| **DEBTOR.** | } | **CHAPTER 11** |

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL) FOR THE PERIOD FROM**        **01/01/2020**    to    **01/31/2020**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  2 - 18 -2020

Attorney for Debtor

Debtor's Address and Phone Number:
Tel.  813-810-5100

15118 Pendio Drive
Montverde, FL 34756

Attorney's Address and Phone Number:
Bar No. 173134
Tel. 407-294-4440

1030 N Orange Avenue
Suite 300
Orlando, FL 32801

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.
For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/req_info.htm.
1)      Instructions for Preparation Debtor's Chapter 11 Monthly Operating Repor
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Don K. Juravin | | |
|---|---|---|
| Case Number: 18-06821 | | |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repo.

| | Month 1/31/2020 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 14,206.26 | - |
| CASH- Beginning of Month (Business) | 5,114.15 | 891.10 |
| | | |
| Total Household Receipts | 40,763.67 | 126,630.82 |
| Total Business Receipts | 7,000.00 | 198,101.19 |
| Total Receipts | 47,763.67 | 324,732.01 |
| | | |
| Total Household Disbursements | 46,118.78 | 117,779.67 |
| Total Business Disbursements | 8,030.00 | 194,908.14 |
| Total Disbursements | 54,148.78 | 312,687.81 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | (6,385.11) | 12,044.20 |
| | | |
| CASH- End of Month (Individual) | 8,851.15 | 8,851.15 |
| CASH- End of Month (Business) | 4,084.15 | 4,084.15 |

| CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 54,148.78 | 312,687.81 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | (8,000.00) | (44,940.38) |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 46,148.78 | 267,747.43 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20_____.    _____
                                                              Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month 1/31/2020 | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 14,206.26 | - |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 32,762.96 | 84,314.17 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | 0.71 | 1.74 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 8,000.00 | 8,000.00 |
| Other (specify) (attach list to this report) | | 34,314.91 |
| | | |
| **TOTAL RECEIPTS** | 40,763.67 | 126,630.82 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | 1,800.00 | 3,000.00 |
| Gifts | | |
| Household Expenses/Food/Clothing | 769.58 | 14,209.85 |
| Household Repairs & Maintenance | 4,590.00 | 4,590.00 |
| Insurance | | 16,002.06 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 210.00 | 210.00 |
| Mortgage Payment(s) | 12,000.00 | 12,000.00 |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | 17,294.83 | 17,294.83 |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 414.58 | 723.05 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,039.79 | 3,537.58 |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | 650.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | 37,562.30 |
|     Loans | 8,000.00 | 8,000.00 |
| | | |
| | | |
| **Total Household Disbursements** | 46,118.78 | 117,779.67 |
| | | |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 8,851.15 | 8,851.15 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| Must Cure Obesity Co. | Month 1/31/2020 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 24.26 | 414.33 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | 72,100.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 14,472.20 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 1,064.00 |
| | | |
| **Total Business Receipts** | - | 87,636.20 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | 56,741.00 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | 20.00 |
| Vehicle Expenses | | 6,599.80 |
| Travel & Entertainment | | 182.21 |
| Repairs and Maintenance | | |
| Supplies | | 2,430.73 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | 4,849.84 |
| Bank Charges | 10.00 | 113.00 |
| Other (attach schedule) | | 17,099.69 |
| | | |
| **Total Business Disbursements** | 10.00 | 88,036.27 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2)** | 14.26 | 14.26 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| Juravin Incorporated | Month 1/31/2020 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 3,511.08 | 352.22 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | 34,300.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 7,000.00 | 36,550.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 38,064.99 |
| | | |
| **Total Business Receipts** | 7,000.00 | 108,914.99 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | 15,051.34 |
| | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | 1,781.76 |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | 90.99 |
| Insurance | | 5,134.22 |
| Vehicle Expenses | | 194.18 |
| Travel & Entertainment | | 118.08 |
| Repairs and Maintenance | | |
| Supplies | | 3,308.44 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | 2,905.94 |
| Advertising | 8,000.00 | 18,753.20 |
| Bank Charges | 10.00 | 53.00 |
| Other (attach schedule) | - | 59,374.98 |
| | | |
| **Total Business Disbursements** | 8,010.00 | 106,766.13 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2)** | 2,501.08 | 2,501.08 |

