UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### OBJECTION TO CLAIM NO. 6-2 OF BELLA COLLINA PROPERTY OWNER'S ASSOCIATION, INC.

> NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.
>
> If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy on the movant's attorney, Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 N. Orange Avenue, Suite 300, Orlando, Florida 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.
>
> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The Debtor, Don Karl Juravin, by and through undersigned counsel, hereby files this Objection to Claim Number 6-2 of Bella Collina Property Owner's Association, Inc., and in support thereof further states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the

Bankruptcy Code on October 31, 2018 (the "Petition Date").  On September 16, 2019, this case was converted to Chapter 11 (the "Conversion Date").

2. On April 26, 2019, Bella Collina Property Owner's Association, Inc. (hereinafter "Bella Collina") filed Proof of Claim 6-1, alleging a secured claim against the Debtor in the amount of $141,324.31.

3. On Feburary 14, 2020, Bella Collina filed amended Proof of Claim 6-2, alleging a total claim of $401,111.70, of which $9,704.84 is secured and $391,406.86 is unsecured (the "Amended Claim").

## Secured Portion of Claim

4. The secured portion of Bella Collina's Amended Claim is based, in part, on a Claim of Lien for alleged unpaid country club dues, including late fees and interest, in the amount of $9,704.84 (the "Lien").

5. The Amended Claim alleges that the Debtor was delinquent on his country club dues for the period of January 31, 2016 through June 30, 2018.

6. The Debtor was current on his country club dues through April 30, 2017, despite the fact that his membership was suspended on March 17, 2017 due to reasons unrelated to payment.  A copy of the April 2017 Invoice is attached hereto as Exhibit "A."

7. From March 17, 2017, through the date of this Objection, the Debtor's membership to the country club has never been restored.

## Sanctions Award

8. In its Amended Claim, Bella Collina states that it was awarded sanctions in the amount of $248,000, plus attorney's fees in the amount of $19,809.50 (for a total of

$267,809.50), in a State Court action in Lake County, Florida.

9. The sanctions award was issued in the case of *DCS Real Estate Investments LLC, The Club at Bella Collina LLC, and Randall F. Greene v. Don K. Juravin*, Case No. 2017-CA-0667, in the Circuit Court in and for Lake County, Florida (the "Sanctions Action"). A copy of the sanctions award was attached to the Amended Claim.

10. Bella Collina Property Owner's Association, Inc. was not a party to the Sanctions Action and no award was issued in favor of Bella Collina Property Owner's Association, Inc.

11. Accordingly, the Sanctions Award does not give rise to a claim by Bella Collina against the debtor or the bankruptcy estate.

**Remainder of General Unsecured Claim**

12. According to the Amended Claim, the remainder of the general unsecured claim of Bella Collina, in the amount of $123,597.36, is made up of attorney's fees and costs in litigating several different pieces of litigation.

13. First, the Amended Claim estimates additional attorney's fees and costs in the amount of $20,232.00 for post-petition litigation of the Sanctions Action. As established above, Bella Collina was not a party of the Sanctions Action, there was no award in favor of Bella Collina in the Sanctions Action and, therefore, Bella Collina cannot have a claim against the debtor or the estate arising out of the Sanctions Action.

14. Second, the Amended Claim estimates attorney's fees and costs in the amount of $71,615.36 for "other POA enforcement actions against Debtor." The Amended Claim does not identify, by either case name or number, the "other" enforcement actions

upon which it relies in making this estimated claim. Absent identifying factors about the "other" enforcement actions, the Debtor is unable to evaluate the entitlement, much less reasonableness, of the attorney's fees and costs claimed.

15. Last, the Amended Claim estimates entitlement to $31,750.00 in estimated attorney's fees and costs for enforcement of the Lien.

16. Bella Collina filed an action in the Lake County Small Claims Court on November 20, 2017 to enforce the Lien that they have attached to their proof of claim, Case No. 2017-SC-004004 (the "Enforcement Action").

17. The Enforcement action was not intensely litigated and was stayed on October 31, 2018 due to the Debtor's bankruptcy filing. A copy of the docket in the Enforcement Action is attached hereto as Exhibit "B."

