Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com
*Attorney for Creditors*
*Consumer Opinion Corp. & Opinion Corp.*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| In Re: <br><br> Don Karl Juravin <br><br> Debtor. <br><br> Address: <br>     15118 Pendido Drive <br>     Monteverde, FL 34756 <br><br> Last four digits of Social Security No.: 0745 | Case No.: 6:18-BK-06821-KSJ <br><br> Chapter 11 |

## OBJECTION OF CREDITORS CONSUMER OPINION CORP. AND OPINION CORP. D/B/A PISSEDCONSUMER.COM TO DEBTOR'S AMENDED PLAN OF REORGANIZATION

Creditors, Consumer Opinion Corp. and Opinion Corp. d/b/a PissedConsumer.com, by and through undersigned counsel, hereby object to the Amended Chapter 11 Plan of Reorganization ("Plan")(Doc. No. 257) of Don Karl Juravin ("Debtor") as follows:

1. On January 7, 2019, Creditor Consumer Opinion Corp. filed Proof of Claim No. 1 ("COC Claim") and Creditor Opinion Corp. d/b/a PissedConsumer.com filed Proof of Claim No. 2 ("OC Claim", and collectively "the Claims").

2. The COC Claim and the OC Claim each alleged identical general unsecured claims in the amount of $481,806.98. This is the amount of damages they suffered at the hands of Debtor on account of violation of Fla. Stat. § 501.201 and malicious prosecution related to the "Roca Labs Lawsuit" identified in Debtor's Objections.

3. For the reasons set forth in the Objection to Amended Plan of Reorganization filed by Creditor Bella Collina Property Owner's Association, Inc. (Doc. No. 297), which Creditors join and which is incorporated herein by reference, the Debtor's plan is not confirmable.

4. For the reasons set forth in the United States Trustee's Objection to Disclosure Statement and Confirmation of Debtor's Plan of Reorganization (Doc. No. 298), which Creditors join and which is incorporated herein by reference, the Debtor's plan is not confirmable.

5. To the extent other objections are filed, Creditors join in such objections.

WHEREFORE, the Court should deny confirmation of the Plan, deny approval of the Disclosure Statement, and enter an order sustaining this Objection.

Dated: March 4, 2020.

Respectfully Submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
ecf@randazza.com

*Attorney for Creditors*

Case No.: 6:18-BK-06821-KSJ

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notices of Electronic Filing generated by CM/ECF on all parties entitled to service including, but not limited to, Debtor's attorney, Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 N. Orange Avenue, Suite 300, Orlando, Florida, 32801, who has also been served this day via First Class Mail, postage prepaid.

Respectfully Submitted,

/s/ Cassidy S. Curran
Employee
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
ecf@randazza.com

*Attorney for Creditors*