## DECLARATION OF ADAM ROTTNER

I, Adam Rottner, hereby state that I have personal knowledge of the facts set forth below.
If called as a witness, I could and would testify as follows:

1.     I am a United States citizen and am over eighteen years of age.  I am employed by

the Federal Trade Commission ("FTC" or "the Commission") as an Investigator

in the Division of Enforcement, Bureau of Consumer Protection.  My office

address is 600 Pennsylvania Ave., NW, CC-9528, Washington, D.C. 20580.

2.     As an Investigator with the FTC, my duties include investigating possible

violations of the laws and regulations that the FTC enforces and possible

violations of Orders obtained by the Commission.  I was assigned to work on the

Commission's compliance investigation in the Roca Labs, Inc./Don Karl Juravin

matter.

## DESCRIPTION OF INVESTIGATIVE
## TOOL AND SOURCES OF EVIDENCE

3.     As an FTC Investigator, my duties include the collection, analysis, and

preservation of evidence relevant to the investigations I conduct into potential

violations of the laws, regulations, and Orders that the FTC enforces.  As part of

this investigation, I utilized the investigative tool described in detail below.

4.     *Snagit.*  Website and image captures were made using the program Snagit, which

takes an image of single webpages, or a smaller selected area as they existed on

the day of the capture. These files are typically .png files, but I convert them to

.pdf files for compatibility reasons.

1

## PROPERTY CAPTURE

5.    On March 4, 2020, Counsel for the FTC asked me to visit and capture property
information from the website https://www.realtor.com/.  I navigated to
https://www.realtor.com/realestateandhomes-detail/15118-Pendio-
Dr_Montverde_FL_34756_M66933-51073 and saved it to PDF.  A true and
correct copy of the property overview listing for 15118 Pendio Drive, Montverde,
FL, 34756 is attached hereto as **Attachment 1**.

## CORPORATE RECORDS

6.    I visited the Florida Department of State's Division of Corporations website
(https://sunbiz.org) and utilized the Look up a Business feature.  I conducted
searches for the relevant organizations (Juravin , Incorporated and Holy Land
Ministry, Inc.) and obtained the corporate records.

   a.    A true and correct copy of the Florida Department of State's Division of
Corporations "Detail by Entity Name" page regarding Juravin, Incorporated,
is attached hereto as **Attachment 2**.

   b.    A true and correct copy of the Florida Department of State's Division of
Corporations "Detail by Entity Name" page, articles of organization and other
information regarding Holy Land Ministry, Inc. are attached hereto as
**Attachment 3**.

2

### WEBSITE CAPTURES

7.    On February 21, 2020, Counsel for the FTC asked me to visit and capture

information from the website http://holy.care.

    a.    On February 24, 2020, I used an FTC computer to visit the website

http://holy.care.  I navigated to http://holy.care/about/ and used the Snagit tool

to capture a copy of the webpage as it existed on that day.  A true and correct

copy of the website http://holy.care/about/  is attached hereto as **Attachment
4**.

    b.    On February 24, 2020, I used an FTC computer to visit the website

http://holy.care.  I navigated to http://holy.care/edu/obesity-deliverance/ and

used the Snagit tool to capture a copy of the webpage as it existed on that day.

A true and correct copy of the website http://holy.care/edu/obesity-

deliverance/  is attached hereto as **Attachment 5**.

8.    On February 21, 2020, Counsel for the FTC asked me to visit and capture the

Facebook page for "#1 Healthy Weight Bootcamp."

    a.    On February 24, 2020, I used an FTC computer to visit the website

https://www.facebook.com/groups/lost100.  I used the Snagit tool to capture a

copy of the webpage as it existed on that day.  A true and correct copy of the

website https://www.facebook.com/groups/lost100 is attached hereto as

**Attachment 6**.

3

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: March 4, 2020
Washington, D.C.

_____
Adam Rottner



realtor.com® Buy Sell Rent Mortgage Find Realtors® My Home News & Insights Advertise Log In Sign Up Advertise

‹ Back Bella Collina, FL × Florida › Lake County › Bella Collina › Pendio Dr Public View Owner's View

What is Your Home Worth?

