**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 18-06821 | Judge: Karen S. Jennemann | Trustee Name: Dennis D. Kennedy |
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 03/13/2020 (c) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2020 | | Claims Bar Date: 04/26/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | 15118 Pendio Drive Montverde FL 34756-0000 | 1,450,000.00 | 0.00 | | 0.00 | FA |
| 2. | 2014 Jeep | 17,000.00 | 0.00 | | 0.00 | FA |
| 3. | 5 beds & nightstands, 2 dressers, 1 glass table, 3 coffee tables, 2 dining tables & chairs, 1 end table, woven outdoor, outdoor set, 3 sofa sets, 1 sofa set outdoor, 2 book/china cases, pool table, massage chair, 2 washing machines, 2 dryers, 2 refrigerators, dishwasher, oven | 6,900.00 | 0.00 | | 0.00 | FA |
| 4. | TV: 2 x 55" + 1 projector and screen + 2 x 65" | 1,200.00 | 0.00 | | 0.00 | FA |
| 5. | 2 handguns | 600.00 | 0.00 | | 0.00 | FA |
| 6. | Miscellaneous clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8. | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 9. | Checking Account TD Bank | 2,617.35 | 0.00 | | 0.00 | FA |
| 10. | Checking FL Community Bank | 100.00 | 0.00 | | 0.00 | FA |
| 11. | Transferwise ($1,939 plus 665 Euro) | 2,691.31 | 0.00 | | 0.00 | FA |
| 12. | Must Cure Obesity, Co 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 13. | Juravin, Incorporated 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 14. | Roca Labs Nutraceutical USA, Inc. 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 15. | Andrew Hill - $10,000 loan | 10,000.00 | 0.00 | | 0.00 | FA |
| 16. | Term Life Insurance - Genworth Policy No. xxxxxx5142 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 17. | Term Life Insurance - Banner Policy No. xxxxx5582 (will end in 2020) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-06821 | Judge: Karen S. Jennemann | Trustee Name: Dennis D. Kennedy |
|---|---|---|
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 03/13/2020 (c) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2020 | | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 18. Homeowner Insurance - St. Johns N/A | 0.00 | 0.00 | | 0.00 | FA |
| 19. Health Insurance - Cigna family | 0.00 | 0.00 | | 0.00 | FA |
| 20. Term Life Insurance - Banner Policy No. xxxxx8813 (will end in 2021) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 21. TermLife Insurance - AIG Policy No. xxxxxx8312 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 22. Don K. Jurivan, Ania Juravin, Levia Juravin and Ynes v. Community Watch 17-CA-2178 5th Circuit Lake Co FL | Unknown | 0.00 | | 0.00 | FA |
| 23. Don K. Juravin, Plaintiff v. Richard Arrighi, Randall Greene, The Club at Bella Collina LLC 2018-CA-001607 | Unknown | 0.00 | | 0.00 | FA |
| 24. Potential claims against Andrew Hill, Esq. for malpractice for misrepresenting; breach of employment (u) | Unknown | 0.00 | | 0.00 | FA |
| 25. Potential claims against Erin Wanner and Stockworth Realty Group (u) | Unknown | 0.00 | | 0.00 | FA |
| 26. Potential claims against Paul Simonson and Dwight Schar 2018-CA-001607 (u) | Unknown | 0.00 | | 0.00 | FA |
| 27. Potential claims against PayPal Inc., Mastercard International, Inc. and Chase (u) | Unknown | 0.00 | | 0.00 | FA |
| 28. Must Cure Obesity, Co. & Don Karl Juravin v. Johnson, Circuit Court, Orange Co FL 18-CA-2412 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 29. Although I have listed all known accounts, just in case there is any bank accounts that I cannot access (u) | 7,500.00 | 0.00 | | 0.00 | FA |
| 30. Mercedes Benz of Tampa (subject to Asset Freeze Order in FTC litigation) (u) | 16,000.00 | 0.00 | | 16,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-06821 | Judge: Karen S. Jennemann | Trustee Name: Dennis D. Kennedy |
|---|---|---|
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 03/13/2020 (c) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2020 | | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 31. Funds held in the trust account of Glenn A. Reid, Esq. (subject to Asset Freeze Order in FTC litigation) (u) | 34,841.00 | 0.00 | | 34,841.00 | FA |
| 32. PayPal Account (1099k issued to me for this account, subject to Asset Freeze Order in FTC litigation) (u) | 11,580.97 | 0.00 | | 0.00 | FA |
| 33. Bella Collina Club membership (currently not allowed access to club) (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34. 2018 Mercedes S560V (u) | 83,474.00 | 0.00 | | 0.00 | 0.00 |
| 35. 2018 Mercedes GLS550W4 (u) | 63,820.00 | 0.00 | | 0.00 | FA |
| 36. Checking Ally Bank (u) | 510.06 | 0.00 | | 0.00 | FA |
| 37. Checking Insight Credit Union (u) | 1,595.00 | 0.00 | | 0.00 | FA |
| 38. Checking TD Ameritrade (u) | 3,180.81 | 0.00 | | 3,180.81 | FA |
| 39. TD Ameritrade (account frozen by Court Order FTC litigation) (u) | 90,638.95 | 0.00 | | 90,641.46 | FA |
| 40. Bank of Ireland (Euros) (u) | 150.00 | 0.00 | | 0.00 | FA |
| 41. AIB (Euros) (u) | 350.00 | 0.00 | | 0.00 | FA |
| 42. Potential claims against Sandra Antico, Nickolas Antico and Jenna Antico for theft | Unknown | 0.00 | | 0.00 | FA |
| 43. FTC v. Roca Labs Inc 15-CV-02231-MSS-CPT (u) | 0.00 | 0.00 | | 4,293.50 | FA |
| 44. Turned over funds from Ch. 11 to Ch. 7 per 3/16/20 Order Doc# 324 (u) | 0.00 | 148,956.77 | | 148,956.77 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 18-06821 | Judge: Karen S. Jennemann | Trustee Name: Dennis D. Kennedy |
|---|---|---|
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 03/13/2020 (c) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2020 | | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,806,349.45 | 148,956.77 | | 297,913.54 | 0.00 |

