# UNITED STATES BANKRUPTCY COURT
Middle _____ **DISTRICT OF** Florida

_____ Orlando _____ **DIVISION**

IN RE:                                    }          **CASE NUMBER:**  18-6821
                                          }
Don Karl Juravin                          }
                                          }          **JUDGE**
                                          }
       **DEBTOR.**                         }          **CHAPTER 11**

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM**    February 1, 2020    **TO**    February 29, 2020

   Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  5/1/20

_____
Attorney for Debtor

Debtor's Address
and Phone Number:
  15118  Pendio  Drive
  Montverde, FL  34756
  _____

Tel.  813-810-5100

Attorney's Address
and Phone Number:
  1030 N Orange Avenue
  Suite 300
  Orlando, FL 32801
  Bar No.  173134
  Tel.  407-294-4440

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/reg_info.htm.
1)        Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)        Initial Filing Requirements
3)        Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Don K. Juravin |
|---|
| Case Number: 18-06821 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repo.

| | Month 2/29/2020 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 8,851.15 | 0.00 |
| CASH- Beginning of Month (Business) | 4,084.15 | 891.10 |
| | | |
| Total Household Receipts | 31,975.85 | 158,606.67 |
| Total Business Receipts | 42,679.85 | 240,781.04 |
| Total Receipts | 74,655.70 | 399,387.71 |
| | | |
| Total Household Disbursements | 27,146.51 | 144,926.18 |
| Total Business Disbursements | 39,650.72 | 234,558.86 |
| Total Disbursements | 66,797.23 | 379,485.04 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 7,858.47 | 19,902.67 |
| | | |
| CASH- End of Month (Individual) | 13,680.49 | 13,680.49 |
| CASH- End of Month (Business) | 7,113.28 | 7,113.28 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 66,797.23 | 379,485.04 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | (35,613.00) | (80,553.38) |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 31,184.23) | 298,931.66 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20_____.

_____
Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month 2/29/2020 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | 8,851.15 | 0.00 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 29,475.34 | 113,789.51 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | 0.51 | 2.25 |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 2,500.00 | 10,500.00 |
| Other (specify) (attach list to this report) | | 34,314.91 |
| | | |
| **TOTAL RECEIPTS** | 31,975.85 | 158,606.67 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | 1,400.00 | 4,400.00 |
| Gifts | | |
| Household Expenses/Food/Clothing | 269.04 | 14,478.89 |
| Household Repairs & Maintenance | | 4,590.00 |
| Insurance | 4,771.06 | 20,773.12 |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | 210.00 |
| Mortgage Payment(s) | 14,480.00 | 26,480.00 |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | 17,294.83 |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 1,294.86 | 2,017.91 |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 2,431.55 | 5,969.13 |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | 650.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | 37,562.30 |
| Loans | 2,500.00 | 10,500.00 |
| | | |
| **Total Household Disbursements** | 27,146.51 | 144,926.18 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 13,680.49 | 13,680.49 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| Must Cure Obesity Co. | Month 2/29/20 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 14.26 | 414.33 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 20,050.00 | 92,150.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 14,472.20 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 1,064.00 |
| | | |
| **Total Business Receipts** | 20,050.00 | 107,686.20 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 14,237.67 | 70,978.67 |
| Taxes - Payroll | 3,875.33 | 3,875.33 |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | 20.00 |
| Vehicle Expenses | | 6,599.80 |
| Travel & Entertainment | | 182.21 |
| Repairs and Maintenance | | |
| Supplies | 13.07 | 2,443.80 |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | 4,849.84 |
| Bank Charges | | 113.00 |
| Other (attach schedule) | | 17,099.69 |
| | | |
| **Total Business Disbursements** | 18,126.07 | 106,162.34 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 1,938.19 | 1,938.19 |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| Juravin Incorporated | Month 2/29/2020 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 2,501.08 | 352.22 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | 20,000.00 | 54,300.00 |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | 2,500.00 | 39,050.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | 129.85 | 38,194.84 |
| | | |
| **Total Business Receipts** | 22,629.85 | 108,914.99 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | 17,500.00 | 32,551.34 |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Professional Fees (Legal, Accounting) | 2,000.00 | 2,000.00 |
| Utilities (Business) | 419.59 | 510.58 |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | 1,535.06 | 1,653.14 |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | 50.00 | 18,803.20 |
| Bank Charges | 10.00 | 63.00 |
| Other (attach schedule) | | 72,699.52 |
| | | |
| **Total Business Disbursements** | 21,514.65 | 128,280.78 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 3,616.28 | 3,616.28 |

# SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| First Global Health Corporation | Month 2/29/20 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1,568.81 | 124.55 |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | 1,500.00 |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | 50.00 |
| | | |
| **Total Business Receipts** | | 1,550.00 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | 10.00 | 115.74 |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | 10.00 | 115.74 |
| | | |
| **CASH** - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 1,558.81 | 1,558.81 |

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                          **ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | TD Bank | TD Bank | TD Bank | TD Bank |
| Account Number: | 434-5481107 | 434-5481735 | 434-5480802 | 436-7787153 |
| Purpose of Account (Business/Personal) | Personal | Business | Business | Business |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking |
| 1. **Balance per Bank Statement** | 15,819.02 | 1,938.19 | 3,616.28 | 1,558.81 |
| 2. **ADD:** Deposits not credited (attach list to this report) | 16,975.34 | | | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | 19,113.87 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. **Month End Balance** (Must Agree with Books) | 13,680.49 | 1,938.19 | 3,616.28 | 1,558.81 |
| TOTAL OF ALL ACCOUNTS | | | | $   20,793.77 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD Bank |
|---|---|
| Account Number | 435-5481107 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 2/3/20 | Grasshopper | Tele-Communication | 1,200.00 |
| EFT | 2/3/20 | Google Gsuite | Home Office | 400.00 |
| EFT | 2/3/20 | Chilis | Food | 48.06 |
| EFT | 2/3/20 | Google Gsuite | Home Office | 36.00 |
| EFT | 2/3/20 | Sushi Storm | Food | 17.00 |
| EFT | 2/4/20 | Kevin EdMeade | Barbershop | 40.00 |
| EFT | 2/5/20 | Duke Energy | Utilities - Personal Residence | 664.00 |
| EFT | 2/5/20 | Applebees | Food | 30.00 |
| EFT | 2/7/20 | Holy Land Ministries | Donation | 600.00 |
| EFT | 2/10/20 | Thai Blossom | Food | 55.00 |
| EFT | 2/10/20 | Twitter | Self-Promotion | 14.59 |
| EFT | 2/10/20 | Twitter | Self-Promotion | 6.39 |
| EFT | 2/11/20 | Am Gen Life Insurance | Life Insurance | 4,771.06 |
| EFT | 2/13/20 | Prime Video | Entertainment | 10.99 |
| EFT | 2/14/20 | Google Fi | Tele-Communication | 131.55 |
| EFT | 2/14/20 | Economy Park Ride | Travel | 8.00 |
| EFT | 2/18/20 | Twitter | Self-Promotion | 33.05 |
| EFT | 2/18/20 | NameCom Inc. | Internet Maintenance | 7.99 |
| EFT | 2/20/20 | Publix | Food | 60.00 |
| EFT | 2/21/20 | United | Travel/Daughter | 1,162.61 |
| EFT | 2/24/20 | Twitter | Self-Promotion | 32.23 |
| EFT | 2/24/20 | Google Music | Entertainment | 7.99 |
| EFT | 2/26/20 | Kim Nails | Entertainment | 30.00 |
| EFT | 2/28/20 | Juravin Incorporated | Loan Repayment | 2,500.00 |
| EFT | 2/28/20 | Holy Land Ministries | Donation | 800.00 |
| EFT | 2/18/20 | Anna Juravin | Reimbursement of Mortgage Payments | 7,650.00 |
| EFT | 2/18/20 | Anna Juravin | Reimbursement of Mortgage Payments | 6,830.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $27,146.51 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

### CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD Bank - Must Cure Obesity Co. |
|---|---|
| Account Number | 434-5481735 |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 2/6/20 | Amazon | Office Supplies | 13.07 |
| EFT | 2/25/20 | Payroll | Payroll Expense (Don Juravin) | 14,237.67 |
| EFT | 2/25/20 | Payroll | Payroll Expense (Don Juravin) | 237.67 |
| EFT | 2/26/20 | Payroll Tax | Payroll Expense (Don Juravin) | 1,839.83 |
| EFT | 2/26/20 | Payroll Tax | Payroll Expense (Don Juravin) | 1,797.83 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 18,126.07 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD Bank - Juravin Incorporated |
|---|---|
| Account Number | 434-5480802 |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 2/3/20 | Amber Robinson | Legal Fees | 2,000.00 |
| EFT | 2/7/20 | Don Juravin | Owner Distribution | 10,000.00 |
| EFT | 2/7/20 | Don Juravin | Owner Distribution | 5,000.00 |
| EFT | 2/7/20 | Must Cure Obesity | Advertising | 50.00 |
| EFT | 2/13/20 | Shell | Travel | 51.83 |
| EFT | 2/14/20 | Shell | Travel | 58.73 |
| EFT | 2/14/20 | Etzel Itzik | Food | 45.00 |
| EFT | 2/18/20 | Google Fi | Tele-Communication | 197.93 |
| EFT | 2/20/20 | Publix | Market Research | 81.93 |
| EFT | 2/21/20 | Don Juravin | Owner Distribution | 2,500.00 |
| EFT | 2/21/20 | Shell | Travel | 32.16 |
| EFT | 2/21/20 | Kekes Breakfast | Food | 26.00 |
| EFT | 2/24/20 | Liquid Webb | Internet Maintenance | 221.66 |
| EFT | 2/26/20 | Ice Gatwick | Travel/Research (Czechia) | 455.69 |
| EFT | 2/26/20 | Rail MCR Picc | Travel/Research (Czechia) | 260.39 |
| EFT | 2/26/20 | ATM Fee | Travel/Research (Czechia) | 3.00 |
| EFT | 2/26/20 | ATM Fee | Travel/Research (Czechia) | 3.00 |
| EFT | 2/27/20 | Southern Rail | Travel/Research (Czechia) | 131.06 |
| EFT | 2/27/20 | Southern Rail | Travel/Research (Czechia) | 78.74 |
| EFT | 2/27/20 | Hotels.com | Travel/Research (Czechia) | 67.43 |
| EFT | 2/27/20 | Native Manchester | Travel/Research (Czechia) | 44.08 |
| EFT | 2/27/20 | Native Manchester | Travel/Research (Czechia) | 43.12 |
| EFT | 2/27/20 | Avanti Catering | Food | 6.77 |
| EFT | 2/27/20 | Delice De France | Food | 5.71 |
| EFT | 2/28/20 | Sams Chop Shop | Food | 84.74 |
| EFT | 2/28/20 | Native Manchester | Travel/Research (Czechia) | 55.68 |
| EFT | 2/29/20 | TD Bank | Bank Service Charge - Maintenance Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $21,514.65 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3D**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | TD Bank - First Global Health Corp |
|---|---|
| Account Number | 436-7787153 |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| EFT | 2/29/20 | TD Bank | Bank Service Charge - Maintenance Fee | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ 10.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

\* Attach explanation of  any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

\*   The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*  Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| Anna Juravin (Cigna - Health Ins) | Aug '19-Feb '20 | | 6,456.00 |
| Anna Juravin (Household Expenses) | Dec '19-Feb '20 | | 13,140.00 |
| Anna Juravin (Mortgage) | Aug '19-Feb '20 | | 34,150.00 |
| IRS (Payroll Tax, 30%) | Begin-Feb '20 | | 16,550.61 |
| Juravin (Officer Loan) | Begin-Feb '20 | | 8,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

 **Bank**

America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO
15118 PENDIO DR
MONTVERDE FL 34756-3606

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Jan 18 2020-Feb 17 2020 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

## Chapter 11 Checking

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

Account # 434-5481107

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 18,523.65 | Average Collected Balance | 11,213.53 |
| Deposits | 9,086.96 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 15,000.51 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 26,792.10 | Days in Period | 31 |
| Ending Balance | 15,819.02 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | DEPOSIT | 8,000.00 |
| 01/27 | DEPOSIT | 1,086.96 |
| | Subtotal: | 9,086.96 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | CCD DEPOSIT, MEDIUM.COM MEDIUM.COM ST-Q8W3H2I4Y7U0 | 0.51 |
| 02/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345480802 | 10,000.00 |
| 02/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345480802 | 5,000.00 |
| | Subtotal: | 15,000.51 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21 | ELECTRONIC PMT-WEB, LAKE COUNTY TAX COLL. 6640422 | 17,294.83 |
| 01/21 | DEBIT CARD PURCHASE, *****30057969529, AUT 011620 VISA DDA PUR<br>FUN SPOT AMERICA ORLANDO ORLANDO * FL | 212.89 |
| 01/21 | DEBIT CARD PURCHASE, *****30057969529, AUT 011620 VISA DDA PUR<br>ADIDAS 6110 ORLANDO * FL | 172.47 |
| 01/21 | DEBIT CARD PURCHASE, *****30057969529, AUT 011620 VISA DDA PUR<br>SWEET TOMATOES 72 Q14 ORLANDO * FL | 30.31 |
| 01/22 | DEBIT CARD PURCHASE, *****30057969529, AUT 012020 VISA DDA PUR<br>OAK RIDGE GUN RANGE ORLANDO * FL | 48.96 |
| 01/31 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345480802 | 1,000.00 |
| 02/03 | DEBIT CARD PURCHASE, *****30057969529, AUT 013120 VISA DDA PUR<br>PAYPAL GRASSHOPPER 402 935 7733 * CA | 1,200.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance          15,819.02

