UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
|     Debtor. | ) | |
| _____ | ) | |

**OBJECTION TO CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SALE OF ASSETS SUBJECT TO OVERBID AND FOR APPROVAL OF OVERBID PROCEDURES**

The Debtor, DON KARL JURAVIN, by and through undersigned counsel, hereby files this Objection to Chapter 7 Trustee's Motion to Approve Sale of Assets Subject to Overbid and for Approval of Overbid Procedures (the "Motion") (Doc. No. 349), and in support thereof further states as follows:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on October 31, 2018 (the "Petition Date").

2. On May 29, 2020, the Trustee filed the Motion seeking to sell all of the Debtor's non-exempt assets and to establish overbid procedures.

3. The stalking horse bidder, Wilmington Financial Services LLC, is a Delaware limited liability company ("Wilmington"), and they have entered into a contract with the Trustee for the purchase of the Debtor's non-exempt assets for $43,000.

4. Wilmington was also the stalking horse bidder in the Trustee's original motion to sell assets of the Debtor (Doc. No. 167).

5. James Ryan, Esq. was the authorized representative and signed the original contract on behalf of Wilmington.

1

6. The Trustee now seeks to have James Ryan, Esq. employed as special counsel to the Trustee.

7. In order to deceive the Court and interested parties, Wilmington had Paul Simonson sign the contract on their behalf.

8. Nevertheless, James Ryan is an owner, officer, or agent of Wilmington, and stands to benefit from the proposed sale to Wilmington.

9. Essentially, the Trustee wants to sell the Debtor's assets to itself.

10. As further grounds for the Objection, the Debtor contends that the overbid procedures are vague and ambiguous.

11. The Motion does not set forth any proposed dates or times for the submission of overbids by interested parties.

12. It is impossible for any interested party to identify when they should submit their bid on the assets.

13. The Debtor is aware of at least 2 potential bidders for the assets.

14. The Trustee is establishing bidding procedures that clearly favor the stalking horse bidder and attempt to discourage outside bidders.

15. The bid procedures should provide potential bidders at least 30 days to evaluate the assets being sold and to submit competing bids. Furthermore, bid deposits should be permitted by wire transfer, not just by check mailed to a post office box, since at least one interested bidder lives outside the United States.

WHEREFORE, the Debtor, Don Karl Juravin, respectfully requests this Honorable Court enter an Order denying the Chapter 7 Trustee's Motion to Approve Sale of Assets

Subject to Overbid and for Approval of Overbid Procedures (Doc. No. 349); and granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF or United States Mail, first class and postage prepaid, on all parties-in-interest listed on the attached Mailing Matrix, this 19th day of June, 2020.

        __/s/ *Aldo G. Bartolone, Jr.*____
        ALDO G. BARTOLONE, JR.
        Florida Bar No. 173134
        BARTOLONE LAW, PLLC
        1030 N. Orange Ave., Suite 300
        Orlando, Florida 32801
        Telephone: (407) 294-4440
        Facsimile: (407) 287-5544
        E-mail:  aldo@bartolonelaw.com
        Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-KSJ<br>Middle District of Florida<br>Orlando<br>Fri Jun 19 17:44:15 EDT 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 |
| DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 | Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 |
| (c)NATURAL VITAMINS LABORATORY CORPORATION<br>12845 NW 45TH AVE<br>OPA LOCKA FL  33054-5119 | Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Anna Juravin<br>Ralph Strzalkowski & Amber Robinson<br>695 Central Ave Ste. 264<br>St. Petersburg, FL 33701-3669 | Bella Collina Property Owner's Associat<br>c/o William C. Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 |
| Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 | Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 |
| FLORIDA RIGHTS LAW FIRM OBO ANNA JURAVIN<br>695 CENTRAL AVE STE 264<br>ST PETE FL 33701<br>AROBINSON@AROBINSONLAWFIRM.COM<br>RS@LAWYERONWHEELS.ORG 33701-3669 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel | Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 |
| Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 |
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |

| | | |
|---|---|---|
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zachary Lake<br>c/o Hammer Law Offices, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302-1984 | Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| Amber C Robinson<br>Robinson Law Office, PLLC<br>695 Central Avenue, Ste 1501<br>St. Petersburg, FL 33701-3669 | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954-1848 | Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Hal E. Hershkowitz<br>Hershkowitz & Kunitzer, P.A.<br>5039 Central Avenue<br>St. Petersburg, FL 33710-8240 | Pamela J Henley<br>343 N. Fern Creek Avenue<br>Orlando, FL 32803-5439 |
| Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 | Shay Zuckerman<br>8 Bavli Street<br>Tel Aviv, Israel | Zachary Lake<br>26565 West Agoura Road<br>Suite 200-197<br>Suite 200-197<br>Calabasas, CA 91302-1984 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>CC-9528<br>Washington, DC 20580 | (d)Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Crop CC-10528<br>Washington, DC 20580 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Natural Vitamins Laboratory Corporation
12815 NW 45th Avenue
Opa Locka, FL 33054-5100

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Consumer Opinion Corp.

(u)Opinion Corp.

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701


(d)Bella Collina Property Owner's Associat
c/o William C Matthews, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1600
Orlando, FL 32801-3382

(d)Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

(d)Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346


(d)Mercedes-Benz Financial
PO Box 961
Roanoke, TX 76262-0961

(d)Anna Juravin
15118 Pendio Drive
Montverde, FL 34756-3606

(d)Dennis D. Kennedy
Post Office Box 541848
Merritt Island, FL 32954-1848


(d)Karan Arora
12815 NW 45th Avenue
Opa Locka, FL 33054-5100

End of Label Matrix
Mailable recipients    50
Bypassed recipients    10
Total                  60