ORDERED.

Dated: **July 06, 2020**

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:  Case No. 6:18-bk-06821-KSJ
 Chapter 7
DON KARL JURAVIN

                Debtor.
_____/

**AMENDED ORDER APPROVING TRUSTEE'S APPLICATION FOR
AUTHORITY TO EMPLOY RYAN LAW GROUP, PLLC AS SPECIAL COUNSEL**

THIS CASE came on for hearing on June 25, 2020 at 10:00 a.m., on the *Trustee's Application for Authority to Employ Ryan Law Group, PLLC as Special Counsel* ("Application") (Doc. No. 346) and the Objection to Trustee's Application for Authority to Employ Ryan Law Group, PLLC as Special Counsel (Doc. No. 347) filed by the Debtor. After considering the Application and the arguments of counsel and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Application (Doc. No. 346) is **APPROVED.**

2. The Trustee is authorized to employ James D. Ryan and the firm of Ryan Law Group, PLLC as special counsel, pursuant to the terms of the Application.

2

3. The contingency compensation arrangement is approved pursuant to Section 328 of the Bankruptcy Code. Compensation will be determined later in accordance with 11 U.S.C. § 330. No payment whatsoever shall be made to the attorney absent application and order.

Bradley M. Saxton is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.