

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/17/2020 09:30 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-KSJ** | **7** | **10/31/2018** |

**Chapter 7**

**DEBTOR:**   Don Juravin

**DEBTOR ATTY:**   **Amber Robinson**

**TRUSTEE:**   **Dennis Kennedy**

**HEARING:**

(Video - CMS) Sale Hearing:
1)   Trustee's Motion to Approve Sale of Assets (Doc #349) -
(Order approving bidding procedures only (Doc #377)
2)   Debtor's Motion for Clarification and/or to Amend Order Granting Chapter 7 Trustee's Motion to Approve Sale of Assets        Subject to Overbid and for Approval of Overbid Procedures   (Doc #382)
Wilmington Financial (Int. Party) Response to Motion for Clarification (Doc #387)
Note:   cont. 1/14/20; 3/11/20; 4/15/20; 6/25/20; 8/4/20
Related: 20-1801 (Must Cure Obesity)

**APPEARANCES:**:   Aldo Bartolone (Debtor Atty); Don Juravin (Debtor); Michael Nardella (Karan Arora   Atty); James Ryan (Trustee Atty); Will Matthews (Bella Collina Atty); Bradley Saxton (Trustee Atty); David Landis (Wilmington Financial Atty); Marc Randazza (Opinion Corp Atty);

**RULING:**
(Video - CMS) Sale Hearing:

1)   Trustee's Motion to Approve Sale of Assets   (Doc #349) -   Granted:Order by Saxton;
 (Order approving bidding procedures only (Doc #377)

2)   Debtor's Motion for Clarification and/or to Amend Order Granting Chapter 7 Trustee's Motion to Approve Sale of Assets Subject to Overbid and for Approval of Overbid Procedures    (Doc #382) - Granted:Order by Saxton; (bt/GWW).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.