UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**DEBTOR'S MOTION TO CONTINUE**
**SECTION 341 MEETING OF CREDITORS**

The Debtor, DON KARL JURAVIN ("Debtor"), by and through undersigned counsel, hereby files this Motion to Continue Section 341 Meeting of Creditors, and in support thereof further states as follows:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 31, 2018.

2. Dennis Kennedy was appointed as the Chapter 7 Trustee.

3. On September 16, 2019, this case was converted to a Chapter 11 of the Bankruptcy Code. On December 9, 2019, the United States Trustee's Office held and concluded the Section 341 Meeting of Creditors.

4. On March 16, 2020, this case was re-converted to a case under Chapter 7 of the Bankruptcy Code.

5. On May 7, 2020, the Chapter 7 Trustee, through special counsel, conducted a 341 Meeting, which was continued to a later date.

6. A continued 341 Meeting is scheduled for August 26, 2020.

7. The Debtor will be traveling to Israel on August 26, 2020 for the Jewish high holidays and will return at the end of September.

8. The Debtor requests that the Section 341 Meeting of Creditors be continued until at least October 1, 2020 to allow for his return from Israel.

WHEREFORE, the Debtor, DON KARL JURAVIN, respectfully requests this Honorable Court enter an Order continuing the Section 341 Meeting of Creditors to a date no earlier than October 1, 2020, or as soon thereafter as possible, and granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF or U.S. Mail, first class and postage prepaid, on all Parties-in-Interest listed on the attached Mailing Matrix, this 25th day of August, 2020.

                          */s/ Aldo G. Bartolone, Jr.*
                          ALDO G. BARTOLONE, JR.
                          Florida Bar No. 173134
                          BARTOLONE LAW, PLLC
                          1030 N. Orange Ave., Suite 300
                          Orlando, Florida 32801
                          Telephone: (407) 294-4440
                          Facsimile: (407) 287-5544
                          E-mail: aldo@bartolonelaw.com
                          Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Aug 25 14:22:43 EDT 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 |
| Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (c)NATURAL VITAMINS LABORATORY CORPORATION<br>12845 NW 45TH AVE<br>OPA LOCKA FL  33054-5119 | Wilmington Financial Services, LLC<br>c/o David M. Landis, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 | Zuckerman & Co.<br>Ea Yarkon St 113<br>Tel Aviv Israel | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Anna Juravin<br>Ralph Strzalkowski & Amber Robinson<br>695 Central Ave Ste. 264<br>St. Petersburg, FL 33701-3669 | Bella Collina Property Owner's Associat<br>c/o William C. Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 |
| Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 | Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 | FLORIDA RIGHTS LAW FIRM OBO ANNA JURAVIN<br>695 CENTRAL AVE STE 264<br>ST PETE FL 33701<br>AROBINSON@AROBINSONLAWFIRM.COM<br>RS@LAWYERONWHEELS.ORG 33701-3669 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel | Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 | Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 |
| Karan Arora<br>c/o Michael A. Nardella, Esq.<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801-2435 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 |

| | | |
|---|---|---|
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zachary Lake<br>c/o Hammer Law Offices, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302-1984 | Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| Amber C Robinson<br>Robinson Law Office, PLLC<br>695 Central Avenue, Ste 1501<br>St. Petersburg, FL 33701-3669 | (p)DENNIS D  KENNEDY<br>PO BOX 541848<br>MERRITT ISLAND FL 32954-1848 | Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Hal E. Hershkowitz<br>Hershkowitz & Kunitzer, P.A.<br>5039 Central Avenue<br>St. Petersburg, FL 33710-8240 | James D Ryan, Esq.<br>Ryan Law Group, PLLC<br>636 US Highway One<br>Suite 110<br>North Palm Beach, FL   33408-4611 |
| Naom Ben Zvi<br>23 Bar-Cochva<br>Bnei-Brak Israel | Pamela J Henley<br>343 N. Fern Creek Avenue<br>Orlando, FL 32803-5439 | Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 |
| Shay Zuckerman<br>8 Bavli Street<br>Tel Aviv, Israel | Zachary Lake<br>26565 West Agoura Road<br>Suite 200-197<br>Suite 200-197<br>Calabasas, CA 91302-1984 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>CC-9528<br>Washington, DC 20580 | (d)Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Crop CC-10528<br>Washington, DC 20580 | Dennis D Kennedy<br>P. O. Box 541848<br>Merritt Island, FL 32954 |
| (d)Dennis D. Kennedy<br>Post Office Box 541848<br>Merritt Island, FL 32954 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Natural Vitamins Laboratory Corporation
12815 NW 45th Avenue
Opa Locka, FL 33054-5100

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Consumer Opinion Corp. | (u)Opinion Corp. | (d)American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (d)Bella Collina Property Owner's Associat<br>c/o William C Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | (d)Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | (d)Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (d)Mercedes-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | (d)Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| (d)Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 | End of Label Matrix<br>Mailable recipients    55<br>Bypassed recipients    10<br>Total                  65 | |