UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number 6:18-bk-06821 KSJ |
|    Don Karl Juravin | ) | Chapter 7 |
| | ) | |
| | ) | |
|    Debtor(s). | ) | |

NOTICE OF WITHDRAWAL OF CONTINUANCE OF THE 341 MEETING

Dennis D Kennedy, trustee of the above captioned debtor estate, hereby withdraw his notice of continuance of the 341 meeting.

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal has been served on this day, via first-class U.S. Mail or electronic notice to:

Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756; Aldo G Bartolone, Jr, Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801; and the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801.

Dated: September 24, 2020

/s/ Dennis D. Kennedy
Dennis D Kennedy, Trustee
P O Box 541848
Merritt Island, FL 32954
Telephone: (321) 455-9744
Facsimile: (321) 445-9888