UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                Case No. 6:18-bk-06821-KSJ
                                                                              Chapter 7
DON KARL JURAVIN

               Debtor.
_____/

**REQUEST FOR PAYMENT OF**
**PROFESSIONAL FEES AND EXPENSES ON AN INTERIM BASIS**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

    If you object to the relief requested in this paper you must file a response with the Clerk of the Court at 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy on the movant's attorney, Bradley M. Saxton, PO Box 880, Winter Park, FL 32790-0880 within 21 days from the date of the attached proof of service, plus an additional 3 days if this paper was served on any party by U.S. Mail.

    If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing[1]. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

    You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

    COMES NOW, DENNIS D. KENNEDY, Chapter 7 Trustee for the Estate of Don Karl Juravin, through counsel, and requests that the Court authorize payment of the following:

    (a)    Winderweedle, Haines, Ward & Woodman, P.A. ("WHWW"):

---

[1] A hearing is set in this case for November 17, 2020, at 11:00 a.m. It is anticipated that any objections would be considered at that hearing.

                Fees:  $62,877.65 (50% of the fees requested in the prior filed Fee Application (Doc. No. 192)
Costs: $3,099.24
Total: $65,976.89

(b)    Yip Associates:

                Fees:  $24,032.25 (50% of the fees requested in the prior filed Fee Application (Doc. No. 201)
Costs: $248.05
Total: $24,280.30

and states as follows:

1.    On October 31, 2018, Debtor commenced the above-captioned Bankruptcy case with the filing of a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.    Pursuant to an Order of the Court entered on January 2, 2019 (Doc. No. 12), the firm of Winderweedle, Haines, Ward & Woodman, P.A., was employed as counsel to the Trustee to assist him with his duties, including investigating various transactions that may lead to the recovery of assets and other related legal services as were required in this case.

3.    Pursuant to an Order of the Court entered on February 21, 2019 (Doc. No. 53), Yip Associates was employed as forensic accountants to the Trustee to review all financial information prepared by the Debtor, review and analyze the organizational structure of any entity of the Debtor, review and analyze transfers to and from the Debtor to third parties, review the books and records of the Debtor for potential preference payments, fraudulent transfers, and render any such other assistance in the nature of accounting, business valuation, financial consulting or other financial projects.

4.    On September 13, 2019, the Debtor filed a Motion to Convert Case to Chapter 11 (Doc. No. 172).

5.     On September 16, 2019, this Court entered an Order Converting Case from Chapter 7 to Chapter 11 (Doc. No. 174).

6.     On October 18, 2019, WHWW filed its *Final Application of Winderweedle, Haines, Ward & Woodman, P.A., for Award of Attorneys' Fees and Expenses as Counsel for Chapter 7 Trustee for the Period December 4, 2018 through the Date of this Application* (Doc. No. 192), which Application seeks allowance of an administrative expense claim in the amount of $125,755.30 for fees and $3,099.24 for expenses.

7.     On October 30, 2019, Yip Associates filed its *First and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Yip Associates, as Forensic Accountants to Dennis D. Kennedy, Chapter 7 Trustee Nunc Pro Tunc to February 13, 2019* (Doc. No. 201), which Application seeks the sum of $48,064.50 as compensation for services rendered and $248.05 as reimbursement for expenses.

8.     On March 13, 2020, this Court entered an Order Denying Confirmation of Debtor's Amended Chapter 11 Plan and Re-Converting this Case to a Chapter 7 Case (Doc. No. 317).

9.     Upon the re-conversion to Chapter 7, Dennis Kennedy was appointed as Trustee, and WHWW has continued to serve as his general counsel.  WHWW has spent significant time following the re-conversion, including continuing to investigate the financial affairs of the debtor, hiring of special counsel, and in connection with the sale of personal property assets. WHWW has incurred over $70,000.00 in fees, plus expenses since the re-conversion, which amount is in addition to the amount reflected in the prior filed fee application (Doc. No. 192).

10.    To date the Trustee has recovered the amount of $191,022.50 for the benefit of the

estate.

11.	This case has been pending since October 31, 2018. No interim fees have been paid. At this time the Trustee requests that the Court authorize interim payments so that the costs and a portion of the fees incurred by WHWW and Yip Associates can be paid at this time. The amounts requested to be paid at this time are approximately 50% of the funds in the estate, as follows:

    (a)	Winderweedle, Haines, Ward & Woodman, P.A.:

        Fees:	$62,877.65
        Costs:	$3,099.24
        Total:	$65,976.89

    (b)	Yip Associates:

        Fees:	$24,032.25
        Costs:	$248.05
        Total:	$24,280.30

12.	Under the circumstances of this case, the Trustee believes it is appropriate to authorize the interim disbursement requested.

13.	The active creditors in this case, including the Federal Trade Commission, Bella Collina Property Owner's Association, Inc., and DCS Real Estate Services, LLC, consent to the relief requested in this motion.

14.	If a hearing is necessary on this matter, a hearing is requested on November 17, 2020 at 11:00 a.m., the time a hearing is already set in this case.

WHEREFORE, the Trustee respectfully requests this Court authorize the payments as requested herein in the amount of $62,877.65 in fees and $3,099.24 in costs for a total of

$65,976.89 to Winderweedle, Haines, Ward & Woodman, P.A., and the amount of $24,032.25 in fees and $248.05 in costs for a total of $24,280.30 to Yip Associates.

Dated this 15th day of October, 2020.

/s/ Bradley M. Saxton
BRADLEY M. SAXTON, Esquire
Florida Bar No.: 0855995
bsaxton@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
PO Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
*Attorneys for Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 15, 2020, a true and correct copy of the foregoing has been furnished via:

***CM/ECF to:***

Aldo G. Bartolone, Jr., Esquire, Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801
Amber C. Robinson, Esquire, Robinson Law Office, PLLC, 695 Central Avenue, Suite 1501, St. Petersburg, FL 33701
United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801
Dennis D. Kennedy, Trustee, PO Box 541848, Merritt Island, FL 32954

***US Mail to:***

Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756

/s/ Bradley M. Saxton
BRADLEY M. SAXTON, Esquire