UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**EMERGENCY MOTION FOR PROTECTIVE ORDER AS TO NOTICES OF INTENT TO SERVE SUBPOENAS BY BELLA COLLINA PROPERTY OWNER'S ASSOCIATION, INC.**

The Debtor, Don Karl Juravin, by and through undersigned counsel, hereby files this Emergency Motion for Protective Order as to the Notices of Intent to Serve Subpoenas by Bella Collina Property Owner's Association, Inc. (Doc. Nos. 400, 401, 402, 403, 404, 406, 407, 408 & 409), and in support thereof further states as follows:

**Background**

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on October 31, 2018 (the "Petition Date").

2. On September 16, 2019, the Court entered an Order and Notice Converting Case to Chapter 11 (the "Conversion Order") (Doc. No. 174).

3. On March 13, 2020, the Court entered an Order Denying Confirmation of Debtor's Amended Chapter 11 Plan and Re-Converting Case to Chapter 7 (the "Reconversion Order").

4. Pursuant to an Order dated March 12, 2020, the Court extended the time for objecting to discharge to June 15, 2020.

1

5. Other than the Federal Trade Commission who filed an adversary proceeding for exception of their debt from discharge under Section 523(a)(2)(A) (the "FTC Adversary"), no other creditor filed an objection to the entry of a discharge.

6. On June 26, 2020, an Order of Discharge was entered (the "Discharge Order") (Doc. No. 369).

7. From October 9, 2020 through October 15, 2020, Bella Collina Property Owner's Association, Inc. ("Bella Collina") has filed nine (9) Notices of Intent to Serve Subpoenas (Doc. Nos. 400, 401, 402, 403, 404, 406, 407, 408 & 409) on financial institutions in which they intend to seek banking records for the debtor, the debtor's non-filing spouse, and various non-debtor entities.

8. As of the date of this Motion, aside from the FTC Adversary, there are no other adversary proceedings or contested matters in which Bella Collina is involved.

## Argument

9. The discovery sought by Bella Collina is not related to any proceeding in this bankruptcy case.

10. As noted above, Bella Collina is not a party to any adversary proceeding or contested matter currently pending before this Court.

11. Bella Collina is attempting to improperly employ the provisions of F.R.B.P. 9016 to obtain, from 9 different financial institutions, the following documents:

   a. All banking records of the Debtor for the **8 years** preceding the date of the subpoena;

   b. All banking records of Anna Juravin, the Debtor's non-filing spouse, for the **8-year period** preceding the date of the subpoena; and

    c. All records of transfers that occurred in the accounts of the Debtor and his spouse, Anna Juravin, in the 5 years preceding the subpoena (which is duplicative considering that this information would be contained in the 8 years' worth of records).

  12. In order for Bella Collina to take discovery, there would have to be some adversary proceeding or contested matter pending before the Court.

  13. Since the deadline for objecting to the Debtor's discharge has passed, and a discharge entered, they have no platform or potential causes of action upon which they are seeking discovery.

  14. Rule 7026 of the Federal Rules of Bankruptcy Procedures extends the ability to take discovery under Fed. R. Civ. P. 26 to adversary proceedings.  Rule 9014 extends those same discovery rules to contested matters in bankruptcy cases.

  15. The conduct of Bella Collina is tantamount to harassment and these discovery requests are vexatious.

  16. Any remaining causes of action under Chapter 5 of the Bankruptcy Code are solely within the powers of the Chapter 7 Trustee.

  17. Neither Bella Collina nor its attorneys have any authority to act on behalf of the Chapter 7 Trustee.

  WHEREFORE, the Debtor, Don Karl Juravin, respectfully requests this Honorable Court enter an Order: (i) quashing the subpoenas identified in Doc. Nos. 400, 401, 402, 403, 404, 406, 407, 408 & 409; (ii) prohibiting Bella Collina from making any further discovery requests absent an adversary proceeding or contested matter to which they are a party; and (iii) granting any such further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF or United States Mail, first class and postage prepaid, on all parties-in-interest listed on the attached Mailing Matrix, on this 19th day of October, 2020.

