UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | |
| DON KARL JURAVIN, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on **Tuesday, November 17, 2020 at 11:00 AM**, the undersigned will bring on to be heard before the Honorable Karen S. Jennemann of the above-styled Court., at the George C. Young Courthouse, 400 W. Washington Street, Courtroom 6A, 6th Floor, Orlando, FL 32801 for the following matter: **(All parties wishing to attend hearing should arrange a telephonic appearance through Court Call (866-582-6878))**.

- **Emergency Motion for Protective Order as to Notices of Intent to Serve Subpoenas by Bella Collina Owner's Association, Inc.**

   **(Doc. No 410)**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Hearing was served via CM/ECF and, to the parties that are not notified electronically, via United States Mail, first class postage prepaid, on all parties-in-interest on the attached Mailing Matrix, this 22nd day of October, 2020.

                                              ___/s/ Aldo G. Bartolone, Jr._____
                                              ALDO G. BARTOLONE, JR.
                                              Florida Bar No. 173134
                                              BARTOLONE LAW, PLLC
                                              1030 N. Orange Avenue, Suite 300
                                              Orlando, Florida 32814
                                              Telephone: (407) 294-4440
                                              Facsimile: (407) 287-5544

E-mail: aldo@bartolonelaw.com
*Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Oct 22 11:11:27 EDT 2020 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 |
| Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (c)NATURAL VITAMINS LABORATORY CORPORATION<br>12845 NW 45TH AVE<br>OPA LOCKA FL  33054-5119 | Wilmington Financial Services, LLC<br>c/o David M. Landis, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 | Zuckerman & Co.<br>Ea Yarkon St 113<br>Tel Aviv Israel | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Anna Juravin<br>Ralph Strzalkowski & Amber Robinson<br>695 Central Ave Ste. 264<br>St. Petersburg, FL 33701-3669 | Bella Collina Property Owner's Associat<br>c/o William C. Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 |
| Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 | Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 | FLORIDA RIGHTS LAW FIRM OBO ANNA JURAVIN<br>695 CENTRAL AVE STE 264<br>ST PETE FL 33701<br>AROBINSON@AROBINSONLAWFIRM.COM<br>RS@LAWYERONWHEELS.ORG 33701-3669 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel | Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 | Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 |
| Karan Arora<br>c/o Michael A. Nardella, Esq.<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801-2435 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 |

| | | |
|---|---|---|
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zachary Lake<br>c/o Hammer Law Offices, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302-1984 | Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| Amber C Robinson<br>Robinson Law Office, PLLC<br>695 Central Avenue, Ste 1501<br>St. Petersburg, FL 33701-3669 | (p)DENNIS D  KENNEDY<br>PO BOX 541848<br>MERRITT ISLAND FL 32954-1848 | Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Hal E. Hershkowitz<br>Hershkowitz & Kunitzer, P.A.<br>5039 Central Avenue<br>St. Petersburg, FL 33710-8240 | James D Ryan, Esq.<br>Ryan Law Group, PLLC<br>636 US Highway One<br>Suite 110<br>North Palm Beach, FL   33408-4611 |
| Naom Ben Zvi<br>23 Bar-Cochva<br>Bnei-Brak Israel | Pamela J Henley<br>343 N. Fern Creek Avenue<br>Orlando, FL 32803-5439 | Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 |
| Shay Zuckerman<br>8 Bavli Street<br>Tel Aviv, Israel | Zachary Lake<br>26565 West Agoura Road<br>Suite 200-197<br>Suite 200-197<br>Calabasas, CA 91302-1984 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Federal Trade Commission              (d)Federal Trade Commission           Dennis D Kennedy
600 Pennsylvania Avenue NW            600 Pennsylvania Avenue NW            P. O. Box 541848
CC-9528                               Mail Crop CC-10528                    Merritt Island, FL 32954
Washington, DC 20580                  Washington, DC 20580


(d)Dennis D. Kennedy
Post Office Box 541848
Merritt Island, FL 32954
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Natural Vitamins Laboratory Corporation
12815 NW 45th Avenue
Opa Locka, FL 33054-5100
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Consumer Opinion Corp.             (u)Opinion Corp.                      (d)American Express National Bank
                                                                            c/o Becket and Lee LLP
                                                                            PO Box 3001
                                                                            Malvern  PA 19355-0701


(d)Bella Collina Property Owner's Associat   (d)Ben-Zvi Law Firm            (d)Florida Dept. of Revenue
c/o William C Matthews, Esq.          23 Bar-Cochva                         Bankruptcy Unit
Shutts & Bowen LLP                    Bnei-Brak, Israel                     P.O. Box 6668
300 S. Orange Avenue, Suite 1600                                            Tallahassee, FL 32314-6668
Orlando, FL 32801-3382


(d)Internal Revenue Service           (d)Mercedes-Benz Financial            (d)Anna Juravin
Post Office Box 7346                  PO Box 961                            15118 Pendio Drive
Philadelphia PA 19101-7346            Roanoke, TX 76262-0961                Montverde, FL 34756-3606


(d)Karan Arora                        End of Label Matrix
12815 NW 45th Avenue                  Mailable recipients    55
Opa Locka, FL 33054-5100              Bypassed recipients    10
                                      Total                  65
```