[jiffyord] [Bench Order +]

ORDERED.

Dated: **November 17, 2020**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                Case No. 6:18−bk−06821−KSJ
                                                                                                      Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

　　THIS CASE came on for hearing on November 17, 2020 , for consideration of the **Motion for Reconsideration** (Doc. **394** ), filed by **Debtor Don Juravin** .

　　For the reasons stated orally and recorded in open court, the Motion for Reconsideration is Denied .

　　Movant offers no basis for reconsideration, which the Court will more fully explain in a supplemental memorandum opinion to be issued. However, this should not delay the transfer and sale of the Debtor's social media accounts as previously approved.

　　The Court in its discretion may file written findings of facts and conclusions of law at a later date.

　　Service Instructions:

　　Attorney Aldo Bartolone is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.