TRUSTEE'S EXHIBIT D

IN SUPPORT OF MOTION TO COMPEL

[ATTACHMENT NUMBER: 4]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

      Debtor.

_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

      Applicable Debtor.

_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

## DECLARATION OF RANDALL GREENE
## IN SUPPORT OF TRUSTEE'S MOTION TO COMPEL

## DECLARATION OF RANDALL GREENE

1.      My name is Randall Greene. I am a United States citizen over the age of 18. If called to testify I could and would testify competently to the facts set forth below.

2.      I am an assistant officer of the Bella Collina Property Owner's Association, Inc., (BCPOA). BCPOA is the entity managing the day to day affairs of the Bella Collina residential community in Lake County, Florida.

3.      BCPOA is a creditor in this case.

4.      BCPOA attended the 341(a) meeting of creditors on February 15, 2021 through its counsel Will Matthews.

5.      In my capacity with and on behalf of BCPOA, I am in contact with counsel and generally apprised of activity in the case. For that reason, I was aware that the examination of Mr. Juravin was scheduled to continue on February 15, 2021 at 9:30AM.

6.      On February 15, 2021, at approximately 9:30AM, I drove past Mr. Juravin's home on my way to an unrelated meeting, and I observed Mr. Juravin walking into his home from his driveway. His Mercedes sedan was parked in the driveway.

7.      Later that afternoon, on inquiry of counsel as to whether Mr. Juravin was home, Bella Collina Security drove by Mr. Juravin's home, taking the photo attached as **Exhibit 1**. The photo shows his Mercedes vehicle in the driveway, and is date and time stamped Feb. 15, 2021 at 1:32:35 PM. The car is in the same place as it was at 9:30 AM that morning when I drove past the house.

8.      I am also aware of Mr. Juravin's failure to attend his August 26, 2020 341 meeting, and that he filed an eleventh-hour motion asking for a continuance because he was

traveling to Israel on the 26th for the Jewish High Holidays and would return about one month later.

9.      Bella Collina is a gated community and part of its gated security measures includes maintaining a tracking system intended to monitor vehicles entering and exiting the Community. The system uses an on-board transponder, triggering a camera to photograph vehicles and activate the entry and exit gates.

10.      I have personal knowledge that Mr. Juravin did not travel to Israel on August 26, 2020 because he was home, as confirmed by numerous Bella Collina security gate camera images of Mr. Juravin driving in and out of Bella Collina during August and September, 2020. A compilation of the photos is included with this Declaration as **Exhibit 2**. The date and time stamp on each is accurate, and they are part of the regularly kept business records of BCPOA. I have personal knowledge as to the manner in which these records are gathered and stored.

11.      I have also acted as an authorized agent of Wilmington Financial Services, LLC, (Wilmington), regarding its decision to purchase assets from the Trustee in this case.

12.      The Mercedes Benz GLS 550 (SUV) depicted in these security photos is the same vehicle that Wilmington purchased from the Trustee.

13.      In fact, I saw the Mercedes SUV in the Publix parking lot nearest to Bella Collina in mid-September 2020. I had the opportunity to visually inspect it — I walked around it and looked inside it through the windows. The SUV was in excellent condition and looked then as it does in the attached security photos.

14.      Shortly thereafter, on Monday October 5, 2020, Wilmington took possession of the vehicles from Juravin's home under the Sale Order. I was present on that date when

2

Wilmington retrieved the vehicles.  They were **severely damaged**.  The repair estimates for the damage he caused exceeds $105,000.00.

15.      I took photos of the vehicles on October 5th and 6th to document the damage. The photos of the Jeep and its repair estimates are attached as **Exhibit 3**.  The photos of the SUV and its repair estimates are attached as **Exhibit 4**.  The photographs accurately depict the condition of the vehicles on the date when possession was turned over to Wilmington by Juravin.

16.      There are two (2) estimates for each vehicle, one for paint and body work and one for other repair work. The estimated total cost of repair for each vehicle is:

- **Jeep -** $ 35,079.32 Total Repair Cost Estimate
  $ 32,067.37 other/replacement parts work by Napleton Clermont
  $  3,011.95 paint and body work by Safeway Auto Body

- **Mercedes SUV –** $ 70,270.02 Total Repair Cost
  $ 53,489.79 other/replacement parts work by
                  Mercedes Benz of South Orlando
  $ 16,780.23 paint and body work by Millenia Auto Body

17.      I reviewed the June 10, 2019, Ewald appraisal prepared for the Trustee.  It reported the Jeep as having 4,000 miles on it according to Mr. Juravin, (the report states, "battery dead, debtor told me @ 4,000miles,"), but in actuality it had only 1,832 or less miles at that time. The Mercedes SUV had 26,022 miles on it.  By October 5, 2020, it had nearly 41,000 miles on it.

18.      I concluded that Juravin intentionally caused the damage to the vehicles based on the following:  The Jeep and SUV were both damaged in the same way, each one had the same type of damage as the other; the Jeep was damaged despite no additional miles; the Mercedes SUV was in excellent condition only weeks before its delivery to Wilmington; and despite all

3

three Juravin vehicles being housed in the same garage, driven by the same family, only one remains in pristine condition: The Mercedes sedan— the only car Juravin kept.

19.    I sent a courier to the office of Juravin's lawyer, Mr. Bartolone, on behalf of Wilmington to pick up what I was told would be boxes (plural) of documents.    Instead, I was given one box of documents, slightly larger than a shoe box and just a little more than half full. The box contained a list of customers that was turned over to the FTC, but there were no details about any transactions with those customers. A few bank statements and Juravin's homeowners' insurance policy were also in the box.  There were no entity documents.

