


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/04/2021 02:45 PM

COURTROOM 6A, 6th Floor

HONORABLE KAREN JENNEMANN

CASE NUMBER: FILING DATE:

**6:18-bk-06821-KSJ** **7** **10/31/2018**

**Chapter 7**

**DEBTOR:** Don Juravin

**DEBTOR ATTY:** **Amber Robinson**

**TRUSTEE:** **Dennis Kennedy**

**HEARING:**

(ZOOM) Trustee's Expedited Motion to Compel Turnover of Sold Assets, production of documents requested by Trustee, compliance with Rules 341 and 1019, and for Sanctions (Doc #442)
Note: cont. 1/14/20; 3/11/20; 4/15/20; 6/25/20; 8/4/20; 8/17/20; 11/17/20
Converted 3/16/20
341 Scheduled 2/15/21
.

**APPEARANCES:**: Aldo Bartolone (Debtor Atty); Dennis Kennedy (Trustee); Jim Ryan (Trustee Special Counsel); Bradley Saxton, Lauren Reynolds (Trustee Atty); Will Mathews (Bella Collina Atty); Randell Green (Bella Collina Rep); Marc Randazza (Consumer Atty); Michael Nardella (Natural Vitamins Atty); David Landis (Wilmington Atty);

**RULING:**
(ZOOM) Trustee's Expedited Motion to Compel Turnover of Sold Assets, production of documents requested by Trustee, compliance with Rules 341 and 1019, and for Sanctions (Doc #442) - Granted as discussed in open court:Order by Ryan; cont. hearing on March 24, 2021 at 1:00 pm (AOCNFNG); (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.