UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.

_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

    Applicable Debtors.

_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

**AMENDED NOTICE OF RULE 2004 EXAMINATION
OF APRIL GOODWIN [VIA ZOOM] AND SUBPOENA**
[amended to designate remote proceeding and attaching subpoena]

Dennis D. Kennedy, Chapter 7 Trustee (*Trustee*) for the Estate of Don Karl Juravin (Case No. 6:18-bk-06821-KSJ) and the Estate of Must Cure Obesity, Co. (Case No. 6:20-bk-01801-KSJ), by and through his undersigned counsel and pursuant to Fed. R. Bank. P. 2004 and Local Rule 2004-1, will conduct a Bankruptcy Rule 2004 Examination of **April Goodwin** (Witness). The Subpoena for Rule 2004 Examination (testimony) intended for service on April Goodwin at The Goodwin Firm, 801 West Bay Drive, Suite 705, Largo, FL 33770-3266, is attached hereto as **Exhibit 1**.

Trustee has coordinated the scheduling of the examination with the Witness, which will occur remotely by **ZOOM**, on **April 8, 2021**, at **10:00 a.m.** before Esquire Deposition Solutions

(court reporter), continuing from day to day until completion. The examination will occur as scheduled and without a court order. Esquire Deposition Solutions will be hosting the Zoom video appearance. Anyone other than the Witness, Debtor, Debtor's counsel, and Trustee specified in the Certificate of Service below and who would like to appear must notify the undersigned attorney in advance.

### Zoom Instructions

Esquire Deposition Solutions [Scheduling Office Phone: +1 312 626 6799 or +1 646 558 8656]
Room: RDR 235
Where: https://esquiresolutions.zoom.us/j/94540085683?pwd=UVNJSTFwRU92VGJsUVhUc3drYlg5UT09
Meeting ID: **94540085683**   Password: **6810642**

Dated: March 17, 2021

/s/ *James D. Ryan*
**James D. Ryan, Esq.**
Florida Bar No. 0976751
jdr@ryanlawgroup.net
sue@ryanlawgroup.net
lauren@ryanlawgroup.net
**Ryan Law Group, PLLC**
636 U.S. Highway One, Suite 110
North Palm Beach, FL 33408
Main: (561) 881-4447   Fax: (561) 881-4461
*Special Counsel to Dennis D. Kennedy, Trustee*

### Certificate of Service

I HEREBY CERTIFY that on the **17th** day of **March**, **2021**, a true copy of the foregoing Amended Notice of Rule 2004 Examination & Subpoena has been served by CM/ECF and US mail as indicated:

**CM/ECF**
- United States Trustee, c/o Charles R. Sterbach Esq., Federal Bldg., 400 W. Washington St., Suite 1100, Orlando, FL 32801
- Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954
- Bradley M. Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Ave. N., 2nd Flr, Winter Park, FL 32789
- Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 N. Orange Ave., Suite 300, Orlando, FL 32801

**US Mail**
- Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756
- April Goodwin, Esq., The Goodwin Firm, 801 West Bay Dr., Ste 705, Largo, FL 33770-3266 *and by email* to april@goodwin-firm.com

/s/ *James D. Ryan*
**James D. Ryan, Esq.**