UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:
DON KARL JURAVIN,                                    Case No. 6:18-bk-06821
Debtor

Chapter 7

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 2091-2(b), Ralph Strzalkowski and Amber Robinson, give notice of their withdrawal as counsel of record for the Party in Interest Anna Juravin, in these Chapter 7 proceedings. Parties should serve all future correspondence and pleadings on Anna Juravin, at 11518 Pendio Drive, Montverde, FL 34756.

Dated: March 18, 2021

Respectfully Submitted,

*Ralph Strzalkowski*
_____
Ralph Strzalkowski, Esq.
Florida Bar No. 89248
Florida Rights Law Firm
695 Central Ave Ste. 264
St. Petersburg, FL 33701
rs@lawyeronwheels.org
flrightslawfirm@gmail.com
(352) 262-9593 (phone)
Counsel for ANNA JURAVIN

*Amber Robinson*
_____
Amber Robinson, Esq.
Florida Rights Law Firm
Fla. Bar No. 0107215
695 Central Ave Ste. 264
St. Petersburg, FL 33701
arobinson@arobinsonlawfirm.com
flrightslawfirm@gmail.com
(813) 613-2400 (phone)
(727) 362-1979 (fax)
Counsel for ANNA JURAVIN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal was served via the CM/ECF or by U.S. Mail, first class and postage prepaid, on all Parties-In-Interest listed on the attached Mailing Matrix, this 18th day of March 2021.

Respectfully Submitted,
*/s/ Amber Robinson*

_____
Amber Robinson, Esq.
Florida Rights Law Firm
Fla. Bar No. 0107215
695 Central Ave Ste. 264
St. Petersburg, FL 33701
arobinson@arobinsonlawfirm.com
(813) 613-2400 (phone)
(727) 362-1979 (fax)
Counsel for ANNA JURAVIN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-CCJ<br>Middle District of Florida<br>Orlando<br>Sun Sep 29 18:36:18 EDT 2019 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 | DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 | Bella Collina Property Owner's Associat<br>c/o William C Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 |
| Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 | Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 |
| Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel |
| Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 | Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5100 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |

| | | |
|---|---|---|
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 | Dennis D. Kennedy<br>Post Office Box 541848<br>Merritt Island, FL 32954-1848 |
| Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 | Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Crop CC-10528
Washington, DC 20580


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Consumer Opinion Corp. | (u)Opinion Corp. | (d)Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (d)Mercedes-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     5<br>Total                  43 |