UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>DON KARL JURAVIN,<br><br>    Debtor.<br>_____/<br><br>DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ<br><br>MUST CURE OBESITY, CO.<br>Case No. 6:20-bk-01801-KSJ<br><br>    Applicable Debtors.<br>_____/ | Chapter 7<br><br>Case No. 6:18-bk-06821-KSJ<br><br>Case No. 6:20-bk-01801-KSJ<br><br>*Jointly Administered with*<br>Case No. 6:18-bk-06821-KSJ |

## NOTICE OF CONTINUED MEETING OF CREDITORS

The continued meeting of creditors in this case pursuant to Section 341(a) of the Bankruptcy Code, and by Order [Doc. 449] Granting Trustee's Motion To Compel and for Sanctions, is hereby rescheduled to be held on **March 24, at 9:30AM**. **in the George C. Young Federal Bldg., 400 W. Washington Street, 6th floor, Orlando, FL 32801**. **The room in which the meeting will be conducted has not yet been assigned, therefore attendees should speak with the security for instruction;** if an assignment is made before the meeting the notification will be sent to the interested parties.

**The meeting will also be held Via ZOOM. Trustee: Dennis D Kennedy will provide a link to any party interested in participating. Please email your request for an invitation to: dan@ddkennedy.com.**

Debtor must provide a Photo ID and acceptable proof of Social Security Number to the Trustee in the manner directed by the Trustee. All other terms and conditions of the original notice for the meeting of creditors remain unchanged.

March 22, 2021                                   /S/ *Dennis D Kennedy*
                                                           Dennis D. Kennedy, Trustee

Copies furnished to:  All Interested Parties