

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/24/2021 01:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-KSJ** | **7** | **10/31/2018** |

**Chapter 7**

**DEBTOR:**   Don Juravin

**DEBTOR ATTY:**   **Amber Robinson**

**TRUSTEE:**   **Dennis Kennedy**

**HEARING:**

(ZOOM)   Status Conference
Trustee's Motion to Compel compliance with Rule 2004 subpoena re CPA Hershkowitz (Doc #448)
Note: cont. 1/14/20; 3/11/20; 4/15/20; 6/25/20; 8/4/20; 8/17/20; 11/17/20; 3/4/21
Converted 3/16/20
341 Scheduled 2/15/21
Trustee's Expedited Motion to Compel Turnover of Sold Assets, production of documents requested by Trustee, compliance with Rules 341 and 1019, and for Sanctions (Doc #442) - follow up on compliance
Pending:
Trustee's Motion to Compel compliance with March 9, 2021 Order and for Sanctions (Doc #459) filed 3/23/21
.

**APPEARANCES:**:: Aldo Bartolone (Debtor Atty); Don Juravin (Debtor); Dennis Kennedy (Trustee); Jim Ryan, Bradley Saxton (Trustee Atty); David Landis (Wilmington Atty); Michael Nardella (Natural Vitamins Atty); Will Matthews (Bella Collina Atty); Jay Wolman (Consumer Opinion ); Marc Randazza (Consumer Opinion Atty); Hal Hershkowitz (CPA); Miriam Suaraz (US Trustee Atty);

**RULING:**
(ZOOM)   Status Conference -   cont. to April 21, 2021 at 3:00 pm (In Person) (AOCNFNG);


1)   Trustee's Motion to Compel compliance with Rule 2004 subpoena re CPA Hershkowitz   (Doc #448) - Granted as discussed in open court:Order by Ryan; cont. to April 21, 2021 at 3:00 pm (AOCNFNG);


2)   Trustee's Motion to Compel compliance with March 9, 2021 Order and for Sanctions   (Doc #459) - Granted as discussed in open court (debtor in contempt of Order at Doc #449; Debtor can purge contempt by producing documents by April 9, 2021:Order by Ryan; cont. to April 21, 2021 at 3:00 pm (AOCNFNG); (gww).

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.