ORDERED.

**Dated:  April 09, 2021**

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | | |
|---|---|---|
| Don Karl Juravin, | ) | Case No. 6:18-bk-06821-KSJ |
| | ) | *Jointly Administered with* |
| Debtor. | ) | Case No. 6:20-bk-01801-KSJ |
| | ) | Chapter 7 |
| _____ | ) | |
| | ) | |
| Don Karl Juravin, | ) | Case No. 6:18-bk-06821-KSJ |
| | ) | |
| Must Cure Obesity, Co. | ) | Case No. 6:20-bk-01801-KSJ |
| | ) | |
| Applicable Debtors. | ) | |
| _____ | ) | |

## AMENDED[1] ORDER GRANTING MOTION FOR EXTENSION OF DEADLINE FOR COMPLIANCE WITH THE COURT'S MARCH 9, 2021 ORDER AND OVERRULING OBJECTION

This case came before the Court to consider the Debtor's Emergency Motion

To Extend Deadline For Compliance With Order Granting Trustee's Motion to

Compel Debtor to Comply With the March 9, 2021 Order And For Sanctions (the

---

[1] This Order amends the order entered on April 8, 2021 (Doc. No. 470) to reflect the Court's entire ruling on the Debtor's Emergency Motion for Extension (Doc. No. 468) and the United States Trustee's Objection to the Debtor's Emergency Motion for Extension (Doc No. 469).

"Motion") (Doc. No. 468), and the Objection filed by Dennis D. Kennedy, the Chapter 7 Trustee, to the Motion (the "Objection") (Doc. No. 469). After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1.    The Motion (Doc. No. 468) is **GRANTED**.

2.    Debtor, Don Karl Juravin, has an extension until **April 19, 2021** to produce the items in compliance with the Order Granting Trustee's Motion to Compel and For Sanctions (Doc. No. 449). Don Karl Juravin will be held in **CIVIL CONTEMPT** of this Court if he fails to timely produce these items. No further extensions will be granted.

3.    The hearing to assess compliance, originally scheduled for April 21, 2021 at 3:00 PM, is rescheduled for **April 28, 2021 at 11:00 AM**.

4.    The Objection (Doc. No. 469) is **OVERRULED**.

###

Attorney Aldo Bartolone is directed to serve a copy of this order on interested non-CM/ECF users and file a proof of service within three (3) days of entry of this order.