# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case Number:** 18-06821 KSJ  
**Case Name:** Don Karl Juravin  
**Period Ending:** 03/31/21

**Trustee:** Dennis D. Kennedy  
**Filed (f) or Converted (c):** 03/16/20 (c)  
**§341(a) Meeting Date:** 04/21/20  
**Claims Bar Date:** 01/04/20

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 15118 Pendio Drive Montverde FL 34756-0000 | 1,450,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2014 Jeep<br>amount changed per amended schedules Doc# 17 1-16-19 | 17,000.00 | 0.00 | | 0.00 | FA |
| 3 | 5 beds & nightstands, 2 dressers, 1 glass table, 3 coffee tables, 2 dining tables & chairs, 1 end table, woven outdoor, outdoor set, 3 sofa sets, 1 sofa set outdoor, 2 book/china cases, pool table, massage chair, 2 washing machines, 2 dryers, 2 refri | 6,900.00 | 0.00 | | 0.00 | FA |
| 4 | TV: 2 x 55' + 1 projector and screen + 2 x 65' | 1,200.00 | 0.00 | | 0.00 | FA |
| 5 | 2 handguns | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous clothes | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Miscellaneous jewelry | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account TD Bank | 2,617.35 | 0.00 | | 0.00 | FA |
| 10 | Checking FL Community Bank | 100.00 | 0.00 | | 0.00 | FA |
| 11 | Transferwise ($1,939 plus 665 Euro)<br>amended per Doc# 17 1-16-19 | 2,691.31 | 0.00 | | 0.00 | FA |
| 12 | Must Cure Obesity, Co 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Juravin, Incorporated 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Roca Labs Nutraceutical USA, Inc. 100 % | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Andrew Hill - $10,000 loan | 10,000.00 | 0.00 | | 8,928.12 | 0.00 |
| 16 | Term Life Insurance - Genworth Policy No. xxxxxx5142 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Term Life Insurance - Banner Policy No. xxxxx5582 (will end in 2020) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Homeowner Insurance - St. Johns N/A | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Health Insurance - Cigna family | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Term Life Insurance - Banner Policy No. xxxxx8813 (will end in 2021) Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 21 | TermLife Insurance - AIG Policy No. xxxxxx8312 Anna Juravin | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Don K. Jurivan, Ania Juravin, Levia Juravin and Ynes v. Community Watch 17-CA-2178 5th Circuit Lake Co FL | Unknown | 0.00 | | 0.00 | FA |
| 23 | Don K. Juravin, Plaintiff v. Richard Arrighi, Randall Greene, The Club at Bella Collina LLC 2018-CA-001607 | Unknown | 0.00 | | 0.00 | FA |
| 24 | Potential claims against Andrew Hill, Esq. for malpractice for misrepresenting; breach of employment (u)<br>per Doc# 17 01-16-19 | Unknown | 0.00 | | 0.00 | FA |
| 25 | Potential claims against Erin Wanner and Stockworth Realty Group (u)<br>per Doc# 17 01-16-19 | Unknown | 0.00 | | 0.00 | FA |
| 26 | Potential claims against Paul Simonson and Dwight Schar 2018-CA-001607 (u)<br>per Doc# 17 01-16-19 | Unknown | 0.00 | | 0.00 | FA |
| 27 | Potential claims against PayPal Inc., Mastercard International, Inc. and Chase (u)<br>per Doc# 17 01-16-19 | Unknown | 0.00 | | 0.00 | FA |
| 28 | Must Cure Obesity, Co. & Don Karl Juravin v. Johnson, Circuit Court, Orange Co FL 18-CA-2412 (u)<br>per Doc# 17 01-16-19 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | Although I have listed all known accounts, just in case there is any bank accounts that I cannot access (u)<br>per Doc# 17 01-16-19 | 7,500.00 | 0.00 | | 0.00 | FA |
