UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.

_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

    Applicable Debtors.

_____/

Chapter 7

Case No. 6:18-bk-06821-KSJ

Case No. 6:20-bk-01801-KSJ

*Jointly Administered with*
Case No. 6:18-bk-06821-KSJ

**NOTICE OF INTENT TO SERVE SUBPEONA
FOR RULE 2004 EXAMINATION OF ANNA JURAVIN**
**(for production and remote oral testimony)**

    Dennis D. Kennedy, Chapter 7 Trustee (*Trustee*) for the Estate of Don Karl Juravin (Case No. 6:18-bk-06821-KSJ) and the Estate of Must Cure Obesity, Co. (Case No. 6:20-bk-01801-KSJ), by and through his undersigned counsel, pursuant to Fed. R. Bank. P. 2004, Local Rule 2004-1, and Fed. R. Civ. P. 45, applicable to this proceeding by Fed. R. Bankr. P. 9016, hereby gives notice of his intent to serve the Subpoena attached as **Exhibit 1** on Anna Juravin 15118 Pendio Drive, Monteverde, FL 34756.

    The scope of the examination is be as described in Bankruptcy Rule 2004, and no order shall be necessary. The Subpoena for Rule 2004 Examination attached as Exhibit 1 is for testimony by oral examination [via remote video conference] and for production of documents and items as specified in **Exhibit A** to the attached Subpoena. The examinee is requested to produce the items listed on the attached Subpoena **Exhibit A** to the undersigned as designated in the Subpoena on or by **Thursday, April 29, 2021**.

Testimony by oral examination shall be at a subsequent date to be mutually agreed but not later than **20 days** after the completion of the referenced document production. The examination shall be continuing from day to day until completion, and is being taken for the purpose of discovery and for use at any hearing or trial or for such other purpose as are permitted under the applicable rules.

Dated: <u>April 16, 2021</u>.   Respectfully submitted,

/S/*JAMES D. RYAN*
JAMES D. RYAN, ESQ.
FLORIDA BAR NO. 0976751
JDR@RYANLAWGROUP.NET
LAUREN@RYANLAWGROUP.NET
**RYAN LAW GROUP, PLLC**
636 U.S. HIGHWAY ONE, SUITE 110
NORTH PALM BEACH, FL 33408
MAIN: (561) 881-4447   FAX: (561) 881-4461
*SPECIAL COUNSEL TO DENNIS D. KENNEDY, TRUSTEE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **April 16**, 2021, a true and correct copy of the foregoing <u>Notice of Intent to Serve Subpoena</u> has been served by CM/ECF and US mail as indicated:

**CM/ECF:**
- United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
- Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954
- Bradley M. Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789;
- Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801

**US Mail:**
Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756
Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

/S/*JAMES D. RYAN*
JAMES D. RYAN, ESQ.