**U.S. Department of Justice**
United States Marshals Service

**FILED**
MAY 06 2021
Clerk, U.S. Bankruptcy
Orlando Division

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Don Karl Juravin, Debtor | **COURT CASE NUMBER** 6-20-bk-01801-KSJ  6:18-bk-6821 |
| **DEFENDANT** Don Karl Juravin, Must Cure Obesity, Co., Applicable Debtors | **TYPE OF PROCESS** Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
15118 Pendio Drive, Montverde, FL 34756

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US Bankruptcy Judge, Karen S. Jennemann

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 18 | District to Serve No. 18 | Signature of Authorized USMS Deputy or Clerk | Date 4/29/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) Residence of Karl & Anna Juravin | Date 5/6/2021 | Time 10:00 | ☒ am ☐ pm |
|---|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee $845 | Total Mileage Charges (including endeavors) $19.04 (34 Mi. R/T) | Forwarding Fee | Total Charges | Advance Deposits 0 | Amount owed to U.S. Marshal* or (Amount of Refund*) 0 |
|---|---|---|---|---|---|

**REMARKS**

Initial contact had negative results. Upon entry through back door, US Marshals made contact with Anna Juravin and her two juvenile daughters. Residence was secured by USMS, Trustee and his designees located, retrieved, and/or photographed property in the residence. USMS Personnel and Trustee left property at approximately 3 PM. Attached are copies of property lists left by Trustee.

5-5-21 Electronic
Inventory – Jenavin R[...]

- 6 Apple laptops ±15"
- 1 Macbook pro 13"
- 2 Samsung Note 9"
- 1 iPad 7"
- 1 iPad 9"
- 1 Galaxy S7 (looks like new – never used)?
- 2 LG phones (white / Black)
- 1 Apple Desk Top

- 1 Apple power source small white
- 1 Samsung power source white
- 2 Large Apple Power Source
- 1 Generic power source w/ 1 cable and 1 adapter (white w/ B/W cable/adapter)
- 1 Apple/MAC Desktop ± 24" w/ Grey Sandisk external storage device.

5/5/21

## Inventory

1. Documents from Master
2. 3 Watches - Breitling
3. Flower Bag with Documents
4. Box of Misc. Documents from Garage
5. 2 Purple Boxes from Garage
6. Misc. Documents from "Office" Area that is just inside the Garage
7. Misc. Documents from Office Inside To Right