UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>DON KARL JURAVIN,<br><br>Debtor.<br>_____/<br><br>DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ<br><br>MUST CURE OBESITY, CO.<br>Case No. 6:20-bk-01801-KSJ<br><br>Applicable Debtors.<br>_____/ | Chapter 7<br><br>Case No. 6:18-bk-06821-KSJ<br><br>Case No. 6:20-bk-01801-KSJ<br><br>*Jointly Administered with*<br>Case No. 6:18-bk-06821-KSJ |

## TRUSTEE'S NOTICE OF COMPLIANCE WITH BREAK ORDER [Doc. 502]

Dennis D. Kennedy, Chapter 7 Trustee (*Trustee*) for the Estate of Don Karl Juravin (Case No. 6:18-bk-06821-KSJ) and the Estate of Must Cure Obesity, Co. (Case No. 6:20-bk-01801-KSJ), gives notice of compliance with this Court's April 29, 2021 Order [Doc. 502] partially granting Trustee's Motion Under Seal for a Break Order to take Possession of Debtor Property ("Break Order") by:

- Photographing the interior of the Debtor's home, pursuant to decretal paragraph 5;

- Taking possession of the Property and promptly filing an inventory of removed items, pursuant to decretal paragraph 6; and

- Serving the Debtor with a copy of the Trustee's Motion [Doc.490] and the Break Order after taking possession of the Property and filing an Inventory [Doc. 497] with the Court.

Dated: May 17, 2021          Respectfully submitted,

/s/ *James D. Ryan*
**James D. Ryan, Esq.**
Florida Bar No. 0976751
JDR@RYANLAWGROUP.NET
LAUREN@RYANLAWGROUP.NET
**Ryan Law Group, PLLC**
636 U.S. Highway One, Suite 110
North Palm Beach, FL 33408
Main: (561) 881-4447   Fax: (561) 881-4461
*Special Counsel to Dennis D. Kennedy, Trustee*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 17, 2021**, a true copy of the foregoing Notice of Compliance has been served by as indicated below:

- **CM/ECF**
    - United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL 32801
    - Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801
    - All CM/ECF registered parties

- **Via email only to:** Shawn Yesner, Esq. shawn@yesnerlaw.com, stacey@yesnerlaw.com

- **U.S. Mail**
  **Don Juravin** 15118 Pendio Drive, Montverde, FL 34756
  **Anna Juravin** 15118 Pendio Drive, Montverde, FL 34756

/s/ *James D. Ryan*
James D. Ryan, Esq.