UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Chapter 7

DON KARL JURAVIN,                                   Case No. 6:18-bk-06821-KSJ

    Debtor.                                                 Case No. 6:20-bk-01801-KSJ

_____/         *Jointly Administered with*
                                                                  Case No. 6:18-bk-06821-KSJ

DON KARL JURAVIN
Case No. 6:18-bk-06821-KSJ

    Applicable Debtor.

_____/

**PROOF OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Abating Motion to Compel (Abandonment/Turnover/Other)* (Doc. No. 507), has been provided to the following parties and persons of interest as listed below on May 19, 2021 via:

***CM/ECF to:***

United States Trustee, George C. Young Federal Bldg., 400 W. Washington Street, Suite 1100, Orlando, FL  32801

Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954

Aldo G. Bartolone, Jr., Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801

James D. Ryan, Esq., 636 U.S. Highway One, Suite 110, North Palm Beach, FL 33408

***U.S. Mail to:***

Hal E. Hershkowitz, Hershkowitz & Kunitzer, P.A., 5039 Central Avenue, St. Petersburg, FL 33710

Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756

                                                 */s/ Bradley M. Saxton*
                                                 Bradley M. Saxton, Esquire
                                                 Florida Bar No. 0855995
                                                 bsaxton@whww.com
                                                 **WINDERWEEDLE, HAINES, WARD**
                                                   **& WOODMAN, P.A.**
                                                 Post Office Box 880
                                                 Winter Park, FL 32790-0880
                                                 (407) 423-4246
                                                 (407) 645-3728 (facsimile)
                                                 Attorneys for Dennis D. Kennedy, Trustee