

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/18/2021 04:00 PM

COURTROOM 6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-KSJ** | 7 | 10/31/2018 |

**Chapter 7**

**DEBTOR:**   Don Juravin

**DEBTOR ATTY:**   Amber Robinson

**TRUSTEE:**   Dennis Kennedy

**HEARING:**

(ZOOM)   Cont. Status Conference and/or in person
1)   Trustee's Expedited Motion to Compel Turnover of Sold Assets, production of documents requested by Trustee, compliance with Rules 341 and 1019, and for Sanctions (Doc #442) - follow up on compliance
2)   Trustee's Motion to Compel compliance with Rule 2004 subpoena re CPA Hershkowitz (Doc #448) - follow up on compliance
3)   Trustee's Motion to Compel compliance with March 9, 2021 Order and for Sanctions (Doc #459) - follow up on compliance
Note: cont. 1/14/20; 3/11/20; 4/15/20; 6/25/20; 8/4/20; 8/17/20; 11/17/20; 3/4/21; 3/24/21; 4/28/21
Converted 3/16/20
341 Scheduled 2/15/21
Amended Order Extending Deadline for Compliance (Doc #473)
Pending:
Debtor's Notice of Compliance (Doc #484)
Trustee's Response to Notice of Compliance (Doc #489)
Trustee's Notice of Filing Inventory (Doc #497)
.

**APPEARANCES::**   Aldo Bartolone (Debtor Atty); Don and Ana Juravin (Debtors); James Ryan, Bradley Saxton, Lauren Reynolds (Trustee Atty); Dennis Kennedy (Trustee); Michael Nardella (Natural Vitamins Atty); David Landis (PCS Real Estate Atty); Will Matthews (Bella Collina Atty); Hal Hershowitz (Accountant); Miriam Suarez (US Trustee Atty);

**RULING:**
(ZOOM)   Cont. Status Conference and/or in person -   cont. to May 19, 2021 at 3:00 pm (AOCNFNG);

1)   Trustee's Expedited Motion to Compel Turnover of Sold Assets, production of documents requested by Trustee, compliance with Rules 341 and 1019, and for Sanctions   (Doc #442)   - follow up on compliance -   cont. to May 19, 2021 at 3:00 pm (AOCNFNG);

2)   Trustee's Motion to Compel compliance with Rule 2004 subpoena re CPA Hershkowitz   (Doc #448)   - follow up on

compliance -   ABATED

3)   Trustee's Motion to Compel compliance with March 9, 2021 Order and for Sanctions   (Doc #459)   - follow up on compliance - cont. to May 19, 2021 at 3:00 pm (AOCNFNG); (gww).

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.