UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,　　　　　　　　　Case No. 6:18-bk-06821-KSJ
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM #7, PROOF
OF CLAIM #15 AND AMENDED PROOF OF CLAIM 15-2 FILED BY KARAN ARORA**

Karan Arora (the "Creditor"), by and through its undersigned counsel, files this Notice of Withdrawal of Proof of Claim #7-1 filed on March 29, 2019, Proof of Claim 15 filed on January 3, 2020, and Amended Proof of Claim 15-2 (collectively "Claims") filed on July 21, 2020.

Dated this 24th day of June 2021.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Nardella*
　　　　　　　　　　　　　　　　　　　Michael A. Nardella, Esq.
　　　　　　　　　　　　　　　　　　　Florida Bar No: 51265
　　　　　　　　　　　　　　　　　　　NARDELLA & NARDELLA, PLLC
　　　　　　　　　　　　　　　　　　　135 W. Central Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　Orlando, Florida 32801
　　　　　　　　　　　　　　　　　　　Telephone: (407) 966-2680
　　　　　　　　　　　　　　　　　　　Primary Email: mnardella@nardellalaw.com
　　　　　　　　　　　　　　　　　　　Secondary Email: service@nardellalaw.com

　　　　　　　　　　　　　　　　　　　**COUNSEL FOR NATURAL VITAMINS
　　　　　　　　　　　　　　　　　　　LABORATORY CORPORATION AND
　　　　　　　　　　　　　　　　　　　KARAN ARORA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, I electrically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system which will give electronic notice to all registered CM/ECF users.

　　　　　　　　　　　　　　　　　　　*/s/ Michael A. Nardella*
　　　　　　　　　　　　　　　　　　　Michael A. Nardella, Esq.