UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

| | |
|---|---|
| DON KARL JURAVIN | Chapter 7 |
| Debtor, | Case No. 6:18-bk-06821-KSJ |
| _____/ | Case No. 6-20-bk-01801-KSJ |
| | |
| DON KARL JURAVIN, | *Jointly Administered with* |
| | Case No. 6:18-bk-06821-KSJ |
| MUST CURE OBESITY, CO, | |
| Applicable Debtors. | |
| _____/ | |

**NOTICE OF WITHDRAWAL OF
PROOF OF CLAIM #5 FILED BY KARAN ARORA**

Karan Arora (the "Creditor"), by and through its undersigned counsel, files this Notice of Withdrawal of Proof of Claim #5-1 filed on July 31, 2020.

Dated this 24th day of June 2021.

Respectfully submitted,

*/s/ Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No: 51265
NARDELLA & NARDELLA, PLLC
135 W. Central Blvd., Suite 300
Orlando, Florida 32801
Telephone: (407) 966-2680
Primary Email: mnardella@nardellalaw.com
Secondary Email: service@nardellalaw.com

**COUNSEL FOR NATURAL VITAMINS
LABORATORY CORPORATION AND
KARAN ARORA**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2021, I electrically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system which will give notice to all registered CM/ECF users.

                                              */s/ Michael A. Nardella*
                                              Michael A. Nardella, Esq.