UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-KSJ |
| Debtor. | Case No. 6:20-bk-01801-KSJ |
| _____/ | *Jointly Administered with* Case No. 6:18-bk-06821-KSJ |
| DON KARL JURAVIN, Case No. 6:18-bk-06821-KSJ | |
| MUST CURE OBESITY, CO. Case No. 6:20-bk-01801-KSJ | |
| Applicable Debtors. _____/ | |

**TRUSTEE'S NOTICE
OF CONTINUED REMOTE RULE 2004 EXAMINATION OF ANNA JURAVIN**
***(via Zoom, production and remote testimony)***

Dennis D. Kennedy, Chapter 7 Trustee (*Trustee*) for the Estate of Don Karl Juravin (Case No. 6:18-bk-06821-KSJ) and the Estate of Must Cure Obesity, Co. (Case No. 6:20-bk-01801-KSJ), by and through his undersigned counsel, pursuant to Fed. R. Bank. P. 2004, hereby gives notice that he will conduct the continuation of his examination of **ANNA JURAVIN** upon oral examination via **ZOOM**, on **Friday, September 10, 2021**, at **9:00 a.m.** before Esquire Deposition Solutions (court reporter), or some other officer duly authorized by law to take examinations, continuing from day to day until completion. The examination is being taken for the purpose of discovery and for use at any hearing or trial or for such other purpose as are permitted under the applicable rules.

The Examinee remains under the Notice of and Subpoena for Rule 2004 Examination, Doc. 482 dated 04/16/2021, served 04/29/2021. *See*, **Exhibit 1** attached.

Dated: August 5, 2021.                    Respectfully submitted,

/s/*James D. Ryan*
James D. Ryan, Esq.
Florida Bar No. 0976751
JDR@RYANLAWGROUP.NET
LAUREN@RYANLAWGROUP.NET
**Ryan Law Group, PLLC**
636 U.S. Highway One, Suite 110
North Palm Beach, FL 33408
Main: (561) 881-4447 Fax: (561) 881-4461
*Special Counsel to Dennis D. Kennedy, Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 5, 2021**, a true and correct copy of the foregoing Notice of Continued Rule 2004 Examination – Anna Juravin has been served by CM/ECF and US mail as indicated:

**CM/ECF:**
- United States Trustee, c/o Charles R Sterbach, Esq., George C. Young Federal Bldg, 400 W. Washington Street, Suite 1100, Orlando, FL 32801;
- Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954
- Bradley M. Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789;
- Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801;
- Shawn M. Yesner, Esq., Yesner Law, P.L. Countryside Colonial Center, 2753 SR 580, Suite 106, Clearwater, FL 33761-3345

**US Mail:**
- Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756
- Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

/s/*James D. Ryan*
James D. Ryan, Esq.