UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DON KARL JURAVIN, | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | Case No. 6:20-bk-1801-KSJ |
| Debtor. | ) | |
| _____ | ) | *Jointly Administered with* |
| | ) | Case No. 6:18-bk-6821-KSJ |
| DON KARL JURAVIN, | ) | |
| | ) | |
| Applicable Debtor. | ) | |
| _____ | ) | |

**UNOPPOSED MOTION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE SCHEDULED FOR SEPTEMBER 8, 2021 (DOC. NO. 548)**

The Debtor, Don Karl Juravin, by and through undersigned counsel, hereby files this Unopposed Motion to Reschedule Hearing on Order to Show Cause currently scheduled for September 8, 2021 pursuant to the Order Granting in Part Trustee's Motion to Supplement ESI Order and Setting Hearing (the "Show Cause Order") (Doc. No. 548), and in support thereof further states as follows:

1. Pursuant to the Show Cause Order, the Court scheduled a hearing to determine whether the Debtor has complied with the ESI Order for September 8, 2021 at 11:30 a.m. (the "Show Cause Hearing").

2. The Debtor issued a subpoena for the appearance of Richard Gralnik of Online Security, Inc. to appear at the Show Cause Order.

3. The undersigned was contacted by Trustee's counsel and advised that Mr. Gralnik will be observing Rosh Hashanah on September 8, 2021 and will not be able to appear at the Show Cause Hearing.

4.Mr. Gralnik also indicated to Trustee's counsel that there are various Jewish Holidays throughout the month of September, and would prefer to have the hearing rescheduled to a date after September 29, 2021, which is the last day of the Jewish Holidays in September.

5.The Debtor will also be observing Rosh Hashanah on September 8, 2021 and will not be available to appear at the Show Cause Hearing.

6.The undersigned contacted Trustee's counsel regarding a continuance of the Show Cause Hearing and they had no objection.

WHEREFORE, the Debtor respectfully requests this Honorable Court enter an Order: (i) granting this Motion; (ii) continuing the Show Cause Hearing until after September 29, 2021; and (iii) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF or United States Mail, first class and postage prepaid, on all parties-in-interest listed on the attached Mailing Matrix, this 2nd day of September, 2021.

_/s/ Aldo G. Bartolone, Jr._
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
1030 N. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: 407-294-4440
Facsimile: 407-287-5544
E-mail: aldo@bartolonelaw.com
*Attorneys for Defendants*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-06821-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Sep  2 15:47:46 EDT 2021 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bella Collina Property Owner's Associat<br>c/o Becker & Poliakoff<br>100 Whetstone Place<br>Suite 302<br>Saint Augustine, FL 32086-5775 |
| Ben-Zvi Law Firm<br>23 Bar-Cochva<br>Bnei-Brak, Israel | DCS Real Estate Investments, LLC<br>636 U.S. Hwhy One<br>Suite 100<br>North Palm Beach, FL 33408-4611 | (p)FEDERAL TRADE COMMISSION<br>ASSOCIATE DIRECTOR<br>DIVISION OF ENFORCEMENT<br>600 PENNSYLVANIA AVE NW MAIL DROP NJ-2122<br>WASHINGTON DC 20580-0001 |
| Mercedes-Benz Financial Services USA LLC<br>c/o Ed Gezel<br>Bk Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | (c)NATURAL VITAMINS LABORATORY CORPORATION<br>12845 NW 45TH AVE<br>OPA LOCKA FL   33054-5119 | Wilmington Financial Services, LLC<br>c/o David M. Landis, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard<br>Suite 2690<br>Miami, FL 33131-1815 | Zuckerman & Co.<br>Ea Yarkon St 113<br>Tel Aviv Israel | Anna Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Anna Juravin<br>Ralph Strzalkowski & Amber Robinson<br>695 Central Ave Ste. 264<br>St. Petersburg, FL 33701-3669 | Bella Collina Property Owner's Associat<br>c/o William C. Matthews, Esq.<br>Shutts & Bowen LLP<br>300 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3382 | Bella Collina Property Owners Assoc Inc.<br>c/o Aegis Community Mgmt Solutions, Inc.<br>8390 Championsgate Blvd., Suite 304<br>Championsgate, FL 33896-8313 |
| Carl H. Settlemyer, III, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Consumer Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 |
| DCS Real Estate Investments, LLC<br>c/o David M. Landis, Esq.<br>PO Box 2854<br>Orlando, FL 32802-2854 | Dr. Free<br>11 Walnut Street, #12350<br>Green Cove Springs, FL 32043 | FLORIDA RIGHTS LAW FIRM OBO ANNA JURAVIN<br>695 CENTRAL AVE STE 264<br>ST PETE FL 33701<br>AROBINSON@AROBINSONLAWFIRM.COM<br>RS@LAWYERONWHEELS.ORG 33701-3669 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |
| Julia Kalatusha<br>32 Borochov<br>Tel Aviv, Israel | Juvarin, Inc.<br>P. O. Box 560510<br>Montverde, FL 34756-0510 | Karan Arora<br>12815 NW 45th Avenue<br>Opa Locka, FL 33054-5116 |
| Karan Arora<br>c/o Michael A. Nardella, Esq.<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801-2435 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 | Mercedes-Benz Financial<br>P. O. Box 961<br>Roanoke, TX 76262-0961 |

