ORDERED.

Dated: September 03, 2021

_Karen S. Jennemann_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DON KARL JURAVIN, | ) | Case No. 6:18-bk-6821-KSJ |
| | ) | Case No. 6:20-bk-1801-KSJ |
| Debtor. | ) | |
| _____ | ) | _Jointly Administered with_ |
| | ) | Case No. 6:18-bk-6821-KSJ |
| DON KARL JURAVIN, | ) | |
| | ) | |
| Applicable Debtor. | ) | |
| _____ | ) | |

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE SCHEDULED FOR SEPTEMBER 8, 2021**

This case came before the Court, without a hearing, on the Unopposed Motion to Reschedule Hearing on Order to Show Cause Scheduled for September 8, 2021 (the "Motion") (Doc. No. 557). Having reviewed the pleadings and considered the position of interested parties, it is

ORDERED:

1. The Motion (Doc. No. 557) is granted.

1

2

2. The further hearing on Trustee's Expedited Motion (Doc. No. 546) to Supplement the Joint Agreed Order on ESI Retention and Recovery Process (Doc. No. 526) and for an Order to Show Cause Why Debtor Should Not Be Held in Contempt (the "Show Cause Hearing"), currently scheduled for September 8, 2021 at 11:30 a.m. is canceled.

3. The Show Cause Hearing is rescheduled to September 9, 2021 at 2:00 p.m.

Attorney, Aldo G. Bartolone, Jr., Esq., is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.