[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: November 16, 2021

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No. 6:18−bk−06821−KSJ
                                                                                                Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER GRANTING MOTION FOR COURT TO PAY FOR APPEAL TRANSCRIPT**

   THIS CASE came on for consideration without a hearing of the **Motion for Court to Pay for Appeal Transcript** (Doc. **626** ), filed by **Interested Party Anna Juravin** .

   The Court having considered the record, the Motion for Court to Pay for Appeal Transcript is Granted .

   No statutory or other basis exists for an appellant to request the Court to pay for transcripts required to proceed with an appeal. And no justification for such relief in this case exists.

   The Court in its discretion may file written findings of facts and conclusions of law at a later date.

   Service Instructions:

   Attorney Shawn Yesner is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.