[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: November 16, 2021

Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No. 6:18−bk−06821−KSJ
                                                                                                 Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

### ORDER DENYING MOTION TO STAY (BK)

THIS CASE came on for consideration without a hearing of the **Motion to Stay (BK)** (Doc. **625** ), filed by **Interested Party Anna Juravin** .

The Court having considered the record, the Motion to Stay (BK) is Denied .

The motion is denied without prejudice to the District Court considering any request for a stay pending appeal.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

Attorney Shawn Yesner is directed to serve a copy of this order on interested non−CM/ECF users and file a proof of service within three (3) days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.