## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:18-bk-06821-LVV |
| DON KARL JURAVIN, | Case No. 6:20-bk-1801-LVV<br>Jointly Administered |
| | Chapter 7 |
| _____Debtor._____/ | |

### SHAY ZUCKERMAN'S RESPONSE TO TRUSTEE'S SUBPOENA FOR RULE 2004 EXAMINATION

Shay Zuckerman ("Zuckerman") responds to the Chapter 7 Trustee's 2004 Subpoena and states as follows:

### General Objections

- Zuckerman objects to the Subpoena to the extent that it seeks production of documents or communications subject to attorney-client privilege. Zuckerman is a lawyer licensed to practice in Israel and Zuckerman objects to any request which violates any of its clients' attorney-client privilege under Israeli law. Zuckerman has sought guidance from the Israeli bar association concerning these claims of privilege and may supplement this response.

- Zuckerman objects to the subpoena to the extent that it seeks discovery in the Trustee's pending adversary proceedings against Zuckerman. Under the "pending proceeding" rule, the Trustee must obtain adversary proceeding discovery under Federal Rules of Bankruptcy Procedure 7026 through 7037, "which mandatorily supplant the applicability of Rule 2004 by triggering the discovery system found in the Federal Rules of Civil Procedure." *In re M4 Enterprises*, 190 B.R. 471, 476 (Bankr. N.D. Ga. 1995). All responses are made subject to this objection.

**Responses**

**Request No. 1.**     Zuckerman encloses all documents in his custody, possession, or control responsive to this request.

**Request No. 2.**     Zuckerman objects to this request as overbroad and violating attorney-client privilege. Zuckerman may supplement this response upon receipt of guidance from the Israeli bar.

**Request No. 3.**     Zuckerman encloses all documents in his custody, possession, or control responsive to this request.

**Request No. 4.**     Zuckerman has no documents responsive this request in his custody, possession, or control.

**Request No. 5.**     Zuckerman has no documents responsive this request in his custody, possession, or control.

**Request No. 6.**     Zuckerman objects to this request as vague. The request appears to seek communications between Zuckerman and himself.

HOFFMAN, LARIN & AGNETTI., P.A.
Counsel for Zuckerman
909 North Miami Beach Blvd., Suite 201
North Miami, FL 33162
Tel:             (305) 653-5555
Fax:            (305) 940-0090
Email:          mshoffman@hlalaw.com

/s/ Michael S. Hoffman
Michael S. Hoffman
Florida Bar No.: 41164

<u>Certificate of Service</u>

I hereby certify that a true and correct copy of the foregoing was served via e-mail to Lauren Reynolds, Esq., James D. Ryan, Esq., and Bradley M. Saxton, Esq. on March 3, 2022.

<u>/s/ Michael S. Hoffman</u>
Michael S. Hoffman