UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

**In Re:**

**DON KARL JURAVIN**　　　　　　　　　　　　Case No. 6:18-bk-06821- LVV

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7   (Discharged)

_____/

## DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C 329 (a) and FED. R. BANKR. P. 2016(b).

Henry N. Portner, attorney at law of the State of Florida does hereby certify to the following:

I responded to a Craigslist advertisement seeking an experienced litigator licensed in Florida in May of 2021. I received an email dated May 31, 2021 in which the terms of the legal engagement were set forth:

　　Represent the Juravin family and their entities

　　File representation in the existing cases

　　File new claim cases if they arise

　　Defend a $30K judgment against Anna Juravin

　　Look over our sites and social media to prevent defamation

　　Coordinate the family interests with April Goodwin, Aldo Bartolone and Shawn Yesner

> Defend my foreclosure case
>
> Supervise and make sure that the entities are in compliance with FTC and all other regulations.
>
> Assist with our tax filings.
>
> Assist in the MA Case filed by Mark Randaza.

I accepted the terms of the email engagement by return email. Thereafter, I met in person with Mr.and Mrs Juravin to finalize the engagement.

The initial engagement did not include any bankruptcy representation which later evolved when it was learned that Aldo Bartolone was intending to run for a judgeship and would likely need to remove himself as counsel.

The compensation was to be $6,000 a month for 100 productive hours. Hours up to the 15th will be paid by 17th and the rest of the month hours were to be paid by the 3rd.

The first payment commenced during the month of June, 2021 and continued monthly until March, 2022. The monthly retainer was reduced to $5,000 a month after several months.

I use Lawpay to facilitate the billing and receipt of funds. Attached is the Lawpay report from June, 2021 to the date of this Disclosure.

I am advised that the source of the funds are from credit cards and as reflected on the attached Lawpay report. I received no checks, nor funds from any other sources whatsoever. The reports identifies the source of payment and charge card used.

As respects this bankruptcy matter, initially, I was asked to represent entities in which Anna Juravin had an ownership interest in bankruptcy. Thereafter, I entered an appearance directly for Don Juravin in the bankruptcy court. A far majority of my time is spent in state related cases and representation.

A fair and appropriate allocation of my time was 3/5's to non bankruptcy related matters and more recently 2/5's of my time in bankruptcy related matters. No separate accounting of hours was necessary or kept because the monthly retainer is at a fixed amount to handle all of the Juravin family matters.

**I certify that the foregoing statements are true and correct to the best of my knowledge, information and belief.**

**Dated: April 18, 2022**                                    s/Henry N. Portner, Esq.
                                                            Henry N. Portner, Esq.
                                                            Florida Bar # 0883050
                                                            <u>portnerlaw@gmail.com</u>

# Transaction Report Operating (Card)

## Summary

| Method | Transactions | Charges | Refunds | Credits | Total |
|---|---|---|---|---|---|
| American Express | 2 | $5,400.00 | $0.00 | $0.00 | $5,400.00 |
| Mastercard | 12 | $25,426.71 | $0.00 | $0.00 | $25,426.71 |
| Visa | 20 | $29,150.29 | $0.00 | $0.00 | $29,150.29 |
| **Grand Totals:** | 34 | $59,977.00 | $0.00 | $0.00 | $59,977.00 |

| Date | Name | Amount | Status | Tags | Reference | Payment Source |
|---|---|---|---|---|---|---|
| 03/12/2022 | JURAVIN MasterCard ************49 | $3,000.00 | COMPLETED | Attorney Practice Area | | Quick Bill |
| 02/17/2022 | JURAVIN MasterCard ************49 | $3,000.00 | COMPLETED | Attorney Practice Area | | Quick Bill |
| 02/17/2022 | JURAVIN MasterCard ************14 | $2,000.00 | COMPLETED | Attorney Practice Area | | Quick Bill |
| 01/20/2022 | Juravin VISA ************62 | $1,200.00 | COMPLETED | Attorney Practice Area | | Quick Bill |
| 01/20/2022 | Juravin MasterCard ************49 | $3,800.00 | COMPLETED | Attorney Practice Area | | Quick Bill |
| 01/04/2022 | X  X | $2,100.00 | COMPLETED | Attorney Practice Area | Quiet Title Respsonse | Quick Bill |
| 12/20/2021 | JURAVIN VISA ************62 | $800.00 | COMPLETED | Attorney Practice Area | Bal. Dec. Retainer | Quick Bill |
| 12/19/2021 | Juravin MasterCard ************49 | $4,200.00 | COMPLETED | Attorney Practice Area | december retainer | Quick Bill |

