**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                             Case No. 6:18-bk-06821-LVV

DON KARL JURAVIN,                                  Case No. 6:20-bk-1801-LVV
                                                   Jointly Administered

                                                   Chapter 7

_____Debtor._____/

**SHAY ZUCKERMAN'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Shay Zuckerman files this notice of the withdrawal of proof of claim #12 filed on January 2, 2020.

                                        HOFFMAN, LARIN & AGNETTI., P.A.
                                        Counsel for Shay Zuckerman
                                        909 North Miami Beach Blvd., Suite 201
                                        North Miami, FL 33162
                                        Tel:            (305) 653-5555
                                        Fax:           (305) 940-0090
                                        Email:         mshoffman@hlalaw.com

                                        /s/ Michael S. Hoffman
                                        Michael S. Hoffman
                                        Florida Bar No.: 41164