# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Case Number:** 20-01801 TPG  
**Case Name:** Must Cure Obesity Co  
**Period Ending:** 03/31/22

**Trustee:** Dennis D. Kennedy  
**Filed (f) or Converted (c):** 05/29/20 (c)  
**§341(a) Meeting Date:** 06/30/20  
**Claims Bar Date:** 08/07/20

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | TD Bank Checking 1735 (see footnote) | 24.00 | 0.00 | | 0.00 | FA |
| 2 | Mercedes Benz GLS 500 | 15,876.13 | 15,876.13 | | 0.00 | 0.00 |
| 3 | RocaLabs Nutraceutical | 103,000.00 | 0.00 | | 0.00 | FA |
| 4 | Lake, Zachary et al. v. Roca Labs, Inc. et al. Case no. BC559016, Superior Court of CA, County of Los Angeles | Unknown | 0.00 | | 0.00 | FA |
| 5 | iPayment (now Paysafe) (Roca Labs Nutraceutical USA, Inc.'s assets now owned by Debtor)-$153,000-funds owed to Debtor frozen by FTC | 153,000.00 | 0.00 | | 0.00 | FA |
| 6 | iPayment (now Paysafe) (Roca Labs Nutraceutical USA, Inc.'s assets now owned by Debtor) $300,000 potential lawsuit | 300,000.00 | 0.00 | | 0.00 | FA |
| 7 | WellsFargo Jugaad Co. help for MCO | 272,365.06 | 0.00 | | 0.00 | 0.00 |
| 8 | WellsFargo USA Distributors Services for MCO | 27,203.12 | 0.00 | | 0.00 | 0.00 |
| 9 | PayPal (17-bk-09732 Roca Labs case, money belonging to MCO mistakenly appropriated for RocaLabs) (17-bk-09732 Roca Labs case, money belonging to MCO mistakenly appropriated for RocaLabs) | 11,580.97 | 0.00 | | 0.00 | 0.00 |
| 10 | Green Money refund | 12,000.00 | 0.00 | | 0.00 | 0.00 |
| 11 | potential lawsuit against Green Money | 200,000.00 | 0.00 | | 0.00 | 0.00 |
| 12 | eData (contact: Adam Elisha) | 32,000.00 | 0.00 | | 0.00 | 0.00 |
| 13 | ADV 22-ap-00009 LVV Kennedy v American Express (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 14 | ADV 22-ap-00010 LVV Kennedy v Green by Phone Inc dba Green Money (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 15 | ADV 22-ap-00011 LVV Kennedy v Edata Financial Group, LLC (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 16 | ADV 22-ap-00012 LVV Kennedy v Ipayment Holdings Inc (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 17 | ADV 22-ap-00013 LVV Kennedy v PSR Developers, LLP (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 18 | ADV 22-ap-00014 LVV Kennedy v Goodwin et al (u) | 0.00 | Unknown | | 0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| # | Description | | | | |
|---|---|---:|---:|---:|---:|
| 19 | ADV 22-ap-00015 LVV Kennedy v Zuckerman et al (u) | 0.00 | Unknown | 0.00 | Unknown |
| 20 | ADV 22-ap-00016 LVV Kennedy v Juravin Inc. (u) | 0.00 | Unknown | 0.00 | Unknown |
| 21 | ADV 22-ap-00017 LVV Kennedy v Jugaad Co (u) | 0.00 | Unknown | 0.00 | Unknown |
| 22 | ADV 22-ap-00018 LVV Kennedy v USA Distributors Service (u) | 0.00 | Unknown | 0.00 | Unknown |
| 23 | ADV 22-ap-00019 LVV Kennedy v Natural Vitamins Labratory (u) | 0.00 | Unknown | 0.00 | Unknown |
| 24 | ADV 22-ap-00020 LVV Kennedy v Juravin et al (u) | 0.00 | Unknown | 0.00 | Unknown |
| 25 | ADV 22-ap-00021 LVV Kennedy v Hershkowitz et al (u) | 0.00 | Unknown | 0.00 | Unknown |
| | **TOTALS** (Excluding Unknown Values) | **$1,127,049.28** | **$15,876.13** | **$0.00** | **$0.00** |

Regarding Property #1   TD Bank Checking 1735

**Major activities affecting case closing:**
11-24-20 - Consolidated with case no 18-06821-LVV Juravin, Don

**Initial Projected Date of Final Report (TFR):** December 31, 2021          **Current Projected Date of Final Report (TFR):** December 31, 2021

May 25, 2022                                                                                          /s/ Dennis D. Kennedy
Date                                                                                                       Dennis D. Kennedy

**Form 2**  
**Cash Receipts and Disbursements Record**

No Accounts for this Case