ORLANDO DIVISION UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:

Don Karl Juravin                                                      Case No. 6:18-bk-06821-LVV

    Debtor

_____/

## SUGGESTION OF BANKRUPTCY

ANNA JURAVIN, a Non-Debtor party, by and through her undersigned counsel, hereby files a Suggestion of Bankruptcy to notify this Court Anna Juravin, has filed a Chapter 13 bankruptcy petition for relief under Title 11, United States Code § 301, in the United States Bankruptcy Court for the Middle District of Florida that has been assigned case number: 6:22-bk-02258 on June 27, 2022.

                                                             Law Offices of Henry Portner
                                                             By: s/Henry Portner, Esquire
                                                               portnerlaw@gmail.com
                                                                   FL Bar #0883050
                                                                   561 400 0027

Dated: June 28, 2022

## Certificate of Service

    A copy of this Motion is being sent to all parties of record on the service list including the Trustee and US Trustee via ECF this 28th day of June, 2022.