UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                  Case No. 6:18-bk-06821
                                                                        Chapter 7
DON KARL JURAVIN
_____/

# AMENDED STATEMENT WITH ITEMIZATION OF TIME OF HENRY PORTNER ESQ. REPRESENTING DEBTOR

I have had the opportunity to review my document submissions with Mr. Juravin who been kind enough to submit a separate Affidavit of his understanding of our legal relationship. He had helped refresh my recollection and would ask the court to consider his Affidavit as an amendment or revision to my previous submissions. It was also suggested that I review the complete bankruptcy docket and itemize my time whenever I was involved in Debtor related work, which I have done. Attached find Docket Entries in this case with associated Time of Henry Portner in representing the Debtor.

Respectfully submitted,

                                                        Henry N. Portner, Attorney at Law
                                                        s/Henry N. Portner
                                                        FL Bar A#0883050
                                                        Email: portnerlaw@gmail.com\
                                                        Telephone:   561 400 0027

1

RECONVERTED, JNTADMN, LEAD, 727OBJ, FeeDeferred, ADV

# U.S. Bankruptcy Court
## Middle District of Florida (Orlando)
### Bankruptcy Petition #: 6:18-bk-06821-LVV

*Date filed:* 10/31/2018
*Date converted:* 03/16/2020
*Debtor discharged:* 06/26/2020
*341 meeting:* 03/24/2021
*Deadline for filing claims:* 01/04/2020
*Deadline for objecting to discharge:* 06/22/2020

*Assigned to:* Lori V. Vaughan
Chapter 7
Previous chapter 11
Original chapter 7
Voluntary
Asset

*Debtor disposition:* Standard Discharge

**Debtor**
**Don Karl Juravin**
15118 Pendio Drive
Montverde, FL 34756
LAKE-FL
SSN / ITIN: xxx-xx-0745
*aka* **Don Adi Juravin**

represented by **Christopher R Thompson**
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801
407-540-6652
*TERMINATED: 04/22/2019*

**Christopher R Thompson**
Burr & Forman, LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801
407-540-6652
*TERMINATED: 04/22/2019*

**Eric S Golden**
Burr & Forman LLP
200 S. Orange Avenue
Suite 800
Orlando, FL 32801
407-540-6600
*TERMINATED: 04/22/2019*

**Aldo G Bartolone, Jr**
Bartolone Law, PLLC
1030 North Orange Avenue, Suite 300
Orlando, FL 32801
(407) 294-4440
Fax : (407) 287-5544
Email: aldo@bartolonelaw.com

**Amber C Robinson**
Robinson Law Office, PLLC
695 Central Avenue, Ste 1501
St. Petersburg, FL 33701
813-613-2400

| | |
|---|---|
| | Fax : 727-362-1979<br>Email: arobinson@arobinsonlawfirm.com |
| | **Henry N Portner**<br>Law Offices of Henry Portner<br>6316 Vireo Court<br>Lake Worth, FL 33463<br>561-400-0027<br>Email: portnerlaw@gmail.com |
| *Trustee*<br>**Dennis D Kennedy**<br>P. O. Box 541848<br>Merritt Island, FL 32954<br>(321) 455-9744 | represented by **Bradley M Saxton**<br>Winderweedle, Haines, Ward &<br>Woodman, PA<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789<br>(407) 423-4246<br>Fax : (407) 423-7014<br>Email: bsaxton@whww.com |
| | **James D Ryan**<br>Ryan Law Group, PLLC<br>636 U.S. Highway One<br>Suite 110<br>North Palm Beach, FL 33408<br>561-881-4447<br>Fax : 561-881-4461<br>Email: jdr@ryanlawgroup.net |
| | **Lauren M Reynolds**<br>Winderweedle Haines Ward and<br>Woodman PA<br>329 North Park Avenue<br>Winter Park, FL 32789<br>407-246-6566<br>Email: lreynolds@whww.com |
| *U.S. Trustee*<br>**United States Trustee - ORL7/13**<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>407-648-6301 | represented by **Miriam G Suarez**<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801<br>(407) 648-6301, Ext. 126<br>Fax : (407) 648-6323<br>Email: Miriam.G.Suarez@usdoj.gov |
| | **Charles R Sterbach**<br>Office of the United States Trustee<br>400 W. Washington St., Ste 1100<br>Orlando, FL 32801<br>(407) 648-6301<br>Fax : (407) 648-6323<br>Email: Charles.R.Sterbach@usdoj.gov |
| | **Scott E Bomkamp** |

United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801
407-648-6301 ext. 150
Email: scott.e.bomkamp@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/31/2021 | 555<br>(33 pgs)<br>4.2 Hours DJ | Motion to Approve Agreements Relating to Prohibiting or Conditioning the Use, Sale or Lease of Property pursuant to Fed. R. Bankr. P. 4001(d) Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)392). (Portner, Henry) (Entered: 08/31/2021) |
| 09/02/2021 | 556<br>(2 pgs)<br>1.0 Hours DJ | Notice of *Preliminary* Hearing on Motion to Approve Agreements Relating to Prohibiting or Conditioning the Use, Sale or Lease of Property *with Wilmington Financial Services, LLC* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)555). Hearing scheduled for 9/8/2021 at 11:30 AM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 09/02/2021) |
| 09/02/2021 | 557<br>(5 pgs) | Unopposed Motion to Reschedule Hearing On *Order to Show Cause Scheduled for September 8, 2021* Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin (related document(s)548). (Bartolone, Aldo) (Entered: 09/02/2021) |
| 09/03/2021 | 558<br>(2 pgs) | Order Granting Motion To Reschedule Hearing (Related Doc # 557). Hearing scheduled for 9/9/2021 at 02:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Aldo Bartolone is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 09/03/2021) |
| 09/03/2021 | 559<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. (ADIclerk) (Entered: 09/03/2021) |
| 09/03/2021 | 560<br>(4 pgs) | Proof of Service of Order Granting Unopposed Motion to Reschedule Hearing on Order to Show Cause Scheduled for September 8, 2021. Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin (related document(s)558). (Bartolone, Aldo) (Entered: 09/03/2021) |
| 09/05/2021 | 561<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 559)). Notice Date 09/05/2021. (Admin.) (Entered: 09/06/2021) |
| 09/08/2021 | 562<br>(5 pgs) | Second Amended Statement/Disclosure of Compensation of Attorney Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin. (Bartolone, Aldo) (Entered: 09/08/2021) |
| 09/08/2021 | 563<br>(7 pgs) | Notice of 2004 Examination of George Whiting. *Remote, for testimony and production* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 09/08/2021) |

