ORDERED.

Dated:  November 01, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Don Karl Juravin,    )    Case No. 6:18-bk-06821-LVV
                     )    Chapter 7
    Debtor.          )
                     )

### ORDER DENYING MOTION SEEKING LEAVE TO FILE SUIT

THIS CASE came before the Court without a hearing for consideration of the Motion Seeking Leave to File Suit Against Dennis Kennedy in the U.S. District Court for the District of Florida or Other Forum or Venue (Doc. No. 728) ("Motion") filed by the Debtor, Don Karl Juravin ("Debtor"), as Trustee for Code2GOD ("Code2GOD"). Code2GOD, an alleged non-profit charitable organization formed for religious purposes, seeks leave to file an action against the chapter 7 trustee, Dennis D Kennedy. After considering the Motion and being otherwise fully advised in the premises, the Court denies the Motion without prejudice.

Debtor, Don Karl Juravin, is not an attorney permitted to practice before the Court. Local Rule 1074-1 provides "[c]orporations, partnerships, trusts, and other persons who are *not*

*individuals may appear and be heard through counsel* permitted to practice in the Court under Local Rule 2090-1" Local Rule 1074-1 (emphasis added). Code2GOD is not an individual and as a result, may only appear and be heard in this case through counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381 (11th Cir. 1985)(entities cannot appear *pro se* and must be represented by counsel). *See also Kell v. Smith*, 743 F.App'x 292 (11th Cir. 2018)(District Court did not abuse its discretion by ordering churches to obtain counsel). Debtor, a non-attorney, may not file papers in this case as trustee for Code2GOD.

Furthermore, the Debtor is represented by counsel—Henry N. Portner. To the extent Debtor filed the Motion in his individual capacity, Local Rule 9011-2 provides "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, that is on his or her own behalf, absent prior leave of Court." Local Rule 9011-2. Debtor has not obtained leave of Court and may not file papers in this case in his individual capacity.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 728) is **DENIED WITHOUT PREJUDICE**.

###

Clerk to serve.