UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DON KARL JURAVIN, | ) | Case No. 6:18-bk-6821-LVV |
| | ) | Case No. 6:20-bk-1801-LVV |
| Debtor. | ) | *Jointly Administered with* |
| _____ | ) | Case No. 6:18-bk-6821-LVV |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR DEBTOR, DON KARL JURAVIN**

---

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

The undersigned, ALDO G. BARTOLONE, JR. and BARTOLONE LAW, PLLC (collectively hereinafter "Counsel"), pursuant to Local Rule 2091-2, hereby file this Motion for Leave to Withdraw as Counsel for Debtor, Don Karl Juravin ("Debtor"), and in support thereof further state as follows:

1.  Irreconcilable differences have arisen between the Debtor and the undersigned.

2.  The undersigned will be joining a law firm in South Florida and the new firm has refused representation of the Debtor in this case.

1

3. Withdrawal from representation in this case can be accomplished without material adverse effect on the interests of the Debtor since he has co-counsel, Henry Portner, who has also entered an appearance on the Debtor's behalf in this case.

4. The Debtor has been advised on the undersigned's intent to withdraw and the Debtor has consented to the withdrawal.

5. Accordingly, the undersigned desires to relinquish and discharge any further responsibility for the representation of the Debtor in this case.

6. The Debtor has requested a period of 60 days to obtain new counsel to represent him in this bankruptcy case.

WHEREFORE, ALDO G. BARTOLONE, JR. and BARTOLONE LAW, PLLC, respectfully request this Honorable Court enter an Order: (i) granting this Motion; (ii) permitting Aldo G. Bartolone, Jr. and Bartolone Law, PLLC to withdraw from representing Debtor, Don Karl Juravin, in this chapter 7 bankruptcy case; (iii) granting the Debtor 60 days to obtain new counsel; and (iv) granting any such further relief that this Court deems just and proper under the circumstances.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served on all parties listed on the attached Service List, this 7th day of November, 2022.

       /s/ Aldo G. Bartolone, Jr.
ALDO G. BARTOLONE, JR.
Florida Bar No. 173134
BARTOLONE LAW, PLLC
13506 Summerport Village Pkwy.
Suite 325
Windermere, Florida 34786
Telephone: (407) 294-4440
Facsimile: (407) 287-5544
E-mail: aldo@bartolonelaw.com

**SERVICE LIST**

Don Karl Juravin
15118 Pendio Drive
Montverde, FL 34756

Dennis D. Kennedy
Chapter 7 Trustee
P.O. Box 541848
Merritt Island, FL 32954

Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

All parties entitled to receive electronic notice via CM/ECF