UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DON KARL JURAVIN, | ) | Case No. 6:18-bk-6821-LVV |
| | ) | Case No. 6:20-bk-1801-LVV |
| | ) | *Jointly Administered with* |
| _____ | ) | Case No. 6:18-bk-6821-LVV |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### FOR DON KARL JURAVIN
#### AND ALL OTHER REPRESENTED PARTIES TO DATE BEFORE THIS COURT

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 within fourteen (14) days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

The undersigned, Henry N. Portner, Attorney at Law and Attorney Advocates of America, PLLC, (collectively

hereinafter "Counsel"), pursuant to Local Rule 2091-2, hereby file this Motion for Leave to Withdraw

as Counsel for Don Karl Juravin, Anna Juravin and all other represented parties in this case .

      1.    I have thoroughly discussed this matter with Mr. and Mrs. Juravin and they deserve and need more time

and expertise that I am able to give them.

      2.    Mr. and Mrs. Juravin are in full accord with me on this issue and consent and likewise request that I be

relieved as counsel for them and all of the other represented related entities in this case.

3.    Withdrawal from representation in this case can be accomplished without material adverse effect as there are no pending matters scheduled for trial at this time.   Adverse matters are still in the discovery stage and no trial dates have been set.

4.    Both Mr. and Mrs. Juravin have has been advised of my intention to withdraw and they have agreed and consented to the withdraw as well with the other related parties to which I have represented before this Court.

5.    Accordingly, the undersigned desires to relinquish and be discharged from any further responsibility for the representation of these clients at this time.

6.    Mr. Juravin has requested a reasonable period of time in which to engage new counsel and to allow counsel time to review all prior pleadings. He expectation is to have new counsel enter his/her appearance by January 20, 2023.

WHEREFORE, Henry N. Portner, Attorney at Law, and Attorney Advocates of America, PLLC respectfully request this Honorable Court enter an Order: (i) granting this Motion; (ii) permitting Henry N. Portner and Attorney Advocates of America, PLLC to withdraw from representing Debtor, Don Karl Juravin, and all other entities so represented in this chapter 7 bankruptcy case.


I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served on all parties listed on the attached Service List, this 10ᵗʰ day of November, 2022

/s/  Henry N. Portner, Esquire
Henry N. Portner
Florida Bar No. 0883050
Email: portnerlaw@gmail.com

2

## SERVICE LIST

Don Karl Juravin  and Anna Juravin
15118 Pendio Drive
Montverde, FL 34756

Dennis D. Kennedy
Chapter 7 Trustee
P.O. Box 541848
Merritt Island, FL 32954

Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801

All parties entitled to receive electronic notice via CM/ECF