UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

Debtor.
_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

Applicable Debtors.
_____/

Case No. 6:18-bk-06821-LVV
Chapter 7

Jointly Administered with
Case No. 6:20-bk-01801-LVV

### LIMITED OBJECTION TO MOTION TO WITHDRAW AS COUNSEL
**(Relating to Withdrawal of Mr. Portner)**

DENNIS D. KENNEDY, Chapter 7 Trustee for the Estates of Don Karl Juravin and Must Cure Obesity, Co. ("Trustee"), through counsel, objects to the Motion to Withdraw as Counsel (Doc. 740) ("Withdrawal Motion") filed by Henry N. Portner, Esq., and states:

1. On June 2, 2021, Mr. Portner made his first appearance in the case on behalf of United Medical Group International, Inc., a company purportedly owned and controlled by Mr. Juravin's wife, Anna Juravin. (Doc. 513).

2. In August 2021, Mr. Portner then filed a motion on behalf of "Must Cure Obesity, Co., Juravin, Inc. and Roca Labs Nutraceutical USA, Inc by and through Don K. Juravin, Debtor." (Doc. 555).

3. He subsequently filed numerous papers on behalf of Mr. Juravin and appeared at several hearings on his behalf.

1

4. Mr. Portner has also filed papers in this case on behalf of both Mr. Juravin, and his wife, Anna Juravin.

5. He has filed numerous papers on behalf of Anna Juravin individually, as well.

6. Now, Mr. Portner files the Withdrawal Motion, seeking to withdraw as counsel for "Don Karl Juravin and all other represented parties to date before this Court." Yet, Mr. Portner still has not identified the various entities he purports to represent. It is unclear which entities will require new representation pursuant to Local Rule 1074-1. Mr. Portner also represents several parties in various adversary proceedings, but he has not filed motions to withdraw in those adversary proceedings or otherwise indicated whether he is seeking to withdraw from any representation in those proceedings as well.

7. In addition, on July 12, 2022, Trustee filed a Motion for Disgorgement of Attorney's Fees (Doc. 702) ("Disgorgement Motion") against Mr. Portner. At the hearing on September 15, 2022, the Court took the Disgorgement Motion under advisement. To the extent he is permitted to withdraw prior to the Court's decision on the Disgorgement Motion, the order permitting withdrawal should confirm that Mr. Portner remains subject to the Court's jurisdiction for the purposes of the Disgorgement Motion and require him to provide and keep updated his contact information.

8. In this case and several of the related adversary proceedings, the Debtor, Mr. Juravin, has alleged that he does not receive proper service of pleadings and has ignored or rejected mail sent to his home address at 15118 Pendio Drive, Monteverde, Florida 34756, which is the address listed in his petition and schedules.

9. In the event Mr. Portner is permitted to withdraw, the Trustee reasonably anticipates Debtor will attempt to use his pro se status as a means to avoid complying with his

obligations under the Bankruptcy Code and Rules. Trustee also anticipates Debtor continuing to reject mail and allege improper service of pleadings. Mr. Portner's withdrawal as counsel should be conditioned on the Debtor providing his current contact information, including mailing address, phone number, and email address, and confirming his obligation to keep complete and updated contact information with the Court.

10. Likewise, Mr. Portner's withdrawal should be conditioned on either the retention of counsel by the various entities he previously represented, and confirmation in any order permitting withdrawal that those entities cannot participate in this case or the adversary proceedings through Mr. Juravin, Mrs. Juravin, or any other non-attorney. Local Rule 1074-1.

WHEREFORE, Dennis Kennedy, as Chapter 7 Trustee, objects to the withdrawal of counsel and requests that the Court condition the withdrawal of Mr. Portner as counsel of record for the Debtor as described herein, and grant Trustee such other and further relief as the Court deems just and proper.

Dated November 23, 2022.

/s/*Lauren M. Reynolds*
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward
 & Woodman, P.A.**
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
*Attorneys for Dennis D. Kennedy,
as Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of this objection has been served on November 23, 2022: (i) on all "filing users" through the CM/ECF filing system; and (ii) by first class mail, postage prepaid, to Don Juravin, 15118 Pendio Drive, Montverde, FL 34756.

>                                  /s/*Lauren M. Reynolds*
>                                  Lauren M. Reynolds