ORDERED.

Dated: December 08, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DON KARL JURAVIN, | ) | Case No. 6:18-bk-6821-LVV |
| | ) | Case No. 6:20-bk-1801-LVV |
| Debtor. | ) | Jointly Administered with |
| _____ | ) | Case No. 6:18-bk-6821-LVV |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR DEBTOR, DON KARL JURAVIN**

THIS CASE came on for hearing on December 6, 2022 on the Motion of Aldo G. Bartolone, Jr. and Bartolone Law PLLC to Withdraw as Counsel for Debtor, Don Karl Juravin (the "Motion") (Doc. No. 739), the Chapter 7 Trustee's Limited Objection to Motion to Withdraw as Counsel (the "Limited Objection") (Doc. No. 744), and Bartolone's Repsonse to Trustee's Limited Objection to Motion to Withdraw as Counsel (the "Response") (Doc. No. 746). Having reviewed the pleadings and considered the position of interested parties, it is

**ORDERED:**

1. The Motion (Doc. No. 739) is GRANTED.

1

2. Aldo G. Bartolone, Jr., Esq. and the law firm of Bartolone Law, PLLC are hereby discharged from any further responsibility for the representation of Debtor, Don Karl Juravin, in the above-styled bankruptcy case.

3. All future pleadings and correspondence should be forwarded directly to the Defendant at the following address:

>Don Karl Juravin
>15118 Pendio Drive
>Montverde, FL 34756
>don@juravin.com

###

Attorney, Aldo G. Bartolone, Jr., Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.