ORDERED.

Dated: December 18, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

Debtor.
_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

Applicable Debtors.
_____/

Case No. 6:18-bk-06821-LVV
Chapter 7

Jointly Administered with
Case No. 6:20-bk-01801-LVV

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR DON KARL JURAVIN AND ALL OTHER
<u>REPRESENTED PARTIES TO DATE BEFORE THIS COURT</u>**

THIS CASE came on for hearing on December 6, 2022, at 11:00 a.m., on the Motion for Leave to Withdraw as Counsel for Don Karl Juravin and all other Represented Parties to Date Before this Court ("Motion") (Doc. No. 740) filed by Henry N. Portner, and the Limited Objection to Motion to Withdraw as Counsel (Relating to Withdrawal of Mr. Portner) (Doc. No. 745) filed by Dennis D. Kennedy, Chapter 7 Trustee and the Response and Conformance to Limited Objections by Trustee to the Motion to Withdraw of Undersigned Counsel (Doc. No. 747). After

considering the Motion and the arguments of counsel and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion (Doc. No. 740) is **GRANTED** subject to the limitations set forth below.

2. Henry N. Portner shall have no further responsibility in representing the following parties or any other entity he has represented related to this instant case and its adversary proceedings:

    a. Don Karl Juravin, Case Number 6:18-bk-06821-LVV;
    b. Anna Juravin, Case Number 6:18-bk-06821-LVV;
    c. Ann Juravin and Juravin Incorporated, Adversary Proceeding 6:21-ap-00141-LVV;
    d. Anna Juravin and United Medical Group International, Inc., Adversary Proceeding 6:21-ap-00142-LVV;
    e. Anna Juravin and United Medial Group International, Inc., Adversary Proceeding 6:22-ap-00019-LVV; and
    f. Anna Juravin, Adversary Proceeding 6:22-ap-00020-LVV.

3. Notwithstanding the foregoing, the Court retains jurisdiction over Henry N. Portner with respect to the pending Motion for Disgorgement of Attorney's Fees (Doc. No. 702) ("Disgorgement Motion"), which the Court currently has under advisement, until all issues relating to that Disgorgement Motion are fully resolved, including but not limited to, the entry of an Order on the Disgorgement Motion and enforcement of said Order, if and when necessary and appropriate.

Lauren M. Reynolds is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.