

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/14/2022 01:30 PM

COURTROOM 6C, 6th Floor

HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:18-bk-06821-LVV** | **7** | **10/31/2018** |

**Chapter 7**

**DEBTOR:**  Don Juravin

**DEBTOR ATTY:**  Henry Portner

**TRUSTEE:**  Dennis Kennedy

**HEARING:**

1) Trustee's Motion to Approve Compromise with American Express Related Cases: Adv. Pro. No. 6:21-ap-00139-LVV and 6:22-ap-00009-LVV (Doc #741)
Objection by Don Juravin (Doc #754)
2) Juravin's Motion to Extend Time for 20 days to obtain counsel (Doc #761)
Note:
Discharge entered 6/26/20
Future hearing dates:
1/31/23 at 10am
Pending APs:
21-ap-139 Kennedy v. AMEX (Consolidated w 22-ap-09)
21-ap-145 Kennedy, v. Goodwin (Consolidated w 22-ap-14)
22-ap-21 Kennedy v. Hershkowitz et al
21-ap-140 Kennedy v. PSR Developers
22-ap-13 Kennedy v. PSR Developers
21-ap-143 Kennedy, v. Zuckerman et al
22-ap-15 Kennedy v. Zuckerman et al
21-ap-141 Kennedy, v. Juravin et. al (Consolidated w 22-ap-16 & 22-ap-20)
21-ap-142 Kennedy, v. Nat Vitamins et al (Consolidated w 22-ap-19)
21-ap-103 Bella Collina v Juravin

**APPEARANCES:**:
Brad Saxton & Lauren Reynolds: Trustee; Don Juravin: Debtor; Jason Jones: American Express

**RULING:**
1) Trustee's Motion to Approve Compromise with American Express Related Cases: Adv. Pro. No. 6:21-ap-00139-LVV and 6:22-ap-00009-LVV   (Doc #741) -   Objection by Don Juravin   (Doc #754)   - Granted; order by Reynolds.

2) Juravin's Motion to Extend Time for 20 days to obtain counsel   (Doc #761) - Denied; Order by Reynolds.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.