ORDERED.

Dated: December 22, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 6:18-bk-06821-LVV |
| DON KARL JURAVIN, | Chapter 7 |
| Debtor. | Jointly Administered with |
| _____/ | Case No. 6:20-bk-01801-LVV |
| DON KARL JURAVIN, | |
| Case No. 6:18-bk-06821-KSJ | |
| MUST CURE OBESITY, CO. | |
| Case No. 6:20-bk-01801-KSJ | |
| Applicable Debtors. | |
| _____/ | |

### ORDER DENYING DEBTOR'S MOTION FOR EXTENSION OF TIME

THIS CASE came on for hearing on December 14, 2022, at 1:30 p.m., on the Motion for Extension of Time ("Motion") (Doc. No. 761) filed by Debtor, Don K. Juravin. After considering the Motion and the arguments of counsel and being otherwise fully advised in the premises, it is

**ORDERED** that the Motion is **DENIED.**

Lauren M. Reynolds is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.