**FILED**
Date: 2/3/2023 @ 10:39 PM via: email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  
DON KARL JURAVIN

Debtor

_____/

Chapter 7  
Case No. 6:18-bk-06821 - LVV  
Case No. 6:20-bk-01801 - LVV

Jointly Administered with  
Case No. 6:18-bk-06821 - LVV

## MOTION FOR REFUND OVERPAID FEES

The Debtor, DON K JURAVIN, asks this Court for refund overpaid fees in the amount of $298.00 for an appeal on a settlement between Trustee and PSR Developers LLLP.

1. On October 20, 2022, the Debtor filed an appeal on a settlement between Trustee and PSR Developers LLLP in following Adversary Proceedings:
   - Adv. No. 6:21-ap-00140-LVV
   - Adv. No. 6:21-ap-00142-LVV
   - Adv. No. 6:22-ap-00013-LVV
   - Adv. No. 6:22-ap-00019-LVV
2. On October 21, 2022, the Court mailed an order directing immediate payment of the filing fee for the appeal, $298.00, due on or before November 3, 2022. Exhibit A
3. The Postal Money Order #279966611534 for the amount of $298.00 was mailed out to the Court. Exhibit A
4. The Clerk of Court assured no payment was received upon calls made to the court.

-1-

5. As a result, on November 3, 2022, another Postal Money Order #2799661147 for the same amount of $298.00 was issued, for the same appeal, and delivered directly to the Clerk of Court. Exhibit B
6. An inquiry was filed with US Postal and showed that the first money order was cashed on October 26, 2022. Exhibit C
7. The court cashed both postal money orders for appeal filed on October 20, 2022.
8. The court shall issue a refund check to Don Juravin located at 15118 Pendio Dr., Montverde, FL 34756, in the amount of $298.00.

Respectfully submitted by,

*[Hebrew signature]*

*Don*

Don Juravin, *Pro Se*
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com

Date: February 3, 2023

**EXHIBIT A**



[Dodipaf] [District Order Directing Immediate Payment of Appeal Filing Fee – Bankruptcy]

ORDERED.

Dated: October 21, 2022

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

Case No.
6:18-bk-06821-LVV
Chapter 7

### ORDER DIRECTING IMMEDIATE PAYMENT OF FILING FEE

THIS CASE came on for consideration on the Notice of Appeal filed by Don Karl Juravin ("Appellant") on 10/20/2022, Doc. No. 729.

The record reflects that Appellant has not paid the filing fee as required by Federal Rule of Bankruptcy Procedure 8003(a)(3)(C). Accordingly, it is

**ORDERED:**

1. Not later than Enter 14–day due date, Appellant shall pay to the clerk the sum of $298.00 representing the filing fee remaining unpaid.

2. The Appellant, if not represented by counsel, shall pay the filing fee, in the form of cashier's check or money order only, made payable to Clerk, U.S. Bankruptcy Court and delivered to or received by mail addressed to:

For Tampa and Ft. Myers cases:

Clerk, U.S. Bankruptcy Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

For Orlando cases:

Clerk, U.S. Bankruptcy Court
George C. Young Federal Courthouse
400 West Washington Street Suite 5100

000660                    39504000661024

**EXHIBIT A**





# EXHIBIT A

27946551-1534

This receipt or your Post Office Customer Receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the Pay To and From information on the money order in the space provided. No claim for improper payment permitted 1 year after payment. If your money order is lost or stolen, present this receipt or your Post Office Customer Receipt and file a claim for a refund at your Post Office.

An Inquiry Form 6401 may be filled at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

PLEASE DETACH AND KEEP THIS FOR YOUR RECORDS

# EXHIBIT A



**UNITED STATES POSTAL SERVICE®**

EXHIBIT B

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

**NOT NEGOTIABLE**

Pay to: Clerk US Bankr. Court

Address:

Appeal PSR

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 27996611477
Year, Month, Day: 2022-11-02
Post Office: 347560
Amount: $298.00
Clerk: 04

# EXHIBIT B

This receipt or your Post Office Customer Receipt is your guarantee for a refund of your money order if it is lost or stolen, provided you fill in the Pay To and From information on the money order in the space provided. No claim for improper payment permitted 1 year after payment. If your money order is lost or stolen, present this receipt or your Post Office Customer Receipt and file a claim for a refund at your Post Office.

An inquiry Form 6401 may be filed at any time for a fee. A replacement will not be issued until 60 days after the money order purchase date, provided the money order has not been paid.

PLEASE DETACH AND KEEP THIS FOR YOUR RECORDS

# EXHIBIT B

UNITED STATES
BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# 97165      - AB

November 03, 2022
09:01:28

Appeal Adversary
18-06821-LVV7

Debtor.: DON KARL JURAVIN
Judge..: LORI V. VAUGHAN
Trustee: DENNIS KENNEDY
Amount.:              $292.00 D
Check#.: 2798611417

Total-> $298.00

FROM: DON JURAVIN

**EXHIBIT C**


**UNITED STATES**
**POSTAL SERVICE**®
Accounting Service Center

November 21, 2022

Subject:  Money Order Serial Number: 2799661153
 Inquiry ID: 15482137
 Inquiry Date:
 Inquiry Amount: $298.00

ANNA JURAVIN
15118 PENDIO DR
BELLA COLLINA FL 347563606

Dear ANNA JURAVIN

This is an acknowledgement of the receipt of your inquiry and our records indicate that this money order was cashed on 10/26/2022. You should receive a copy of your cashed money order from the Federal Reserve Bank. No replacement check will be issued.

Sincerely,


Manager, General Accounting Branch



General Accounting Branch, PO BOX 80453, St. Louis, MO 63180-0453

**EXHIBIT C**

**UNITED STATES POSTAL SERVICE.**

November 21, 2022

ANNA JURAVIN
15118 PENDIO DR
BELLA COLLINA, FL 34756-3606

ILN: F2300667988909

Dear Postal Customer:

A copy of the money order per your PS Form 6401 Money Order Inquiry is below.



If you have any additional concerns or questions, write to us at the address indicated below and enclose a copy of your customer receipt and this letter.

ACCOUNTING SERVICE CENTER
GENERAL ACCOUNTING BRANCH
PO BOX 82428
ST. LOUIS, MO 63182-2428

1-866-974-2733

Batch: 30000156677444    Print Date: 20221121    Page: 55