**FILED**
Date: 2/14/2023 ____ via: email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Don K Juravin | Dennis Kennedy Trustee, James Ryan, Bradley Saxton, Lauren Reynolds |
| Bankruptcy Case No.   6:18-bk-06821-LVV | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Don Juravin /Pro Se/<br>15118 Pendio Dr.<br>Montverde, FL 34756<br>8138105100 | |

### NATURE OF PROCEEDING

Check appropriate item

☑ Appeal pursuant to 28 USC §158
    Notice of Appeal filed: February 14, 2023
    Date of Order Appealed: February 1, 2023
    Title of Order Appealed: ~~Order granting in part and denying in part debtor's motion to unseal documents, for contempt, to compel and~~ for removal of chapter 7 trustee
    Debtor's County of Residence: Lake County

☐ Motion to Withdraw Reference
    Filed: _____ By: _____

☐ Interlocutory Appeal
    Title of Interlocutory Order or Decree: _____
    Date of Order or Decree: _____
    Brief Description of Matter Appealed: _____

☐ Motion for Leave to Appeal
    Date Filed: _____

☐ Other _____

☑ Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?  ☐ Yes   ☑ No
If not, do you intend to do so?  ☑ Yes   ☐ No   If ordered, on what date? _____

 /Pro Se/
_____
Attorney/Appellant

[ Click to PRINT Form ]    [ Click to CLEAR form data ]

**FILED**
Date: 02/14/2023    via: email
Clerk, U.S. Bankruptcy
Orlando Division

Official Form 417A (12/18)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
IN RE DON K JURAVIN    Case No.:6:18-bk-06821-LVV

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): DON K JURAVIN

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) creditor

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Order granting in part and denying in part debtor's motion to unseal documents, for contempt, to compel and for removal of chapter 7 trustee.

2. State the date on which the judgment, order, or decree was entered: February 1, 2023

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Don K Juravin          Attorney: Don K Juravin /Pro Se/
                                  Don@Juravin.com

2. Party: Dennis Kennedy         Attorney: Service list attached

3. Party: James Ryan             Attorney: Service list attached

4. Bradley Saxton                Attorney: Service list attached

5. Lauren Reynolds               Attorney: Service list attached

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

איני צריך עו״ד
Don  /Pro Se/
_____     Date: February 14, 2023
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
Don K Juravin /Pro Se/
Don@Juravin.com
15118 Pendio Dr.
Montverde, FL 34756
8138105100

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Service list

U.S. Trustee - ORL7/13,
7 Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

Ryan Law Group
636 US HWY One #110
North Palm Beach, FL 33408-4611

Dennis D. Kennedy
Chapter 7 Trustee
P. O. Box 541848
Merritt Island, FL 32954

Bradley Saxton
Lauren Reynolds
329 Park Avenue North
PO Box 880
Winter Park, FL 32790-0880

ORDERED.

Dated: February 01, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                              )
                                    )
Don Karl Juravin,                   )     Case No. 6:18-bk-06821-LVV
                                    )     Chapter 7
        Debtor.                     )
_____)

**ORDER GRANTING IN PART AND DENYING IN PART
DEBTOR'S MOTION TO UNSEAL DOCUMENTS, FOR CONTEMPT,
TO COMPEL AND FOR REMOVAL OF CHAPTER 7 TRUSTEE**

THIS CASE came before the Court on January 31, 2023 for consideration of the Motion to Unseal Documents, for Contempt, to Compel and for Removal of Chapter 7 Trustee ("Motion") filed by the Debtor, Don Karl Juravin ("Debtor") and the response to the Motion filed by Dennis D. Kennedy, as Chapter 7 Trustee ("Trustee").[1] During this case, the Court entered an Order Granting Trustee's Motion Under Seal for Break Order to Take Possession of Debtor Property ("Order")[2] which directed the clerk to restrict public viewing of the Order, the motion requesting the Order and the record of any hearing only until after the Trustee obtains the Property described

---

[1] Doc. No. 776, Doc. No. 789.
[2] Doc. No. 502.

1



in the Order. By the Motion, the Debtor seeks to have the public viewing restriction lifted. The Debtor also requests that the Court hold the Trustee in contempt and removed from this case, along with Trustee's counsel, for other reasons stated in the Motion—a request he has made on at least one previous occasion and was denied. After considering the Motion, response by the Trustee, arguments of the Debtor and Trustee's counsel, and for the reasons stated in open court, it is

**ORDERED:**

1. The Motion (Doc. No. 776) is **GRANTED IN PART**.

2. The clerk is directed to allow public viewing of the Order (Doc. No. 502), the Renewed and Supplemental Motion, filed under seal, for issuing a "Break Order" filed by the Trustee (Doc. No. 490) and the record of any hearing.

3. Trustee's counsel is directed to mail to the Debtor a copy of the Order (Doc. No. 502) and the Renewed and Supplemental Motion, filed under seal, for issuing a "Break Order" filed by the Trustee (Doc. No. 490).

4. All other relief requested in the Motion (Doc. No. 776) is **DENIED**.

5. Debtor is directed to cease requesting removal of the Trustee or Trustee's counsel for the reasons provided in the Motion. If the Debtor fails to comply with this paragraph, the Court may impose sanctions against the Debtor, including but not limited to, attorney's fees and costs.

6. The Court in its discretion may file written findings of facts and conclusions of law at a later date.

###

Clerk to serve.

2