UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
DON KARL JURAVIN

Debtor
_________________________/

Chapter 7
Case No. 6:18-bk-06821 - LVV

Case No. 6:20-bk-01801 - LVV
Jointly Administered with
Case No. 6:18-bk-06821 - LVV

**FILED**
**Date:** 2/15/2023 4:17 PM **via:** **email**
**Clerk, U.S. Bankruptcy**
**Orlando Division**

Dear Clerk of the Court:

I was required by the special counsel to Trustee Chapter 7, Mr. James Ryan, to make several appearances for continuing Rule 2004 Examinations in connection to case No.: 6:18-bk-06821-LVV, which occurred on the following dates:

1. June 21, 2021,
2. September 24, 2021,
3. March 2, 2022.

I am a debtor in case 6:22-bk-02268-LVV, I am writing to you to request copies of transcripts of the 2004 Examinations. I am unable to afford the transcripts cost. I am asking please if I can be provided with transcripts of my 2004 Examinations in case No.: 6:18-bk-06821-LVV at no charge. Exhibit A.

Most respectfully, I am asking for transcripts, so that I can carefully review the examination and have the opportunity to point out my concerns to the Court if need be.
I thank you for your kind consideration of this request.

Respectfully,

Anna Juravin /Pro Se/

Dated: February 15, 2023

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN, | Case No. 6:18-bk-06821-KSJ |
| Debtor. | Case No. 6:20-bk-01801-KSJ |
| _____/ | *Jointly Administered with*<br>Case No. 6:18-bk-06821-KSJ |
| DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ | |
| MUST CURE OBESITY, CO.<br>Case No. 6:20-bk-01801-KSJ | |
| Applicable Debtors.<br>_____/ | |

### TRUSTEE'S NOTICE OF RULE 2004 EXAMINATION OF ANNA JURAVIN
**(production and remote testimony)**

Dennis D. Kennedy, Chapter 7 Trustee (*Trustee*) for the Estate of Don Karl Juravin (Case No. 6:18-bk-06821-KSJ) and the Estate of Must Cure Obesity, Co. (Case No. 6:20-bk-01801-KSJ), by and through his undersigned counsel, pursuant to Fed. R. Bank. P. 2004, hereby gives notice that he will conduct the continuation of his examination of **ANNA JURAVIN** upon oral examination via **ZOOM**, on **June 21, 2021**, at **1:00 p.m.** before Esquire Deposition Solutions (court reporter), or some other officer duly authorized by law to take examinations, continuing from day to day until completion. The examination is being taken for the purpose of discovery and for use at any hearing or trial or for such other purpose as are permitted under the applicable rules.

The Examinee remains under the Notice of and Subpoena for Rule 2004 Examination, Doc. 482 dated 04/16/2021, served 04/29/2021. *See*, **Exhibit 1** attached.

Dated: June 09, 2021.          Respectfully submitted,

/s/*James D. Ryan*
JAMES D. RYAN, ESQ.
FLORIDA BAR NO. 0976751
JDR@RYANLAWGROUP.NET
SUE@RYANLAWGROUP.NET
LAUREN@RYANLAWGROUP.NET
**RYAN LAW GROUP, PLLC**
636 U.S. HIGHWAY ONE, SUITE 110
NORTH PALM BEACH, FL 33408
MAIN: (561) 881-4447  FAX: (561) 881-4461
*SPECIAL COUNSEL TO DENNIS D. KENNEDY, TRUSTEE*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **June 09, 2021**, a true and correct copy of the foregoing Notice of Continued Rule 2004 Examination – Anna Juravin has been served by CM/ECF and US mail as indicated:

**CM/ECF:**
- United States Trustee, c/o Charles R Sterbach, Esq., George C. Young Federal Bldg, 400 W. Washington Street, Suite 1100, Orlando, FL 32801;
- Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954
- Bradley M. Saxton, Esq., Winderweedle, Haines, Ward & Woodman, P.A., 329 Park Avenue North, 2nd Floor, Winter Park, FL 32789;
- Aldo G. Bartolone, Jr., Esq., Bartolone Law, PLLC, 1030 North Orange Avenue, Suite 300, Orlando, FL 32801;
- Shawn M. Yesner, Esq., Yesner Law, P.L. Countryside Colonial Center, 2753 SR 580, Suite 106, Clearwater, FL 33761-3345

**US Mail:**
- Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756
- Anna Juravin, 15118 Pendio Drive, Montverde, FL 34756

/s/*James D. Ryan*
JAMES D. RYAN, ESQ.

