ORDERED.

Dated:  February 17, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| Don Karl Juravin, | )   Case No. 6:18-bk-06821-LVV |
| | )   Chapter 7 |
| Debtor(s). | ) |
| | ) |

**ORDER GRANTING IN PART MOTION FOR REFUND OVERPAID FEES**

This case came before the Court without a hearing on the Motion for Refund Overpaid Fees (Doc. No. 805) ("Motion") filed by Debtor, Don Karl Juravin ("Debtor'). Debtor sent the clerk two checks in the amount $298 to pay the appeal filing fee for the Notice of Appeal filed October 20, 2022.[1] By the Motion, Debtor requests return of the $298 overpayment.

After filing the Motion however, Debtor filed a Notice of Appeal on February 13, 2023 ("Second Notice of Appeal") and a Notice of Appeal on February 14, 2023 ("Third Notice of Appeal").[2] Debtor did not pay the appeal filing fees and the Court entered orders directing immediate payment of the appeal filing fees for the Second Notice of Appeal and Third Notice of

---

[1] The Notice of Appeal is Doc. No. 729. The clerk received $298 on October 25, 2022, Receipt Number 00097134, and $298 on November 3, 2022, Receipt Number 97165.
[2] Doc. Nos. 807, 809.

1

Appeal.[3] The Debtor's $298 overpayment could be applied to the appeal fees currently owed. After reviewing the pleadings and considering the positions of all interested parties, it is

**ORDERED:**

1. The Motion (Doc. No. 805) is **GRANTED IN PART**.

2. The clerk is directed to apply the $298 overpayment to the appeal filing fee for the Second Notice of Appeal (Doc. No. 807). No further payment is needed for the Second Notice of Appeal.

3. Debtor still owes the $298 appeal filing fee for the Third Notice of Appeal. The Order Directing Immediate Payment of Filing Fee (Doc. No. 810) remains in effect.

###

The Clerk is directed to serve a copy of this order on interested parties.

---

[3] Doc. Nos. 810, 811.