UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                    Case No. 6:18-bk-06821-LVV
                                                          Chapter 7
DON KARL JURAVIN
                                                          Jointly Administered with
        Debtor.                                           Case No. 6:20-bk-01801-LVV
_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-LVV

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-LVV

        Applicable Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS GIVEN THAT:**

1.      A preliminary hearing will be held on **April 4, 2023 at 11:30 a.m.,** in Courtroom

#6C on the 6th floor, 400 W. Washington St., Orlando FL 32801, before the Honorable Lori V.

Vaughan, United States Bankruptcy Judge, to consider and act upon the following:

**MOTION TO APPROVE SETTLEMENT PURSUANT TO RULE 9019, FED. R. BANKR. P. (DOC. NO. 784)**

**And**

**DEBTOR'S OBJECTION TO PROPOSED SETTLEMENT (DOC. NO. 806)**

2.      All parties may attend the hearing in person. Parties are directed to consult the

Procedures Governing Court Appearances regarding the Court's policies and procedures for

attendance at hearings by Zoom or telephone available at (Procedures Governing Court

Appearances - Orlando). If the Court permits appearances by Zoom, the Court will enter a separate

1

Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Solutions (www.court-solutions.com) no later than 5:00 p.m. the business day preceding the hearing. NOTE: All parties should proceed to the website and select 'Sign Up'. For unrepresented parties only, before submitting the completed form, you must select 'I am not an attorney' and 'Certified Indigent'. Once the information is submitted you will receive an email with further instructions.

3.    The hearing may be continued upon announcement made in open Court without further notice.

4.    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

Dated February 24, 2023.

/s/ Lauren M. Reynolds
Bradley M. Saxton, Esquire
Florida Bar No. 0855995
Bsaxton@whww.com
Lauren M. Reynolds, Esquire
Florida Bar No. 112141
Lreynolds@whww.com
**Winderweedle, Haines, Ward**
 **& Woodman, P.A.**
329 Park Avenue North, 2nd Floor
Post Office Box 880
Winter Park, FL 32790-0880
(407) 423-4246
(407) 645-3728 (facsimile)
*Attorneys for Dennis D. Kennedy, Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this notice has been served on February 24, 2023: (i) on all "filing users" through the CM/ECF filing system; (ii) via email to Don Karl Juravin, don@juravin.com; and (iii) by first class mail, postage prepaid, to: (a) Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756; (b) Must Cure Obesity, Co., 5039 Central Ave., St. Petersburg, FL 33710; and (c) all non-filing users as listed on the mailing matrix attached to the original of this document filed with the Court.

*/s/ Lauren M. Reynolds*
Lauren M. Reynolds