**[Dtrnabk]** [District Transmittal of Notice of Appeal – BK]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:  Case No. 6:18−bk−06821−LVV
Chapter 7

Don Karl Juravin
aka Don Adi Juravin  District Court No. 5:23-cv-138-MMH

_____Debtor(s)_____/

TRANSMITTAL OF NOTICE OF APPEAL TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a judgment, order or decree of the Bankruptcy Court entered in this case.

Notice of Appeal filed by Don Karl Juravin on 2/13/2023 (Doc. No. 807.).

Title of order appealed is Order Denying Motion for Reconsideration of Order Granting Motion to Approve Compromise or Settlement (Doc. No. 800) entered on 2/3/2023.

The party or parties included in the appeal to District Court are:

APPELLANT: Don Karl Juravin 15118 Pendio Drive Montverde, FL 34756

   ATTORNEY: n/a

APPELLEE: Dennis D Kennedy P. O. Box 541848 Merritt Island, FL 32954

   ATTORNEY: James D Ryan Ryan Law Group, PLLC 636 U.S. Highway One Suite 110 North Palm Beach, FL 33408s

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8003 are:

   *Notice of Appeal

The debtor's county of residence is Lake County, Florida.

   DATED on February 24, 2023

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street.
Suite 5100
Orlando, FL 32801

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.