**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| DON KARL JURAVIN | Case No. 6:18-bk-06821-LVV |
| Debtor. _____/ | Case No. 6:20-bk-01801-LVV |
| MUST CURE OBESITY CO., | *Jointly Administered with* Case No. 6:20-bk-01801-LVV |
| Applicable Debtor. _____/ | Case No. 6:18-bk-06821-LVV |

**NOTICE OF REMOVAL FROM ELECTRONIC NOTIFICATIONS**

COMES NOW, Lynn W. Sherman, Esq., of the law firm of TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A., hereby gives notice that she has concluded her duties as Mediator, and requests to be removed from the Court's electronic notice in this case.

Dated: March 30, 2023

/s/ Lynn Welter Sherman
Lynn Welter Sherman, Esq.
Florida Bar No. 0375616
lsherman@trenam.com
TRENAM, KEMKER, SCHARF,
BARKIN, FRYE, O'NEILL & MULLIS, P.A.
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
Telephone (727) 896-7171
Mediator

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice to all attorneys of record.

/s/ Lynn Welter Sherman
Attorney