UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                    Case No. 6:18-bk-06821
                                                          Chapter 7
DON KARL JURAVIN
_____/

## CERTIFICATION OF COMPLIANCE WITH ORDER OF COURT GRANTING IN PART MOTION FOR DISGORGEMENT OF ATTORNEYS FEES, DATED MARCH 23, 2023, AS DOCKET ENTRY 840.

The undersigned attorney, Henry N. Portner, does hereby certify that on the 30th day of March, 2023, he mailed by first class mail, postage prepaid, to the attention of Brad Saxton, Esquire, 329 Park Avenue North, Suite 200, Winter Park, FL 32789 a bank check in the amount of $5,000.00 payable to Dennis Kennedy, Trustee, in complete satisfaction and compliance with the Order of the Court granting in part the Motion for disgorgement of Attorney's Fees dated March 23, 2023 and appearing at Docket No. 840.

Dated: March 30, 2023                     s/Henry N. Portner, Esquire
                                          Henry N. Portner, Esquire
                                          portnerlaw@gmail.com
                                          Fl Bar # 0883050

-1-