IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**

APR - 4 2023

Clerk, U.S. Bankruptcy,
Orlando Division

IN RE:

DON KARL JURAVIN

 Debtor

NO. 6:18-bk-06821-LVV

Jointly Administered with
Case No. 6:20-bk-01801-LVV

DON KARL JURAVIN,
Case No. 6:18-bk-06821-LVV
MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-LVV

Applicable Debtors.

## MOTION TO ENGAGE IN DISCOVERY

Comes the Debtor, Don K. Juravin, pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure, proceeding *pro se*, and moves this Honorable Court for an Order allowing the Debtor to engage in discovery in order to support his arguments. The Chapter 7 Trustee is not acting independently. A 3rd party is paying his legal fees, and that 3rd party, DCS Real Estate Investment, LLC is using the bankruptcy proceedings to harass and intimidate the Debtor/Appellant. The Debtor asks the Court's permission to:

1. Take the deposition of Dwight C. Schar, who is paying the attorney fees for the Chapter 7 Trustee.

2. Take the deposition of Paul Simonson, who is employed by Dwight C. Schar, and through whom many of the efforts of Dwight C. Schar to harass and intimidate the Debtor and his family are directed.

3. Take the deposition of Jennifer Simonson, who, with Paul Simonson, is a part owner of Dwight Schar's entity, DCS Real Estate Investments, LLC which is another entity through which Dwight C. Schar operates his scheme to use the judicial system to harass and intimidate the Debtor and his family.

WHEREFORE, Don Karl Juravin asks this Court to grant his motion.

Respectfully submitted,

Date: April 4, 2023,

Don K. Juravin /Pro Se/

/s/ _Don J_

15118 Pendio Dr.

Bella Collina, FL 34756

Don@Juravin.com

8138105100

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing has been mailed to DENNIS D. KENNEDY, Chapter 7 Trustee via United States mail, postage prepaid, this 4th day of April 2023 at the address listed below.

Dennis D. Kennedy, Chapter 7 Trustee, P. O. Box 541848, Merritt Island, FL 32954