ORDERED.

Dated:  April 13, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In Re:<br><br>DON KARL JURAVIN<br><br>    Debtor.<br>_____/<br><br>DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ<br><br>MUST CURE OBESITY, CO.<br>Case No. 6:20-bk-01801-KSJ<br><br>    Applicable Debtors.<br>_____/ | Case No. 6:18-bk-06821-LVV<br>Chapter 7<br><br>Jointly Administered with<br>Case No. 6:20-bk-01801-LVV |

**ORDER DENYING DEBTOR'S EMERGENCY MOTION FOR STAY
<u>AND IMPOSING SANCTIONS ON DEBTOR</u>**

THIS CASE came on for hearing on April 4, 2023 at 11:30 a.m., on Debtor's Emergency Motion for Stay (Doc. No. 835) (the "Motion to Stay") and Trustee's Response in Opposition to the Motion (Doc. No. 855).  After reviewing the pleadings, hearing argument of counsel and the Debtor, considering the position of the parties, and for reasons stated orally and recorded in open court, which are incorporated herein by reference, it is

1

**ORDERED:**

1. That the Motion to Stay (Doc. No. 835) is **DENIED.**

2. The Court hereby imposes sanctions against the Debtor and in favor of the Chapter 7 Trustee in the amount of $1,050.00, for the Debtor's bad faith conduct ("Sanctions Amount"). The Sanctions Amount is payable to the Dennis D. Kennedy, as Chapter 7 Trustee, c/o Winderweedle, Haines, Ward & Woodman, P.A., 329 N. Park Ave, Second Floor, Winter Park, FL 32789, and shall be paid by the Debtor within 14 days of the date of this Order.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

##

Lauren M. Reynolds is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.