[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  April 20, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                    Case No. 6:18–bk–06821–LVV
                                                                          Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER DENYING MOTION TO ENGAGE IN DISCOVERY**

THIS CASE came on for consideration without a hearing of the **Motion to Engage in Discovery** (Doc. **856** ), filed by **Debtor Don Juravin** .

The Court having considered the record, the Motion to Engage in Discovery is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.