[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: April 20, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                  Case No. 6:18–bk–06821–LVV
                                                                                                        Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER DENYING MOTION TO ENGAGE IN DISCOVERY IN HERSHKOWITZ SETTLEMENT**

    THIS CASE came on for consideration without a hearing of the **Motion to Engage in Discovery in Hershkowitz Settlement** (Doc. **858** ), filed by **Debtor Don Juravin** .

    The Court having considered the record, the Motion to Engage in Discovery in Hershkowitz Settlement is Denied .

    The Court in its discretion may file written findings of facts and conclusions of law at a later date.

    <u>Service Instructions:</u>

    The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.