UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN

    Debtor.
_____/

MUST CURE OBESITY CO.,
Case No. 6:18-bk-01801-LVV

    Applicable Debtor.
_____/

Chapter 7

Case No. 6:18-bk-06821-LVV

Case No. 6:20-bk-01801-LVV

Jointly Administered with

Case No. 6:18-bk-06821-LVV

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Pursuant to Local Rule 201-2(c), CAMILLE IURILLO gives notice of her withdrawal as counsel of record for Third-Party, Hal Hershkowitz and Hershkowitz & Kunitzer, P.A.. Hal Hershkowitz and Hershkowitz & Kunitzer, P.A. currently is represented by LEONARD S. ENGLANDER and BEATRIZ McCONNELL. By signing below, Hal Hershkowitz and Hershkowitz & Kunitzer, P.A. and LEONARD S. ENGLANDER and BEATRIZ McCONNELL consent to CAMILLE IURILLO withdrawing as counsel of record for Hal Hershkowitz and Hershkowitz & Kunitzer, P.A.

Dated April 25, 2023

Respectfully submitted,

/s/ Camille Iurillo_____
CAMILLE IURILLO
Florida Bar No. 902225
Primary: eservice@eflegal.com
Secondary: abogert@eflegal.com
**ENGLANDER and FISCHER LLP**

/s/ Beatriz McConnell_____
BEATRIZ McCONNELL
Florida Bar No. 42119
Primary: bmcconnell@eflegal.com
Secondary: abogert@eflegal.com
**ENGLANDER and FISCHER LLP**

721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218

721 First Avenue North
St. Petersburg, Florida 33701
Tel: (727) 898-7210 /Fax: (727) 898-7218
*Attorneys for Hal Hershkowitz and*
*Hershkowitz & Kunitzer, P.A.*

*HAL HERSHKOWITZ*
_____
Hal Hershkowitz
Hershkowitz & Kunitzer, P.A.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to all counsel of record.

/s/ *Beatriz McConnell*_____
BEATRIZ McCONNELL, Esquire
Fla. Bar No. 42119

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | |
| | Chapter 7 |
| DON KARL JURAVIN | |
| | Case No. 6:18-bk-06821-LVV |
| Debtor. | |
| _____/ | Case No. 6:20-bk-01801-LVV |
| MUST CURE OBESITY CO., | Jointly Administered with |
| Case No. 6:18-bk-01801-LVV | |
| | |
| Applicable Debtor. | Case No. 6:18-bk-06821-LVV |
| _____/ | |
| DENNIS D. KENNEDY, | |
| AS CHAPTER 7 TRUSTEE OF THE | |
| ESTATE OF MUST CURE OBESITY, CO., | Adv. Pro. No. 6:22-ap-00021-LVV |
| Plaintiff. | |
| v. | |
| HAL HERSHKOWITZ, HERSHKOWITZ | |
| & KUNITZER, P.A., | |
| Defendants. | |
| _____/ | |

## NOTICE OF WITHDRAWAL OF CO-COUNSEL

Pursuant to Local Rule 201-2(c), CAMILLE IURILLO gives notice of her withdrawal as counsel of record for Defendant, Hal Hershkowitz and Hershkowitz & Kunitzer, P.A.. Hal Hershkowitz and Hershkowitz & Kunitzer, P.A. currently is represented by LEONARD S. ENGLANDER and BEATRIZ McCONNELL. By signing below, Hal Hershkowitz and Hershkowitz & Kunitzer, P.A. and LEONARD S. ENGLANDER and BEATRIZ McCONNELL

consent to CAMILLE IURILLO withdrawing as counsel of record for Hal Hershkowitz and Hershkowitz & Kunitzer, P.A.

Dated April 25, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Camille Iurillo<br>CAMILLE IURILLO<br>Florida Bar No. 902225<br>Primary:  eservice@eflegal.com<br>Secondary:  abogert@eflegal.com<br>**ENGLANDER and FISCHER LLP**<br>721 First Avenue North<br>St. Petersburg, Florida 33701<br>Tel: (727) 898-7210 /Fax:  (727) 898-7218 | /s/ Beatriz McConnell<br>BEATRIZ McCONNELL<br>Florida Bar No. 42119<br>Primary:  bmcconnell@eflegal.com<br>Secondary:  abogert@eflegal.com<br>**ENGLANDER and FISCHER LLP**<br>721 First Avenue North<br>St. Petersburg, Florida 33701<br>Tel: (727) 898-7210 /Fax:  (727) 898-7218<br>*Attorneys for Hal Hershkowitz and*<br>*Hershkowitz & Kunitzer, P.A.* |

Hal Hershkowitz
Hershkowitz & Kunitzer, P.A.

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to all counsel of record.

/s/ Beatriz McConnell
BEATRIZ McCONNELL, Esquire
Fla. Bar No. 42119

2