**FILED**
Date: 4/28/2023   via: email
Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  
DON KARL JURAVIN

Chapter 7  
Main Case No. 6:18-bk-06821 - LVV

## MOTION TO RECONSIDER SANCTIONS AGAINST DEBTOR

Debtor, Don Karl Juravin, Pro Se, hereby asks this Court to reconsider its ruling announced on April 13, 2023, and entered to the court's docket on April 14, 2023 (Docket No: 865), imposing sanctions against Debtor and in support, the Don Juravin would show:

1. That Debtor appears as a self-represented litigant pursuing his rights.
2. That Pro Se Debtor has the right to defend himself and the court is trying to restrain the Debtor's right.
3. The Court is punishing Debtor for defending himself in his filing to the court.
4. In the Debtor's Emergency Motion to Stay Debtor asked for:

    "...staying all proceedings in this case until such time as the Chapter 7 Trustee's "special counsel" is replaced with attorneys who do not serve interests other than the bankruptcy estate, and have not shown a disregard for the orders of this Court."

5. The Debtor did not ask the Court to remove the Chapter 7 Trustee. In support of his request, the Debtor relied only upon information and events that had come to light since the Court had previously ruled on the Trustee's hiring of the "special counsel."

Because the Motion to Reconsider is filed within fourteen days after entry of the Order into the court's docket, it may be reviewed under Bankruptcy Rule 9023, which incorporates Rule 59 of the Federal Rules of Civil Procedure ("FRCP"), and permits a party to

1

make a motion "to alter or amend a judgment."

Wherefore, the Debtor asks that this Honorable Court reconsider its prior ruling, and waive the monetary sanctions in the amount of $1,050.00.

Dated: April 28, 2023

                                                            Respectfully submitted,

                                                            Don Juravin, /Pro Se/

                                                            15118 Pendio Dr.

                                                            Bella Collina, FL 34756

                                                            don@juravin.com

                                                            8138105100

## CERTIFICATE OF SERVICE

A copy of this filing was emailed to all parties listed below on this day of April 28, 2023.

| | |
|---|---|
| Bradley Saxton, Esq.<br>c/o Dennis D. Kennedy, Chapter 7 Trustee | bsaxton@whww.com |
| Lauren Reynolds, Esq.<br>c/o Dennis D. Kennedy, Chapter 7 Trustee | lreynolds@whww.com |

                                                            Don Juravin /Pro Se/