**FILED**

Date: 6/21/2023 ___ via: email

Clerk, U.S. Bankruptcy
Orlando Division

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:
DON KARL JURAVIN

　　　　Debtor.

_____/

Chapter 7
**Case No. 6:18-bk-06821 - LVV**
Case No. 6:20-bk-01801 - LVV
Jointly Administered with
Case No. 6:18-bk-06821 - LVV

## OBJECTION TO CLAIM NO. 6-2 OF BELLA COLLINA PROPERTY OWNERS ASSOCIATION, INC.

---

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 W Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy on a Debtor, Don K. Juravin, at Don@Juravin.com, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Don Karl Juravin, debtor, *pro se* and pursuant to Rules 3001(c) and 3007 of the Federal Rules of Bankruptcy Procedure, objects to Proof of Claim Number Six-Two (6-2, "Amended Claim"), filed by Bella Collina Property Owners Association, Inc. in the amount of $401,111.70 and assigns the following reasons for same:

## BACKGROUND

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code with Case 6:18-bk-06821-LVV, Doc 281 Filed on October 31, 2018 (the "Petition Date"). On September 16, 2019, this case was converted to Chapter 11 (the "Conversion Date").

2. On April 26, 2019, Bella Collina Property Owners Association, Inc. (hereinafter "BCPOA") filed Proof of Claim 6-1, alleging a secured claim against the Debtor in the amount of $141,324.31.

3. On February 14, 2020, BCPOA filed amended Proof of Claim 6-2, alleging a total claim of $401,111.70, of which $9,704.84 is claimed as secured and $391,406.86 is claimed as unsecured.

4. The Amended Claim does not comply with Federal Rule of Bankruptcy Procedure 3001(c) because although the claim is alleged to be secured, no proof of such secured status is attached to the proof of claim, it does not have with it an itemized statement of the interest, fees, expenses, or charges, nor does it contain a statement of the amount necessary to cure any default as of the date of the petition.

### Secured Portion of Claim

5. The secured portion of the Amended Claim is based, at least in part, on a Claim of Lien for alleged unpaid country club dues, including late fees and interest, in the amount of $6,644.18 (the "Lien"). It is false on its face.

2

6. The Amended Claim alleges that the Debtor was delinquent on his country club dues for the period of January 31, 2016 through June 30, 2018. The allegation is that the Debtor never once paid country club dues. That is simply false. The Debtor became a member of the Club and of the community it serves in January of 2016. That is the first month after which he could possibly have owed dues. The Claim of Lien is dated July of 2018. Attached as collective Exhibit "A" are statements from 2017, each of which reflects a credit card payment having been made by the Debtor. This alone shows that the Claim of Lien is based on false pretenses; "Club Dues from January 31, 2016 to June 30, 2018 (Due on the 1st day of each month)" as stated on the face of the Claim of Lien, would mean that the Debtor had never paid any dues at all; these statements reflect that The Club itself acknowledged at least four payments.  This Claim of Lien is clearly false and was therefore recorded in Lake County, Florida in violation of FL Stat. 817.535.

7. The Debtor was up to date on his country club dues through July 30, 2017, despite the fact that his membership was suspended on March 17, 2017, as shown by the letter from Ryan Law Firm, PLLC due to reasons unrelated to payment, letter attached hereto as Exhibit "B."

8. From March 17, 2017, through the date of this Objection, the Debtor's membership to the country club has never been restored.

9. The Amended Claim does not specify what months the Debtor failed to pay, apart from the clearly erroneous statement on the face of the Claim of Lien, nor does it explain what late fees and interest are included. In fact, even the basis for the charges is unclear since BCPOA failed to attach documentation, apart from the Sanctions Award made by another court to other entities which supports unsecured portions of the Amended Claim.

10. The secured portion of the Amended Claim is for "club dues" which were not owed to the Claimant, BCPOA. If BCPOA claims to have been assigned these secured amounts, then no

evidence of such a transfer was included with the Amended Claim as is required by the Bankruptcy Code and Rules.

### Sanctions Award

11. In its Amended Claim, BCPOA states that it was awarded sanctions in the amount of $248,000, plus attorney's fees in the amount of $19,809.50 (for a total of $267,809.50) ("Sanctions Award"), in a State Court action in Lake County, Florida.

12. The Sanctions Award was issued in the case of DCS Real Estate Investments LLC, The Club at Bella Collina LLC, and Randall F. Greene v. Don K. Juravin, Case No. 2017-CA-0667, in the Circuit Court in and for Lake County, Florida (the "Sanctions Action"). A copy of the sanctions award to the "Plaintiffs" in that case was attached to the Amended Claim.

13. Bella Collina Property Owners Association, Inc. was not a party to the Sanctions Action and no award was issued in favor of Bella Collina Property Owners Association, Inc.

14. Accordingly, the Sanctions Award does not give rise to a claim by BCPOA against the debtor or the bankruptcy estate.

15. BCPOA has previously claimed that it is an assignee of The Club at Bella Collina ("The Club"), and that all amounts owed to The Club are "special assessments" by BCPOA. Setting aside for a moment the questionable legality of such "special assessments" under state law, the Sanctions Award in state court was to "the Plaintiffs" in that case. There is nothing in the record that indicates the award is in favor of The Club rather than DCS Real Estate Investments, LLC ("DCS"), the original plaintiff in that case and on whose behalf nearly every filing for the Plaintiffs in that case has been made. Also, there is nothing attached to the claim showing that The Club (or DCS, for that matter) in fact did assign the collection of these "special assessments" to BCPOA. The confusion is understandable, seeing as how these entities tend to

operate as one, even to the point of sharing counsel. In fact, BCPOA's attorney in these bankruptcy proceedings represented both The Club and DCS in the action that gave rise to the Sanctions Award. The Sanctions Award, on its face, is in favor of both DCS and The Club. It would seem that DCS has an equal right to it, which makes BCPOA's claim all the more improper.

16. Despite their high level of cooperation, The Club, DCS, and BCPOA are separate legal entities, attached hereto as Exhibit "C." . While BCPOA says that it has the right to collect on behalf of The Club, does BCPOA claim that right on behalf of DCS? Nothing in the formational documents for Bella Collina states anything of the sort. DCS was the original plaintiff in 2017-CA-0667, with The Club being added later as a plaintiff, along with Randall Greene, the individual who signed the Claim on behalf of BCPOA.

