[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated:  August 02, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                              Case No. 6:18–bk–06821–LVV
                                                                                                    Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER IMPOSING SANCTIONS ON DEBTOR**

THIS CASE came on for consideration without a hearing of the **Motion for Reconsideration of Order Imposing Sanctions on Debtor** (Doc. **881** ), filed by **Debtor Don Juravin** .

The Court having considered the record, the Motion for Reconsideration of Order Imposing Sanctions on Debtor is Denied .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.