UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

FILED
Date: 12/14/2023 @10:00AM via: email
Clerk, U.S. Bankruptcy
Orlando Division

IN RE:
DON KARL JURAVIN

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821 - LVV
Case No. 6:20-bk-01801 - LVV

Jointly Administered with
Case No. 6:18-bk-06821 - LVV

**TIME-SENSITIVE**
**EMERGENCY STATUS**
**REQUESTED**

## MOTION TO REVEAL FORENSIC ACCOUNTING

Debtor, Don K. Juravin, proceeding Pro Se, moves this court for an Order requiring the Chapter 7 Trustee to file the forensic accounting performed by Yip Associates. In support I state as follows:

In the course of my bankruptcy proceeding, in 2019 the trustee hired a forensic accounting firm (Trustee's application is Doc 50, the court approving Order is Doc 53) to examine my situation and to search for any financial irregularities that may exist in my financial records, potentially impacting the outcome of this case. It is crucial for the parties involved, including the debtor, creditors, and the court, to have a clear and accurate understanding of the debtor's financial situation. Only a full forensic report will ensure that.

To ensure the integrity and fairness of this bankruptcy proceeding, I respectfully request that the court grants my motion to reveal the results of the forensic accounting. This will

presumably include a comprehensive examination of the debtor's financial records, including but not limited to:

1. A detailed analysis of all financial transactions involving the debtor, including income, expenses, and assets.
2. A thorough review of any discrepancies or irregularities found in the financial records.
3. Examination of all financial statements, bank records, tax returns, and other relevant documents.
4. The appointment of a qualified forensic accountant to conduct this examination in an unbiased and professional manner.
5. The production of a detailed report outlining the findings of the forensic accounting investigation.

This motion is being submitted in the interest of transparency and fairness to all parties involved. I believe that a forensic accounting examination will shed light on the financial issues that the parties are currently litigating and ensure that the court has access to accurate information for making informed decisions in this case. The report could also reveal exculpatory evidence; that could explain why the Trustee is so resistant to this information coming to light. Without any results from this professional inquiry, the expense incurred by the bankruptcy estate ($41,652.13 in fees, plus expenses of $314.51 in the Court's most recent Order) will have been pointless.

The Debtor wanted to depose Hal Levenberg and Maria Yip from Yip Associates but the Court denied that request. The money was spent. Yip Associates seem to have been qualified to

do the work. The Trustee steadfastly refuses to disclose any information regarding the forensic accounting and opposes all efforts to reveal what they found.

    I respectfully request the court to grant this Motion to Reveal Forensic Accounting. I believe that this examination is essential to the resolution of this bankruptcy case and will serve the interests of justice.

Dated: December 14, 2023.    Respectfully submitted,

_____/
Don Karl Juravin, /*Pro Se*/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 14, 2023, a true and correct copy of the foregoing has been furnished by electronic mail to:

Dennis D. Kennedy, Trustee, c/o James D. Ryan, Esq., jdr@ryanlawgroup.net;
Dennis D. Kennedy, Trustee, c/o Brad Saxton, Esq., saxton@whww.com;
James Timko, Esq., jtimko@deanmead.com;

_____/
Don Karl Juravin, /*Pro Se*/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100