[jiffyordnh] [Bench Order No Hearing +]

ORDERED.

Dated: December 18, 2023

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                                  Case No. 6:18−bk−06821−LVV
                                                                                                        Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

### ORDER DENYING MOTION TO REVEAL FORENSIC ACCOUNTING

THIS CASE came on for consideration without a hearing of the **Motion to Reveal Forensic Accounting** (Doc. **945** ), filed by **Debtor Don Juravin** .

The Court having considered the record, the Motion to Reveal Forensic Accounting is Denied .

The motion is denied without prejudice. Debtor provides no legal authority supporting the relief requested.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.