UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

FILED
Date: 1/2/2024 @1:57pm via: email
Clerk, U.S. Bankruptcy
Orlando Division

IN RE:
DON KARL JURAVIN

    Debtor.

Chapter 7
Case No. 6:18-bk-06821 - LVV
Case No. 6:20-bk-01801 - LVV

Jointly Administered with
Case No. 6:18-bk-06821 - LVV

_____/

# MOTION TO JOIN TRUSTEE'S MOTION FOR EXTENSION OF TIME OUT OF TIME TO DISCLOSE WITNESSES FOR JANUARY 16, 2023 EVIDENTIARY HEARING

Debtor, Don K. Juravin, proceeding Pro Se, moves this court for an Order allowing Debtor to join *Motion To Join Trustee's Motion For Extension Of Time Out Of Time To Disclose Witnesses For January 16, 2023, Evidentiary Hearing (*"Trustee's Motion for Extension of Time") filed by Trustee on December 29, 2023, (Doc. 954) and in support, I state as follows:

1. Given the interconnected nature of the issues at hand, and to ensure fairness and procedural efficiency, I propose the joinder of the Debtor, to the Trustee's Motion for Extension of Time. This collaboration will streamline the extension request process, avoiding duplicative efforts and promoting judicial economy.

2. I believe that a unified motion, encompassing both the Trustee and the Debtor, will better serve the interests of all parties involved in this matter.

3. Debtor is seeking to depose the witness(es) of the Trustee of which the name(s) of the individual(s) has not been disclosed yet as of the day of filing this motion and time is the essence here. Trustee identified one witness as a "Representative of Trustee's ESI analyst". Debtor is entitled to depose this witness according to Rule 7027 of the Federal Rules of Bankruptcy Procedure. The Debtor needs to know what this witness's testimony will be in order to prepare a proper defense, including the possibility of calling his own witness to rebut said testimony. "Representative of Trustee's ESI analyst" sounds like this could possibly be expert testimony.

4. *Trustee's Motion For Extension Of Time Out Of Time To Disclose Witnesses For January 16, 2023, Evidentiary Hearing* was filed without conferring with me or asking if I would agree to it.

5. I trust that this collaborative effort will be viewed favorably by the court, facilitating a smoother and more coherent process leading up to the January 16, 2023, Evidentiary Hearing.

I respectfully request the court to grant this Motion. I believe that this will serve the interests of justice and the judicial economy.

Dated: January 2, 2024.                                   Respectfully submitted,

_____
Don Karl Juravin, /*Pro Se*/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 2, 2024., a true and correct copy of the foregoing has been furnished by electronic mail to:

Dennis D. Kennedy, Trustee, c/o James D. Ryan, Esq., jdr@ryanlawgroup.net;

Dennis D. Kennedy, Trustee, c/o Brad Saxton, Esq., saxton@whww.com;

Bella Collina Property Owners Assoaciation, Inc., c/o James Timko, Esq., jtimko@deanmead.com;

/*signature*/
Don Karl Juravin, /*Pro Se*/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100