UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED**
Date: 1/4/2024 @ 10:09PM via: email
Clerk, U.S. Bankruptcy
Orlando Division

IN RE:
DON KARL JURAVIN

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821 - LVV
Case No. 6:20-bk-01801 - LVV

Jointly Administered with
Case No. 6:18-bk-06821 - LVV

### SUPPLEMENT TO DEBTOR'S MOTION TO JOIN TRUSTEE'S MOTION FOR EXTENSION OF TIME OUT OF TIME TO DISCLOSE WITNESSES FOR JANUARY 16, 2023 EVIDENTIARY HEARING

Debtor, Don K. Juravin, proceeding Pro Se, hereby provides a supplementary filing in connection with the previously submitted *Motion To Join Trustee's Motion For Extension Of Time Out Of Time To Disclose Witnesses For January 16, 2024, Evidentiary Hearing,* (Doc. 955), dated January 2, 2024. This supplemental filing is related to a proposed "Debtor's Witness List For January 16, 2024 Evidentiary Hearing (Trial)" which is attached hereto.

Dated: January 4, 2024.

Respectfully submitted,

_____/
Don Karl Juravin, /*Pro Se*/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2024., a true and correct copy of the foregoing has been furnished by electronic mail to:

Dennis D. Kennedy, Trustee, c/o James D. Ryan, Esq., jdr@ryanlawgroup.net;

Dennis D. Kennedy, Trustee, c/o Brad Saxton, Esq., saxton@whww.com;

Bella Collina Property Owners Assoaciation, Inc., c/o James Timko, Esq., jtimko@deanmead.com;

/s/  
Don Karl Juravin, /*Pro Se*/  
15118 Pendio Dr.  
Bella Collina, FL 34756  
don@juravin.com  
8138105100

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:

DON KARL JURAVIN,

    Debtor.
_____/

Chapter 7
Case No. 6:18-bk-06821-LVV

Case No. 6:20-bk-01801-LVV
Jointly Administered with
Case No. 6:18-bk-06821-LVV

# DEBTOR'S WITNESS LIST FOR JANUARY 16, 2024 EVIDENTIARY HEARING (TRIAL)

The Debtor DON KARL JURAVIN, proceeding pro se, pursuant to the Order Scheduling Trial entered on November 15, 2023, (Doc. 929) on the Trustee's abated motion for sanctions (Doc. 546), hereby discloses the witnesses he will call at the hearing currently scheduled in the above-captioned case on January 16, 2024.

1. Richard Gralnik[1], individually and as a representative of Trustee's ESI analyst
   Online Security 10801 National Blvd., Suite 245
   Los Angeles, California 90064

2. Aldo Bartolone, Esq.

3. Trustee Chapter 7 Dennis Kennedy

4. James Ryan, Esq.

5. Anna Juravin

---

[1] Counsel for Trustee, Mr. Ryan, did not disclose specific name of witness but it is assumed that it is Richard Gralnik

1

Dated: January 4, 2024.                                      Respectfully submitted,

                                                                                Don Karl Juravin, /*Pro Se*/
                                                                                                  15118 Pendio Dr.
                                                         Bella Collina, FL 34756
                                                                 don@juravin.com
                                                                         8138105100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2024, a true and correct copy of the foregoing has been furnished by electronic mail to:

Richard Gralnik, richard@onlinesecurity.com;

Bella Collina Property Owners Association, Inc c/o James Timko, Esq., jtimko@deanmead.com;

Dennis D. Kennedy, Trustee, c/o James D. Ryan, Esq., jdr@ryanlawgroup.net;

Dennis D. Kennedy, Trustee, c/o Brad Saxton, Esq., bsaxton@whww.com

Additionally via U.S. Postal Service mail to:

Richard Gralnik

Online Security

10801 National Blvd., Suite 245

Los Angeles, California 90064

                                                                                Don Karl Juravin, /*Pro Se*/
                                                                          15118 Pendio Dr.
                                                     Bella Collina, FL 34756
                                                               don@juravin.com
                                                                     8138105100