UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

FILED
JAN -5 2024
Clerk, U.S. Bankruptcy,
Orlando Division

In re:

DON KARL JURAVIN,

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV
Jointly Administered with
Case No. 6:18-bk-06821-LVV

## SUGGESTION OF BANKRUPTCY

The interested party, Anna Juravin, notifies the Court and other parties as follows:

1. I, Anna Juravin filed a Chapter 13 bankruptcy petition seeking relief under Title 11, United States Code in the Middle District of Florida, Orlando Division.

2. The case number is 6: 24-bk-00045, and the case was filed on January 5, 2024.

3. This action is subject to the automatic bankruptcy stay imposed by 11 U.S.C. § 362.

4. This is for information purposes only.

Dated: January 5, 2024.

Respectfully submitted,

Anna Juravin, /Pro Se/
15118 Pendio Dr.
Montverde, FL 34756
anna@juravin.com
8135009055