UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re:<br><br>DON KARL JURAVIN,<br><br>　　Debtor.<br>_____/<br><br>DON KARL JURAVIN,<br>Case No. 6:18-bk-06821-KSJ<br><br>MUST CURE OBESITY, CO.<br>Case No. 6:20-bk-01801-KSJ<br><br>　　Applicable Debtors.<br>_____/ | Chapter 7<br><br>Case No. 6:18-bk-06821-LVV<br>Case No. 6:20-bk-01801-LVV<br><br><br>Consolidated Case No.<br>6:18-bk-06821-LVV |

**TRUSTEE'S NOTICE OF OBJECTION TO DEBTOR'S
PROPOSED WITNESSES FOR JANUARY 16, 2024 EVIDENTIARY HEARING**

　　DENNIS D. KENNEDY, as CHAPTER 7 TRUSTEE of the ESTATES OF DON KARL JURAVIN and MUST CURE OBESITY, INC. ("Trustee"), by and through undersigned counsel, gives notice of objection to Debtor's, DON KARL JURAVIN, proposed witnesses for the January 16, 2024 hearing as incorporated into his supplement to *Motion To Join Trustee's Motion For Extension Of Time Out Of Time To* The *Disclose Witnesses* (Doc. No. 956 filed January 04, 2024), stating:

　　1.　Debtor's proposed witnesses include the undersigned, James D. Ryan, special counsel to the Chapter 7 Trustee.

　　2.　Debtor has no valid reason for including any of Trustee's counsels as witnesses in these proceedings; Debtor does so strictly for purposes of harassment.

3.       Debtor's continued harassment of Trustees' counsels is another example of his persistent, vexatious attempts to frustrate the Trustee's administration of the estates which, not ironically, is the subject of the proceeding itself.

WHEREFORE, Dennis Kennedy, as Chapter 7 Trustee, objects to the inclusion of Trustee's counsel as a witness and requests that the Court enter an order barring Debtor from calling counsel as a witness in these proceedings, and any other relief necessary.

Dated: January 7, 2024.        Respectfully submitted,

>  /s/ *James D. Ryan*
> JAMES D. RYAN, ESQ.
> FLORIDA BAR NO. 0976751
> JDR@RYANLAWGROUP.NET
> LAUREN@RYANLAWGROUP.NET
> **RYAN LAW GROUP, PLLC**
> 636 U.S. HIGHWAY ONE, STE. 110
> NORTH PALM BEACH, FL 33408,
> 561-881-4447   FAX: 561-881-4461
> *SPECIAL COUNSEL TO DENNIS D. KENNEDY, TRUSTEE*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 7, 2024**, a true copy of the foregoing document has been filed and served via CM/ECF to all registered users in this case, and by U.S. Mail, and email where indicated, to the following:

**Don K. Juravin** don@juravin.com
15118 Pendio Drive
Montverde, FL 34756