UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DON KARL JURAVIN,

    Debtor.
_____/

DON KARL JURAVIN,
Case No. 6:18-bk-06821-KSJ

MUST CURE OBESITY, CO.
Case No. 6:20-bk-01801-KSJ

    Applicable Debtors.
_____/

Chapter 7

Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV

**Consolidated Case No.**
6:18-bk-06821-LVV

**TIME SENSITIVE
EXPEDITED/EMERGENCY
STATUS REQUESTED**

**CHAPTER 7 TRUSTEE'S AMENDED EXPEDITED MOTION OUT OF TIME
TO BE EXCUSED FROM THE REQUIREMENTS OF LOCAL RULE 9070-1(a)(2) AND
PARALLEL RULE/ORDER TIME REQUIREMENTS FOR SUBMISSION OF EXHIBITS**

    DENNIS D. KENNEDY, as CHAPTER 7 TRUSTEE of the ESTATES OF DON KARL JURAVIN and MUST CURE OBESITY, INC. ("Trustee"), by and through undersigned counsel, pursuant to the *Order Scheduling Trial* ("Scheduling Order" Doc. No. 929 entered on November 15, 2023) on the Trustee's abated motion (Doc. No. 546), files this amended motion for relief from the requirements of Bankr. M.D. Fla. Local Rule 9070-1(a)(2), and parallel requirements for submission of exhibits by CM/ECF under the Rule 7001-1(m)(1) and the Scheduling Order, and states:

    1.    Local Rule 9070-1(a)(2) requires the submission of paper copies of exhibits to pro se parties at least 7 days prior to hearing, and the submission of the exhibits via CM/ECF.

2.      Trustee did not serve Debtor, DON KARL JURAVIN, with hard copies, rather service was made <u>by email</u> as follows:

  a) Trustee's Exhibit List and Exhibits on January 9, 2024; and

  b) Trustee's Amended Exhibit List and formatted exhibits on January 10, 2024.

The Exhibit List was amended for formatting of the exhibit table; and the exhibits were reformatted for ECF uploading to include a cover sheet for each and so that three spreadsheets were in pdf format.

3.      Due to counsel's miscommunication with staff, the amended exhibit list and uploads occurred 1 day late— January 10. The substance of the January 10 exhibits themselves remained the same as originally served.

4.      Consequently, Trustee requires relief from the requirement to serve Debtor with hard copies in advance of the hearing.

5.      Local Rule 9070-1(b)(2), 7001-1(m)(1) and the Scheduling Order require filing the exhibits by CM/ECF no later than 7 days prior to hearing.

6.      Trustee's counsel had technical issues with the exhibit upload from the first attempt on January 10 through the afternoon of January 12. Trustee worked with the ECF help desk to determine the problem which required additional page reductions per upload and multiple transmissions. Nonetheless, because of the delay, Trustee requires relief from time the seven day advance upload requirements.

7.      Debtor has not filed paper copies of his purported exhibits in advance of the hearing as required by the local rule 9070-1(a)(2).

8.      Debtor is not prejudiced by any delay or by not receiving paper copies in advance because the substance of the exhibits and the exhibit list has not changed; and Debtor has

requested service by email due to the fact that he does not qualify as a filer for CM/ECF— a request the Trustee has honored over these many, many months in all proceedings.

9. Due to the size of some exhibits, for example a spreadsheet which in pdf format is over 600 pages, Trustee will not photocopy it for the hearing binders but intends to allow the court to view it electronically, and has made arrangements for the same with the Court's staff. The cost of producing such large exhibits is prohibitive both for service in advance on the pro se Debtor and for the hearing binders.

10. A certificate of necessity for expedited treatment is filed commensurate with this motion.

WHEREFORE, Ch. 7 Trustee KENNEDY respectfully requests that the Court adjudicated this motion on an expedited basis and enter an order granting relief from the deadlines set by the Local Rules and the Scheduling Order as to service of paper copies on the pro se Debtor, and CM/ECF upload/filing of the Trustee's Exhibit List and Exhibits, and any other relief necessary.

Dated: <u>January 14, 2024</u>.    Respectfully submitted,

                                                                  /s/ *James D. Ryan*
                                                                  JAMES D. RYAN, ESQ.
                                                                  FLORIDA BAR NO. 0976751
                                                                  JDR@RYANLAWGROUP.NET
                                                                  LAUREN@RYANLAWGROUP.NET
                                                                  **RYAN LAW GROUP, PLLC**
                                                                  636 U.S. HIGHWAY ONE, STE. 110
                                                                  NORTH PALM BEACH, FL 33408,
                                                                  561-881-4447   FAX: 561-881-4461
                                                                  *SPECIAL COUNSEL TO DENNIS D. KENNEDY, TRUSTEE*

<u>**CERTIFICATE OF SERVICE**</u>

      I HEREBY CERTIFY that on **January 14, 2024**, a true copy of the foregoing document has been filed and served via CM/ECF to all registered users in this case, and by U.S. Mail, and email where indicated, to the following:

**Don K. Juravin** don@juravin.com
15118 Pendio Drive
Montverde, FL 34756