ORDERED.

Dated: January 16, 2024

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Don Karl Juravin, | ) | Case No. 6:18-bk-06821-LVV |
| | ) | Case No. 6:20-bk-01801-LVV |
| Debtor. | ) | Jointly Administered with |
| | ) | Case No. 6:18-bk-06821-LVV |

**ORDER DENYING MOTION TO PRESERVE BANKRUPTCY ESTATE**

THESE CASES came before the Court without a hearing to consider the Motion to Preserve Bankruptcy Estate (Doc. No. 923) ("Motion") filed by Don Karl Juravin ("Debtor"). Debtor asserts professionals employed in these cases are incurring substantial administrative claims—consisting of their fees and costs—which are depleting estate funds. Debtor requests the Court enter an order to "stop the intentional depletion of the bankruptcy estate" and that the Court "take what action it needs to in order to preserve the bankruptcy estate." Simply put, Debtor wants to bar further litigation in these cases, primarily against himself and his spouse, to allegedly avoid an administratively insolvent estate.

The Court denies the Motion as no further action is needed. On November 15, 2023, the Court considered several interim applications for compensation filed by professionals employed in these

cases, which Debtor opposed.[1] After considering argument from the parties and for the reasons stated at the November 15, 2023 hearing, the Court approved the applications on an interim basis and provided that the awarded fees and costs are subject to disgorgement if there are insufficient funds to pay all administrative claims in the case.[2] The Court finds possible disgorgement of the professionals' fees and costs sufficient to preserve the estate.

Accordingly, it is **ORDERED** that the Motion (Doc. No. 923) is DENIED.

###

Clerk to serve.

---

[1] Doc. Nos. 907, 909, 912, 925.
[2] Doc. Nos. 932, 933, 934.