UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

FILED
Date: 1/16/2024 @ 8:23AM via: email
Clerk, U.S. Bankruptcy
Orlando Division

In re:

Don Karl Juravin,
    Debtor.
_____/

Chapter 7
Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV

Jointly Administered with
Case No. 6:18-bk-06821-LVV

## SUPPLEMENT TO MOTION TO DISMISS CONTESTED MATTER

Debtor/Defendant, Don Juravin, proceeding pro se, hereby supplements the Motion to Dismiss [Doc 969] that he filed on January 10, 2024 with this Honorable Court. The Debtor brings the following to the Court's attention:

1. This morning I received the "latest version" of the Trustee's exhibits. I believe it was the third attempt. It was delivered to my email on Friday at 6:40 p.m., an hour after I had commenced observing the Shabbat. It is essential to note that Mr. Kennedy cannot reasonably expect me to engage in work over the weekend, or on national holiday, especially after the commencement of my Sabbath observance, merely because **Mr. Kennedy, Mr. Ryan, and Mr. Saxton did not adhere to the trial court's order.**

2. It is worth highlighting that Mr. Kennedy had a substantial two-year window to adequately prepare for this trial, during which he also did not adhere to the court's directive regarding the timely disclosure of the names of his witnesses.

3. Mr. Kennedy has presented his exhibits to me on three distinct occasions, with the most recent being this morning.

4.     It is clear that the evidence that the Trustee plans to introduce necessitates the input of an **expert**. The matter at hand is of a technical nature and requires the insight of a genuine expert, a provision that Mr. Kennedy **did not fulfill.**

5.     Mr. Graknik, the individual who signed an affidavit in support of the motion for sanctions, has not cooperated with my efforts to depose him or to have him appear in court. **It is not my place to force the trustee to appear as it's Mr. Kennedy's motion.** This situation leaves us with no viable course of action for moving forward.

6.     Similarly, Mr. Balot, who was intentionally unnamed in the Trustee's disclosure in violation of the court's trial order, was not disclosed in a way that gave me adequate time to conduct any discovery.

7.     Given these procedural issues, it would have been ethically and procedurally appropriate for Mr. Kennedy to acknowledge that his case for these sanctions lacks support, and he should have discontinued this contested matter.

8.     This entire episode serves as yet another indication that Mr. Ryan, acting on behalf of Mr. Kennedy, is pursuing this matter with ulterior motives, as **all expenses incurred no longer serve the estate's interests but only the desire to harass me already FIVE+ YEARS after petition.**

9.     Over the past two weeks, Mr. Kennedy not only disregarded the court's trial order numerous times but also dispatched his attorneys to engage in intentional obfuscation, creating the illusion that all was proceeding smoothly and that the court's order could be disregarded. I do not expect the team of attorneys to be my friends and assist me, even though they are officers of the law and thereby should SEEK JUSTICE, but I also don't think it's ETHICAL for them to use TRICKERY & DECEPTION. For that reason, they seek to block my rights and ability to legally report such actions to the Bar, appeal, or seek other relief.

10. Mr. Ryan and Mr. Saxton, the attorneys for Mr. Kennedy, have consistently refused to respond to emails for clarification, apparently operating under the presumption that the court will approve any extension of time they ask for.

11. It is evident to me, as an outsider, that Mr. Kennedy and his team of attorneys, "take this court for granted" and that all they need to do is to show up in order to win.

WHEREFORE, I ask this Honorable Court to dismiss the matter, and for such other and further relief as this Court deems just and proper.

Date: January 16, 2024                                  Respectfully submitted,

                                                        _____/
                                                        Don Karl Juravin, /Pro Se/
                                                        15118 Pendio Dr.
                                                        Bella Collina, FL 34756
                                                        don@juravin.com
                                                        8138105100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2024, a true and correct copy of the foregoing has been furnished by electronic mail to:

James D. Ryan, Esq., jdr@ryanlawgroup.net;

Brad Saxton, Esq., saxton@whww.com;

                                                        _____/
                                                        Don Karl Juravin, /Pro Se/
                                                        15118 Pendio Dr.
                                                        Bella Collina, FL 34756
                                                        don@juravin.com
                                                        8138105100