United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 18-06821-LVV |
| Don Karl Juravin | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Don Karl Juravin, 15118 Pendio Drive, Montverde, FL 34756-3606 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aldo G Bartolone, Jr | on behalf of Defendant Don Karl Juravin abartolone@thebermanlawgroup.com aldo.bartolone@gmail.com;aldo@ecf.courtdrive.com |
| Beatriz Sanchez McConnell | on behalf of Interested Party Hershkowitz & Kunitzer  P.A. bmcconnell@eflegal.com, abogert@eflegal.com;eportal_service@eflegal.com |
| Beatriz Sanchez McConnell | on behalf of Defendant Hal Hershkowitz bmcconnell@eflegal.com  abogert@eflegal.com;eportal_service@eflegal.com |
| Beatriz Sanchez McConnell | on behalf of Accountant Hal E. Hershkowitz bmcconnell@eflegal.com  abogert@eflegal.com;eportal_service@eflegal.com |
| Beatriz Sanchez McConnell | on behalf of Defendant Hershkowitz & Kunitzer  P.A. bmcconnell@eflegal.com, abogert@eflegal.com;eportal_service@eflegal.com |

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

Becket & Lee, LLP (SB)
    on behalf of Creditor American Express National Bank notices@becket-lee.com

Bradley M Saxton
    on behalf of Accountant Yip Associates bsaxton@whww.com
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Interested Party Dennis D. Kennedy bsaxton@whww.com
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Plaintiff Dennis D. Kennedy  Trustee bsaxton@whww.com,
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Attorney for Trustee Winderweedle  Haines, Ward & Woodman, P.A. bsaxton@whww.com,
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Plaintiff - Consolidated Case 2 Dennis D. Kennedy  as Ch 7 Trustee bsaxton@whww.com,
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Plaintiff Dennis D Kennedy bsaxton@whww.com
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Bradley M Saxton
    on behalf of Trustee Dennis D Kennedy bsaxton@whww.com
    scolgan@whww.com;scolgan@ecf.courtdrive.com;mbretana@whww.com;mbretana@ecf.courtdrive.com

Charles R Sterbach
    on behalf of U.S. Trustee United States Trustee - ORL7/13 Charles.R.Sterbach@usdoj.gov

Christopher J Hamner
    on behalf of Creditor Zachary Lake chamner@hamnerlaw.com

David M Landis
    on behalf of Creditor DCS Real Estate Investments  LLC dlandis@mateerharbert.com

David M Landis
    on behalf of Interested Party Wilmington Financial Services  LLC dlandis@mateerharbert.com

Dennis D Kennedy
    trustee@ddkennedy.com dkennedy@iq7technology.com;ecf.alert+Kennedy@titlexi.com

Heather L Ries
    on behalf of Defendant Wells Fargo Bank  N.A. hries@foxrothschild.com, ralbert@foxrothschild.com

Henry N Portner
    on behalf of Creditor United Medical Group International  Inc. portnerlaw@gmail.com

James Timko
    on behalf of Plaintiff Bella Collina Property Owners Association Inc jtimko@deanmead.com  mgodek@deanmead.com

James Timko
    on behalf of Creditor Bella Collina Property Owner's Association  Inc. jtimko@deanmead.com, mgodek@deanmead.com

James D Ryan
    on behalf of Original Trustee Dennis D Kennedy jdr@ryanlawgroup.net  lauren@ryanlawgroup.net

James D Ryan
    on behalf of Trustee Dennis D Kennedy jdr@ryanlawgroup.net  lauren@ryanlawgroup.net

James D Ryan
    on behalf of Plaintiff Dennis D Kennedy jdr@ryanlawgroup.net  lauren@ryanlawgroup.net

James D Ryan
    on behalf of Spec. Counsel James D Ryan  Esq. jdr@ryanlawgroup.net, lauren@ryanlawgroup.net

James D Ryan
    on behalf of Plaintiff Dennis D. Kennedy  Trustee jdr@ryanlawgroup.net, lauren@ryanlawgroup.net

James D Ryan
    on behalf of Plaintiff - Consolidated Case 2 Dennis D. Kennedy  as Ch 7 Trustee jdr@ryanlawgroup.net,
    lauren@ryanlawgroup.net

Jason Z Jones
    on behalf of Defendant American Express Company jjones@joneslawpa.com

Justin R Clark
    on behalf of Accountant Pamela J Henley jclark@youhavepower.com
    mspivak@youhavepower.com;mfrisson@youhavepower.com

