UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

FILED
Date: 3/4/2024 at 11:10 AM via: email
Clerk, U.S. Bankruptcy
Orlando Division

In re:

DON KARL JURAVIN,

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV
Jointly Administered with
Case No. 6:18-bk-06821-LVV

## DEFENDANT'S URGENT MOTION FOR A FAIR TRIAL

Debtor/Defendant Don Juravin, proceeding pro se, Therefore, Debtors move this honorable Court for an order resetting this case for trial. This Motion is made on the following grounds:

1. Debtor/Defendant Don Juravin hereby submits further medical evidence (Exhibit 1) that adhering to the Judge's order and appearing in court for trial with blood pressure of approximately 210/120 would have almost certainly ended up with the Debtor/Defendant suffering a heart attack or a stroke in court.

2. Debtor finds it shameful that the court leaves him no choice but to outline his private and personal medical issues this way.

1

3. As the Court has already been informed, The Debtor/Defendant, Don Juravin, is having health issues consisting of very high blood pressure to the point that doctors insisted that he needed to be hospitalized.

   a. On February 23, 2024, co-Defendant Anna Juravin filed a notice (Doc 416) with the Court in order to apprise the Court of this situation.

   b. On February 26, 2024, co-Defendant Anna Juravin informed the Court of my condition. She was told that the seriousness of my condition was "unconvincing."

   c. Finally, on February 27, 2024, the Debtor filed a motion (Doc 420) with the Court requesting that the trial be rescheduled due to the seriousness of his condition. The Court Denied this motion.

4. These issues began to surface in a serious way before February 23, 2024. Despite having experienced a serious health condition a few days prior, on February 26, 2024, the morning that the trial was set to begin, I dressed and got into our car to attend the trial. On the way to the Courthouse, I began to experience chest pains and dizziness. At this time, my wife, who was driving, insisted that I receive medical attention. The doctor who treated me argued that I needed to be hospitalized due to very high blood pressure. I refused this level of care because the subsequent medical bills of more than $3,000 per day for a hospital stay would be unpayable by me or my wife.

4. Despite the Debtor providing documentation to the Court about his condition, the Court found it to be "unconvincing," whatever is meant by that. We can only assume that it means that the Court believes that the Debtor's condition is other than what is portrayed by what was given. The Court has given accommodations to other parties for medical

reasons, but not the Debtor. The attached letter (Exhibit 1) from the physician who treated me which gives further "substantiation" to my condition and its seriousness, is only now available to me.

5. Expecting me to proceed under these circumstances was unreasonable and inhumane. This is after the Court allowed my adversaries to delay their way to not having to be deposed or to produce documents. In addition to my health issues, my right to a fair trial was already compromised.

6. Anna Juravin was unable to attend the trial due to the necessity of caring for me during my medical emergency. It is both unfair and unreasonable for the court to expect Anna to choose between her husband's care and participating in a trial, a decision that holds significant implications for her future.

7. The court seemed to accept the Trustee's representations of poor health unquestioningly, while disregarding those from the Debtor and Anna Juravin. Balancing this perception is essential for maintaining at least the appearance of integrity and fairness of the judicial process. Request for Equitable Treatment: The Defendants urge the Court to exercise impartiality and fairness, noting perceived disparities in credibility and treatment between the Defendants and opposing parties. It is essential for the judicial process's integrity that such perceptions are addressed.

8. The court is again requested to acknowledge that the preparation of this motion occurred under the significant impact of medication, alongside reliance on dictating to an artificial intelligence with constrained abilities for verification.

9. Requesting Anna Juravin to remain in court while her husband faced a life-threatening emergency and was admitted to emergency care, fully aware that she could not

concentrate under such circumstances, was not only inhumane and inconsiderate but also procedurally inappropriate. At no point have I or any co-Defendant sought to delay these proceedings, apart from my request last year that I be allowed to travel to Israel. On the contrary, it has been my opposition that has consistently played games with the timetables set and been rewarded for their delaying tactics.

WHEREFORE, Based on the foregoing, Defendant respectfully asks that the Court reschedule the trial for a date at least 60 days from now. Alternatively, we ask that the Court stay these proceedings for a period of at least 60 days.

Date: March 4, 2024

Respectfully submitted,

/ _[signature]_ /
Don Karl Juravin, /Pro Se/
15118 Pendio Dr.
Bella Collina, FL 34756
don@juravin.com
8138105100

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 4, 2024, a true and correct copy of the foregoing has been furnished by electronic mail to:

Dennis D. Kennedy, Trustee, dan@ddkennedy.com,

James D. Ryan, Esq., jdr@ryanlawgroup.net;

Brad Saxton, Esq., saxton@whww.com;

James Timko, Esq., jtimko@deanmead.com;

/ _[signature]_ /
Don Karl Juravin, /Pro Se/

4



**Fabio Echavarria, M.D., P.A.**
Board Certified Internal Medicine

1715 East Highway 50, Bldg. 3, Suite C
Clermont, Florida 34711
Phone: 352-243-7495 Fax: 352-243-7498

FABIO ECHAVARRIA, MD

03/01/2024

To whom it may concern,

Per patient Don Karl Juravin request, is a patient of this practice. He must avoid any stressful situations, activities, and places on based of his actual condition. He has been in Urgent Care Center on 02/22/24 and 02/26/24, due to high blood pressure levels (210/120). For this reason, a stressful situation could caused heart attack or strokes.

If you have any question, please feel free to contact the office at (352) 243-7495.

Sincerely

Fabio Echavarria MD

Fabio Ech.....a, MD
1715 E. Hwy 50 Bldg 3, Ste
Clermont, FL 34711