IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13246-HH
_____

In re: DON KARL JURAVIN,

                                Debtor.

_____

DON KARL JURAVIN,

                              Plaintiff - Appellant,

versus

DENNIS KENNEDY,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Don Karl Juravin failed to file an appendix within the time fixed by the rules, effective March 22, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                               FOR THE COURT - BY DIRECTION

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2024

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 23-13246-HH
Case Style: Don Juravin v. Dennis Kennedy
District Court Docket No: 5:23-cv-00164-GAP
Secondary Case Number: 6:18-bk-6821

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 01/11/2024.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:   404-335-6100    Attorney Admissions:        404-335-6122
Case Administration:   404-335-6135    Capital Cases:              404-335-6200
CM/ECF Help Desk:      404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, March 22, 2024 12:24 PM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 23-13246-HH Don Juravin v. Dennis Kennedy "Clerk Order Filed Clerk's Entry of Dismissal Failed to File Appendix" (5:23-cv-00164-GAP, Lead: 6:18-bk-6821) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 03/22/2024

**Case Name:** Don Juravin v. Dennis Kennedy
**Case Number:** 23-13246
**Document(s):** 29

**Docket Text:**
ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Don Karl Juravin failed to file an appendix within the time fixed by the rules

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Lauren Marie Reynolds
Bradley M. Saxton

**Notice sent via US Mail to:**

Don Karl Juravin
15118 PENDIO DR
MONTVERDE, FL 34756

The following document(s) are associated with this transaction:
**Document Description:** DIS-2CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MoniqueTaylor_2313246_10164422_DIS-2CIVLetterandEntryofDismissal_246.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/22/2024] [FileNumber=10164422-0]
[8b422876ad725b55a0d5673126cfc6855203faa48eaff70199a129f4f9462f894e0aab483a744539bda9b1ff3c28f6bedaf74

1

3ee8d75b6ad0ff6516ad6158802]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Don Karl Juravin
- Lauren Marie Reynolds
- Bradley M. Saxton