IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-13243-E

_____

In re: DON KARL JURAVIN,
a.k.a. Don Adi Juravin,

                                    Debtor.

_____

DON KARL JURAVIN,
a.k.a. Don Adi Juravin,

                                    Plaintiff - Appellant,

versus

DENNIS KENNEDY,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Don Karl Juravin has failed to file an appellant's brief within the time fixed by the rules, effective January 03, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

No. 23-13243-E

DON KARL JURAVIN,

Plaintiff - Appellant,

versus

DENNIS D. KENNEDY,
AVA J. KENNEDY,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-2(c), this appeal is DISMISSED for want of prosecution because the appellant Don Karl Juravin failed to file an appellant's brief within the time fixed by the rules, effective January 3, 2024.

David J. Smith
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Joomi Kim, E DKT-2