ORDERED.

Dated: September 30, 2024

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Don Karl Juravin and | ) | Case No. 6:18-bk-06821-LVV |
| Must Cure Obesity, Co. | ) | Case No. 6:20-bk-01801-LVV |
| | ) | Substantively Consolidated Cases |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Bella Collina Property | ) | Adv. No. 6:21-ap-00103-LVV |
| Owner's Association, Inc., | ) | (Consolidated with Adv. No. 6:21-ap-00141-LVV; Adv. No. 6:21-ap-00142-LVV; Adv. No. 6:22-ap-00016-LVV; Adv. No. 6:22-ap-00019-LVV and Adv. No. 6:22-ap-00020-LVV) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Don Karl Juravin, | ) | |
| | ) | **APPLICABLE PROCEEDINGS**: |
| Defendant. | ) | All Proceedings |
| | ) | |

**FINAL JUDGMENT**

These adversary proceedings came on for a consolidated trial[1] on the complaints filed by Plaintiffs, Bella Collina Property Owner's Association, Inc. and Dennis D. Kennedy as Chapter 7 Trustee for the Estates of Don Karl Juravin and Must Cure Obesity Co. against Defendants: Don Karl Juravin; Anna Juravin; Juravin, Incorporated, an inactive Florida corporation; Juravin,

---

[1] A trial was held on February 26, 2024.

1

Incorporated, a Florida Corporation; and, United Medical Group International, Inc. Consistent with the Memorandum Opinion, simultaneously entered, it is

**ORDERED**:

1. Judgment is entered in favor of the Plaintiffs, Bella Collina Property Owner's Association, Inc. and Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Don Karl Juravin, and against the Debtor/Defendant Don Karl Juravin on Counts I and II of the Amended Complaint filed in *Bella Collina Property Owner's Association, Inc. v. Don Karl Juravin*, Adv. No. 21-ap-00103-LVV, Doc. No. 15 (Bankr. M.D. Fla. filed June 25, 2021).

2. The discharge entered on June 26, 2020 in *In re Juravin*, Case No. 6:18-bk-06821-LVV, Doc. No. 369 (Bankr. M.D. Fla. filed Oct. 31, 2018) is hereby REVOKED pursuant to 11 U.S.C. § 727(d)(1) and (d)(2).

3. Judgment is entered in favor of the Plaintiff, Dennis D. Kennedy as Chapter 7 Trustee for the Estates of Don Karl Juravin and Must Cure Obesity Co., and against Defendant, Juravin, Incorporated, an inactive Florida corporation on Counts III and IV of the complaints, and against Defendant, Juravin, Incorporated, a Florida corporation on Counts I of the Complaints as provided in the Memorandum Opinion, jointly and severally, in the amount of $2,718,414.33, which shall accrue interest at the statutory rate from this day forward, in the adversary proceedings of *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Don Karl Juravin v. Juravin, Incorporated, an inactive Florida corporation, et.al*, Adv. No. 21-ap-00141-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Oct. 4, 2021) and *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must Cure Obesity Co. v. Juravin, Incorporated, an inactive Florida corporation, et.al*, Adv. No. 22-ap-00016-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Jan. 30, 2022), for which let execution issue.

4.  Judgment is entered in favor of the Plaintiff, Dennis D. Kennedy as Chapter 7 Trustee for the Estates of Don Karl Juravin and Must Cure Obesity Co., and against Defendant, United Medical Group International, Inc. in the amount of $950,000, which shall accrue interest at the statutory rate from this day forward, on Counts VI, VII and VIII in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Don Karl Juravin v. Natural Vitamins Laboratory Corp., et.al*, Adv. No. 21-ap-00142-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Oct. 4, 2021) and on Counts IV and V in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must Cure Obesity Co. v. Natural Vitamins Laboratory Corp, et.al*, Adv. No. 22-ap-00019-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Jan. 30, 2022), for which let execution issue.

5.  Judgment is entered in favor of the Plaintiff, Dennis D. Kennedy as Chapter 7 Trustee for the Estates of Don Karl Juravin and Must Cure Obesity Co., and against Defendant, Anna Juravin in the amount of $181,000 which shall accrue interest at the statutory rate from this day forward, on counts XII and XIII in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Don Karl Juravin v. Natural Vitamins Laboratory Corp., et.al*, Adv. No. 21-ap-00142-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Oct. 4, 2021), on counts IX and X in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must Cure Obesity Co. v. Natural Vitamins Laboratory Corp, et.al*, Adv. No. 22-ap-00019-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Jan. 30, 2022), and on Counts I and II in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must Cure Obesity Co. v. Don K. Juravin, et.al*, Adv. No. 22-ap-00020-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Jan. 30, 2022), for which let execution issue.

6.  Judgment is entered in favor of the Defendant, Don K. Juravin and against Plaintiff, Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must Cure Obesity Co., on Counts III and IV of the Complaint filed in *Dennis D. Kennedy as Chapter 7 Trustee for the Estate of Must*

*Cure Obesity Co. v. Don K. Juravin, et.al*, Adv. No. 22-ap-00020-LVV, Doc. No. 1 (Bankr. M.D. Fla. filed Jan. 30, 2022).

7. The clerk is directed to docket a copy of the Memorandum Opinion and this Judgment in all adversary proceedings referenced in this judgment and the chapter 7 bankruptcy cases of *In re Juravin*, Case No. 6:18-bk-06821-LVV and *In re Must Cure Obesity, Co.*, Case No. 6:18-bk-06821-LVV.

###

The Clerk is directed to serve a copy of this Final Judgment on all interested parties.