ORDERED.

Dated: October 02, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Don Karl Juravin and | ) | Case No. 6:18-bk-06821-LVV |
| Must Cure Obesity, Co. | ) | Case No. 6:20-bk-01801-LVV |
| | ) | Substantively Consolidated Cases |
| Debtors. | ) | |
| | ) | |

**ORDER DENYING WITHOUT PREJUDICE
JOINT MOTION FOR AN ORDER TO SHOW CAUSE WHY
DON KARL JURAVIN SHOULD NOT BE HELD IN CRIMINAL CONTEMPT**

THESE CASES came on without a hearing on the Joint Motion for an Order to Show Cause Why Don Karl Juravin Should Not Be Held In Indirect Criminal Contempt for Violating the February 13, 2024 *Martin-Trigona* Injunction (Doc. No. 1059) ("Motion") filed by James D. Ryan, James A. Timko, The Club at Bella Collina, LLC, Dennis Kelleher, Paul Simonson, Jennifer Simonson, Dean Mead Egerton Bloodworth Capouano & Bozarth P.A. and Ryan Law Group (collectively "Movants"). Movants request the Court enter an order directing debtor, Don Karl Juravin ("Debtor"), to show cause why he should not be held in *indirect criminal contempt* for filing an action in the U.S. District Court for the Middle District of Florida against Movants in violation of this Court's order declaring Debtor a vexatious litigant and imposing a *Martin-Trigona* Injunction. This Court does not have criminal contempt authority. *See In re Lickman*, 288 B.R.

1

291, 293 (Bankr. M.D. Fla. 2003)(bankruptcy court transferred matter to district court because it did not have authority to impose punitive or criminal sanctions). Accordingly, it is

**ORDERED**:

1. The Motion (Doc. No. 1059) is **DENIED WITHOUT PREJUDICE**.

2. Nothing in this Order precludes Movants from seeking the relief sought in the Motion from the District Court, or any other court with such authority.

###

Attorney James D Ryan is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.