**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                         Case No. 6:18−bk−06821−LVV
                                                                                               Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN THAT the hearing regarding Motion/Application to Pay Interim Fees to Winderweedle, Haines, Ward & Woodman, PA and Ryan Law Group, PLLC , (Document No. 1070) the Trustee, originally scheduled for November 20, 2024, has been cancelled.

Dated: November 19, 2024

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.