UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED**
DEC -4 2024
Clerk, U.S. Bankruptcy,
Orlando Division

In re:

DON KARL JURAVIN,

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV
Substantively Consolidated Cases

## REQUEST FOR JUDICIAL NOTICE

The Debtor hereby notifies the Court of "creditor" DCS Real Estate Investments, LLC waiving its rights with regard to any monetary judgment in its state court case against the Debtor which was used/submitted by Bella Collina Proprty Owners Association Inc. in their Amended Proof of Claim 6-2 alleging $401,111.70 in total. DCS Real Estate Investments, LLC's notice is attached as a reference.

Dated: December 4, 2024

Respectfully submitted,

_____/s/_____
Don Karl Juravin, /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33576
don@juravin.com
8138105100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 4, 2024, a true and correct copy of the foregoing has been furnished by electronic mail to:

James D. Ryan, Esq., jdr@ryanlawgroup.net;

Brad Saxton, Esq., bsaxton@whww.com;

1

James Timko, Esq., jtimko@deanmead.com;

/s/
_____
Don Karl Juravin, /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33576
don@juravin.com
8138105100

IN THE CIRCUIT COURT OF THE
5th JUDICIAL CIRCUIT IN AND
FOR LAKE COUNTY, FLORIDA.

CASE NO.: 2017 CA 000667

DCS REAL ESTATE INVESTMENTS, LLC,
a Florida limited liability company,
THE CLUB AT BELLA COLLINA, LLC,
a Florida limited liability company,
RANDALL F. GREENE, and PAUL E. SIMONSON,

      Plaintiffs,

v.

DON K. JURAVIN, a/k/a DON ADI JURAVIN,
and ANNA JURAVIN,

      Defendants.
_____/

## PLAINTIFFS' NOTICE OF WAIVING AND RELINQUISHING THEIR RIGHT TO AN AWARD OF A MONEY JUDGEMENT

Plaintiffs, DCS REAL ESTATE INVESTMENTS, LLC, THE CLUB AT BELLA COLLINA, LLC, RANDALL F. GREENE, and PAUL E. SIMONSON, by and through their undersigned counsel, hereby give notice that they waive and relinquish their respective rights to an award(s) of a money judgment for the damages alleged in their complaint. This notice is given without waiver or relinquishment of Plaintiffs' rights to establish that the acts of the Defendants have caused the Plaintiffs to suffer damages, that the Defendants' use of defamatory publications is in furtherance of a scheme to commit extortion, or that Plaintiffs' rights to seek and obtain a permanent injunction preventing the Juravins, and those through whom they act who have notice of said injunction, from publishing or maintaining existing publications about the Plaintiffs and/or their representatives, agents, employees and family members.

Dated: November 13, 2024.      Respectfully submitted,

                                                  /s/ *James D. Ryan*
                                                  JAMES D. RYAN, ESQ.
                                                  Florida Bar No. 976751
                                                  *Mobile* (561) 889-1001
                                                  jdr@ryanlawgroup.net
                                                  sue@ryanlawgroup.net
                                                  jacqueline@ryanlawgroup.net

*DCS Real Estate Investments LLC v. Juravin*       case no. 2017 CA 000667
Plaintiffs' Notice of Waving Right to Money Judgment      Page 2 of 2

>LAUREN J. SCHINDLER, ESQ.
>Fla. Bar no. 0064572
>lauren@ryanlawgroup.net
>**RYAN LAW GROUP, PLLC**
>636 US Highway One, Suite 110
>North Palm Beach, FL 33408
>(561) 881-4447   Fax (561) 881-4461
>*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 13, 2024**, a true and correct copy of the foregoing was e-filed and e-served via the Florida e-Portal system to those registrants entitled to receive service, and specifically to:

Defense Counsel
**Dorothy DiFiore, Esq.,** dorothy.difiore@qpwblaw.com  ddifiore.pleadings@qpwblaw.com
**Kristine Wilson, Esq.,** Kristine.wilson@qpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
1410 North Westshore Blvd., Suite 200
Tampa, FL 33607

Plaintiffs' Co-Counsel
**James A. Timko,** jtimko@deanmead.com  mgodek@deanmead.com
Dean, Mead, Egerton, Bloodworth, Capouano & Bozarth, P.A.
420 S. Orange Avenue, Suite 700
Orlando, FL 32801

>/s/ *James D. Ryan*
>JAMES D. RYAN, ESQ.
>LAUREN J. SCHINDLER, ESQ.
>**RYAN LAW GROUP, PLLC**