**[jiffyordnh]** [Bench Order No Hearing +]

ORDERED.

**Dated:  December 11, 2024**

_____

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Case No. 6:18–bk–06821–LVV
Chapter 7

Don Karl Juravin
aka Don Adi Juravin

_____Debtor*_____/

**ORDER DENYING AS MOOT MOTION TO APPEAR REMOTELY VIA ELECTRONIC MEANS**

THIS CASE came on for consideration without a hearing of the **Motion to Appear Remotely Via Electronic Means** (Doc. **1071** ), filed by **Debtor Don Juravin** .

The Court having considered the record, the Motion to Appear Remotely Via Electronic Means is Denied as Moot .

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on interested non–CM/ECF users.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.