UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**FILED VIA MAIL**

JAN 2 7 2025

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re:

DON KARL JURAVIN,

    Debtor.

_____/

Chapter 7
Case No. 6:18-bk-06821-LVV
Case No. 6:20-bk-01801-LVV
Substantively Consolidated Cases

## DEBTOR'S NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Debtor, Don Karl Juravin, proceeding pro se, Pursuant to Local Rule 5077-1, files this Notice Of Intent To Request Redaction of Transcript from a trial hearing held on February 26, 2024.

Debtor is further asking for a digital (PDF) copy of that transcript at no cost and adequate time to review the transcript and mail to court the Statement of Personal Data Identifier Redaction Request. The copy can be emailed to Don@Juravin.com.

Dated: January 21, 2025

_____/
Don Karl Juravin, /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33576
don@juravin.com
8138105100

Certificate of service

I HEREBY CERTIFY that on January 22, 2025, I mailed the foregoing document to

1.

Clerk of Court by I emailed foregoing document to: Brad Saxton, Esq., bsaxton@whww.com; James Timko, Esq., jtimko@deanmead.com;

/ _____ /
Don Karl Juravin, /Pro Se/
11437 Linden Depot Rd
San Antonio, FL 33576
don@juravin.com
8138105100