Monthly Operating Report - Individual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| First Global Health Corporation | Month 1/31/2020 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 1,578.81 | 124.55 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 1,500.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 50.00 |
| | | |
| **Total Business Receipts** | - | 1,550.00 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | 10.00 | 105.74 |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | 10.00 | 105.74 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2)** | 1,568.81 | 1,568.81 |

Monthly Operating Report - Individual

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

<span style="float:right">ATTACHMENT NO. 1</span>

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1.   Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2.   Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3.   Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4.   Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5.   Have any post-petition loans been received by the debtor from any party? | | X |
| 6.   Are any post-petition payroll taxes past due? | | X |
| 7.   Are any post-petition state or federal income taxes past due? | | X |
| 8.   Are any post-petition state or local sales taxes past due? | | X |
| 9.   Are any post-petition real estate taxes past due? | | X |
| 10.   Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11.   Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1.   Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2.   Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance. ☐

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**
Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT -
INDIVIDUAL**                                    ATTACHMENT NO. 2

### BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 434-5481107 | 434-5481735 | 434-5480802 | 436-7787153 |
| Purpose of Account (Business/Personal) | Personal | Business | Business | Business |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
|  |  |  |  |  |
| 1. Balance per Bank Statement | 18,523.65 | 14.26 | 2,501.08 | 1,568.81 |
| 2. ADD: Deposits not credited (attach list to this report) | 9,086.96 |  |  |  |
| 3. SUBTRACT: Outstanding Checks (attach list) | 18,759.46 |  |  |  |
| 4. Other Reconciling Items (attach list to this report) |  |  |  |  |
| 5. Month End Balance (Must Agree with Books) | 8,851.15 | 14.26 | 2,501.08 | 1,568.81 |
| TOTAL OF ALL ACCOUNTS |  |  | $ | 12,935.30 |
|  |  |  |  |  |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | | | TD Bank | |
|---|---|---|---|---|
| Account Number | | | 434-5481107 | |
| Purpose of Account (Personal) | | | Personal | |
| Type of Account (e.g., Checking) | | | Checking | |
| Check Number | Date of Check | Payee | Purpose or Description | Amount |
| 809 | 1/17/2020 | Bella Collina CDD | HOA Fees | 1,506.00 |
| EFT | 12/19/2019 | Orlando Health Inc | Medical | 50.00 |
| EFT | 12/30/2019 | First Global Health Corporation | Loan | 1,000.00 |
| EFT | 12/30/2019 | Holy Land Ministries Inc. | Charitable Contribution | 600.00 |
| EFT | 12/31/2019 | Publix | Food | 128.60 |
| EFT | 1/3/2020 | Duke Energy | Electric | 664.00 |
| EFT | 1/6/2020 | PayGov | Trustee Fees | 364.84 |
| EFT | 1/6/2020 | Optical Outlets | Eyeglasses | 160.00 |
| EFT | 1/6/2020 | PayGov | Service Charge | 10.95 |
| EFT | 1/7/2020 | Bella Collina PR Assn Dues | HOA Fees | 3,084.00 |
| EFT | 1/9/2020 | Old Navy | Clothing | 21.29 |
| EFT | 1/13/2020 | Polynesian Isles Fd | Travel | 152.73 |
| EFT | 1/13/2020 | Dollar Tree | Household Supplies | 104.50 |
| EFT | 1/13/2020 | Jerusalem Restaurant | Food | 70.00 |
| EFT | 1/13/2020 | Target | Household Supplies | 66.19 |
| EFT | 1/14/2020 | Keek's Breakfast café | Food | 25.00 |
| EFT | 1/16/2020 | Holy Land Ministries Inc. | Charitable Contribution | 1,200.00 |
| EFT | 1/17/2020 | Juravin Incorporated | Loan | 6,000.00 |
| EFT | 1/17/2020 | Publix | Food | 151.22 |
| DEBIT | 12/31/2019 | Anna Jurvin | Reimbursement of Mortgage Payments | 12,000.00 |
| EFT | 1/21/2020 | Lake County Tax Collector | Homestead Real Estate Taxes | 17,294.83 |
| EFT | 1/21/2020 | Fun Spot America Orlando | Entertainment | 212.89 |
| EFT | 1/21/2020 | Adidas | Clothing | 172.47 |
| EFT | 1/21/2020 | Sweet Tomatoes | Food | 30.31 |
| EFT | 1/22/2020 | Oak Ridge Gun Range | Entertainment | 48.96 |
| EFT | 1/31/2020 | Juravin Incorporated | Loan | 1,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $   46,118.78 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | | | TD Bank  - Must Cure Obesity Co | |
|---|---|---|---|---|
| Account Number | | | 434-5481735 | |
| Purpose of Account (Business) | | | OPERATING | |
| Type of Account (e.g., Checking) | | | Checking | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 1/31/2020 | TD Bank | Bank Service Charge - Maintenance Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $      10.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD Bank - Juravin Incorporated |
|---|---|
| Account Number | 434-5480802 |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 1/15/2020 | AMEX | AMEX Payment | 2,000.00 |
| EFT | 1/21/2020 | AMEX | AMEX Payment | 6,000.00 |
| EFT | 1/31/2020 | TD Bank | Bank Service Charge - Maintenance Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 8,010.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3D