18. The Enforcement Action never reached trial, no judgment or final order was entered in favor of Bella Collina, and, thus, no order on entitlement or amount attorney's fees and costs was ever entered, since no determination of a prevailing party was made.

19. The attorney's fees and costs being claimed by Bella Collina in connection with the Enforcement Action are grossly exaggerated and are far from reasonable or necessary in connection with the work performed in the Enforcement Action.

WHEREFORE, the Debtor, Don Karl Juravin, respectfully request this Honorable Court enter an Order: (a) sustaining this Objection to Claim No. 6-2 of Bella Collina Property Owner's Association, Inc.; (b) disallowing and/or striking Claim No. 6-2 of Bella Collina Property Owner's Association, Inc. and (c) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served in accordance with F.R.B.P. 7004, on all parties listed on the attached Service List, this 23rd day of February, 2020.

                                              ___*/s/ Aldo G. Bartolone, Jr.*_____
                                              ALDO G. BARTOLONE, JR.
                                              Florida Bar No. 173134
                                              BARTOLONE LAW, PLLC
                                              1030 N. Orange Ave., Suite 300
                                              Orlando, Florida 32801
                                              Telephone: (407) 294-4440
                                              Facsimile: (407) 287-5544
                                              E-mail: aldo@bartolonelaw.com
                                              *Attorney for Debtor*

## SERVICE LIST

Bella Collina Property Owner's Association, Inc.
Attn: Randall Greene, President
8390 Championsgate Blvd.
Suite 304
Championsgate, FL  33896

William C. Matthews, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., Suite 1600
Orlando, FL  32801

Miriam G. Suarez, Esq.
Trial Attorney
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL  32801

Don Karl Juravin
15118 Pendio Drive
Montverde, FL  34756

# EXHIBIT "A"



**The Bella Collina Club**
16355 Vetta Dr
Montverde, FL 34756

Mr. Don Juravin
15118 Pendio Drive
Montverde, FL 34756

| MEMBER | DATE |
|---|---|
| BC0003046A | 04/30/2017 |

AMOUNT $     428.00

>----------------------------------------------------------------<
**PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT**

| DATE | REF.NO | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | Balance Forward | 511.97 |
| 04/17/2017 | 1073549 | Credit Card Payment | -511.97 |
| 04/30/2017 | | May 2017 Dues | 428.00 |
| | | Community: Taormina | |
| | | Homesite/Lot#: 270 | |
| | | Summary of Charges for BC0003046A: Don Juravin | |
| | | NOTE: Effective 01/01/2017 The Club at Bella Collina will begin charging a monthly late payment fee of 1.5% on past due balances | |
| | | | 428.00 |

| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAYS BAL. | BALANCE |
|---|---|---|---|---|---|
| BC0003046A | $ 428.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 428.00 |

The Balance shown above will be automatically charged to the credit card provided on your Membership Agreement. For questions regarding this Statement or to change your credit card information, please notify the Accounting Department at (407)469-4912 or at opiotrowski@bellacollina.com

# EXHIBIT "B"

# Case Details: 35-2017-SC-004004-AXXX-XX

**Case #:** 35-2017-SC-004004-AXXX-XX

**File Date:** 11/20/2017

**Party Name/Company:** BELLA COLLINA PROPERTY OWNERS ASSOCIATION INC,

**Court Type:** SC

**Name Suffix:**

**Case Type:** SMALL CLAIMS: $2,500.01 - $5,000.00

**DOB:**

**Case Status:** OPEN

**Party Type:** Plaintiff

**Restitution Balance:** $0.00

**Offense Date:**

## Court Events

| Date | Event Type | Location | Room | Notes |
|---|---|---|---|---|
| 10/18/2018 10:00 AM | MH - MOTION HEARING (SC/CC) | TAVARES | TTN | M/LEAVE TO FILE 2ND AMENDED COMPLAINT |
| 06/19/2018 08:30 AM | CANCELLED - TRL - TRIAL (SC/CC) | TAVARES | TTN | HALF DAY BENCH TRIAL STARTING AT **8:30AM** |
| 05/07/2018 02:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |
| 02/08/2018 02:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |
| 01/10/2018 10:30 AM | JCW - MEDIATION (SC/CC) | CMS | 3RD FLOOR OF THE NORTH WING | |