Your Name
Email
Phone
Looking to sell in ...
Request a FREE Analysis

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

Share Edit Facts Print

Map

| 5 | 6.5 | 4,861 | 1.35 |
|---|---|---|---|
| beds | baths | sq ft | acres lot |

Est. **$2,223,400**

Commute Time 15118 Pendio Dr, Bella Collina, FL 34756

Track Your Home Value

Refi Rates

Bella Collina
Housing Market | Schools

Popular Searches
Newest Listings
Open Houses
Price Reduced

**Property Overview** - Available Now by Vogel Building Group. Every once in a while the Perfect Home becomes available for sale. This is it! Timeless elegance; No detail or feature was overlooked. The ultimate in sophistication and luxury, glowing with natural light and warmth, complimented with premium custom finishes. The finest materials were sourced to set this home in a league of it's own from exotic onyx inlaid travertine, hand-scraped
Read More

79.67%
More expensive than nearby properties

$523.40K
Since last sold in 2016

$5,714
Rental Estimate

## Own this home?

Check out your owner dashboard to:

- Track your home's value and comps
- Update the important details and photos
- Easily compare similar homes in your area

Claim your home

## Home Value for 15118 Pendio Dr

In the last 4 years, this home has increased its value by 22%.

**15118 Pendio Dr,** Bella Collina, FL 34756 • **Est. $2,223,400**
**5** beds • **6.5** baths • **4,861** sq ft • **1.35** acres lot

Selling? Request a FREE Analysis

Property Details Schools & Neighborhood Property History Price & Tax History

**Are you the owner of 15118 Pendio Dr?**
Learn how to maximize your home value.
Track Your Home

## Property History for 15118 Pendio Dr

This property was sold 4 times in the last 16 years.

Today — **Estimated at $2,223,400**

Jan 9, 2016 — **Sold for $1,700,000**
Listing sold by **ERIN WANNER** with **Stockworth Realty Group**

Sep 30, 2015 — **Listed for $1,890,000**

Rottner Dec, Att 1

| | | |
|---|---|---|
| Jun 23, 2015 | ⊕ | Sold for $1,200,000 |
| Nov 28, 2007 | ⊕ | Sold for $360,000 |
| Apr 28, 2006 | ○ | Listed for $749,000 |
| | | Listing presented by DIANE TRAVIS 🔲 with TRAVIS REALTY GROUP |
| Aug 6, 2004 | ○ | Sold for $289,900 |

History data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain latest information.

## 🏠 Property Details for 15118 Pendio Dr

| Status | Price/Sq Ft | Type | Built |
|---|---|---|---|
| **Off Market** | **$457** | **Single Family Home** | **2009** |

**Public Records**

- Beds: 5
- Stories: 1
- Garage: Garage
- Cooling: Unknown
- Year built: 2009
- Date updated: 02/22/2020
- Fireplace: Yes

- House size: 4,861 sq ft
- Lot size: 58606
- Heating: Forced Air
- Construction: Wood Frame
- Property type: Single family
- Pool: Yes

Request a FREE Analysis

## 🏫 Nearby Schools

| Rating* | School Name | Grades | Distance |
|---|---|---|---|
| 7 | Grassy Lake Elementary School | K–5 | 3.9 mi |
| 6 | East Ridge Middle School | 6–8 | 4.2 mi |
| 6 | Lake Minneola High School | 9–12 | 3.4 mi |

See More ⌄

\* School data provided by National Center for Education Statistics, Pitney Bowes, and GreatSchools. Intended for reference only. The GreatSchools Rating is based on a variety of school quality indicators, including test scores, college readiness, and equity data. To verify enrollment eligibility, contact the school or district directly.