Re Prop. #2   amount changed per amended schedules Doc# 17 1-16-19
Re Prop. #11  amended per Doc# 17 1-16-19
Re Prop. #24  per Doc# 17 01-16-19
Re Prop. #25  per Doc# 17 01-16-19
Re Prop. #26  per Doc# 17 01-16-19
Re Prop. #27  per Doc# 17 01-16-19
Re Prop. #28  per Doc# 17 01-16-19
Re Prop. #29  per Doc# 17 01-16-19
Re Prop. #30  per Doc# 17 01-16-19
Re Prop. #31  per Doc# 17 01-16-19
Re Prop. #32  per Doc# 17 01-16-19
Re Prop. #33  per Doc# 17 01-16-19
Re Prop. #34  per Doc# 17 01-16-19
Re Prop. #35  per Doc# 17 01-16-19
Re Prop. #36  per Doc# 17 01-16-19
Re Prop. #37  per Doc# 17 01-16-19
Re Prop. #38  per Doc# 17 01-16-19
Re Prop. #39  per Doc# 17 01-16-19
Re Prop. #40  per Doc# 17 01-16-19
Re Prop. #41  per Doc# 17 01-16-19

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

03-24-20 DDK - Money was inadvertently deposited in the bankruptcy bank account (4857) that was opened prior to the conversion to Chapter 11. We requested that the bank move the money from the old account to the new account(7865). The reason was that the bank was unable to reopened the old account on their end
03-24-20 DDK - On March 16, 2020 case was converted back to chapter 7 and I was reappointed trustee. In the process of picking up where we left off regarding investigation of preferential transfers to his retirement accounts and also selling excess equity in personal property. On March 19, I received $148,956.77 from the debtor's attorney representing funds from the Chapter 11. These funds were held previously by the Chapter 7 trustee. I deposited in the old account in our system and the bank stated they could not reopen that account and assigned us a new account for this case. We transferred the money from the old account to the new