② Total Deposits     +

③ Sub Total

④ Total Withdrawals   -

⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits ② |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals ④ |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

DON KARL JURAVIN
DIP CASE 18-06821 MFLO

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Jan 18 2020-Feb 17 2020 |
| Cust Ref #: | 4345481107-039-E-*** |
| Primary Account #: | 434-5481107 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEBIT CARD PURCHASE, *****30057969529, AUT 020220 VISA DDA PUR GOOGLE GSUITE JURAVIN      CC GOOGLE COM * CA | 400.00 |
| 02/03 | DEBIT CARD PURCHASE, *****30057969529, AUT 020220 VISA DDA PUR CHILI S CLERMONT        CLERMONT    * FL | 48.06 |
| 02/03 | DEBIT CARD PURCHASE, *****30057969529, AUT 020220 VISA DDA PUR GOOGLE GSUITE JURAVIN      INTERNET    * CA | 36.00 |
| 02/03 | DEBIT CARD PURCHASE, *****30057969529, AUT 013020 VISA DDA PUR SUSHI STORM        CLERMONT    * FL | 17.00 |
| 02/04 | DEBIT CARD PURCHASE, *****30057969529, AUT 020320 VISA DDA PUR IN  KEVIN EDMEADE      CLERMONT    * FL | 40.00 |
| 02/05 | ACH DEBIT, DUKEENERGY-FL CUST BILLS ****625051 | 664.00 |
| 02/05 | DEBIT CARD PURCHASE, *****30057969529, AUT 020320 VISA DDA PUR APPLEBEES 144 98377369    CLERMONT    * FL | 30.00 |
| 02/07 | eTransfer Debit, Online Xfer Transfer to CK 4363085527 | 600.00 |
| 02/10 | DEBIT CARD PURCHASE, *****30057969529, AUT 020820 VISA DDA PUR THAI BLOSSOM RESTAURANT    WINTER GARDEN * FL | 55.00 |
| 02/10 | DEBIT CARD PAYMENT, *****30057969529, AUT 020720 VISA DDA PUR TWITTER ONLINE ADS     415 2229670  * CA | 14.59 |
| 02/10 | DEBIT CARD PAYMENT, *****30057969529, AUT 020920 VISA DDA PUR TWITTER ONLINE ADS     415 2229670  * CA | 6.39 |
| 02/11 | ACH DEBIT, AM GEN LIFE INS ONLINE PMT CKF****74184NEG | 4,771.06 |
| 02/13 | DEBIT CARD PURCHASE, *****30057969529, AUT 021220 VISA DDA PUR PRIME VIDEO 5Q73U64I3    888 802 3080  * WA | 10.99 |
| 02/14 | DEBIT CARD PURCHASE, *****30057969529, AUT 021320 VISA DDA PUR GOOGLE  GOOGLE FI      G CO HELPPAY * CA | 131.55 |
| 02/14 | DEBIT CARD PURCHASE, *****30057969529, AUT 021320 VISA DDA PUR ECONOMY PARK RIDE MIA    DORAL     * FL | 8.00 |
| | Subtotal: | 26,792.10 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/17 | 18,523.65 | 02/05 | 6,416.09 |
| 01/21 | 813.15 | 02/07 | 20,816.60 |
| 01/22 | 764.19 | 02/10 | 20,740.62 |
| 01/27 | 9,851.15 | 02/11 | 15,969.56 |
| 01/31 | 8,851.15 | 02/13 | 15,958.57 |
| 02/03 | 7,150.09 | 02/14 | 15,819.02 |
| 02/04 | 7,110.09 | | |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