                                              */s/ Aldo G. Bartolone, Jr.*
                                              ALDO G. BARTOLONE, JR.
                                              Florida Bar No. 173134
                                              BARTOLONE LAW, PLLC
                                              1030 N. Orange Ave., Suite 300
                                              Orlando, Florida 32801
                                              Telephone: (407) 294-4440
                                              Facsimile: (407) 287-5544
                                              E-mail:  aldo@bartolonelaw.com
                                              *Attorney for Shannon Guice*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-KSJ<br>Middle District of Florida<br>Orlando<br>Mon Oct 19 12:07:05 EDT 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 |
| Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (c)NATURAL VITAMINS LABORATORY CORPORATION<br>12845 NW 45TH AVE<br>OPA LOCKA FL  33054-5119 | Wilmington Financial Services, LLC<br>c/o David M. Landis, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 | Zuckerman & Co.<br>Ea Yarkon St 113<br>Tel Aviv Israel | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Anna Juravin<br>Ralph Strzalkowski & Amber Robinson<br>695 Central Ave Ste. 264<br>St. Petersburg, FL 33701-3669 | Bella Collina Property Owner's Associat<br>c/o William C. Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 |
| Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 | Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 | FLORIDA RIGHTS LAW FIRM OBO ANNA JURAVIN<br>695 CENTRAL AVE STE 264<br>ST PETE FL 33701<br>AROBINSON@AROBINSONLAWFIRM.COM<br>RS@LAWYERONWHEELS.ORG 33701-3669 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel | Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 | Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 |
| Karan Arora<br>c/o Michael A. Nardella, Esq.<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801-2435 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 |

| | | |
|---|---|---|
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zachary Lake<br>c/o Hammer Law Offices, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302-1984 | Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| Amber C Robinson<br>Robinson Law Office, PLLC<br>695 Central Avenue, Ste 1501<br>St. Petersburg, FL 33701-3669 | (p)DENNIS D  KENNEDY<br>PO BOX 541848<br>MERRITT ISLAND FL 32954-1848 | Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Hal E. Hershkowitz<br>Hershkowitz & Kunitzer, P.A.<br>5039 Central Avenue<br>St. Petersburg, FL 33710-8240 | James D Ryan, Esq.<br>Ryan Law Group, PLLC<br>636 US Highway One<br>Suite 110<br>North Palm Beach, FL   33408-4611 |
| Naom Ben Zvi<br>23 Bar-Cochva<br>Bnei-Brak Israel | Pamela J Henley<br>343 N. Fern Creek Avenue<br>Orlando, FL 32803-5439 | Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 |
| Shay Zuckerman<br>8 Bavli Street<br>Tel Aviv, Israel | Zachary Lake<br>26565 West Agoura Road<br>Suite 200-197<br>Suite 200-197<br>Calabasas, CA 91302-1984 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Federal Trade Commission              (d)Federal Trade Commission           Dennis D Kennedy
600 Pennsylvania Avenue NW            600 Pennsylvania Avenue NW            P. O. Box 541848
CC-9528                               Mail Crop CC-10528                    Merritt Island, FL 32954
Washington, DC 20580                  Washington, DC 20580


(d)Dennis D. Kennedy
Post Office Box 541848
Merritt Island, FL 32954
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Natural Vitamins Laboratory Corporation
12815 NW 45th Avenue
Opa Locka, FL 33054-5100
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Consumer Opinion Corp.             (u)Opinion Corp.                      (d)American Express National Bank
                                                                            c/o Becket and Lee LLP
                                                                            PO Box 3001
                                                                            Malvern  PA 19355-0701


(d)Bella Collina Property Owner's Associat   (d)Ben-Zvi Law Firm            (d)Florida Dept. of Revenue
c/o William C Matthews, Esq.          23 Bar-Cochva                         Bankruptcy Unit
Shutts & Bowen LLP                    Bnei-Brak, Israel                     P.O. Box 6668
300 S. Orange Avenue, Suite 1600                                            Tallahassee, FL 32314-6668
Orlando, FL 32801-3382


(d)Internal Revenue Service           (d)Mercedes-Benz Financial            (d)Anna Juravin
Post Office Box 7346                  PO Box 961                            15118 Pendio Drive
Philadelphia PA 19101-7346            Roanoke, TX 76262-0961                Montverde, FL 34756-3606


(d)Karan Arora                        End of Label Matrix
12815 NW 45th Avenue                  Mailable recipients    55
Opa Locka, FL 33054-5100              Bypassed recipients    10
                                      Total                  65
```