20.    Mr. Juravin has also refused to turn over the social media accounts, websites, blogs and the like that Wilmington purchased.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON FEBRUARY 23, 2020       BY: _____
                                             RANDALL GREENE
                                             BELLA COLLINA POA ASSISTANT OFFICER

4

Exhibit 1
to the Declaration of Randall Greene
Filed in support of Trustee's Motion to Compel



# EXHIBIT 2
## TO THE DECLARATION OF RANDALL GREENE



08/25/2020



8 | 26 | 2020



9/13/2020



9/24/2020  8:44:36 PM

# EXHIBIT 3
## TO THE DECLARATION OF RANDALL GREENE

**From:** Jerry Young <jerry.young@napleton.com>
**Date:** October 27, 2020 at 14:32:39 EDT
**To:** Randall Greene <rgreene@rgdevelopments.com>
**Subject: MILEAGE UPDATE**

2014 JEEP WRANGLER MILEAGE 1832

Jeep Wrangler Damage Photos - RFG 2020Oct06



1

2

3

4

5

6

7

8

9



10

11

12

13

14

15

16

17

18



19



20



# Napletons Clermont CJDR

xtime    # Automobile Status Report

## Prepared For



RANDAL GREEN



2014 Jeep WRANGLER UNLIMITED
**Date** October 19, 2020
**VIN** 1C4BJWDG8EL230021
**Mileage** 0
**RO#** 277569

## Service Advisor

courtney young
jerry.young@napleton.com



**Napletons Clermont CJDR**
15859 State Road 50
Clermont, FL 34711

# Napletons Clermont CJDR
# Service Commitment

"Excellence at every turn... and every straightaway

Our dealership's primary goal is to satisfy every customer at every opportunity. You visit our service department regularly, and we have developed a number of ways to make your visit more comfortable and informative. We know that you want straight answers, and that's the only way we will deliver it to you.

We understand that your knowledge of your vehicle and its necessary repairs is probably not on par with the understanding that your technician has. In order to be sure that his findings and reporting is as clear and concise as possible, we use this Vehicle Information Booklet as a tool to help us communicate your vehicle's condition to you.

Our technicians are the most qualified to work on your vehicle. They have trained extensively, and partake in continuing education regularly to be sure that they are up to date on any changes and improvements handed down from the manufacturer. Our service advisors strive to make your experience with us a pleasant one. They are here to attend to your automotive needs as well as communicate effectively between your technician and you.

Please make yourself comfortable in our waiting area. Watch some TV, use your laptop with our free WI-FI access or just relax and enjoy the quiet. Our courtesy shuttle can take you shopping, to a movie or home if you prefer.

We appreciate your business and will continue to strive for excellence in everything we do for you."

Motor Vehicle Repair License: MV86056   . vf/1032957/1

# Multi-Point Inspection Form

**RO#** 277569
**RANDAL GREEN**
**VIN** 1C4BJWDG8EL230021

**Advisor** courtney young
**Technician** CHACE MASTIN
Created On 10/14/2020 4:51 PM

☐ Checked and OK at this time      ☐ May Require Future Attention      ☐ Requires immediate attention

## Interior / Exterior

Bulbs and Lights *FAIL*

Windshield Washer Spray / Wiper Operation / Wiper Blades / Including Rear (if applicable) *PASS*

Windshield / Window Condition *FAIL*

Horn Operation *PASS*

Cabin/HEPA Filter (if equipped) *PASS*

## Under Hood

Fluids: Oil / Coolant / Power Steering / Brake Fluid / Washer *FAIL*

Engine Air Filter *PASS*

Belts / Tensioners (condition and adjustment) *PASS*

Cooling System Hoses / Heater Hoses / Air Conditioning Hoses and Connections *PASS*

Radiator Core / Air Conditioning Condenser (if equipped) *PASS*

## Battery Performance

Battery Terminals / Cables / Mountings *PASS*

Check Condition of Battery (Storage Capacity Test if Applicable) *PASS*

## Under Vehicle

Shock Absorbers / Suspension *PASS*

Steering Gear Box / Linkage and Boots / Ball Joints / Dust Covers *PASS*

Muffler / Exhaust Pipes / Mountings *PASS*

Engine Oil and/or Fluid Leaks *PASS*

Drive Shaft Boots / Constant Velocity Boots / U-joints / Transmission Linkage (if equipped) *PASS*

Transmission / Differential / Transfer Case (Check Fluid Level, Fluid Condition and Fluid Leaks) *PASS*

Fuel Lines and Connections / Fuel Tank Band / Fuel Tank Vapor Vent System Hoses *PASS*

## Tread Depth (measured in 1/32")

LF *10*

RF *10*

LR *10*

RR *10*

LF-RF Tire Pressure

LR-RR Tire Pressure

## Abnormal Wear Pattern of Tires

LF

RF

LR

RR

## Check Brake Linings (measured in millimeters)

LF *VI*

RF *VI*

LR *VI*

RR *VI*

Motor Vehicle Repair License MV88056  v1:1C32957.1

# Additional Service Recommendations

In the process of inspecting your vehicle for safety and reliability, your technician **CHACE M** made the following observations and recommends that you do the necessary repairs to resolve these issues.

▨ Red: *requires immediate attention.*

Yellow: *in need of attention soon.*

## [Other]: 2 tires, Fuel tri ace mud gripper m/t; 35x12.5R20

**Item Description**

Speak with your service advisor for more information on this recommended service.

**Reason**



## Windshield Replacement

**Item Description**

The windshield of a vehicle is a transparent screen of glass put in place to protect the occupants in the vehicle. The vehicle's windshield protects the inside of the vehicle from the outside elements, as well as promoting the structural integrity of the vehicle.

**Reason**

If not replaced, a damaged windshield not only puts the driver and passengers at risk but also the other vehicles on the road if the windshield breaks completely.



Windshield

## Oil Change

**Item Description**

The act of draining out the old or dirty oil from an engine and replacing it with fresh oil, and replacing the oil filter. The most basic service item.

**Reason**

If not changed, the result will be engine overheating and engine damage.



## [Other]: Right rear taillight assembly, third brake light assembly

### Item Description

Speak with your service advisor for more information on this recommended service.

### Reason



## Transmission Oil Cooler

### Item Description

The transmission fluid cooler is a small heat exchanger, or radiator, designed to protect your transmission from overheating. The coolant, or in this case the automatic transmission fluid, circulates through the inlet to the outlet through many tubes that are mounted in a parallel arrangement. The fins conduct heat from the tubes and transfer it to the air flowing through the cooler, essentially cooling the fluid flowing through the transmission

### Reason

When the cooler is broken or not functioning properly it will greatly damage the transmission and its performance, causing it to overheat and possibly break down completely.