| 30 | Mercedes Benz of Tampa (subject to Asset Freeze Order in FTC litigation) (u)<br>per Doc# 17 01-16-19 | 16,000.00 | 0.00 | | 16,000.00 | FA |
| 31 | Funds held in the trust account of Glenn A. Reid, Esq. (subject to Asset Freeze Order in FTC litigation) (u)<br>per Doc# 17 01-16-19 | 34,841.00 | 0.00 | | 34,841.00 | FA |
| 32 | PayPal Account (1099k issued to me for this account, subject to Asset Freeze Order in FTC litigation) (u)<br>per Doc# 17 01-16-19 | 11,580.97 | 0.00 | | 0.00 | FA |
| 33 | Bella Collina Club membership (currently not allowed access to club) (u)<br>per Doc# 17 01-16-19 | 0.00 | 0.00 | | 0.00 | FA |
| 34 | 2018 Mercedes S560V<br>per Doc# 17 01-16-19 | 83,474.00 | 0.00 | | 0.00 | FA |
| 35 | 2018 Mercedes GLS550W4<br>per Doc# 17 01-16-19<br>(see footnote) | 63,820.00 | 0.00 | | 0.00 | 15,000.00 |
| 36 | Checking Ally Bank (u)<br>per Doc# 17 01-16-19 | 510.06 | 0.00 | | 0.00 | FA |
| 37 | Checking Insight Credit Union (u)<br>per Doc# 17 01-16-19 | 1,595.00 | 0.00 | | 0.00 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | Checking TD Ameritrade (u) <br> per Doc# 17 01-16-19 | 3,180.81 | 0.00 | | 3,180.81 | FA |
| 39 | TD Ameritrade (account frozen by Court Order FTC litigation) (u) <br> per Doc# 17 01-16-19 | 90,638.95 | 0.00 | | 90,641.46 | FA |
| 40 | Bank of Ireland (Euros) (u) <br> per Doc# 17 01-16-19 | 150.00 | 0.00 | | 0.00 | FA |
| 41 | AIB (Euros) (u) <br> per Doc# 17 01-16-19 | 350.00 | 0.00 | | 0.00 | FA |
| 42 | Potential claims against Sandra Antico, Nickolas Antico and Jenna Antico for theft | Unknown | 0.00 | | 0.00 | FA |
| 43 | FTC v. Roca Labs Inc 15-CV-02231-MSS-CPT (u) | 0.00 | 0.00 | | 4,293.50 | FA |
| 44 | Turned over funds from Ch. 11 to Ch. 7 per 3/16/20 Order Doc# 324 (u) | 0.00 | 148,956.77 | | 148,956.77 | FA |
| 45 | Transferwise ($1,939 plus 665 Euro) | 1,939.00 | 0.00 | | 0.00 | 1,939.00 |
| 46 | Bella Collina Club membership (currently not allowed access to club) which came with the house and cannot be sold separately from the house. Club membership is required to live in the community | 0.00 | 0.00 | | 0.00 | 0.00 |
| 47 | Potential claims against various lawyers and law firms for malpractice related to representation of Debtor, defamation, tortious interference, and other damage | Unknown | 0.00 | | 0.00 | FA |
| 48 | Potential claims against realtor who sold the Debtor his personal residence for failure to disclose and defamation | Unknown | 0.00 | | 0.00 | FA |
| 49 | Potential claims against credit card processors for unwarranted blacklisting him with various credit card companies | Unknown | 0.00 | | 0.00 | FA |
| 50 | Domains - BellaCollina.reviews and bella-colina.club (u) <br> Doc #15 dated 1/14/19 | 0.00 | 0.00 | | 0.00 | FA |
| 51 | Department of Financial Services, State of Florida, Division of Unclaimed Property, Acct nos xxxxx0762,xxxxx7116, xxxxx7117,xxxxx3618,xxxxx4363,xxxxx3498 (u) <br> Doc #15 dated 1/14/19 | Unknown | 1.00 | | 0.00 | 0.00 |
| 52 | Uncashed check from Cigna dated 9/15/16 (u) <br> Doc #15 dated 1/14/19 | 617.32 | 0.00 | | 0.00 | FA |
| 53 | Uncashed check no. 2956 from Florida Center for Orthopaedics, Inc dated 11/23/16 (u) <br> Doc #15 dated 1/14/19 | 134.55 | 0.00 | | 0.00 | FA |
| 54 | Uncashed Check No 34153519 from Capital One dated 12/23/16 (u) <br> Doc #15 dated 1/14/19 | 1,416.33 | 0.00 | | 0.00 | FA |
| 55 | Uncashed check no. 35361262 from Capital One dated 3/23/17 (u) <br> Doc #15 dated 1/14/19 | 3,769.44 | 0.00 | | 0.00 | 0.00 |
| | **TOTALS** (Excluding Unknown Values) | **$1,814,226.09** | **$148,957.77** | | **$306,841.66** | **$16,939.00** |