| | | |
|---|---|---|
| Mercedes-Benz Financial Services USA LLC<br>c/o BK Servicing, LLC<br>PO Box 131265<br>Roseville, MN 55113-0011 | Mercedez-Benz Financial<br>PO Box 961<br>Roanoke, TX 76262-0961 | Must Cure Obesity Co.<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Noam Ben Zvi<br>10/93 Rishon Lezion Street<br>Petachtiachba, Israel | Opinion Corp.<br>c/o Randazza Legal Group<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117-3400 | PSR Developers, LLLP<br>3900 Centennial Drive<br>Suite C<br>Midland, MI 48642-5996 |
| Paul B. Spelman, Esq.<br>Federal Trade Commission<br>600 Pennsylvania Avenue NW<br>Mail Drop CC-10528<br>Washington, DC 20580-0001 | Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shay Zuckerman<br>8 Babli Street<br>Tel Aviv, Israel |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, N.E.<br>Suite 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | United States Trustee - ORL7/13<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Zachary Lake<br>c/o Hammer Law Offices, APLC<br>26565 West Agoura Road, Suite 200-197<br>Calabasas, CA 91302-1984 | Zuckerman & Co.<br>c/o Shay Zuckerman<br>HaYarkon St. 113<br>Tel Aviv, Israel | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 |
| Amber C Robinson<br>Robinson Law Office, PLLC<br>695 Central Avenue, Ste 1501<br>St. Petersburg, FL 33701-3669 | (p)DENNIS D  KENNEDY<br>PO BOX 541848<br>MERRITT ISLAND FL 32954-1848 | Don Karl Juravin<br>15118 Pendio Drive<br>Montverde, FL 34756-3606 |
| Hal Levenberg<br>Yip Associates<br>One Biscayne Tower<br>2 S. Biscayne Boulevard, Suite 2690<br>Miami, FL 33131-1815 | Hal E. Hershkowitz<br>Hershkowitz & Kunitzer, P.A.<br>5039 Central Avenue<br>St. Petersburg, FL 33710-8240 | Henry N Portner<br>Law Offices of Henry Portner<br>6316 Vireo Court<br>Lake Worth, FL 33463-9340 |
| James D Ryan, Esq.<br>Ryan Law Group, PLLC<br>636 US Highway One<br>Suite 110<br>North Palm Beach, FL    33408-4611 | Naom Ben Zvi<br>23 Bar-Cochva<br>Bnei-Brak Israel | Pamela J Henley<br>343 N. Fern Creek Avenue<br>Orlando, FL 32803-5439 |
| Robert H Ewald<br>Ewald Enterprises, Inc.<br>12472 Lake Underhill Road<br>Suite 312<br>Orlando, FL 32828-7144 | Shay Zuckerman<br>8 Bavli Street<br>Tel Aviv, Israel | Zachary Lake<br>26565 West Agoura Road<br>Suite 200-197<br>Suite 200-197<br>Calabasas, CA 91302-1984 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Federal Trade Commission            (d)Federal Trade Commission         Dennis D Kennedy
600 Pennsylvania Avenue NW          600 Pennsylvania Avenue NW          P. O. Box 541848
CC-9528                             Mail Crop CC-10528                  Merritt Island, FL 32954
Washington, DC 20580                Washington, DC 20580


(d)Dennis D. Kennedy
Post Office Box 541848
Merritt Island, FL 32954
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Natural Vitamins Laboratory Corporation
12815 NW 45th Avenue
Opa Locka, FL 33054-5100
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Consumer Opinion Corp.           (u)Opinion Corp.                    (u)United Medical Group International, Inc.


(d)American Express National Bank   (d)Bella Collina Property Owner's Associat   (d)Ben-Zvi Law Firm
c/o Becket and Lee LLP              c/o William C Matthews, Esq.        23 Bar-Cochva
PO Box 3001                         Shutts & Bowen LLP                  Bnei-Brak, Israel
Malvern  PA 19355-0701              300 S. Orange Avenue, Suite 1600
                                    Orlando, FL 32801-3382

(d)Florida Dept. of Revenue         (d)Internal Revenue Service         (d)Mercedes-Benz Financial
Bankruptcy Unit                     Post Office Box 7346                PO Box 961
P.O. Box 6668                       Philadelphia PA 19101-7346          Roanoke, TX 76262-0961
Tallahassee, FL 32314-6668


(d)Anna Juravin                     (d)Karan Arora                      End of Label Matrix
15118 Pendio Drive                  12815 NW 45th Avenue                Mailable recipients    56
Montverde, FL 34756-3606            Opa Locka, FL 33054-5116            Bypassed recipients    11
                                                                        Total                  67
```