| Date | Name | Amount | Status | Tags | Reference | Payment Source |
|---|---|---|---|---|---|---|
| 12/19/2021 | JURAVIN MasterCard ************49 | $5,000.00 | FAILED | Attorney Practice Area | December Retainer | Quick Bill |
| 11/20/2021 | Juravin VISA ************62 | $1,600.00 | COMPLETED | Attorney Practice Area | Retainer Balance | Quick Bill |
| 11/19/2021 | Juravin AMEX ***********10 | $3,400.00 | COMPLETED | Attorney Practice Area | Retainer | Quick Bill |
| 10/04/2021 | JURAVIN VISA ************62 | $5,000.00 | COMPLETED | Attorney Practice Area | Monthly Retainer | Quick Bill |
| 09/20/2021 | Juravin VISA ************62 | $2,500.00 | COMPLETED | Attorney Practice Area | Retainer | Quick Bill |
| 09/02/2021 | X X | $402.00 | COMPLETED | Attorney Practice Area | Foreclosure Filing Fee in Federal Courtr | Quick Bill |
| 09/02/2021 | JURAVIN VISA ************62 | $2,000.00 | COMPLETED | Attorney Practice Area |  | Quick Bill |
| 08/17/2021 | JURAVIN VISA ************62 | $1,000.00 | COMPLETED | Attorney Practice Area | August Remaining Retainer | Quick Bill |
| 08/09/2021 | JURAVIN VISA ************62 | $1,250.00 | COMPLETED | Attorney Practice Area | Payment on account of August Retainer | Quick Bill |
| 07/27/2021 | Juravin VISA ************62 | $1,000.00 | COMPLETED | Attorney Practice Area | As per request/ Thank you! | Quick Bill |
| 07/19/2021 | X X | $500.00 | COMPLETED | Attorney Practice Area | Monthly Retainer for counsel to accounting and tax practice | Quick Bill |
| 07/12/2021 | JURAVIN VISA ************62 | $750.00 | COMPLETED | Attorney Practice Area | Retainer Advance | Quick Bill |
| 07/01/2021 | Juravin VISA ************62 | $4,000.00 | COMPLETED | Attorney Practice Area | July Retainer | Quick Bill |

| Date | Name | Amount | Status | Tags | Reference | Payment Source |
|---|---|---|---|---|---|---|
| 06/28/2021 | ✗ ✗ | $1,500.00 | COMPLETED | Attorney Practice Area | Aver | Henry Portner - Invoice Payment |
| 06/10/2021 | United Medical Group International Inc. Anna Juravin VISA ************62 | $3,000.00 | COMPLETED | Attorney Practice Area | UMGI | Invoice Payment |
| 06/09/2021 | ✗ ✗ | $350.29 | COMPLETED | Attorney Practice Area | Alexandra | Henry Portner - Invoice Payment |
| 06/09/2021 | ✗ ✗ | $124.71 | COMPLETED | Attorney Practice Area | Yvenel | Henry Portner - Invoice Payment |

ORDERED.

Dated: April 18, 2022

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>DON KARL JURAVIN<br><br>Debtor.<br>_____/ | Case No. 6:18-bk-06821-LVV<br>Chapter 7<br><br>Jointly Administered with<br>Case No. 6:20-bk-01801-LVV |

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

Applicable Debtors.
_____/

### ORDER GRANTING MOTION TO COMPEL DEBTOR'S COUNSEL, HENRY PORTNER, TO FILE DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329(a) AND FED. R. BANKR. P. 2016(b)

THIS CASE came on for hearing on April 12, 2022, at 11:00 a.m., on the Trustee's Motion to Compel Debtor's Counsel, Henry Portner, to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) ("Motion") (Doc. No. 666) and the Reply to Motion Seeking Further Disclosure of Fees Received by Henry Portner (Doc. No. 667). After considering the Motion and the arguments of counsel and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion (Doc. No. 666) is **GRANTED**.

2. No later than April 26, 2022, Henry Portner shall file complete and thorough disclosures in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), which disclosures should specifically provide the following information:

   A. In connection with his representation of the Debtor:

   1. A separate listing of each amount paid to Mr. Portner, and for each amount the following information should be provided:

      a. The amount of the payment;
      b. The date of the payment; and
      c. The source of the payment.

   2. A description of any and all agreements relating to his representation of the Debtor and if the agreement is in writing the agreement should be filed along with the disclosure;

   B. In connection with his representation of Anna Juravin, Juravin, Inc., and United Medication Group, Inc. ("UMGI"), or any other entity related to the Debtor:

   1. A separate listing of each amount paid to Mr. Portner, and for each amount the following information should be provided:

      a. The amount of the payment;
      b. The date of the payment; and
      c. The source of the payment.

   2. A description of any and all agreements relating to his representation of Anna Juravin, Juravin, Inc., and UMGI and if the agreement is in writing the agreement should be filed along with the disclosure.

Bradley M. Saxton is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.