| | | |
|---|---|---|
| 09/09/2021 | 564<br>(2 pgs)<br><br>3.0 Hours DJ | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Aldo Bartolone, Henry Portner (Debtor Atty); Don Juravin (Debtor); Bradley Saxton, James Ryan, Lauren Reynolds (Trustee Atty); David Landis (Wilmington Atty); Will Mathews (Bella Collina Atty); **RULING:** (ZOOM) 1) (Trustee's) Amended Application to Employ Winderweedle Haines Ward & Woodman PA and Ryan Law Group PLLC as Attorneys for Trustee **(Doc #531) - Under Advisement (proposed Order to be submitted by Saxton);** 2) (Trustee's) Expedited Motion for Order to Show Cause Why Debtor Should Not Be Held in Contempt and to Supplement ESI Order **(Doc #546) (granted in part)** - cont. to October 13, 2021 at 3:00 pm (AOCNFNG); 3) (Trustee) Motion to Compel foreign (Israeli) creditors-witnesses to comply with Notice of Rule 2004 examination, for issuance of a request for international assistance, and finding that Trustee owns the attorney- client privilege between the Debtor and the identified witnesses **(Doc #551) - Granted:Order by Ryan;** 4) (Debtor) Motion to Approve Agreements Relating to Prohibiting or Conditioning the Use, Sale or Lease of Property pursuant to Fed. R. Bankr. P. 4001(d) **(Doc #555)** - cont. to October 13, 2021 at 3:00 pm (AOCNFNG); (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 09/13/2021) |
| 09/14/2021 | 565<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. (ADIclerk) (Entered: 09/14/2021) |
| 09/16/2021 | 566<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 565)). Notice Date 09/16/2021. (Admin.) (Entered: 09/17/2021) |
| 09/17/2021 | 567<br>(2 pgs) | Order Granting Motion To Compel *foreign (Israeli) creditors-witnesses to comply with Notice of Rule 2004 examination, for issuance of a request for international assistance, and finding that Trustee owns the attorney- client privilege between the Debtor and the identified witnesses* (Related Doc # 551). Service Instructions: James Ryan is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 09/17/2021) |
| 09/19/2021 | 568<br>(11 pgs; 2 docs) | Notice of 2004 Examination of Marcus Free. *via Zoom 9/23/2021 0900AM* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Attachments: # 1 Exhibit Return of Service, Notice, Subpoena) (Ryan, James) (Entered: 09/19/2021) |
| 09/19/2021 | 569<br>(11 pgs; 2 docs) | Notice of 2004 Examination of Anton Botha. *via Zoom 9/23/2021 0100PM* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Attachments: # 1 Exhibit Return of Service, Notice, Subpoena) (Ryan, James) (Entered: 09/19/2021) |
| 09/19/2021 | 570<br>(11 pgs; 2 docs) | Notice of 2004 Examination of Anna Juravin. *continued, via Zoom 9/24/2021 0900AM* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Attachments: # 1 Exhibit Return of Service, Notice, Subpoena) (Ryan, James) (Entered: 09/19/2021) |
| 09/19/2021 | 571<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 567)). Notice Date 09/19/2021. (Admin.) (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 09/20/2021 | 572<br>(11 pgs; 2 docs) | Amended Notice of 2004 Examination of Anna Juravin. *continuation of, via Zoom* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Attachments: # 1 Exhibit return of service, original notice with Subpoena) (Ryan, James) (Entered: 09/20/2021) |
| 09/20/2021 | 573<br>(4 pgs) | Proof of Service of Order [Doc. 567] Granting Motion to Compel foreign (Israeli) creditors-witnesses to comply with Notice of Rule 2004 examination, for issuance of a request for international assistance and finding that Trustee owns the attorney- client privilege between the Debtor and the identified witnesses (Related Doc # 551). Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (related document(s)567). (Ryan, James) (Entered: 09/20/2021) |
| 09/22/2021 | 574<br>(9 pgs) | Notice of 2004 Examination of George Whiting. *via Zoom on 9/27/2021, with Subpoena for testimony and production* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 09/22/2021) |
| 09/23/2021 | 575<br>(7 pgs) | Notice of *Preliminary* Hearing on Amended Application for Order Authorizing Employment of Winderweedle, Haines, Ward & Woodman, P.A. and Ryan Law Group, PLLC Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)531). Hearing scheduled for 10/13/2021 at 03:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Saxton, Bradley) (Entered: 09/23/2021) |
| 09/26/2021 | 576<br>(17 pgs)<br>**6.8 Hours DJ** | Motion to Quash *subpoenas served by Trustee on Third Party Banks* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (Portner, Henry). Related document(s) 550. Modified on 9/27/2021 (Rutha). (Entered: 09/26/2021) |
| 09/27/2021 | 577<br>(2 pgs) | Notice *of Cancellation of 2004 Examination of George Whiting on 09/27/2021 at 1:00pm* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 09/27/2021) |
| 09/27/2021 | 578<br>(2 pgs) | Stipulated Notice *of Cancellation of 2004 Examination of Anna Juravin on 09/24/2021 to be rescheduled* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 09/27/2021) |
| 09/27/2021 | 579<br>(6 pgs)<br>**2.2 Hours DJ** | Affidavit *in support of Motion to Quash and Protective Order* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)576). (Portner, Henry) (Entered: 09/27/2021) |
| 09/30/2021 | 580<br>(2 pgs)<br>**.8 Hours DJ** | Modified Notice of Hearing on Motion to Quash Bank Subpoenas Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)576). Hearing scheduled for 10/13/2021 at 03:00 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 09/30/2021) |
| 10/07/2021 | 581<br>(4 pgs)<br>**AJ** | (private) Motion to File Paper Under Seal (Restricted from View.) Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (Portner, Henry) (Entered: 10/07/2021) |
| 10/07/2021 | 582<br>(1 pg)<br>**.8 Hours DJ** | Notice of Appearance and Request for Notice as Additional Counsel Filed by Henry N Portner on behalf of Debtor Don Karl Juravin. (Portner, Henry) (Entered: 10/07/2021) |
| 10/11/2021 | 583 | Response to *Debtor's "Emergent Motion Seeking Protective Order and to* |