ZOOM INSTRUCTION
TRUSTEE'S CONTINUED 2004 EXAMINATION OF ANNA JURAVIN
**FRIDAY 9/24/2021    0930AM EASTERN**

PROCEEDING DETAILS

— Meeting **ID**:              97893854628
— Meeting **Password**:        7446875
— Case Name:                   IN RE: DON KARL JURAVIN, DEBTOR
— Witness Name:                **ANNA JURAVIN**
— Date:                        **9/24/2021**
— Time and Time Zone:          **09:30 AM Eastern**
— Esquire Job No:              J7446875

We recommend you test your connection in advance and join the meeting at least 15 minutes prior to the deposition start time.

How to Join the Proceeding:
Click here to join the meeting:
https://esquiresolutions.zoom.us/j/97893854628?pwd=RjFLeWc5ZHZlQ2h5ZTh1RXZUN1JCQT09

Joining the Proceeding by phone or room system:

— +1 669 900 6833 or +1 346 248 7799 US Toll
— International numbers available: https://esquiresolutions.zoom.us/u/ac8AJQYpY8
    <https://esquiresolutions.zoom.us/u/ac8AJQYpY8>
— If joining from an H.323/SIP room system, Dial: 162.255.37.11 (US West) or 162.255.36.11 (US East)

Joining the Proceeding by Zoom Browser:

Please note that if you join Zoom from your browser rather than from an installed version of Zoom, you will be restricted by the Zoom browser from using the following features:
— Annotation
— Sharing audio or video
— Sending or receiving files through Chat file transfer
— Screen share is not supported by the Safari browser
— Granting or receiving remote control

Please Note: This invitation has been sent to all attendees provided to Esquire at the time of scheduling. If forwarding the meeting invitation to other participants, be sure to also notify them of updates and cancellations.

**First Video Conference Proceeding?**
Click Here <https://vimeo.com/427528551/e304a608e1 > to view our tutorial video on remote proceedings.

**Test Your System:**
— Self-Test: https://www.Zoom.us/test <https://www.Zoom.us/test>
— Test with Esquire (Optional): Request for Esquire Video Conference
    Testing <https://www.esquiresolutions.com/request-video-conferencing-test/>

**Help Needed During the Proceeding?**
Contact our support team at:   800-211-3376   Reference J7446875
— conferencingsupport@esquiresolutions.com <mailto:conferencingsupport@esquiresolutions.com>

**Zoom Instructions:**
**Wednesday March 02, 2022      1000am**
**Trustee's continued remote 2004 Examination of Anna Juravin**

* **Meeting ID: 96109252079**
* **Meeting Passcode (if needed): 7926324**
* Case Name: IN RE: DON KARL JURAVIN, DEBTOR
* Witness Name: ANNA JURAVIN
* **Date: 3/2/2022**
* Time and Time Zone: **10:00 AM Eastern**

How to Join the Proceeding:
   Click here to join the meeting:
https://esquiresolutions.zoom.us/j/96109252079?pwd=bC9kcFFrN0FmTlFUdS9nL1lQd09MQT09

Joining the Proceeding by phone or room system:
*      +1 669 900 6833 or +1 346 248 7799 US Toll
*      International numbers available:
https://esquiresolutions.zoom.us/u/ac8AJQYpY8
<https://esquiresolutions.zoom.us/u/ac8AJQYpY8>
*      If joining from an H.323/SIP room system:
      Dial: 162.255.37.11 (US West) or 162.255.36.11 (US East)

Joining the Proceeding by Zoom Browser:
Please note that if you join Zoom from your browser rather than from an installed version of Zoom, you will be restricted by the Zoom browser from using the following features:

*      Annotation
*      Sharing audio or video
*      Sending or receiving files through Chat file transfer
*      Screen share is not supported by the Safari browser
*      Granting or receiving remote control

Test Your System:

*      Self-Test: https://www.Zoom.us/test <https://www.Zoom.us/test>
*      Test with Esquire (Optional): Request for Esquire Video Conference Testing
<https://www.esquiresolutions.com/request-video-conferencing-test/>

Help Needed During the Proceeding?
Contact our support team at:
*      800-211-3376
*      conferencingsupport@esquiresolutions.com
<mailto:conferencingsupport@esquiresolutions.com>
*      Reference J7992649