17. BCPOA has previously claimed the right to pursue collection of delinquent club dues on behalf of The Club pursuant to the Second Amended and Restated Declaration of Covenants, Conditions, and Restrictions for Bella Collina and Supplemental Declaration ("Declaration"). The Declaration states that these delinquent club dues are "Special Assessments," and that The Club **may** assign their collection to BCPOA. There is no indication in the Claim or its supporting documentation that The Club actually did assign collection to BCPOA. Also, the Sanctions Award is not for "club dues." BCPOA fits the definition of a "homeowners' association" under Florida law. As such, there are limitations upon BCPOA by state law on their imposition of "special assessments."

Pursuant to Fla. Stat. 720.315 *"Before turnover, the board of directors controlled by the developer may not levy a special assessment unless a majority of the parcel owners other than*

*the developer has approved the special assessment by a majority vote at a duly called special*

*meeting of the membership at which a quorum is present."*

The Declaration was recorded in Lake County in 2005. This is well before turnover of control by the developer, if that has ever actually occurred. No such approval from a majority vote of the parcel owners took place. The developer simply imposed the Declaration, including the Special Assessment language. These "Special Assessments" are therefore contrary to state law. For the Court's information, the developer of Bella Collina, DCS, is/was controlled by the same person who controls BCPOA. Fla. Stat. 720.315 became effective in 2010, several years before the imposition of a "special assessment" on the Debtor.

18. The Declaration defines "Special Assessments" in Article VII, Section 3. That definition makes no reference to dues owed to The Club or any other entity. The processes set forth in Article VII of the Declaration for the imposition of a special assessment were not followed in imposing a "special assessment" on the Debtor. The sanctions awarded by the Lake County Court are not a "special assessment" nor were any "club dues" awarded.

**Remainder of General Unsecured Claim**

19. According to the Amended Claim, the remainder of the general unsecured claim of Bella Collina, in the amount of $123,597.36, is made up of attorney's fees and costs in litigating several different pieces of litigation.

20. First, the Amended Claim estimates additional attorney's fees and costs in the amount of $20,232.00 for post-petition litigation of the Sanctions Action. As established above, BCPOA was not a party of the Sanctions Action, there was no award in favor of BCPOA in the Sanctions Action and, therefore, BCPOA cannot have a claim against the debtor or the estate arising out of the Sanctions Action.

21. Second, the Amended Claim estimates attorney's fees and costs in the amount of $71,615.36 for "other POA enforcement actions against Debtor." The Amended Claim does not identify, by either case name or number, the "other" enforcement actions upon which it relies in making this estimated claim. Absent identifying factors about the "other" enforcement actions, neither the Debtor nor a curious Chapter 7 Trustee or any other interested party, or even the Court, is able to evaluate the entitlement to, much less reasonableness of the attorney's fees and costs claimed.

22. Last, the Amended Claim estimates entitlement to $31,750.00 in estimated attorney's fees and costs for enforcement of the Lien. Presumably, this is the "Claim of Lien" which, on its face, claims to be for amounts that are clearly false.

23. BCPOA filed an action in the Lake County Small Claims Court on November 20, 2017 to enforce the Lien that they have attached to their proof of claim, Case No. 2017-SC-004004 (the "Enforcement Action").

24. The Enforcement action was not intensely litigated and was stayed on October 31, 2018 due to the Debtor's bankruptcy filing. A copy of the docket in the Enforcement Action up to the date of the proof of claim is attached hereto as Exhibit "D."

25. The Enforcement Action never reached trial, no judgment or final order was entered in favor of BCPOA, and, thus, no order on entitlement to or amount of attorney's fees and costs were ever entered, since no determination of a prevailing party was made.

26. The attorney's fees and costs being claimed by BCPOA in connection with the Enforcement Action are grossly exaggerated and are far from reasonable or necessary in connection with the work performed in the Enforcement Action in Small Claims Court.

27. The Enforcement Action was filed while the case giving rise to the unsecured portion of the claim was pending. It is impossible to determine at what point the attorney fees were accrued on

behalf of what party, BCPOA, The Club, or DCS. This is an especially complex question given that these entities share counsel.

28. Rule 8001(e) of the Federal Rules of Bankruptcy Procedure states that "Every document filed electronically must include the electronic signature of the person filing it or, if the person is represented, the electronic signature of counsel. A filing made through a person's electronic-filing account and authorized by that person, together with that person's name on a signature block, constitutes the person's signature. Every document filed in paper form must be signed by the person filing the document or, if the person is represented, by counsel."

The Amended Claim does not appear to be signed by counsel for BCPOA in any way, though attorneys have entered appearances on their behalf in this Chapter 7 case, and an attorney is listed on the claim for notices. The Amended Claim is signed by Randall Greene in his alleged capacity as an officer of BCPOA.

## SUMMARY

The claim should be disallowed for multiple reasons:

1) BCPOA doesn't have the right to collect money on behalf of DCS, which appears to be at least one recipient of the Sanctions Award;

2) BCPOA's right to collect on behalf of The Club these "special assessments" is contrary to state law, as the assessments themselves are contrary to state law;

3) the claim does not have supporting documentation, and it is rife with technical deficiencies;

4) the secured portion of the claim, the "Claim of Lien," is clearly inaccurate and false.

At a minimum, the Debtor has introduced sufficient reason to shift the burden of proving the validity of the claim back to BCPOA under the standards set out in the Rules and in In re Foley

& Assocs., 2007 WL 2316939, at *1 (quoting In re Taylor, 363 B.R. 303, 308 (Bankr. M.D. Fla.

2007)). The Bankruptcy Court should not allow these falsities to continue.

WHEREFORE, Debtor respectfully asks this Honorable Court to disallow the proof of claim

filed by BCPOA, award compensatory and punitive damages and sanctions for contempt of court

pursuant to 11 U.S.C. § 105 against the creditor and to the Debtor; and order such other and

further relief as is just and proper.