Case 6:18-bk-06821-LVV   Doc 994   Filed 01/24/24   Page 3 of 5

| | | |
|---|---|---|
| District/off: 113A-6 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 22, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

| | |
|---|---|
| Kimberly L Nelson | on behalf of Plaintiff Federal Trade Commission knelson@ftc.gov |
| Lauren M Reynolds | on behalf of Plaintiff Dennis D Kennedy lreynolds@whww.com thiggens@whww.com;LReynolds@ecf.courtdrive.com;scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com |
| Lauren M Reynolds | on behalf of Trustee Dennis D Kennedy lreynolds@whww.com thiggens@whww.com;LReynolds@ecf.courtdrive.com;scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com |
| Lauren M Reynolds | on behalf of Plaintiff - Consolidated Case 2 Dennis D. Kennedy  as Ch 7 Trustee lreynolds@whww.com, thiggens@whww.com;LReynolds@ecf.courtdrive.com;scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com |
| Lauren M Reynolds | on behalf of Plaintiff Dennis D. Kennedy  Trustee lreynolds@whww.com, thiggens@whww.com;LReynolds@ecf.courtdrive.com;scolgan@whww.com;mbretana@whww.com;mbretana@ecf.courtdrive.com |
| Marc J Randazza | on behalf of Creditor Consumer Opinion Corp. mjr@randazza.com  ecf-6898@ecf.pacerpro.com;ecf@randazza.com |
| Marc J Randazza | on behalf of Creditor Opinion Corp. mjr@randazza.com  ecf-6898@ecf.pacerpro.com;ecf@randazza.com |
| Michael A Nardella | on behalf of Creditor Karan Arora mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;jlozano@nardellalaw.com;mfrisson@nardellalaw.com;msayne@nardellalaw.com |
| Michael A Nardella | on behalf of Creditor Natural Vitamins Laboratory Corporation mnardella@nardellalaw.com klynch@nardellalaw.com;kcooper@nardellalaw.com;jlozano@nardellalaw.com;mfrisson@nardellalaw.com;msayne@nardellalaw.com |
| Michael A Tessitore | on behalf of Mediator Michael A Tessitore mtessitore@morankidd.com |
| Michael P Mora | on behalf of Creditor Federal Trade Commission mmora@ftc.gov |
| Michael P Mora | on behalf of Plaintiff Federal Trade Commission mmora@ftc.gov |
| Michael S Hoffman | on behalf of Defendant Shay Zuckerman Mshoffman@hlalaw.com  cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Creditor Naom Ben Zvi Mshoffman@hlalaw.com  cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Defendant Noam Ben-Zvi Mshoffman@hlalaw.com  cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Defendant Shay Zuckerman & Co. Mshoffman@hlalaw.com cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Creditor Shay Zuckerman Mshoffman@hlalaw.com  cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Defendant Noam Ben-Zvi Law Firm Mshoffman@hlalaw.com cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Hoffman | on behalf of Defendant Zuckerman & Co. a/k/a Shay Zuckerman & Co. a/k/a Shay Zuckerman & Co. Law Firm Mshoffman@hlalaw.com  cthornton@hlalaw.com;mshoffman@ecf.courtdrive.com |
| Michael S Provenzale | on behalf of Defendant PSR Developers  LLLP michael.provenzale@lowndes-law.com, anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Michael S Provenzale | on behalf of Creditor PSR Developers LLLP michael.provenzale@lowndes-law.com anne.fisher@lowndes-law.com;litcontrol@lowndes-law.com |
| Miriam G Suarez | on behalf of U.S. Trustee United States Trustee - ORL7/13 Miriam.G.Suarez@usdoj.gov |

| District/off: 113A-6 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: pdfdoc | Total Noticed: 1 |

Miriam G Suarez
    on behalf of U.S. Trustee United States Trustee - ORL 11 Miriam.G.Suarez@usdoj.gov

Nicole Peair
    Nicole.W.Peair@USdoj.gov

Robyn Marie Severs
    on behalf of Creditor Bella Collina Property Owner's Association  Inc. rsevers@beckerlawyers.com, cofoservicemail@beckerlawyers.com

Samantha L Dammer
    on behalf of Interested Party The Goodwin Group  P.A. sdammer@bbdglaw.com, sfilipenko@bbdglaw.com

Samantha L Dammer
    on behalf of Defendant The Goodwin Law Firm  P.A. sdammer@bbdglaw.com, sfilipenko@bbdglaw.com

Samantha L Dammer
    on behalf of Defendant April Goodwin sdammer@bbdglaw.com  sfilipenko@bbdglaw.com

Samantha L Dammer
    on behalf of Interested Party April Goodwin sdammer@bbdglaw.com  sfilipenko@bbdglaw.com

Samantha L Dammer
    on behalf of Defendant The Goodwin Firm  P.A. sdammer@bbdglaw.com, sfilipenko@bbdglaw.com

Scott E Bomkamp
    on behalf of U.S. Trustee United States Trustee - ORL7/13 scott.e.bomkamp@usdoj.gov

United States Trustee - ORL7/13
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 62

[jiffyord] [Bench Order +]

ORDERED.

Dated: **January 22, 2024**

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No. 6:18−bk−06821−LVV
Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER DENYING MOTION TO DISMISS CONTESTED MATTER SCHEDULED FOR TRIAL ON JANUARY 16, 2024**

THIS CASE came on for hearing on January 16, 2024, for consideration of the **Motion to Dismiss Contested Matter Scheduled for Trial on January 16, 2024** (Doc. **969**), filed by **Debtor Don Juravin**.

For the reasons stated orally and recorded in open court, the Motion to Dismiss Contested Matter Scheduled for Trial on January 16, 2024 is Denied.

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non−CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.