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD Bank - First Global Health Corporation |
|---|---|
| Account Number | 436-7787153 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 1/31/2020 | TD Bank | Bank Service Charge - Maintenance Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 10.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus: Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of any adjustment or writeoff.
\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

**ACCOUNTS PAYABLE LISTING**
[List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]***

| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## 45325DIP - Don Karl Juravin - Debtor in Possession
## Bank Account Reconciliation Transmittal
DIP Case 18-06821 MFLO - 434-5481107
January 1, 2020 - January 31, 2020

**General Ledger**

| | |
|---|---:|
| Balance per General Ledger (Account 1020) at 01/01/20 | 18,523.65 |
| Activity for the month: | |
|    Total Debits (Deposits and Additions) | 9,086.96 |
|    Total Credits (Checks and Payments) | (18,759.46) |
| Unadjusted General Ledger Balance at 01/31/20 | 8,851.15 |
|    Total Adjustments | 0.00 |
| Reconciled General Ledger Balance at 01/31/20 | 8,851.15 |

**Bank**

| | |
|---|---:|
| Balance per Bank Statement at 01/31/20 | 18,523.65 |
|    Total Additions (Deposits and Additions in Transit) | 9,086.96 |
|    Total Subtractions (Checks and Payments in Transit) | (18,759.46) |
|    Total Bank Errors | 0.00 |
| Adjusted Bank Balance at 01/31/20 | 8,851.15 |

**Bank Account Adjustment**

| | |
|---|---:|
| Balance per Bank Account at 01/31/20 | 8,851.15 |
| Corrected Ending Balance | 8,851.15 |

**Adjust your bank account balance by:**      **0.00**

## 45325DIP - Don Karl Juravin - Debtor in Possession
## Bank Account Reconciliation Worksheet
DIP Case 18-06821 MFLO

January 1, 2020 - January 31, 2020

| Reference | Date | GL Account | Description | Amount |
|---|---|---|---|---|

**Bank Statement Information**

| | | | Beginning Bank Balance | 18,523.65 |
|---|---|---|---|---|

**Cleared Deposits & Additions**

| | | | Total | 0.00 |
|---|---|---|---|---|
| | | | Statement Total | 0.00 |
| | | | Difference | 0.00 |

**Cleared Checks & Payments**

| | | | Total | 0.00 |
|---|---|---|---|---|
| | | | Statement Total | 0.00 |
| | | | Difference | 0.00 |
| | | | Ending Bank Balance | 18,523.65 |

**Reconciled Bank Information**

| | | | Ending Bank Balance | 18,523.65 |
|---|---|---|---|---|

**Open Deposits & Additions**

| Deposit | 01/27/20 | 9999 | Loan from Anna Juravin | 8,000.00 |
|---|---|---|---|---|
| Deposit | 01/27/20 | 9999 | Must Cure Obesity Co  - Closed Old Bank Account | 1,086.96 |
| | | | Total | 9,086.96 |