## Parties

**Judge:** NEAL, TERRY T

| Full Name | Party Type | Sex | Race | Date of Birth | AKAs | Deceased | Sheriffs # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| BELLA COLLINA PROPERTY OWNERS ASSOCIATION INC () | Plaintiff | | | | | | | | |
| JURAVIN, DON K () | Defendant | M | | | | | | | |
| JURAVIN, ANNA () | Defendant | F | | | | | | | |
| JURAVIN, DON K () | Third Party Pltf | | | | | | | | |
| JURAVIN, ANNA () | Third Party Pltf | | | | | | | | |
| CLUB AT BELLA COLLINA LLC | Third Party Deft | | | | | | | | |
| PSR DEVELOPERS LLLP | Defendant | | | | | | | | |
| UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY | Defendant | | | | | | | | |

## Charges

| Count | Statute # | Description | Disposition | Disposition Date | Offense Date | Sentence | Sentence Status | Citation # | Offense Level | Plea | Plea Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | No data available in table | | | | | | | |

Dockets

| | | Docket # | Effective Date | Count | Description | Text | Book | Page |
|---|---|---|---|---|---|---|---|---|
| 🖉 () ☐ | | 1 | 11/20/2017 | 0 | STATEMENT OF CLAIM | /COMPLAINT | | |
| 🔒 () ☐ | | 2 | 11/20/2017 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| 🔒 () ☐ | | 3 | 11/20/2017 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| 🔒 () ☐ | | 4 | 11/21/2017 | 0 | PAID $320.00 ON RECEIPT 2303721, FULLY PAID | $320.00 2303721 Fully Paid | | |
| 🔒 () ☐ | | 5 | 11/21/2017 | 0 | DESIGNATION OF ELECTRONIC MAIL ADDRESS | OF PLTF | | |
| | | 6 | 11/22/2017 | 0 | SET ON JCW - MEDIATION (SC/CC) DOCKET 01/10/2018 BEGINNING AT 10:30 AM MEDIATOR (SMALL CLAIMS), | JCW - MEDIATION (SC/CC) 01/10/2018 10:30 AM MEDIATOR (SMALL CLAIMS), | | |
| 🖉 () ☐ | | 7 | 11/22/2017 | 0 | SUMMONS ISSUED TO JURAVIN, ANNA | JURAVIN, ANNA | | |
| 🖉 () ☐ | | 8 | 11/22/2017 | 0 | SUMMONS ISSUED TO JURAVIN, DON K | JURAVIN, DON K | | |
| 🔒 () ☐ | | 9 | 12/11/2017 | 0 | SUMMONS RETURNED SERVED AS TO JURAVIN, ANNA / 12/04/2017 | JURAVIN, ANNA 12/04/2017 | | |
| 🔒 () ☐ | | 10 | 12/11/2017 | 0 | SUMMONS RETURNED SERVED AS TO JURAVIN, DON K / 12/04/2017 | JURAVIN, DON K 12/04/2017 | | |
| 🔒 () ☐ | | 11 | 01/05/2018 | 0 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | ANDREW C HILL ESQ ON BEHALF OF DEFENDANT(S) | | |
| 🖉 () ☐ | | 12 | 01/09/2018 | 0 | MOTION TO DISMISS | DEFENDANTS MOTION TO DISMISS STATEMENT OF CLAIM | | |
| 🔒 () ☐ | | 13 | 01/10/2018 | 0 | NOTICE | OF CURRENT CONTACT INFO FOR DEFTS' COUNSEL | | |
| 🔒 () ☐ | | 14 | 01/10/2018 | 0 | OUTCOME OF MEDIATION CONFERENCE | | | |
| 🔒 () ☐ | | 15 | 01/10/2018 | 0 | (MEDIATION) | ATTY RYAN PRES FOR PLTF / ATTY HALL PRES FOR DEFTS TRIAL TO BE SET | | |
| | | 16 | 01/16/2018 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 02/08/2018 BEGINNING AT 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) 02/08/2018 2:00 PM | | |
| 🖉 () ☐ | | 17 | 01/16/2018 | 0 | NOTICE OF HEARING | FOR 02/08/18 @ 2PM (PTC) | | |
| 🔒 () ☐ | | 18 | 01/24/2018 | 0 | NOTICE OF APPEARANCE OF | PLTF VIA COURT CALL ON 020818 | | |
| 🔒 () ☐ | | 19 | 01/24/2018 | 0 | NOTICE OF HEARING | SET FOR FEBRUARY 8 2018 AT 2:00 PM REGARDING DEFENDANTS MOTION TO DISMISS STATEMENT OF CLAIM | | |