## 🏘 Neighborhood

Sponsored by 🔵 moving.com

15118 Pendio Dr is located in Bella Collina neighborhood in the city of Montverde, FL.

| $1,237,500 | $308 |
|---|---|
| Median Listing Price | Price Per Sq Ft |

**Nearby Neighborhoods in Bella Collina, FL**

| Colina Bay | Magnolia Terrace | Trails of Montverde | Bella Collina East |
|---|---|---|---|
| Median Listing: N/A | Median Listing: N/A | Median Listing: N/A | Median Listing: N/A |

Request a FREE Analysis

---

**15118 Pendio Dr**, Bella Collina, FL 34756 • **Est. $2,223,400**

5 beds • 6.5 baths • 4,861 sq ft • 1.35 acres lot

Selling?  Request a FREE Analysis

Property Details    Schools & Neighborhood    Property History    Price & Tax History

Rottner Dec, Att 1

## Price & Tax History for 15118 Pendio Dr

### Property Price

| Date | Event | Price | Price/Sq Ft | Source |
|---|---|---|---|---|
| Today | Estimated | $2,223,400 | — | |
| 01/09/2016 | Sold | $1,700,000 | $247 | StellarMLS |
| 09/30/2015 | Listed | $1,890,000 | $274 | StellarMLS |
| 06/23/2015 | Sold | $1,200,000 | $247 | |
| 11/28/2007 | Sold | $250,000 | $74 | |

See More ⌄

### Property Tax

| Year | Taxes | Land | | Additions | | Total Assessment |
|---|---|---|---|---|---|---|
| 2019 | $17,646 | - | + | N/A | = | $1,084,404 |
| 2018 | $17,355 | - | + | N/A | = | $1,064,185 |
| 2017 | $17,101 | - | + | N/A | = | - |
| 2016 | $17,015 | $100,000 | + | $913,770 | = | $1,013,770 |
| 2015 | $17,075 | $100,000 | + | $905,725 | = | $905,725 |

See More ⌄

About History & Taxes Data

The price and tax history data displayed is obtained from public records and/or MLS feeds from the local jurisdiction. Contact your REALTOR® directly in order to obtain the most up-to-date information available.

### 🖼 Recently Sold Homes Near 15118 Pendio Dr



| | 17444 Palm Dr, Montverde, FL 34756 | 16653 Magnolia Ter, Montverde, FL | 16010 Ridgewood |
|---|---|---|---|
| $155,000 | $70,000 | $480,000 | $345,000 |
| 16146 Trivoli Cir, Montverde, FL 347... | 17444 Palm Dr, Montverde, FL 34756 | 16653 Magnolia Ter, Montverde, FL ... | 16010 Ridgewood |
| | 2 bd · 2 ba · 1,248 sq ft | 4 bd · 3+ ba · 3,250 sq ft | 3 bd · 2+ ba · 2,5 |

View all

### $$ Nearby Home Values

| Address | Estimate $ | Bed | Bath | Sq Ft | Lot (sq ft) |
|---|---|---|---|---|---|
| Homes near 34756 | | | | | |
| This Home : 15118 Pendio Dr | Est. $2,223,400 | 5 | 6+ | 4,861 | 58,606 |
| 16700 Cavallo Dr, Montverde, FL 34756 | $NaN | N/A | N/A | 0 | 25,763,157 |
| 16320 County Road 455, Montverde, FL 34756 | $NaN | N/A | N/A | 0 | 83,872 |
| 15130 Pendio Dr, Montverde, FL 34756 | $1,739,100 | 4 | 5 | 5,452 | 53,579 |
| 15008 Pendio Dr, Montverde, FL 34756 | $1,850,400 | 6 | 6 | 10,000 | N/A |
| 15011 Pendio Dr, Montverde, FL 34756 | $1,800,900 | 5 | 6 | 7,392 | 43,560 |

See More ⌄

## Learn more about 15118 Pendio Dr

🖼 15118 Pendio Dr, Bella Collina, FL 34756

### What is Your Home Worth?

👤 Your Name

**15118 Pendio Dr**, Bella Collina, FL 34756 · **Est. $2,223,400**

Selling? | Request a FREE Analysis

5 beds · 6.5 baths · 4,861 sq ft · 1.35 acres lot

Property Details  Schools & Neighborhood  Property History  Price & Tax History

Looking to sell in ... ▾

Request a FREE Analysis

By proceeding, you consent to receive calls and texts at the number you provided, including marketing by autodialer and prerecorded and artificial voice, and email, from realtor.com and others about your inquiry and other home-related matters, but not as a condition of any purchase. More...