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 18-06821 | Judge: Karen S. Jennemann | Trustee Name: Dennis D. Kennedy |
|---|---|---|
| Case Name: Juravin, Don Karl | | Date Filed (f) or Converted (c): 03/13/2020 (c) |
| | | 341(a) Meeting Date: 12/04/2018 |
| For Period Ending: 03/31/2020 | | Claims Bar Date: 04/26/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

account.
03-02-20 DDK - Case was converted the chapter 11 on September 16, 2019 funds were turned over to the debtor's attorney January 26, 2020, closed bank account March 2, 2020 when receive zero balance statement will file ADHOC NDR
04-27-19 DK - Have yet to conclude 341 meeting. In the process of subpoenaing records from different banks. Will likely continued 341 meeting until all documents are provided.
02-22-19 - Cert of Serv Doc# 61 for Order Doc# 53
02-15-19 - Application to Employ Forensic Accountant Doc# 50
01-24-19 - Cert of Serv Doc# 25 for Order Doc# 22
01-17-19 - Application and Declaration to employ Ewald as Appraiser Doc# 19

**Initial Projected Date of Final Report(TFR) :** 12/31/2020     **Current Projected Date of Final Report(TFR) :** 03/31/2021

| Trustee's Signature | /s/Dennis D. Kennedy | Date: 04/24/2020 |
|---|---|---|
| | Dennis D. Kennedy | |
| | P O Box 541848 | |
| | Merritt Island, FL 32954 | |
| | Phone : (321) 455-9744 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-06821 | Trustee Name: | Dennis D. Kennedy |
| --- | --- | --- | --- |
| Case Name: | Juravin, Don Karl | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******7865 |
| Taxpayer ID No: | **-***9921 | Account Name | Checking Account |
| For Period Ending: | 3/31/2020 | Blanket bond (per case limit): | 21,701,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/19/2020 | [44] | Bartolone Law, PLLC | Turned over funds from Ch. 11 per 3/16/20 Order Doc# 324 | 1229-000 | 148,956.77 | | 148,956.77 |
| | | | | Page Subtotals | 148,956.77 | 0.00 | |

|  |  |  |
| --- | --- | --- |
| **COLUMN TOTALS** | 148,956.77 | 0.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 148,956.77 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 148,956.77 | 0.00 |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-06821 | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Juravin, Don Karl | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******4857 |
| Taxpayer ID No: | **-***9921 | Account Name | Checking Account |
| For Period Ending: | 3/31/2020 | Blanket bond (per case limit): | 21,701,000.00 |
| | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/22/2019 | [38] | TD Ameritrade Clearing | Turnover of account | 1229-000 | 3,180.81 | | 3,180.81 |
| 01/22/2019 | [39] | TD Ameritrade Clearing | Turnover of account | 1229-000 | 90,641.46 | | 93,822.27 |
| 01/22/2019 | [30] | Mercedes Benz & Infiniti of Tampa | Turnover of account | 1229-000 | 16,000.00 | | 109,822.27 |
| 03/22/2019 | [43] | Citibank NA | Turnover of Freeze order asset 15-cv-02231 FTC v Roca Labs Inc. | 1249-000 | 4,293.50 | | 114,115.77 |
| 06/28/2019 | [31] | Must Cure Obesity | Turnover checks from Glen Reids Office | 1229-000 | 27,409.00 | | 141,524.77 |
| 06/28/2019 | [31] | Must Cure Obesity | Turnover checks from Glen Reids Office | 1229-000 | 7,432.00 | | 148,956.77 |
| 01/26/2020 | 51001 | Aldo G Bartolone, Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801 | Turnover of funds from the Chapter 7 Bankruptcy Estate pursuant to order entered January 23, 2020 Docket number 247 | 6710-000 | | 148,956.77 | 0.00 |

| | | | | Page Subtotals | 148,956.77 | 148,956.77 | |

|  |  |  |
|---|---|---|
| **COLUMN TOTALS** | 148,956.77 | 148,956.77 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 148,956.77 | 148,956.77 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 148,956.77 | 148,956.77 |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-06821 | Trustee Name: Dennis D. Kennedy |
| Case Name: Juravin, Don Karl | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******4857 |
| Taxpayer ID No: **-***9921 | Account Name: Checking Account |
| For Period Ending: 3/31/2020 | Blanket bond (per case limit): 21,701,000.00 |
| | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 297,913.54 | |
| All Accounts Gross Disbursements: | 148,956.77 | |
| All Accounts Net: | 148,956.77 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******4857 Checking Account | 148,956.77 | 148,956.77 | |
| ******7865 Checking Account | 148,956.77 | 0.00 | |
| **Net Totals** | 297,913.54 | 148,956.77 | 148,956.77 |