MUST CURE OBESITY CO
DIP CASE 20-00924 MFLT
15118 PENDIO DR
MONTVERDE FL  34756

| | |
|---|---|
| Page: | 1 of 3 |
| Statement Period: | Feb 01 2020-Feb 29 2020 |
| Cust Ref #: | 4345481735-039-E-*** |
| Primary Account #: | 434-5481735 |

## Chapter 11 Checking

MUST CURE OBESITY CO
DIP CASE 20-00924 MFLT

Account # 434-5481735

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 14.26 | Average Collected Balance | 3,252.50 |
| Deposits | 20,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 50.70 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 18,126.77 | Days in Period | 29 |
| Ending Balance | 1,938.19 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/21 | DEPOSIT | 20,000.00 |
| | Subtotal: | 20,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345480802 | 50.00 |
| 02/25 | CCD DEPOSIT, PAYROLL CENTER PAYROLLVER 26593 | 0.70 |
| | Subtotal: | 50.70 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/06 | DEBIT CARD PAYMENT, AUT 020520 VISA DDA PUR<br>AMAZON PRIME XH83F6VE3    AMZN COM BILL * WA<br>4085404018481691 | 13.07 |
| 02/25 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 14,237.67 |
| 02/25 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 237.67 |
| 02/25 | CCD DEBIT, PAYROLL CENTER PAYROLLVER 26593 | 0.44 |
| 02/25 | CCD DEBIT, PAYROLL CENTER PAYROLLVER 26593 | 0.26 |
| 02/26 | CCD DEBIT, PAYROLL CENTER PAYROLLTS 26593 | 1,839.83 |
| 02/26 | CCD DEBIT, PAYROLL CENTER PAYROLLTS 26593 | 1,797.83 |
| | Subtotal: | 18,126.77 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 1,938.19 |
| ② Total Deposits | + |
| ③ Sub Total | |
| ④ Total Withdrawals | - |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of your statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MUST CURE OBESITY CO
DIP CASE 20-00924 MFLT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Feb 01 2020-Feb 29 2020 |
| Cust Ref #: | 4345481735-039-E-*** |
| Primary Account #: | 434-5481735 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 14.26 | 02/21 | 20,051.19 |
| 02/06 | 1.19 | 02/25 | 5,575.85 |
| 02/07 | 51.19 | 02/26 | 1,938.19 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

JURAVIN INCORPORATED
15118 PENDIO DR
MONTVERDE FL 34756

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Feb 01 2020-Feb 29 2020 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

## Debit Card International Transaction Fee

In your previous deposit account statement, we provided a notice of upcoming account changes. Please note the following corrected information about the international transaction fee assessed for debit card use: Effective after March 15, 2020, an international transaction fee for TD debit and ATM cards will be assessed when you use a non-TD ATM located outside the U.S. or make a purchase from a merchant outside the U.S. This fee applies whether you're physically located inside or outside the U.S. If you have any questions or want to find out more about this fee or other information included in your previous deposit statement, visit tdbank.com, call us at 1-800-493-7562 and choose option 0, then option 2 or stop into a TD location near you.

## TD Business Simple Checking

JURAVIN INCORPORATED

Account # 434-5480802

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 2,501.08 | Average Collected Balance | 4,944.21 |
| Deposits | 20,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 2,629.85 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 21,504.65 | Days in Period | 29 |
| Service Charges | 10.00 | | |
| Ending Balance | 3,616.28 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | DEPOSIT | 20,000.00 |
| | Subtotal: | 20,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/27 | DEBIT CARD CREDIT, AUT 022720 VISA DDA REF<br>NEW SOUTHERN RAILW        GATWICK 5989  G BR<br>4085404018650923 | 129.85 |
| 02/28 | eTransfer Credit, Online Xfer<br>Transfer from CK 4345481107 | 2,500.00 |
| | Subtotal: | 2,629.85 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | DEBIT CARD PURCHASE, AUT 013120 VISA DDA PUR<br>ROBINSON LAW OFFICE PLLC   727 5436798  * FL<br>4085404018650923 | 2,000.00 |
| 02/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 10,000.00 |
| 02/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 5,000.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | |
|---|---|
| ① Ending Balance | 3,616.28 |
| ② Total Deposits + | |
| ③ Sub Total | |
| ④ Total Withdrawals - | |
| ⑤ Adjusted Balance | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JURAVIN INCORPORATED