## [Other]: Floor carpet

### Item Description

Speak with your service advisor for more information on this recommended service.

### Reason

## [Other]: All 4 seats covers

### Item Description

Speak with your service advisor for more information on this recommended service.

### Reason



## Radio/Stereo

### Item Description

A listening device in an automobile which usually has an AM/FM radio and often a cassette player, CD/DVD player, and/or CD/DVD changer. It also includes at least a pair of speakers and is a component of the entertainment system.

### Reason

If the Radio/Stereo is not functioning sound will not come from the speakers.



## [Other]: Soft top with frame

### Item Description

Speak with your service advisor for more information on this recommended service.

### Reason



## [Other]: 2 complete Front doors with all components

### Item Description

Speak with your service advisor for more information on this recommended service.

### Reason



## [Other]: Roll bar fabric cover

### Item Description

Speak with your service advisor for more
information on this recommended service.

**Reason**



## Instrument Cluster

### Item Description

The instrument cluster is the panel located on the
driver's side of the dashboard that houses
components such as the speedometer and the
odometer.

### Reason

Failure of the instrument cluster will keep the driver
from receiving vital information of the vehicle's
functionality, such as speed or fuel level.



## [Other]: Front left headlight assembly

### Item Description

Speak with your service advisor for more
information on this recommended service.

**Reason**



## [Other]: Fuel tank flush

### Item Description

Speak with your service advisor for more
information on this recommended service.

**Reason**



## [Other]: 2 complete rear doors with all components

**Item Description**

Speak with your service advisor for more
information on this recommended service.

**Reason**



# Repair Estimate

PREPARED FOR

## RANDAL GREEN



Service Advisor
courtney young (100615)
jerry.young@napleton.com

**Date** 10/19/2020 03:54 PM
**2014 JEEP WRANGLER UNLIMITED**
**VIN** 1C4BJWDG8EL230021
**Mileage** 0
**RO#** 277569

| Service Name | Price |
|---|---|
| [Primary]: OP1 : z-(DMS Appt. Feed) Line 1 [Customer States the vehicle was vandalize and request an estimate on total restore] | $160.45 |
| [Primary]: OP2 : z-(DMS Appt. Feed) Line 2 [Customer States keys are missing and request a new one (towed in)] | $345.95 |
| [Primary]: 100 : GENERAL CONCERN | $0.00 |
| [Primary]: 23PT : 23 POINT INSPECTION | $0.00 |
| [Other]: 2 tires, Fuel tri ace mud gripper m/t; 35x12.5R20 | $133.99 |
| Windshield Replacement | $701.99 |
| Oil Change | $39.99 |
| [Other]: Right rear taillight assembly, third brake light assembly | $772.65 |
| Transmission Oil Cooler | $659.37 |
| [Other]: Floor carpet | $1601.24 |
| [Other]: All 4 seats covers | $2935.11 |
| Radio/Stereo | $1880.00 |
| [Other]: Soft top with frame | $1639.99 |
| [Other]: 2 complete Front doors with all components | $8286.49 |
| [Other]: Roll bar fabric cover | $711.89 |
| Instrument Cluster | $1159.99 |
| [Other]: Front left headlight assembly | $333.50 |
| [Other]: Fuel tank flush | $399.98 |
| [Other]: 2 complete rear doors with all components | $8159.99 |
| Printed on October 19, 2020 | |
| Quote expires on November 18, 2020 | |

Subtotal $29922.54
Shop Charges    $47.00
Tax    $2097.83
**Total$32067.37**



**Napletons Clermont CJDR**

(866) 582-0565

**Safeway Auto Body**
2737 Old Dixie Hwy, Kissimmee, FL 34744
Office: (407) 780-0091
safewayautobody@outlook.com

Estimate ID
5862779
Original

Owner
**NAPLETON CLERMONT**
15859 State Road 50
CLERMONT, FL 34711
(407) 287-4433 (Work)
jerry.young@napleton.com

Appraiser
Jennifer Vega
safewayautobody@outlook.com

Classification
**None**

Loss Type
**Unknown**

Deductible
**Unknown**

---

### 2014 Jeep Wrangler Unlimited Sport 4 Door Utility 116" WB 3.6L 6 Cyl Gas Injected 4WD

VIN
**1C4BJWDG8EL230021**

Drivable
**Unknown**

Mitchell Service Code
**910774**

Options

| | | | | |
|---|---|---|---|---|
| 4 Wheel Drive | Air Conditioning | AM-FM Stereo | Anti-Lock Brake Sys. (ABS) | Auxiliary Input |
| Bluetooth Wireless Connectivity | CD Player | Cloth Seat | Convertible Cloth Top | Cruise Control |
| Driver-Front Air Bag | Electronic Stability Control | First Row Bucket Seat | Fog Lights | Leather Steering Wheel |
| MP3 Player | Passenger-Front Air Bag | Power Steering | Rear Bench Seat | Rollover Protection System |
| Satellite Radio | Steering Wheel Mounted Audio Control | Tilt Steering Wheel | Tire Pressure Monitoring System | Traction Control/Electronic |
| Trip Computer | | | | |

---

### NAPLETON CLERMONT │ 2014 Jeep Wrangler Unlimited Sport

Parts Profile
**Aftermarket**

Parts Profile Version
**2.0**

| Line # | | Description | Operation | LABOR Type | Total Units | C.E.G | Type | PART Number | Qty | Total Price | Tax |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Hood** | | | | | | | | | | | |
| 1 | 001440 | Hood Washer Nozzle | Remove/Install | Body | 0.2# | 0.2 | Existing | | | | |
| 2 | 003749 | R Hood Washer Nozzle | Remove/Install | Body | 0.2# | 0.2 | Existing | | | | |
| 3 | 003750 | L Hood Washer Nozzle | Remove/Install | Body | 0.2# | 0.2 | Existing | | | | |
| 4 | 003421 | Hood Air Deflector | Remove/Install | Body | 0.3 | 0.3 | Existing | | | | |
| 5 | 000061 | Hood Panel | Repair | Body | 2.5* | 1.4 | Existing | | | | |
| 6 | 935000 | Hood Panel | Refinish Labor | Refinish | 3.5* C | 0.0 | | | | | |
| 7 | 900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 8 | 003916 | Hood Decal | Remove/Replace | Body | 0.8# | 0.8 | New | 5PC92HA9AA | 1 | $380.00 | |
| 9 | 004463 | L Hood Decal | Remove/Replace | Body | 0.2 | 0.2 | New | 6FL77GW7AA | 1 | $47.45 | |
| **Front Fender** | | | | | | | | | | | |
| 10 | 000113 | R Fender Panel | Repair | Body | 1.5#* | 2.6 | Existing | | | | |

| | | LABOR | | | | | PART | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Line # | Description | Operation | Type | Total Units | CEG | Type | Number | Qty | Total Price | Tax |
| 11  935000 | R Fender Panel | Refinish Labor | Refinish | 2.2* C | 0.0 | | | | | |
| 12  900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| 13  001405 | R Fender Wheel Opening Flare | Remove/Install | Body | 0.6 | 0.6 | Existing | | | | |
| **Windshield** | | | | | | | | | | |
| 14  000438 | W/Shield Frame Assy | Repair | Body | 2.0#* | 3.1 | Existing | | | | |
| 15  935000 | W/Shield Frame Assy, W/S Frame Panel | Refinish Labor | Refinish | 3.2* C | 0.0 | | | | | |
| 16  900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| **Cowl & Dash** | | | | | | | | | | |
| 17  001417 | Cowl Top Grille | Remove/Install | Body | 0.5# | 0.5 | Existing | | | | |
| **Quarter Panel** | | | | | | | | | | |
| 18  001174 | R Quarter Outer Panel | Repair | Body | 1.2#* | 11.5 | Existing | | | | |
| 19  935000 | R Quarter Outer Panel, Outer Quarter Panel | Refinish Labor | Refinish | 2.5* C | 0.0 | | | | | |
| 20  900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| **Rear Gate** | | | | | | | | | | |
| 21  001580 | Otr Rear Gate Handle | Remove/Install | Body | 0.5# | 0.5 | Existing | | | | |
| 22  001581 | Rear Gate Lock Cyl | Remove/Install | Body | 0.2# | 0.4 | Existing | | | | |
| 23  001218 | Rear Gate Shell | Repair | Body | 1.0#* | 2.0 | Existing | | | | |
| 24  935000 | Rear Gate Shell | Refinish Labor | Refinish | 2.8* C | 0.0 | | | | | |
| 25  900501 | Modified Refinish With Full Clear Coat | | | | | | | | | |
| **Rear Lamps** | | | | | | | | | | |
| 26  001339 | R Tail Lamp Assembly | Remove/Replace | Body | 0.2 | 0.2 | New | 55077890AH | 1 | $145.00 | |
| **Additional Costs & Materials** | | | | | | | | | | |
| 27  AUTO | Hazardous Waste Disposal | Additional Cost | | | | | | | $5.00* | |
| 28  AUTO | Shop Materials | Additional Cost | | | | | | | $5.00* | |
| 29  AUTO | Paint/Materials | Additional Cost | | | | | | | $504.00* | |
| **Additional Operations** | | | | | | | | | | |
| 30  AUTO | Clear Coat | Additional Operation | Refinish | 2.6 | 0.0 | | | | $0.00 | |

\* Judgment Item  
T Included in Two Tone Calculation  
# Labor Note Applies  
d Discontinued by Manufacturer

C Included in Clear Coat Calculation  
A Included in Clear Coat and Two Tone Calculation  
r CEG R&R Time Used for this Labor Operation

## Estimate Totals

| Labor | Units | Rate | Sublet Add'l Amount | | Totals |
|---|---|---|---|---|---|
| Body Labor | 12.1 | $55.00 | | | $665.50 |
| Refinish Labor | 16.8 | $75.00 | | | $1,260.00 |
| Total Labor | 28.9 | | | | $1,925.50 |
| | | | | Taxable | $0.00 |
| | | | | Tax (7.500)% | $0.00 |
| | | | | Non-Taxable | $1,925.50 |
| | | | | Labor Total | $1,925.50 |

| Parts | | Amount |
|---|---|---|

## Estimate Totals

| | | | |
|---|---|---|---|
| Taxable Parts | $0.00 | | $0.00 |
| | | Parts Adjustments | $0.00 |
| | | Tax (7.500)% | $0.00 |
| | | Non-Taxable | $572.45 |
| | | **Parts Total** | **$572.45** |
| Costs | Amount | | |
| Other Additional Costs | $10.00 | | $10.00 |
| Paint Materials | $504.00 | | $504.00 |
| | | Taxable | $0.00 |
| Paint Materials Rate: $30.00 | | Tax (7.500)% | $0.00 |
| Rate Max: 99.9 units | | Non-Taxable | $514.00 |
| Additional Rate: $0.00 | | **Costs Total** | **$514.00** |
| Gross Totals | Amount | | |
| Gross Total | $3,011.95 | | $3,011.95 |
| | | Taxable | $0.00 |
| | | Tax | $0.00 |
| | | Non-Taxable | $3,011.95 |
| | | **Gross Total** | **$3,011.95** |
| Adjustments | Amount | | |
| **Total Customer Responsibility** | | | **$0.00** |
| | | **Net Estimate Total** | **$3,011.95** |

THIS IS A PRELIMINARY ESTIMATE, ADDITIONAL CHANGES TO THE ESTIMATE MAY BE REQUIRED FOR ACTUAL REPAIR.

AUTHORIZATION FORM
I hereby authorize Safeway Auto Body to make the specified repairs. I understand that full payment will be due upon release of the vehicle, including additional supplemental damage charges. I hereby grant Safeway Auto Body employees permission to operate the vehicle on streets, highways, or elsewhere for the purposes of testing and/or inspection. An express mechanics lien is hereby acknowledged on the vehicle to secure the amount of repairs thereto.

Safeway Auto Body will dispose of old parts removed from the vehicle unless otherwise instructed.

Safeway Auto Body will not be held responsible for loss or damage to vehicle or articles left in the vehicle in the case of fire, theft, accident or any other cause not due to the negligence of Safeway Auto Body or its employees.

POWER OF ATTORNEY
I do hereby appoint Safeway Auto Body to act as Power of Attorney in fact to accept on my behalf any and all checks, drafts or bills of exchange, and to endorse all such checks, drafts, bills of exchange for deposit to Safeway Auto Body's account for credit on my account for repairs to my vehicle. I authorize any and all supplemental charges to be made payable to Safeway Auto Body.

VEHICLE RELEASE POLICY
*All repairs must be paid in full prior to vehicle release (Unless prior arrangements have been made).
*We do not accept personal checks over $500 without prior approval

*On amounts over $500, we accept: cash, major credit cards, money orders, or cashier's checks
'All deductibles are payable to Safeway Auto Body
*Multiple party checks must be endorsed prior to vehicle release
*I have read and understand Safeway Auto Body's Vehicle Release Policy
*I understand that estimated delivery date is not guaranteed and subject to change
*I personally assume all risk of loss for property left in the vehicle. I understand that if I cancel the repairs after parts have been orders, I will be responsible for any restocking fees if applicable.

_____    _____
Signature Date


_____
Printed Name


Disclaimer: Pursuant to 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in 775.082, 775.083, or 775.084, Florida Statutes.

### Estimate Event Log

| | |
|---|---|
| Job Created | 10/23/2020 09:49 AM |
| Estimate Started | 10/23/2020 09:53 AM |
| Estimate Printed | 10/23/2020 01:30 PM |
| Estimate Committed | Estimate Not Committed |

# EXHIBIT 4
## TO THE DECLARATION OF RANDALL GREENE





Customer Summary Copy

Mercedes Benz of South Orlando
4301 Millenia Blvd
Orlando, FL 32839 US
(407) 367-2700                    Page 1 of 2

| CUSTOMER NO | 142608 | SERVICE ADVISOR | KeithMooty | TAG NO | B157 | INVOICE DATE | | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| | | HOURLY RATE | LICENSE NO | MILEAGE IN | 40916 | COLOR | BLUE | STOCK NO |
| RANDALL GREEN | | YEAR/MAKE/MODEL | 2018 Mercedes-Benz GLS550W4 | | | DELIVERY DATE | 08/10/2017 | MILEAGE OUT |
| | | VEHICLE IDENTIFICATION NO | 4JGDF7DE7JB003154 | | | SELLING DEALER | | DEALER NO |
| DNA@MAIL.COM | | TEL PHONE | (561) 317-3354 | R.O. # | 387647 | R.O. DATE | 10/26/2020 | FLEET NO |
| TEL HOME | | TEL BUSINESS | | COMMENTS | ENG 4.7_Liter_Twin_Turbo | | | |

| LINE | OP CODE | DESCRIPTION | ESTIMATE |
|---|---|---|---|
| # A | 4TIRES | **MOUNT AND BALANCE 4 TIRES**<br>MOUNT AND BALANCE 4 TIRES | 1773.23 |
| # B | WIPER | **INSTALL WIPERS**<br>INSTALL WIPERS | 122.80 |
| # C | | **Windshield replacement**<br>Windshield replacement | 1624.22 |
| # D | | **Left and right headlight**<br>Left and right headlight | 6357.23 |
| # E | | **Center grill and distronic cover**<br>Center grill and distronic cover | 1081.09 |
| # F | | **Lower bumper center grill**<br>Lower bumper center grill | 964.33 |
| # G | | **Replacement of left front door panel and door pull and wood**<br>Replacement of left front door panel and door pull and wood | 2289.66 |
| # H | | **Replacement of right front door panel and door pull and wood**<br>Replacement of right front door panel and door pull and wood | 1904.30 |
| # I | | **Replacement of right rear door panel and door pull and wood**<br>Replacement of right rear door panel and door pull and wood | 2404.79 |
| # J | | **Replacement of left rear door panel and door pull and wood**<br>Replacement of left rear door panel and door pull and wood | 2720.79 |
| # K | | **Recommend replacement of left front seat backrest cover and bottom covers**<br>Recommend replacement of left front seat backrest cover and bottom covers | 4047.93 |
| # L | | **Recommend replacement of right front seat backrest cover and bottom covers**<br>Recommend replacement of right front seat backrest cover and bottom covers | 2969.13 |
| # M | | **Replacement of left and right backrest and seat bottom covers for second row seats**<br>Replacement of left and right backrest and seat bottom covers for second row seats | 6977.87 |

Customer Summary Copy

Mercedes Benz of South Orlando
4301 Millenia Blvd
Orlando, FL 32839 US
(407) 367-2700                    Page 2 of 2

| CUSTOMER NO | 142608 | SERVICE ADVISOR KeithMooty | TAG NO B157 | INVOICE DATE | MODEL NO |
|---|---|---|---|---|---|
| | | HOURLY RATE | LICENSE NO. | MILEAGE IN 40916 | COLOR BLUE | STOCK NO |
| RANDALL GREEN | | YEAR/MAKE/MODEL 2018 Mercedes-Benz GLS550W4 | DELIVERY DATE 08/10/2017 | MILEAGE OUT | |
| | | VEHICLE IDENTIFICATION NO 4JGDF7DE7JB003154 | ENGINE/HP NO | WARR EXP | |
| DNA@MAIL.COM | | CELL PHONE (561) 317-3354 | EXT # 387647 | R.O. DATE 10/26/2020 | FLEET NO |
| TEL HOME | TEL BUSINESS | COMMENTS ENG 4.7_Liter_Twin_Turbo | | | |

| LINE | OP CODE | DESCRIPTION | ESTIMATE |
|---|---|---|---|
| # N | | **Front left and right headrests** <br> Front left and right headrests | 62.96 |
| # O | | **Front and rear carpet sections** <br> Front and rear carpet sections | 1778.01 |
| # P | | **Dash panel, wood on dash, center vents, command surround** <br> Dash panel, wood on dash, center vents, command surround | 3922.78 |
| # Q | | **Steering wheel, drivers airbag.** <br> Steering wheel, drivers airbag. | 5190.00 |
| # R | | **Replacment of center console lid** <br> Replacment of center console lid | 1074.83 |
| # S | | **Recommend replacement of cover around cupholder.** <br> Recommend replacement of cover around cupholder. | 344.98 |
| # T | | **Replacement of touchpad** <br> Replacement of touchpad | 353.26 |
| # U | | **replacement of headliner** <br> replacement of headliner | 2196.20 |

| | | | | |
|---|---|---|---|---|
| | | | Subtotal | 50160.39 |
| | | | Shop Charges | 65.00 |
| Printed On | 10/26/2020 5:49:31 PM | | Sales Tax | 3264.40 |
| Estimate Expires on | 10/26/2020 | | **Total** | **53489.79** |



**MILLENIA AUTO BODY**

3400 RIO VISTA AVE, Orlando, FL 32805
Phone: (407) 601-4585

| | |
|---|---|
| Workfile ID: | 8e5ca8f0 |
| PartsShare: | 622W46 |
| Federal ID: | 82-5211515 |
| License Number: | MV95066 |

### Preliminary Estimate

## Customer: South Orlando, Mercedes of

| | | | | | |
|---|---|---|---|---|---|
| Insured: | South Orlando, Mercedes of | Policy #: | | Claim #: | |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

**Owner:**
South Orlando, Mercedes of

**Inspection Location:**
MILLENIA AUTO BODY
3400 RIO VISTA AVE
Orlando, FL 32805
Repair Facility
(407) 601-4585 Business

**Insurance Company:**

## VEHICLE

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

| | | | | | |
|---|---|---|---|---|---|
| VIN: | 4JGDF7DE7JB003154 | Interior Color: | | Mileage In: | |
| License: | | Exterior Color: | Blue | Mileage Out: | |
| State: | | Production Date: | | Condition: | Job #: |

| **TRANSMISSION** | Air Conditioning | Stereo | **ROOF** |
|---|---|---|---|
| Automatic Transmission | Intermittent Wipers | Search/Seek | Luggage/Roof Rack |
| 4 Wheel Drive | Tilt Wheel | CD Player | Electric Glass Sunroof |
| **POWER** | Cruise Control | Auxiliary Audio Connection | **SEATS** |
| Power Steering | Rear Defogger | Premium Radio | Bucket Seats |
| Power Brakes | Keyless Entry | Satellite Radio | Leather Seats |
| Power Windows | Alarm | **SAFETY** | Heated Seats |
| Power Locks | Message Center | Drivers Side Air Bag | Ventilated Seats |
| Power Mirrors | Steering Wheel Touch Controls | Passenger Air Bag | Power Third Seat |
| Heated Mirrors | Rear Window Wiper | Anti-Lock Brakes (4) | **WHEELS** |
| Power Driver Seat | Telescopic Wheel | 4 Wheel Disc Brakes | 20" Or Larger Wheels |
| Power Passenger Seat | Climate Control | Traction Control | **PAINT** |
| Memory Package | Dual Air Condition | Stability Control | Clear Coat Paint |
| **DECOR** | Navigation System | Front Side Impact Air Bags | **OTHER** |
| Dual Mirrors | Backup Camera | Head/Curtain Air Bags | Rear Spoiler |
| Body Side Moldings | Remote Starter | Communications System | Signal Integrated Mirrors |
| Privacy Glass | Home Link | Hands Free Device | **TRUCK** |
| Console/Storage | **RADIO** | Xenon Headlamps | Rear Step Bumper |
| Overhead Console | AM Radio | Blind Spot Detection | Running Boards/Side Steps |
| **CONVENIENCE** | FM Radio | Lane Departure Warning | Power Trunk/Gate Release |

## Preliminary Estimate

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

| Line | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|------|-------------|-------------|-----|------------------|-------|-------|
| 1 | # | CALIBRATIONS MIGHT BE NEEDED TO 360 CAMERA/ADAS SYSTEM | | 1 | | | |
| | | Note: DEALER ITEM | | | | | |
| 2 | | **INFORMATION LABELS** | | | | | |
| 3 | | Repl  Emission label GLS550 | 2782212300 | 1 | | 0.2 | |
| 4 | | **FRONT BUMPER & GRILLE** | | | | | |
| 5 | *  <> | Rpr  Bumper cover | | | | 2.0 | 3.2 |
| 6 | | Add for Clear Coat | | | | | 1.3 |
| 7 | | O/H bumper assy | | | | 3.7 | |
| 8 | | Repl  Lower grille | 292885512228 | 1 | 197.00 | Incl. | |
| 9 | | Repl  Grille silver | 1668801202 | 1 | 166.00 | Incl. | |
| 10 | | Add for distance sens radar cruise | | | | m    0.2  M | |
| 11 | | Repl  Emblem | 0008880111 | 1 | 264.00 | Incl. | |
| 12 | | **FRONT LAMPS** | | | | | |
| 13 | | Repl  LT Headlamp assy | 166 820 27 00 | 1 | 2,560.00 | 0.5 | |
| 14 | * | Repl  RT Headlamp assy | 166 820 28 00 | 1 | 2,200.00 | 0.5 | |
| 15 | | Aim headlamps | | | | 0.5 | |
| 16 | | **HOOD** | | | | | |
| 17 | | Repl  Hood | 1668800557 | 1 | 1,780.00 | 3.3 | 3.2 |
| 18 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 19 | | Add for Clear Coat | | | | | 0.6 |
| 20 | | Add for Underside(Complete) | | | | | 1.5 |
| 21 | | Repl  RT Air grille | 1668800205 | 1 | 107.00 | Incl. | |
| 22 | | Repl  Emblem grommet | 2019972281 | 3 | 9.00 | | |
| 23 | # | Repl  Paint Sealer | | 1 | 25.00 | | |
| 24 | | **FENDER** | | | | | |
| 25 | | Blnd  RT Fender w/AMG | | | | | 1.1 |
| 26 | | Blnd  LT Fender w/AMG | | | | | 1.1 |
| 27 | # | Repl  LT Wheel arch cover | 166 884 63 22 | 1 | 89.00 | 0.5 | 1.0 |
| 28 | * | Repl  RT Nameplate "6.3 AMG" | 1668175600 | 1 | 90.00 | 0.2 | |
| 29 | # | Repl  RT Wheel arch cover | 166 884 64 22 | 1 | 99.00 | 0.5 | 1.0 |
| 30 | * | Repl  LT Nameplate "6.3 AMG" | 1668175600 | 1 | 90.00 | 0.2 | |
| 31 | | **ROOF** | | | | | |
| 32 | * | Rpr  LT Roof rail | | | | 1.0 | 2.4 |
| 33 | | Add for Clear Coat | | | | | 0.5 |
| 34 | | Blnd  RT Roof rail | | | | | 1.2 |
| 35 | | R&I  RT Roof molding front | | | | 0.5 | |
| 36 | | R&I  LT Roof molding front | | | | 0.5 | |
| 37 | | R&I  RT Roof molding rear | | | | 0.4 | |
| 38 | | R&I  LT Roof molding rear | | | | 0.4 | |
| 39 | | R&I  RT Roof rack silver | | | | 0.5 | |
| 40 | | R&I  LT Roof rack silver | | | | 0.5 | |

**Preliminary Estimate**

---

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

| | | | | | |
|---|---|---|---|---|---|
| 41 | | R&I | R&I headliner | 4.3 | |
| 42 | **PILLARS, ROCKER & FLOOR** | | | | |
| 43 | | R&I | RT Running board | 1.2 | |
| 44 | | R&I | LT Running board | 1.2 | |
| 45 | **FRONT DOOR** | | | | |
| 46 | * | Rpr | RT Door shell | 3.0 | 2.4 |
| 47 | | | Overlap Major Non-Adj. Panel | | -0.2 |
| 48 | * | | Add for Clear Coat | | 0.4 |
| 49 | * | Rpr | LT Door shell | 2.0 | 2.4 |
| 50 | | | Overlap Major Adj. Panel | | -0.4 |
| 51 | * | | Add for Clear Coat | | 0.4 |
| 52 | | R&I | RT R&I mirror | 0.5 | |
| 53 | | R&I | LT R&I mirror | 0.5 | |
| 54 | * | Rpr | RT Housing cover primed | 0.5 | 0.5 |
| 55 | | | Overlap Minor Panel | | -0.2 |
| 56 | * | | Add for Clear Coat | | 0.1 |
| 57 | * | Rpr | LT Housing cover primed | 0.5 | 0.5 |
| 58 | | | Overlap Minor Panel | | -0.2 |
| 59 | * | | Add for Clear Coat | | 0.1 |
| 60 | | R&I | RT Belt w'strip w/o night pkg | 0.3 | |
| 61 | | R&I | LT Belt w'strip w/o night pkg | 0.3 | |
| 62 | | R&I | RT Handle, outside w/o keyless go primed | 0.6 | |
| 63 | | R&I | LT Handle, outside w/o keyless go primed | 0.6 | |
| 64 | | R&I | RT R&I trim panel | 0.8 | |
| 65 | | R&I | LT R&I trim panel | 0.8 | |
| 66 | | R&I | RT R&I door assy | 1.4 | |
| 67 | | R&I | LT R&I door assy | 1.4 | |
| 68 | **REAR DOOR** | | | | |
| 69 | * | Rpr | RT Door shell | 1.0 | 2.3 |
| 70 | | | Overlap Major Adj. Panel | | -0.4 |
| 71 | * | | Add for Clear Coat | | 0.4 |
| 72 | * | Rpr | LT Door shell | 2.0 | 2.3 |
| 73 | | | Overlap Major Adj. Panel | | -0.4 |
| 74 | * | | Add for Clear Coat | | 0.4 |
| 75 | | R&I | RT Belt w'strip w/o night pkg | 0.3 | |
| 76 | | R&I | LT Belt w'strip w/o night pkg | 0.3 | |
| 77 | | R&I | RT Handle, outside w/o keyless go primed | 0.6 | |
| 78 | | R&I | LT Handle, outside w/o keyless go primed | 0.6 | |
| 79 | | R&I | RT R&I trim panel | 0.7 | |
| 80 | | R&I | LT R&I trim panel | 0.7 | |
| 81 | | R&I | RT R&I door assy | 1.5 | |
| 82 | | R&I | LT R&I door assy | 1.5 | |

**Preliminary Estimate**

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

| 83 | **QUARTER PANEL** | | | | | | | |
|----|------|------|-------------------------------|------------|---|--------|-----|-----|
| 84 | * | Rpr | RT Quarter panel | | | | 2.0 | 2.6 |
| 85 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 86 | * | | Add for Clear Coat | | | | | 0.4 |
| 87 | * | Rpr | LT Quarter panel | | | | 1.0 | 2.6 |
| 88 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 89 | * | | Add for Clear Coat | | | | | 0.4 |
| 90 | | R&I | Fuel pocket gasoline | | | | 0.3 | |
| 91 | * | Rpr | Fuel door | | | | 0.3 | 0.3 |
| 92 | * | | Add for Clear Coat | | | | | 0.1 |
| 93 | | R&I | Fuel door | | | | 0.2 | |
| 94 | * | Subl | R&I RT Quarter glass Mercedes w/night pkg w/o dark tint +20% | | 1 | 90.00 X | | |
| 95 | * | Subl | R&I LT Quarter glass Mercedes w/night pkg w/o dark tint +20% | | 1 | 90.00 X | | |
| 96 | | R&I | RT Lower molding w/o night pkg | | | | 0.2 | |
| 97 | | R&I | LT Lower molding w/o night pkg | | | | 0.2 | |
| 98 | **LIFT GATE** | | | | | | | |
| 99 | * | Rpr | Lift gate | | | | 2.0 | 2.3 |
| 100 | | | Overlap Major Adj. Panel | | | | | -0.4 |
| 101 | * | | Add for Clear Coat | | | | | 0.4 |
| 102 | | Repl | Handle molding | 1667400093 | 1 | 92.00 | 0.3 | |
| 103 | | R&I | Lift gate trim black | | | | 0.3 | |
| 104 | | Repl | Emblem | 1668170116 | 1 | 35.00 | 0.1 | |
| 105 | | Repl | Nameplate "GLS550" | 1668175000 | 1 | 56.00 | 0.2 | |
| 106 | | Repl | Nameplate "4 MATIC" | 2058179900 | 1 | 58.00 | 0.2 | |
| 107 | | R&I | License bracket | | | | 0.2 | |
| 108 | | R&I | Handle, outside w/surround view | | | | 0.3 | |
| 109 | * | Subl | R&I Lift gate glass NAGS Mercedes w/dark tint +20% | | 1 | 150.00 X | | |
| 110 | **REAR LAMPS** | | | | | | | |
| 111 | | R&I | RT Tail lamp assy | | | | 0.3 | |
| 112 | | R&I | LT Tail lamp assy | | | | 0.3 | |
| 113 | | Repl | RT Tail lamp assy gasket small | 1668262391 | 1 | 16.00 | | |
| 114 | | Repl | LT Tail lamp assy gasket small | 1668262391 | 1 | 16.00 | | |
| 115 | | R&I | RT Backup lamp assy | | | | 0.3 | |
| 116 | | R&I | LT Backup lamp assy | | | | 0.3 | |
| 117 | | Repl | RT Backup lamp assy gasket | 1668263491 | 1 | 17.00 | | |
| 118 | | Repl | LT Backup lamp assy gasket | 1668263391 | 1 | 17.50 | | |
| 119 | | R&I | RT License lamp | | | | 0.2 | |
| 120 | | R&I | LT License lamp | | | | 0.2 | |
| 121 | **REAR BUMPER** | | | | | | | |
| 122 | * <> | Rpr | Bumper cover | | | | 6.0 | 3.2 |
| 123 | | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 124 | * | | Add for Clear Coat | | | | | 0.6 |
| 125 | | | O/H bumper assy | | | | 3.3 | |

**Preliminary Estimate**

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 126 | | Repl | Step pad | 166884019064 | 1 | 216.00 | Incl. | |
| 127 | * | Repl | Tow eye cap | 166 885 83 22 9 | 1 | 60.00 | Incl. | 0.0 |
| 128 | # | | Pre - Scan | | 1 | | 1.0 M | |
| 129 | # | | Post - Scan | | 1 | | 1.0 M | |
| 130 | ** | Repl | A/M Sprayable mask Car Cover for protection from overspray | | 1 | 15.00 | 0.5 | |
| 131 | ** | Repl | A/M Flex additive / Adhesion Promoter | | 1 | 8.00 | | |
| 132 | # | Repl | Mask vehicle for Primer | | 1 | 20.00 | | 1.0 |
| 133 | ** | Repl | A/M Corrosion Protection Primer | | 1 | 30.00 | 0.5 | |
| 134 | # | | Color sand and buff | | 1 | 5.00 | | 8.0 |
| 135 | # | Subl | Hazardous waste removal | | 1 | 5.00 | | |
| 136 | ** | Repl | A/M Flex additive / Adhesion Promoter | | 1 | 8.00 | | |
| 137 | # | | Disconnect/Connect Battery | | 1 | | 0.5 | |
| | | | **SUBTOTALS** | | | **8,680.50** | **67.4** | **48.8** |

### ESTIMATE TOTALS

| Category | | Basis | | Rate | Cost $ |
|---|---|---|---|---|---|
| Parts | | | | | 8,680.50 |
| Body Labor | | 65.2 hrs | @ | $ 48.00 /hr | 3,129.60 |
| Paint Labor | | 48.8 hrs | @ | $ 48.00 /hr | 2,342.40 |
| Mechanical Labor | | 2.2 hrs | @ | $ 95.00 /hr | 209.00 |
| Paint Supplies | | 48.8 hrs | @ | $ 30.00 /hr | 1,464.00 |
| Subtotal | | | | | 15,825.50 |
| Sales Tax | Tier 1 | $ 5,000.01 | @ | 6.5000 % | 325.00 |
| Sales Tax | Tier 2 | $ 10,495.49 | @ | 6.0000 % | 629.73 |
| **Grand Total** | | | | | **16,780.23** |
| Deductible | | | | | 0.00 |
| **CUSTOMER PAY** | | | | | **0.00** |
| **INSURANCE PAY** | | | | | **16,780.23** |

Get the parts & services you need today. Pay over time.  See financing options
https://apply.sunbit.com/milleniaautobody

## Preliminary Estimate

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE, OR MISLEADING INFORMATION IS GUILTY OF A FELONY OF THE THIRD DEGREE(FLORIDA STATUTES TITLE XLVI, CHAPTER 817.234). FAILURE TO USE THE INSURANCE PROCEEDS IN ACCORDANCE WITH THE SECURITY AGREEMENT,IF ANY, COULD BE A VIOLATION OF S. 812.014, FLORIDA STATUTES. IF YOU HAVE ANY QUESTIONS, CONTACT YOUR LENDING INSTITUTION. IF A CHARGE FOR SHOP SUPPLIES OR HAZARDOUS OR OTHER WASTE REMOVAL IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: "THIS CHARGE REPRESENTS COSTS AND PROFITS TO THE MOTOR VEHICLE REPAIR FACILITY FOR MISCELLANEOUS SHOP SUPPLIES OR WASTE DISPOSAL." IF A CHARGE FOR NEW TIRES OR A NEW OR REMANUFACTURED LEAD-ACID BATTERY IS INCLUDED ON THIS ESTIMATE, PLEASE NOTE THE FOLLOWING: A $1.00 FEE FOR EACH NEW MOTOR VEHICLE TIRE SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW MOTOR VEHICLE TIRES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX CHAPTER 403.718. A $1.50 FEE FOR EACH NEW OR REMANUFACTURED LEAD-ACID BATTERY SOLD AT RETAIL IS IMPOSED ON ANY PERSON ENGAGING IN THE BUSINESS OF MAKING RETAIL SALES OF NEW OR REMANUFACTURED LEAD-ACID BATTERIES WITHIN THE STATE OF FLORIDA. FLORIDA STATUTES TITLE XXIX 403.7185.

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF CRASH PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR VEHICLE. THE AFTERMARKET CRASH PARTS USED IN THE PREPARATION OF THIS ESTIMATE ARE WARRANTED BY THE MANUFACTURER OR DISTRIBUTOR OF SUCH PARTS RATHER THAN THE MANUFACTURER OF YOUR VEHICLE.

**Preliminary Estimate**

**Customer: South Orlando, Mercedes of**

2018 BENZ GLS-Class 550 4MATIC 4D UTV 8-4.7L Turbocharged Gasoline Gasoline Direct Injection Blue

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide ERI5792, CCC Data Date 09/01/2020, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. <=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.