Regarding Property #35   Sold to Wilmington Financial Services LLC per docket number this 377 dated July 2, 2020

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

**Major activities affecting case closing:**
<3/16/2021, 11:07:36 AM - DennisD-1101> Judge Jennemann ordered an in-person 341 meeting because of the debtors tactics. It will be held March 24 2021 at the Orlando Courthouse under supervision of the guards
03-24-20 DDK - Money was inadvertently deposited in the bankruptcy bank account (4857) that was opened prior to the conversion to Chapter 11. We requested that the bank move the money from the old account to the new account(7865). The reason was that the bank was unable to reopened the old account on their end
03-24-20 DDK - On March 16, 2020 case was converted back to chapter 7 and I was reappointed trustee. In the process of picking up where we left off regarding investigation of preferential transfers to his retirement accounts and also selling excess equity in personal property. On March 19, I received $148,956.77 from the debtor's attorney representing funds from the Chapter 11. These funds were held previously by the Chapter 7 trustee. I deposited in the old account in our system and the bank stated they could not reopen that account and assigned us a new account for this case. We transferred the money from the old account to the new account.
03-02-20 DDK - Case was converted the chapter 11 on September 16, 2019 funds were turned over to the debtor's attorney January 26, 2020, closed bank account March 2, 2020 when receive zero balance statement will file ADHOC NDR
04-27-19 DK - Have yet to conclude 341 meeting. In the process of subpoenaing records from different banks. Will likely continued 341 meeting until all documents are provided.
02-22-19 - Cert of Serv Doc# 61 for Order Doc# 53
02-15-19 - Application to Employ Forensic Accountant Doc# 50
01-24-19 - Cert of Serv Doc# 25 for Order Doc# 22
01-17-19 - Application and Declaration to employ Ewald as Appraiser Doc# 19

**Initial Projected Date of Final Report (TFR):**  December 31, 2020   **Current Projected Date of Final Report (TFR):**  March 31, 2022

    April 12, 2021       /s/ Dennis D. Kennedy
    Date       Dennis D. Kennedy

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 18-06821 KSJ | **Trustee:** | Dennis D. Kennedy |
|---|---|---|---|
| **Case Name:** | Don Karl Juravin | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2298 - Checking Account |
| **Taxpayer ID#:** | ******9921 | **Blanket Bond:** | $22,299,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/04/20 | | Texas Capital Bank | Transfer from account ending 7865 | 9999-000 | 148,956.77 | | 148,956.77 |
| 06/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 206.34 | 148,750.43 |
| 07/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 245.68 | 148,504.75 |
| 08/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 245.28 | 148,259.47 |
| 09/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 236.97 | 148,022.50 |
| 11/02/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 236.59 | 147,785.91 |
| 11/23/20 | 60001 | Yip Associates | Accountant for Trustee Interim Fees awarded $24,032.25 per order granting application, docket entry 432 dated November 20, 2020 | 3410-000 | | 24,032.25 | 123,753.66 |
| 11/23/20 | 60002 | Yip Associates | Accountant for Trustee Expenses Interim per docket entry number 432 entered November 20, 2020 | 3420-000 | | 248.05 | 123,505.61 |
| 11/23/20 | 60003 | Brad Saxton | Attorney for Trustee, approved interim fees per docket entry 432 dated November 20, 2020 | 3210-000 | | 62,877.65 | 60,627.96 |
| 11/23/20 | 60004 | Brad Saxton | Attorney for Trustee, approved interim expenses per docket entry 432 dated November 20, 2020 | 3220-000 | | 3,099.24 | 57,528.72 |
| 11/30/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 244.13 | 57,284.59 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 102.94 | 57,181.65 |

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| **Case Number:** | 18-06821 KSJ | **Trustee:** | Dennis D. Kennedy |
| --- | --- | --- | --- |
| **Case Name:** | Don Karl Juravin | **Bank Name:** | Signature Bank |
| | | **Account:** | ******2298 - Checking Account |
| **Taxpayer ID#:** | ******9921 | **Blanket Bond:** | $22,299,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 88.58 | 57,093.07 |
| 02/08/21 | 60005 | International Sureties, LTD | Liberty Mutual Insurance Co<br>Bond #016027985<br>Term 2/1/21- 2/1/22 | 2300-000 | | 26.11 | 57,066.96 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 85.41 | 56,981.55 |
| 03/08/21 | Asset #15 | Friend Surgical Solutions LLC | | 1129-000 | 8,928.12 | | 65,909.67 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 114.01 | 65,795.66 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 157,884.89 | 92,089.23 | $65,795.66 |
| Less: Bank Transfers | | 148,956.77 | 0.00 | |
| **Subtotal** | | 8,928.12 | 92,089.23 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$8,928.12** | **$92,089.23** | |

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 18-06821 KSJ | | **Trustee:** | Dennis D. Kennedy |
|---|---|---|---|---|
| **Case Name:** | Don Karl Juravin | | **Bank Name:** | Texas Capital Bank |
| | | | **Account:** | ******4857 - Checking Account |
| **Taxpayer ID#:** | ******9921 | | **Blanket Bond:** | $22,299,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/22/19 | Asset #38 | TD Ameritrade Clearing | Turnover of account | 1229-000 | 3,180.81 | | 3,180.81 |
| 01/22/19 | Asset #39 | TD Ameritrade Clearing | Turnover of account | 1229-000 | 90,641.46 | | 93,822.27 |
| 01/22/19 | Asset #30 | Mercedes Benz & Infiniti of Tampa | Turnover of account | 1229-000 | 16,000.00 | | 109,822.27 |
| 03/22/19 | Asset #43 | Citibank NA | Turnover of Freeze order asset 15-cv-02231 FTC v Roca Labs Inc. | 1249-000 | 4,293.50 | | 114,115.77 |
| 06/28/19 | Asset #31 | Must Cure Obesity | Turnover checks from Glen Reids Office | 1229-000 | 27,409.00 | | 141,524.77 |
| 06/28/19 | Asset #31 | Must Cure Obesity | Turnover checks from Glen Reids Office | 1229-000 | 7,432.00 | | 148,956.77 |
| 01/26/20 | 51001 | Aldo G Bartolone, Jr | Turnover of funds from the Chapter 7 Bankruptcy Estate pursuant to order entered January 23, 2020 Docket number 247 | 8500-002 | | 148,956.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 148,956.77 | 148,956.77 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 148,956.77 | 148,956.77 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$148,956.77** | **$148,956.77** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 4

| **Case Number:** | 18-06821 KSJ | | **Trustee:** | Dennis D. Kennedy |
|---|---|---|---|---|
| **Case Name:** | Don Karl Juravin | | **Bank Name:** | Texas Capital Bank |
| | | | **Account:** | ******7865 - Checking Account |
| **Taxpayer ID#:** | ******9921 | | **Blanket Bond:** | $22,299,000.00 (per case limit) |
| **Period:** | 04/01/20 - 03/31/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/20 | Asset #44 | Bartolone Law, PLLC | Turned over funds from Ch. 11 per 3/16/20 Order Doc# 323 | 1290-000 | 148,956.77 | | 148,956.77 |
| 06/04/20 | | Signature Bank | Transfer to account ending 2298 | 9999-000 | | 148,956.77 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 148,956.77 | 148,956.77 | $0.00 |
| Less: Bank Transfers | | 0.00 | 148,956.77 | |
| **Subtotal** | | 148,956.77 | 0.00 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$148,956.77** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2298** | 8,928.12 | 92,089.23 | 65,795.66 |
| **Checking # ******4857** | 148,956.77 | 148,956.77 | 0.00 |
| **Checking # ******7865** | 148,956.77 | 0.00 | 0.00 |
| | $306,841.66 | $241,046.00 | $65,795.66 |