| Date | Doc # | Description |
|---|---|---|
| | (9 pgs) | *Quash Recently Serviced [sic] Subpoena*" Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy (related document(s)576). (Reynolds, Lauren) (Entered: 10/11/2021) |
| 10/13/2021 | 584 (2 pgs) **3.2 Hours DJ** | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Aldo Bartolone, Henry Portner (Debtor Atty); Dennis Kennedy (Trustee); Will Matthews (Bella Collina Atty); Lauren Reynolds, Bradley Saxton, James Ryan (Trustee Atty); David Landis (Wilmington Atty); **RULING:** (ZOOM) 1) (Trustee's) Expedited Motion for Order to Show Cause Why Debtor Should Not Be Held in Contempt and to Supplement ESI Order **(Doc #546) - Abated without prejudice to seeking sanctions in the future:Order by Ryan;** 2) (Debtor) Motion to Approve Agreements Relating to Prohibiting or Conditioning the Use, Sale or Lease of Property pursuant to Fed. R. Bankr. P. 4001(d) ( **Doc #555) - Withdrawn in open court;** 3) Debtor's Motion to Quash subpoenas served by Trustee on Third Party Banks **(Doc #576) - Denied:Order by Reynolds;** (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 10/14/2021) |
| 10/13/2021 | 585 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 10/13/2021 15:00:07 ]. (ADIclerk) (Entered: 10/15/2021) |
| 10/15/2021 | 586 (1 pg) | (private) Order Granting Motion To File Paper Under Seal (Restricted from View.) (Related Doc # 581) Service Instructions: Clerks Office to serve. (Lee Hue, Karla) (Entered: 10/15/2021) |
| 10/15/2021 | 587 (2 pgs) | Order Abating *Without Prejudice Trustee's Motion For Order To Show Cause* (related document(s)548, 584). Service Instructions: James Ryan is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Danielle H.) (Entered: 10/15/2021) |
| 10/16/2021 | 588 (4 pgs) | Proof of Service of the Order (Doc. 587) abating without prejudice Trustees Motion (doc. 546) for order to show cause why Debtor should not be held in contempt and for sanctions. Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (related document(s)546). (Ryan, James). Related document(s) 546, 587. Modified on 10/19/2021 (Rutha). (Entered: 10/16/2021) |
| 10/17/2021 | 589 (4 pgs) **5.2 Hours DJ** | Motion for Reconsideration *of Order Denying Motion to Quash Subpoenas* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)576). (Portner, Henry) (Entered: 10/17/2021) |
| 10/18/2021 | 590 **9.2 Hours DJ** | Ore Tenus Motion to Remove Trustee and Disqualify Counsel for Trustee, for Protective Order Striking and Excluding Evidence Taken in Violation of Moving Parties' Fourth Amendment Rights, Florida Constitution Right of Privacy and Common Law Rights of Conversion Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (Portner, Henry) (Entered: 10/18/2021) |
| 10/18/2021 | 591 (37 pgs) **2.4 Hours DJ** | Corrective Supplement to *Motion To Remove* Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s) 590 ). (Portner, Henry) (Entered: 10/18/2021) |
| 10/18/2021 | 592 (12 pgs) **1.8 Hours DJ** | Amended Motion for Protective Order *and other relief* Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl |

| | | |
|---|---|---|
| | | Juravin (Portner, Henry) (Entered: 10/18/2021) |
| 10/18/2021 | 593<br>(1 pg) | Withdrawal *Docket Entries 590 and 591* Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s) 590 ). (Portner, Henry) (Entered: 10/18/2021) |
| 10/18/2021 | 594<br>(27 pgs) | Exhibit *A, B, C & D* Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s)592). (Portner, Henry) (Entered: 10/18/2021) |
| 10/19/2021 | 595<br>(2 pgs)<br>.6 Hours DJ | Order Denying Motion To Quash *Recently Serviced Subpoenas and Emergency Motion Seeking Protective Order* (Related Doc # 576). Service Instructions: Lauren Reynolds is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 10/19/2021) |
| 10/20/2021 | 596<br>(2 pgs) | Proof of Service of Order Denying Emergency Motion Seeking Protective Order and to Quash Recently Served Subpoenas. Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)595). (Saxton, Bradley) (Entered: 10/20/2021) |
| 10/20/2021 | 597<br>(2 pgs)<br>AJ | Notice of Hearing on Motion for Protective Order and Other Relief Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s)592). Hearing scheduled for 11/9/2021 at 02:45 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 10/20/2021) |
| 10/25/2021 | 598<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. (ADIclerk) (Entered: 10/25/2021) |
| 10/27/2021 | 599<br>(2 pgs) | Notice of Hearing on Motion for Reconsideration of Motion to Quash Subpoenas and other relief Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s)589). Hearing scheduled for 11/9/2021 at 02:45 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 10/27/2021) |
| 10/27/2021 | 600<br>(5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 598)). Notice Date 10/27/2021. (Admin.) (Entered: 10/28/2021) |
| 10/28/2021 | 601<br>(4 pgs)<br>2.4 Hours DJ | Motion for Accounting *from Trustee* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (Portner, Henry) Modified on 10/29/2021 (Margaret). Related document(s) 338. (Entered: 10/28/2021) |
| 10/29/2021 | 602<br>(2 pgs)<br>.8 Hours DJ | Order Denying Motion For Accounting *from Trustee* (Related Doc # 601). Service Instructions: Clerks Office to serve. (Margaret) (Entered: 10/29/2021) |
| 10/29/2021 | 603<br>(4 pgs)<br>2.8 Hours DJ | Motion for Accounting *with Certificate of Service* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (Portner, Henry) (Entered: 10/29/2021) |
| 10/31/2021 | 604 | BNC Certificate of Mailing - Order (related document(s) (Related Doc # |

| | | |
|---|---|---|
| | (5 pgs) | 602)). Notice Date 10/31/2021. (Admin.) (Entered: 11/01/2021) |
| 11/02/2021 | 605<br>(4 pgs) | Response to *In Opposition to Debtor's Motion for Reconsideration of Order Denying Protective Order and to Quash Recently Served Subpoenas* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy (related document(s)589). (Reynolds, Lauren) (Entered: 11/02/2021) |
| 11/05/2021 | 606<br>(2 pgs)<br><br>**1.0 Hour DJ** | Notice of *Preliminary* Hearing on Motion for Accounting from Trustee Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)603, 601). Hearing scheduled for 11/9/2021 at 02:45 PM at Orlando, FL - Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 11/05/2021) |
| 11/05/2021 | 607<br>(2 pgs) | Notice of Appearance and Request for Notice *and Papers* Filed by Michael S Provenzale on behalf of Creditor PSR Developers LLLP. (Provenzale, Michael) (Entered: 11/05/2021) |
| 11/05/2021 | 608<br>(67 pgs; 3 docs) | Application to Employ Dr. Eran Taussig, Adv. and Balter, Guth, Aloni & Co. law firm as special counsel *with verified statement of Dr. Taussig* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (Attachments: # 1 Exhibit Motion Doc. 551 # 2 Exhibit Order Doc.567) (Ryan, James) (Entered: 11/05/2021) |
| 11/05/2021 | 609<br>(48 pgs) | Supplement to *Amended Application for Order Authorizing Employment of Winderweedle, Haines, Ward & Woodman, P.A. and Ryan Law Group, PLLC* Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)531). (Saxton, Bradley) (Entered: 11/05/2021) |
| 11/05/2021 | 610<br>(57 pgs) | Response to *First Amended Motion to Remove Trustee* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy (related document(s)592). (Reynolds, Lauren) (Entered: 11/05/2021) |
| 11/09/2021 | 617<br>(2 pgs)<br><br>**2.6 Hours DJ** | Hearing Proceeding Memo: Hearing Held - APPEARANCES: Don Juravin (Debtor); Henry Portner (Debtor Atty); Aldo Bartolone (Debtor Atty); Miriam Suarez (US Trustee Atty); James Ryan, Lauren Reynolds, Bradley Saxton (Trustee Atty); Dennis Kennedy (Trustee); Michael Provenzale (PSR Atty); David Landis (Wilmington Atty); RULING: (ZOOM) Preliminary Hearing: - cont. to November 30, 2021 at 2:00 pm (AOCNFNG); 1) Debtors' Amended Motion for Protective Order and other relief (Doc #592) - Denied:Order by Court; 2) Debtors' Motion for Reconsideration of Order Denying Motion to Quash Subpoenas (Doc #589) - Denied:Order by Court; 3) Debtor's Motion for Accounting (Doc #603) - Denied:Order by Court; 4) Trustee's Application to Employ Dr. Eran Taussig, Adv. and Balter, Guth, Aloni & Co. law firm as special counsel (Doc #608) - cont. to November 30, 2021 at 2:00 pm (AOCNFNG); (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Dkt) (Entered: 11/10/2021) |
| 11/10/2021 | 611<br>(1 pg) | Order Denying Motion For Protective Order (Related Doc # 592). Service Instructions: Aldo Bartolone is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/10/2021) |
| 11/10/2021 | 612<br>(1 pg) | Order Denying Motion for Reconsideration *of Order Denying Motion to Quash Subpoenas* (Related Doc # 589). Service Instructions: Aldo |

| | | |
|---|---|---|
| | | Bartolone is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/10/2021) |
| 11/10/2021 | 613 (1 pg) | Order Denying Motion For Accounting (Related Doc # 603). Service Instructions: Aldo Bartolone is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/10/2021) |
| 11/10/2021 | 614 (4 pgs) | Proof of Service of Order Denying Motion for Protective Order. Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin (related document(s)611). (Bartolone, Aldo) (Entered: 11/10/2021) |
| 11/10/2021 | 615 (4 pgs) | Proof of Service of Order Denying Motion for Reconsideration. Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin (related document(s)612). (Bartolone, Aldo) (Entered: 11/10/2021) |
| 11/10/2021 | 616 (4 pgs) | Proof of Service of Order Denying Motion for Accounting. Filed by Aldo G Bartolone Jr on behalf of Debtor Don Karl Juravin (related document(s)613). (Bartolone, Aldo) (Entered: 11/10/2021) |
| 11/12/2021 | 618 (1 pg) | Appeal Cover Sheet Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)611). (Portner, Henry) (Entered: 11/12/2021) |
| 11/12/2021 | 619 (7 pgs) | Notice of Appeal. (Fee Paid.) Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)611). Appellant Designation due by 11/26/2021. (Portner, Henry) District Court Case No.6:21-cv-1922-CEM Modified on 11/17/2021 (Rutha). (Entered: 11/12/2021) |
| 11/12/2021 | 620 (2 pgs) AJ | Motion to Allow *Appellant to be excused from payment of Transcript Fee in forma pauperis* Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)619). (Portner, Henry) (Entered: 11/12/2021) |
| 11/12/2021 | 621 (4 pgs) AJ | Motion for Stay Pending Appeal Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)619). (Portner, Henry) (Entered: 11/12/2021) |
| 11/12/2021 | 622 (2 pgs) | Notice of Appearance and Request for Notice Filed by Samantha L Dammer on behalf of Defendants April Goodwin, The Goodwin Group, P.A.. (Dammer, Samantha) (Entered: 11/12/2021) |
| 11/12/2021 | 623 (1 pg) | Appeal Cover Sheet Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)612). (Portner, Henry) (Entered: 11/12/2021) |
| 11/12/2021 | 624 (6 pgs) | Notice of Appeal. (Fee Paid.) Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)612). Appellant Designation due by 11/26/2021. (Portner, Henry) **District Court Case No.6:21-cv-1921-WWB** Modified on 11/17/2021 (Rutha). (Entered: 11/12/2021) |
| 11/12/2021 | 625 (3 pgs) AJ | Motion to Stay Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)624). (Portner, Henry) (Entered: |

| | | 11/12/2021) |
|---|---|---|
| 11/12/2021 | 626<br>(2 pgs)<br>**AJ** | Motion to Allow *Appellant to be excused from payment of transcript fee in forma pauperis* Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)624). (Portner, Henry) (Entered: 11/12/2021) |
| 11/16/2021 | 627<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. (ADIclerk) (Entered: 11/16/2021) |
| 11/16/2021 | 628<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. (ADIclerk) (Entered: 11/16/2021) |
| 11/16/2021 | 629<br>(1 pg) | Order Denying Motion To Allow *r Court to Pay for Appeal Transcript* (Related Doc # 620). Service Instructions: Shawn Yesner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/16/2021) |
| 11/16/2021 | 630<br>(1 pg) | Order Granting Motion To Allow *r Court to Pay for Appeal Transcript* (Related Doc 626). Service Instructions: Shawn Yesner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) Modified on 11/17/2021 (Rutha). (Entered: 11/16/2021) |
| 11/16/2021 | 631<br>(1 pg) | Order Denying Motion for Stay Pending Appeal (Related Doc # 621). Service Instructions: Shawn Yesner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/16/2021) |
| 11/16/2021 | 632<br>(1 pg) | Order Denying Motion To Stay (Related Doc # 625). Service Instructions: Shawn Yesner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/16/2021) |
| 11/17/2021 | 633<br>(2 pgs) | Transmittal of Notice of Appeal to District Court. Case No. 6:21-cv-1922-CEM (related document(s)619). (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 634<br>(7 pgs) | Certificate of Mailing via Bankruptcy Noticing Center . (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 635<br>(1 pg) | Notice to Appellant of Responsibilities. (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 636<br>(2 pgs) | Transmittal of Notice of Appeal to District Court. Case No. 6:21-cv-1921-WWB (related document(s)624). (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 637<br>(6 pgs) | Certificate of Mailing via Bankruptcy Noticing Center (related document(s)624). (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 638<br>(1 pg) | Notice to Appellant of Responsibilities. (Rutha) (Entered: 11/17/2021) |
| 11/17/2021 | 639<br>(2 pgs) | Amended Order *Denying Motion for Court to pay for appeal transcript* (related document(s)626, 630). Service Instructions: Shawn Yesner is |

| | | |
|---|---|---|
| | | directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Dana B.) (Entered: 11/17/2021) |
| 11/18/2021 | 640 (11 pgs) | Order *PARTIALLY APPROVING AND PARTIALLY DENYING AMENDED APPLICATION EMPLOYING TRUSTEES COUNSEL* (related document(s)346, 53, 609, 12, 1, 9, 531, 478, 432, 405, 379, 50). Service Instructions: Bradley Saxton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/18/2021) |
| 11/18/2021 | 641 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 627)). Notice Date 11/18/2021. (Admin.) (Entered: 11/19/2021) |
| 11/18/2021 | 642 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 628)). Notice Date 11/18/2021. (Admin.) (Entered: 11/19/2021) |
| 11/19/2021 | 643 (4 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 635)). Notice Date 11/19/2021. (Admin.) (Entered: 11/21/2021) |
| 11/19/2021 | 644 (4 pgs) | BNC Certificate of Mailing - Notice to Creditors and Parties in Interest (related document(s) (Related Doc # 638)). Notice Date 11/19/2021. (Admin.) (Entered: 11/21/2021) |
| 11/19/2021 | 645 (10 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 634)). Notice Date 11/19/2021. (Admin.) (Entered: 11/21/2021) |
| 11/19/2021 | 646 (9 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 637)). Notice Date 11/19/2021. (Admin.) (Entered: 11/21/2021) |
| 11/22/2021 | 647 (67 pgs; 3 docs) | Renewed Application to Employ Dr. Eran Taussig and Balter, Guth, Aloni & Co. as Special Counsel *with Verified Statement of Dr. Eran Taussig* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (Attachments: # 1 Exhibit Trustee Motion to Compel Israeli Creditor Witnesses etc Doc.551 # 2 Exhibit Order Granting Trustee Motion to Compel etc Doc. 567) (Ryan, James) (Entered: 11/22/2021) |
| 11/23/2021 | 648 (6 pgs) | Proof of Service of Order Partially Approving and Partially Denying Amended Application Employing Trustee's Counsel. Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)640). (Saxton, Bradley) (Entered: 11/23/2021) |
| 11/23/2021 | 649 (2 pgs) | Statement of Issues on Appeal,*and Designated Items to be Included in Record* Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)619). (Portner, Henry) (Entered: 11/23/2021) |
| 11/23/2021 | 650 (2 pgs) | Statement of Issues on Appeal,*and Designation of Items to be Included in Appeal* Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)624). (Portner, Henry) (Entered: 11/23/2021) |
| 11/24/2021 | 651 | Proof of Service of Order Denying Motion to Allow. Filed by Shawn M |

| Date | Doc # | Description |
|---|---|---|
| | (5 pgs; 2 docs) | Yesner on behalf of Interested Party Anna Juravin (related document(s)629). (Attachments: # 1 Mailing Matrix) (Yesner, Shawn) (Entered: 11/24/2021) |
| 11/24/2021 | 652 (5 pgs; 2 docs) | Proof of Service of Order Granting Motion to Allow. Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (related document(s)630). (Attachments: # 1 Mailing Matrix) (Yesner, Shawn) (Entered: 11/24/2021) |
| 11/24/2021 | 653 (5 pgs; 2 docs) | Proof of Service of Order Denying Motion for Stay. Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (related document(s)631). (Attachments: # 1 Mailing Matrix) (Yesner, Shawn) (Entered: 11/24/2021) |
| 11/30/2021 | 654 (2 pgs) | Order Approving Application to Employ/Retain Eran Taussig *and firm of Balter, Guth, Aloni & Co. as Special Counsel* (Related Doc # 647). Service Instructions: James Ryan, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 11/30/2021) |
| 11/30/2021 | 657 (1 pg) | PDF with attached Audio File. Court Date & Time [ 11/30/2021 14:01:55 ]. (ADIclerk) (Entered: 12/01/2021) |
| 11/30/2021 | 659 (1 pg) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES:** Aldo Bartolone (Debtor Atty); Miriam Suarez (US Trustee Atty); William Matthews (Bella Collina Atty); Bradley Saxton, Lauren Reynolds, James Ryan (Trustee Atty); **RULING:** (ZOOM) Cont. Preliminary Hearing: Trustee's Application to Employ Dr. Eran Taussig, Adv. and Balter, Guth, Aloni & Co. law firm as special counsel ( **Doc #608**) - **Granted:Order by Saxton**; (gww). Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). **This docket entry/document is not an official order of the Court.** (Bill) (Entered: 12/02/2021) |
| 12/01/2021 | 655 (5 pgs; 2 docs) | Proof of Service of Order Denying Motion to Stay. Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (related document(s)632). (Attachments: # 1 Mailing Matrix) (Yesner, Shawn) (Entered: 12/01/2021) |
| 12/01/2021 | 656 (5 pgs; 2 docs) | Proof of Service of Amended Order Denying Motion for Court to Pay for Appeal Transcript. Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (related document(s)639). (Attachments: # 1 Mailing Matrix) (Yesner, Shawn) (Entered: 12/01/2021) |
| 12/02/2021 | 658 (1 pg) | Order entered on Novmeber 29, 2021 by District Court Judge Carlos E. Mendoza, Re: Appeal on Civil Action Number: 6:21-cv-01922-GAP, ORDER directing that this case be transferred to the Honorable Gregory A. Presnell, with his consent, for consideration with Case No. 5:21-cv-00514-GAP-PRL. (related document(s)619). (Cathy M.) (Entered: 12/02/2021) |
| 12/02/2021 | 660 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 654)). Notice Date 12/02/2021. (Admin.) (Entered: 12/03/2021) |
| 12/03/2021 | 661 | Statement/Disclosure of Compensation of Attorney *None- Not* |

| | | |
|---|---|---|
| | (2 pgs) | *Applicable* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin. (Portner, Henry) (Entered: 12/03/2021) |
| 12/07/2021 | [662](#) (4 pgs) | Proof of Service of Order Approving Trustees Application for Authority to Employ Balter, Guth, Aloni & Co., as Special Counsel. Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (related document(s)[654](#)). (Ryan, James) (Entered: 12/07/2021) |
| 12/07/2021 | [663](#) (3 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal *Appeal #1 (Appeal No. 6:21-cv-1921-GAP)* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy. (Reynolds, Lauren) (Entered: 12/07/2021) |
| 12/07/2021 | [664](#) (4 pgs) | Appellee Designation of Contents for Inclusion in Record of Appeal #2 *(Appeal No. 6:21-cv-01922-GAP)* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy. (Reynolds, Lauren) (Entered: 12/07/2021) |
| 12/09/2021 | [665](#) (8 pgs) | Notice of 2004 Examination of Anna Juravin. *continuation of remote testimony* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 12/09/2021) |
| 12/10/2021 | [666](#) (6 pgs) | Motion to Compel Debtor's Counsel to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) Contains negative notice. Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)[661](#)). (Saxton, Bradley) (Entered: 12/10/2021) |
| 12/10/2021 | [667](#) (4 pgs) | Reply *to Motion Requiring Counsel Disclosure* Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)[666](#)). (Portner, Henry) (Entered: 12/10/2021) |
| 12/27/2021 | [668](#) (1 pg) | Order entered on December 3, 2021 by District Court Judge Wendy W. Berger, Re: Appeal on Civil Action Number: 6:21-cv-01921-GAP, ORDER: this case is transferred to the Honorable Senior District Judge Gregory A. Presnell, pursuant to Local Rule 1.07(a), Middle District of Florida, and with his consent, to be considered with related cases. (related document(s)[624](#)). (Cathy M.) (Entered: 12/27/2021) |
| 12/29/2021 | [669](#) (44 pgs; 2 docs) | Notice of Filing *Transcript of Proceedings on 11-9-2021* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy. (Attachments: # [1](#) Exhibit Transcript of Proceedings) (Reynolds, Lauren) (Entered: 12/29/2021) |
| 01/25/2022 | [670](#) (2 pgs) | Notice of *April 12, 2022 11:00 a.m. Preliminary* Hearing on Motion to Compel Debtor's Counsel, Henry Portner, to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)[666](#)). Hearing scheduled for 4/12/2022 at 10:15 AM at Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Saxton, Bradley) (Entered: 01/25/2022) |
| 02/03/2022 | [671](#) (6 pgs) | Order entered on January 28, 2022 by District Court Judge Gregory A. Presnell, Re: Appeal on Civil Action Number: 6:21-cv-01921-GAP, ORDER granting in part and denying in part 12 Motion to Dismiss for Lack of Jurisdiction. This appeal is hereby dismissed; however, the Court reserves jurisdiction for the limited purpose of addressing the issue of |

| | | |
|---|---|---|
| | | sanctions. Appellant and her counsel are ORDERED to show cause as to why sanctions should not be imposed pursuant to Federal Rule of Bankruptcy Procedure 8020 and 28 U.S.C. § 1927. Appellant and her counsel shall file a written response within 14 days of the date of this order. (related document(s)624). (Cathy M.) (Entered: 02/03/2022) |
| 02/04/2022 | 672 (8 pgs) | Notice of 2004 Examination of Anna Juravin. *(continuation of) remote* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 02/04/2022) |
| 02/21/2022 | 673 (2 pgs) | Notice *of Cancellation of February 22, 2022 Rule 2004 Examination of Anna Juravin* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy (related document(s)672). (Ryan, James) (Entered: 02/21/2022) |
| 02/21/2022 | 674 (8 pgs) | Notice of 2004 Examination of Anna Juravin. *via Remote Video Conference, Continued to 03/02/2022 at 1000AM* Filed by James D Ryan on behalf of Trustee Dennis D Kennedy. (Ryan, James) (Entered: 02/21/2022) |
| 03/02/2022 | 675 (2 pgs) AJ | Motion for Substitution of Counsel. Henry Portner, Esq. Substituted for Shawn M. Yesner, Esq. as Attorney for Anna Juravin Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (Yesner, Shawn) (Entered: 03/02/2022) |
| 03/03/2022 | 676 (3 pgs) | Response to *Bankruptcy Rule 2004 Subpoena* Filed by Michael S Hoffman on behalf of Creditor Shay Zuckerman (related document(s)485). (Hoffman, Michael) (Entered: 03/03/2022) |
| 03/03/2022 | 677 (3 pgs) | Response to *Bankruptcy Rule 2004 Subpoena* Filed by Michael S Hoffman on behalf of Creditor Naom Ben Zvi (related document(s)486). (Hoffman, Michael) (Entered: 03/03/2022) |
| 03/14/2022 | 678 (2 pgs) AJ | Order Granting Motion for Substitution of Counsel adding Henry N Portner for Anna Juravin, terminating Shawn M Yesner. (Related Doc # 675). Service Instructions: Shawn Yesner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 03/14/2022) |
| 03/16/2022 | 682 (6 pgs) | BNC Certificate of Mailing. (related document(s) (Related Doc # 678)). Notice Date 03/16/2022. (Admin.) (Entered: 03/27/2022) |
| 03/22/2022 | 680 (8 pgs) | Order entered on March 22, 2022 by District Court Judge Judge Gregory A. Presnell, Re: Appeal on Civil Action Number: 6-21-cv-1922-GAP, The Bankruptcy Court's Order is AFFIRMED The Clerk is hereby Ordered to enter judgment for Appellee (related document(s)619). (Cathy P.) (Entered: 03/23/2022) |
| 03/22/2022 | 681 (2 pgs) | Judgment entered on March 22, 2022 by District Court Judge Judge Gregory A. Presnell, Re: Appeal on Civil Action Number: 6-21-cv-1922-GAP, Bankruptcy Court's Order is AFFIRMED (related document(s)619). (Cathy P.) (Entered: 03/23/2022) |
| 03/23/2022 | 679 (4 pgs) | Proof of Service of Order Granting Stipulated Motion for Substtitution. Filed by Shawn M Yesner on behalf of Interested Party Anna Juravin (related document(s)678). (Yesner, Shawn) (Entered: 03/23/2022) |
| | | |

| | | |
|---|---|---|
| 04/04/2022 | 683<br>(2 pgs) | Order Establishing Procedures for Video Hearings and Registration Link to Appear via Zoom. Service Instructions: Clerks Office to serve. NG - (ADIclerk) (Entered: 04/04/2022) |
| 04/06/2022 | 684<br>(6 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 683)). Notice Date 04/06/2022. (Admin.) (Entered: 04/07/2022) |
| 04/12/2022 | 685<br>(2 pgs) | Hearing Proceeding Memo: Hearing Held - **APPEARANCES: Aldo Bartolone: Debtor; Henry Portner: Debtor and Anna Juravin; Don and Anna Juravin; Brad Saxton & Lauren Reynolds: Trustee; Dennis Kennedy: Trustee; Jim Ryan: Trustee; David Landis: Wilmington RULING: Motion by Trustee to Compel Debtor's Counsel to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Doc #666) - Response by Henry Portner to Motion Requiring Counsel Disclosure (Doc #667) - Granted; to be filed within 14 days pursuant to terms discussed in open court. Order by Saxton. The Pretrial Conferences in the MCO Adverary Proceedings are rescheduled from 5/10/22 to 5/18/2022 at 10:00am. \*\*CM to prepare notices rescheduling in the following cases.\*\* 22-ap-09 Kennedy, v. AMEX 22-ap-10 Kennedy, v. Green by Phone 22-ap-11 Kennedy, v. Edata 22-ap-12 Kennedy, v. Ipayment Holdings 22-ap-13 Kennedy v. PSR Developers 22-ap-14 Kennedy v. Goodwin et al 22-ap-15 Kennedy v. Zuckerman et al 22-ap-16 Kennedy v. Juravin, Inc 22-ap-17 Kennedy v. Jugaad Co. 22-ap-18 Kennedy v. USA Distributors 22-ap-19 Kennedy v. Nat Vitamins et al 22-ap-20 Kennedy v. Juravin et al 22-ap-21 Kennedy v. Hershkowitz et al (aj) Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). This docket entry/document is not an official order of the Court.** (Bill) (Entered: 04/14/2022) |
| 04/19/2022 | 686<br>(2 pgs) | Order Granting Motion To Compel *Debtor's Counsel to File Disclosure of Compensation Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b)* (Related Doc # 666). Service Instructions: Bradley Saxton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Vivianne) (Entered: 04/19/2022) |
| 04/22/2022 | 687<br>(2 pgs) | Proof of Service of Order Granting Motion to Compel Debtor's Counsel, Henry Portner, to File Disclosure of Compensation Pursuant to 11 U.SC. § 329(a) and Fed. R. Bankr. P. 2016(b). Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)686). (Saxton, Bradley) (Entered: 04/22/2022) |
| 04/24/2022 | 688<br>(11 pgs) | Interim Report *for Period Ending March 31 2022*. (Kennedy, Dennis) (Entered: 04/24/2022) |
| 04/24/2022 | 689<br>(8 pgs) | Statement/Disclosure of Compensation of Attorney Filed by Henry N Portner on behalf of Debtor Don Karl Juravin. (Portner, Henry) (Entered: 04/24/2022) |
| 05/09/2022 | 690<br>(1 pg) | Withdrawal of Claim(s): 12 Filed by Michael S Hoffman on behalf of Creditor Shay Zuckerman. (Hoffman, Michael) (Entered: 05/09/2022) |
| 05/16/2022 | 691<br>(3 pgs) | Notice *of Amended Arrangement Regarding Payment of Fees and Expenses of Trustee's Counsel* Filed by Bradley M Saxton on behalf of Attorney for Trustee Winderweedle, Haines, Ward & Woodman, P.A. |

| | | |
|---|---|---|
| | | (related document(s)609, 531, 640). (Saxton, Bradley) (Entered: 05/16/2022) |
| 05/17/2022 | 692<br>(9 pgs) | Pre-Status Conference Report /*Hearing Agenda for Status Conference on May 18, 2022* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy. (Reynolds, Lauren) (Entered: 05/17/2022) |
| 05/24/2022 | 693<br>(2 pgs) | Trustee's Report of Sale Filed by Trustee Dennis D Kennedy (related document(s)392). (Kennedy, Dennis) (Entered: 05/24/2022) |
| 05/24/2022 | 694<br>(7 pgs; 2 docs) | Notice of Abandonment Contains negative notice. Filed by Trustee Dennis D Kennedy. (Attachments: # 1 Mailing Matrix) (Kennedy, Dennis) (Entered: 05/24/2022) |
| 05/25/2022 | 695<br>(11 pgs) | Interim Report *Amended Interim Report for Period Ending March 31 2022 (ameneded to reflect assets to proper cases)* Filed by Trustee Dennis D Kennedy. (Kennedy, Dennis) (Entered: 05/25/2022) |
| 05/25/2022 | 696<br>(3 pgs) | Interim Report *for Jointly Administered case 6:20-01801 - LVV Must Cure Obesity Co. for the Period Ending March 31 2022.* Filed by Trustee Dennis D Kennedy. (Kennedy, Dennis) (Entered: 05/25/2022) |
| 06/08/2022 | 697<br>(13 pgs) | Supplemental Statement/Disclosure of Compensation of Attorney Filed by Henry N Portner on behalf of Interested Party Anna Juravin. (Portner, Henry) (Entered: 06/08/2022) |
| 06/13/2022 | 698<br>(18 pgs) | Motion to Approve Compromise of Controversy or Settlement Agreement. Related Case and Parties: 6:21-ap-00140-LVV (Trustee Dennis D. Kennedy and PSR Developers, LLLP); 6:21-ap-00142-LVV (Trustee Dennis D. Kennedy and PSR Developers, LLLP); 6:22-ap-00013-LVV (Trustee Dennis D. Kennedy and PSR Developers, LLLP); 6:22-ap-00019-LVV (Trustee Dennis D. Kennedy and PSR Developers, LLLP). Contains negative notice.. Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (Saxton, Bradley) (Entered: 06/13/2022) |
| 06/29/2022 | 699<br>(2 pgs) | Declaration re: *Suggestion of Bankruptcy* Filed by Henry N Portner on behalf of Interested Party Anna Juravin. (Portner, Henry) (Entered: 06/29/2022) |
| 06/30/2022 | 700<br>(8 pgs)<br>AJ | Memorandum *in Opposition to Approve Settlement with PSR* Filed by Henry N Portner on behalf of Interested Party Anna Juravin, Debtor Don Karl Juravin (related document(s)698). (Portner, Henry) (Entered: 06/30/2022) |
| 07/11/2022 | 701<br>(7 pgs) | Notice of *Preliminary* Hearing on Motion to Approve Compromise of Controversy or Settlement Agreement Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (related document(s)698). Hearing scheduled for 8/10/2022 at 10:00 AM at Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Saxton, Bradley) (Entered: 07/11/2022) |
| 07/12/2022 | 702<br>(17 pgs) | Motion *for Disgorgement of Attorney's Fees Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b)* Filed by Bradley M Saxton on behalf of Trustee Dennis D Kennedy (Saxton, Bradley) (Entered: 07/12/2022) |

| | | |
|---|---|---|
| 07/20/2022 | 703<br>(3 pgs) | Notice of *Preliminary* Hearing on Motion for Disgorgement of Attorney's Fees Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b) Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy (related document(s)702). Hearing scheduled for 8/10/2022 at 10:00 AM at Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Reynolds, Lauren) (Entered: 07/20/2022) |
| 07/25/2022 | 704<br>(4 pgs) | Expedited Motion to Reschedule Hearing On *Preliminary Hearing on Motion to Disgorge Fees and other Relief* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)703). (Portner, Henry) (Entered: 07/25/2022) |
| 08/03/2022 | 705<br>(2 pgs) | Order Granting Motion To Reschedule Hearing (Related Doc # 704). Hearing scheduled for 9/15/2022 at 10:00 AM at Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. Service Instructions: Henry Portner is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. (Rutha) (Entered: 08/03/2022) |
| 08/08/2022 | 706<br>(11 pgs) | Pre-Status Conference Report /*Hearing Agenda for Status Conference on August 10, 2022* Filed by Lauren M Reynolds on behalf of Trustee Dennis D Kennedy. (Reynolds, Lauren) (Entered: 08/08/2022) |
| 08/09/2022 | 707<br>(7 pgs) | Certificate of Service Re: Order Granting Motion to Continue Preliminary Hearing in Bankruptcy Case. Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)702, 698). (Portner, Henry) (Entered: 08/09/2022) |
| 08/14/2022 | 708<br>(41 pgs)<br>**4.4 Hours DJ** | Motion to Abate *Service of Summons and Complaint in Adversary Actions and Require Service on Proper Parties* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (Portner, Henry) (Entered: 08/14/2022) |
| 08/14/2022 | 709<br>(4 pgs)<br>**3.6 Hours DJ** | Supplemental Brief *Opposing Settlement Agreement as presented with PSR* Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)698). (Portner, Henry) (Entered: 08/14/2022) |
| 08/17/2022 | 710<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [08/10/2022 09:58:30 AM]. File Size [ 30388 KB ]. Run Time [ 01:03:49 ]. (admin). (Entered: 08/17/2022) |
| 08/17/2022 | 711<br>(1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [08/10/2022 09:58:30 AM]. File Size [ 30388 KB ]. Run Time [ 01:03:49 ]. (admin). (Entered: 08/17/2022) |
| 08/24/2022 | 712<br>(3 pgs) | Notice of *Preliminary* Hearing on Motion to Abate Service of Summons and Complaint in Adversary Actions and Require Service on Proper Parties Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)708). Hearing scheduled for 9/15/2022 at 10:00 AM at Orlando, FL - Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 W. Washington Street. (Portner, Henry) (Entered: 08/24/2022) |
| 08/28/2022 | 713<br>(104 pgs; 3 docs) | Reply to Motion to Disgorge and Memorandum of Law. Filed by Henry N Portner on behalf of Interested Party Anna Juravin (related document(s)702). (Attachments: # 1 Exhibit # 2 Case Law) (Portner, Henry) Modified on 8/29/2022 (Christiane). (Entered: 08/28/2022) |

| | | | |
|---|---|---|---|
| 08/28/2022 | | [714](#) (104 pgs; 3 docs) | Reply Motion to Disgorge and Memorandum of Law. Filed by Henry N Portner on behalf of Debtor Don Karl Juravin (related document(s)[702](#)). (Attachments: # 1 Exhibit # 2 Case Law) (Portner, Henry) Modified on 8/29/2022 (Christiane). (Entered: 08/28/2022) |

**Total   Donald Juravin   Bankruptcy      58 Hours**
**         Adversary                       33 Hours**                              *
**         Total                           91 Hours**   representing Donald Juravin

**\* Does not include hours for Anna Juravin or UMGI which was 37 hours**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/06/2022 10:02:28 | | | |
| PACER Login: | attatlaw | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:18-bk-06821-LVV Fil or Ent: filed Doc From: 555 Doc To: 714 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 16 | Cost: | 1.60 |