Date: June 20, 2023                                    Respectfully submitted,

                                                       Don Karl Juravin, /Pro Se/
                                                       15118 Pendio Dr.
                                                       Bella Collina, FL 34756
                                                       don@juravin.com
                                                       8138105100

<u>CERTIFICATE OF SERVICE</u>

On this day of June 20, 2023 a copy of this pleading was mailed to all parties via US Postal

Service to the addresses listed below.

| | |
|---|---|
| Shutts and Bowen Law LLP<br>William C. Matthews, Esq.<br>on behalf of Creditor Bella Collina Property Owner's Association Inc. | 300 S Orange Ave,<br>Suite 1600<br>Orlando, FL 32801 |
| Dennison & Matthews, PLLC<br>William C. Matthews, Esq.<br>on behalf of Creditor Bella Collina Property Owner's Association Inc. | 3300 S Hiawassee Rd,<br>Unit 106<br>Orlando, Florida 32835 |
| Randall Greene<br>Bella Collina Property Owner's Association, Inc. | 8390 Championsgate Blvd.<br>Suite 304<br>Championsgate FL, 33896 |
| Randall Greene<br>Bella Collina Property Owner's Association, Inc. | 17034 Medici Way<br>Bella Collina, FL 34756 |
| Becker & Poliakoff Law Firm<br>Robyn Marie Severs, Esq.<br>on behalf of Creditor Bella Collina Property Owner's Association Inc. | 111 N. Orange Ave.,<br>Suite 1400<br>Orlando, FL 32801 |
| Bella Collina Property Owners Association, Inc.<br>c/o Artemis Lifestyle Services, Inc., registered agent | 1631 East Vine Street<br>Suite 300<br>Kissimee, FL 34744 |
| Dennis D. Kennedy, Chapter 7 Trustee | P.O. Box 541848<br>Meritt Island, FL 32954 |

Adidtionally a copy of this pleading was emailed to:

1. William C. Matthews, Esq. at wmatthews@shutts.com, william@dennisonmatthews.com
2. Randall Greene at rgreene@rgdevelopments.com

3. Dennis D. Kennedy, Chapter 7 Trustee at dan@ddkennedy.com,

4. Robyn Marie Severs, Esq. on behalf of Creditor Bella Collina Property Owner's Association, Inc. at rsevers@beckerlawyers.com,

5. Artemis Lifestyle Services, Inc. registered agent for Bella Collina Property Owners Association, Inc. at WGoodyear@ArtemisLifestyles.com

6. Victoria Shepard Luna on behalf of Natural Vitamins Laboratory Corp

   vluna@nardellalaw.com, klynch@nardellalaw.com; kcooper@nardellalaw.com

7. Samantha L Dammer on behalf of The Goodwin Firm, P.A. sdammer@bbdglaw.com, lsmiler@bbdglaw.com

8. Michael S Hoffman on behalf of Naom Ben Zvi Mshoffman@hlalaw.com, kszolis@hlalaw.com;mshoffman@ecf.courtdrive.com

9. Camille J Iurillo on behalf of Hershkowitz & Kunitzer, P.A. ciurillo@eflegal.com, abogert@eflegal.com

10. David M Landis on behalf of DCS Real Estate Investments, LLC dlandis@mateerharbert.com, ylabrador@mateerharbert.com

11. Michael A Nardella on behalf of Natural Vitamins Laboratory Corporation mnardella@nardellalaw.com, klynch@nardellalaw.com

12. Paul N Mascia on behalf of Natural Vitamins Laboratory Corp. pmascia@nardellalaw.com, klynch@nardellalaw.com

13. Michael P Mora on behalf of Creditor Federal Trade Commission mmora@ftc.gov

14. Kimberly L Nelson on behalf of Federal Trade Commission knelson@ftc.gov

15. Nicole Peair Nicole.W.Peair@USdoj.gov

16. Charles R Sterbach on behalf of U.S. Trustee United States Trustee - ORL7/13 Charles.R.Sterbach@usdoj.gov

17. Miriam G Suarez on behalf of U.S. Trustee United States Trustee - ORL, 11 Miriam.G.Suarez@usdoj.gov

18. United States Trustee - ORL7/13 USTP.Region21.OR.ECF@usdoj.gov

19. Becket & Lee, LLP (SB) on behalf of American Express National Bank notices@becket-lee.com

20. Jason Z Jones on behalf of American Express Company jjones@joneslawpa.com

21. Lauren M Reynolds on behalf of Trustee Dennis D Kennedy lreynolds@whww.com

22. Bradley M Saxton on behalf of Trustee Dennis D Kennedy bsaxton@whww.com

23. James D Ryan on behalf of Trustee Dennis D Kennedy jdr@ryanlawgroup.net

24. James A Timko on behalf of Bella Collina Property Owners Association Inc jtimko@shutts.com

Don Karl Juravin /Pro Se/

/s/ _____



# EXHIBIT A

**BELLA COLLINA**
The Bella Collina Club
16355 Vetta Dr
Montverde, FL 34756

Mr. Don Juravin
15118 Pendio Drive
Montverde, FL  34756

| BC0003046A | 03/31/2016 |
|---|---|
| MEMBER | DATE |

AMOUNT $_____ 826.88

>------------------------------------------------------------------------------<
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

| DATE | REF.NO | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | Balance Forward | 694.46 |
| 03/15/2016 | 0753970 | Credit Card Payment | -694.46 |
| 03/13/2016 | 096090 | Food | 71.91 |
| 03/13/2016 | 096090 | Liquor | 19.26 |
| 03/18/2016 | 005341 | Formal | 194.20 |
| 03/18/2016 | 096375 | Food | 35.31 |
| 03/18/2016 | 096500 | Beer | 6.42 |
| 03/27/2016 | 005370 | Liquor | 11.56 |
| 03/27/2016 | 005370 | Wine | 22.98 |
| 03/31/2016 | | April 2016 Dues | 428.00 |
| | | Community: Taormina | |
| | | Homesite/Lot#: 270 | |
| | | Summary of Charges for BC0003046A: Don Juravin | |
| 03/18/2016 | 096469 | Food | 37.24 |
| | | Summary of Charges for BC0003046B: Anna Juravin | |
| | | NOTE:  Balance due is subject to adjustment for any unpaid membership deposits and/or interest expense. | |
| | | | 826.88 |

| BC0003046A | $       826.88 | $        0.00 | $       0.00 | $       0.00 | $      826.88 |
|---|---|---|---|---|---|
| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAYS BAL. | BALANCE |

The Balance shown above will be automatically charged to the credit card
provided on your Membership Agreement. For questions regarding this
Statement or to change your credit card information, please notify
the Accounting Department at (407)469-4912 or at
membershipaccounting@bellacollina.com



**BELLA COLLINA**
The Bella Collina Club
16355 Vetta Dr
Montverde, FL 34756

Mr. Don Juravin
15118 Pendio Drive
Montverde, FL  34756

| BC0003046A | 02/28/2017 |
|------------|------------|
| MEMBER | DATE |

AMOUNT $ _____ 591.00

> ———————————————————————————————————————————— <
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

| DATE | REF.NO | DESCRIPTION | TOTAL |
|------|--------|-------------|-------|
| | | Balance Forward | 485.78 |
| 02/15/2017 | 04644014 | Credit Card Payment | -485.78 |
| 02/09/2017 | 113075 | Beer | 6.42 |
| 02/09/2017 | 113075 | Food | 8.99 |
| 02/10/2017 | 113146 | Food | 87.88 |
| 02/16/2017 | 113492 | Food | 59.71 |
| 02/28/2017 | | March 2017 Dues | 428.00 |
| | | Community: Taormina | |
| | | Homesite/Lot#: 270 | |
| | | Summary of Charges for BC0003046A: Don Juravin | |
| | | NOTE: Effective 01/01/2017 The Club at Bella Collina will begin charging a monthly late payment fee of 1.5% on past due balances | |
| | | | 591.00 |

| BC0003046A | $ 591.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 591.00 |
|------------|----------|--------|--------|--------|----------|
| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAYS BAL. | BALANCE |

The Balance shown above will be automatically charged to the credit card
provided on your Membership Agreement. For questions regarding this
Statement or to change your credit card information, please notify
the Accounting Department at (407)469-4912 or at
opiotrowski@bellacollina.com



**BELLA COLLINA**
The Bella Collina Club
16355 Vetra Dr
Montverde, FL 34756

Mr. Don Juravin
15118 Pendio Drive
Montverde, FL  34756

| BC0003046A | 03/31/2017 |
|------------|------------|
| MEMBER | DATE |

AMOUNT $_____511.97

> —————————————— PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT ——————————————— <

| DATE | REF.NO | DESCRIPTION | TOTAL |
|------|--------|-------------|-------|
| | | Balance Forward | 591.00 |
| 03/16/2017 | 0754224 | Credit Card Payment | -591.00 |
| 03/03/2017 | 114461 | Food | 32.75 |
| 03/06/2017 | 114701 | Beer | 6.42 |
| 03/06/2017 | 114701 | Food | 44.80 |
| 03/31/2017 | | April 2017 Dues | 428.00 |
| | | Community: Taormina | |
| | | Homesite/Lot#: 270 | |
| | | Summary of Charges for BC0003046A: Don Juravin | |
| | | NOTE: Effective 01/01/2017 The Club at Bella Collina will begin charging a monthly late payment fee of 1.5% on past due balances | |
| | | | 511.97 |

| BC0003046A | $ 511.97 | $ 0.00 | $ 0.00 | $ 0.00 | $ 511.97 |
|------------|----------|--------|--------|--------|----------|
| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAYS BAL. | **BALANCE** |

The Balance shown above will be automatically charged to the credit card
provided on your Membership Agreement. For questions regarding this
Statement or to change your credit card information, please notify
the Accounting Department at (407)469-4912 or at
opiotrowski@bellacollina.com



**BELLA COLLINA**
The Bella Collina Club
16355 Vetta Dr
Montverde, FL 34756

Mr. Don Juravin
15118 Pendio Drive
Montverde, FL  34756

| BC0003046A | 06/30/2017 |
|---|---|
| MEMBER | DATE |

AMOUNT $_____ 428.00

> ⟩ ————————————————————————————————————————⟨
PLEASE DETACH AND RETURN TOP PORTION WITH PAYMENT

| DATE | REF.NO | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | Balance Forward | 428.00 |
| 06/15/2017 | 1664499 | Credit Card Payment | -428.00 |
| 06/30/2017 | | July 2017 Dues | 428.00 |
| | | Community: Taormina | |
| | | Homesite/Lot#: 270 | |
| | | Summary of Charges for BC0003046A: Don Juravin | |
| | | NOTE: Effective 01/01/2017 The Club at Bella Collina will begin charging a monthly late payment fee of 1.5% on past due balances | |
| | | | 428.00 |

| BC0003046A | $    428.00 | $    0.00 | $    0.00 | $    0.00 | $    428.00 |
|---|---|---|---|---|---|
| MEMBER | CURRENT BAL. | 30 DAYS BAL. | 60 DAYS BAL. | 90 DAYS BAL. | **BALANCE** |

The Balance shown above will be automatically charged to the credit card
provided on your Membership Agreement. For questions regarding this
Statement or to change your credit card information, please notify
the Accounting Department at (407)469-4912 or at
opiotrowski@bellacollina.com

# EXHIBIT B

**Michael J. Ryan, Esquire**
**RYAN LAW GROUP, PLLC**
**636 U.S. Highway 1, Ste. 110**
**North Palm Beach, FL 33408**
mikeryan32645@yahoo.com
**Tel:(561) 881-4447**
**Fax:(561) 881-4461**
**Cell:(561) 309-2226**

March 17, 2017

Glenn A. Reid
glenn@thereidlawoffice.com

RE:    Mr. Don K. Juravin

Dear Mr. Reid,

On March 3, 2017 at 10:00 a.m. you attended a POA membership meeting of the Bella Collina Property Owner's Association with Mr. Don K. Juravin. You had a conversation with Randall Greene. Because of what was said during that conversation, Mr. Greene concluded that you were not Mr. Juravin's lawyer; and, that you were not an attorney.

Based on the court record in the matter of Federal Trade Commission v. Roca Labs, Inc. at el., Case No.: 8:15-cv-2331-T-35TBM, Middle District of Florida, Tampa Division ("FTC Case"), you are a Florida attorney and you do represent Mr. Juravin in at least the FTC Case according to your Notice of Appearance filed February 28, 2017.

Because I do not know that anyone is representing Mr. Juravin regarding his recent conduct including the publication and dissemination of some very scurrilous, derogatory allegations, I am contacting Mr. Juravin directly by sending him a copy of this letter. Should you be his lawyer in this matter and if it is your wish that I have no direct contact with Mr. Juravin, please advise and I will govern myself accordingly.

For your information, Michael Crosbie, Esq. and James D. Ryan, Esq. have been in contact with Mr. Juravin. At the time the attached correspondence was sent to Mr. Juravin, I am certain Mr. Crosbie did not know that you might be Mr. Juravin's attorney. James D. Ryan also copied Suzette Martinez, Esq. and April Goodwin, Esq. since they have represented Mr. Juravin in the past.

Assuming you do discuss this matter with Mr. Juravin, please advise him that libel and slander can be expensive charges to defend. Demand is made that he cease and desist.

**Based on conduct detrimental to The Club, Mr. Juravin's Club privileges are suspended. This does not relieve him of his obligation to pay Club dues when they are due.**

If you have any questions, do not hesitate to contact me.

Respectfully,

Michael J. Ryan

Encl.    Three letters to Mr. Don K. Juravin

cc      Mr. Don K. Juravin
        Suzette Martinez, Esq.
        April Goodwin, Esq.

# EXHIBIT C



Department of State / Division of Corporations / Search Records / Search by Entity Name /

## Detail by Entity Name

Florida Limited Liability Company
DCS REAL ESTATE INVESTMENTS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L11000113030 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 10/03/2011 |
| **Effective Date** | 09/30/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 10/25/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

505 SOUTH FLAGLER DRIVE, SUITE 900
WEST PALM BEACH, FL 33401

**Mailing Address**

505 SOUTH FLAGLER DRIVE, SUITE 900
WEST PALM BEACH, FL 33401

**Registered Agent Name & Address**

SIMONSON, PAUL E
505 SOUTH FLAGLER DRIVE, SUITE 900
WEST PALM BEACH, FL 33401

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

DCS INVESTMENT HOLDINGS GP II, LLC
505 SOUTH FLAGLER DRIVE, SUITE 900
WEST PALM BEACH, FL 33401

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 01/21/2021 |
| 2022 | 03/23/2022 |

Detail by Entity Name



## Detail by Entity Name

**Florida Limited Liability Company**

THE CLUB AT BELLA COLLINA, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000075835 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 06/07/2012 |
| **Effective Date** | 06/06/2012 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

505 SOUTH FLAGLER DRIVE, SUITE 900

WEST PALM BEACH, FL 33401

**Mailing Address**

505 SOUTH FLAGLER DRIVE, SUITE 900

WEST PALM BEACH, FL 33401

**Registered Agent Name & Address**

SIMONSON, PAUL E

505 SOUTH FLAGLER DRIVE, SUITE 900

WEST PALM BEACH, FL 33401

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

DCS INVESTMENT HOLDINGS GP, LLC

505 SOUTH FLAGLER DRIVE, SUITE 900

WEST PALM BEACH, FL 33401

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2021 | 02/04/2021 |
| 2022 | 03/23/2022 |
| 2023 | 04/19/2023 |

**Document Images**

DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Florida Not For Profit Corporation
BELLA COLLINA PROPERTY OWNER'S ASSOCIATION, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | N03000011005 |
| **FEI/EIN Number** | 56-2458677 |
| **Date Filed** | 12/23/2003 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 11/02/2021 |
| **Event Effective Date** | NONE |

**Principal Address**

1631 East Vine Street
Suite 300
Kissimmee, FL 34744

Changed: 03/17/2022

**Mailing Address**

c/o Artemis Lifestyle Services, Inc.
1631 East Vine Street
Suite 300
Kissimee, FL 34744

Changed: 03/17/2020

**Registered Agent Name & Address**

Artemis Lifestyle Services, Inc.
c/o Artemis Lifestyle Services, Inc.
1631 East Vine Street
Suite 300
Kissimmee, FL 34744

Name Changed: 03/17/2020

Address Changed: 01/14/2021

**Officer/Director Detail**

**Name & Address**

Title VP

Gunkel , Drew
c/o Artemis Lifestyle Services, Inc.
1631 East Vine Street
Suite 300
Kissimee, FL 34744

Title Secretary, Treasurer

Spry, Jeremy
c/o Artemis Lifestyle Services, Inc.
1631 East Vine Street
Suite 300
Kissimee, FL 34744

Title President

Kelleher, Dennis
c/o Artemis Lifestyle Services, Inc.
1631 East Vine Street
Suite 300
Kissimee, FL 34744

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2021 | 01/14/2021 |
| 2022 | 03/17/2022 |
| 2023 | 04/12/2023 |

**Document Images**

| | |
| --- | --- |
| 04/12/2023 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2022 -- ANNUAL REPORT | View image in PDF format |
| 11/02/2021 -- Amendment | View image in PDF format |
| 01/14/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/17/2020 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/17/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2019 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2018 -- ANNUAL REPORT | View image in PDF format |
| 02/13/2017 -- ANNUAL REPORT | View image in PDF format |
| 06/07/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/08/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 01/28/2016 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2014 -- ANNUAL REPORT | View image in PDF format |
| 06/10/2013 -- ANNUAL REPORT | View image in PDF format |

6/1/23, 12:43 PM

# EXHIBIT D

**Case #:** 35-2017-SC-004004-AXXX-XX

**File Date:** 11/20/2017

**Party Name/Business:** BELLA COLLINA PROPERTY OWNERS
ASSOCIATION INC,

**Court Type :** Small Claims

**Name Suffix:**

**Case Type:** SMALL CLAIMS: $2,500.01 - $5,000.00

**DOB:**

**Case Status:** CLOSED

**Party Type:** Plaintiff

**Restitution Balance:** $0.00

**Offense Date:**

## Court Events

| Date | Time | Event Type | Location | Room | Notes |
|------|------|-----------|----------|------|-------|
| 01/10/2018 | 10:30 AM | PRELIMINARY SC PRETRIAL | CMS | 3RD FLOOR OF THE NORTH WING | |
| 02/08/2018 | 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |
| 05/07/2018 | 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |
| 06/19/2018 | 8:30 AM | CANCELLED - TRL - TRIAL (SC/CC) | TAVARES | TTN | HALF DAY BENCH TRIAL STARTING AT **8:30AM** |
| 10/18/2018 | 10:00 AM | MH - MOTION HEARING (SC/CC) | TAVARES | TTN | M/LEAVE TO FILE 2ND AMENDED COMPLAINT |
| 05/12/2020 | 2:00 PM | MH - MOTION HEARING (SC/CC) | TAVARES | TTN | ZOOM / M/STAY PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS |
| 05/12/2020 | 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |
| 07/09/2020 | 9:00 AM | PT - PRE TRIAL CONFERENCE (SC/CC) | TAVARES | TTN | |

## Parties

**Judge:** NEAL, TERRY T

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes |
|-----------|-----------|-----|------|---------------|-----|----------|-----------|------|------|
| JURAVIN, DON K | Defendant | M | | | | | | | |
| JURAVIN, ANNA | Defendant | F | | | | | | | |
| PSR DEVELOPERS LLLP | Defendant | | | | | | | | |
| UNITED STATES OF AMERICA DEPARTMENT OF THE TREASURY | Defendant | | | | | | | | |
| BELLA COLLINA PROPERTY OWNERS ASSOCIATION INC | Plaintiff | | | | | | | | |
| THE CLUB AT BELLA COLLINA LLC | Third Party Deft | | | | | | | | |

6/1/23, 12:43 PM                                    Print

| Full Name | Party Type | Sex | Race | Date of Birth | AKA | Deceased | Sheriffs # | Hair | Eyes |
|---|---|---|---|---|---|---|---|---|---|
| JURAVIN, DON K | ![] 0  Third Party Pltf | | | | | | | | |
| JURAVIN, ANNA | ![] 0  Third Party Pltf | | | | | | | | |

## Charges

| Count | Citation # | Statute # | Description | Disposition | Disposition Date | Offense Date | Sentence | Sentence Status | Offense Level | Plea | Plea Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No records found | | | | | | |

## Dockets

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☐ | 1 | 11/20/2017 | 0 | STATEMENT OF CLAIM | /COMPLAINT | | |
| ☐ | 2 | 11/20/2017 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☐ | 3 | 11/20/2017 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☐ | 4 | 11/21/2017 | 0 | PAID $320.00 ON RECEIPT 2303721, FULLY PAID | $320.00 2303721 Fully Paid | | |
| ☐ | 5 | 11/21/2017 | 0 | DESIGNATION OF ELECTRONIC MAIL ADDRESS | OF PLTF | | |
| | 6 | 11/22/2017 | 0 | SET ON JCW - MEDIATION (SC/CC) DOCKET 01/10/2018 BEGINNING AT 10:30 AM MEDIATOR (SMALL CLAIMS), | JCW - MEDIATION (SC/CC) 01/10/2018 10:30 AM MEDIATOR (SMALL CLAIMS), | | |
| ☐ | 7 | 11/22/2017 | 0 | SUMMONS ISSUED TO JURAVIN, ANNA | JURAVIN, ANNA | | |
| ☐ | 8 | 11/22/2017 | 0 | SUMMONS ISSUED TO JURAVIN, DON K | JURAVIN, DON K | | |
| ☐ | 9 | 12/11/2017 | 0 | SUMMONS RETURNED SERVED AS TO JURAVIN, ANNA / 12/04/2017 | JURAVIN, ANNA 12/04/2017 | | |
| ☐ | 10 | 12/11/2017 | 0 | SUMMONS RETURNED SERVED AS TO JURAVIN, DON K / 12/04/2017 | JURAVIN, DON K 12/04/2017 | | |
| ☐ | 11 | 01/05/2018 | 0 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | ANDREW C HILL ESQ ON BEHALF OF DEFENDANT(S) | | |
| ☐ | 12 | 01/09/2018 | 0 | MOTION TO DISMISS | DEFENDANTS MOTION TO DISMISS STATEMENT OF CLAIM | | |
| ☐ | 13 | 01/10/2018 | 0 | NOTICE | OF CURRENT CONTACT INFO FOR DEFTS' COUNSEL | | |
| ☐ | 14 | 01/10/2018 | 0 | OUTCOME OF MEDIATION CONFERENCE | | | |

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|-------|---------------|----------------|-------|-------------|-------------|------|------|
| ☐ | 15 | 01/10/2018 | 0 | (MEDIATION) | ATTY RYAN PRES FOR PLTF / ATTY HALL PRES FOR DEFTS TRIAL TO BE SET | | |
| | 16 | 01/16/2018 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 02/08/2018 BEGINNING AT 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) 02/08/2018 2:00 PM | | |
| ☐ | 17 | 01/16/2018 | 0 | NOTICE OF HEARING | FOR 02/08/18 @ 2PM (PTC) | | |
| ☐ | 18 | 01/24/2018 | 0 | NOTICE OF APPEARANCE OF | PLTF VIA COURT CALL ON 020818 | | |
| ☐ | 19 | 01/24/2018 | 0 | NOTICE OF HEARING | SET FOR FEBRUARY 8 2018 AT 2:00 PM REGARDING DEFENDANTS MOTION TO DISMISS STATEMENT OF CLAIM | | |
| ☐ | 20 | 02/06/2018 | 0 | NOTICE OF WITHDRAWAL OF | DEFENDANT'S MOTION TO DISMISS STATEMENT OF CLAIM | | |
| ☐ | 21 | 02/08/2018 | 0 | (PTC) | ATTY JAMES D RYAN PRESENT (CC) FOR PLAINTIFF / ATTY ANDREW HILL PRESENT FOR DEFENDANTS / PTC IS CONTINUED FOR 60 DAYS TO ALLOW DEFENDANT TO DO DISCOVERY / IF NOT COMPLETED WITHIN THE 60 DAYS, CASE WILL GET SET FOR TRIAL // ATTY RYAN TO PREPARE ORDER | | |
| ☐ | 22 | 02/15/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| ☐ | 23 | 02/20/2018 | 0 | COVER LETTER DATED | 02/14/18 SUBMITTING A PROPOSED ORDER AS TO THE 02/08/18 HEARING | | |
| ☐ | 24 | 02/26/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| ☐ | 25 | 02/26/2018 | 0 | ORDER | TO COMPLETE DISCOVERY IN SIXTY (60) DAYS | | |
| ☐ | 26 | 04/13/2018 | 0 | REQUEST FOR PRODUCTION | FILED BY DEFENDANT | | |
| ☐ | 27 | 04/13/2018 | 0 | REQUEST FOR ADMISSIONS | FILED BY DEFENDANT | | |
| ☐ | 28 | 04/13/2018 | 0 | NOTICE OF SERVICE OF INTERROGATORIES | FILED BY DEFENDANT | | |
| ☐ | 29 | 04/13/2018 | 0 | INTERROGATORIES | FILED BY DEFENDANT | | |
| ☐ | 30 | 04/17/2018 | 0 | NOTICE OF HEARING | PRE TRIAL CONFERENCE SET FOR MAY 7 2018 AT 2:00 PM | | |
| | 31 | 04/17/2018 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 05/07/2018 BEGINNING AT 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) 05/07/2018 2:00 PM | | |
| ☐ | 32 | 05/04/2018 | 0 | NOTICE OF APPEARANCE OF | JAMES D RYAN ESQ VIA COURT CALL ON BEHALF OF PLAINTIFF | | |
| ☐ | 33 | 05/07/2018 | 0 | (PTC) | ATTY JAMES RYAN PRESENT (CC) FOR PLAINTIFF / ATTY ANDREW HILL PRESENT FOR DEFENDANTS / COURT: TRIAL TO SET FOR 06/19/18 @ 8:30AM (1/2 DAY) / EXCHANGE LIST BY 05/31/18 / DISCOVERY CUT-OFF BY 06/14/18 // JUDGE WILL PREPARE THE TRIAL ORDER | | |

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|-------|---------------|----------------|-------|-------------|-------------|------|------|
| | 34 | 05/07/2018 | 0 | SET ON TRL - TRIAL (SC/CC) DOCKET 06/19/2018 BEGINNING AT 8:30 AM | TRL - TRIAL (SC/CC) 06/19/2018 8:30 AM | | |
| ☐ | 35 | 05/10/2018 | 0 | ORDER | ON PRE-TRIAL CONFERENCE AND SETTING CASE FOR NON JURY TRIAL ON 061918 @ 8:30AM | | |
| ☐ | 36 | 05/14/2018 | 0 | MOTION | FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY / FILED BY PLTF | | |
| ☐ | 37 | 05/16/2018 | 0 | MOTION | BY PLTF FOR ORDER ABATING PROCEEDING | | |
| ☐ | 38 | 05/18/2018 | 0 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | FILED BY PLAINTIFF | | |
| ☐ | 39 | 05/18/2018 | 0 | RESPONSE TO REQUEST FOR ADMISSIONS | FILED BY PLAINTIFF | | |
| ☐ | 40 | 05/18/2018 | 0 | RESPONSE TO REQUEST TO PRODUCE | FILED BY PLAINTIFF | | |
| ☐ | 41 | 05/18/2018 | 0 | EXHIBIT LIST | OF PLTF | | |
| ☐ | 42 | 05/18/2018 | 0 | WITNESS LIST | OF PLTF | | |
| ☐ | 43 | 05/25/2018 | 0 | NOTICE OF TAKING DEPOSITION | | | |
| ☐ | 44 | 05/30/2018 | 0 | NOTICE OF CANCELLATION | OF VIDEO DEPO | | |
| ☐ | 45 | 06/07/2018 | 0 | COVER LETTER DATED | 06/04/18 SUBMITTING A PROPOSED AGREED ORDER TO ABATE | | |
| ☐ | 46 | 06/13/2018 | 0 | CASE INFORMATION SHEET FROM JUDGE'S OFFICE | DATED 06/12/18 /// CLERK COPIED TO PLTF'S ATTORNEY WITH THE PROPOSED AGREED ORDER | | |
| ☐ | 47 | 06/13/2018 | 0 | MOTION | FOR ORDER STAYING CASE | | |
| ☐ | 48 | 06/14/2018 | 0 | NOTICE OF CANCELLATION | OF THE 06/19/2018 TRIAL | | |
| | 49 | 06/15/2018 | 0 | Cancelled TRL - TRIAL (SC/CC) on 06/19/2018 8:30:00 AM due to | | | |
| ☐ | 50 | 06/18/2018 | 0 | COVER LETTER DATED | 061318 FILING PROPOSED ORDER | | |
| ☐ | 51 | 06/26/2018 | 0 | ORDER | ON PLTF'S MOTION FOR ORDER STAYING CASE | | |
| ☐ | 52 | 08/24/2018 | 0 | AMENDED COMPLAINT | FOR DAMAGES AND FORECLOSURE (ATTACHED EXHIBITS A,B,C & D) | | |
| ☐ | 53 | 09/04/2018 | 0 | MOTION | FOR LEAVE TO FILE SECOND AMENDED COMPLAINT // COPY ATTACHED | | |
| | 54 | 09/20/2018 | 0 | SET ON MH - MOTION HEARING (SC/CC) DOCKET 10/18/2018 BEGINNING AT 10:00 AM | MH - MOTION HEARING (SC/CC) 10/18/2018 10:00 AM | | |
| ☐ | 55 | 09/20/2018 | 0 | NOTICE OF HEARING | SET FOR 101818 @ 10:00AM ON PLTF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT | | |
| ☐ | 56 | 10/18/2018 | 0 | (MH) | PLAINTIFF PRESENT// DEFENDANT PRESENT//MOTION GRANTED// ORDER SIGNED BY JUDGE | | |

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☐ | 57 | 10/18/2018 | 0 | ORDER | ON PLTF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT / DEFT HAS 20 DAYS TO FILE RESPONSE | | |
| ☐ | 58 | 10/29/2018 | 0 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | APRIL S GOODWIN ESQ AS CO-COUNSEL ON BEHALF OF DEFENDANTS | | |
| ☐ | 59 | 10/29/2018 | 0 | ANSWER AND AFFIRMATIVE DEFENSES FILED BY JURAVIN, DON K,JURAVIN, ANNA | JURAVIN, DON K,JURAVIN, ANNA **THIRD PARTY COMPLAINT** | | |
| ☐ | 61 | 10/30/2018 | 0 | SUMMONS TO BE ISSUED BY CLERK | | | |
| ☐ | 62 | 10/30/2018 | 0 | PAID $305.00 ON RECEIPT 2399601, FULLY PAID | $305.00 2399601 Fully Paid | | |
| ☐ | 63 | 10/30/2018 | 0 | SUMMONS ISSUED TO CLUB AT BELLA COLLINA LLC, | CLUB AT BELLA COLLINA LLC, | | |
| ☐ | 64 | 11/08/2018 | 0 | SUGGESTION OF BANKRUPTCY AS TO | AS TO DON KARL JURAVIN // MIDDLE DISTRICT CASE 6:18-BK-06821 CCJ DATED OCTOBER 31 2018 | 5196 | 1354 |
| ☐ | 65 | 01/23/2019 | 0 | MOTION | TO EXTEND TIME FOR SERVICE OF PROCESS | | |
| ☐ | 66 | 01/28/2019 | 0 | COVER LETTER DATED | 01/23/19 SUBMITTING A PROPOSED ORDER TO EXT TIME FOR SERVICE | | |
| ☐ | 67 | 02/04/2019 | 0 | ORDER | ON PLAINTIFFS EX PARTE MOTION TO EXTEND TIME FOR SERVICE OF PROCESS // GRANTED // EXTENDED TO (60) DAYS AFTER BANKRUPTCY STAY IS NO LONGER IN EFFECT, OR (6) MONTHS FROM DATE OF THIS ORDER | | |
| ☐ | 68 | 08/06/2019 | 0 | NOTICE OF FAILURE TO PROSECUTE SC | | | |
| ☐ | 69 | 08/13/2019 | 0 | SHOWING OF GOOD CAUSE | FILED BY PLAINTIFF | | |
| ☐ | 70 | 08/13/2019 | 0 | REQUEST | TO PRODUCE AS TO ANNA JURAVIN // FILED BY PLAINTIFF | | |
| ☐ | 71 | 08/20/2019 | 0 | MAIL RETURNED - COPY OF (NFP NOTICE) RETURNED UNDELIVERABLE AS TO JURAVIN, DON K,JURAVIN, ANNA | JURAVIN, DON K,JURAVIN, ANNA | | |
| ☐ | 72 | 02/18/2020 | 0 | NOTICE OF FAILURE TO PROSECUTE SC | AS TO ANNA JURAVIN, PSR DEVELOPERS LLLP AND USA DEPT OF THE TREASURY | | |
| ☐ | 73 | 03/18/2020 | 0 | SHOWING OF GOOD CAUSE | | | |
| ☐ | 74 | 03/18/2020 | 0 | REQUEST FOR ADMISSIONS | TO DEFENDANT ANNA JURAVIN // FILED BY PLAINTIFF | | |
| ☐ | 75 | 03/18/2020 | 0 | SHOWING OF GOOD CAUSE | (AMENDED) | | |
| ☐ | 76 | 03/19/2020 | 0 | NOTICE OF SERVICE OF INTERROGATORIES | AS TO ANNA JURAVIN // FILED BY PLAINTIFF | | |

| Image | Docket Number | Effective Date | Count | Description | Docket Text | Book | Page |
|---|---|---|---|---|---|---|---|
| ☐ | 77 | 04/17/2020 | 0 | MOTION | OF DEFENDANT, ANNA JURAVIN FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUEST (FROM PLTF BELLA COLLINA PROPERTY OWNERS ASSOC INC) | | |
| ☐ | 78 | 04/17/2020 | 0 | MOTION | OF DEFENDANT, ANNA JURAVIN TO STAY PROCEEDINGS | | |
| ☐ | 80 | 04/24/2020 | 0 | NOTICE OF HEARING | VIA ZOOM ON 051220 @ 2:00PM / DEFT ANNA JURAVIN'S MOTION TO STAY PROCEEDINGS AND MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS | | |
| | 79 | 04/27/2020 | 0 | SET ON MH - MOTION HEARING (SC/CC) DOCKET 5/12/2020 BEGINNING AT 2:00 PM | MH - MOTION HEARING (SC/CC) 5/12/2020 2:00 PM | | |
| ☐ | 81 | 04/28/2020 | 0 | NOTICE OF HEARING | SET FOR 051220 @ 2:00PM / PTC | | |
| | 82 | 04/28/2020 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 5/12/2020 BEGINNING AT 2:00 PM | PT - PRE TRIAL CONFERENCE (SC/CC) 5/12/2020 2:00 PM | | |
| ☐ | 83 | 05/11/2020 | 0 | MOTION | TO EXTEND TIME FOR SERVICE OF PROCESS / FILED BY PLTF | | |
| | 84 | 06/09/2020 | 0 | SET ON PT - PRE TRIAL CONFERENCE (SC/CC) DOCKET 7/9/2020 BEGINNING AT 9:00 AM | PT - PRE TRIAL CONFERENCE (SC/CC) 7/9/2020 9:00 AM | | |
| ☐ | 85 | 06/09/2020 | 0 | COVER LETTER DATED | 051420 FILING PROPOSED ORDER | | |
| ☐ | 86 | 06/09/2020 | 0 | ORDER | / CASE STYLED AS TO ANNA JURAVIN UNTIL 070920 / PRETRIAL CONFERENCE SET FOR 070920 @ 9:00AM | | |
| ☐ | 88 | 06/12/2020 | 0 | RESPONSE TO REQUEST FOR ADMISSIONS | / FILED BY DEFT ANNA JURAVIN | | |
| ☐ | 89 | 06/12/2020 | 0 | NOTICE OF SERVICE | OF RESPONSES TO PLTF'S REQUESTS FOR PRODUCTION TO DEFT ANNA JURAVIN | | |
| ☐ | 90 | 06/12/2020 | 0 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | / FILED BY DEFT ANNA JURAVIN | | |
| ☐ | 91 | 06/17/2020 | 0 | NOTICE OF HEARING | SET FOR 070920 @ 9:00AM / PRE TRIAL CONFERENCE CONTINUED FROM 051220 | | |
| ☐ | 92 | 07/08/2020 | 0 | MOTION | TO TRANSFER / FILED BY PLTF | | |
| ☐ | 93 | 07/20/2020 | 0 | COVER LETTER DATED | 071420 FILING PROPOSED ORDER | | |
| ☐ | 94 | 07/23/2020 | 0 | ORDER TO TRANSFER CASE TO | COUNTY COURT / PLTF TO PAY FEE WITHIN 30 DAYS OR CASE DISMISSED WITHOUT PREJUDICE | 5517 | 1174 |
| ☐ | 95 | 08/13/2020 | 0 | COVER LETTER DATED | 08/11/20 SUBMITTING THE FEE TO TRANSFER CASE TO COUNTY COURT | | |
| ☐ | 96 | 01/22/2021 | 0 | ANSWER OF PSR DEVELOPERS LLLP, | PSR DEVELOPERS LLLP, TO BELLA COLLINA PROPERTY OWNER'S ASSOCIATION INC'S SECOND AMENDED COMPLAINT | | |

## Linked Cases

6/1/23, 12:43 PM                                                    Print

| Case Number | Party Name/Business | Offense Date | Case Status |
|---|---|---|---|
| 35-2020-CC-003290-AXXX-XX | BELLA COLLINA PROPERTY OWNERS ASSOCIATION INC, | | CLOSED |

## Sentences

| Date | Count | Sentence | Confinement | Term | Credit Time | Conditions | Status |
|---|---|---|---|---|---|---|---|
| | | | No records found | | | | |

## Arrests & Bonds

**Arrest Information:**

| Arrest Date | Arresting Agency | Agency Number | Booking # | Incident # |
|---|---|---|---|---|
| | | No records found | | |

**Bond Information:**

| Count | Type | Bond # | Bondsman | Surety Company | Cash Depositor | Amount | Closed Date | Forfeiture Date | Effective Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | No records found | | | | | |

## Fees

**Fee Information:** *Balance: $0.00*
*(The fees listed below do not necessarily reflect all outstanding fees on the case. For complete balance information , please contact the Clerk's office.)*

| Effective Date | Due Date | Fee Description | Amount Due | Amount Paid | Balance | In Judgment | In Collections |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | 11/21/2017 | Lake - County Civil Claim > $2500 | $300.00 | $300.00 | $0.00 | | |
| 11/21/2017 | 11/21/2017 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | |
| 11/21/2017 | 11/21/2017 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | |
| 10/30/2018 | 10/30/2018 | Lake - County Civil Counter Petition Cross Claim > $2500 | $295.00 | $295.00 | $0.00 | | |
| 10/30/2018 | 10/30/2018 | Lake - County Civil Summons Fee | $10.00 | $10.00 | $0.00 | | |
| | | | **$625.00** | **$625.00** | **$0.00** | | |

**Payment Plan Information:**

| Plan # | Scheduled Payment Amount | Balance Due | Partial Payment |
|---|---|---|---|
| | | No records found | |