**Open Checks & Payments**

| DEBIT | 01/21/20 | 9999 | Addias | 172.47 |
|---|---|---|---|---|
| DEBIT | 01/21/20 | 9999 | Fun Spot America Orlando | 212.89 |
| DEBIT | 01/21/20 | 9999 | Sweet Tomatoes | 30.31 |
| DEBIT | 01/22/20 | 9999 | Oak Ridge Gun Range | 48.96 |
| DEBIT | 01/21/20 | 9999 | Lake County Tax Collector | 17,294.83 |
| Transfer | 01/31/20 | 9999 | Juravin Incorporated | 1,000.00 |
| | | | Total | 18,759.46 |
| | | | Reconciled Bank Balance | 8,851.15 |

**General Ledger Information**

| | | | Unadjusted General Ledger Balance | 8,851.15 |
|---|---|---|---|---|

**Adjustments**

| | | | Total | 0.00 |
|---|---|---|---|---|
| | | | Adjusted General Ledger Balance | 8,851.15 |

**Bank Account Reconciliation Summary**

**Bank Statement Information**

| Beginning Bank Balance | | 18,523.65 |
|---|---|---|
| +   Cleared Deposits & Additions | | 0.00 |
| -   Cleared Checks & Payments | | 0.00 |
| Ending Bank Balance | | 18,523.65 |

**Reconciled Bank Information**

| +   Open Deposits & Additions | | 9,086.96 |
|---|---|---|
| -   Open Checks & Payments | | 18,759.46 |
| **Reconciled Bank Balance** | | 8,851.15 |

**General Ledger Information**

| Unadjusted General Ledger Balance | | 8,851.15 |
|---|---|---|
| +/-  Total Adjustments | | 0.00 |
| **Adjusted General Ledger Balance** | | 8,851.15 |

# 45325DIP - Don Karl Juravin - Debtor in Possession
## Bank Account Reconciliation Worksheet
DIP Case 18-06821 MFLO

January 1, 2020 - January 31, 2020

| Reference | Date | GL Account | Description | Amount |
|-----------|------|------------|-------------|--------|

**Unreconciled Amount**                                                                                          0.00

Cleared Deposits & Additions count  = 0
Cleared Checks & Payments count    = 0
Open Deposits & Additions count    = 2
Open Checks & Payments count       = 6
General Ledger Adjustment count    = 0

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO
15118 PENDIO DR
MONTVERDE FL 34756-3606

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Dec 18 2019-Jan 17 2020 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

## Chapter 11 Checking

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

Account # 434-5481107

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14,206.26 | Average Collected Balance | 9,082.45 |
| Electronic Deposits | 31,676.71 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 1,506.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 13,853.32 | Days in Period | 31 |
| Other Withdrawals | 12,000.00 | | |
| Ending Balance | 18,523.65 | | |

| | Total for this Period | Total Prior Year |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | ACH DEPOSIT, MUST CURE OBESIT PAYROLL ***-*3-0745 | 5,541.00 |
| 01/09 | CCD DEPOSIT, STRIPE TRANSFER ST-S8A8B8Z7G7X0 | 0.71 |
| 01/16 | ACH DEPOSIT, MUST CURE OBESIT PAYROLL ***-*3-0745 | 26,135.00 |
| | Subtotal: | 31,676.71 |

| **Checks Paid** | No. Checks: 1 | *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments | |
|---|---|---|---|
| DATE | SERIAL NO. | AMOUNT | |
| 01/17 | 809 | 1,506.00 | |
| | | Subtotal: | 1,506.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | DEBIT CARD PURCHASE, *****30057969529, AUT 121719 VISA DDA PUR ORLANDO HEALTH INC CP    4076503800    * FL | 50.00 |
| 12/30 | eTransfer Debit, Online Xfer Transfer to CK 4367787153 | 1,000.00 |
| 12/30 | eTransfer Debit, Online Xfer Transfer to CK 4363085527 | 600.00 |
| 12/31 | DEBIT POS, *****30057969529, AUT 123119 DDA PURCH W/CB PUBLIX    CLERMONT    * FL | 128.60 |
| 01/06 | ACH DEBIT, DUKEENERGY-FL CUST BILLS ****625051 | 664.00 |
| 01/06 | DEBIT CARD PURCHASE, *****30057969529, AUT 010420 VISA DDA PUR PAYGOV 5911420    INDIANAPOLIS * IN | 364.84 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 🏠

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance _____ 18,523.65

❷ Total Deposits + _____

❸ Sub Total _____

❹ Total Withdrawals - _____

❺ Adjusted Balance _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | ¦ | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your MoneyLine/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Dec 18 2019-Jan 17 2020 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/06 | DEBIT CARD PURCHASE, *****30057969529, AUT 010320 VISA DDA PUR<br>OPTICAL OUTLETS 101        TAMPA        * FL | 160.00 |
| 01/06 | DEBIT CARD PURCHASE, *****30057969529, AUT 010420 VISA DDA PUR<br>PAYGOV 5911420        866 4808552  * IN | 10.95 |
| 01/07 | ELECTRONIC PMT-WEB, BELLA COLLINA PR ASSN DUES 17920361 | 3,084.00 |
| 01/09 | DEBIT POS, *****30057969529, AUT 010820 DDA PURCHASE<br>OLD NAVY US 3297        WINTER GARDEN * FL | 21.29 |
| 01/13 | DEBIT CARD PURCHASE, *****30057969529, AUT 011020 VISA DDA PUR<br>POLYNESIAN ISLES FD        KISSIMMEE    * FL | 152.73 |
| 01/13 | DEBIT POS, *****30057969529, AUT 011320 DDA PURCH W/CB<br>DOLLAR TR 2375 S HIGHW    CLERMONT    * FL | 104.50 |
| 01/13 | DEBIT CARD PURCHASE, *****30057969529, AUT 011020 VISA DDA PUR<br>JERUSALEM RESTAURANT        KISSIMMEE  * FL | 70.00 |
| 01/13 | DEBIT POS, *****30057969529, AUT 011320 DDA PURCH W/CB<br>TARGET T 4750 MILLENI    ORLANDO      * FL | 66.19 |
| 01/14 | DEBIT CARD PURCHASE, *****30057969529, AUT 011320 VISA DDA PUR<br>KEKE S BREAKFAST CAFÉ    CLERMONT    * FL | 25.00 |
| 01/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4363085527 | 1,200.00 |
| 01/17 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345480802 | 6,000.00 |
| 01/17 | DEBIT POS, *****30057969529, AUT 011620 DDA PURCH W/CB<br>PUBLIX            CLERMONT    * FL | 151.22 |
| | Subtotal: | 13,853.32 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | DEBIT | 12,000.00 |
| | Subtotal: | 12,000.00 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/17 | 14,206.26 | 01/09 | 1,664.29 |
| 12/19 | 14,156.26 | 01/13 | 1,270.87 |
| 12/30 | 12,556.26 | 01/14 | 1,245.87 |
| 12/31 | 5,968.66 | 01/16 | 26,180.87 |
| 01/06 | 4,768.87 | 01/17 | 18,523.65 |
| 01/07 | 1,684.87 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

STATEMENT OF ACCOUNT

Page:                                    4 of 4
Statement Period:    Dec 18 2019-Jan 17 2020
Cust Ref #:              4345481107-039-E-***
Primary Account #:            434-5481107

---

Don Karl Juravin
DIP Case No. 6:18-bk-06821          809
16118 Panini Dr
Bella Colina, FL 34756-3006

01-600924

1/4 2020

Pay to the
Order of    Bella Collina ( DD )    $ 1500⁰⁰

fifteen hundred / 100                    Dollars

TD Bank

For  Water 01-600924    Don

#809            01/17            $1,506.00



 **Bank**

America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT

MUST CURE OBESITY CO
15118 PENDIO DR
MONTVERDE FL 34756

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 01 2020-Jan 31 2020 |
| Cust Ref #: | 4345481735-713-E-*** |
| Primary Account #: | 434-5481735 |

## Debit Card International Transaction Fee

In your previous deposit account statement, we provided a notice of upcoming account changes. Please note the following corrected information about the international transaction fee assessed for debit card use: Effective after March 15, 2020, an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S. If you have any questions or want to find out more about this fee or other information included in your previous deposit statement, visit tdbank.com, call us at 1-800-493-7562 and choose option 0, then option 2 or stop into a TD location near you.

## TD Business Simple Checking

MUST CURE OBESITY CO                                      Account # 434-5481735

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 24.26 | Average Collected Balance | 24.26 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 10.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 14.26 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

| DAILY ACCOUNT ACTIVITY | | |
|---|---|---|
| **Service Charges** | | |
| POSTING DATE | DESCRIPTION | AMOUNT |
| 01/31 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE |
| 12/31 | 24.26 | 01/31 | 14.26 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance                 14.26

❷ Total Deposits          +

❸ Sub Total

❹ Total Withdrawals      -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "ODP" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

JURAVIN INCORPORATED
15118 PENDIO DR
MONTVERDE FL 34756

| Page: | 1 of 3 |
| Statement Period: | Jan 01 2020-Jan 31 2020 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

## Debit Card International Transaction Fee
In your previous deposit account statement, we provided a notice of upcoming account changes. Please note the following corrected information about the international transaction fee assessed for debit card use: Effective after March 15, 2020, an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S. If you have any questions or want to find out more about this fee or other information included in your previous deposit statement, visit tdbank.com, call us at 1-800-493-7562 and choose option 0, then option 2 or stop into a TD location near you.

## TD Business Simple Checking
JURAVIN INCORPORATED

Account # 434-5480802

| ACCOUNT SUMMARY | | | |
|---|---|---|---|
| Beginning Balance | 3,511.08 | Average Collected Balance | 3,220.75 |
| Electronic Deposits | 7,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 8,000.00 | Annual Percentage Yield Earned | 0.00% |
| Service Charges | 10.00 | Days in Period | 31 |
| Ending Balance | 2,501.08 | | |

## DAILY ACCOUNT ACTIVITY
### Electronic Deposits
| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 6,000.00 |
| 01/31 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 1,000.00 |
| | Subtotal: | 7,000.00 |

### Electronic Payments
| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/15 | CCD DEBIT, AMEX EPAYMENT ACH PMT W9508 | 2,000.00 |
| 01/21 | CCD DEBIT, AMEX EPAYMENT ACH PMT W6618 | 6,000.00 |
| | Subtotal: | 8,000.00 |

### Service Charges
| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶ Ending Balance**        2,501.08

**❷ Total Deposits**    +  _____

**❸ Sub Total**    _____

**❹ Total Withdrawals**    -  _____

**❺ Adjusted Balance**    _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JURAVIN INCORPORATED

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jan 01 2020-Jan 31 2020 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|
| 12/31 | 3,511.08 | 01/21 | 1,511.08 |
| 01/15 | 1,511.08 | 01/31 | 2,501.08 |
| 01/17 | 7,511.08 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

FIRST GLOBAL HEALTH CORPORATION
15118 PENDIO DR
BELLA COLLINA FL 34756

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Jan 01 2020-Jan 31 2020 |
| Cust Ref #: | 4367787153-713-E-*** |
| Primary Account #: | 436-7787153 |

**Debit Card International Transaction Fee**

In your previous deposit account statement, we provided a notice of upcoming account changes. Please note the following corrected information about the international transaction fee assessed for debit card use: Effective after March 15, 2020, an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S. If you have any questions or want to find out more about this fee or other information included in your previous deposit statement, visit tdbank.com, call us at 1-800-493-7562 and choose option 0, then option 2 or stop into a TD location near you.

**TD Business Simple Checking**

FIRST GLOBAL HEALTH CORPORATION

Account # 436-7787153

---

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 1,578.81 | Average Collected Balance | 1,578.81 |
| | | Interest Earned This Period | 0.00 |
| Service Charges | 10.00 | Interest Paid Year-to-Date | 0.00 |
| Ending Balance | 1,568.81 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

---

**DAILY ACCOUNT ACTIVITY**

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/31 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

---

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/31 | 1,578.81 | 01/31 | 1,568.81 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance** _____ 1,568.81

❷ **Total Deposits** + _____

❸ **Sub Total** _____

❹ **Total Withdrawals** - _____

❺ **Adjusted Balance** _____

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**FINANCE CHARGES:** Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.