| | Docket # | Effective Date | Count | Description | Text | Book | Page |
|---|---|---|---|---|---|---|---|
| 🖉 () ☐ | 20 | 02/06/2018 | 0 | NOTICE OF WITHDRAWAL OF | DEFENDANT'S MOTION TO DISMISS STATEMENT OF CLAIM | | |
| 🔒 () ☐ | 21 | 02/08/2018 | 0 | (PTC) | ATTY JAMES D RYAN PRESENT (CC) FOR PLAINTIFF / ATTY ANDREW HILL PRESENT FOR DEFENDANTS / PTC IS CONTINUED FOR 60 DAYS TO ALLOW DEFENDANT TO DO DISCOVERY / IF NOT COMPLETED WITHIN THE 60 DAYS, CASE WILL GET SET FOR TRIAL // ATTY RYAN TO PREPARE ORDER | | |
| 🔒 () ☐ | 22 | 02/15/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| 🔒 () ☐ | 23 | 02/20/2018 | 0 | COVER LETTER DATED | 02/14/18 SUBMITTING A PROPOSED ORDER AS TO THE 02/08/18 HEARING | | |
| 🔒 () ☐ | 24 | 02/26/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| 🔒 () ☐ | 25 | 02/26/2018 | 0 | ORDER | TO COMPLETE DISCOVERY IN SIXTY (60) DAYS | | |
| 🔒 () ☐ | 26 | 04/13/2018 | 0 | REQUEST FOR PRODUCTION | FILED BY DEFENDANT | | |
| 🔒 () ☐ | 27 | 04/13/2018 | 0 | REQUEST FOR ADMISSIONS | FILED BY DEFENDANT | | |
| 🔒 () ☐ | 28 | 04/13/2018 | 0 | NOTICE OF SERVICE OF INTERROGATORIES | FILED BY DEFENDANT | | |
| 🔒 () ☐ | 29 | 04/13/2018 | 0 | INTERROGATORIES | FILED BY DEFENDANT | | |
| 🔒 () ☐ | 30 | 04/17/2018 | 0 | NOTICE OF HEARING | PRE TRIAL CONFERENCE SET FOR MAY 7 2018 AT 2:00 PM | | |
| | 31 | 04/17/2018 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 05/07/2018 BEGINNING AT 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) 05/07/2018 2:00 PM | | |
| 🔒 () ☐ | 32 | 05/04/2018 | 0 | NOTICE OF APPEARANCE OF | JAMES D RYAN ESQ VIA COURT CALL ON BEHALF OF PLAINTIFF | | |
| 🔒 () ☐ | 33 | 05/07/2018 | 0 | (PTC) | ATTY JAMES RYAN PRESENT (CC) FOR PLAINTIFF / ATTY ANDREW HILL PRESENT FOR DEFENDANTS / COURT: TRIAL TO SET FOR 06/19/18 @ 8:30AM (1/2 DAY) / EXCHANGE LIST BY 05/31/18 / DISCOVERY CUT-OFF BY 06/14/18 // JUDGE WILL PREPARE THE TRIAL ORDER | | |
| | 34 | 05/07/2018 | 0 | SET ON TRL - TRIAL (SC/CC) DOCKET 06/19/2018 BEGINNING AT 8:30 AM | TRL - TRIAL (SC/CC) 06/19/2018 8:30 AM | | |
| 🔒 () ☐ | 35 | 05/10/2018 | 0 | ORDER | ON PRE-TRIAL CONFERENCE AND SETTING CASE FOR NON JURY TRIAL ON 061918 @ 8:30AM | | |
| 🔒 () ☐ | 36 | 05/14/2018 | 0 | MOTION | FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY / FILED BY PLTF | | |
| 🔒 () ☐ | 37 | 05/16/2018 | 0 | MOTION | BY PLTF FOR ORDER ABATING PROCEEDING | | |
| 🔒 () ☐ | 38 | 05/18/2018 | 0 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | FILED BY PLAINTIFF | | |
| 🔒 () ☐ | 39 | 05/18/2018 | 0 | RESPONSE TO REQUEST FOR ADMISSIONS | FILED BY PLAINTIFF | | |
| 🔒 () ☐ | 40 | 05/18/2018 | 0 | RESPONSE TO REQUEST TO PRODUCE | FILED BY PLAINTIFF | | |
| 🔒 () ☐ | 41 | 05/18/2018 | 0 | EXHIBIT LIST | OF PLTF | | |

| | Docket # | Effective Date | Count | Description | Text | Book | Page |
|---|---|---|---|---|---|---|---|
| 🔒 () ☐ | 42 | 05/18/2018 | 0 | WITNESS LIST | OF PLTF | | |
| 🔒 () ☐ | 43 | 05/25/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| 🔒 () ☐ | 44 | 05/30/2018 | 0 | NOTICE OF CANCELLATION | OF VIDEO DEPO | | |
| 🔒 () ☐ | 45 | 06/07/2018 | 0 | COVER LETTER DATED | 06/04/18 SUBMITTING A PROPOSED AGREED ORDER TO ABATE | | |
| 🔒 () ☐ | 46 | 06/13/2018 | 0 | CASE INFORMATION SHEET FROM JUDGE'S OFFICE | DATED 06/12/18 /// CLERK COPIED TO PLTF'S ATTORNEY WITH THE PROPOSED AGREED ORDER | | |
| 🔒 () ☐ | 47 | 06/13/2018 | 0 | MOTION | FOR ORDER STAYING CASE | | |
| 🔒 () ☐ | 48 | 06/14/2018 | 0 | NOTICE OF CANCELLATION | OF THE 06/19/2018 TRIAL | | |
| | 49 | 06/15/2018 | 0 | Cancelled TRL - TRIAL (SC/CC) on 06/19/2018 8:30:00 AM due to | | | |
| 📎 () ☐ | 50 | 06/18/2018 | 0 | COVER LETTER DATED | 061318 FILING PROPOSED ORDER | | |
| 📎 () ☐ | 51 | 06/26/2018 | 0 | ORDER | ON PLTF'S MOTION FOR ORDER STAYING CASE | | |
| 📎 () ☐ | 52 | 08/24/2018 | 0 | AMENDED COMPLAINT | FOR DAMAGES AND FORECLOSURE (ATTACHED EXHIBITS A,B,C & D) | | |
| 🔒 () ☐ | 53 | 09/04/2018 | 0 | MOTION | FOR LEAVE TO FILE SECOND AMENDED COMPLAINT // COPY ATTACHED | | |
| | 54 | 09/20/2018 | 0 | SET ON MH - MOTION HEARING (SC/CC) DOCKET 10/18/2018 BEGINNING AT 10:00 AM | MH - MOTION HEARING (SC/CC) 10/18/2018 10:00 AM | | |
| 🔒 () ☐ | 55 | 09/20/2018 | 0 | NOTICE OF HEARING | SET FOR 101818 @ 10:00AM ON PLTF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT | | |
| 📎 () ☐ | 56 | 10/18/2018 | 0 | (MH) | PLAINTIFF PRESENT// DEFENDANT PRESENT//MOTION GRANTED// ORDER SIGNED BY JUDGE | | |
| 📎 () ☐ | 57 | 10/18/2018 | 0 | ORDER | ON PLTF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT / DEFT HAS 20 DAYS TO FILE RESPONSE | | |
| 📎 () ☐ | 58 | 10/29/2018 | 0 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | APRIL S GOODWIN ESQ AS CO-COUNSEL ON BEHALF OF DEFENDANTS | | |
| 📎 () ☐ | 59 | 10/29/2018 | 0 | ANSWER AND AFFIRMATIVE DEFENSES FILED BY JURAVIN, DON K,JURAVIN, ANNA | JURAVIN, DON K,JURAVIN, ANNA | | |
| 🔒 () ☐ | 60 | 10/30/2018 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| 📎 () ☐ | 61 | 10/30/2018 | 0 | PAID $305.00 ON RECEIPT 2399601, FULLY PAID | $305.00 2399601 Fully Paid | | |
| 📎 () ☐ | 62 | 10/30/2018 | 0 | SUMMONS ISSUED TO CLUB AT BELLA COLLINA LLC, | CLUB AT BELLA COLLINA LLC, | | |
| 🔒 () ☐ | 63 | 11/08/2018 | 0 | SUGGESTION OF BANKRUPTCY AS TO | AS TO DON KARL JURAVIN // MIDDLE DISTRICT CASE 6:18-BK-06821 CCJ DATED OCTOBER 31 2018 | 5196 | 1354 |
| 📎 () ☐ | 64 | 01/23/2019 | 0 | MOTION | TO EXTEND TIME FOR SERVICE OF PROCESS | | |
| 📎 () ☐ | 65 | 01/28/2019 | 0 | COVER LETTER DATED | 01/23/19 SUBMITTING A PROPOSED ORDER TO EXT TIME FOR SERVICE | | |

| | Docket # | Effective Date | Count | Description | Text | Book | Page |
|---|---|---|---|---|---|---|---|
| 🔗 () ☐ | 66 | 02/04/2019 | 0 | ORDER | ON PLAINTIFFS EX PARTE MOTION TO EXTEND TIME FOR SERVICE OF PROCESS // GRANTED // EXTENDED TO (60) DAYS AFTER BANKRUPTCY STAY IS NO LONGER IN EFFECT, OR (6) MONTHS FROM DATE OF THIS ORDER | | |
| 🔒 () ☐ | 67 | 08/06/2019 | 0 | NOTICE OF FAILURE TO PROSECUTE SC | | | |
| 🔗 () ☐ | 68 | 08/13/2019 | 0 | SHOWING OF GOOD CAUSE | FILED BY PLAINTIFF | | |
| 🔗 () ☐ | 69 | 08/13/2019 | 0 | REQUEST | TO PRODUCE // FILED BY PLAINTIFF | | |
| 🔗 () ☐ | 70 | 08/20/2019 | 0 | MAIL RETURNED - COPY OF (NFP NOTICE) RETURNED UNDELIVERABLE AS TO JURAVIN, DON K,JURAVIN, ANNA | JURAVIN, DON K,JURAVIN, ANNA | | |

## Linked Cases

| Case Number | Case Description | Offense Date | Status |
|---|---|---|---|
| | No data available in table | | |

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| | | | No data available in table | | | | |

## Arrests & Bonds

**Arrest Information:**

| Arrest Date | Arresting Agency | Agency Number | Booking # | Incident # |
|---|---|---|---|---|
| | | No data available in table | | |

**Bond Information:**

| Bond # | Type | Count | Bondsman | Depositor | Surety Company | Closed Date | Amount | Forfeiture Date | Effective Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No data available in table | | | | | |

## Fees

**Fee Information:** *Total Balance + Interest:* **$0.00**
(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information , please contact the Clerk's office.)

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 11/21/2017 | 11/21/2017 | Lake - County Civil Claim > $2500 | $300.00 | $300.00 | $0.00 | | | $0.00 |
| 11/21/2017 | 11/21/2017 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| | | | **$625.00** | **$625.00** | **$0.00** | | | **$0.00** |

| Effective Date | Due Date | Description | Amount Due | Amount Paid | Balance | In Collections | In Judgment | Judgment Interest |
|---|---|---|---|---|---|---|---|---|
| 11/21/2017 | 11/21/2017 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| 10/30/2018 | 10/30/2018 | Lake - County Civil Counter Petition Cross Claim > $2500 | $295.00 | $295.00 | $0.00 | | | $0.00 |
| 10/30/2018 | 10/30/2018 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | | $0.00 |
| | | | *$625.00* | *$625.00* | *$0.00* | | | *$0.00* |

**Payment Plan Information:**

| Plan # | Scheduled Pay Amount | Balance Due | Partial Payment |
|---|---|---|---|
| | | No data available in table | |