---

### Editors' Picks

🖼 What Nashville's Tragic Tornado Could Mean for Its Real Estate Market    🖼 Here's What the Fed's Surprise Interest Rate Cut Means for Mortgage Rates    🖼 Former NHL Star Brad Richards Skating Away From $9M Greenwich Home    🖼 Bye-Bye, VA Loan Limits: What This Means for Veterans Buying a Home    🖼 How to Coronavirus-Proof Your

TRENDS

What Nashville's Tragic Tornado Could Mean for Its Real Estate Market

Here's What the Fed's Surprise Interest Rate Cut Means for Mortgage Rates
MarketWatch

Former NHL Star Brett Richards Skating Away From $9M Greenwich Home

Bye-Bye, VA Loan Limits: What This Means for Veterans Buying a Home
Sponsored by Veterans United

Back to Coronavirus-Proof Your Home—and Your Life

Additional Information About 15118 Pendio Dr, Bella Collina, FL 34756

15118 Pendio Dr, Bella Collina, FL 34756 has a price per square foot of $457, which is 120% greater than the Bella Collina price per square foot of $207. The median listing price in Bella Collina is $649,450, which is 12% greater than the Florida median listing price of $575,000. Check out other properties near 15118 Pendio Dr - 15926 Pendio Dr, 15938 Pendio Dr, 15954 Pendio Dr, 16032 Pendio Dr, and 16048 Pendio Dr. You may also be interested in homes for sale in nearby neighborhoods like Colina Bay, Magnolia Terrace,

See More ⌄

| Nearby Cities | Nearby ZIPs | Nearby Neighborhoods |
|---|---|---|
| Clermont Real Estate | 34756 Real Estate | Skyridge Valley Real Estate |
| Winter Garden Real Estate | 34787 Real Estate | Lost Lake Real Estate |
| Orlando Real Estate | 34711 Real Estate | Greater Pines Real Estate |
| Groveland Real Estate | 32835 Real Estate | Summit Greens Real Estate |
| Minneola Real Estate | 34786 Real Estate | Clermont Heights Real Estate |

See More ⌄

ABOUT US        CAREERS        FEEDBACK        MEDIA ROOM

AD CHOICES        ADVERTISE WITH US        AGENT SUPPORT        PRIVACY / WEBSITE TERMS OF USE        SITEMAP

DO NOT SELL MY PERSONAL INFORMATION

©1995-2020 National Association of REALTORS® and Move, Inc. All rights reserved.
realtor.com® is the official site of the National Association of REALTORS® and is operated by Move, Inc., a subsidiary of News Corp.

DIVISION OF CORPORATIONS

*Sunbiz*.org  DIVISION of
CORPORATIONS
*an official State of Florida website*

Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
JURAVIN, INCORPORATED

## Filing Information

| | |
|---|---|
| **Document Number** | K92480 |
| **FEI/EIN Number** | 46-4280755 |
| **Date Filed** | 06/02/1989 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION |
| FOR ANNUAL REPORT | |
| **Event Date Filed** | 09/27/2019 |
| **Event Effective Date** | NONE |

## Principal Address

15118 Pendio Dr
Montverde, FL 34756

Changed: 04/24/2016

## Mailing Address

PO BOX 560510
Montverde, FL 34756

Changed: 04/06/2017

## Registered Agent Name & Address

REGISTERED AGENTS INC.
7901 4TH STREET NORTH
SUITE 300
ST.PETERSBURG, FL 33702

Name Changed: 02/09/2015

Address Changed: 03/21/2019

## Officer/Director Detail

**Name & Address**

Title PSTD

JURAVIN, DON Karl
15118 Pendio Dr.
Montverde, FL 34756

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2016 | 04/24/2016 |
| 2017 | 04/06/2017 |
| 2018 | 04/01/2018 |

## Document Images

| | |
|---|---|
| 04/01/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/06/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/09/2015 -- Reg. Agent Change | View image in PDF format |
| 04/02/2014 -- ANNUAL REPORT | View image in PDF format |
| 12/20/2013 -- Name Change | View image in PDF format |
| 12/11/2013 -- REINSTATEMENT | View image in PDF format |

Rotttner Dec, Att 2



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Florida Not For Profit Corporation
HOLY LAND MINISTRY INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N18000012764 |
| **FEI/EIN Number** | 83-2721755 |
| **Date Filed** | 12/05/2018 |
| **Effective Date** | 12/05/2018 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

15118 PENDIO DRIVE
MONTEVERDE, FL 34756

**Mailing Address**

15118 PENDIO DRIVE
MONTEVERDE, FL 34756

**Registered Agent Name & Address**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL 33710

**Officer/Director Detail**
**Name & Address**

Title Head

Holy Land Ministry, Inc
15118 PENDIO DRIVE
MONTEVERDE, FL 34756

**Annual Reports**

| **Report Year** | **Filed Date** |
|---|---|
| 2019 | 04/26/2019 |

**Document Images**

| | |
|---|---|
| 04/26/2019 -- ANNUAL REPORT | View image in PDF format |
| 12/05/2018 -- Domestic Non-Profit | View image in PDF format |

Rottner Dec, Att 3

# Electronic Articles of Incorporation For

N18000012764
FILED
December 05, 2018
Sec. Of State
dlokeefe

HOLY LAND MINISTRY INC.

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

HOLY LAND MINISTRY INC.

## Article II

The principal place of business address:

15118 PENDIO DRIVE
MONTEVERDE, FL. US  34756

The mailing address of the corporation is:

15118 PENDIO DRIVE
MONTEVERDE, FL. US  34756

## Article III

The specific purpose for which this corporation is organized is:

CHURCH MINISTRY TO PROMOTE FAITH AND WISDOM FOR BETTER LIFE
BY HELPING TO FIND THE DIVINE BALANCE BETWEEN BIBLICAL
WISDOM AND LIFE'S CHALLENGES IN THE 21ST CENTURY UNDER
THE SACRED MEDICAL ORDER OF THE CHURCH OF HOPE PRIORY NO.
164

## Article IV

The manner in which directors are elected or appointed is:

AS PROVIDED FOR IN THE BYLAWS.

## Article V

The name and Florida street address of the registered agent is:

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL.  33710

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   HAL E. HERSHKOWITZ

N18000012764
FILED
December 05, 2018
Sec. Of State
dlokeefe

# Article VI

The name and address of the incorporator is:

DON KARL JURAVIN
15118 PENDIO DRIVE

MONTEVERDE, FL  34756

Electronic Signature of Incorporator:   DON KARL JURAVIN

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The effective date for this corporation shall be:

12/05/2018

Rottner Dec, Att 3

**2019 FLORIDA NOT FOR PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# N18000012764

**Entity Name:** HOLY LAND MINISTRY INC.

**FILED**
**Apr 26, 2019**
**Secretary of State**
**3162440518CC**

**Current Principal  Place of Business:**

15118 PENDIO DRIVE
MONTEVERDE, FL  34756

**Current Mailing Address:**

15118 PENDIO DRIVE
MONTEVERDE,  FL  34756  US

**FEI Number: 83-2721755**                                    **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

HERSHKOWITZ & KUNITZER, P.A.
5039 CENTRAL AVENUE
ST. PETERSBURG, FL  33710  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

　　　　　　　　Electronic Signature of Registered Agent                                               Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | HEAD |
| Name | HOLY LAND MINISTRY, INC |
| Address | 15118 PENDIO DRIVE |
| City-State-Zip: | MONTEVERDE  FL  34756 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 617, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DON JURAVIN                              HEAD                              04/26/2019

　　　　　Electronic Signature of Signing Officer/Director Detail                                     Date

Rottner Dec, Att 3



DASHBOARD

# About HOLY LAND MINISTRY, Inc.

Religious non-profit organization 508(c)(1)(a) Florida



We are a priory of Sacred Medical Order Church Of Hope. We aim to heal and better our members' lives through education, monastic medicine and the word of God. We rely on all wisdoms: the Bible, our 1,600 years of healing and the latest proven remedies.



Links to using our site: Privacy policy - Terms of Use -  Member Rules

## Our History of Healing

### Our 1,600 Years of Sacred Heritage & History

Holy Land Ministry is a priory of The Sacred Medical Order family of Churches that date back to Saint Lazarus of Jerusalem hospital from the 5th century. We all share a belief in the doctrine that natural remedy is designed by God and is, therefore, best for our body, soul, and spirit since the beginning.

We share the basic belief in Christ's help for people in a monastic medicine which basically relies on natural remedies and the balance between body, mind and soul.

READ MORE >>

### Natural Self Healing

We believe in monastic medicine known as today's nature cure. We believe that the body can cure itself once it's in balance. Natural healing and the primary objective of alternative medicine is to assist people in restoring their own health.

We aim to effectively treat all forms of chronic diseases when we restore health instead of treating disease.

We invoke protections for our members through our Church, Religion, Culture, traditional medicines and foods, and members in general under international laws, protection of human rights, and preservation of cultural heritage.

READ MORE >>

### Monastic medicine

A mixture of existing ideas from antiquity, spiritual influences and what Claude Lévi-Strauss identifies as the "shamanistic complex" and "social consensus."

Known today as "alternative medicine." Our members trust God's medicines and Christ's gospel to help and heal. They resort to drugs or traditional medicine when natural medicine can't fix today's pollutions and poisonous foods.

READ MORE >>

## Our Doctrine

### Our Bible

We rely on the 66 books (39 of the Old Testament and 27 of the New Testament) of King James. Soon we will introduce a version of the Bible in an easy to read and search way.

Holy Bible (King James)>>

## Practicing Our Faith

### Prayers & gathering

Though our family of Churches are 400 years old, Holy Land Ministry is as technologically advanced as it gets. While our ancestors used a building to gather and pray, we spread the word of God and our Church on the web for worldwide Service and reach.

Our gathering is as God intended it to be, on the Sabbath (but also on Sunday) but members can enjoy watching the Services repeatedly on our site.

READ MORE >>

### Our mission

Our Church's heritage is HEALING & WISDOM to better our lives. Holy Land Ministry will use the most modern technology to HEAL & BETTER LIVES of our members and thereby further advance upon our Sacred Medicine Order

Missions:

1. TO HEAL people by helping them to restore their own health based on God's given balanced body and immune system. We conquer a disease by restoring their health.
2. TO EDUCATE (relationships, raising kids, obesity, Etc.) for a better life using Biblical wisdom combined with latest psychology and technology.
3. TO PROTECT from false information so we can make healthy decisions instead of wasting time and lives chasing disease. We filter all information and provide you what we believe it the best based on God's word, natural healing and best science.
4. TO DEBATE passionately like our Biblical ancestors to evoke emotion and caring and let each debater make their own mind.
5. TO TEACH that the love of God, his son and prophets is not confined to one way of life so you don't have to feel a sinner because of a wrong Biblical interpretation.

READ MORE >>

### Valuable life changing education

Our members are determined to maximize their God-given lives.

To receive our valuable Education, we expect members to pay a nominal monthly fee* to sustain our efforts of the Church. We aim to provide our members with 10 folds the value of the fee.

*Reduced fees to members in financial need

READ MORE >>

Mind & faith alone can heal and cure

Rottner Dec, Att 4



### Women vs. Men

We don't believe that women need any special preference such as "equal rights" or "protection" since we view men and women as different in their bodies and mind but otherwise equal. If any, we believe that women are a smarter creation of God while men were created, and still are, more on the savage side. Therefore, our expectation for the wisdom of life will be higher from women than from men, in general.

Genesis in Hebrew best describes it when God created the woman to be "support against him" (עֵזֶר כְּנֶגְדּוֹ).

We attached interesting highlights from the Bible related to women which some are open for debate:

READ MORE >>

### Our Mother Church & Health Sovereignty

Holy Land Ministry is a priory of Sacred Medical Order Church Of Hope linked to churches, Orders, and Hospitallers with 1,600 years of heritage & history using natural medicine.

READ MORE >>

### Ecclesiastical Government

The Sacred Medical Order Church of Hope, of which Holy Land Ministry is an auxiliary, dictates the hierarchy in the family of churches.

READ MORE >>

### Mind & faith above our head and care

Modern medicine actually proves our 1,600 years of monastic medicine.

- The body holds within it innate self repair mechanisms as scientifically proven by the "placebo effect" which is not just in the mind, but real physiological changes occur
- Faith strengthens our belief when surrounded by "good" and "positive energy". When the mind is convinced something bad will happen, it often does (nocebo effect).
- You need a tender, nurturing healer/health provider to help your mind and body use its self repair mechanisms for positive effects.

READ MORE >>

### Frequently Asked Questions

READ MORE >>

## Church Members

### Limited Membership acceptance

Our church has a unique doctrine and you should fully understnd it before joining. Unlike trational church who are welcoming everyone with no questions asked, Holy Land Ministry prefers to invest its limited resources in those that share the s therefore aonly only individuals who accept our membership terms of the highest standard.

### Membership

*We want to HEAL & BETTER OUR MEMBERS' LIVES: to be healthier, happier, determined, peaceful, SUCCESSFUL & SPIRITUAL by relying on GOD's wisdom*

We offer many services at no charge and some paid services to sustain the Church's existence. We believe:
1. No charge for praying with our Holy Land born Minister who often carries prayers in the Bible's original language, Hebrew.
2. Our extra educational services should be very practical and benefit you immediately and for life.
3. Members should be getting 10 folds of benefits for their paying services.
4. To better serve our members, we are limiting acceptance by invitation

## Board of Directors



TEACHING & EDUCATION
Marriage Challenge
Healthy Longevity
Divine Fasting
#POWER of WE
Deliverance from OBESITY
Raising Good Kids/Teens

ABOUT
Privacy, Terms, Members, Contact, Member Support, Our Church's Heritage,

DEFINITIONS
Healing

HOLY LAND MINISTRY
HOLY LAND MINISTRY
PO Box 560187
Monteverde, FL 34756
Tel: +1.813.375.1001

Copyright HOLY LAND MINISTRY Inc. 2018-2019



DASHBOARD

## DELIVERANCE from OBESITY

**Excess fat of sin must go - we can help**

You're here because your pounds of fat represents the sin of temptations.
If you believe in God, then you would want to achieve a healthy weight without surgery, NO drugs, and no supplements. It can be done. We have experience helping 90,000 morbidly obese people.





Be not among drunkards or among gluttonous eaters of meat, for the drunkard and the glutton will come to poverty, and slumber will clothe them with rags.

Proverbs 23:20-21



Or do you not know that your body is a temple of the Holy Spirit within you, whom you have from God? You are not your own, for you were bought with a price. So glorify God in your body.

1 Corinthians 6:19-20



When you sit down to eat with a ruler, observe carefully what is before you, and put a knife to your throat if you are given to appetite.

Proverbs 23:2

### JOIN US FOR MORE



**TEACHING & EDUCATION**

Marriage Challenge

Healthy Longevity

Divine Fasting

#POWER of WE

Deliverance from OBESITY

Raising Good Kids/Teens

**ABOUT**

Privacy, Terms, Members, Contact, Member Support, Our Church's Heritage,

**DEFINITIONS**

Healing

**HOLY LAND MINISTRY**

HOLY LAND MINISTRY

PO Box 560187

Montverde, Fl 34756

Tel: +1.813.375.1001

Copyright HOLY LAND MINISTRY Inc. 2018-2019