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Feb 01 2020-Feb 29 2020 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481735 | 50.00 |
| 02/13 | DEBIT POS, AUT 021320 DDA PURCHASE<br>SHELL SERVICE S        OAKLAND    * FL<br>4085404018650923 | 51.83 |
| 02/14 | DEBIT POS, AUT 021320 DDA PURCHASE<br>SHELL SERVICE S        SAINT CLOUD  * FL<br>4085404018650923 | 58.73 |
| 02/14 | DEBIT CARD PURCHASE, AUT 021320 VISA DDA PUR<br>ETZEL ITZIK        MIAMI      * FL<br>4085404018650923 | 45.00 |
| 02/18 | DEBIT CARD PURCHASE, AUT 021420 VISA DDA PUR<br>GOOGLE GOOGLE FI      INTERNET    * CA<br>4085404018650923 | 197.93 |
| 02/20 | DEBIT POS, AUT 022020 DDA PURCH W/CB<br>PUBLIX        CLERMONT    * FL<br>4085404018650923 | 81.93 |
| 02/21 | eTransfer Debit, Online Xfer<br>Transfer to CK 4345481107 | 2,500.00 |
| 02/21 | DEBIT POS, AUT 022120 DDA PURCHASE<br>SHELL SERVICE S        SAINT CLOUD  * FL<br>4085404018650923 | 32.16 |
| 02/21 | DEBIT CARD PURCHASE, AUT 022020 VISA DDA PUR<br>KEKES BREAKFAST CAFE      352 3940956  * FL<br>4085404018650923 | 26.00 |
| 02/24 | DEBIT CARD PURCHASE, AUT 022220 VISA DDA PUR<br>LIQUID WEB  LLC        800 5804985  * MI<br>4085404018650923 | 221.66 |
| 02/26 | NONTD ATM DEBIT, AUT 022620 DDA WITHDRAW<br>ICE GATWICK AIRPORT      LONDON      G BR<br>4085404018650923 | 455.69 |
| 02/26 | NONTD ATM DEBIT, AUT 022620 DDA WITHDRAW<br>RAIL MCR PICC 1        MANCHESTER  G BR<br>4085404018650923 | 260.39 |
| 02/26 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 02/26 | NONTD ATM FEE, NONTD ATM FEE | 3.00 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>NEW SOUTHERN RAILW        HORLEY 9132  G BR<br>4085404018650923 | 131.06 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>NEW SOUTHERN RAILW        GATWICK 5989  G BR<br>4085404018650923 | 78.74 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>HOTELSCOM9200204265616      HOTELS COM    * WA<br>4085404018650923 | 67.43 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

JURAVIN INCORPORATED

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Feb 01 2020-Feb 29 2020 |
| Cust Ref #: | 4345480802-713-E-*** |
| Primary Account #: | 434-5480802 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>NATIVE MANCHESTER          MANCHESTER   G BR<br>4085404018650923 | 44.08 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>NATIVE MANCHESTER          MANCHESTER   G BR<br>4085404018650923 | 43.12 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>AVANTI CATERING          BIRMINGHAM   G BR<br>4085404018650923 | 6.77 |
| 02/27 | DEBIT CARD PURCHASE, AUT 022620 VISA DDA PUR<br>DELICE DE FRANCE          LONDON        G BR<br>4085404018650923 | 5.71 |
| 02/28 | DEBIT CARD PURCHASE, AUT 022720 VISA DDA PUR<br>SAMS CHOP SHOP          LANCS        G BR<br>4085404018650923 | 84.74 |
| 02/28 | DEBIT CARD PURCHASE, AUT 022720 VISA DDA PUR<br>NATIVE MANCHESTER          MANCHESTER   G BR<br>4085404018650923 | 55.68 |
| | Subtotal: | 21,504.65 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | MAINTENANCE FEE | 10.00 |
| | Subtotal: | 10.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 2,501.08 | 02/20 | 5,015.66 |
| 02/03 | 501.08 | 02/21 | 2,457.50 |
| 02/05 | 20,501.08 | 02/24 | 2,235.84 |
| 02/07 | 5,451.08 | 02/26 | 1,513.76 |
| 02/13 | 5,399.25 | 02/27 | 1,266.70 |
| 02/14 | 5,295.52 | 02/28 | 3,616.28 |
| 02/18 | 5,097.59 | | |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender